| | | | |
|---|---|---|---|
| MF | +1 786-858-5212 | 9/14/2019 15:54 | I have it in starting here |
| Will McNae | +1 425-941-7374 | 9/14/2019 15:55 | Awesome thank you. |
| Will McNae | +1 425-941-7374 | 9/14/2019 15:55 | See you at that event BTW |
| Will McNae | +1 425-941-7374 | 9/14/2019 15:55 | Ronda will be jealous |
| Will McNae | +1 425-941-7374 | 9/14/2019 18:33 | You called? |
| MF | +1 786-858-5212 | 9/14/2019 18:34 | Just to catchup with my besties |
| Will McNae | +1 425-941-7374 | 9/14/2019 18:34 | At pet store |
| Will McNae | +1 425-941-7374 | 9/14/2019 18:34 | Ronda is home |
| MF | +1 786-858-5212 | 9/14/2019 18:35 | Haha. Are you buying some masculine toys for gizmo. Because I think he wants a skirt |
| Will McNae | +1 425-941-7374 | 9/14/2019 21:49 | Hey Fitz I got wrapped up in making a new home for the frogs and feeding them crickets. It's a thing. Call you Sunday? |
| MF | +1 786-858-5212 | 9/14/2019 22:01 | That's the most will text message someone has ever sent me |
| MF | +1 786-858-5212 | 9/14/2019 22:01 | Yes of course |
| MF | +1 786-858-5212 | 9/14/2019 22:01 | I had lots of manhattans tonight so you shouldn't talk to me anyway |
| Will McNae | +1 425-941-7374 | 9/14/2019 22:11 | Nighty night Fitzy!! |
| MF | +1 786-858-5212 | 9/17/2019 15:11 | So guys. Two things you're not going to be happy with; |
| MF | +1 786-858-5212 | 9/17/2019 15:12 | 1. I can't make Ella's event. I'm in bogota that day, I won't finish until 5pm and I have to get back to Miami before maybe heading to Austin. I will however make a nice donation for Ella. I'll talk to you guys about it after the event. |
| MF | +1 786-858-5212 | 9/17/2019 15:14 | 2. I have to go from Montreal to Miami this weekend. I have to see my doctor, and attorney. I haven't slept properly in days and I need to sit down and do a counseling session. I hallucinated in the middle of the night last night because I'm so exhausted. I also have to make a final decision with my ex on legals with my boy. I've put it off and put it off so much.. |
| MF | +1 786-858-5212 | 9/17/2019 15:14 | So not easy right now but I have to deal with some stuff |
| Will McNae | +1 425-941-7374 | 9/18/2019 10:21 | Hey Fitz...you gotta take care of those topics. We know you'd rather be doing fun things with us ðŸ˜, |
| MF | +1 786-858-5212 | 9/19/2019 9:53 | Hey besties. How would you guys feel about bringing the kids and coming to Miami for a boat weekend ? |
| MF | +1 786-858-5212 | 9/19/2019 9:53 | No B. Just me and you guys |
| Ronda McNae | [Number Unknown] | 9/19/2019 10:06 | Uhhh everything ok w her? |
| MF | +1 786-858-5212 | 9/19/2019 10:07 | Yes I think so.. just taking things a little Slower on my side |
| Ronda McNae | [Number Unknown] | 9/19/2019 10:43 | Gotcha |
| Ronda McNae | [Number Unknown] | 9/19/2019 10:44 | The answer is always yes for fitz time |
| Will McNae | +1 425-941-7374 | 9/28/2019 11:31 | Let's keep Rosa in the loop for travel ideas ðŸ˜? |
| MF | +1 786-858-5212 | 9/28/2019 14:04 | Yes.. |
| MF | +1 786-858-5212 | 9/28/2019 14:04 | So you guys will come Friday 18th and leave Monday? |
| MF | +1 786-858-5212 | 9/28/2019 14:04 | I've sorted accommodation |
| Ronda McNae | [Number Unknown] | 9/28/2019 14:26 | We decided Ella & I can come Thursday ... we can fly in on a Wednesday red eye or Thursday red (Wednesday preferably lol) more time w fitz and Simon! Then Liam and Will could fly after his meeting Friday |
| Ronda McNae | [Number Unknown] | 9/28/2019 14:26 | Leave red eye Monday night or Tuesday |
| MF | +1 786-858-5212 | 9/28/2019 14:27 | Perfect for me. The more days the better |
| Ronda McNae | [Number Unknown] | 9/28/2019 14:28 | Hahahaha I vote Tuesday then! I looked at your travel Schedule... what's SNOW mean? |
| Ronda McNae | [Number Unknown] | 9/28/2019 14:28 | What about the concert that weekend? Are u not going now? |
| MF | +1 786-858-5212 | 9/28/2019 14:29 | We are staying on the beach |
| MF | +1 786-858-5212 | 9/28/2019 14:29 | I've rented one of these for me and B that weekend anyway |
| MF | +1 786-858-5212 | 9/28/2019 14:29 | Because my apartment will be rented out |
| MF | +1 786-858-5212 | 9/28/2019 14:29 | https://www.marriott.com/hotels/hotel-rooms/details/miaws-w-south-beach/tokd/ |
| MF | +1 786-858-5212 | 9/28/2019 14:29 | They will do a rollaways for the kids |
| Ronda McNae | [Number Unknown] | 9/28/2019 14:29 | Ooooooo coz you're now moving back in w us? Hahaha |
| MF | +1 786-858-5212 | 9/28/2019 14:30 | Hahah.. I'm going to stay between my boat, yours and the UK |
| MF | +1 786-858-5212 | 9/28/2019 14:30 | Not Austin |
| Ronda McNae | [Number Unknown] | 9/28/2019 14:30 | Deal! |
| MF | +1 786-858-5212 | 9/29/2019 5:44 | Confidential of course. We will IPO tomorrow morning. Keep an eye out for the announcement |
| Ronda McNae | [Number Unknown] | 9/29/2019 7:13 | Omg this soon! |
| Ronda McNae | [Number Unknown] | 9/29/2019 7:13 | So proud of you! |
| Will McNae | +1 425-941-7374 | 9/29/2019 9:08 | Are you in Zurich? |
| MF | +1 786-858-5212 | 9/29/2019 9:50 | No decided not to go |
| Ronda McNae | [Number Unknown] | 10/2/2019 7:04 | <attachment> |
| Ronda McNae | [Number Unknown] | 10/2/2019 7:04 | Hasn't been released to public yet |
| MF | +1 786-858-5212 | 10/2/2019 7:04 | Hollywood is pending |
| Will McNae | +1 425-941-7374 | 10/2/2019 7:08 | Dang bad ass! |
| MF | +1 786-858-5212 | 10/2/2019 7:11 | I love this btw. |
| Ronda McNae | [Number Unknown] | 10/2/2019 7:11 | Hahahahaha |

| | | | |
|---|---|---|---|
| | | | Brotherhusbands,<br><br>Oh the irony which was once funny but now painful. Not that there's truth in â €œbrotherhusbandsâ€ but the irony of what has now come to surface. Maybe a joke is too soon? But my heart has wrestled with a lot so please see the cheekiness in it.<br><br>What I will say.... neither of us get to be a coward and walk away from this mess. I debated that last night and I know that's not the answer.<br><br>I'm not sure what the ending to all of this is, I do know in some twisted way we need to maintain support for one another. The level of betrayal is deep and unfortunately careers can be affected. I'm letting you both know... neither one of us will go that low but there's no running away from choices we have made (Fitz & I)<br><br>I feel so much lighter in this moment than I have in an entire month. This truly sucks. But I do care deeply for you both and at the end of the day... all of our well being and mental state comes first. At least that's what I felt God put on my heart this morning. |
| Ronda McNae | [Number Unknown] | 11/15/2019 11:22 | Xo |
| MF | +1 786-858-5212 | 11/15/2019 11:23 | I will talk to you both separately |
| MF | +1 786-858-5212 | 11/15/2019 11:23 | This was not the way to talk to either of you |
| MF | +1 786-858-5212 | 11/15/2019 11:23 | I'll talk to you both face to face |
| MF | +1 786-858-5212 | 11/18/2019 5:22 | I have no idea what to say or how to address both of you. The bottom line is that I care for you both so much but we made a mistake that can't be taken away. Will I'm sorry I did this to you. Ronda was unhappy and I should have walked away instead of making the wrong decision. I'm backing away from both of you to let you sort your marriage for yourselves without any unneeded distraction or input from me. Whichever way it works out for you both I hope you're happy. I haven't gone anywhere or run away from anything |
| MF | +1 786-858-5212 | 11/18/2019 5:23 | Will. I will talk to you face to face when I see you next. We can then workout how we move forward and how we work together |
| MF | +1 786-858-5212 | 11/18/2019 6:15 | It was wrong to treat will like that. Maybe I worded it wrong |
| Will McNae | +1 425-941-7374 | 11/19/2019 10:21 | Take your time reading my letter to you. I do expect some ideas from you on how to move forward and resolution. But not today. You want to be mad at me? Go ahead. I'm confident in my behavior, character, accountability and truth. |
| MF | +1 786-858-5212 | 11/19/2019 10:22 | Letter? |
| Will McNae | +1 425-941-7374 | 11/19/2019 10:23 | It's longer than a text. I would call it a letter sent by email. |
| MF | +1 786-858-5212 | 11/19/2019 10:23 | Ok. I will read it and come back to you. But I thought we were doing that face to face |
| Will McNae | +1 425-941-7374 | 11/19/2019 10:24 | It's time I spoke up to you with a thoughtful recap of my pain and process to move forward. |
| MF | +1 786-858-5212 | 11/19/2019 10:26 | I have no problem with you speaking up to me. That's fair and I accept it. I will read your letter and consider your thoughts. At the end of the day I care for you and I shouldn't have hurt you. But I'm not good at people coming at me and I will naturally get defensive. So without meaning to come across as aggressive, you have to be careful of that in me because it's my natural stance |
| Will McNae | +1 425-941-7374 | 11/19/2019 10:27 | Well brace yourself when you read it. I'm not mindful of your inability to handle complex emotions at this point. It's not my concern. You ruined any care I had for you. |
| MF | +1 786-858-5212 | 11/19/2019 10:28 | I read it and I have one thing to say. Don't expect to speak to me again without me exploding. Don't message me or engage with me unless it's work related. You've made your thoughts clear and when I see you I'll make mine clear |
| Will McNae | +1 425-941-7374 | 11/19/2019 10:30 | Exploding because this is somehow my fault? You're dillusional. |
| MF | +1 786-858-5212 | 11/19/2019 10:32 | You're wrong about me as a person. You're wrong about how I feel about you. This is no joke to me, I've broken myself over this. Yes I should have never done this to you and I stand tall and accept that. But don't make judgements about me as a person thinking I love this life. I hate this and I hate hate that I hurt you. I said I would speak to you face to face. I have no more desire to do this over writing. |
| Ronda McNae | [Number Unknown] | 11/19/2019 11:11 | ðŸ˜« frustrating situation all around. I just wanted space to have control over my choices but both of you Have done the job for me |

| | | | |
|---|---|---|---|
| Ronda McNae | [Number Unknown] | 2/21/2020 9:15 | Hey- sorry for the group text but it's just easier right now..<br><br>Over the past few sessions of counseling this week, my brain has been flooded with clinical perspective of this situation. With a huge focus on the night in Miami plus everything thereafter.<br><br>Although you say you would cover cost of counseling both my counselor and I question the legitimacy. And truth be told, what I'm working through has been causing tremendous stress.<br><br>She has a professional opinion on what I should do which was similar to Will's opinion...but I struggle with the added stress of it all. I'm now having to see her 2-3 times a week just to work through what has happened the past 4 months.<br><br>Feeling deeply frustrated that I have to continue to pay for this emotionally and clean up after everything. Letting you know where I'm at currently since her professional opinion has consumed me deeply. |
| MF | +1 786-858-5212 | 2/21/2020 9:19 | Ok. I'm sorry that you are having a hard time, I want to contribute to the counseling as I said I would. I agreed to 1500 a month. Is that a month or do you need more? I will Organize a regular payment starting next week? Is that ok? |
| MF | +1 786-858-5212 | 2/21/2020 9:20 | Do you also want to share the opinion? Of course that is entirely up to you |
| Ronda McNae | [Number Unknown] | 2/21/2020 11:29 | I'm not sure at the moment, just very stressed. I need to see if my insurance covers any etc. |
| MF | +1 786-858-5212 | 2/21/2020 11:37 | Ok. Well I will setup the deposit on a real occurring basis while I'm in seattle next week. I will send you a copy for your records, then if I have to change it later just come to me. After April I will likely just give you a lump sum instead |
| MF | +1 786-858-5212 | 2/24/2020 17:14 | Hi will and Ronda. I have been open and vulnerable with Will today as I'm sick to the stomach and I can't take any more of this pain. I didn't and don't have an appetite to hurt either of you. I want you both to be happy and I want to try and have a positive impact with my life and move forward, while fixing myself. I will stick to my agreement of paying for your counseling Ronda and I will offer to pay for your joint counseling if you allow me some time to save some money. I want to make the right decisions in my life, I need tome to repair myself and work on that. I have suggested to Will that if my role at softwareone is too much for us both than I will consider moving from softwareone. That is all I have ever worked for so I would like you both to think about that before deciding if you want me to do it. I have no desire to see you both unhappy, I'm sorry for what I have caused. If you want to sit and talk to me I will do it, but pls be aware I cannot take any more pain now. I have to stop it or I'm going to be passed the point of repair. Ronda, I can only imagine you feel worse and I'm sorry for that. Mike |
| Ronda McNae | [Number Unknown] | 2/24/2020 21:47 | Just to be on the same page, up until today you never agreed to cover marriage counseling. This was the last you said about it. |
| Ronda McNae | [Number Unknown] | 2/24/2020 21:47 | <image> |
| MF | +1 786-858-5212 | 2/24/2020 21:55 | Yes but today I said to will I would cover it, and in that message above.. so I will covert that and the original counseling I agreed to |
| Ronda McNae | [Number Unknown] | 2/24/2020 21:57 | Will and I are collaborating with my counselor on a treatment plan. We will have it finalized by time we meet with you in person. You stated you would set up a direct deposit while you're in town for monthly payments to begin covering my personal sessions then a lump sum when you are able since moving forward we want the least amount of contact with you as possible |
| MF | +1 786-858-5212 | 2/24/2020 22:03 | Yes I will do that. It will start this week |
| Ronda McNae | [Number Unknown] | 2/24/2020 22:04 | Oh and I can't believe you have the balls to say I came on to you! Seriously?? I hardly remember details of that night! |
| MF | +1 786-858-5212 | 2/24/2020 22:05 | It was both of us. It was mutual. It was not me forcing myself on you. What happened that night was both ways |
| Ronda McNae | [Number Unknown] | 2/24/2020 22:06 | Except I was too intoxicated to consent either way |
| MF | +1 786-858-5212 | 2/24/2020 22:06 | And so was I |
| Ronda McNae | [Number Unknown] | 2/24/2020 22:08 | Agree to disagree |
| MF | +1 786-858-5212 | 2/24/2020 22:12 | I don't. I fell over drunk that night |
| Ronda McNae | [Number Unknown] | 2/24/2020 22:13 | No, you slipped on the wet ground. |
| MF | +1 786-858-5212 | 2/24/2020 22:13 | I wouldn't ever take advantage of you. I know we should have never done what we done |
| MF | +1 786-858-5212 | 2/24/2020 22:13 | And I apologize for all of the hurt and my mistakes of not opening up to you both |
| MF | +1 786-858-5212 | 2/24/2020 22:13 | But I cannot change what I said |
| MF | +1 786-858-5212 | 2/24/2020 22:14 | So I have to try and move forward and not hurt you both. And that is what I want to do.. |
| MF | +1 786-858-5212 | 2/24/2020 22:14 | I cannot change our actions |
| Ronda McNae | [Number Unknown] | 2/24/2020 22:16 | I'm not getting into each little detail so stop. I guarantee you I have a long list of individuals who would say I'm a honest person who always tries to live in the truth. If our character comes into question, I have no problem with that |

| | | | |
|---|---|---|---|
| Ronda McNae | [Number Unknown] | 3/12/2020 11:56 | I am left feeling like providing the information above without commentary won't settle things for me and provide overall peace. All of this isn't over a pregnancy... it's over your entire game you executed so perfectly. Tell me you want to be with me to take my focus off the night in Miami. With you asking to provide medical info now leads me to believe you are missing the point completely. You have manipulated and mind fucked my entire family dating back to August. If you feel as though I'm beyond off base, I'm more than willing to provide evidence I have saved to prove my point. But providing those details puts us on another playing field completely. I'm just being matter - a - fact. |
| MF | +1 786-858-5212 | 3/12/2020 20:16 | I didn't set out to play a game or cause anyone hurt. I say things some times because I think people will be more likely to like me than my real self. And when I have trauma I hide it behind lies instead of saying what's actually wrong with me. I never set out to start anything with you. It happened because we got too close and both of us went somewhere we shouldn't have. I take my responsibility for my actions. I should have owned up to how I felt afterwards and said I was worried about hurting you and will anymore. I didn't and I take responsibility for that too. I'm paying for it now. I'm lonely, broken and I cannot take any more. I can only imagine how you both also feel. So I don't want to cause any more hurt. I can not afford to pay for this counseling, but I have offered to pay for the whole thing. The legal advice I got was to ask what I asked. My attorney is telling me I have to be protected by emotional and financial blackmail. Because believe me I'm absolutely ripped apart also. If you don't want to share he pregnancy information then I will go back and ask his advice. Meanwhile if you want to ask the counsellor to send me the information in my previous text I will start that process for you as I said I would. |
| MF | +1 786-858-5212 | 3/20/2020 11:45 | Hi both, I hope you are safe and well with this whole epidemic going on. How do you want me to proceed on my last message? |
| Ronda McNae | [Number Unknown] | 3/20/2020 11:48 | Hey, I'm about to hop on my HIPPA approved Skype counseling session ðŸ˜© what the world has come too! We will follow up after |
| MF | +1 786-858-5212 | 3/20/2020 11:54 | Ok. As long as you're both not waiting for me. Be well |
| Will McNae | +1 425-941-7374 | 3/20/2020 12:21 | No, we have been dealing with some serious health issues and waiting on results this afternoon |
| MF | +1 786-858-5212 | 3/20/2020 13:17 | Ok. I hope that it works out for you both |
| Ronda McNae | [Number Unknown] | 3/25/2020 18:03 | Hi! Sorry we have been very busy homeschooling the kids and I had a little covid health scare. All better now. Wanted to touch base, what exactly are you needing from my counselor? A letter that includes my treatment plan? Also, I'm not going through the hoops with you paying her directly for several reasons but mainly she can't be paid out for three years of counseling and truthfully that's too much trust to put in you. Let me know what you need regarding proof of my treatment plan and let's wrap this up |
| MF | +1 786-858-5212 | 3/25/2020 18:12 | Hi. Well I'm glad you're not sick. I can't afford a lump sum to pay your counseling so I wouldn't be able to do that. I will have my attorney create an agreement for me to pay the bill every month. That's no issue. If you connect me directly with your counsellor she can bill my directly. |
| Ronda McNae | [Number Unknown] | 3/25/2020 18:34 | Well our attorney doesn't support your new plan either so looks like we aren't in any agreement over solving this |
| MF | +1 786-858-5212 | 3/25/2020 18:37 | You asked me to pay for your counseling and I've agreed. I can't offer any more than that |
| Ronda McNae | [Number Unknown] | 3/25/2020 18:38 | I actually never asked for more than that, to be clear |
| Ronda McNae | [Number Unknown] | 3/25/2020 18:44 | However I was told based on everything I have collected (email/past texts/phone convo/ and what u have from Yelany) this situation could be far worse for you but that's not the kind of person I am.<br><br>I told him I only want counseling/marriage counseling covered and he feels you're getting off too easy. |
| MF | +1 786-858-5212 | 3/25/2020 18:48 | I told you already I would cover the counseling? Now I feel threatened and blackmailed. I will cover it, so we have agreed on it. So I will pay your counsellor direct and legally agree to do it. |
| Ronda McNae | [Number Unknown] | 3/25/2020 18:59 | And I'm telling you no. I will provide you her treatment plan but you can pay me directly. I can also have my primary doctor provide something in writing regarding my mental state these past couple months.<br><br>It's unfortunate you feel blackmailed however I feel as though you completely took advantage of me/our friendship/ and my vulnerability thinking I wouldn't connect the dots. |
| Ronda McNae | [Number Unknown] | 3/25/2020 19:07 | You have been manipulating me from day 1... Will recovered text messages you wrote me telling me not to say anything to Will until January making me believe I would ruin your stupid IPO crap and Will would be fired |
| Ronda McNae | [Number Unknown] | 3/25/2020 19:12 | <image> |
| Ronda McNae | [Number Unknown] | 3/25/2020 19:12 | If you are no longer agreeing to the original plan (you helped create) this entire thing is void. |
| MF | +1 786-858-5212 | 3/25/2020 19:19 | Yes that was when I agreed to pay the smaller amount before you added the extra 20k to it. So I'll continue with that plan as per my last communication. |

| | | | |
|---|---|---|---|
| MF | +1 786-858-5212 | 4/10/2020 7:55 | To be honest I'm not comfortable with Microsoft knowing my financial business |
| Ronda McNae | [Number Unknown] | 4/10/2020 8:00 | I can blur out the money portion but I have to let them know in writing it's taken care of |
| Ronda McNae | [Number Unknown] | 4/10/2020 8:00 | They already know pieces because of the circumstances |
| MF | +1 786-858-5212 | 4/10/2020 8:02 | Ok. That would be ok. I'd also like a confidentiality clause on the document. Is that ok? |
| Ronda McNae | [Number Unknown] | 4/10/2020 8:03 | What does that mean? Or at least what do you want it to cover? |
| MF | +1 786-858-5212 | 4/10/2020 8:04 | Just a line to say that the agreement is confidential, based on our communications? |
| MF | +1 786-858-5212 | 4/10/2020 8:05 | I will update it if you like? |
| Ronda McNae | [Number Unknown] | 4/10/2020 8:07 | Will can add anything else in since he helped put the document together. We need to be clear on what you'd like to add in though |
| Ronda McNae | [Number Unknown] | 4/10/2020 8:08 | Can you email me your changes or additions please - rondamcnae@gmail.com - wills on a call so I'll do it |
| MF | +1 786-858-5212 | 4/10/2020 8:08 | I would just like a line that says the document and agreement is confidential between the three of us and any professional legal support we seek? |
| MF | +1 786-858-5212 | 4/10/2020 8:08 | Ok I'll do that when I'm off this call |
| Ronda McNae | [Number Unknown] | 4/10/2020 8:09 | Well we have to resign a new document with that addition is the issue |
| Ronda McNae | [Number Unknown] | 4/10/2020 8:09 | What exactly do you want private? Just the financial amount? That needs to be clearly communicated |
| MF | +1 786-858-5212 | 4/10/2020 8:12 | I'll email you |
| MF | +1 786-858-5212 | 4/10/2020 8:12 | Or text. Just finishing a meeting |
| MF | +1 786-858-5212 | 4/10/2020 8:44 | Text to add to the document;<br><br>This document, agreement and subsequent communications are strictly private and confidential between the signatories on this page, and professional legal advisory of those parties. Disclose of the agreement and or document is to be sought and agreed in written between all 3 parties before further disclosure. |
| Ronda McNae | [Number Unknown] | 4/10/2020 9:07 | I should add some commentary on your behalf regarding the purpose of counseling but don't want to speak for you |
| MF | +1 786-858-5212 | 4/10/2020 9:10 | You can leave it as it is for me |
| Ronda McNae | [Number Unknown] | 4/10/2020 9:11 | You're fine with the wording? |
| MF | +1 786-858-5212 | 4/10/2020 9:42 | Yes it is ok with me. |
| Ronda McNae | [Number Unknown] | 4/10/2020 13:18 | Could you confirm that this confidentiality clause does not include the event details as listed in the document ? |
| MF | +1 786-858-5212 | 4/10/2020 13:23 | The clause is to cover the document and the agreement related to in the document. I know you guys already discussed it with other people |
| MF | +1 786-858-5212 | 4/10/2020 13:25 | Sorry typed that a little fast |
| Ronda McNae | [Number Unknown] | 4/10/2020 13:26 | Do you need to clarify? I'm confused |
| MF | +1 786-858-5212 | 4/10/2020 13:26 | The clause is to cover the financial information and related information to the agreement which we have documented. |
| MF | +1 786-858-5212 | 4/10/2020 13:27 | I understand you have already spoken to other people regarding the situation |
| Ronda McNae | [Number Unknown] | 4/10/2020 13:36 | Are you trying to communicate you don't want me to speak of it again? Or just the financial agreement |
| MF | +1 786-858-5212 | 4/10/2020 13:38 | I'm purely asking for that line in the document to protect my privacy and financial privacy |
| MF | +1 786-858-5212 | 4/10/2020 13:39 | If you asked me do I want you to I want you to talk about it? I would say no, because I'm trying to put my life on the right path. But I'm not asking you to put that in the document t |
| Ronda McNae | [Number Unknown] | 4/10/2020 14:48 | I have to run this by a couple people overseeing this situation.<br><br>Also, Will hasn't gotten through his list of individuals with SWO to inform there's a new point of contact I don't want to chain him to anything unless he's in agreement which I'm not sure if he is with the new addition |
| MF | +1 786-858-5212 | 4/10/2020 14:51 | Ok. You want to wait to spk to Will and come back to me? |
| Ronda McNae | [Number Unknown] | 4/10/2020 14:52 | Yeah |
| MF | +1 786-858-5212 | 4/10/2020 14:52 | Can you both clarify if will is telling people at softwareone about the situation? |
| MF | +1 786-858-5212 | 4/10/2020 14:52 | Or just Microsoft? |
| Ronda McNae | [Number Unknown] | 4/10/2020 15:20 | I'm unsure, that's a Will question |
| MF | +1 786-858-5212 | 4/10/2020 15:22 | Ok. I'll await him to come back |
| Ronda McNae | [Number Unknown] | 4/12/2020 14:19 | Hey, made your disclosure line read over several times and we were told not to sign since you were just covering medical costs due to your wrongdoing |
| Ronda McNae | [Number Unknown] | 4/12/2020 14:19 | Read |
| Ronda McNae | [Number Unknown] | 4/12/2020 14:19 | Several times and with a couple other eyes. |
| MF | +1 786-858-5212 | 4/12/2020 14:29 | Ok, what do you suggest? |
| MF | +1 786-858-5212 | 4/12/2020 14:30 | Do you want to re write in your own words? |
| MF | +1 786-858-5212 | 4/12/2020 14:37 | Or if you tell me what the concern is? Maybe you add an exception based on your own words? |
| Ronda McNae | [Number Unknown] | 4/12/2020 15:14 | Again, since you're covering the cost of counseling your basically coming even therefore I don't see the importance to sign anything |
| Ronda McNae | [Number Unknown] | 4/12/2020 15:15 | NDA related |
| MF | +1 786-858-5212 | 4/12/2020 15:17 | Sorry I don't understand? |
| Ronda McNae | [Number Unknown] | 4/12/2020 15:35 | Forget it |