| | |
|---|---|
| **From:** | Ronda McNae <rondamcnae@gmail.com> |
| **Sent:** | Tuesday, November 5, 2019 7:18 PM |
| **To:** | Mike@mjfmedia.co.uk |
| **Subject:** | Gdaymate |
| **Attachments:** | Document (25).docx |

**From:** Ronda McNae <rondamcnae@gmail.com>
**Sent:** Tuesday, November 5, 2019 4:12 PM
**To:** rondamcnae@gmail.com
**Subject:**

1

FITZ000003

Gosh, feels a bit crazy I've only known you for a couple months! It feels like I've known you for years. Of course there's tons we don't know about one another but its just this overall sense of comfort when you're around. Thank you for always being kind and generous, none of that ever goes unnoticed. I notice your generosity with my family, your family, your friends back in the UK, and even your desire to help others. It's challenging to find others who share a passion and desire to give back and help others however I see it in you.

For a million reasons I look at you and think to myself how you would make a phenomenal partner in life. Yes theres a deep attraction to you and there's always been a even deeper desire to KNOW every part of you. The good, bad, and ugly. Theres a desire in me that wants to make you a better version of yourself. Encourage you to do things that are out of your comfort zone even if its having difficult conversations you swore you would never have.

God has always been so intentional teaching me to do those things plus knowing tomorrow is never promised which pushes me strive to be a better version of myself without the help of others. It's not just about being internally happy but overall a good human in this world that can be daunting. Be a light in this world of so much pain and darkness….of course even the parts I managed to create on my own.

There's so much I would tell younger self but I'm definitely at a crossroads regardless what happens and who I ultimately end up walking into the sunset with. Funny term my college boyfriend always used.

I've had a million opinions, suggestions, and advice come at me in the past couple weeks. The biggest fault in how I've been wonderfully yet painfully made; I'm open to most. You look in my eyes and ask how I'm doing….you will likely hear an earful. Prior to you coming into the picture, I would say I was happily married with some big issues I learned how to shove and store away. I figured out a way to survive on passionate "moments" but they didn't come without asking in most cases.

Although I've allowed my mind to wander, the truth is you have helped me uncover the painful reality of my marriage. Yes, so much of it was wonderful. Will is an amazing father and I will never try to replace his role especially to our children. I have simply found myself wanting to be selfish with wanting what I DO feel I deserve in a relationship regardless of who agrees or disagrees with me. I've grown a bit resentful towards him since he's managed to NOW get his act together. It really maddens me. No wife should ever feel like they need to beg to be loved the way they deserve all along.

The most recent conversation I had with my good friend down in SF was likely the most helpful. She suggested going to counseling for myself. Be sure I'm thinking through every part of a divorce. I might find myself having the same feelings and thoughts in 2-3 months but at least I gave it more thought not to mention needing to work through what you and I have created with our friendship. I also know I need to seek counseling for some areas I KNOW I fall short in. I know I would never crave more attention and affection from you… but I also know I don't want to enter in any other relationship without knowing and naming my issues really to be fair to you or whoever I walk into the sunset with.

So much of my heart sees a future with you and everything else that comes with. I also don't want to walk into anything with you blindly or rush although I feel like I have rushed in my mind. There's also so much to who I am that you don't know or aren't aware of. Yes, theres childhood trauma, trust issues, Daddy & Mommy issues, control issues, and Lord knows underlying issues I've failed to recognize.

FITZ000004

My personal faith is also a huge factor. No, clearly I'm not making choices that are right in the eyes of God so I have so much guilt and shame now. I imagine it's going to be some time to learn all the ins and outs of one another and in the end if it's not you and I… I do appreciate you coming into my life when you did. Helping me uncover some of these struggles will be painful now but I know my future will benefit greatly. Yes, I also suck at asking for help but a lot of that comes with having to figure out things on my own and accepting help when I couldn't solve things on my own. I really don't think living here with Will is ultimately helpful for hearts all around….. but I also can't accept your help and then what do I tell Will? Our finances are shared… and theres also guilt there. Hey can I pull out a lump sum to cover my new living arrangements while I sort through my life? He wants to go on weekly dates but I kindly declined. I really want to keep solid boundaries with him and find it difficult living together plus he inserts himself so much in my everyday that it can blur and confuse things.

I can't let my family know I'm still thinking about you the way I do… everyone will know I'm going to counseling but I still feel certain that my marriage is up with him unless theres some crazy miracle or somehow God intervenes in a supernatural way. I know he has many qualities and characteristics in a spouse that I will pray to have in whoever I end up with. I do have a list of those haha, don't judge. In the end its important to be with someone that adores me as much as I adore them plus has a desire to know the ins and outs of me and loves every annoying part…there are many!

I need to run to the gym so sadly I'm not reading over this for any grammatical errors. Thank you again for being a kind and comforting presence. I have tons of love for you…

-Ron