

# Tom Wiper



Nov 15, 2019, 7:50 PM



And I'm done. And I know people in the UK don't talk about their feelings hahaha but I do

Nov 14, 2019, 1:27 PM



I don't even know he knows what he wants... who knows. He will say I'm crazy and a nightmare... (he says that about all the girls he dates... ) some truth to it but he's got to understand relationships take far more effort

Nov 14, 2019, 1:27 PM



I need to work  out now but I feel like he came in.. help create the mess and I'm trying to figure it out alone.

==I hate to say it, but I love the guy. I just don't know how to carry on with him operating the way he does with life and work. Work will always be his number one.... always.==

Nov 14, 2019, 1:23 PM



I don't fully understand where he's at work-wise partially because he never makes the time to communicate with me

The guy can go days without any kind of communication... a few lines here and there. It's a bit crazy for me to understand.

Anyways, coming to you for any advice on him. I'd do anything for him... that's the scary part. He's going to get to the end of his life and question if all the crazy hours of working when he already had enough.. was worth it!?

Sure get ahead in life but what's life if you don't have anyone to share it with that loves and adores you? Would drop everything (almost) to figure things out?  ugh, probably said way too much...

You make a decision in your mind when you feel it in your heart... of course I loved him as a friend... even back several months ago I was worried about him and I insisted he come live with us through the holidays. I never crossed any line... then he goes in for the kiss and I'm fing doomed! Yes there's plenty of shit

Nov 14, 2019, 1:18 PM



I have not one clue what to do about Fitz. Luckily I had the opportunity to be his friend prior to any line being crossed... and while he

MCNAE 001132