[2/1/20 10:36 PM] Ronda McNae: I just got done FaceTime in fitz his current girlfriend... Been together for four years but then got serious again in November like really trying to work on stuff and she didn't know he has a son and then that's when all the other lies started coming to surface

[2/1/20 10:37 PM] Ronda McNae: Now I'm trying to figure out a way for him to pay... forgot blackmail is illegal so hush money? He's a fucking dick

[2/1/20 10:38 PM] Me: I'm confused... you were on FaceTime w his current girlfriend? Who now knows he has a son.

A way for him to pay what?

[2/1/20 10:41 PM] Ronda McNae: Will and I were faced timing her they live together but he's out of town and she is not aware that he was married and has a son

[2/1/20 10:42 PM] Ronda McNae: The girlFriend wants to stay with him until April because that's when he can cash out his stock from IPO and she was like I'm gonna leave the motherfucker and then I said well I'm gonna figure out my plan of attack... that fucker is dead meat

[2/1/20 11:11 PM] Me: Thats the part I'm trying to understand- your plan of attack for what?

[2/1/20 11:12 PM] Ronda McNae: Idk

[2/1/20 11:12 PM] Ronda McNae: We will talk later hahaha

[2/3/20 8:43 AM] Ronda McNae: Whoa I need to talk to u

[2/3/20 8:55 AM] Me: About?

[2/3/20 8:56 AM] Ronda McNae: Fitz

[2/3/20 8:56 AM] Ronda McNae: It's bad

[2/3/20 8:56 AM] Ronda McNae: Funny and fuck

[2/3/20 8:56 AM] Ronda McNae: And will/I need your wise counsel lol

[2/3/20 8:57 AM] Ronda McNae: I told his long term girlfriend about Miami.. and how he came to SF

[2/3/20 9:00 AM] Me: Well remember you and I still need to talk bc I don't know the full story either so whenever you wanna make that happen

MCNAE 003659