Welcome, dwaedma001 You are logged in.

Intake/Agreement Forms   Accounting   Receivable Claims   Patient Portal

Home | Service Center |                    <<LOGOUT | HIPAA | About Us | Privacy | Professional & Institutional Payer list | Forms | Tech Training | Remote Support |

| Desktop | Appointments | Patient Visits | Claims/Billing | Accounting | Manage Patients | Patient Portal | Manage Office |

Back to Patient List

**Edit Patient - [Patient ID: 122295950]**

| Patient ID: | 122295950 | Last Name: | MCNAE | First Name: | RONDA |
| Middle Name / MI | | DOB - Age: | 04/04/1986 - 38 yrs, 10 mos. old | Sex: | F |
| Pat Acct No: | 431RM | Account Type: | Primary Insured/Guarantor ⌄ | SSN: | -- |
| Primary Care Provider | BROCK WEEDMAN | Referring Provider | | Account Status: | · Active ⌄ |
| | Clear | | Clear | | |
| Patient Responsibility Balance: Calculate Balance | | ☐Do not print Billing Statements | | | |

| Patient Data | Insurance | Payments | Appointments | Visit History | Template | Health Records | Documents | Alerts |

Print Patient Demographics   Update   Cancel   Apply

Shortcut Keys: Alt F1-Help | F2-Add New Appointment | F7-Add New Visit | F8-Add New Payment | F9-Add New Patient | F10-Patient List

© 2023 OfficeAlly.com
WEBA1I
5.2.0

WarningPlease, select row
WarningPlease, select row

CONFIDENTIAL                    MCNAE 003803

Report Date:   2/16/2023                                    Internal                                    Page:     1

## Patient Account Ledger

Patient ID:   122295950        Patient Name:   MCNAE, RONDA                        DOB:   4/4/1986
                               Address:        904 11TH PL., KIRKLAND, WA 98033
                                               Transaction Date: All Dates

CONFIDENTIAL              MCNAE 003804

Internal

## Patient Account Ledger

CONFIDENTIAL              MCNAE 003805

# Superbill

| | |
|---|---|
| Date : | **25 February 2020** |
| Invoice No. : | **846** |
| For Questions Call : | **2069923154** |

**EQUIP Counseling, PLLC**

Ronda McNae
504 11th pl
Kirkland, Wa 98033

EQUIP Counseling, PLLC
10829 Ne 68th St
Suite D
Kirkland Wa 98033

Previous Balance: $0.00

| Date | Service | Place of Service | Units | Charge |
|---|---|---|---|---|
| 02/28/2020 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 02/28/2020 | 99354: 30 Min Session- Add On (Non-Crisis) | 11 | 1 | $50.00 |
| 02/27/2020 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 02/26/2020 | 90839: 60 Min Psychotherapy Session (Crisis) | 11 | 1 | $150.00 |
| 02/24/2020 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 02/20/2020 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 02/19/2020 | 90837: 60min Therapy Session | 11 | 1 | $0.00 |
| | | | Total Charges: | $800.00 |

| Diagnostic Code(s): | F43.11 | Total Paid: | $800.00 |
|---|---|---|---|
| | | Invoice Amount Due: | $0.00 |
| | | **Balance Due:** | **$0.00** |

| Billing Provider: | Name: EQUIP Counseling, PLLC | Client: | ID: RM00093 |
|---|---|---|---|
| | NPI #: 1245754649 | | Name: Ronda McNae |
| | Tax Id: 82-2197086 | | Date of Birth: 4 April 1986 |
| | License #: MG1-60781074 | | Gender: Female |
| Rendering Provider: | Owner Sarah Dellinger, MS, LMFTA | | SSN: XXXXX-3684 |
| | Staff License #: MG- 60781074 | | Phone: (206) 914-6752 |
| | NPI #: 1245753649 | | |

**Footnote:**

Client has already paid provider in FULL.
Reimbursment can be made directly to the insured.

MCNAE 001152

# Superbill

EQUIP
counseling

**EQUIP Counseling, PLLC**

| | |
|---|---|
| Date : | 2 March 2020 |
| Invoice No. : | 860 |
| For Questions Call : | 2069923154 |

Ronda McNae
504 11th pl
Kirkland, Wa 98033

EQUIP Counseling, PLLC
10829 Ne 68th St
Suite D
Kirkland Wa 98033

| | Previous Balance: | $0.00 |
|---|---|---|

| Date | Service | Place of Service | Units | Charge |
|---|---|---|---|---|
| 03/31/2020 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 03/30/2020 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 03/30/2020 | 99354: 30 Min Session- Add On (Non-Crisis) | 11 | 1 | $50.00 |
| 03/25/2020 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 03/23/2020 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 03/20/2020 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 03/13/2020 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 03/12/2020 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 03/11/2020 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 03/10/2020 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 03/09/2020 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 03/06/2020 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 03/04/2020 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 03/02/2020 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| | | | Total Charges: | $2,000.00 |

| Diagnostic Code(s): | F43.11 | | |
|---|---|---|---|
| | | Total Paid: | $2,000.00 |
| | | Invoice Amount Due: | $0.00 |
| | | **Balance Due:** | **$0.00** |

**Billing Provider:**
Name: EQUIP Counseling, PLLC
NPI # : 1245754649
Tax Id: 82-2197086
License # : MG1-60781074

**Rendering Provider:**
Owner Sarah Dellinger, MS, LMFTA
Staff License # : MG- 60781074
NPI # : 1245753649

**Client:**
ID: RM00093
Name: Ronda McNae
Date of Birth: 4 April 1986
Gender: Female
SSN: XXXXX-3684
Phone: (206) 914-6752

MCNAE 001153

# Superbill

| | |
|---|---|
| Date : | 5 April 2020 |
| Invoice No. : | 879 |
| For Questions Call : | 2069923154 |

## EQUIP Counseling, PLLC

Ronda McNae
504 11th pl
Kirkland, Wa 98033

EQUIP Counseling, PLLC
10829 Ne 68th St
Suite D
Kirkland Wa 98033

Previous Balance: $0.00

| Date | Service | Place of Service | Units | Charge |
|---|---|---|---|---|
| 04/15/2020 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 04/15/2020 | 99354: 30 Min Session- Add On (Non-Crisis) | 11 | 1 | $50.00 |
| 04/13/2020 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 04/13/2020 | 99354: 30 Min Session- Add On (Non-Crisis) | 11 | 1 | $50.00 |
| 04/10/2020 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 04/10/2020 | 99354: 30 Min Session- Add On (Non-Crisis) | 11 | 1 | $50.00 |
| 04/08/2020 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 04/06/2020 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 04/06/2020 | 99354: 30 Min Session- Add On (Non-Crisis) | 11 | 1 | $50.00 |
| 04/03/2020 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 04/02/2020 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |

Total Charges: $1,250.00

Diagnostic Code(s): F43.11

| | |
|---|---|
| Total Paid: | $1,250.00 |
| Invoice Amount Due: | $0.00 |
| **Balance Due:** | **$0.00** |

**Billing Provider:** Name: EQUIP Counseling, PLLC
NPI #: 1245754649
Tax Id: 82-2197086
License #: MG1-60781074

**Rendering Provider:** Owner Sarah Dellinger, MS, LMFTA
Staff License #: MG- 60781074
NPI #: 1245753649

**Client:** ID: RM00093
Name: Ronda McNae
Date of Birth: 4 April 1986
Gender: Female
SSN: XXXXX-3684
Phone: (206) 914-6752

**Footnote:**

MCNAE 001154



# Superbill

**EQUIP Counseling, PLLC**

Date : 2 May 2020
Invoice No. : 898
For Questions Call : 2069923154

Ronda McNae
504 11th pl
Kirkland, Wa 98033

EQUIP Counseling, PLLC
10829 Ne 68th St
Suite D
Kirkland Wa 98033

Previous Balance: $0.00

| Date | Service | Place of Service | Units | Charge |
|------|---------|------------------|-------|--------|
| 05/29/2020 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 05/25/2020 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 05/22/2020 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 05/19/2020 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 05/18/2020 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 05/13/2020 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 05/12/2020 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 05/08/2020 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 05/06/2020 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 05/06/2020 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 05/04/2020 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 05/01/2020 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |

Total Charges: $1,800.00

Diagnostic Code(s): F43.11

Total Paid: $600.00
Invoice Amount Due: $1,200.00
**Balance Due: $1,200.00**

( MAY )

Billing Provider: Name: EQUIP Counseling, PLLC
NPI #: 1245754649
Tax Id: 82-2197086
License #: MG1-60781074

Rendering Provider: Owner Sarah Dellinger, MS, LMFTA
Staff License #: MG- 60781074
NPI #: 1245753649

Client: ID: RM00093
Name: Ronda McNae
Date of Birth: 4 April 1986
Gender: Female
SSN: XXXXX-3684
Phone: (206) 914-6752

Footnote:

MCNAE 001155

 

superbill-910
PDF - 37 KB



# Superbill

**EQUIP Counseling, PLLC**

| | |
|---|---|
| Date : | 14 June 2020 |
| Invoice No. : | 910 |
| For Questions Call : | 2069923154 |

Ronda McNae
504 11th pl
Kirkland, Wa 98033

EQUIP Counseling, PLLC
10829 Ne 68th St
Suite D
Kirkland Wa 98033

| | Previous Balance: | $0.00 |
|---|---|---|

| Date | Service | Place of Service | Units | Charge |
|---|---|---|---|---|
| 06/24/2020 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 06/22/2020 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 06/17/2020 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 06/15/2020 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 06/12/2020 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 06/10/2020 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 06/08/2020 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 06/05/2020 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 06/03/2020 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 06/02/2020 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 06/01/2020 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| | Total Charges: | | | $1,650.00 |

Diagnostic Code(s):   F43.11

| | |
|---|---|
| Total Paid: | - |
| Invoice Amount Due: | $1,650.00 |
| **Balance Due:** | **$1,650.00** |

| **Billing Provider:** | Name: EQUIP Counseling, PLLC<br>NPI #: 1245754649<br>Tax Id: 82-2197086<br>License #: MG1-60781074 | **Client:** | ID: RM00093<br>Name: Ronda McNae<br>Date of Birth: 4 April 1986<br>Gender: Female<br>SSN: XXXXX-3684<br>Phone: (206) 914-6752 |
|---|---|---|---|
| **Rendering Provider:** | Owner Sarah Dellinger, MS, LMFTA<br>Staff License #: MG- 60781074<br>NPI #: 1245753649 | | |

**Footnote:**

MCNAE 001156



# Superbill

**EQUIP Counseling, PLLC**

| | |
|---|---|
| Date : | 10 August 2020 |
| Invoice No. : | 971 |
| For Questions Call : | 2069923154 |

Ronda McNae
504 11th pl
Kirkland, Wa 98033

EQUIP Counseling, PLLC
10829 Ne 68th St
Suite D
Kirkland Wa 98033

Previous Balance: $0.00

| Date | Service | Place of Service | Units | Charge |
|---|---|---|---|---|
| 08/17/2020 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 08/12/2020 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 08/05/2020 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| | | | Total Charges: | $450.00 |

Diagnostic Code(s):   F43.11

| | |
|---|---|
| Total Paid: | - |
| Invoice Amount Due: | $450.00 |
| **Balance Due:** | **$450.00** |

**Billing Provider:** Name: EQUIP Counseling, PLLC
NPI #: 1245754649
Tax Id: 82-2197086
License #: MG1-60781074

**Rendering Provider:** Owner Sarah Dellinger, MS, LMFTA
Staff License #: MG- 60781074
NPI #: 1245753649

**Client:** ID: RM00093
Name: Ronda McNae
Date of Birth: 4 April 1986
Gender: Female
SSN: XXXXX-3684
Phone: (206) 914-6752

**Footnote:**

MCNAE 001157



# Superbill

**EQUIP Counseling, PLLC**

| | |
|---|---|
| Date : | 19 October 2020 |
| Invoice No. : | 1004 |
| For Questions Call : | 2069923154 |

Ronda McNae
504 11th pl
Kirkland, Wa 98033

EQUIP Counseling, PLLC
10829 Ne 68th St
Suite D
Kirkland Wa 98033

| | | | | Previous Balance: | $0.00 |
|---|---|---|---|---|---|

| Date | Service | Place of Service | Units | Charge |
|---|---|---|---|---|
| 10/21/2020 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 10/19/2020 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 10/14/2020 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 10/09/2020 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 10/07/2020 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 10/05/2020 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| | | | Total Charges: | $900.00 |

Diagnostic Code(s):   F43.11

| | |
|---|---|
| Total Paid: | $900.00 |
| Invoice Amount Due: | $0.00 |
| **Balance Due:** | **$0.00** |

| | | | |
|---|---|---|---|
| **Billing Provider:** | Name: EQUIP Counseling, PLLC<br>NPI #: 1245754649<br>Tax Id: 82-2197086<br>License #: MG1-60781074 | **Client:** | ID: RM00093<br>Name: Ronda McNae<br>Date of Birth: 4 April 1986<br>Gender: Female<br>SSN: XXXXX-3684<br>Phone: (206) 914-6752 |
| **Rendering Provider:** | Owner Sarah Dellinger, MS, LMFTA<br>Staff License #: MG-60781074<br>NPI #: 1245753649 | | |

**Footnote:**

MCNAE 001158



# Superbill

**EQUIP Counseling, PLLC**

| | |
|---:|:---|
| Date : | 17 November 2020 |
| Invoice No. : | 1042 |
| For Questions Call : | 2069923154 |

Ronda McNae
504 11th pl
Kirkland, Wa 98033

EQUIP Counseling, PLLC
10829 Ne 68th St
Suite D
Kirkland Wa 98033

| | Previous Balance: | $0.00 |
|---|---:|---:|

| Date | Service | Place of Service | Units | Charge |
|---|---|---|---|---:|
| 11/30/2020 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 11/19/2020 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 11/18/2020 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 11/16/2020 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 11/13/2020 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 11/12/2020 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| | | | Total Charges: | $900.00 |

Diagnostic Code(s):  F43.11

| | |
|---:|:---|
| Total Paid: | $900.00 |
| Invoice Amount Due: | $0.00 |
| **Balance Due:** | **$0.00** |

**Billing Provider:** Name: EQUIP Counseling, PLLC
NPI #: 1245754649
Tax Id: 82-2197086
License #: MG1-60781074

**Rendering Provider:** Owner Sarah Dellinger, MS, LMFTA
Staff License #: MG- 60781074
NPI #: 1245753649

**Client:** ID: RM00093
Name: Ronda McNae
Date of Birth: 4 April 1986
Gender: Female
SSN: XXXXX-3684
Phone: (206) 914-6752

**Footnote:**

MCNAE 001159



# Superbill

**EQUIP Counseling, PLLC**

Date : 7 December 2020
Invoice No. : 1054
For Questions Call : 2069923154

Ronda McNae
504 11th pl
Kirkland, Wa 98033

EQUIP Counseling, PLLC
10829 Ne 68th St
Suite D
Kirkland Wa 98033

| | | | | Previous Balance: | $0.00 |
|---|---|---|---|---|---|

| Date | Service | Place of Service | Units | | Charge |
|---|---|---|---|---|---|
| 12/17/2020 | 90837: 60min Therapy Session | 11 | 1 | | $150.00 |
| 12/14/2020 | 90837: 60min Therapy Session | 11 | 1 | | $150.00 |
| 12/11/2020 | 90837: 60min Therapy Session | 11 | 1 | | $150.00 |
| 12/09/2020 | 90837: 60min Therapy Session | 11 | 1 | | $150.00 |
| 12/04/2020 | 90837: 60min Therapy Session | 02 | 1 | | $150.00 |
| 12/01/2020 | 90837: 60min Therapy Session | 11 | 1 | | $150.00 |
| | | | | Total Charges: | $900.00 |

Diagnostic Code(s): F43.11

Total Paid: $900.00
Invoice Amount Due: $0.00
**Balance Due: $0.00**

**Billing Provider:** Name: EQUIP Counseling, PLLC
NPI #: 1245754649
Tax Id: 82-2197086
License #: MG1-60781074

**Rendering Provider:** Owner Sarah Dellinger, MS, LMFTA
Staff License #: MG- 60781074
NPI #: 1245753649

**Client:** ID: RM00093
Name: Ronda McNae
Date of Birth: 4 April 1986
Gender: Female
SSN: XXXXX-3684
Phone: (206) 914-6752

**Footnote:**

MCNAE 001160



# Superbill

**EQUIP Counseling, PLLC**

| | |
|---:|:---|
| Date : | 12 January 2021 |
| Invoice No. : | 1069 |
| For Questions Call : | 2069923154 |

Ronda McNae
504 11th pl
Kirkland, Wa 98033

EQUIP Counseling, PLLC
10829 Ne 68th St
Suite D
Kirkland Wa 98033

| | | | | Previous Balance: | $0.00 |
|---|---|---|---|---|---|

| Date | Service | Place of Service | Units | Charge |
|---|---|---|---|---|
| 01/27/2021 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 01/25/2021 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 01/22/2021 | 90847: C/F Therapy Session | 11 | 1 | $150.00 |
| 01/19/2021 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 01/15/2021 | 90847: C/F Therapy Session | 11 | 1 | $150.00 |
| 01/11/2021 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 01/08/2021 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 01/04/2021 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| | | | Total Charges: | $1,200.00 |

Diagnostic Code(s):   F43.11

| | |
|---:|:---|
| Total Paid: | $1,200.00 |
| Invoice Amount Due: | $0.00 |
| **Balance Due:** | **$0.00** |

| | |
|---|---|
| **Billing Provider:** | Name: EQUIP Counseling, PLLC<br>NPI #: 1245754649<br>Tax Id: 82-2197086<br>License #: MG1-60781074 |
| **Rendering Provider:** | Owner Sarah Dellinger, MS, LMFTA<br>Staff License #: MG- 60781074<br>NPI #: 1245753649 |

| | |
|---|---|
| **Client:** | ID: RM00093<br>Name: Ronda McNae<br>Date of Birth: 4 April 1986<br>Gender: Female<br>SSN: XXXXX-3684<br>Phone: (206) 914-6752 |

**Footnote:**



# Superbill

**EQUIP Counseling, PLLC**

Date : 12 February 2021
Invoice No. : 1105
For Questions Call : 2069923154

Ronda McNae
504 11th pl
Kirkland, Wa 98033

EQUIP Counseling, PLLC
10829 Ne 68th St
Suite D
Kirkland Wa 98033

Previous Balance: $0.00

| Date | Service | Place of Service | Units | Charge |
|------|---------|------------------|-------|--------|
| 02/25/2021 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 02/15/2021 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 02/11/2021 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 02/05/2021 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 02/01/2021 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| | | | Total Charges: | $750.00 |

Diagnostic Code(s): F43.11

Total Paid: $750.00
Invoice Amount Due: $0.00
**Balance Due: $0.00**

**Billing Provider:** Name: EQUIP Counseling, PLLC
NPI #: 1245754649
Tax Id: 82-2197086
License #: MG1-60781074

**Rendering Provider:** Owner Sarah Dellinger, MS, LMFTA
Staff License #: MG- 60781074
NPI #: 1245753649

**Client:** ID: RM00093
Name: Ronda McNae
Date of Birth: 4 April 1986
Gender: Female
SSN: XXXXX-3684
Phone: (206) 914-6752

**Footnote:**

MCNAE 001162



# Superbill

Date : 21 March 2021
Invoice No. : 1109
For Questions Call : 2069923154

**EQUIP Counseling, PLLC**

Ronda McNae
504 11th pl
Kirkland, Wa 98033

EQUIP Counseling, PLLC
10829 Ne 68th St
Suite D
Kirkland Wa 98033

| | | | | Previous Balance: | $0.00 |
|---|---|---|---|---|---|

| Date | Service | Place of Service | Units | Charge |
|---|---|---|---|---|
| 03/31/2021 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 03/29/2021 | 90847: C/F Therapy Session | 11 | 1 | $150.00 |
| 03/29/2021 | 90846: C Therapy Session (W/O) | 11 | 1 | $150.00 |
| 03/25/2021 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 03/24/2021 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 03/22/2021 | 90847: C/F Therapy Session | 11 | 1 | $150.00 |
| 03/19/2021 | 90847: C/F Therapy Session | 11 | 1 | $150.00 |
| 03/17/2021 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 03/15/2021 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 03/12/2021 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 03/11/2021 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |

| | Total Charges: | $1,650.00 |
|---|---|---|

Diagnostic Code(s): F43.11

Total Paid: $1,650.00
Invoice Amount Due: $0.00
**Balance Due: $0.00**

**Billing Provider:** Name: EQUIP Counseling, PLLC
NPI #: 1245754649
Tax Id: 82-2197086
License #: MG1-60781074

**Rendering Provider:** Owner Sarah Dellinger, MS, LMFTA
Staff License #: MG- 60781074
NPI #: 1245753649

**Client:** ID: RM00093
Name: Ronda McNae
Date of Birth: 4 April 1986
Gender: Female
SSN: XXXXX-3684
Phone: (206) 914-6752

**Footnote:**

MCNAE 001163



# Superbill



**EQUIP Counseling, PLLC**

Date : 23 April 2021
Invoice No. : 1121
For Questions Call : 2069923154

Ronda McNae
504 11th pl
Kirkland, Wa 98033

EQUIP Counseling, PLLC
10829 Ne 68th St
Suite D
Kirkland Wa 98033

| | | | | Previous Balance: | $0.00 |
|---|---|---|---|---|---|
| **Date** | **Service** | **Place of Service** | **Units** | | **Charge** |
| 04/30/2021 | 90837: 60min Therapy Session | 11 | 1 | | $150.00 |
| 04/28/2021 | 90837: 60min Therapy Session | 11 | 1 | | $150.00 |
| 04/27/2021 | 90837: 60min Therapy Session | 11 | 1 | | $150.00 |
| 04/26/2021 | 90847: C/F Therapy Session | 11 | 1 | | $150.00 |
| 04/23/2021 | 90837: 60min Therapy Session | 11 | 1 | | $150.00 |
| 04/21/2021 | 90837: 60min Therapy Session | 11 | 1 | | $150.00 |
| 04/19/2021 | 90847: C/F Therapy Session | 11 | 1 | | $150.00 |
| 04/16/2021 | 90837: 60min Therapy Session | 11 | 1 | | $150.00 |
| | | | Total Charges: | | $1,200.00 |

Diagnostic Code(s): F43.11

Total Paid: $1,200.00
Invoice Amount Due: $0.00
**Balance Due: $0.00**

**Billing Provider:** Name: EQUIP Counseling, PLLC
NPI #: 1245754649
Tax Id: 82-2197086
License #: MG1-60781074

**Rendering Provider:** Owner Sarah Dellinger, MS, LMFTA
Staff License #: MG- 60781074
NPI #: 1245753649

**Client:** ID: RM00093
Name: Ronda McNae
Date of Birth: 4 April 1986
Gender: Female
SSN: XXXXX-3684
Phone: (206) 914-6752

**Footnote:**

MCNAE 001164



# Superbill

**EQUIP Counseling, PLLC**

Date : 7 May 2021
Invoice No. : 1122
For Questions Call : 2069923154

Ronda McNae
504 11th pl
Kirkland, Wa 98033

EQUIP Counseling, PLLC
10829 Ne 68th St
Suite D
Kirkland Wa 98033

Previous Balance: $0.00

| Date | Service | Place of Service | Units | Charge |
|------|---------|-----------------|-------|--------|
| 05/26/2021 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 05/24/2021 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 05/24/2021 | 90840: 30 Min Session Add-On (Crisis) | 11 | 1 | $50.00 |
| 05/21/2021 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 05/19/2021 | 90847: C/F Therapy Session | 11 | 1 | $150.00 |
| 05/17/2021 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 05/14/2021 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 05/14/2021 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 05/10/2021 | 90847: C/F Therapy Session | 11 | 1 | $150.00 |
| 05/07/2021 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 05/03/2021 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |

Total Charges: $1,550.00

Diagnostic Code(s): F43.11

Total Paid: $1,550.00
Invoice Amount Due: $0.00
**Balance Due: $0.00**

**Billing Provider:** Name: EQUIP Counseling, PLLC
NPI #: 1245754649
Tax Id: 82-2197086
License #: MG1-60781074

**Rendering Provider:** Owner Sarah Dellinger, MS, LMFTA
Staff License #: MG-60781074
NPI #: 1245753649

**Client:** ID: RM00093
Name: Ronda McNae
Date of Birth: 4 April 1986
Gender: Female
SSN: XXXXX-3684
Phone: (206) 914-6752

**Footnote:**

MCNAE 001165



# Superbill

**EQUIP Counseling, PLLC**

Date : 7 June 2021
Invoice No. : 1133
For Questions Call : 2069923154

Ronda McNae
504 11th pl
Kirkland, Wa 98033

EQUIP Counseling, PLLC
10829 Ne 68th St
Suite D
Kirkland Wa 98033

| | | | | Previous Balance: | $0.00 |
|---|---|---|---|---|---|
| **Date** | **Service** | **Place of Service** | **Units** | | **Charge** |
| 06/30/2021 | 90837: 60min Therapy Session | 11 | 1 | | $150.00 |
| 06/28/2021 | 90837: 60min Therapy Session | 11 | 1 | | $150.00 |
| 06/14/2021 | 90837: 60min Therapy Session | 11 | 1 | | $150.00 |
| 06/10/2021 | 90837: 60min Therapy Session | 11 | 1 | | $150.00 |
| 06/09/2021 | 90837: 60min Therapy Session | 11 | 1 | | $150.00 |
| 06/07/2021 | 90837: 60min Therapy Session | 11 | 1 | | $150.00 |
| 06/04/2021 | 90837: 60min Therapy Session | 11 | 1 | | $150.00 |
| 06/02/2021 | 90847: C/F Therapy Session | 11 | 1 | | $150.00 |
| | | | Total Charges: | | $1,200.00 |

Diagnostic Code(s): F43.11

Total Paid: $1,200.00
Invoice Amount Due: $0.00
**Balance Due: $0.00**

**Billing Provider:** Name: EQUIP Counseling, PLLC
NPI #: 1245754649
Tax Id: 82-2197086
License #: MG1-60781074

**Rendering Provider:** Owner Sarah Dellinger, MS, LMFTA
Staff License #: MG-60781074
NPI #: 1245753649

**Client:** ID: RM00093
Name: Ronda McNae
Date of Birth: 4 April 1986
Gender: Female
SSN: XXXXX-3684
Phone: (206) 914-6752

**Footnote:**

MCNAE 001166



# Superbill

## Premera ID: B02YVUB02YVT

**EQUIP Counseling, PLLC**

Date : 9 August 2021
Invoice No. : 1195
For Questions Call : 2069923154

Ronda McNae
504 11th pl
Kirkland, Wa 98033

EQUIP Counseling, PLLC
10829 Ne 68th St
Suite D
Kirkland Wa 98033

| | | | | Previous Balance: | $50.00 |
|---|---|---|---|---|---|
| **Date** | **Service** | **Place of Service** | **Units** | | **Charge** |
| 08/31/2021 | 90837: 60min Therapy Session | 11 | 1 | | $150.00 |
| 08/20/2021 | 90847: C/F Therapy Session | 11 | 1 | | $150.00 |
| 08/16/2021 | 90837: 60min Therapy Session | 11 | 1 | | $150.00 |
| 08/12/2021 | 90837: 60min Therapy Session | 11 | 1 | | $150.00 |
| 08/09/2021 | 90837: 60min Therapy Session | 11 | 1 | | $150.00 |
| 08/09/2021 | 99354: 30 Min Session- Add On (Non-Crisis) | 11 | 1 | | $50.00 |
| 07/07/2021 | 90837: 60min Therapy Session | 11 | 1 | | $150.00 |
| 07/02/2021 | 90837: 60min Therapy Session | 11 | 1 | | $150.00 |
| | | | | Total Charges: | $1,100.00 |

Diagnostic Code(s): F43.11

Total Paid: $1,100.00
Invoice Amount Due: $0.00
**Balance Due: $50.00**

**Billing Provider:** Name: EQUIP Counseling, PLLC
NPI #: 1245754649
Tax Id: 82-2197086
License #: MG1-60781074

**Rendering Provider:** Owner Sarah Dellinger, MS, LMFTA
Staff License #: MG-60781074
NPI #: 1245753649

**Client:** ID: RM00093
Name: Ronda McNae
Date of Birth: 4 April 1986
Gender: Female
SSN: XXXXX-3684
Phone: (206) 914-6752

**Footnote:**

MCNAE 001167



# **Superbill**

## Premera ID: B02YVUB02YVT

| | |
|---|---|
| Date : | 15 September 2021 |
| Invoice No. : | 1234 |
| For Questions Call : | 2069923154 |

**EQUIP Counseling, PLLC**

Ronda McNae
504 11th pl
Kirkland, Wa 98033

EQUIP Counseling, PLLC
10829 Ne 68th St
Suite D
Kirkland Wa 98033

Previous Balance:     $0.00

| Date | Service | Place of Service | Units | Charge |
|---|---|---|---|---|
| 09/30/2021 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 09/27/2021 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 09/27/2021 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 09/27/2021 | 90847: C/F Therapy Session | 11 | 1 | $150.00 |
| 09/20/2021 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 09/16/2021 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 09/13/2021 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 09/09/2021 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 09/08/2021 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 09/07/2021 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 09/02/2021 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |

Total Charges:    $1,650.00

Diagnostic Code(s): **F43.11**

| | |
|---|---|
| Total Paid: | $1,650.00 |
| Invoice Amount Due: | $0.00 |
| **Balance Due:** | **$0.00** |

**Billing Provider:**   Name: EQUIP Counseling, PLLC
NPI #: 1245754649
Tax Id: 82-2197086
License #: MG1-60781074

**Rendering Provider:**   Owner Sarah Dellinger, MS, LMFTA
Staff License #: MG-60781074
NPI #: 1245753649

**Client:**   ID: RM00093
Name: Ronda McNae
Date of Birth: 4 April 1986
Gender: Female
SSN: XXXXX-3684
Phone: (206) 914-6752

## Premera ID: B02YVUB02YVT

MCNAE 001168



# Superbill

## Premera ID: B02YVUB02YVT

**EQUIP Counseling, PLLC**

Date : 4 October 2021
Invoice No. : 1241
For Questions Call : 2069923154

Ronda McNae
504 11th pl
Kirkland, Wa 98033

EQUIP Counseling, PLLC
10829 Ne 68th St
Suite D
Kirkland Wa 98033

| | | | Previous Balance: | $0.00 |
|---|---|---|---|---|

| Date | Service | Place of Service | Units | Charge |
|---|---|---|---|---|
| 10/29/2021 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 10/28/2021 | 90847: C/F Therapy Session | 11 | 1 | $150.00 |
| 10/27/2021 | 90847: C/F Therapy Session | 11 | 1 | $150.00 |
| 10/25/2021 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 10/22/2021 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 10/21/2021 | 90847: C/F Therapy Session | 11 | 1 | $150.00 |
| 10/19/2021 | 90847: C/F Therapy Session | 11 | 1 | $150.00 |
| 10/18/2021 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 10/12/2021 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 10/11/2021 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 10/05/2021 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 10/04/2021 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 10/04/2021 | 90847: C/F Therapy Session | 11 | 1 | $150.00 |
| | | | Total Charges: | $1,950.00 |

Diagnostic Code(s): F43.11

Total Paid: $1,950.00
Invoice Amount Due: $0.00
**Balance Due: $0.00**

**Billing Provider:** Name: EQUIP Counseling, PLLC
NPI #: 1245754649
Tax Id: 82-2197086
License #: MG1-60781074

**Rendering Provider:** Owner Sarah Dellinger, MS, LMFTA
Staff License #: MG-60781074

**Client:** ID: RM00093
Name: Ronda McNae
Date of Birth: 4 April 1986
Gender: Female
SSN: XXXXX-3684
Phone: (206) 914-6752

## Premera ID: B02YVUB02YVT

MCNAE 001169



**Premera ID: B02YVUB02YVT**

# Superbill

|  |  |
|---|---|
| Date : | 3 November 2021 |
| Invoice No. : | 1275 |
| For Questions Call : | 2069923154 |

**EQUIP Counseling, PLLC**

Ronda McNae
504 11th pl
Kirkland, Wa 98033

EQUIP Counseling, PLLC
10829 Ne 68th St
Suite D
Kirkland Wa 98033

| | | | Previous Balance: | $0.00 |
|---|---|---|---|---|

| Date | Service | Place of Service | Units | Charge |
|---|---|---|---|---|
| 11/18/2021 | 90837: 60min Therapy Session | 02 | 1 | $150.00 |
| 11/04/2021 | 90847: C/F Therapy Session | 11 | 1 | $150.00 |
| 11/01/2021 | 90847: C/F Therapy Session | 11 | 1 | $150.00 |
| | | | Total Charges: | $450.00 |

Diagnostic Code(s): **F43.11**

| | |
|---|---|
| Total Paid: | $450.00 |
| Invoice Amount Due: | $0.00 |
| **Balance Due:** | **$0.00** |

**Billing Provider:** Name: EQUIP Counseling, PLLC
NPI #: 1245754649
Tax Id: 82-2197086
License #: MG1-60781074

**Rendering Provider:** Owner Sarah Dellinger, MS, LMFTA
Staff License #: MG-60781074
NPI #: 1245753649

**Client:** ID: RM00093
Name: Ronda McNae
Date of Birth: 4 April 1986
Gender: Female
SSN: XXXXX-3684
Phone: (206) 914-6752

**Premera ID: B02YVUB02YVT**

MCNAE 001170



# Superbill

## EQUIP Counseling, PLLC

Premera ID: B02YVUB02YVT

Date : 7 December 2021
Invoice No. : 1295
For Questions Call : 2069923154

Ronda McNae
504 11th pl
Kirkland, Wa 98033

EQUIP Counseling, PLLC
10829 Ne 68th St
Suite D
Kirkland Wa 98033

Previous Balance: $0.00

| Date | Service | Place of Service | Units | Charge |
|---|---|---|---|---|
| 12/27/2021 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 12/22/2021 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 12/20/2021 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 12/14/2021 | 90847: C/F Therapy Session | 11 | 1 | $150.00 |
| 12/08/2021 | 90847: C/F Therapy Session | 11 | 1 | $150.00 |
| 12/06/2021 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 12/06/2021 | 90846: C Therapy Session (W/O) | 11 | 1 | $150.00 |
| 12/01/2021 | 90837: 60min Therapy Session | 02 | 1 | $150.00 |
| | | Total Charges: | | $1,200.00 |

Diagnostic Code(s): F43.11

Total Paid: $1,200.00
Invoice Amount Due: $0.00
**Balance Due:** **$0.00**

| Billing Provider: | Name: EQUIP Counseling, PLLC
NPI #: 1245754649
Tax Id: 82-2197086
License #: MG1-60781074 | Client: | ID: RM00093
Name: Ronda McNae
Date of Birth: 4 April 1986
Gender: Female
SSN: XXXXX-3684
Phone: (206) 914-6752 |
| Rendering Provider: | Owner Sarah Dellinger, MS, LMFTA
Staff License #: MG-60781074
NPI #: 1245753649 | | |

Premera ID: B02YVUB02YVT

MCNAE 001171

 **Premera ID: B02YVUB02YVT**

# Superbill

Date : 13 January 2022
Invoice No. : 1324
For Questions Call : 2069923154

## EQUIP Counseling, PLLC

Ronda McNae
504 11th pl
Kirkland, Wa 98033

EQUIP Counseling, PLLC
10829 Ne 68th St
Suite D
Kirkland Wa 98033

Previous Balance: $0.00

| Date | Service | Place of Service | Units | Charge |
|------|---------|------------------|-------|--------|
| 01/27/2022 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 01/26/2022 | 90847: C/F Therapy Session | 11 | 1 | $150.00 |
| 01/24/2022 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 01/20/2022 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 01/18/2022 | 90847: C/F Therapy Session | 11 | 1 | $150.00 |
| 01/17/2022 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 01/14/2022 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 01/07/2022 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 01/06/2022 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 01/03/2022 | 90847: C/F Therapy Session | 11 | 1 | $150.00 |
| | | | Total Charges: | $1,500.00 |

Diagnostic Code(s): F43.11

Total Paid: $1,500.00
Invoice Amount Due: $0.00
**Balance Due: $0.00**

| | | Client: | |
|--|--|--|--|
| **Billing Provider:** | Name: EQUIP Counseling, PLLC<br>NPI #: 1245754649<br>Tax Id: 82-2197086<br>License #: MG1-60781074 | **Client:** | ID: RM00093<br>Name: Ronda McNae<br>Date of Birth: 4 April 1986<br>Gender: Female<br>SSN: XXXXX-3684<br>Phone: (206) 914-6752 |
| **Rendering Provider:** | Owner Sarah Dellinger, MS, LMFTA<br>Staff License #: MG-60781074<br>NPI #: 1245753649 | | |

**Premera ID: B02YVUB02YVT**

MCNAE 001172



<span style="color:red">Premera ID: B02YVUB02YVT</span>

# Superbill

**EQUIP Counseling, PLLC**

Date : 3 February 2022
Invoice No. : 1340
For Questions Call : 2069923154

Ronda McNae
504 11th pl
Kirkland, Wa 98033

EQUIP Counseling, PLLC
10829 Ne 68th St
Suite D
Kirkland Wa 98033

| | | | | Previous Balance: $0.00 |
|---|---|---|---|---|

| Date | Service | Place of Service | Units | Charge |
|---|---|---|---|---|
| 02/28/2022 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 02/24/2022 | 90847: C/F Therapy Session | 11 | 1 | $150.00 |
| 02/23/2022 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 02/17/2022 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 02/14/2022 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 02/10/2022 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 02/08/2022 | 90847: C/F Therapy Session | 11 | 1 | $150.00 |
| 02/07/2022 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 02/02/2022 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 02/01/2022 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| | | | Total Charges: | $1,500.00 |

Diagnostic Code(s): F43.11

Total Paid: $1,500.00
Invoice Amount Due: $0.00
**Balance Due: $0.00**

| Billing Provider: | Name: EQUIP Counseling, PLLC<br>NPI #: 1245754649<br>Tax Id: 82-2197086<br>License #: MG1-60781074 | Client: | ID: RM00093<br>Name: Ronda McNae<br>Date of Birth: 4 April 1986<br>Gender: Female<br>SSN: XXXXX-3684<br>Phone: (206) 914-6752 |
|---|---|---|---|
| Rendering Provider: | Owner Sarah Dellinger, MS, LMFTA<br>Staff License #: MG-60781074<br>NPI #: 1245753649 | | |

Footnote:

<span style="color:red">Premera ID: B02YVUB02YVT</span>

MCNAE 001173

# Superbill

Premera ID: B02YVUB02YVT

**EQUIP Counseling, PLLC**

Date : 3 March 2022
Invoice No. : 1358
For Questions Call : 2069923154

Ronda McNae
504 11th pl
Kirkland, Wa 98033

EQUIP Counseling, PLLC
10829 Ne 68th St
Suite D
Kirkland Wa 98033

| | | | | Previous Balance: | $0.00 |

| Date | Service | Place of Service | Units | Charge |
|------|---------|------------------|-------|--------|
| 03/31/2022 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 03/29/2022 | 90846: C Therapy Session (W/O) | 11 | 1 | $150.00 |
| 03/28/2022 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 03/24/2022 | 90847: C/F Therapy Session | 11 | 1 | $150.00 |
| 03/23/2022 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 03/21/2022 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 03/17/2022 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 03/14/2022 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 03/10/2022 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 03/08/2022 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 03/07/2022 | 90847: C/F Therapy Session | 11 | 1 | $150.00 |
| 03/02/2022 | 90847: C/F Therapy Session | 11 | 1 | $150.00 |
| | | | Total Charges: | $1,800.00 |

Diagnostic Code(s): F43.11

Total Paid: $1,800.00
Invoice Amount Due: $0.00
**Balance Due: $0.00**

**Billing Provider:** Name: EQUIP Counseling, PLLC
NPI #: 1245754649
Tax Id: 82-2197086
License #: MG1-60781074

**Rendering Provider:** Owner Sarah Dellinger, MS, LMFTA
Staff License #: MG-60781074
NPI #: 1245753649

**Client:** ID: RM00093
Name: Ronda McNae
Date of Birth: 4 April 1986
Gender: Female
SSN: XXXXX-3684
Phone: (206) 914-6752

Premera ID: B02YVUB02YVT

MCNAE 001174



# Superbill

<span style="color:red">Premera ID: B02YVUB02YVT</span>

**EQUIP Counseling, PLLC**

Date : 2 May 2022
Invoice No. : 1402
For Questions Call : 2069923154

Ronda McNae
504 11th pl
Kirkland, Wa 98033

EQUIP Counseling, PLLC
10829 Ne 68th St
Suite D
Kirkland Wa 98033

Previous Balance: $0.00

| Date | Service | Place of Service | Units | Charge |
|------|---------|------------------|-------|--------|
| 04/28/2022 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 04/25/2022 | 90847: C/F Therapy Session | 11 | 1 | $150.00 |
| 04/04/2022 | 90837: 60min Therapy Session | 02 | 1 | $150.00 |
| 04/01/2022 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| | | | Total Charges: | $600.00 |

Diagnostic Code(s): F43.11

Total Paid: $600.00
Invoice Amount Due: $0.00
**Balance Due:** **$0.00**

**Billing Provider:** Name: EQUIP Counseling, PLLC
NPI #: 1245754649
Tax Id: 82-2197086
License #: MG1-60781074

**Rendering Provider:** Owner Sarah Dellinger, MS, LMFTA
Staff License #: MG-60781074
NPI #: 1245753649

**Client:** ID: RM00093
Name: Ronda McNae
Date of Birth: 4 April 1986
Gender: Female
SSN: XXXXX-3684
Phone: (206) 914-6752

<span style="color:red">Premera ID: B02YVUB02YVT</span>

**Footnote:**

MCNAE 001175

# Superbill

Date : **30 August 2022**
Invoice No. : **1491**
For Questions Call : **2069923154**

**EQUIP Counseling, PLLC**

Ronda McNae
504 11th pl
Kirkland, Wa 98033

EQUIP Counseling, PLLC
10829 Ne 68th St
Suite D
Kirkland Wa 98033

Previous Balance: $0.00

| Date/Time | Service | Place of Service | Units | Charge |
|-----------|---------|------------------|-------|--------|
| 08/26/2022 | 90847: C/F Therapy Session | 11 | 1 | $150.00 |
| 08/23/2022 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 08/11/2022 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 08/08/2022 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| | | | Total Charges: | $600.00 |

Diagnostic Code(s): **F43.11**

Total Paid: $600.00
Invoice Amount Due: $0.00
**Balance Due:** **$0.00**

**Billing Provider:** Name: EQUIP Counseling, PLLC
NPI #: 1245754649
Tax Id: 82-2197086
License #: MG1-60781074

**Client:** ID: RM00093
Name: Ronda McNae
Date of Birth: 4 April 1986
Sex: Female
SSN: XXXXX-3684
Phone: (206) 914-6752

**Rendering Provider:** Owner Sarah Dellinger, MS, LMFTA
Staff License #: MG-60781074
NPI #: 1245753649

**Footnote:**

MCNAE 002846

# Superbill

Premera ID: B02YVUB02YVT

|  |  |
|---|---|
| Date : | 7 September 2022 |
| Invoice No. : | 1492 |
| For Questions Call : | 2069923154 |

**EQUIP Counseling, PLLC**

Ronda McNae
504 11th pl
Kirkland, Wa 98033

EQUIP Counseling, PLLC
10829 Ne 68th St
Suite D
Kirkland Wa 98033

Previous Balance: $0.00

| Date | Service | Place of Service | Units | Charge |
|---|---|---|---|---|
| 09/29/2022 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 09/26/2022 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 09/22/2022 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 09/19/2022 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 09/15/2022 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 09/12/2022 | 90847: C/F Therapy Session | 11 | 1 | $150.00 |
| 09/08/2022 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 09/06/2022 | 90847: C/F Therapy Session | 11 | 1 | $150.00 |
| 09/02/2022 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |

Total Charges: $1,350.00

Diagnostic Code(s): **F43.11**

| | |
|---|---|
| Total Paid: | $1,350.00 |
| Invoice Amount Due: | $0.00 |
| **Balance Due:** | **$0.00** |

| | | | |
|---|---|---|---|
| **Billing Provider:** | Name: EQUIP Counseling, PLLC<br>NPI #: 1245754649<br>Tax Id: 82-2197086<br>License #: MG1-60781074 | **Client:** | ID: RM00093<br>Name: Ronda McNae<br>Date of Birth: 4 April 1986<br>Sex: Female<br>SSN: XXXXX-3684<br>Phone: (206) 914-6752 |
| **Rendering Provider:** | Owner Sarah Dellinger, MS, LMFTA<br>Staff License #: MG-60781074<br>NPI #: 1245753649 | | |

**Footnote:**

Premera ID: B02YVUB02YVT

MCNAE 002847

# Superbill

Date : **7 October 2022**
Invoice No. : **1545**
For Questions Call : **2069923154**

## EQUIP Counseling, PLLC

Ronda McNae
504 11th pl
Kirkland, Wa 98033

EQUIP Counseling, PLLC
10829 Ne 68th St
Suite D
Kirkland Wa 98033

| | | | | Previous Balance: | $0.00 |
|---|---|---|---|---|---|

| Date | Service | Place of Service | Units | Charge |
|---|---|---|---|---|
| 10/31/2022 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 10/27/2022 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 10/24/2022 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 10/20/2022 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 10/13/2022 | 90847: C/F Therapy Session | 11 | 1 | $150.00 |
| 10/03/2022 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| | | | Total Charges: | $900.00 |

Diagnostic Code(s): **F43.11**

Total Paid: $900.00
Invoice Amount Due: $0.00
**Balance Due: $0.00**

**Billing Provider:**
Name: EQUIP Counseling, PLLC
NPI #: 1245754649
Tax Id: 82-2197086
License #: MG1-60781074

**Rendering Provider:**
Owner Sarah Dellinger, MS, LMFTA
Staff License #: MG-60781074
NPI #: 1245753649

**Client:**
ID: RM00093
Name: Ronda McNae
Date of Birth: 4 April 1986
Sex: Female
SSN: XXXXX-3684
Phone: (206) 914-6752

**Footnote:**

MCNAE 002848

# Superbill

**EQUIP Counseling, PLLC**

Date : 1 November 2022
Invoice No. : 1569
For Questions Call : 2069923154

Ronda McNae
504 11th pl
Kirkland, Wa 98033

EQUIP Counseling, PLLC
10829 Ne 68th St
Suite D
Kirkland Wa 98033

Previous Balance: $900.00

| Date | Service | Place of Service | Units | Charge |
|------|---------|------------------|-------|--------|
| 11/28/2022 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 11/21/2022 | 90847: C/F Therapy Session | 11 | 1 | $150.00 |
| 11/17/2022 | 90837: 60min Therapy Session | 02 | 1 | $150.00 |
| 11/14/2022 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 11/11/2022 | 90837: 60min Therapy Session | 02 | 1 | $150.00 |
| 11/10/2022 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 11/03/2022 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |
| 11/01/2022 | 90837: 60min Therapy Session | 11 | 1 | $150.00 |

Total Charges: $1,200.00

Diagnostic Code(s): F43.11

Total Paid: -
Invoice Amount Due: $1,200.00
**Balance Due: $2,100.00**

| Billing Provider: | Name: EQUIP Counseling, PLLC<br>NPI #: 1245754649<br>Tax Id: 82-2197086<br>License #: MG1-60781074 | Client: | ID: RM00093<br>Name: Ronda McNae<br>Date of Birth: 4 April 1986<br>Sex: Female<br>SSN: XXXXX-3684<br>Phone: (206) 914-6752 |
| Rendering Provider: | Owner Sarah Dellinger, MS, LMFTA<br>Staff License #: MG-60781074<br>NPI #: 1245753649 | | |

**Footnote:**

MCNAE 002849