Date : 4/1/2022 12:11:36 PM
From : "Ronda McNae" rondamcnae@gmail.com
To : "Mayes, John" John.Mayes@softwareone.com, "Ravencroft, Patty" Patty.Ravencroft@softwareone.com
Subject : Re: HR

John,

My past correspondence was simply to inform your company and to make you aware. The NDA covered details from the initial rape however not the subsequent assault 14 days later in San Francisco, CA.

I hope and pray your company will take allegations like this seriously. Later learning how Patrick Winter actually passed away and this on going "boys-club" behavior within the Executive leadership team is disheartening.

Based on details shared with me by other employees of SWO, I don't expect any genuine acknowledgment, apology, or desire to make things right.

Imagine if this happened to your mother, wife, sister, or daughter. I'm fighting for change for the sake of my daughters future.

-Ronda McNae

---

**From:** Mayes, John <John.Mayes@softwareone.com>
**Sent:** Wednesday, March 30, 2022 8:22:33 PM
**To:** Ronda McNae <rondamcnae@gmail.com>; Ravencroft, Patty <Patty.Ravencroft@softwareone.com>
**Subject:** RE: HR

Ronda,

Thank you for your note and for informing us of your intent and actions.

As with previous correspondence, we cannot comment on any personal agreements / arrangements you have with Mike nor the details of what is / is not possible in the context of the NDA.

I appreciate you making us aware, and I reiterate, we remain open and available to you as needed.

With kind regards,

John

---

**From:** Ronda McNae <rondamcnae@gmail.com>
**Sent:** 31 March 2022 00:45

MCNAE 001335

**To:** Mayes, John <John.Mayes@softwareone.com>; Ravencroft, Patty <patty.ravencroft@softwareone.com>
**Subject:** Re: HR

CAUTION: This message was sent from outside of SoftwareONE. Please do not click links or open attachments unless you recognize the source of this email and know the content is safe. Please report all suspicious emails to "IT.Security@softwareone.com" as an attachment.

John,

SoftwareONE will likely hear from Microsoft in the coming days however I felt compelled to inform you personally that there are ongoing investigations against your CIO; Mike Fitzgerald. In transparency, I did reach out to Mike this past week requesting an apology but never heard back. I will include a copy of my email to Mike below.

In June 2020, I signed an NDA contract with Mike Fitzgerald under duress feeling this would be the only way to have access to resources for intense therapy that was and is still needed. I've since learned that an NDA cannot prevent one from going to law enforcement to report a crime.

It's disheartening to uncover the reality that someone is capable of manufacturing a false identity full of deep manipulation under the guise of a work partnership, only to carry out irreparable harm. For the sake of all women, I hope more of these cases are brought to light.

-Ronda McNae

(Email to Mike Fitzgerald from Ronda McNae)

*Mike,*

*You may or may not be aware by this point, Will and I went to the police. There are currently three open investigations on you. Charges ranging from harassment to sexual battery. This was something I needed to do for my own personal healing to move forward.*

*Unfortunately it's hard to know if you fully understand the gravity of your past choices and how they have severely affected me to my core as well as my family.*

*I'm writing to you to give you a small window of opportunity to apologize in person face to face ... just you and I, otherwise I will continue with charges against you criminally. Will and I don't see eye to eye on this, but I feel it's important to give you a chance.*

*Truly, I believe people can change for the better but not without ownership, accountability, and a genuine apology.*

*To add, I'm meeting with the District Attorney's office in San Francisco within the next two weeks. They are requesting a "phone dump" which gives them all the text threads*

MCNAE 001336

*between us, Yelany, Patrice, emails, and those at SWO who knew of everything prior to the NDA. A response in a timely manner would be appreciated.*

*-Ronda McNae*

On Fri, Dec 31, 2021 at 11:14 AM Mayes, John <John.Mayes@softwareone.com> wrote:

> Dear Ronda
>
> Thank you for your email. I wanted to acknowledge receipt.
>
> As you had previously outlined that you were working with your lawyer to reach a resolution / agreement directly, we took the decision to follow that process to its conclusion - which I understand was (originally) achieved. For clarity, we were not involved in the details of any agreement, just made aware that one had been reached.
>
> As you have now taken that further, I reiterate we remain open and available to you as needed.
>
> With kind regards,
>
> John
>
> John Mayes
> SoftwareONE
>
> ---
>
> **From:** Ronda McNae <rondamcnae@gmail.com>
> **Sent:** Wednesday, December 29, 2021 1:05 pm
> **To:** Mayes, John
> **Subject:** Re: HR
>
> CAUTION: This message was sent from outside of SoftwareONE. Please do not click links or open attachments unless you recognize the source of this email and know the content is safe. Please report all suspicious emails to "IT.Security@softwareone.com" as an attachment.
>
> John,
>
> Since our last email correspondence, I have moved forward to seek justice with a criminal investigation. While I've been muzzled with an NDA, I have learned these contracts can't silence anyone from reporting a crime, which has been confirmed with the three separate police departments I filed a report with.
>
> I read your company's code of conduct, I can't help but be dumbfounded how behavior can go unchecked and/or intentionally investigated when any allegations arise. This world is so broken and so are the systems in place to protect us women.
>
> Ronda McNae

MCNAE 001337