Thanks and best regards,

John



**John Mayes - CHRO**
Direct: +65 6922 0938
Mobile: +65 9646 3460
Email: john.mayes@softwareone.com

---

**From:** Ronda McNae <rondamcnae@gmail.com>
**Sent:** 05 May 2022 04:42
**To:** Will McNae <will.mcnae@microsoft.com>; Mayes, John <John.Mayes@softwareone.com>; Ravencroft, Patty <Patty.Ravencroft@softwareone.com>; Leslie Pickering <lesliep@microsoft.com>
**Subject:** Re: Police Reports

> CAUTION: This message was sent from outside of SoftwareONE. Please do not click links or open attachments unless you recognize the source of this email and know the content is safe. Please report all suspicious emails to "IT.Security@softwareone.com" as an attachment.

John Mayes,

Dating back to my initial correspondence with you (April 2020), you have always been quick to reply within two days. It's been 8 days and I have yet to hear a peep nor was there any response to Will McNae's follow up email April 26th 2022.

I would like to know your process and how your company handles criminal and sexual in nature misconduct. How do you plan to proceed?

While your company will may attempt to claim "zero liability" since pieces of the story weren't during "work hours" or " a company sponsored event," I hope you recognize at this point that's so far from the truth based on all the evidence I have supporting my claims.

Yesterday I connected with a retired special agent from the FBI of 30 years. He helped solve some of the biggest sex crime cases and I've learned from him, theres a process of a sexual predator.

Psychological coercion, deception, and manipulation to win sympathy, trust, and access to prey on a vulnerable female once she's isolated is a crime. Mike manufactured his entire identity. While Mike communicated to Microsoft he couldn't attend Inspire due to the death of his Father and needed to be in the UK- I have proof Mike wasn't in the UK and actually in Miami, FL. Also, Mike's Dad isn't dead although I also have proof of Mike texting me how his Father died and that Mike has a son. He even sent me a picture of his son. Your company likely knows that Mike doesn't not have a son.

Mike told me "if anything gets out, his company will circle around him to protect him and Will would be pushed out"

I have since spoken to several investigative reporters and I sure hope your company won't side step or cut corners on an internal investigation and find a way to right the wrong.