Date : 5/9/2022 9:57:52 AM
From : "Ronda McNae" rondamcnae@gmail.com
To : "Mayes, John" John.Mayes@softwareone.com, "Will McNae" will.mcnae@microsoft.com, "Ravencroft, Patty" Patty.Ravencroft@softwareone.com, "Leslie Pickering" lesliep@microsoft.com
Subject : [EXTERNAL] Re: Police Reports
Attachment : Microsoft Complaint.docx;image001.jpg;image002.jpg;image003.jpg;image004.jpg;image005.jpg;image006.jpg;

Thank you for your delayed response. It's not just a personal matter FYI. Its personal but very much professional. Perhaps that's a convenient and safe stand for you to take.

Taking advantage of a work relationship to prey on the wife is hardly "personal" especially since I was threatened with my husband losing his job.
I also have a text message from Mike stating he plans on talking to "Dieter" - if things were personal, why would a conversation with the CEO be necessary? Unfortunately there's many texts where Mike speaks about SWO.

As we are watching the Activision ordeal unravel, I believe it's fair to say the choices the CEO made personal and professional created a massive ripple effect. Same goes from Mike Fitzgerald. Thankfully with the help of Verizon, I've been able to uncover text messages to both Will & myself dating back to 2019 from Mike.

Also, I'm not the only victim of his misconduct. I have a saved testimony of another victim who declined sex and Mike threw her on the bed while saying "Shut the fuck up" and proceeded to have sex with her from behind. Now this incident is very much personal. There are no ties professionally however at what point does an employees personal choices bleed into his work?

I'll be retaining legal counsel.

Ronda McNae

---

**From:** Mayes, John <John.Mayes@softwareone.com>
**Sent:** Sunday, May 8, 2022 6:57:16 PM
**To:** Ronda McNae <rondamcnae@gmail.com>; Will McNae <will.mcnae@microsoft.com>; Ravencroft, Patty <Patty.Ravencroft@softwareone.com>; Leslie Pickering <lesliep@microsoft.com>
**Subject:** RE: Police Reports

Dear Ronda,

Thank you for your email, acknowledging receipt.

The prior email you refer to (26th April) you stated you were sharing with us certain documents you had presented to Microsoft for their investigation.

For reference, I acknowledge receipt of the mail from you dated 26th April and the contents (3 attachments including two PDFs from SFOPD and RedmondPD and a word document) as well as the follow on note (dated 27th April) from Will McNae outlining certain corrections required to said documents' content.

As I said in prior correspondence, we cannot comment on personal matters however, we have, and will follow, our own due process and remain open to you as necessary.

MCNAE 001341