Date : 6/10/2022 3:17:54 PM
From : "Ronda McNae" rondamcnae@gmail.com
To : "David Totten" dtotten@microsoft.com, "Leslie Pickering" lesliep@microsoft.com, "Will McNae" will.mcnae@microsoft.com, "Chris Maulden" chrismaulden@microsoft.com
Subject : [EXTERNAL] McNae Case

Chris,

In full transparency I wanted to share that Business Insider picked up my story to investigate and follow. This came days after the article "Microsoft's toxic culture persists…" had been published on May 9th 2022. While I'm hardly surprised, it still pains me to learn about endless complaints by women who've come forward regarding sexual misconduct/sexual harassment at the hands of MS Partners and MS employees.This very issue is under the scope currently with Business Insider and two other investigative reporters. They have requested all documents and police reports.

The lines and violations the company decides to uphold are only done in a self-serving manner to protect the company on a PR level. I overheard a call with Sheila Stevens from HR and this conversation was going no where until my husband; Will McNae name dropped a reporter I had been speaking with; Jodi Kantor. Sheila then changed her tune and confessed the company tends to be more "reactive" vs "proactive" which I find absurd since MS just wrapped Brene Brown's "Dare to Lead" training.

Spouses are often invited to company events in support of the spouse who is the full time employee of MS, perhaps you should send out a notice "If your partner is harassed, assaulted, or raped… MS has zero liability even if you were attending a dinner or work related event to support the work partnership". I can list over two dozen events I have attended with my husband while he's been employed with MS including a team dinner I hosted.

Take my entire rape/assaults out of Will McNae's HR complaint, MS failed to investigate another piece of the report when Will had been threatened and harassed during work hours by the same individual. Was this not taken serious because he was a male? Then again, your company dismisses women all the time so perhaps gender isn't an issue. I have a text from Will where he was suicidal because of Mike Fitzgerald. Will tells me theres enough life insurance to cover the kids and I … (yet) MS claimed no harm was done to the full time employee? My evidence says otherwise.

I understand that Will made a request/ask to MS regarding the NDA that we both signed with Mike Fitzgerald. This seems like a reasonable request. What's the status here?

The NDA has brought challenges for Will within the workplace and has brought challenges for me (survivor) for other legal reasons. I want Mike Fitzgerald and SoftwareONE (on the hook for restitution and the life I had been robbed of because of their CIO). Microsofts' hands aren't clean in this matter especially since it had been well over 2+ years before anyone from HR allowed Will McNae to go on

MCNAE 001332

record and share what actually happened vs heresy.

This morning I met with the attorney's who handled the Class Action Suit from 2015 against MS. Others find our situation extremely troubling since my husband felt pressure to sign this NDA after being told by his own company; "zero liability" but what would have kept us from signing that agreement rested on Microsoft. If the company stepped in saying "Hey, this is complex and while we don't believe liability rests on us, we do care about our employees… let us assist with therapy and we'll begin an investigation to look into how this partner violated the partner code of conduct."

Both Will and I want this NDA terminated for separate reasons but we both signed it feeling pressured since MS didn't want to step in to help with resources to cover the intense amount of therapy that I desperately needed.

I don't know when my story will surface in the news but I pray your company leads by example. I believe theres still a window of opportunity where this won't look like another PR stunt but rather the decision to do the right thing.

Ronda McNae

MCNAE 001333