Date : 7/15/2022 9:35:39 AM
From : "Ronda McNae" rondamcnae@gmail.com
To : "John Wylie" jww@johnwylielaw.com
Cc : "Mayes, John" John.Mayes@softwareone.com, "Will McNae" will.mcnae@microsoft.com, "Jenny L. Martinez" jmartinez@munckwilson.com
Subject : [EXTERNAL] Re: Release of NDA

Good morning,

I find it quite interesting that SoftwareONE stands behind "personal" failing to acknowledge the professional ties. A Executive used his position and work relationship for other motives. What's disheartening is the very fact Will and I spoke to a number of SoftwareONE employees prior to the agreement being signed. In fact, one employee begged to know "who" since she's also a female within the company worried about her own safety. Other individuals knew the extent, recognizing a work relationship was used to carry out this elaborate ordeal.

Was it ever communicated to you that I met Fitzgerald and roughly 60 of the employees at a work event put on by SoftwareONE? At this event, Fitzgerald shared details of his father that passed, past divorce, and showed pictures of his son? All false by the way. I shared with my husband and a Detective here in Seattle that Fitzgerald had been touching parts of my body in passing - too touchy for meeting me for the first time. I brushed it off thinking that was normal or he doesn't understand personal space. This was part of his process. Push the envelope to desensitize me to random touching.

As for your the second part of your email, I have documentation and the list of individuals we spoke to including written proof. No issue there.

SoftwareONE will do what it must to protect themselves, same here.

To add, I also have text messages where Fitzgerald speaks about telling Dieter what's going on. You see how absurd this is?

Ronda McNae

---

**From:** John Wylie <jww@johnwylielaw.com>
**Sent:** Friday, July 15, 2022 4:23 AM
**To:** Ronda McNae <rondamcnae@gmail.com>
**Cc:** Mayes, John <John.Mayes@softwareone.com>; Will McNae

MCNAE 001349