3:21 

**RONDAMCNAE**
Posts



rondamcnae

DEAR ▆▆▆▆▆ AND ▆▆▆▆▆▆▆▆

I AM REQUESTING A RELEASE FROM THE NON-DISCLOSURE AGREEMENT AND ANY NON-DISPARAGEMENT CLAUSES THAT ▆▆▆▆▆▆▆▆▆▆▆ CIO OF ▆▆▆▆▆▆▆ INSISTED I, RONDA D. MCNAE, SIGN ON JUNE 15TH 2020 IN EXCHANGE FOR FINANCIAL RESOURCES TO COVER EXPENSES RELATED TO MY INTENSE MENTAL AND EMOTIONAL HEALTH COUNSELLING REQUIRED TO MOVE FORWARD AFTER THE KNOWN AND REPORTED SEXUAL MISCONDUCT.

THIS AGREEMENT WAS ESTABLISHED TO CONCEAL DETAILS OF HORRENDOUS AND ALARMING BEHAVIOR AND SEXUAL ASSAULTS SANDWICHED WITHIN ▆▆▆▆▆▆▆'S IPO DATES: OCTOBER 14TH – NOVEMBER 22ND 2019. I LEARNED FROM FORMER FBI AGENTS HOW TO REVERSE ENGINEER A CRIME WHICH ENABLED ME TO STUDY EVIDENCE AND TIMELINES AND PRESENT TO LAW ENFORCEMENT IN MIAMI, SAN FRANCISCO, AND REDMOND.

▆▆▆▆▆▆▆▆▆ MANUFACTURED HIS IDENTITY AND MISREPRESENTED HIMSELF TO GAIN TRUST AND SYMPATHY, ONLY TO ABUSE A WORK RELATIONSHIP WITH WILLIAM J. MCNAE WHICH ALLOWED ▆▆▆▆▆▆▆▆▆ TO GAIN ACCESS TO GROOM AND PREY ON MRS. MCNAE.

▆▆▆▆▆▆▆▆▆▆▆ EVEN LEARNED OF MRS. MCNAE'S TRAUMATIC CHILDHOOD AND REQUESTED TO HAVE HER SPEAK AT A FUTURE CONFERENCE FOR ▆▆▆▆▆▆▆▆ IN HOPES TO ENCOURAGE OTHERS IN YOUR COMPANY. THERE WERE TWO OTHER INDIVIDUALS PRESENT WHEN THIS CONVERSATION TOOK PLACE AUGUST 2019.

I AM REQUESTING A RELEASE AND TERMINATION OF THIS NDA.

Liked by **willmcnae** and **285 others**

**rondamcnae** Signing an NDA (Harvey Weinstein style) came with a price.

3:21 

**RONDAMCNAE**
## Posts

 Liked by **willmcnae** and **285 others**

**rondamcnae** Signing an NDA (Harvey Weinstein style) came with a price.

A price I would have to pay over & over again. 🤐 I've decided, I'm done. This has been a carbon monoxide leak that's been slowly killing me.

When I signed this NDA, I was led to believe I waived my right to ever report to local authorities. I no longer had the power or right to act, speak, think, or feel as one wants without hindrance or restraint. The pressure to sign the NDA was magnified after Microsoft & SoftwareONE decided to not any take action after I reported details of a fragmented night that should put a man in jail.

I collected evidence proving a pattern of behavior where this man used his position of power to take advantage of a work relationship to prey and groom me. I met him at a work event put on by his company SoftwareONE in July 2019. He shared his father just recently passed & even shared details of HOW he died while suffering from Alzheimer's. His mother was sick with a prolapsed colon & was on a list for surgery in the UK. He shared the unfortunate reality of a custody battle with his ex-wife (police officer) who ran off with her boss. I saw pictures of his son. He just ended a long term relationship where his gf forced him to choose between spending time with her & his dying dad & time with his son. This wasn't a man who "just" compulsively lies. When you knowingly misrepresent & manufacture your identity to gain sympathy from empathetic people who genuinely believe theres good in everyone, that's psychological coercion. Predatory psychopaths prey on others emotions. They use guilt trips & flattery to manipulate others. I was (almost) a perfect target & this was (almost) the perfect crime. Plot twist, I

    

where this man used his position of power to take advantage of a work relationship to prey and groom me. I met him at a work event put on by his company SoftwareONE in July 2019. He shared his father just recently passed & even shared details of HOW he died while suffering from Alzheimer's. His mother was sick with a prolapsed colon & was on a list for surgery in the UK. He shared the unfortunate reality of a custody battle with his ex-wife (police officer) who ran off with her boss. I saw pictures of his son. He just ended a long term relationship where his gf forced him to choose between spending time with her & his dying dad & time with his son. This wasn't a man who "just" compulsively lies. When you knowingly misrepresent & manufacture your identity to gain sympathy from empathetic people who genuinely believe theres good in everyone, that's psychological coercion. Predatory psychopaths prey on others emotions. They use guilt trips & flattery to manipulate others. I was (almost) a perfect target & this was (almost) the perfect crime. Plot twist, I became a detective. I studied mental illnesses, predatory patterns and behaviors, personality disorders, & picked a part a two week period. I had to figure out how this happened & why it happened. Uncovering a motive, theory, & providing enough evidence to support.

Women can have balls too.
Release me from the NDA or sue me for breaching #TIMESUP either way it will all eventually come to light!! @timesupnow @metoomvmt

#metoo #fuckthendamf

View all 6 comments

amy.m.pemble  keep fighting the fight!! You are so strong and have overcome so much. Watching you grow and get your life back has been incredible to watch. Love you friend!

amy.m.pemble @rondamcnae He does have a

MCNAE 001704