


3:22 5G 

RONDAMCNAE
**Posts**

**rondamcnae**
Hall of Justice

San Francisco Police Department
Report Type: Supplemental **INCIDENT REPORT** 199005331

**NARRATIVE**

Due to the sensitive nature of the incident described in this report, the (R/V1) victim was granted confidentiality. Additionally, my Body Worn Camera was not activated during the interview for the same reason. This report is supplemental to a courtesy report generated by Officer Slade #218 at the Redmond Police Department in Washington (CASE 21-022327).

On 04/07/2022 at approximately 1225 hours, I met with the victim at Central Station regarding a sexual assault case she had reported in 2019 (Initial Report 199005331). The victim initially filed a courtesy report with the Redmond Police Department in Washington regarding the incident. That report was sent to the SFPD Records Section, and a CDW report was generated.

The victim reported she had been sodomized and raped by (S1) Michael Fitzgerald at the W Hotel, located at 181 3rd Street, on 11/02/2019. The victim was acquainted with Fitzgerald through her husband's work. The victim reported that she had been previously sexually assaulted [redacted]

During the San Francisco incident, the victim agreed to share a hotel room with Fitzgerald after agreeing to meet him to discuss the [redacted] incident. The victim stated she had no intention of having intercourse with Fitzgerald, and there was no discussion of intercourse between them. The victim said she had dinner with Fitzgerald, during which she ingested two alcoholic beverages and became intoxicated. They then returned to the hotel, where Fitzgerald removed his own clothing and the victim's. The victim said she was so intimated by Fitzgerald that she was afraid to resist him. Fitzgerald had previously threated to have the victim's husband fired from his work if she reported the [redacted] incident. The victim additionally stated that she suffers from [redacted] and her reaction to the traumatic nature of the incident immobilized her.

The victim recalled that Fitzgerald used his penis to anally penetrate her once as she was lying on the bed in the hotel room. The victim stated she told Fitzgerald "no" and he then vaginally penetrated her with his penis multiple times. The victim stated Fitzgerald also wrapped his hands around her neck and twisted her nipples while penetrating her. The victim documented all of this in a (E1) written statement she provided me.

The victim returned to her home in Washington on 11/04/2019 and remembered feeling pain in her vagina following the incident. She sought treatment at Evergreen Health Hospital in Kirkland, WA. The victim provided me with her (E2) lab reports from the hospital, which showed her urine screening tested positive for E. Coli. The victim said this indicated that fecal matter had been introduced to her vagina, as a result of being sodomized.

The victim additionally provided me with (E3) photos of Fitzgerald, and advised that he was a United Kingdom or Irish citizen residing in Florida. The victim additionally provided me with a (E4) email written by Fitzgerald on 11/06/2019, in which he tells the victim "Pls make sure you delete your emails and texts. I don't want this to be any harder than it is for you."

The victim advised me she had spoken to Fitzgerald's girlfriends, "Yelany De Varona" and [redacted] who had confronted Fitzgerald about the incident. The victim showed me (E5) screenshots of a text conversation between De Varona and Fitzgerald. Fitzgerald admitted to De Varona that he had engaged in sexual intercourse with the victim, stating "Yes I did" when De Varona asked. Fitzgerald additionally wrote "We slept together twice" and "I was in rampage mode...And I didn't have control of myself."

The victim advised me she had spoken to Lt. O'Connor #436 at SVU previously about the incident, and had come to the station to provide her statement and the additional evidence. My partner, Officer Robards #936 called the SVU office three times and was unable to reach any of the investigators. I provided the victim with a follow-up form, Marsy's card, victim of crime form, SVU referral guide, and sexual assault victim's guide.

I booked the written statement, email, photos, lab report, and screenshots as evidence at Central Station. Copies of

Incident# 199005331 Page 4 of 5

San Francisco Police Department
Report Type: Supplemental **INCIDENT REPORT** 199005331

the evidence have been uploaded to this report. A copy of this report will be forwarded to SVU.

   

Liked by **amy.m.pemble** and **119 others**

**rondamcnae** In my ongoing mission to represent the truth, I will continue to bring things into the light although mortifying. This process has been full of pain but also of growth. Jodi Kantor says "You can't fix something you can't see"

You don't realize just HOW broken our legal system is until you witness or experience it firsthand.

RONDAMCNAE
**Posts**

Liked by amy.m.pemble and 119 others

**rondamcnae** In my ongoing mission to represent the truth, I will continue to bring things into the light although mortifying. This process has been full of pain but also of growth. Jodi Kantor says "You can't fix something you can't see"

You don't realize just HOW broken our legal system is until you witness or experience it firsthand.

I could potentially be in front of a judge for breaching a "Silence Agreement" before the perpetrator is charged for the crimes I'm told to not speak of or else!

The night before I gave my victim statement, I started a conversation with an on duty officer. I asked the officer how often aqauintance rape occurs and what percentage of those are actually prosecuted? (PD officer had been with the agency for 30 years) He sorta laughed and said he thought it happened “daily” it was that common. He went on to share his opinion on what he’s seen with young females today. When you wear basically “nothing” and go to these clubs and parties you’re provoking men. He shared that he told his daughter a warning in which “if a man can see it [skin] he’ll think he can buy it”. Young people today (women) need to cover up more to keep themselves safer & less of a target. He believes women are capable of fighting back in the midst of a rape. I said, "well that’s easy for you to say when you’re a big guy!" (He clearly wasn’t taking into account past trauma, childhood abuse, other intimidation tactics) He ended with.."The only way a women would be raped is if a gun was being held to her head"

If someone you know has been assaulted or raped, be gentle when you ask if they reported it to local authorities. Survivors are treated worse than




3:22 

Posts

men. He shared that he told his daughter a warning in which “if a man can see it [skin] he’ll think he can buy it”. Young people today (women) need to cover up more to keep themselves safer & less of a target. He believes women are capable of fighting back in the midst of a rape. I said, "well that’s easy for you to say when you’re a big guy!" (He clearly wasn’t taking into account past trauma, childhood abuse, other intimidation tactics) He ended with.."The only way a women would be raped is if a gun was being held to her head"

If someone you know has been assaulted or raped, be gentle when you ask if they reported it to local authorities. Survivors are treated worse than criminals in some cases. I certainly felt that way with my initial statement with SFPD. Still waiting on a detective to be assigned, that's our justice system y'all @londonbreed

The perpetrator claims a "consensual affair" ... you have to be given consent for anything to be labeled "consensual" & if there's any coercion, threat, direct or indirect, a power differential or if the victim is intoxicated.there's nothing consensual about it. You can manipulate your way to compliant consent either.
#metoo

**the_supreme_creator** Stay vigilant friend 

July 15

 **rondamcnae** ...

DEAR [redacted] AND [redacted]

1/4

I AM REQUESTING A RELEASE FROM THE NON-DISCLOSURE AGREEMENT AND ANY NON-DISPARAGEMENT CLAUSES THAT [redacted] CIO OF [redacted] INSISTED I, RONDA D. MCNAE, SIGN ON JUNE 15TH 2020 IN EXCHANGE FOR