

**rondamcnae** Kirkland, Washington

46 likes

**rondamcnae** #metoo

*This picture was the last picture... more

View all 5 comments

16 hours ago

FITZ000403

6:33 

<      Comments      ▽

 **rondamcnae** #metoo

*This picture was the last picture I took with my daughter hours before a choice would be made for me which killed a part of my soul*

Tonight's conversation w/ Liam (my sweet 9 year old son:

"Mom, was it this exact day it happened?"

"Yeah Buddy, this was the day I woke up and didn't feel like I lived in my body anymore or have control over it. I was so lost and broken. I didn't want anyone to know though."

Liam "Mom, what does the rape thing mean?....Is that when the sex happens?"

"Yeah bud, I don't remember every

       

 Add a comment as meri....

FITZ000404

6:33 

## Comments

"Yeah bud, I don't remember every detail but I remember enough. He pulled my hair pretty hard which yanked my head backwards and said something that scared me so I ran away. I hid for 1.5 hours at night, all alone. Then he found me. He assured me he needed to just make sure I got back to the hotel safely since your sister was there"

"Mom, I'm so sorry for you that Dad's work friend, the guy with the wiener dog didn't listen when you said no"

(as tears rolled down his face, he noticed a flood of tears came down mine)

Liam immediately hopped up to comfort me. Gave me a hug then started swaying like we were slow dancing. When Ella and Liam were

       

 Add a comment as meri....

FITZ000405

6:33



<          Comments

dancing. When Ella and Liam were toddlers, I would often slow dance with them... usually when I'd comfort them when they were sad ♥

Survivors; once we come to, we are no longer who we were the day before the assault. We become a walking emotionless corpse. If we feel pressured to maintain a friendship with our assailant due to family/work. We become a rag doll... "his" rag doll. He tells us what to think, feel, see, believe, say, and do. We no longer put up any fight since by this point we are likely stuck in a traumatic shock.
It's our body's defense mechanism/response to the overwhelming emotions post trauma. Our brain is unable to fully process or respond to the traumatic event, therefore the mind and body freeze and dissociate to protect the psyche. As if this wasn't enough to journey through,

       

 Add a comment as meri....

FITZ000406

survivors have the pleasure to work with a very outdated and broken legal system where there has yet to be a definitive legal definition of consent. #knowmyname #theluckiestgirlalive #whathappenedtoyou #metoomovement @jessicaknollauthor @jennaaryu

16h

 teadise Huge mama bear hugs Ronda

7h   Reply   Send

 teadise It is extremely painful and traumatic in every aspect. It took me decades to heal properly! I'm here for you hun. Reach out anytime! I mean it! I

❤️ 🙌 🔥 👏 😢 😍 😮 😂

 Add a comment as meri....

FITZ000407




**teadise** It is extremely painful and traumatic in every aspect. It took me decades to heal properly! I'm here for you hun. Reach out anytime! I mean it! I don't have Kora all week next week, tell me where and when and I'll be there. 🤍

7h   Reply   Send



**andreaconstand** Thanks for sharing. You're right, we need a definition 2MORROW

10h   1 like   Reply   Send




**rondamcnae** @andreaconstand ❤️ we need another FaceTime chat. I have updates and eager to hear more about your documentary! We should watch "She Said" together nov 18!

8h   Reply   Send



       

   Add a comment as meri....

FITZ000408

6:33

**Comments**

Reach out anytime. I mean it. I don't have Kora all week next week, tell me where and when and I'll be there. 🤍

7h   Reply   Send

**andreaconstand** Thanks for sharing. You're right, we need a definition 2MORROW

10h   1 like   Reply   Send

**rondamcnae** @andreaconstand ❤️ we need another FaceTime chat. I have updates and eager to hear more about your documentary! We should watch "She Said" together nov 18!

8h   Reply   Send

**parichay646** Promote it on @washington.community

10h   Reply   Send

❤️ 🙌 🔥 👏 😢 😍 😮 😂

Add a comment as meri....

FITZ000409