UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 22-22171-CIV-MARTINEZ-SANCHEZ

MICHAEL FITZGERALD, and YELANY DE VARONA,

    Plaintiffs,

vs.

RONDA MCNAE, and WILLIAM MCNAE,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS MATTER** was referred to the Honorable Eduardo I. Sanchez, United States Magistrate Judge, for a Report and Recommendation ("R&R") on Defendant Ronda McNae's Motion to Sanction Opposing Counsel and Mrs. Yelany de Verona-Fitzgerald, (ECF No. 150). Judge Sanchez filed an R&R recommending that the Motion be denied. (ECF No. 174). The Court has reviewed the entire file and record, and notes that no objections have been filed.

Accordingly, after careful consideration, it is hereby **ORDERED AND ADJUDGED** that:

1. Judge Sanchez's R&R, (ECF No. 174), is **AFFIRMED** and **ADOPTED**.

2. Defendant Ronda McNae's Motion to Sanction Opposing Counsel and Mrs. Yelany de Verona-Fitzgerald, (ECF No. 150), is **DENIED**.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 28 day of August, 2024.

                                                  JOSE E. MARTINEZ
                                                  UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Sanchez
All Counsel of Record