UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:22-cv-22171-JEM

MICHAEL J. FITZGERALD,
individually, and YELANY DE
VARONA, individually,

    Plaintiffs,

v.

RONDA MCNAE, individually,
and WILLIAM MCNAE, individually,

    Defendant.
_____ /

## NOTICE OF COMPLIANCE WITH COURT ORDER

Pursuant to the Court's Order granting Unopposed Motion to Withdraw as Counsel (the "Order") [D.E. 199, at ¶1], the undersigned certifies that, on September 12, 2024, she sent a copy of the Order via email and U.S. Mail to William McNae. A copy of this Notice will also be served on Mr. McNae by the same methods of service.

Dated: September 12, 2024.

                                               Respectfully submitted,

                                               By: *Stephanie A. Casey*
                                               Stephanie A. Casey
                                               Florida Bar No. 97483
                                               COLSON HICKS EIDSON, PA

                                               255 Alhambra Circle,
                                               Penthouse
                                               Coral Gables, FL 33134
                                               Tel: 305-476-7400
                                               Fax: 305-476-7444
                                               scasey@colson.com