# EXHIBIT A

```
 1              IN THE UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF FLORIDA
 2                       MIAMI DIVISION
                  CASE NO.: 1:22-cv-22171-JEM
 3

 4   MICHAEL J. FITZGERALD,
     individually, and YELANY
 5   DE VERONA, individually,

 6          Plaintiffs,

 7   v.

 8   RONDA MCNAE, individually, and
     WILLIAM MCNAE, individually,
 9
            Defendants.
10   _____/

11

12

13

14              VIDEOTAPED DEPOSITION OF
                    PATRICE SANCHEZ
15

16              THURSDAY, JULY 13, 2023
                 10:06 a.m. - 2:27 p.m.
17

18

19

20

21

22

23

24

25
```



1   decided that she wanted to make a report against him.

2        Q    Okay.  And did you ever do that?

3        A    No.

4        Q    Do you recall Ms. McNae asking you if your

5   sexual relationship with Mr. Fitzgerald was always

6   consensual?

7            MS. CASEY:  Objection to the form.

8            THE WITNESS:  Yes, she did ask me that.

9   BY MS. GUSSIN:

10       Q    And do you believe that your sexual

11  relationship with Mr. Fitzgerald was consensual?

12       A    Yes, it was.

13       Q    Did you ever give any information or

14  documentation to Ronda McNae to assist her in reporting

15  Mr. Fitzgerald to the police?

16       A    I mean, I texted her personal things that I

17  never thought would be used in a courtroom that I

18  thought were always going to be private.  Yeah, I told

19  her things.

20       Q    But did you ever provide a timeline of any

21  sorts to her?

22       A    She asked for specific timelines whether he

23  was in Austin that weekend.  I mean, I don't remember

24  exactly what it was, but, I mean, she kind of did the

25  probing.  I didn't, like, give her my calendar.



1          MS. FOTIU-WOJTOWICZ:  Objection to the form of

2      the question.

3          MS. CASEY:  Same objection.

4          THE WITNESS:  I don't -- yeah, I don't think

5      that has any relation whether it was consensual,

6      herpes.

7   BY MS. GUSSIN:

8      Q    Have you spoken to Ms. McNae since this

9   lawsuit was filed?

10     A    No.

11     Q    Are you aware that Ronda McNae and Will McNae

12  have listed you as a witness on their trial witness

13  list?

14     A    I don't think I've explicitly been told that.

15     Q    Are you aware that they cannot make you

16  testify at the trial of this matter?

17     A    Well, I'm aware that I live in a different

18  state, and I wasn't there at any of the incidents that

19  are reported.

20     Q    Are you aware that Ms. McNae has alleged to

21  other people that Mr. Fitzgerald raped you?

22     A    No, I was not aware of that.

23     Q    Are you aware that Ms. McNae's attorney has

24  told numerous witnesses in this case that Mr. Fitzgerald

25  raped you?



1              MS. FOTIU-WOJTOWICZ:  Objection to the form of

2        the question.

3              THE WITNESS:  No, and that's really

4        disturbing.

5   BY MS. GUSSIN:

6        Q    Are you aware -- sorry, strike that.

7              Ms. Sanchez, do you have any personal

8   knowledge as to what happened between Mike Fitzgerald

9   and Ronda McNae at the penthouse suite in the W Hotel in

10  the early morning hours of October 19, 2019?

11             MS. CASEY:  Objection.  Asked and answered.

12             THE WITNESS:  Yeah, I'm not sure how to answer

13       that.

14  BY MS. GUSSIN:

15       Q    Do you have any personal knowledge?

16       A    No, no personal knowledge.

17       Q    And do you have any personal knowledge as to

18  what happened between Mike Fitzgerald and Ronda McNae in

19  San Francisco during the weekend of November 2nd to 4th,

20  2019?

21       A    Like personal -- can you define -- personal

22  knowledge that I've either been told by Ronda or read a

23  police report?

24       Q    Personal knowledge based on observation.

25       A    No, I don't.



PATRICE SANCHEZ                                    July 13, 2023
MICHAEL J. FITZGERALD vs RONDA MCNAE                        135

```
 1        medication from what he told me.
 2    BY MS. CASEY:
 3        Q    Are you aware that Mr. Fitzgerald has admitted
 4    in this litigation to seeking therapy from mental health
 5    professionals for his problems with lying?
 6             MS. GUSSIN:  Object to the form of the
 7        question.
 8             THE WITNESS:  I was unaware.
 9    BY MS. CASEY:
10        Q    Were there ever times that you had sex with
11    Mr. Fitzgerald and he was more aggressive with sex than
12    you were comfortable with?
13             MS. GUSSIN:  Object to the form of the
14        question.
15             THE WITNESS:  All my sexual relations with him
16        were consensual.
17    BY MS. CASEY:
18        Q    My question is a little different.  Did you --
19    were there ever times when you had sex with
20    Mr. Fitzgerald and he was more aggressive with sex than
21    you were comfortable with?
22             MS. GUSSIN:  Object to the form of the
23        question.  Asked and answered.
24             THE WITNESS:  No.
25
```

