IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:22-cv-22171-JEM

MICHAEL FITZGERALD,
individually, and YELANY DE VARONA,
individually,

     Plaintiffs,
v.

RONDA MCNAE, individually, and
WILLIAM MCNAE, individually,

     Defendants.
_____/



## **DEFENDANT'S MOTION TO AMEND AND CORRECT CERTIFICATE OF SERVICE**

Defendant, Ronda McNae, appearing pro se, respectfully moves this Court for an Order permitting her to amend the Certificate of Service for the Motion for Leave to Supplement the Record, which includes the deposition transcript of McNae's treating therapist for trauma since 2011, **Dr. Brock Weedman, Psy.D.** In support thereof, Defendant states as follows:

Defendant filed a Motion for Leave to Supplement the Record via FedEx. However, the Certificate of Service attached to the motion erroneously states the date of service as October 17, 2024, instead of the correct date of October 18, 2024. This error was unintentional and a result of an honest oversight.

Defendant seeks to correct this error by amending the Certificate of Service to reflect the accurate service date of **October 18, 2024**. To ensure the proper steps to rectify this, McNae consulted the Court Clerk at **1:53 p.m. ET** and the Help Desk Assistant at **2:01 p.m. ET**.

This request is made in good faith, not for the purpose of delay, and no party will be prejudiced by this correction.

**Exhibits:**

**Original (incorrect) Certificate of Service:** "Exhibit A – Original Certificate of Service."

**Amended (correct) Certificate of Service:** "Exhibit B – Amended Certificate of Service."

WHEREFORE, Defendant respectfully requests that this Court permit her to amend the Certificate of Service for the Motion for Leave to Supplement the Record to reflect the **correct date of service as October 18, 2024**, and grant any further relief that the Court deems just and proper.

Dated this 18th day of October, 2024.

Respectfully submitted,

By: Ronda Delapina McNae
Pro Se Defendant
504 11th PL Kirkland, WA 98033
Tel: (206) 914-6752
Prose.rmcnae@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of October, 2024, a true and correct copy of the foregoing Motion was delivered via FedEx to the Clerk of the Court at the Miami Courthouse Southern District of Florida, 400 N. Miami Ave, Room 8N09, Miami, FL 33128. Additionally, in compliance with the court's requirements for pro se litigants, a copy of the same document was electronically emailed to Plaintiff's counsel.

**SERVICE LIST**

Peter E. Berlowe, Esq.
Meredith Gussin, Esq.
Assouline & Berlowe, P.A.

Miami Tower
100 SE 2nd Street, Suite 3105
Miami, FL 33131
Tel: 305-567-5576
Fax: 305-567-9343
peb@assoulineberlowe.com
mjg@assoulineberlowe.com

*Counsel for Plaintiffs*

# Exhibit A

## CONCLUSION

For the foregoing reasons, Defendant respectfully requests that the Court grant this Motion for Leave to Supplement the Record and allow the deposition of Defendant's treating therapist, Dr. Brock Weedman, PsyD, to be included in the record. Failing to allow this critical evidence would severely undermine Defendant's ability to present a full and fair defense and would result in a significant miscarriage of justice.

Dated this 17th day of October, 2024.

Respectfully submitted,

By: Ronda Delapina McNae
Pro Se Defendant
504 11th PL Kirkland, WA 98033
Tel: (206) 914-6752
Prose.rmcnae@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of October, 2024, a true and correct copy of the foregoing Motion was delivered via FedEx to the Clerk of the Court at the Miami Courthouse Southern District of Florida, 400 N. Miami Ave, Room 8N09, Miami, FL 33128. Additionally, in compliance with the court's requirements for pro se litigants, a copy of the same document was sent via email to Plaintiff's counsel.

## CERTIFICATE OF CONFERRAL

Pursuant to Local Rule 7.1(a)(3), Defendant Ronda McNae, proceeding pro se, certifies that she conferred with Plaintiffs' counsel via email, with correspondence concluding on October

9

# Exhibit B

## CONCLUSION

For the foregoing reasons, Defendant respectfully requests that the Court grant this Motion for Leave to Supplement the Record and allow the deposition of Defendant's treating therapist, Dr. Brock Weedman, PsyD, to be included in the record. Failing to allow this critical evidence would severely undermine Defendant's ability to present a full and fair defense and would result in a significant miscarriage of justice.

Dated this 18th day of October, 2024.

Respectfully submitted,

By: Ronda Delapina McNae
Pro Se Defendant
504 11th PL Kirkland, WA 98033
Tel: (206) 914-6752
Prose.rmcnae@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of October, 2024, a true and correct copy of the foregoing Motion was delivered via FedEx to the Clerk of the Court at the Miami Courthouse Southern District of Florida, 400 N. Miami Ave, Room 8N09, Miami, FL 33128. Additionally, in compliance with the court's requirements for pro se litigants, a copy of the same document was sent via email to Plaintiff's counsel:

## CERTIFICATE OF CONFERRAL

Pursuant to Local Rule 7.1(a)(3), Defendant Ronda McNae, proceeding pro se, certifies that she conferred with Plaintiffs' counsel via email, with correspondence concluding on October

9

