# Exhibit A

**EQUIP COUNSELING, PLLC**

**INITIAL ASSESSMENT AND DIAGNOSTIC IMPRESSION**

Client:  Ronda McNae (RM00093)                          Birth Date:   04/04/1986

Insurer(s):

Intake Date:  02/20/2020          Staff Member(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)

Referral Source(s):   n/a                               Case #    RMC2000

EXHIBIT _189_
WIT: _____
DATE: _____
Kim Scheuerman, CCR

---

## Diagnostic Impressions:

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

### Client's initial explanation of the problem(s), duration and precipitant cause:

Client presents with acute, distressing, paralyzing symptoms consistent with 309.81 Post Traumatic Stress Disorder after a traumatic encounter in October 2019. Client reports that she was the victim of an assault while in Florida with daughter. Clients reports symptoms that include: increasing desire for isolation, depressed mood, agitation, significant decrease in normal functioning, nervousness, gagging, and overall reduction in quality of life in the past 6 months. Client reports feeling like "I am going crazy" (client voice).

### Therapist's observations of Client's Presentation and Family Interactions:

Client presents to session highly alert, full of emotion, and motivated. Client struggles to stay on topic at times and possibly uses humor and storytelling to deflect. I am curious about disassociation and distraction as forms of coping. Client seeks connection and purpose; client is highly empathetic- often housing people who need a place to stay. Client reports that her relationship with her husband has struggled directly as a result of this event in Miami. Further, client has pulled away from all social engagements/interactions and has stopped working as a direct result of debilitating distressing symptoms. Client is experiencing symptoms consistent with PTSD and possbile panic attacks.

### Pertinent History: (including family, social, psychological, and medical) Any prior therapy:

Client reports extensive history of childhood sexual, verbal abuse and neglect. Client has done therapy in the past around this. Client has also attended "ONSITE's" intensive inpatient facility in December 2019 after realizing that the event in Miami causing great distress. See file for full report from ONSITE. Client also reports having several auto-immune diseases that flare up during times of stress.

### Family/Psychosocial Assessment:

Client reports that her FOO is mostly not in the picture anymore. Client moved out in early highschool and lived with other families through graduation. Client is cut-off from step-dad and has limited contact with bio-mom. Client often refers to "other mom" or "other sister" in reference to the many adopted family members she has gathered over the years.

### Evidence of potential or actual risk(s):

☐ suicide    ☐ violence    ☐ physical abuse    ☐ sexual abuse    ☐ psychotic break    ☐ running away    ☐ substance abuse    ☐ self-harm

☐ explanation

No observed risk at this time. I will reassess if needed but client does appear to need more support some weeks than others depending on level of symptomology.

CONFIDENTIAL                    MCNAE 001761

## EQUIP COUNSELING, PLLC

### INITIAL ASSESSMENT AND DIAGNOSTIC IMPRESSION

2

Client:  Ronda McNae (RM00093)                    Birth Date:   04/04/1986

Insurer(s):

Intake Date:  02/20/2020          Staff Member(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)

Referral Source(s):   n/a                              Case #     RMC2000

**Client made Contract/Safety Plan to cover risk(s):** *None*
Explanation
Will make one if it is deemed necessary.

**Client/Family strengths (including support system(s)):**
Client reports having a robust community and nuclear family that consists of her husband and two children. Client reports having a strong faith and often refers to podcasts or books she has read to seek more understanding of her situation.

**Tentative goals and plans:**
As established with client:
1. To develop and adopt immediate coping strategies to deal with anxiety and panic
2. To find clarity on what justice looks like for client in this situation
3. To support client pressing charges or not
4. To work on communication/coping and connection in marriage

**Who will be involved in treatment?**
Husband at times, possibly daughter with who client reports has witnessed client's distress.

Expected length of treatment:     TBD
**Is client appropriate for agency services?:** *None*
If no, explain and identify any referral resource(s)
no

**Special needs of client (e.g. need for interpreter, interpreter for the deaf, religious consultant, etc.):** *None*
If yes, what?
no

**Cultural variables?:** *None*
If yes, explain
no

**Educational or vocational problems or needs:** *None*
If yes, explain
no

CONFIDENTIAL                    MCNAE 001762

# EQUIP COUNSELING, PLLC

## INITIAL ASSESSMENT AND DIAGNOSTIC IMPRESSION

3

Client:  Ronda McNae (RM00093)                           Birth Date:   04/04/1986

Insurer(s):

Intake Date:  02/20/2020           Staff Member(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)

Referral Source(s):    n/a                                    Case #    RMC2000

Client Signature:

Staff Signature:                                              Date:

CONFIDENTIAL                    MCNAE 001763

## EQUIP COUNSELING, PLLC

### MUTUAL TREATMENT PLAN

Client: Ronda McNae (RM00093)          Birth Date:  04/04/1986

Insurer(s):

Date:          Staff Member(s):  Owner Sarah Dellinger, MS, LMFTA          Case #    RMC2000
                                  (NPI:
                                  1245753649)

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Behavioral Definitions:**
Client presents to

**Treatment Modality:**
☑ individual      ☐ marriage      ☐ family

other:

**Referral for Additional Services:** *None*
If yes, specify

**Frequency of Appointments:**          3-4x's weekly

**Expected Length of Treatment:**          24 months

Client Signature:

Staff Signature:          Date:

CONFIDENTIAL          MCNAE 001764



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 02/25/2020 06:05 PM | | |
| Service Date: | 02/19/2020 11:00 AM - 12:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # |

| | | | |
|---|---|---|---|
| Appearance: | well-groomed | Orientation: | WNL |
| Behavior: | agitated | Speech: | rapid |
| Affect: | appropriate to situation | Mood: | anxious: moderate |
| Thought Process: | disorganized | Thought Content: | erratic at times |
| Perception: | wnl | Judgment: | WNL |
| Insight: | intellectual and emotional | Appetite: | decreased |
| Sleep: | interrupted | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

## Diagnostic Impressions:

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

## Focus of Session:

Client presesnts to session for the inital session mostly within normal limits (see left). Client appears to be well-prepared (comes with a stack of papers) and seems to have an 'agenda' to talk about. I am unable to get through most of my intake questions as client has difficulty answering concrete questions. I am curious about dissociation as a form of coping with the trauma that she is reporting. Near the very end of session she tells me what really brought her in- an even in Miaimi. Since it is the very end of session. we agree to meet again tomorrow to discuss. Before leaving I assess for SI or HI, client denies both.

## Therapeutic Intervention:

At this point, I am establishing repoire. I will read the papers she gave me before our next session. They appear to be the exit paperwork from ONSITE. I am also unclear of diagnosis at this point but will update chart accordingly once i have more information.

## Planned Intervention:

Unclear yet, but will use the most effective intervention decided on collaboratively with client.

## Return Appointment:

CONFIDENTIAL                    MCNAE 001759



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

2

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 02/25/2020 06:05 PM | | |
| Service Date: | 02/19/2020 11:00 AM - 12:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # |

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 02/29/2020 10:45 AM

CONFIDENTIAL



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 02/25/2020 06:07 PM | | |
| Service Date: | 02/20/2020 11:00 AM - 12:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | appropriate to age | Orientation: | WNL |
| Behavior: | alert | Speech: | rapid |
| Affect: | expansive | Mood: | up and down |
| Thought Process: | disorganized | Thought Content: | scattered |
| Perception: | WNL | Judgment: | WNL |
| Insight: | intellectual and emotional | Appetite: | decreased |
| Sleep: | impaired | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

## Diagnostic Impressions:

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

## Focus of Session:

Client presents to session mostly within normal limits, see left for more details. Client seems ready to willing to talk about the event in Miami. Client reports that she went on a trip her daughter, husband to join later, and a male friend. Client reports that after drinking with said male friend, she believes they had sex without her consent. Client has very hazy, fragmented memories of the entire night and we talk about the possibility of being drugged? As we process client is able to piece more details together. Client has saved all texts and communicaton between the two of them.

## Therapeutic Intervention:

I will read over the 10 page account of the events that client emailed me.

## Planned Intervention:

Will continue with most effective intervention decided on collaboratively with client.

## Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 02/29/2020 10:59 AM

CONFIDENTIAL

MCNAE 001765

**Sarah Dellinger**

| | |
|---|---|
| **From:** | Ronda McNae <rondamcnae@gmail.com> |
| **Sent:** | Thursday, February 20, 2020 3:19 AM |
| **To:** | Sarah Dellinger |
| **Subject:** | Fwd: Recap |
| **Attachments:** | recapMF.docx |

**From:** Ronda McNae <rondamcnae@gmail.com>
**Sent:** Thursday, February 20, 2020 3:11 AM
**To:** EQUIP Counseling, PLLC
**Subject:** Recap

Sarah, here's the recap. I hope I painted a better picture of the situation.... I'm sorry it's long I
I'm at a loss of how to move forward and accurately label what happened.

-Ronda

CONFIDENTIAL                                    EQUIP 000343



# EQUIP COUNSELING, PLLC
## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 02/25/2020 06:07 PM | | |
| Service Date: | 02/24/2020 12:00 PM - 01:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #   RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | well-groomed | Orientation: | WNL |
| Behavior: | alert | Speech: | hurried |
| Affect: | appropriate to situation | Mood: | anxious: moderate |
| Thought Process: | fragmented | Thought Content: | unclear |
| Perception: | scattered | Judgment: | unclear |
| Insight: | emotional | Appetite: | decreased |
| Sleep: | impaired | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

## Diagnostic Impressions:

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

## Focus of Session:

Client presents to session mostly within normal limits (see left for details). Client reports that our work together so far has "spurred her on" to find more clarify around what she previously had chosed to ignore. Client reports more distress than last week as the male from Miami is in town for this whole at a work conference with client's husband. The male has reached out to client to see if they can meet in person to discuss the event; we proces this and she decides this is not in the best interest of herself. Client asks if husband can join us for session on Wednesday as a support. No SI or HI at this time.

## Therapeutic Intervention:

Will continue to build repoire and map out timeline of Miami.

## Planned Intervention:

Will continue with most effective intervention decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 02/29/2020 11:08 AM

CONFIDENTIAL

MCNAE 001766



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 02/29/2020 10:33 AM | | |
| Service Date: | 02/26/2020 11:00 AM - 12:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # | RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | appropriate to age | Orientation: | WNL |
| Behavior: | crying | Speech: | inaudible, hesitant |
| Affect: | constricted | Mood: | labile |
| Thought Process: | blocked | Thought Content: | poverty of thought |
| Perception: | scattered | Judgment: | unclear |
| Insight: | emotional | Appetite: | decreased |
| Sleep: | impaired | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

## Diagnostic Impressions:

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

## Focus of Session:

Client presents to session with husband in what appears to be a mild panic attack state (see left for full details). Client is crying, unable to catch her breath, gags, and appears to be flooded. I use grounded techniques including a breathing excercise to regulate her and to orient her back to the room in a calm state. Client's husband appears very supportive (rubbing her back, handing her tissues) and is able to help flush out the timeline for me (October until now). We collectively agree on course of action moving forward.

## Therapeutic Intervention:

As client continues to present labile; I will continue to move forward with repoire building, unconditional positive regard, grounding when necessary, and gently moving forward with plan below.

## Planned Intervention:

1. Monitor and treat client's PTSD symptoms that are impacting her everyday life
2. Determine what justice will look like for client
3. Client will reach out for legal conslut
4. Client's husband will speak with work about being re-assigned

Return Appointment:

CONFIDENTIAL                    MCNAE 001767



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 02/29/2020 10:33 AM | | |
| Service Date: | 02/26/2020 11:00 AM - 12:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #   RMC2000 |

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 02/29/2020 12:05 PM

**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 02/29/2020 10:32 AM | | |
| Service Date: | 02/27/2020 01:00 PM - 02:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #   RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | appropriate to age | Orientation: | WNL |
| Behavior: | alert | Speech: | rapid |
| Affect: | WNL | Mood: | anxious: mild |
| Thought Process: | focused | Thought Content: | focused |
| Perception: | WNL | Judgment: | appropriate |
| Insight: | emotional | Appetite: | decreased |
| Sleep: | impaired | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to session mostly within normal limits (see left for more details). Client reports feeling much better than yesterday and that she was able to catch up on some sleep. Client reports that reached out for legal counsel and received helpful advise and direction. Client contintues to harbor some shame and responsibly for her own actions in Miami; she is, however, able to report that she now has clarity around the fact that what he did was wrong.

**Therapeutic Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

**Return Appointment:**

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 02/29/2020 12:12 PM

CONFIDENTIAL

MCNAE 001769



# EQUIP COUNSELING, PLLC
## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 02/29/2020 10:34 AM | | |
| Service Date: | 02/28/2020 01:00 PM - 02:30 PM | Duration: | 90 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | appropriate to age | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | appropriate to situation | Mood: | up and down |
| Thought Process: | focused | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

## Diagnostic Impressions:

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

## Focus of Session:

Client presents to session mostly within normal limits (see left for more details). Client reports feeling much better today; she does however, admit that this relief is limited. She reports still avoiding social situations like school drop off/pickup up, school events, parties, auditions, and work. Client reports that this has been going on since the event in Miami. Client reports picking her kids up at school yesterday 10 min early just to avoid running into other parents at school pickup. Client's husband joins us for the last bit of this extended session to discuss what a long-term treatment plan moving forward. Husband had created one on Excel as a part of what might go in a legal defense. (see clinical documents file).

## Therapeutic Intervention:

Will continue previously stated interventions decided on collaboratively with client.

## Planned Intervention:

Will continue previously stated interventions decided on collaboratively with client.

## Return Appointment:

CONFIDENTIAL                    MCNAE 001770

**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

EQUIP
IN-PERSON

2

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 02/29/2020 10:34 AM | | |
| Service Date: | 02/28/2020 01:00 PM - 02:30 PM | Duration: | 90 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #   RMC2000 |

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 03/07/2020 03:24 PM

CONFIDENTIAL

# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 03/07/2020 03:32 PM | | |
| Service Date: | 03/02/2020 11:00 AM - 12:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #    RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | appropriate to age | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | appropriate to situation | Mood: | anxious: mild |
| Thought Process: | WNL | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

## Diagnostic Impressions:

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

## Focus of Session:

Client presents to session mostly within normal limits (see left for more details). Client reports on the most distressing issues, we discuss coping, Client reports on her most recent talks with lawyer. Client reports that lawyer has suggested to try and resolve directly before and possibly instead of filing charges. Client reports that lawyer will help them draw up a 'demand letter.' We discuss self-care nd grounding techniques to use during this time. No SI/HI at this time.

## Therapeutic Intervention:

Will continue previously stated interventions decided on collaboratively with client.

## Planned Intervention:

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 03/07/2020 03:37 PM                    CONFIDENTIAL                    MCNAE 001772

**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 03/07/2020 03:37 PM | | |
| Service Date: | 03/04/2020 11:00 AM - 12:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | appropriate to age | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | appropriate to situation | Mood: | anxious: mild |
| Thought Process: | WNL | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to session mostly within normal limits (see left for more details). Client reports on most distressing issues- we discuss coping and self care. She reports relief from the grounding techniques discussed in previous session. Client reports that she and husband had a phone call with M.F. as directed by lawyer instead of filing charges. Client and continue to discuss what justice looks like to her. No SI/HI at this time.

**Therapeutic Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 03/07/2020 03:41 PM

CONFIDENTIAL

MCNAE 001773



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 03/07/2020 03:27 PM | | |
| Service Date: | 03/06/2020 01:00 PM - 02:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | appropriate to age | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | appropriate to situation | Mood: | anxious: mild |
| Thought Process: | WNL | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

## Diagnostic Impressions:

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

## Focus of Session:

Client presents to session mostly within normal limits (see left for more details). Client reports feeling much better today; she reports that its more a feeling of "disconnected" (client words). She processes most current distressing issues: intrusive thoughts, trouble sleeping, lack of interest in doing things that used to interest her. She reports that this is not getting better but that distraction can provide temporary relief. Client reports on some concern she has about partner's aging mother. We process her level of support. No SI/HI at this time.

## Therapeutic Intervention:

Will continue previously stated interventions decided on collaboratively with client.

## Planned Intervention:

Will continue previously stated interventions decided on collaboratively with client.

## Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 03/07/2020 03:32 PM

CONFIDENTIAL

MCNAE 001774

EQUIP

**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

i

Client:       Ronda McNae (RM00093)                    Birth Date:      04/04/1986

Creation Date:   03/16/2020 02:49 PM

Service Date:    03/09/2020 10:00 AM - 11:00 AM         Duration:       60 minutes

Provider(s):     Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)

Insurer(s):

Place Of Service:     Office                   CPT Code:          Case #      RMC2000

| | | | |
|---|---|---|---|
| Appearance: | appropriate to age | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | expansive | Mood: | anxious: mild |
| Thought Process: | WNL | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to session mostly within normal limits (see left for more details). Client reports on her emotional state after the weekend. Client reports on most distressing issues: current state of "Florida Event," relationships at home, desire to isolate and symptoms consistent with PTSD that include- disturbed sleep, significant drop functioning, avoidance, and negative mood alterations. We process her level of support as well as coping at this time. No SI/HI at this time.

**Therapeutic Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*

Owner Sarah Dellinger, MS, LMFTA Therapist

I approve this document

Signed: 04/01/2020 03:20 PM

CONFIDENTIAL                              MCNAE 001775



# EQUIP COUNSELING, PLLC
## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 03/16/2020 02:50 PM | | |
| Service Date: | 03/10/2020 05:00 PM - 06:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #  RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | appropriate to age | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | appropriate to situation | Mood: | anxious: mild |
| Thought Process: | WNL | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to session with spouse today mostly within normal limits (see left for more details). Spouse wants to discuss clarity around their "plan of action" for "Florida Event" that will from here forward be called FE. We discuss what "justice" will look like for client. Spouse reports concern about this impacting "the bigger picture" (his job, etc). Spouse and client are able to make some progress on a plan for moving forward. No SI/HI at this time.

**Therapeutic Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 04/01/2020 03:26 PM

CONFIDENTIAL                    MCNAE 001776

**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 03/16/2020 02:51 PM | | |
| Service Date: | 03/11/2020 12:00 PM - 01:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #   RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | appropriate to age | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | appropriate to situation | Mood: | anxious: mild |
| Thought Process: | WNL | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to session mostly within normal limits. Client has 9 year old daughter with her today. Client has expressed concern around the impact of her mental helath on daughter. I spend about 2 min alone with daughter: she reports being very concerned with mom, daughter tears up when she talks about how "different mommy has been in the past few months." (daughter voice). Daughter reports a desire to make her mom feel better; we discuss that this is not her job/role. Client joins again for the rest of session and talk about this as well as more appropriate coping. No SI/HI at this time.

**Therapeutic Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*

Owner Sarah Dellinger, MS, LMFTA Therapist

I approve this document

Signed: 04/01/2020 04:38 PM

CONFIDENTIAL

MCNAE 001777



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 03/16/2020 02:51 PM | | |
| Service Date: | 03/12/2020 03:00 PM - 04:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | appropriate to age | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | appropriate to situation | Mood: | anxious: moderate |
| Thought Process: | tangential | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to session mostly within normal limits (see left for more details). Client reports on most pertinent issues: call with her husband's boss's boss. Client reports increased distressing symptoms including throwing up when she making upsetting connections related to the FE. Client and I discuss grounding excercises and plan moving forward. No SI/HI at this time.

**Therapeutic Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 04/01/2020 04:43 PM

CONFIDENTIAL                    MCNAE 001778



# EQUIP COUNSELING, PLLC
## PROGRESS NOTES

| | | | | |
|---|---|---|---|---|
| Client: | Ronda McNae (RM00093) | | Birth Date: | 04/04/1986 |
| Creation Date: | 03/16/2020 02:52 PM | | | |
| Service Date: | 03/13/2020 02:00 PM - 03:00 PM | | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | | |
| Insurer(s): | | | | |
| Place Of Service: | Office | CPT Code: | Case # | RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | appropriate to age | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | appropriate to situation | Mood: | anxious: mild |
| Thought Process: | WNL | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to session with spouse today mostly within normal limits (see above for details). Spouse reports on conversation with lawyer as well as their plan for moving forward meeting with his company. Client reports distress around what the "plan" looks like and what "justice" looks like. We disucss the possibility of going to Telehelath as a result of COVID-19. No SI/HI at this time.

**Therapeutic Intervention:**
Will continue previously stated interventions decided on collaboratively with client.

**Planned Intervention:**
Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 04/01/2020 04:46 PM

CONFIDENTIAL                    MCNAE 001779

# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

1

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 04/01/2020 04:47 PM | | |
| Service Date: | 03/20/2020 02:00 PM - 03:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Telehealth | CPT Code: | Case #   RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | appropriate to age | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | appropriate to situation | Mood: | anxious: mild |
| Thought Process: | WNL | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to first Telehealth session today. Client had to cancel last session as a result of being very sick. Client reports that she was very worried she had COVID and is still not sure she did not but she reports feeling much better. She reports on coping since kids have been home and increased stress/anxiety. No SI/HI at this time.

**Therapeutic Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 04/01/2020 04:49 PM

CONFIDENTIAL          MCNAE 001780



# EQUIP COUNSELING, PLLC
## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 04/01/2020 04:49 PM | | |
| Service Date: | 03/23/2020 11:00 AM - 12:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #   RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | appropriate to age | Orientation: | WNL |
| Behavior: | WNL | Speech: | expansive |
| Affect: | appropriate to situation | Mood: | anxious: mild |
| Thought Process: | WNL | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to session mostly within normal limits (see above). Client reports feeling much better- nearly fully recovered from the illness from last week. Client reports feeling disconnected from the FE event but knows that the call with her husband's boss's boss is this week and she needs to prepare. We discuss. No SI/HI at this time.

**Therapeutic Intervention:**
Will continue previously stated interventions decided on collaboratively with client.

**Planned Intervention:**
Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 04/01/2020 04:51 PM

CONFIDENTIAL                    MCNAE 001781



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 04/01/2020 04:51 PM | | |
| Service Date: | 03/25/2020 02:00 PM - 03:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | appropriate to age | Orientation: | WNL |
| Behavior: | WNL | Speech: | expansive |
| Affect: | appropriate to situation | Mood: | anxious: mild |
| Thought Process: | WNL | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**
Client and spouse presents to session mostly within normal limits (see above). Client reports increased stress due to the COVID-19 related complications including great concern around spouse's mom. Client appears increasingly distressed around her living alone. We discuss options for client as well as coping. No SI/HI at this time.

**Therapeutic Intervention:**
Will continue previously stated interventions decided on collaboratively with client.

**Planned Intervention:**
Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 04/01/2020 04:54 PM

CONFIDENTIAL                    MCNAE 001782



**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

| | | | | |
|---|---|---|---|---|
| Client: | Ronda McNae (RM00093) | | Birth Date: | 04/04/1986 |
| Creation Date: | 04/01/2020 04:55 PM | | | |
| Service Date: | 03/30/2020 02:00 PM - 03:30 PM | | Duration: | 90 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | | |
| Insurer(s): | | | | |
| Place Of Service: | Office | CPT Code: | Case # | RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | appropriate to age | Orientation: | WNL |
| Behavior: | WNL | Speech: | expansive |
| Affect: | appropriate to situation | Mood: | anxious: mild |
| Thought Process: | WNL | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to session mostly within normal limits (see above). Client reports about call with spouse's company; we discuss her feelings around this. Husband joins for the last 30 min to get on the "same page about the plan moving foward" (spouse words). We discuss various options. No SI/HI at this time.

**Therapeutic Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

**Return Appointment:**

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 04/01/2020 04:58 PM

CONFIDENTIAL          MCNAE 001783

**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

| | | |
|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: 04/04/1986 |
| Creation Date: | 04/01/2020 04:59 PM | |
| Service Date: | 03/31/2020 02:00 PM - 03:00 PM | Duration: 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | |
| Insurer(s): | | |
| Place Of Service: | Office | CPT Code: Case # RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | appropriate to age | Orientation: | WNL |
| Behavior: | WNL | Speech: | expansive |
| Affect: | appropriate to situation | Mood: | anxious: mild |
| Thought Process: | WNL | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to session mostly within normal limits (see above). Client reports about call with spouse's company; we discuss her feelings around this. Client continues to reports frustration around she and spouse not being on the same page around plan. We continue to narrow down her scope of power and desire for justice. We discuss various options. No SI/HI at this time.

**Therapeutic Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

**Return Appointment:**

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 04/05/2020 03:50 PM

CONFIDENTIAL



**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 05/15/2020 06:48 PM | | |
| Service Date: | 04/02/2020 04:00 PM - 05:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | appropriate to age | Orientation: | WNL |
| Behavior: | fatigued | Speech: | rapid |
| Affect: | appropriate to situation | Mood: | anxious: mild |
| Thought Process: | WNL | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**
Client presents to session mostly within normal limits (see above). Client reports about most distressing issues. Client reports that she was able to leave the home and walk at a distance with friends which was the first time she was able to tolerate that in months. Client reports that she continues to experience feelings of 'fight, flight, freeze' when little things happen and she feels 'overwhelmed' easily. We continue to narrow down client's goal for justice. We discuss various options. No SI/HI at this time.

**Therapeutic Intervention:**
Will continue previously stated interventions decided on collaboratively with client.

**Planned Intervention:**
Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 05/15/2020 06:51 PM

CONFIDENTIAL                          MCNAE 001785



10289 NE 68th St. Suite D.
Kirkland, Wa 98033
206.202.2832
info@equipcounseling.com
Sarah Hiemstra Dellinger
Psychotherapist, MS, LMFTA, MDFT

To whom it may concern,

Attached you'll find the Initial Assessment & Diagnostic Impression from client Ronda McNae. She seeks therapy to deal with reported debilitating symptoms that meet the diagnostic criteria for Post Traumatic Stress Disorder- Acute (309.81).

Clients reported symptoms were of sudden onset and include:

Actual traumatic event (October 2019)

Marked distress- intrusive memories, flashbacks, dreams, gagging

Increased arousal- hypervigilance, sleep disturbance

Avoidance behaviors- no longer able to work, cut off all social relationships/commitments

Marked decrease in functioning- struggle to focus, loss of income as no longer working

Client reported symptoms have been present for over 5 months and are not getting better. Specific therapeutic goals are outlined in attached document. Treatment frequency will be determined by client's level of need. Currently client is able to function with 3-5 sessions weekly. Our treatment plan will include regular reassessment of frequency every 3 months. Our goal will be to get our session frequency down to 3 sessions weekly, then 2, then 1 over time.

I appreciate your concern in regards to this matter.

Warm regards,

Sarah Dellinger

## EQUIP COUNSELING, PLLC

3

### INITIAL ASSESSMENT AND DIAGNOSTIC IMPRESSION

Client:   Ronda McNae (RM00093)                        Birth Date:   04/04/1986

Insurer(s):

Intake Date:   02/20/2020          Staff Member(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)

Referral Source(s):   n/a                        Case #   RMC2000

Client Signature:

Staff Signature:                                        Date:   4/2/2020

CONFIDENTIAL                        MCNAE 002037



# EQUIP COUNSELING, PLLC
## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 05/15/2020 06:52 PM | | |
| Service Date: | 04/03/2020 12:00 PM - 01:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #    RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | appropriate to age | Orientation: | WNL |
| Behavior: | agitated | Speech: | rapid |
| Affect: | depressed | Mood: | anxious: mild |
| Thought Process: | WNL | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to session mostly within normal limits (see above). Client appears more distressed today- she reports increased insomnia and hyper arousal to stimulus. Client updates on FL and we process thoughts that are coming up as a result. Client continues to pinpoint November 14th, 2019 as the night she felt suicidal, to the point that she went on a walk alone, which is reportedly uncharacteristic. Client reports that she had been having negative thoughts and it was on that walk that she felt hopeless as a reported direct result of the distress caused in FL. Client reports that called her friend Matt while on this phone call and was able to see "a light at the end of the tunnel" (client words) and walk back home. Client is able to be reflective but also has debilitating physiological responses consistent with being flooded: client gags, bends over the couch, pauses to breath, gets flushed. Client struggles to respond to guided breath exercise. Will retry at a later date as I believe this could be very beneficial for client during periods of flooding. No SI/HI at this time.

**Therapeutic Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

CONFIDENTIAL                    MCNAE 001786



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 05/15/2020 06:52 PM | | |
| Service Date: | 04/03/2020 12:00 PM - 01:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #   RMC2000 |

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 05/15/2020 07:06 PM



# EQUIP COUNSELING, PLLC
## CONTACT NOTE

Client:  Ronda McNae (RM00093)                        Birth Date:  04/04/1986

Insurer(s):

Date:  04/04/2020 11:00 AM      Staff Member:   Owner Sarah Dellinger, MS, LMFTA      Case #      RMC2000
(NPI:
1245753649)

**Relationship to Client:**

Client

**Means of contact:**

next

**Note:**

Client texted:

Also- I remembered what I wanted to tell you. I took a morning after pill the next day in Miami and literally blocked it out until I started reading Know My Name two days ago.

Staff Signature:                                           Date:

CONFIDENTIAL            MCNAE 001788



## EQUIP COUNSELING, PLLC
### PROGRESS NOTES

Client:  Ronda McNae (RM00093)                     Birth Date:    04/04/1986
Creation Date:    05/15/2020 07:10 PM
Service Date:    04/06/2020 11:00 AM - 12:00 PM          Duration:      60 minutes
Provider(s):    Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:    Office                     CPT Code:          Case #      RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | pressured |
| Affect: | WNL | Mood: | WNL |
| Thought Process: | WNL | Thought Content: | wnl |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**
Client presents to session mostly within normal limits. Client is introspective and reflective about most recent events including continued processing of trauma and desire to understand it's impact. Client reports continued 'flooding' inside and outside of session but is able to be grounded. Client processes her interest in writing a book. No immediate danger assessed.

**Therapeutic Intervention:**
Will continue previously stated interventions decided on collaboratively with client.

**Planned Intervention:**
Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 06/10/2022 03:38 PM               CONFIDENTIAL          MCNAE 001789



**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

Client:  Ronda McNae (RM00093)                                    Birth Date:   04/04/1986
Creation Date:   05/15/2020 07:11 PM
Service Date:   04/08/2020 02:00 PM - 03:00 PM               Duration:     60 minutes
Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:   Office                        CPT Code:             Case #    RMC2000

| | | | |
|---|---|---|---|
| Appearance: | appropriate to age | Orientation: | WNL |
| Behavior: | agitated | Speech: | rapid |
| Affect: | depressed | Mood: | anxious: mild |
| Thought Process: | WNL | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to session mostly within normal limits (see above). Client presents to session distressed today due to recent memories from events in FL. Client reports that such memories are intrusive, and we discuss different trauma protocols for dealing with them. Client is curious about Lifespan Integration and EMDR. No SI/HI at this time.

**Therapeutic Intervention:**
Will continue previously stated interventions decided on collaboratively with client.

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 06/10/2022 03:40 PM

CONFIDENTIAL                    MCNAE 001790



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 05/15/2020 10:34 PM | | |
| Service Date: | 04/10/2020 12:00 PM - 01:30 PM | Duration: | 90 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | appropriate to age | Orientation: | WNL |
| Behavior: | agitated | Speech: | rapid |
| Affect: | depressed | Mood: | anxious: mild |
| Thought Process: | WNL | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

## Diagnostic Impressions:

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

## Focus of Session:

Client presents to session mostly within normal limits (see above). Client presents to session distressed today due to the FL. Client reports that as times goes on she is able to remember more detail from the night in Miami in 10/18/2019. Client remembers confusion and dissoriation after event including feeling of being 'emotionally manipulated' (client words). Client reports that this person was Mike Fitzgerald of Software One. Client reports that over time, she started to realize that the night in Miami was not consenual and their communication since inscere (client voice). Client reports that her fear of how reporting this news to husband/Microsoft could impact his careeer is partly why she feels she could not accept this truth earlier. Client continues to seek clarity around seeking justice around this issue. INo SI/HI at this time.

## Therapeutic Intervention:

Will continue previously stated interventions decided on collaboratively with client.

## Planned Intervention:

Will continue previously stated interventions decided on collaboratively with client.

## Return Appointment:



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 05/15/2020 10:34 PM | | |
| Service Date: | 04/10/2020 12:00 PM - 01:30 PM | Duration: | 90 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #   RMC2000 |

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 05/15/2020 10:42 PM



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

| | |
|---|---|
| Client:   Ronda McNae (RM00093) | Birth Date:   04/04/1986 |
| Creation Date:   05/15/2020 10:42 PM | |
| Service Date:   04/13/2020 11:00 AM - 12:30 PM | Duration:   90 minutes |
| Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | |
| Insurer(s): | |
| Place Of Service:   Office | CPT Code:        Case #   RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | WNL | Mood: | WNL |
| Thought Process: | WNL | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to session mostly within normal limits (see above). Client continues to seek clarity around seeking justice. She is reflective and introspective. Client reports frustration around No SI/HI at this time.

**Therapeutic Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 06/10/2022 03:41 PM

CONFIDENTIAL        MCNAE 001793



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 05/17/2020 11:45 AM | | |
| Service Date: | 04/15/2020 11:00 AM - 12:30 PM | Duration: | 90 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #  RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | appropriate to age | Orientation: | WNL |
| Behavior: | agitated | Speech: | rapid |
| Affect: | depressed | Mood: | anxious: mild |
| Thought Process: | WNL | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

## Diagnostic Impressions:

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

## Focus of Session:

Client presents to session mostly within normal limits (see above). Client speaks with urgency around her recent clarity around the event in Miami. Client reports that until some time/space, our session, and listening to a book called Know My Name, she struggled to see all the parts clearly. Client does report remembering MF naked, client does report remembering MF erect, client remembers being in the couch in a robe with no underwear. Client remembers only having dinner, coming back paying the babysitter but then has no memories after. Client continues to process this evening that the subsequent event. No SI/HI at this time but client is still reporting daily gagging, anxiety and racing thoughts.

Rough reported timeline:

10-12 dinner

12:30 client remembers running away from MF and hiding behind a tree because she didn't want to see/be around him anymore

1:30 pay babysitter at hotel

1:45-5:30 unclear

7am: husband arrives

## Therapeutic Intervention:

Will continue previously stated interventions decided on collaboratively with client.

CONFIDENTIAL

MCNAE 001794

# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 05/17/2020 11:45 AM | | |
| Service Date: | 04/15/2020 11:00 AM - 12:30 PM | Duration: | 90 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # RMC2000 |

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 05/17/2020 12:08 PM



# EQUIP COUNSELING, PLLC
## PROGRESS NOTES

| | | |
|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 05/17/2020 12:08 PM | | |
| Service Date: | 05/01/2020 01:00 PM - 02:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # | RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | appropriate to age | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | depressed | Mood: | up and down |
| Thought Process: | WNL | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client reports to session mostly within normal limits- she has been gone for 2 weeks. She reports that she and her family went for a two week road trip- she reports that it was rejuvinating but that her PTSD systems would come up from time to time. Client reports that she tried to disconnect from the Miami case during this trip but that she found herself 'gagging' several times despite such efforts. Client reports that her lawyer and MP's lawyer are attempting to come to some kind of settlement. No SI/HI at this time.

**Therapeutic Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

**Return Appointment:**

CONFIDENTIAL                    MCNAE 001796

**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 05/17/2020 12:08 PM | | |
| Service Date: | 05/01/2020 01:00 PM - 02:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #   RMC2000 |

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 05/17/2020 12:29 PM



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| **Client:** | Ronda McNae (RM00093) | **Birth Date:** | 04/04/1986 |
| **Creation Date:** | 05/17/2020 12:29 PM | | |
| **Service Date:** | 05/04/2020 12:00 PM - 01:00 PM | **Duration:** | 60 minutes |
| **Provider(s):** | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| **Insurer(s):** | | | |
| **Place Of Service:** | Office | **CPT Code:** | **Case #** RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | depressed | Mood: | stressed |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

## Diagnostic Impressions:

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

## Focus of Session:

Client reports to session mostly within normal limits- she seems a bit more grounded on Monday. Client reports that when she has distractions she does better. Client reports that she has been distracted by client's MIL who is struggling with dimentia. Client worries about this and we flush out ways she can help without blurring boundaries. Client updates on Miami case and her conversation with a sexual crimes prosecuter. Although client has proceeded with settlement, client still seems unsure of her decisions at times. No SI/HI at this time.

## Therapeutic Intervention:

Will continue previously stated interventions decided on collaboratively with client.

## Planned Intervention:

Will continue previously stated interventions decided on collaboratively with client.

## Return Appointment:

MCNAE 001798

# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 05/17/2020 12:29 PM | | |
| Service Date: | 05/04/2020 12:00 PM - 01:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #   RMC2000 |

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 05/17/2020 12:32 PM



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 05/17/2020 12:33 PM | | |
| Service Date: | 05/06/2020 12:00 PM - 01:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | depressed | Mood: | stressed |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

## Diagnostic Impressions:

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

## Focus of Session:

Client reports to session mostly within normal limits- with spouse. They both appear to have an agenda. They report that they need to 'get on the same page' about a few things. We prioritize list and start working our way through it. Client still reports feeling unsupported by partner at times; we attempt to find clarity and cohesion around this. We talk about each other's needs as well as the transition that is going to happen with spouse's mother coming to live with them. No SI/HI this time.

## Therapeutic Intervention:

Will continue previously stated interventions decided on collaboratively with client.

## Planned Intervention:

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 05/17/2020 12:40 PM

CONFIDENTIAL

MCNAE 001800



# EQUIP COUNSELING, PLLC
## PROGRESS NOTES

| | | | |
|---|---|---|---|
| **Client:** | Ronda McNae (RM00093) | **Birth Date:** | 04/04/1986 |
| **Creation Date:** | 05/17/2020 12:36 PM | | |
| **Service Date:** | 05/06/2020 01:00 PM - 02:00 PM | **Duration:** | 60 minutes |
| **Provider(s):** | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| **Insurer(s):** | | | |
| **Place Of Service:** | Office | **CPT Code:** | **Case #** RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | depressed | Mood: | stressed |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

## Diagnostic Impressions:

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

## Focus of Session:

Client reports to session mostly within normal limits- with daughter. Client has been worried about daughter's feelings around her mom's emotional state. Client brings daughter into session today to process this. We spend about 20 min together alone. Daughter does report that she worries about mom/client quite a bit and that she 'does not know how to help her" (daughter words). I remind her that it's not her job to fix her mom's emotions. No SI/HI this time.

## Therapeutic Intervention:
Will continue previously stated interventions decided on collaboratively with client.

## Planned Intervention:
Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

**Staff Signature:** *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 05/17/2020 12:40 PM

CONFIDENTIAL

MCNAE 001801



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| **Client:** Ronda McNae (RM00093) | | **Birth Date:** | 04/04/1986 |
| **Creation Date:** 05/17/2020 04:01 PM | | | |
| **Service Date:** 05/08/2020 01:00 PM - 02:00 PM | | **Duration:** | 60 minutes |
| **Provider(s):** Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | | |
| **Insurer(s):** | | | |
| **Place Of Service:** Office | **CPT Code:** | **Case #** | **RMC2000** |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | depressed | Mood: | stressed |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client reports to session mostly within normal limits. Client reports that they are coming 'down to the wire' (client words) on the last part of the settlement with MF. Client is feeling uncomfortable with the current non-disclosure agreement clause. Client processes today the clarity she needs to make sure she feels confident and clear when signing the settlement. No SI/HI this time.

**Therapeutic Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 05/17/2020 04:03 PM

CONFIDENTIAL          MCNAE 001802



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 05/17/2020 04:04 PM | | |
| Service Date: | 05/12/2020 04:00 PM – 05:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #   RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | stressed |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client reports to session today with spouse mostly within normal limits. She reports on most distressing issues and we process communication between the two of them. Spouse has felt torn between client, mother, work and children. We discuss what it would be like if spouse took a leave from work. No SI/HI this time.

**Therapeutic Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 05/17/2020 04:05 PM

CONFIDENTIAL          MCNAE 001803



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

| | | | | |
|---|---|---|---|---|
| Client: | Ronda McNae (RM00093) | | Birth Date: | 04/04/1986 |
| Creation Date: | 05/17/2020 04:06 PM | | | |
| Service Date: | 05/13/2020 01:00 PM - 02:00 PM | | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | | |
| Insurer(s): | | | | |
| Place Of Service: | Office | CPT Code: | Case # | RMC2000 |

| | | | | |
|---|---|---|---|---|
| Appearance: | WNL | | Orientation: | WNL |
| Behavior: | WNL | | Speech: | rapid |
| Affect: | positive | | Mood: | stressed |
| Thought Process: | fragmented | | Thought Content: | WNL |
| Perception: | WNL | | Judgment: | WNL |
| Insight: | WNL | | Appetite: | decreased |
| Sleep: | erratic | | Suicidality: | Not Present |
| Homicidality: | Not Present | | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client reports to session today mostly within normal limits. She reports that mother in law has moved in and they are working on on figuring out her memory concerns. We discuss most distressing/pertinent issues including the settlement, parenting, quarentine, and clients PTSD symptoms. No SI/HI this time.

**Therapeutic Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 05/17/2020 04:07 PM

CONFIDENTIAL                    MCNAE 001804



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

Client:  Ronda McNae (RM00093)         Birth Date:  04/04/1986
Creation Date:  07/13/2020 02:17 PM
Service Date:  05/15/2020 02:00 PM - 03:00 PM        Duration:  60 minutes
Provider(s):  Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:  Office         CPT Code:      Case #    RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | stressed |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

## Diagnostic Impressions:

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

## Focus of Session:

Client reports to session today mostly within normal limits. She reports that on most recent issues including mother inlaw, spouse and stressful events. We discuss coping and stress tolerance. No SI/HI this time.

## Therapeutic Intervention:

Will continue previously stated interventions decided on collaboratively with client.

## Planned Intervention:

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 07/13/2020 02:18 PM

CONFIDENTIAL      MCNAE 001805



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 07/13/2020 02:21 PM | | |
| Service Date: | 05/19/2020 06:00 PM – 07:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # | RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | stressed |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client ands spouse report to session today mostly within normal limits. They both have a 'list' of things they'd like to talk about- specifically around mother-in-law issues. We discuss coping and stress tolerance as well as immediate next steps. No SI/HI this time.

**Therapeutic Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 07/13/2020 02:22 PM



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 07/13/2020 02:22 PM | | |
| Service Date: | 05/22/2020 12:00 PM - 01:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #   RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | stressed |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

## Diagnostic Impressions:

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

## Focus of Session:

Client reports to session all within normal limits. She reports around most stressing events from the week; client is able to be refelctive and introspective. We discuss coping and stress tolerance as well as immediate next steps. No SI/HI this time.

## Therapeutic Intervention:

Will continue previously stated interventions decided on collaboratively with client.

## Planned Intervention:

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 07/13/2020 02:23 PM

CONFIDENTIAL                    MCNAE 001807



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 07/13/2020 02:23 PM | | |
| Service Date: | 05/25/2020 12:00 PM - 01:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | stressed |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute.

**Focus of Session:**

Client and spouse report to session all within normal limits. They report around most stressing events from the weekend; both are able to be respectful and introspective. We discuss coping and stress tolerance as well as immediate next steps. No SI/HI this time.

**Therapeutic Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 07/13/2020 02:24 PM

CONFIDENTIAL          MCNAE 001808



# EQUIP COUNSELING, PLLC
## PROGRESS NOTES

| | |
|---|---|
| Client: Ronda McNae (RM00093) | Birth Date: 04/04/1986 |
| Creation Date: 07/13/2020 02:25 PM | |
| Service Date: 05/29/2020 01:00 PM - 02:00 PM | Duration: 60 minutes |
| Provider(s): Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | |
| Insurer(s): | |
| Place Of Service: Office | CPT Code:    Case #    RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | stressed |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**
Client reports to sthe session alone today all within normal limts; she reports that she has been doing 'really great' (client words) and 'hasn't been gagging' (client words) since last Wednesday. She does report that last Wednesday she woke up 'gagging out of the blue' (client words) but after processing we recognize the pattern of gagging that happens after/during stressful events; she reports that she had received an email about the settlement last Wednesday. Client is able to recognize that the pattern of no-gagging happens when she has a distraction from the stressful event. No SI/HI at this time.

**Therapeutic Intervention:**
Will continue previously stated interventions decided on collaboratively with client.

**Planned Intervention:**
Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 07/16/2020 02:35 PM

CONFIDENTIAL                    MCNAE 001809



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

| | | | | |
|---|---|---|---|---|
| Client: | Ronda McNae (RM00093) | | Birth Date: | 04/04/1986 |
| Creation Date: | 07/13/2020 02:30 PM | | | |
| Service Date: | 06/01/2020 12:00 PM - 01:00 PM | | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | | |
| Insurer(s): | | | | |
| Place Of Service: | Office | CPT Code: | Case # | RMC2000 |

| | | | | |
|---|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | stressed |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client and spouse present to session mostly within normal limits. Client starts crying right at the beginning of session. Client reports that she is very overwhelmed with the issues related to mother-in-law. They process the stress of this as well as the pattern of spouse 'speaking up for client' (client words). No SI/HI at this time.

**Therapeutic Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*

Owner Sarah Dellinger, MS, LMFTA Therapist

I approve this document

Signed: 07/13/2020 02:34 PM

CONFIDENTIAL          MCNAE 001810



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 07/13/2020 02:35 PM | | |
| Service Date: | 06/02/2020 03:00 PM – 04:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # | RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | stressed |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client and spouse present to session mostly within normal limits. They both reports continued stress with mother-in-law Client is able to discuss her desire/need for spouse to standing up for her. We also continue to discuss priorities, next steps and stress tolerance. No SI/HI at this time.

**Therapeutic Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 07/13/2020 02:38 PM



# EQUIP COUNSELING, PLLC
## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 07/16/2020 02:35 PM | | |
| Service Date: | 06/03/2020 11:00 AM - 12:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # | RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | stressed |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client and spouse present to session mostly within normal limits. They both reports continued stress with mother-in-law. Both are able to express their needs, desires, fears. We also continue to discuss priorities, next steps and stress tolerance. No SI/HI at this time.

**Therapeutic Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 07/16/2020 02:36 PM

CONFIDENTIAL                    MCNAE 001812



# EQUIP COUNSELING, PLLC
## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 07/16/2020 02:36 PM | | |
| Service Date: | 06/05/2020 01:00 PM - 02:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | stressed |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**
Client presents all within normal limits. She is in good spirits and eager to talk about connection with old friend (Colby's Dad) and the feels that came along when connecting with him. Client also reports on mother-in-law and Florida case. Client is able to make some connections that bring understanding and peace. No SI/HI at this time

**Therapeutic Intervention:**
Will continue previously stated interventions decided on collaboratively with client.

**Planned Intervention:**
Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 07/16/2020 02:39 PM

CONFIDENTIAL                    MCNAE 001813



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 07/16/2020 02:39 PM | | |
| Service Date: | 06/08/2020 03:00 PM – 04:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | stressed |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client and partner present to session all within normal limits. They report on latest with Mother-in-law and how they are handling the stress involved with getting her into the right home. Client and spouse are able to actively communicate and hear one another. No SI/HI at this time.

**Therapeutic Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*

Owner Sarah Dellinger, MS, LMFTA Therapist

I approve this document

Signed: 07/16/2020 02:41 PM

CONFIDENTIAL                          MCNAE 001814



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 07/16/2020 02:41 PM | | |
| Service Date: | 06/10/2020 03:00 PM - 04:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # | RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | stressed |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

## Diagnostic Impressions:

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

## Focus of Session:

Client's daughter presents to session all within normal limits. Mom had reached out in the morning saying that daughter was struggling with Grandma's move and client would like to bring her to session. Client is worried about daughter's emotional state. Daughter is able to interact well in session and we discuss her worry- daughter expresses that she worries about her mom and the stress. We use a game to inspire coping, breath work, and identifying what she can control. No asssessed or reported danger, SI/HI at this time.

## Therapeutic Intervention:

Will continue previously stated interventions decided on collaboratively with client.

## Planned Intervention:

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 07/16/2020 02:45 PM

CONFIDENTIAL

MCNAE 001815



# EQUIP COUNSELING, PLLC
## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 07/16/2020 02:45 PM | | |
| Service Date: | 06/12/2020 01:00 PM - 02:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | stressed |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client and partner present to session today. They report that they were successful in moving Mother-in-law into assisted living home. They reflect on being in a 'marathon' for the past 6 months with all the stress they have been under. We discuss how this has impacted their relationship. They process partner's sibling and how his relationship with partner has become a 'wedge' in their marriage. Client and spouse are able to be reflective and introspective. No SI/HI at this time.

**Therapeutic Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 07/16/2020 02:48 PM

CONFIDENTIAL

MCNAE 001816



# EQUIP COUNSELING, PLLC
## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 07/16/2020 02:49 PM | | |
| Service Date: | 06/15/2020 01:00 PM - 02:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | stressed |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client reports to session alone today all within normal limits. I reflect to her that it's nice to have her alone in session as the last few weeks partner has attended and the focus of session has been shifted onto his mother. Client is able to use the session to reflect on her own mental state; she is able to reflect on the stress of the last 6 months, her progress, her 'roles,' and her next steps. Will continue to this in our sessions together. No SI/HI at this time.

**Therapeutic Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 07/16/2020 02:51 PM

CONFIDENTIAL

MCNAE 001817



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 07/16/2020 02:51 PM | | |
| Service Date: | 06/17/2020 11:00 AM - 12:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | stressed |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

## Diagnostic Impressions:

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

## Focus of Session:

Client reports to session mostly within normal limits. She is alone. She reports that she is "really struggling with living at home right now" (client words). We discuss these feelings as well as practical options, next steps, and the support of her dog. Possible ESA? Will consider writing a form from Gizmo form if needed.

## Therapeutic Intervention:

Will consider writing an ESA form for Client:

-client reports-
her heart rates come down
he helps bring anxiety down

## Planned Intervention:

Will continue previously stated interventions decided on collaboratively with client.

## Return Appointment:



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 07/16/2020 02:51 PM | | |
| Service Date: | 06/17/2020 11:00 AM - 12:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # RMC2000 |

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 07/16/2020 03:00 PM



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

Client:    Ronda McNae (RM00093)                                    Birth Date:      04/04/1986

Creation Date:   07/16/2020 03:00 PM

Service Date:    06/22/2020 12:00 PM - 01:00 PM                     Duration:        60 minutes

Provider(s):     Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)

Insurer(s):

Place Of Service:    Telehealth                    CPT Code:              Case #    RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | stressed |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

## Diagnostic Impressions:

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

## Focus of Session:

Client calls for scheduled session today. She is out of town. Client reports that she would like to figure out how to support husband but not get 'emotionally entangled' (client words). We process. Client also reports that Florida case has officially been settled and the papers have been signed. She reports relief but also a coexisting 'weird anxiousness' (client words). We explore practical communication skills for both client and partner. No SI/HI at this time.

## Therapeutic Intervention:

Will consider writing an ESA form for Client:

client reports-
her heart rates come down
he helps bring anxiety down

## Planned Intervention:

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

CONFIDENTIAL                          MCNAE 001820

# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 07/16/2020 03:00 PM | | |
| Service Date: | 06/22/2020 12:00 PM - 01:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Telehealth | CPT Code: | Case # | RMC2000 |

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 07/16/2020 03:10 PM

MCNAE 001821



**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 07/16/2020 03:10 PM | | |
| Service Date: | 06/24/2020 11:00 AM - 12:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | stressed |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client reports for session all within normal limits. She come with whole family but they wait outside with dog. Client reports that she is excited/apprehensive about upcoming trip that they are all going on. She reports that she is hoping to be spontaneous on the trip and visit some of the places she grew up and travel down the East Coast. We discuss coping and stress tolerance. No SI/HI at this time.

**Therapeutic Intervention:**

Will fill out ESA form for Alaska Airline for client.

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*

Owner Sarah Dellinger, MS, LMFTA Therapist

I approve this document

Signed: 07/16/2020 03:13 PM

CONFIDENTIAL                    MCNAE 001822



# EQUIP COUNSELING, PLLC
## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 07/16/2020 03:17 PM | | |
| Service Date: | 07/15/2020 11:00 AM - 12:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #    RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | stressed |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

## Diagnostic Impressions:

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

## Focus of Session:

Client reports for session all within normal limits. She reports that she, parnter and kids and a great 2 week trip to the East Coast. She reports about ups/downs of trip. She also reports about quick event this weekend, after the long trip. She reports that she went to Leavenworth with girls friends and ended up in the ER after suffering a severe panic attack at the hotel restaraunt. Client reports she had 2 drinks and then shortly after said "something isnt right in my body" (client words) while experiencing:

difficulty breathing

tight chest

shortness of breath

throwing up into a bowl

dripping sweat

inability to stand up

Client reports that she did not stay in Leavenworth after being discharged but instead had a friend drive her home. Client reports that she has since visited her primary doctor who has confirmed the panic attack. No SI/HI at this time.

## Therapeutic Intervention:

Will fill out ESA form for Alaska Airline for client.

## Planned Intervention:

CONFIDENTIAL                    MCNAE 001823



**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

2

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 07/16/2020 03:17 PM | | |
| Service Date: | 07/15/2020 11:00 AM - 12:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # | RMC2000 |

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 07/16/2020 03:24 PM

CONFIDENTIAL          MCNAE 001824



# EQUIP COUNSELING, PLLC
## PROGRESS NOTES

Client:  Ronda McNae (RM00093)                    Birth Date:   04/04/1986
Creation Date:   07/29/2020 07:00 PM
Service Date:   07/20/2020 12:00 PM - 01:00 PM          Duration:   60 minutes
Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):

Place Of Service:   Office          CPT Code:          Case #   RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | WNL | Mood: | wnl |
| Thought Process: | goal directed | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**
Client reports for session all within normal limits. She reports on current pertinent issues included physical health since episode in Leavenworth. Client reports continued decreased distressing symptoms and is able to process. Client is engaged, reflective and introspective. No danger assessed at this time.

**Therapeutic Intervention:**
Will fill out ESA form for Alaska Airline for client.

**Planned Intervention:**
Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 09/08/2022 11:27 AM

CONFIDENTIAL          MCNAE 001825



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 07/29/2020 07:01 PM | | |
| Service Date: | 07/22/2020 12:00 PM - 01:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | stressed |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client and partner report for session all within normal limits. They report on most pertinant issues that include their continued difficulty communicating, parenting, priorities, in-laws, next steps. Both are able to be reflective and introspective.
No SI/HI at this time.

**Therapeutic Intervention:**
Will fill out ESA form for Alaska Airline for client.

**Planned Intervention:**
Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 07/29/2020 07:03 PM

CONFIDENTIAL            MCNAE 001826



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

Client:  Ronda McNae (RM00093)                                    Birth Date:        04/04/1986

Creation Date:    07/29/2020 07:03 PM

Service Date:     07/29/2020 12:00 PM – 01:00 PM                  Duration:          60 minutes

Provider(s):     Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)

Insurer(s):

Place Of Service:    Office                         CPT Code:              Case #     RMC2000

| | | | | |
|---|---|---|---|---|
| Appearance: | WNL | | Orientation: | WNL |
| Behavior: | WNL | | Speech: | rapid |
| Affect: | positive | | Mood: | stressed |
| Thought Process: | fragmented | | Thought Content: | WNL |
| Perception: | WNL | | Judgment: | WNL |
| Insight: | WNL | | Appetite: | decreased |
| Sleep: | erratic | | Suicidality: | Not Present |
| Homicidality: | Not Present | | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client reports to session all within normal limits. She reports that yesterday she had a spontaneous gagging episode; client reports that that after reflection she is able to make connections between those gagging episdoes and intrusive thoughts directly related to the Floride episode. Client reports that she is anxiously looking forward to her upcoming trip with partner to the Marriage Intensive at Onsite in September (9/17). Client continues to report increased sensitvity/awareness to other people being mistreated; will continue to explore this. No SI/HI at this time.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*

Owner Sarah Dellinger, MS, LMFTA Therapist

I approve this document

Signed: 07/29/2020 07:09 PM                    CONFIDENTIAL                    MCNAE 001827

## EQUIP COUNSELING, PLLC
### PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 08/10/2020 07:02 PM | | |
| Service Date: | 08/05/2020 12:00 PM - 01:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | stressed |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**
Client reports to session all within normal limits. Client comes to session with a printed out timeline as we have been discussing doing Lifespan Timeline therapy. We start to fill out the timeline a bit more. Client is able to be reflective and introspective. No SI/HI at this time.

**Therapeutic Intervention:**

**Planned Intervention:**
Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 08/10/2020 07:04 PM

CONFIDENTIAL                    MCNAE 001828



# EQUIP COUNSELING, PLLC
## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 08/23/2020 01:24 AM | | |
| Service Date: | 08/12/2020 12:00 PM - 01:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | stressed |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client reports to session all within normal limits. Client and I both wear masks. Client reports distress over an outbreak of ulcers due to stress. Client is able to process the source of stress; we discuss family of origin issues. Client is able to be reflective and introspective. No SI/HI at this time.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 08/23/2020 01:26 AM

CONFIDENTIAL                    MCNAE 001829

EQUIP

**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 08/23/2020 01:27 AM | | |
| Service Date: | 08/17/2020 12:00 PM - 01:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #   RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | stressed |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client reports to session all within normal limits. Client and I both wear masks. Client on a recent PTSD occurence where she gagged when she saw a picture her abuser. Client struggles to find clarity around an event that happened while at Northwest College. Client is curious about seeking more information about said event. Client is able to be reflective and introspective. No SI/HI at this time.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*

Owner Sarah Dellinger, MS, LMFTA Therapist

I approve this document

Signed: 08/23/2020 01:29 AM

CONFIDENTIAL                    MCNAE 001830

**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

Client:     Ronda McNae (RM00093)                          Birth Date:     04/04/1986
Creation Date:   09/12/2020 02:09 PM
Service Date:    09/09/2020 01:00 PM - 02:00 PM            Duration:      60 minutes
Provider(s):    Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:    Office                         CPT Code:              Case #    RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | stressed |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client reports to session all within normal limits. Client and I both wear masks. Client reports on what has happened since I saw her last - she reports that things with partner have been better lately but her symptoms consistent with PTSD have popped up, contiually. We continue to discuss distractions and the work she still needs to do. Client stuggls to sit with reflection and introspection as it brings up trauma symptoms; will continue to support client at her rate of speed. No SI/HI at this time.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 09/12/2020 02:14 PM

CONFIDENTIAL                    MCNAE 001831



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 09/12/2020 02:15 PM | | |
| Service Date: | 09/10/2020 01:00 PM - 02:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # | RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | stressed |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client and spouse report to session all within normal limits. Client brings spouse today. They report that they need some support connecting over some parenting issues. We discuss, come up with various ideas, options. Both partners are able to be reflective and introspective. No SI/HI at this time.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 09/12/2020 02:18 PM

CONFIDENTIAL          MCNAE 001832



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 09/23/2020 01:04 PM | | |
| Service Date: | 09/16/2020 10:00 AM - 11:00 AM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | stressed |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client reports to session all within normal limits. I wear a mask, client has mask but continues to struggle wearing it because she starts gagging (PTSD symptom) when her mouth is covered. Client reports on most distressing issues- client is able to be reflective and introspective about issues regarding spouse's family of origin. We discuss best next steps for coping as well as long term healing. No SI/HI at this time.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 09/23/2020 01:08 PM

CONFIDENTIAL

MCNAE 001833



**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 09/23/2020 01:08 PM | | |
| Service Date: | 09/21/2020 01:00 PM - 02:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # | RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | stressed |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client and spouse report to session all within normal limits. Client brings spouse today. They seek clarity around client's 'adoptive family' and we discuss options, boundaries and support. Client reports that she feels overwhelmed by wanting to seek clarity and understanding but often ends up 'mentally hijacked' when processing high emtion interactions. Partner seeks ideas for being supportive during these time. Both partners are able to be reflective and introspective. No SI/HI at this time.

**Therapeutic Intervention:**


**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 09/23/2020 01:16 PM

CONFIDENTIAL                MCNAE 001834



**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 11/10/2020 03:51 PM | | |
| Service Date: | 09/25/2020 01:00 PM - 02:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #   RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | stressed |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to session all within normal limits. She is eager and alert. She is able to process most pertinent issues- these include her relationship with her husband, PTSD symptoms, her kids. Client is able to be introspective and reflective. No SI/HI at this time.

**Therapeutic Intervention:**


**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 11/10/2020 03:54 PM

CONFIDENTIAL                    MCNAE 001835



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 11/10/2020 03:49 PM | | |
| Service Date: | 10/05/2020 01:00 PM - 02:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #   RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | stressed |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to session all within normal limits. She reports on most pertinent issues- her PTSD symptoms, the care of her MIL, her communication with partner. Client is able to be reflective and introspective. No SI/HI at this time.

**Therapeutic Intervention:**


**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 11/10/2020 03:51 PM



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 11/10/2020 03:46 PM | | |
| Service Date: | 10/07/2020 10:00 AM - 11:00 AM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Telehealth | CPT Code: | Case #    RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | stressed |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client calls in for phone session all within normal limits. She reports that she is in the car with her husband on their way to a job together. Client is able to process distressing issues related to her adoptive mom. Husband is able to contribute his perspective. No SI/Hi at this time.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 11/10/2020 03:49 PM

CONFIDENTIAL                    MCNAE 001837



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 11/10/2020 03:44 PM | | |
| Service Date: | 10/09/2020 12:00 PM - 01:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # | RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | stressed |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

### Diagnostic Impressions:

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

### Focus of Session:

Client presents to session all within normal limits. She reports on and is able to process the most pertinent issues. Client reports on communication issues with partner, issues with MIL, issues with adoptive mom. No SI/HI at this time.

### Therapeutic Intervention:

### Planned Intervention:

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 11/10/2020 03:45 PM

CONFIDENTIAL                MCNAE 001838



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 11/10/2020 03:43 PM | | |
| Service Date: | 10/14/2020 10:00 AM - 11:00 AM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | stressed |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to session all within normal limits. She reports PTSD symptoms that popped over the weekend that were distressing including gagging. We are able to process this as well as a few other pertinent issues. Client is able to be reflective and introspective at this time. No SI/HI at this time.

**Therapeutic Intervention:**


**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:


Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 11/10/2020 03:44 PM

CONFIDENTIAL                 MCNAE 001839



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 11/10/2020 03:39 PM | | |
| Service Date: | 10/19/2020 11:00 AM - 12:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #   RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | stressed |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client and spouse report to session all within normal limits. Client brings spouse today. They seek clarity around some issues. They are able to process in session. Both are able to be reflective and introspective. No SI/HI at this time.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*

Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 11/10/2020 03:40 PM



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 11/10/2020 03:41 PM | | |
| Service Date: | 10/21/2020 10:00 AM - 11:00 AM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #   RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | stressed |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to session all within normal limits. She reports that she is getting her tonsils out next Monday. She reports mild anxiety about this as well as they recovery associated. We are able to process this as well as a few other pertinent issues. Client is able to be reflective and introspective at this time. No SI/HI at this time.

**Therapeutic Intervention:**


**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 11/10/2020 03:43 PM



# EQUIP COUNSELING, PLLC
## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 11/17/2020 12:44 PM | | |
| Service Date: | 11/12/2020 11:00 AM - 12:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #   RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | stressed |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client and partner present to session after being gone for over 3 weeks. She reports that her recovery after her tonsillectomy was more involved than would expected. Client reports on most pertinent issues including issues surrounding her MIL, her relationship with partner, and the progress they have made in aligning when it comes to decisions around holidays and new traditions for their family. No SI/HI at this time.

**Therapeutic Intervention:**


**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 11/17/2020 12:47 PM

CONFIDENTIAL                    MCNAE 001842



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 11/17/2020 12:47 PM | | |
| Service Date: | 11/13/2020 10:00 AM - 11:00 AM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #   RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | stressed |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client reports to session all within normal limits. She reports that she would like to process the extra marital affair she had many year ago but has never processed. Client struggles with the detail and becomes critical of herself for not recognizing signs early. We are unable to finish but will continue next time. No SI/HI at this time.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*

Owner Sarah Dellinger, MS, LMFTA Therapist

I approve this document

Signed: 11/17/2020 12:50 PM

CONFIDENTIAL          MCNAE 001843



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 11/17/2020 12:50 PM | | |
| Service Date: | 11/16/2020 01:00 PM - 02:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | stressed |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client reports to session (with spouse) all within normal limits. We continue to process the extra marital affair. Husband is able to offer his perspective and does not appear activated by this discussion. Both are able to be reflective and acknowledge the growth of their relationship since that time. We are unable to finish but will continue next time. No SI/HI at this time.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 11/17/2020 12:53 PM



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

1

Client:  Ronda McNae (RM00093)                                      Birth Date:  04/04/1986
Creation Date:  06/10/2022 03:18 PM
Service Date:  11/18/2020 10:00 AM - 11:00 AM                    Duration:       60 minutes
Provider(s):  Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:  Office                          CPT Code:            Case #    RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | up and down | Mood: | wnl |
| Thought Process: | goal directed | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client and partner present to in person session all within normal limits. Client is able to reflective and introspective about continued care for MIL. She continues to process desire to change POA to reflect partner as POA. Both are able to share and communicate their positions. No danger assessed.

**Therapeutic Intervention:**

**Planned Intervention:**
Will continue previously stated interventions decided on collaboratively with client.

**Return Appointment:**

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 06/10/2022 03:21 PM

CONFIDENTIAL                    MCNAE 001845

## EQUIP COUNSELING, PLLC
### PROGRESS NOTES

EQUIP

| | | |
|---|---|---|
| Client: Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: 06/10/2022 03:16 PM | | |
| Service Date: 11/19/2020 01:00 PM - 02:00 PM | Duration: | 60 minutes |
| Provider(s): Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | |
| Place Of Service: Office | CPT Code: | Case # RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | wnl | Mood: | wnl |
| Thought Process: | goal directed | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client and partner present to in person session all within normal limits. Client reports on most pertinent issues that include continued care for MIL. Client reports on desire to change POA and partner is able to process his feelings. Both are able to be reflective and introspective. No danger assessed.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 06/10/2022 03:17 PM

**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

Client: Ronda McNae (RM00093)                                    Birth Date: 04/04/1986

Creation Date: 06/10/2022 03:12 PM

Service Date: 11/30/2020 11:00 AM - 12:00 PM            Duration: 60 minutes

Provider(s): Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)

Insurer(s):

Place Of Service: Office                    CPT Code:            Case #    RMC2000

| | | | | |
|---|---|---|---|---|
| Appearance: | WNL | | Orientation: | WNL |
| Behavior: | WNL | | Speech: | WNL |
| Affect: | up and down | | Mood: | wnl |
| Thought Process: | goal directed | | Thought Content: | WNL |
| Perception: | WNL | | Judgment: | WNL |
| Insight: | WNL | | Appetite: | unclear |
| Sleep: | WNL | | | |
| Suicidality | Not Present | | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to in person session all within normal limits. Client reports on most pertinent issues that include recent trip out of town for Thanksgiving, her ability to connect with children and her thoughts about the upcoming Christmas holiday plans. Client reflects on recent connections made about traumatic events from the year prior and becomes emotional while remembering that husband asked "was it an assault?" Client is reflective and introspective. No danger assessed.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

**Return Appointment:**

Staff Signature: *Sarah Dellinger*

Owner Sarah Dellinger, MS, LMFTA Therapist

I approve this document

Signed: 06/10/2022 03:15 PM                    CONFIDENTIAL                    MCNAE 001847



**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

Client:  Ronda McNae (RM00093)                    Birth Date:    04/04/1986
Creation Date:   06/10/2022 03:09 PM
Service Date:    12/01/2020 02:00 PM - 03:00 PM      Duration:      60 minutes
Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:    Office                    CPT Code:            Case #    RMC2000

---

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | WNL | Mood: | wnl |
| Thought Process: | goal directed | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to in person session all within normal limits. Client reports on most pertinent issues that include mental health, marriage, care for MIL, and parenting. Client is reflective and introspective. Client continues to struggle with disruptive symptoms consistent with PTSD including intrusive thoughts, flashbacks, gagging and hyperarousal. No danger assessed.

**Therapeutic Intervention:**

**Planned Intervention:**
Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 06/10/2022 03:11 PM

CONFIDENTIAL                    MCNAE 001848



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

Client: Ronda McNae (RM00093)                                    Birth Date:    04/04/1986

Creation Date:    06/10/2022 03:07 PM

Service Date:    12/04/2020 12:00 PM - 01:00 PM                  Duration:    60 minutes

Provider(s):    Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)

Insurer(s):

Place Of Service:    Office                    CPT Code:              Case #    RMC2000

---

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | up and down | Mood: | wnl |
| Thought Process: | goal directed | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to in person session all within normal limits. Client reports on most pertinent issues that include the health of husband's Mom- she reports that MIL has COVID. She also reports on continued distress with in-laws and care of MIL. Client is reflective and introspective about the unrest and next best steps. No danger assessed.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*

Owner Sarah Dellinger, MS, LMFTA Therapist

I approve this document

Signed: 06/10/2022 03:09 PM

CONFIDENTIAL                    MCNAE 001849

**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

Client:  Ronda McNae (RM00093)

Birth Date:   04/04/1986

Creation Date:   05/20/2022 05:21 PM

Service Date:   12/09/2020 10:00 AM - 11:00 AM

Duration:   60 minutes

Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)

Insurer(s):

Place Of Service:   Office

CPT Code:

Case #   RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | emotional | Mood: | wnl |
| Thought Process: | circumstantial | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | disturbed | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to in person session all within normal limits. She is able to articulate and process increased symptomology consistent with PTSD- specifically gagging, hypervigilance, intrusive thoughts, and sleep disturbance. Client is able to identify current coping, efficacy and next best steps. No danger assessed.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

**Return Appointment:**

Staff Signature: *Sarah Dellinger*

Owner Sarah Dellinger, MS, LMFTA Therapist

I approve this document

Signed: 05/20/2022 05:24 PM

CONFIDENTIAL          MCNAE 001850

# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

1

Client:  Ronda McNae (RM00093)                            Birth Date:    04/04/1986
Creation Date:  05/20/2022 05:20 PM
Service Date:     12/11/2020 12:00 PM - 01:00 PM          Duration:      60 minutes
Provider(s):  Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:   Office                    CPT Code:              Case #    RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | wnl |
| Affect: | up and down | Mood: | wnl |
| Thought Process: | goal directed | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to in person session all within normal limits. She is able to articulate and process most pertinent issues. She is engaged, reflective and introspective. No danger assessed.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 05/20/2022 05:21 PM

CONFIDENTIAL              MCNAE 001851

**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

EQUIP

| | | | |
|---|---|---|---|
| Client: Ronda McNae (RM00093) | | Birth Date: 04/04/1986 | |
| Creation Date: 05/20/2022 05:19 PM | | | |
| Service Date: 12/14/2020 11:00 AM - 12:00 PM | | Duration: 60 minutes | |
| Provider(s): Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | | |
| Insurer(s): | | | |
| Place Of Service: Office | CPT Code: | Case # | RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | wnl |
| Affect: | up and down | Mood: | wnl |
| Thought Process: | goal directed | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to in person session all within normal limits. She is able to articulate and process most pertinent issues specifically related to care for MIL, marriage, expectations of others. She is engaged, reflective and introspective about increased symptomology consistent with PTSD. She reports on 'gagging' episodes and processes her ability to cope. No danger assessed.

**Therapeutic Intervention:**


**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.


Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 05/20/2022 05:20 PM

CONFIDENTIAL                    MCNAE 001852

**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

| | | | |
|---|---|---|---|
| Client: Ronda McNae (RM00093) | | Birth Date: | 04/04/1986 |
| Creation Date: 05/20/2022 05:15 PM | | | |
| Service Date: 12/17/2020 02:00 PM - 03:00 PM | | Duration: | 60 minutes |
| Provider(s): Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | | |
| Insurer(s): | | | |
| Place Of Service: Office | CPT Code: | Case # | RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | up and down | Mood: | wnl |
| Thought Process: | goal directed | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client and partner present to in person session all within normal limits. Client is able to reflect on increased stress and 'crazy anxiety' recently due to care for MIL and distress with inlaws. Both are able to reflect on best next steps including potential change of power of attorney. Both are able to engaged, reflective and introspective. No danger assessed.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

**Return Appointment:**

Staff Signature: *Sarah Dellinger*

Owner Sarah Dellinger, MS, LMFTA Therapist

I approve this document

Signed: 05/20/2022 05:18 PM

CONFIDENTIAL                MCNAE 001853

EQUIP

**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

Client: Ronda McNae (RM00093)                    Birth Date:    04/04/1986

Creation Date:    05/20/2022 04:59 PM

Service Date:    01/04/2021 11:00 AM - 12:00 PM          Duration:    60 minutes

Provider(s):    Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)

Insurer(s):

Place Of Service:    Office              CPT Code:        Case #    RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | wnl |
| Affect: | up and down | Mood: | wnl |
| Thought Process: | goal directed | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to in person session all within normal limits. She is able to articulate and process most pertinent issues specifically related to care for MIL, pursuit for justice, current ability to cope. She is engaged, reflective and introspective about increased symptomology consistent with PTSD. She reports on 'gagging' episodes and processes her ability to cope. No danger assessed.

**Therapeutic Intervention:**


**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.


Return Appointment:


Staff Signature: *Sarah Dellinger*

Owner Sarah Dellinger, MS, LMFTA Therapist

I approve this document

Signed: 05/20/2022 05:14 PM

CONFIDENTIAL                    MCNAE 001854



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

Client: Ronda McNae (RM00093)                                Birth Date: 04/04/1986

Creation Date: 05/20/2022 04:54 PM

Service Date: 01/08/2021 10:00 AM - 11:00 AM              Duration: 60 minutes

Provider(s): Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)

Insurer(s):

Place Of Service: Office                     CPT Code:              Case # RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | up and down | Mood: | wnl |
| Thought Process: | goal directed | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to in person session all within normal limits. She is able to articulate and process most pertinent issues. She is engaged, reflective and introspective. No danger assessed.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 05/20/2022 04:59 PM

## EQUIP COUNSELING, PLLC
### PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |

Creation Date:   05/20/2022 04:52 PM

Service Date:   01/11/2021 01:00 PM - 02:00 PM          Duration:      60 minutes

Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)

Insurer(s):

Place Of Service:   Office                          CPT Code:              Case #     RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | wnl |
| Affect: | up and down | Mood: | wnl |
| Thought Process: | goal directed | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNl |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to in person session all within normal limits. She is able to articulate and process most pertinent issues specifically related to continued pursuit for understanding of her trauma. She continues to seek understanding from books, podcasts, other lawsuits. She is engaged, reflective and introspective about increased symptomology consistent with PTSD. She reports on 'gagging' episodes and processes her ability to cope. No danger assessed.

**Therapeutic Intervention:**


**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.


Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 05/20/2022 04:54 PM

CONFIDENTIAL                    MCNAE 001856

## EQUIP COUNSELING, PLLC
### PROGRESS NOTES

Client:  Ronda McNae (RM00093)

Birth Date:   04/04/1986

Creation Date:   05/20/2022 04:49 PM
Service Date:    01/15/2021 01:00 PM - 02:00 PM

Duration:    60 minutes

Provider(s):    Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):

Place Of Service:    Office

CPT Code:

Case #    RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | wnl |
| Affect: | up and down | Mood: | wnl |
| Thought Process: | goal directed | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**
Client and partner present to in person session all within normal limits. We all wear masks. Client is able to articulate and process most pertinent issues specifically related to care for MIL, pursuit for justice, and desire for understanding from partner. Both are engaged, reflective and introspective. No danger assessed.

**Therapeutic Intervention:**

**Planned Intervention:**
Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 05/20/2022 04:52 PM

CONFIDENTIAL          MCNAE 001857



## EQUIP COUNSELING, PLLC
### PROGRESS NOTES

Client:  Ronda McNae (RM00093)                     Birth Date:     04/04/1986
Creation Date:    05/20/2022 04:46 PM
Service Date:    01/19/2021 12:00 PM - 01:00 PM        Duration:       60 minutes
Provider(s):    Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:    Office                    CPT Code:        Case #    RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | up and down | Mood: | wnl |
| Thought Process: | goal directed | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**
Client presents to in person session all within normal limits. She is able to articulate and process most pertinent issues specifically related to continued pursuit of justice, care for MIL, and symptoms consistent with PTSD. She is engaged, reflective and introspective. She reports current coping skills and their efficacy. No danger assessed.

**Therapeutic Intervention:**
Will continue to encourage client to explore client's desire for autonomy and personal growth.

**Planned Intervention:**
Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 05/20/2022 04:49 PM

CONFIDENTIAL                    MCNAE 001858

## EQUIP COUNSELING, PLLC

### PROGRESS NOTES

Client: Ronda McNae (RM00093)     Birth Date: 04/04/1986

Creation Date: 05/20/2022 04:41 PM

Service Date: 01/22/2021 12:00 PM - 01:00 PM  Duration: 60 minutes

Provider(s): Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)

Insurer(s):

Place Of Service: Office    CPT Code:  Case # RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | wnl |
| Affect: | up and down | Mood: | wnl |
| Thought Process: | goal directed | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

### Diagnostic Impressions:

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

### Focus of Session:

Client and partner present to in person session all within normal limits. We all wear masks. Client is able to articulate and process most pertinent issues specifically related to continued care for MIL. They are both engaged, reflective and introspective. They are able to discuss communication skills between one another and where it could improve. No danger assessed.

### Therapeutic Intervention:

Will continue to encourage client to explore client's coping skills and personal growth. No SI/HI at this time.

### Planned Intervention:

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 05/20/2022 04:44 PM    CONFIDENTIAL   MCNAE 001859



# EQUIP COUNSELING, PLLC
## PROGRESS NOTES

Client: Ronda McNae (RM00093)                              Birth Date:     04/04/1986
Creation Date:   05/20/2022 04:39 PM
Service Date:    01/25/2021 01:00 PM - 02:00 PM           Duration:     60 minutes
Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:   Office                         CPT Code:        Case #   RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | wnl |
| Affect: | up and down | Mood: | wnl |
| Thought Process: | goal directed | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**
Client presents to in person session all within normal limits. She is able to articulate and process most pertinent issues specifically related to continued pursuit of justice. She is engaged, reflective and introspective. Client is able to process current coping skills and their efficacy. No danger assessed. No danger assessed.

**Therapeutic Intervention:**
Will continue to support client as he works towards integration of best self as defined by client. NO SI/HI at this time.

**Planned Intervention:**
Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 05/20/2022 04:41 PM

CONFIDENTIAL                    MCNAE 001860



# EQUIP COUNSELING, PLLC
## PROGRESS NOTES

Client: Ronda McNae (RM00093)                    Birth Date:    04/04/1986
Creation Date:   05/20/2022 04:28 PM
Service Date:    01/27/2021 11:00 AM - 12:00 PM      Duration:     60 minutes
Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:   Office                    CPT Code:        Case #   RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | expansive | Mood: | wnl |
| Thought Process: | goal directed | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to in person session all within normal limits. She is able to articulate and process most pertinent issues specifically related to continued pursuit for understanding of her trauma. She is engaged, reflective and introspective about increased symptomology consistent with PTSD. She reports on 'gagging' episodes and processes her ability to cope. No danger assessed.

**Therapeutic Intervention:**

Will continue to support client as she works towards integration of best self as defined by client. NO SI/HI at this time.

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 05/20/2022 04:32 PM                    CONFIDENTIAL                    MCNAE 001861

**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

| | | | |
|---|---|---|---|
| Client:  Ronda McNae (RM00093) | | Birth Date:   04/04/1986 | |
| Creation Date:   05/20/2022 04:26 PM | | | |
| Service Date:   02/01/2021 01:00 PM - 02:00 PM | | Duration:   60 minutes | |
| Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | | |
| Insurer(s): | | | |
| Place Of Service:   Office | CPT Code: | Case #    RMC2000 | |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | up and down | Mood: | wnl |
| Thought Process: | goal directed | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to in person session all within normal limits. She is able to articulate and process most pertinent issues specifically related to care for MIL, marriage, parenting, and coping. Client is able to reflect on most recent developments. Will continue to support Client while also supporting healthy coping strategies and balance. No danger assessed.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*

Owner Sarah Dellinger, MS, LMFTA Therapist

I approve this document

Signed: 05/20/2022 04:28 PM

CONFIDENTIAL

MCNAE 001862



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

Client: Ronda McNae (RM00093)  Birth Date: 04/04/1986
Creation Date: 05/20/2022 04:23 PM
Service Date: 02/05/2021 01:00 PM - 02:00 PM  Duration: 60 minutes
Provider(s): Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service: Office  CPT Code: Case #  RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | verbose |
| Affect: | up and down | Mood: | wnl |
| Thought Process: | goal directed | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to in person session all within normal limits. She is able to articulate and process most pertinent issues specifically related to continued pursuit for justice. Client reports continued search for understanding of her trauma through podcasts, books, etc. Client becomes dysregulated in session but is able to ground self. Will continue to support Client while also supporting healthy coping strategies and balance. No danger assessed.

**Therapeutic Intervention:**

**Planned Intervention:**
Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 05/20/2022 04:25 PM

CONFIDENTIAL  MCNAE 001863



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

Client:  Ronda McNae (RM00093)                                    Birth Date:   04/04/1986
Creation Date:    05/20/2022 04:20 PM
Service Date:    02/11/2021 01:00 PM - 02:00 PM          Duration:      60 minutes
Provider(s):    Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:    Office                              CPT Code:        Case #    RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | up and down | Mood: | wnl |
| Thought Process: | goal directed | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**
Client presents to in person session all within normal limits. She is able to articulate and process most pertinent issues. She is able to reflect on current coping strategies and their efficacy. She reports on marriage and continued care for MIL. She becomes dysregulated in session but is able to be re-grounded by self. No danger assessed.

**Therapeutic Intervention:**
Will continue to support Client while also supporting healthy coping strategies and balance.

**Planned Intervention:**
Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 05/20/2022 04:23 PM

**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

| | |
|---|---|
| Client:  Ronda McNae (RM00093) | Birth Date:  04/04/1986 |
| Creation Date:  05/20/2022 04:13 PM | |
| Service Date:  02/15/2021 11:00 AM - 12:00 PM | Duration:  60 minutes |
| Provider(s):  Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | |
| Insurer(s): | |

| Place Of Service: | Office | CPT Code: | Case # | RMC2000 |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | wnl |
| Affect: | up and down | Mood: | wnl |
| Thought Process: | goal directed | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | wnl | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client and partner present to in person session all within normal limits. We all wear masks. Client is able to articulate and process most pertinent issues specifically related to care for MIL. Both are engaged, reflective and introspective about next best steps including possible filing of VPO (vulnerable protection order). No danger assessed.

**Therapeutic Intervention:**

Will continue to support Client while also supporting healthy coping strategies and balance.

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 05/20/2022 04:19 PM



# EQUIP COUNSELING, PLLC
## PROGRESS NOTES

Client:  Ronda McNae (RM00093)                          Birth Date:   04/04/1986
Creation Date:   05/20/2022 04:08 PM
Service Date:    02/25/2021 11:00 AM - 12:00 PM         Duration:     60 minutes
Provider(s):  Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:   Office                     CPT Code:        Case #   RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | up and down | Mood: | wnl |
| Thought Process: | organized | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to in person session all within normal limits. She is engaged and able to articulate and process most pertinent issues. Client is reflective about current stressors and her ability to process. NO SI/HI at this time.

**Therapeutic Intervention:**

Will continue to support client as she works towards integration of best self as defined by client.

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 05/20/2022 04:12 PM

CONFIDENTIAL          MCNAE 001866

**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

Client:  Ronda McNae (RM00093)                          Birth Date:   04/04/1986

Creation Date:   05/20/2022 04:04 PM

Service Date:   03/11/2021 11:00 AM - 12:00 PM          Duration:   60 minutes

Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)

Insurer(s):

Place Of Service:   Office               CPT Code:          Case #   RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | appropriate to situation | Mood: | wnl |
| Thought Process: | goal directed | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to in person session all within normal limits. She is eager to articulate and process most pertinent issues. She reports on care for MIL and it's impact on herself and her marriage. She processes next best steps. She reports that she has been experiencing increased hypervigilance and 3 separate gagging episodes in response to triggering events. Will continue to support Client while also supporting healthy coping strategies and balance. No danger assessed.

**Therapeutic Intervention:**


**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.


Return Appointment:


Staff Signature: *Sarah Dellinger*

Owner Sarah Dellinger, MS, LMFTA Therapist

I approve this document

Signed: 05/20/2022 04:07 PM                    CONFIDENTIAL                    MCNAE 001867

# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: Ronda McNae (RM00093) | | Birth Date: | 04/04/1986 |
| Creation Date: | 05/20/2022 04:03 PM | | |
| Service Date: | 03/12/2021 10:00 AM - 11:00 AM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | up and down | Mood: | wnl |
| Thought Process: | goal directed | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to in person session within normal limits. She is alert, engaged, and able to articulate and process most pertinent issues specifically related her marriage, parenting, symptoms consistent with PTSD. Client while also supporting healthy coping strategies and balance. No danger assessed.

**Therapeutic Intervention:**

**Planned Intervention:**
Will continue previously stated interventions decided on collaboratively with client.

**Return Appointment:**

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 05/20/2022 04:04 PM



## EQUIP COUNSELING, PLLC
### PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: Ronda McNae (RM00093) | | Birth Date: | 04/04/1986 |
| Creation Date: 05/20/2022 04:01 PM | | | |
| Service Date: 03/15/2021 11:00 AM - 12:00 PM | | Duration: | 60 minutes |
| Provider(s): Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | | |
| Insurer(s): | | | |
| Place Of Service: Office | CPT Code: | Case # | RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | up and down | Mood: | wnl |
| Thought Process: | goal directed | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to in person session all within normal limits. She is able to articulate and process most pertinent issues. Client is reflective, introspective and emotional. Will continue to support Client while also supporting healthy coping strategies and balance. No danger assessed.

**Therapeutic Intervention:**


**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.


**Return Appointment:**

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 05/20/2022 04:03 PM

CONFIDENTIAL                    MCNAE 001869



## EQUIP COUNSELING, PLLC
### PROGRESS NOTES

| | | | | |
|---|---|---|---|---|
| Client: | Ronda McNae (RM00093) | | Birth Date: | 04/04/1986 |
| Creation Date: | 11/10/2021 02:49 PM | | | |
| Service Date: | 03/17/2021 10:00 AM - 11:00 AM | | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | | |
| Insurer(s): | | | | |
| Place Of Service: | Office | CPT Code: | Case # | RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to session all within normal limits. She is able to unpack most pertinent issues specifically related to symptoms consistent with anxiety and PTSD. Will continue to support Client as she seeks healing. No SI/HI at this time.

**Therapeutic Intervention:**

**Planned Intervention:**
Will continue previously stated interventions decided on collaboratively with client.

**Return Appointment:**

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 05/20/2022 04:01 PM

CONFIDENTIAL                    MCNAE 001870



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

1

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 11/10/2021 02:29 PM | | |
| Service Date: | 03/19/2021 01:00 PM - 02:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #   RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client and partner present to session all within normal limits. Spouse is here to support. Both are able to communicate on most important issues. Both are able to be reflective and introspective. Will continue to support Client as she seeks healing. No SI/HI at this time.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 11/10/2021 02:31 PM



# EQUIP COUNSELING, PLLC
## PROGRESS NOTES

Client:   Ronda McNae (RM00093)                          Birth Date:   04/04/1986
Creation Date:   11/10/2021 02:25 PM
Service Date:   03/22/2021 11:00 AM - 12:00 PM            Duration:   60 minutes
Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:   Office                    CPT Code:          Case #   RMC2000

| | | | | |
|---|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client and partner present to session all within normal limits. Spouse is here to support. Client is able to communicate most pertinent issues specifically related to trauma healing, relationship closeness and next best steps. Will continue to support Client as she seeks healing. No SI/HI at this time.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

**Return Appointment:**

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 11/10/2021 02:27 PM

CONFIDENTIAL                    MCNAE 001872

**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

EQUIP

Client:  Ronda McNae (RM00093)                                    Birth Date:    04/04/1986
Creation Date:    11/08/2021 12:12 PM
Service Date:    03/24/2021 10:00 AM - 11:00 AM              Duration:      60 minutes
Provider(s):    Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:    Office                        CPT Code:            Case #    RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to in person session all within normal limits. She reports on most pertinent issues specifically related to parenting, her MIL, the issues with brother in law, and coping. Client is able to be reflective and introspective. No SI/HI at this time.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 11/08/2021 12:14 PM

CONFIDENTIAL                        MCNAE 001873



# EQUIP COUNSELING, PLLC
## PROGRESS NOTES

Client:  Ronda McNae (RM00093)                          Birth Date:      04/04/1986
Creation Date:    11/08/2021 11:44 AM
Service Date:     03/25/2021 10:00 AM - 11:00 AM         Duration:        60 minutes
Provider(s):    Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:    Office                  CPT Code:           Case #    RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**
Client presents to in person all within normal limits. She reports on most pertinent issues that include symptoms consistent with PTSD, parenting, her marriage and coping. Will continue to support Client as she seeks healing. No SI/HI at this time.

**Therapeutic Intervention:**

**Planned Intervention:**
Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 11/08/2021 11:47 AM

**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

| | | | |
|---|---|---|---|
| Client: Ronda McNae (RM00093) | | Birth Date: | 04/04/1986 |
| Creation Date: 10/14/2021 03:35 PM | | | |
| Service Date: 03/29/2021 11:00 AM - 12:00 PM | | Duration: | 60 minutes |
| Provider(s): Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | | |
| Insurer(s): | | | |
| Place Of Service: Office | CPT Code: | Case # | RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to session all within normal limits. She is to attune and report/unpack most pertinent issues. Will continue to explore coping and best next steps. No SI/HI at this time.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 10/14/2021 03:37 PM



# EQUIP COUNSELING, PLLC
## PROGRESS NOTES

Client:   Ronda McNae (RM00093)                                           Birth Date:   04/04/1986
Creation Date:   10/07/2021 01:13 PM
Service Date:   03/30/2021 04:00 PM - 05:00 PM                     Duration:     60 minutes
Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:   Office                            CPT Code:              Case #   RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNl |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client's daughter presents to session all within normal limits. She is able to reflect and unpack her worry around Client and more. Daughter is eager and easily able to participate. No SI/HI at this time.

**Therapeutic Intervention:**


**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 10/07/2021 01:15 PM

CONFIDENTIAL                          MCNAE 001876



## EQUIP COUNSELING, PLLC
### PROGRESS NOTES

Client: Ronda McNae (RM00093)   Birth Date: 04/04/1986
Creation Date: 10/07/2021 01:10 PM
Service Date: 03/31/2021 11:00 AM - 12:00 PM   Duration: 60 minutes
Provider(s): Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service: Office   CPT Code:   Case # RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

### Diagnostic Impressions:

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

### Focus of Session:

Client presents to session all within normal limits. She is able to reflect and unpack most distressing issues that continue to include marriage, parenting, balance and self-care. We discuss that I will be gone for over a week and agree to resume care when I am back. Will continue to support choices consistent with Client's desire for justice, voice, and personal growth. No SI/HI at this time.

### Therapeutic Intervention:

### Planned Intervention:

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 10/07/2021 01:12 PM

CONFIDENTIAL   MCNAE 001877



## EQUIP COUNSELING, PLLC

### PROGRESS NOTES

Client:  Ronda McNae (RM00093)                                    Birth Date:   04/04/1986
Creation Date:   10/06/2021 11:36 AM
Service Date:   04/16/2021 10:00 AM - 11:00 AM                    Duration:    60 minutes
Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):

Place Of Service:   Office                          CPT Code:            Case #   RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**
Client presents to session all within normal limits. She is able to reflect and unpack most distressing issues that continue to include marriage, parenting, balance and self-care. Client gets flooded during session and has to be regrounded. Will continue to support choices consistent with Client's desire for growth. No SI/HI at this time.

**Therapeutic Intervention:**

**Planned Intervention:**
Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 10/06/2021 11:38 AM

CONFIDENTIAL          MCNAE 001878

# EQUIP COUNSELING, PLLC
## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client:  Ronda McNae (RM00093) | | Birth Date:   04/04/1986 | |
| Creation Date:   10/06/2021 11:25 AM | | | |
| Service Date:    04/19/2021 01:00 PM - 02:00 PM | | Duration:    60 minutes | |
| Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | | |
| Insurer(s): | | | |
| Place Of Service:   Office | | CPT Code:         Case #    RMC2000 | |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to session all within normal limits. She is able to reflect and unpack most distressing issues that continue to include symptoms consistent with PTSD, seeking justices and communication with spouse. Will continue to support Client's desire for authenticity and personal growth. No SI/HI at this time.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 10/06/2021 11:26 AM

CONFIDENTIAL          MCNAE 001879



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

Client:  Ronda McNae (RM00093)                          Birth Date:    04/04/1986
Creation Date:    09/24/2021 03:29 PM
Service Date:    04/21/2021 10:00 AM - 11:00 AM          Duration:    60 minutes
Provider(s):    Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:    Office                          CPT Code:          Case #    RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to session all within normal limits. Client reports on most pertinent issues that include continued symptoms consistent with PTSD. Client is able to be reflective and introspective. No SI/HI at this time.

**Therapeutic Intervention:**


**Planned Intervention:**
Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:


Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 09/24/2021 03:30 PM

CONFIDENTIAL                    MCNAE 001880



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

Client: Ronda McNae (RM00093)                                    Birth Date:    04/04/1986

Creation Date:    09/24/2021 11:43 AM

Service Date:    04/23/2021 01:00 PM - 02:00 PM          Duration:        60 minutes

Provider(s):    Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)

Insurer(s):

Place Of Service:    Office                    CPT Code:            Case #    RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | WNL | Mood: | WNL |
| Thought Process: | WNL | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to session all within normal limits. Client reports on most pertinent issues that include increased distress around panic, preservation and the desire to find boundaries. . Will continue to support client as she works towards integration of best self as defined by client. NO SI/HI at this time. Client is able to be reflective and introspective. No SI/HI at this time.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*

Owner Sarah Dellinger, MS, LMFTA Therapist

I approve this document

Signed: 09/07/2022 09:45 PM

CONFIDENTIAL                    MCNAE 001881



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

Client:  Ronda McNae (RM00093)                          Birth Date:    04/04/1986

Creation Date:    09/24/2021 11:38 AM

Service Date:    04/26/2021 11:00 AM - 12:00 PM        Duration:    60 minutes

Provider(s):    Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)

Insurer(s):

Place Of Service:    Office                    CPT Code:          Case #    RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client and partner presents to session all within normal limits. Client reports on most pertinent issues that include continued and communication distress, expectations, and symptoms consistent with PTSD. Client is able to be reflective and introspective. No SI/HI at this time.

**Therapeutic Intervention:**


**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*

Owner Sarah Dellinger, MS, LMFTA Therapist

I approve this document

Signed: 09/24/2021 11:39 AM

**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

Client:  Ronda McNae (RM00093)                          Birth Date:   04/04/1986

Creation Date:   09/23/2021 02:26 PM

Service Date:    04/28/2021 11:00 AM - 12:00 PM          Duration:     60 minutes

Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)

Insurer(s):

Place Of Service:    Office                       CPT Code:          Case #   RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to session all within normal limits. Client reports on most pertinent issues related to anxiety, boundaries and symptoms consistent with PTSD. Client is able to be reflective and introspective. No SI/HI at this time.

**Therapeutic Intervention:**


**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*

Owner Sarah Dellinger, MS, LMFTA Therapist

I approve this document

Signed: 09/23/2021 02:27 PM



**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

| | | | |
|---|---|---|---|
| Client:  Ronda McNae (RM00093) | | Birth Date:  04/04/1986 | |
| Creation Date:  09/23/2021 01:55 PM | | | |
| Service Date:  04/30/2021 12:00 PM - 01:00 PM | | Duration:  60 minutes | |
| Provider(s):  Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | | |
| Insurer(s): | | | |
| Place Of Service:  Office | CPT Code: | Case #  RMC2000 | |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to session all within normal limits. Client reports on most pertinent issues that relate to symptoms consistent with PTSD, her relationship and parenting. Client is able to be reflective and introspective. No SI/HI at this time.

**Therapeutic Intervention:**

**Planned Intervention:**
Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 09/23/2021 01:56 PM



# EQUIP COUNSELING, PLLC
## PROGRESS NOTES

Client:  Ronda McNae (RM00093)                    Birth Date:   04/04/1986

Creation Date:   08/15/2021 10:54 PM

Service Date:   05/03/2021 10:00 AM - 11:00 AM          Duration:     60 minutes

Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)

Insurer(s):

Place Of Service:   Office                    CPT Code:          Case #    RMC2000

---

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client and partner report to session all within normal limits. Client is able to process most pertinent events. Spouse is supportive. Client continues to explore feelings around justice, motivation, and freedom of speech. No SI/HI at this time.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*

Owner Sarah Dellinger, MS, LMFTA Therapist

I approve this document

Signed: 08/15/2021 10:55 PM

CONFIDENTIAL                    MCNAE 001885



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

Client:   Ronda McNae (RM00093)                     Birth Date:   04/04/1986

Creation Date:   08/12/2021 04:24 PM

Service Date:   05/07/2021 10:00 AM - 11:00 AM        Duration:   60 minutes

Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)

Insurer(s):

Place Of Service:   Office                CPT Code:          Case #   RMC2000

---

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client reports to session all within normal limits. She reports on most distressing events that include conflict with brother in law. Client continues to explore feelings around justice, motivation, and freedom of speech. No SI/HI at this time.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 08/12/2021 04:34 PM



# EQUIP COUNSELING, PLLC
## PROGRESS NOTES

Client:  Ronda McNae (RM00093)                                   Birth Date:   04/04/1986

Creation Date:      08/15/2021 10:56 PM

Service Date:      05/10/2021 10:00 AM - 11:00 AM              Duration:      60 minutes

Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)

Insurer(s):

Place Of Service:   Office                          CPT Code:              Case #    RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client and partner report to session all within normal limits. Client is able to process most pertinent events. Spouse is supportive. Client continues to explore feelings around justice, motivation, and freedom of speech. No SI/HI at this time.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 08/15/2021 10:56 PM

CONFIDENTIAL                    MCNAE 001887



# EQUIP COUNSELING, PLLC
## PROGRESS NOTES

Client:  Ronda McNae (RM00093)                          Birth Date:    04/04/1986
Creation Date:    08/12/2021 04:37 PM
Service Date:    05/14/2021 10:00 AM - 11:30 AM        Duration:      90 minutes
Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:    Office                      CPT Code:              Case #    RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client reports to session mostly within normal limits. Client reports on most distressing events from the week that include increased anxiety, and PTSD. Will continue to support choices consistent with client's desire for justice and personal healing. No SI/HI at this time.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 08/15/2021 11:05 PM

CONFIDENTIAL          MCNAE 001888



# EQUIP COUNSELING, PLLC
## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 08/12/2021 04:35 PM | | |
| Service Date: | 05/17/2021 10:00 AM - 11:00 AM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #   RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client reports to session all within normal limits. Client reports on most distressing events from the weekend. Will continue to support choices consistent with client's desire for justice and personal healing. No SI/HI at this time.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 08/12/2021 04:37 PM



# EQUIP COUNSELING, PLLC
## PROGRESS NOTES

Client:   Ronda McNae (RM00093)                          Birth Date:   04/04/1986
Creation Date:   08/10/2021 01:25 PM
Service Date:   05/19/2021 10:00 AM - 11:00 AM          Duration:   60 minutes
Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:   Office                    CPT Code:          Case #   RMC2000

---

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**
Client reports to session all within normal limits. She reports on most distressing issues that include symptoms consistent with PTSD, her relationship with husband, her coping strategies and her next best steps. No SI/HI at this time.

**Therapeutic Intervention:**

**Planned Intervention:**
Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 08/10/2021 01:26 PM

CONFIDENTIAL                    MCNAE 001890

# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

| | |
|---|---|
| Client:  Ronda McNae (RM00093) | Birth Date:   04/04/1986 |
| Creation Date:   07/15/2021 06:00 PM | |
| Service Date:    05/21/2021 10:00 AM - 11:00 AM | Duration:     60 minutes |
| Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | |
| Insurer(s): | |
| Place Of Service:    Office | CPT Code:           Case #    RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | WNL | Mood: | WNL |
| Thought Process: | WNL | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | WNL | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**
Client reports to session all within normal limits. Client is able to process issues specifically related to her trauma, boundaries, parenting and marriage. She is reflective and introspective. No SI/HI at this time.

**Therapeutic Intervention:**

**Planned Intervention:**
Will continue previously stated interventions decided on collaboratively with client.

**Return Appointment:**

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 07/15/2021 06:01 PM



# EQUIP COUNSELING, PLLC
## PROGRESS NOTES

| | |
|---|---|
| Client:   Ronda McNae (RM00093) | Birth Date:   04/04/1986 |
| Creation Date:   07/15/2021 05:49 PM | |
| Service Date:   05/24/2021 10:00 AM - 11:30 AM | Duration:   90 minutes |
| Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | |
| Insurer(s): | |
| Place Of Service:   Office | CPT Code:        Case #   RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client reports to session mostly within normal limits. We continue to process the stress from the past few weeks. Client reports that her gagging related to PTSD have increased lately. No SI/HI at this time.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 08/15/2021 11:02 PM

CONFIDENTIAL                    MCNAE 001892

# EQUIP COUNSELING, PLLC
## PROGRESS NOTES

Client:   Ronda McNae (RM00093)                              Birth Date:   04/04/1986
Creation Date:   07/15/2021 04:55 PM
Service Date:   05/26/2021 10:00 AM - 11:00 AM              Duration:   60 minutes
Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:   Office                    CPT Code:              Case #   RMC2000

---

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder – Acute

**Focus of Session:**

Client reports to session (with spouse) all within normal limits. We continue to process the stress from the past few weeks. Client process most important issues and is able to articulate needs. Will continue to support client as needed. No SI/HI at this time.

**Therapeutic Intervention:**


**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 07/15/2021 04:56 PM

CONFIDENTIAL                          MCNAE 001893

**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

| | | | |
|---|---|---|---|
| Client:   Ronda McNae (RM00093) | | Birth Date:   04/04/1986 | |
| Creation Date:   07/14/2021 05:21 PM | | | |
| Service Date:   06/02/2021 10:00 AM - 11:00 AM | | Duration:   60 minutes | |
| Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | | |
| Insurer(s): | | | |
| Place Of Service:   Office | CPT Code: | Case #   RMC2000 | |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | expansive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client reports to session (with spouse) all within normal limits. We continue to process the stress from the past few weeks. Both are able to process their perspective and their needs. Client continues to struggle with symptoms consistent with PTSD that include flooding (in & out of session), flashbacks, gagging, and more. Will continue to support Client as she integrates her need for justice and desire for peace. No SI/HI at this time.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 06/10/2022 03:34 PM

CONFIDENTIAL

MCNAE 001894



## EQUIP COUNSELING, PLLC
### PROGRESS NOTES

Client:  Ronda McNae (RM00093)                    Birth Date:    04/04/1986
Creation Date:    07/14/2021 04:59 PM
Service Date:     06/04/2021 10:00 AM - 11:00 AM         Duration:    60 minutes
Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:   Office                    CPT Code:              Case #    RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client reports to session mostly within normal limits. We continue to process the stress from the past few weeks.
Client is able to explore what justice, healthy boundaries, and recovery look like. She is able to be reflective and
introspective while making connections about healthy boundaries. Will continue to support client as she heals from
trauma and adjust treatment as needed. No SI/HI at this time.

**Therapeutic Intervention:**

**Planned Intervention:**
Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 07/14/2021 05:01 PM

CONFIDENTIAL                MCNAE 001895



# EQUIP COUNSELING, PLLC
## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 07/15/2021 05:18 PM | | |
| Service Date: | 06/07/2021 10:00 AM - 11:00 AM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #    RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**
Client reports to session all within normal limits. Client is able to process most distressing events from the past few days and explore best coping. No SI/HI at this time.

**Therapeutic Intervention:**

**Planned Intervention:**
Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 07/15/2021 05:20 PM

CONFIDENTIAL          MCNAE 001896



# EQUIP COUNSELING, PLLC
## PROGRESS NOTES

Client:  Ronda McNae (RM00093)                                Birth Date:   04/04/1986
Creation Date:    07/13/2021 06:15 PM
Service Date:    06/09/2021 10:00 AM - 11:00 AM              Duration:      60 minutes
Provider(s):    Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:    Office                          CPT Code:              Case #   RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | positive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**
Client reports to session and is eager to process most pertinent issues. Client continues to experience significant flooding throughout session and needs to be grounded. She responds well to this. Client reports continued frustration towards specific areas in her life- we process. She is able to be reflective and introspective. No SI/HI at this time.

**Therapeutic Intervention:**

**Planned Intervention:**
Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 07/13/2021 06:18 PM

CONFIDENTIAL                      MCNAE 001897



# EQUIP COUNSELING, PLLC
## PROGRESS NOTES

Client:   Ronda McNae (RM00093)                          Birth Date:   04/04/1986

Creation Date:   07/13/2021 06:09 PM

Service Date:   06/10/2021 11:00 AM - 12:00 PM          Duration:   60 minutes

Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649):

Insurer(s):

Place Of Service:   Office                          CPT Code:          Case #   RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | expansive | Mood: | wnl |
| Thought Process: | blocked | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client reports to session (with spouse) all within normal limits. Client is able to process events most recent distress that has caused a significant uptick in her symptoms consistent with PTSD. She reports that her gagging episodes are nearly daily and she struggles to predict when it will happen next. Client reports that these symptoms and the related fear has caused increased disruption in other relationships- specifically her adoptive family. They further discuss their differing opinions about an upcoming decision. Spouse is able to be present and offer support. No SI/HI at this time.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

**Return Appointment:**

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 07/13/2021 06:13 PM               CONFIDENTIAL          MCNAE 001898



# EQUIP COUNSELING, PLLC
## PROGRESS NOTES

Client:   Ronda McNae (RM00093)                            Birth Date:   04/04/1986
Creation Date:   07/13/2021 02:34 PM
Service Date:   06/14/2021 02:00 PM - 03:00 PM              Duration:   60 minutes
Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:   Office                    CPT Code:            Case #   RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | wnl |
| Thought Process: | goal directed | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**
Client reports to session (with spouse) all within normal limits. We continue to process the stress from the past few weeks. Client is able to reflect on her PTSD symptoms, triggers, window of tolerance and postive coping strategies. Client continues to be focused on justice. Spouse is supportive, reflective and introspective. No SI/HI at this time.

**Therapeutic Intervention:**

**Planned Intervention:**
Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 07/13/2021 02:36 PM

CONFIDENTIAL              MCNAE 001899



# EQUIP COUNSELING, PLLC
## PROGRESS NOTES

1

Client:   Ronda McNae (RM00093)

Birth Date:   04/04/1986

Creation Date:   07/13/2021 12:52 PM

Service Date:   06/28/2021 12:00 PM - 01:00 PM          Duration:   60 minutes

Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)

Insurer(s):

Place Of Service:   Telehealth          CPT Code:          Case #   RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | WNL | Mood: | WNL |
| Thought Process: | WNL | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | WNL | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**
Client cancels in person session. We discuss virtually her need for me to compose a letter for her upcoming meeting with Microsoft HR. Client expresses increased distress around this meeting and reports that her PTSD symptoms have increased. Will communicate this in letter.

**Therapeutic Intervention:**

**Planned Intervention:**
Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 07/13/2021 12:56 PM

CONFIDENTIAL          MCNAE 001900

EQUIP Counseling, PLLC

---

**Sarah Dellinger**
MS, LMFTA

NPI: 124575469
Tax Id: 82-219781074
License #: MG1- 60781074

10829 Ne 68th St, Suite D
Kirkland, Wa 98033

**Ronda McNae**
504 11th Place
Kirkland, Wa 98033

Date: 6/28/2021

This letter is intended to confirm the diagnosis, distress, and treatment of patient listed above.

The patient (Ronda) presented to evaluation (2/19/2020) with acute, distressing, paralyzing symptoms consistent with Post Traumatic Stress Disorder (309.81 or F43.11) following a reported sexual assault that occurred in October 2019. A police report has since been filed.

Symptoms consistent with diagnosis include intense flashbacks, hyperarousal, avoidance, emotional numbness, reexperiencing, hopelessness, as well as a racing heart and gagging/throwing up. Her daily functioning and relationships have been drastically impacted by these symptoms. Ronda has needed support multiple times a week including 85 therapy sessions in 2020 and so far 49 sessions in 2021 to manage symptoms that range from inconvenient to debilitating (depending on the day/hour). Her husband/Will has come to many sessions as support. Will reports that the sexual assault has impacted his own functioning- both personally and professionally. He has since begun to see his own therapist and been able to identify to systemic impact on himself. Both report seeking multiple ways to find justice for the initial assault/it's impact and express deep frustration in the lack of response.

Our work together has been focused on acute trauma healing, coping skills, and stress-tolerance. Our treatment includes exploring ways to recognize triggers and tools to tolerate the symptoms themselves. Additionally, we explore how to heal from trauma long term- the use of EMDR and other trauma protocols has been discussed and will be used when Ronda is ready. Ronda is an active participant in our sessions. Ronda can easily become flooded in session but responds well to grounding techniques. I will continue to reevaluate progress and treatment strategy every 3 months.

Sincerely,
Sarah Dellinger



CONFIDENTIAL            MCNAE 001233

# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

1

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 07/13/2021 12:26 PM | | |
| Service Date: | 06/30/2021 12:00 PM - 01:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #   RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | labile | Mood: | wnl |
| Thought Process: | goal directed | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client and partner present to session mostly within normal limits. They are both elevated as they report this afternoon they have a big meeting. Both are able to process their individual feelings around the upcoming meeting. We discuss the idea/necessity of their individual roles but also being on the same page. Both appear somewhat more grounded near the end of session. Will continue to support client as needed. No SI/HI at this time.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 07/13/2021 12:29 PM

CONFIDENTIAL                    MCNAE 001901

# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

| | | |
|---|---|---|
| Client: Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: 07/13/2021 11:53 AM | | |
| Service Date: 07/02/2021 01:00 PM - 02:00 PM | Duration: | 60 minutes |
| Provider(s): Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | |
| Place Of Service: Office | CPT Code: | Case #   RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | labile | Mood: | wnl |
| Thought Process: | goal directed | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | WNL | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client and spouse present to session mostly within normal limits. Both seem at bit elevated at the onset of session. Client is able to process most distressing events that directly relate to Microsoft/HR complaint. Spouse is able to reflect and share his perspective. Client is able to process most recent elevated distress. Will continue to support client and adjust treatment as necessary. No SI/HI at this time.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 07/13/2021 11:56 AM

CONFIDENTIAL                    MCNAE 001902



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

| | |
|---|---|
| Client:  Ronda McNae (RM00093) | Birth Date:   04/04/1986 |
| Creation Date:   07/12/2021 03:01 PM | |
| Service Date:   07/07/2021 01:00 PM - 02:00 PM | Duration:   60 minutes |
| Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | |
| Insurer(s): | |
| Place Of Service:   Office | CPT Code:   Case #   RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

### Diagnostic Impressions:

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

### Focus of Session:

Client reports to session (with spouse) all within normal limits. We continue to process the stress from the past few weeks. Client is able to reflect on what she needs from spouse. Both are able to be reflective and introspective. Client reports that her gagging related to PTSD have been less lately. No SI/HI at this time.

### Therapeutic Intervention:

### Planned Intervention:

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 07/12/2021 03:02 PM

CONFIDENTIAL

MCNAE 001903

# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

Client:  Ronda McNae (RM00093)                          Birth Date:   04/04/1986
Creation Date:     08/09/2021 07:45 PM
Service Date:      08/09/2021 09:30 AM - 11:00 AM       Duration:      90 minutes
Provider(s):    Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:    Office                          CPT Code:          Case #    RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client reports to session all within normal limits. She reports that since our last sessions (32 days) ago 'a lot' has happened. She is eager to report on the most pertinent and distressing events that include the sale of her MIL's Whidbey home, her MIL's continued decline, and her relationship with her husband. No SI/HI at this time.

**Therapeutic Intervention:**

**Planned Intervention:**
Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 08/09/2021 07:50 PM

CONFIDENTIAL                  MCNAE 001904



## EQUIP COUNSELING, PLLC

### PROGRESS NOTES

| | |
|---|---|
| Client: Ronda McNae (RM00093) | Birth Date: 04/04/1986 |
| Creation Date: 08/12/2021 04:38 PM | |
| Service Date: 08/12/2021 11:00 AM - 12:00 PM | Duration: 60 minutes |
| Provider(s): Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | |
| Insurer(s): | |
| Place Of Service: Office | CPT Code:          Case #    RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client reports to session all within normal limits. Client reports on most distressing events from the weekend that include parenting, marriage and the continued conflict with brother-in-law. Will continue to support choices consistent with client's desire for justice and personal healing. No SI/HI at this time.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 08/12/2021 04:39 PM

CONFIDENTIAL                    MCNAE 001905



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

Client:  Ronda McNae (RM00093)                            Birth Date:    04/04/1986
Creation Date:    08/12/2021 02:22 PM
Service Date:    08/16/2021 10:00 AM - 11:00 AM          Duration:      60 minutes
Provider(s):    Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:    Office                    CPT Code:          Case #    RMC2000

| | | | | |
|---|---|---|---|---|
| Appearance: | WNL | | Orientation: | WNL |
| Behavior: | WNL | | Speech: | rapid |
| Affect: | positive | | Mood: | wnl |
| Thought Process: | fragmented | | Thought Content: | WNL |
| Perception: | WNL | | Judgment: | WNL |
| Insight: | WNL | | Appetite: | decreased |
| Sleep: | erratic | | Suicidality: | Not Present |
| Homicidality: | Not Present | | | |

**Diagnostic impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**
Client reports to session all within normal limits. She reports on most pertinent events that include care for MIL, relationship with husband and continued conflict with husband's family. Client continues to explore feelings around justice, motivation, and freedom of speech. No SI/HI at this time.

**Therapeutic Intervention:**

**Planned Intervention:**
Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 08/17/2021 09:19 PM

CONFIDENTIAL                    MCNAE 001906



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

1

| | | |
|---|---|---|
| Client: Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: 08/22/2021 11:08 PM | | |
| Service Date: 08/20/2021 10:00 AM - 11:00 AM | Duration: | 60 minutes |
| Provider(s): Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | |
| Place Of Service: Office | CPT Code: | Case # RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**
Client and partner report to session all within normal limits. Client reports on most pertinent issues that include care for MIL, relationship with husband and continued conflict with husband's family. Partner is supportive and curious about ways to be supportive. No SI/HI at this time.

**Therapeutic Intervention:**

**Planned Intervention:**
Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 08/22/2021 11:09 PM

CONFIDENTIAL                    MCNAE 001907

## EQUIP COUNSELING, PLLC

### PROGRESS NOTES

Client:  Ronda McNae (RM00093)                    Birth Date:    04/04/1986
Creation Date:   09/01/2021 11:20 AM
Service Date:    08/31/2021 01:00 PM - 02:00 PM       Duration:      60 minutes
Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:   Office                  CPT Code:          Case #    RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to session all within normal limits. Client reports on most pertinent issues that include relationship with partner, care for MIL, continued struggle with symptoms consistent with PTSD. Client is able to be reflective and introspective. No SI/HI at this time.

**Therapeutic Intervention:**

**Planned Intervention:**
Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 09/01/2021 11:22 AM

CONFIDENTIAL                    MCNAE 001908



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

Client:  Ronda McNae (RM00093)                           Birth Date:   04/04/1986
Creation Date:   09/03/2021 11:44 AM
Service Date:    09/02/2021 11:00 AM - 12:00 PM          Duration:     60 minutes
Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:   Office                    CPT Code:          Case #    RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

## Diagnostic Impressions:

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

## Focus of Session:

Client presents to session all within normal limits. Client reports on most pertinent issues that include her continued stress in relationship, care for MIL, continued struggle with symptoms consistent with PTSD. Client is able to be reflective and introspective. No SI/HI at this time.

## Therapeutic Intervention:

## Planned Intervention:

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 09/03/2021 11:45 AM

CONFIDENTIAL                    MCNAE 001909

# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

Client:  Ronda McNae (RM00093)                          Birth Date:    04/04/1986
Creation Date:    09/07/2021 05:20 PM
Service Date:     09/07/2021 02:00 PM - 03:00 PM              Duration:    60 minutes
Provider(s):    Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:    Office                      CPT Code:          Case #    RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to session all within normal limits. Client reports on most pertinent issues that include her continued struggle for justice, Client is able to be reflective and introspective. No SI/HI at this time.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 09/08/2021 10:34 AM

CONFIDENTIAL                          MCNAE 001910



# EQUIP COUNSELING, PLLC
## PROGRESS NOTES

Client:  Ronda McNae (RM00093)       Birth Date:  04/04/1986

Creation Date:  09/08/2021 05:14 PM

Service Date:  09/08/2021 01:00 PM - 02:00 PM       Duration:  60 minutes

Provider(s):  Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)

Insurer(s):

Place Of Service:  Office       CPT Code:       Case #  RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to session all within normal limits. Client reports on most pertinent issues that include her continued struggle for justice. Client reports increased symptoms consistent with PTSD. Client is able to be reflective and introspective. No SI/HI at this time.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*

Owner Sarah Dellinger, MS, LMFTA Therapist

I approve this document

Signed: 09/08/2021 05:15 PM

# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

Client:  Ronda McNae (RM00093)                                          Birth Date:   04/04/1986
Creation Date:    09/09/2021 05:08 PM
Service Date:     09/09/2021 11:30 AM - 12:30 PM                        Duration:     60 minutes
Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:    Office                         CPT Code:              Case #    RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to session all within normal limits. Client reports on most pertinent issues that include continued care for MIL. Client is able to be reflective and introspective. No SI/HI at this time.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 09/09/2021 05:09 PM

CONFIDENTIAL                    MCNAE 001912



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

Client:  Ronda McNae (RM00093)                                           Birth Date:   04/04/1986
Creation Date:   09/13/2021 05:13 PM
Service Date:   09/13/2021 02:00 PM - 03:00 PM                 Duration:      60 minutes
Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:   Office                          CPT Code:          Case #   RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to session all within normal limits. Client reports on most pertinent issues that include continued care for MIL, relationship, stress with extended family. Client reports that they moved MIL out of living facility due to safety concerns. Client reports that she called the Kirkland PD to report the neglect. Client is able to be reflective and introspective. No SI/HI at this time.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 09/13/2021 05:15 PM

CONFIDENTIAL                          MCNAE 001913



## EQUIP COUNSELING, PLLC
### PROGRESS NOTES

Client:  Ronda McNae (RM00093)                                  Birth Date:  04/04/1986
Creation Date:   09/16/2021 02:19 PM
Service Date:   09/16/2021 10:00 AM - 11:00 AM                  Duration:      60 minutes
Provider(s):    Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:   Office                    CPT Code:           Case #    RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to session all within normal limits. Client reports on most pertinent issues that include continued and increased care for MIL, distress with extended family, concern over legal representation and trusting her own intuition. Client is able to be reflective and introspective. No SI/HI at this time.

**Therapeutic Intervention:**

**Planned Intervention:**
Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 09/16/2021 02:20 PM

CONFIDENTIAL              MCNAE 001914

**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

1

Client:  Ronda McNae (RM00093)                          Birth Date:   04/04/1986
Creation Date:   09/20/2021 04:02 PM
Service Date:   09/20/2021 10:00 AM - 11:00 AM          Duration:   60 minutes
Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:   Office                              CPT Code:          Case #   RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to session all within normal limits. Client reports on most pertinent issues that include continued and increased care for MIL, distress with extended family, concern around long-term care. Client is able to be reflective and introspective. No SI/HI at this time.

**Therapeutic Intervention:**


**Planned Intervention:**
Will continue previously stated interventions decided on collaboratively with client.


Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 09/20/2021 04:05 PM

CONFIDENTIAL                    MCNAE 001915

**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

Client:  Ronda McNae (RM00093)                                   Birth Date:   04/04/1986

Creation Date:    09/28/2021 04:13 PM

Service Date:     09/27/2021 10:00 AM - 12:00 PM              Duration:      120 minutes

Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)

Insurer(s):

Place Of Service:   Office                        CPT Code:              Case #     RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to session all within normal limits. Client is able to process most recent stress around moving her MIL into her new assisted living facility. Client reports on stressful interaction with BIL & BIL's spouse. She is able to process coping and be curious about next best steps. Client is able to be reflective and introspective. No SI/HI at this time.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*

Owner Sarah Dellinger, MS, LMFTA Therapist

I approve this document

Signed: 09/28/2021 04:24 PM

CONFIDENTIAL                          MCNAE 001916

**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

Client:  Ronda McNae (RM00093)                          Birth Date:    04/04/1986
Creation Date:   10/05/2021 11:14 AM
Service Date:    09/27/2021 01:00 PM - 02:00 PM         Duration:      60 minutes
Provider(s):    Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:    Office                    CPT Code:         Case #    RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**
Client, spouse, and MIL presents to session all within normal limits. All wear masks and are able to create space to process her recent transition. MIL is alert, active in conversation and reflective about her relationship with her sons. All are thoughtful and communicative. No SI/HI at this time.

**Therapeutic Intervention:**


**Planned Intervention:**
Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 10/05/2021 11:17 AM

CONFIDENTIAL          MCNAE 001917



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

| | |
|---|---|
| Client: Ronda McNae (RM00093) | Birth Date: 04/04/1986 |
| Creation Date: 10/05/2021 11:17 AM | |
| Service Date: 09/30/2021 10:00 AM - 11:00 AM | Duration: 60 minutes |
| Provider(s): Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | |
| Insurer(s): | |
| Place Of Service: Office | CPT Code: Case # RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**
Client presents to session all within normal limits. She is able to reflect and process her feelings about the stress from the last few weeks. Client is able to explore coping and next best steps. Will continue to support choices consistent with client's desire for autonomy and personal growth. No SI/HI at this time.

**Therapeutic Intervention:**


**Planned Intervention:**
Will continue previously stated interventions decided on collaboratively with client.


Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 10/05/2021 11:19 AM

CONFIDENTIAL                     MCNAE 001918



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

Client:  Ronda McNae (RM00093)                           Birth Date:   04/04/1986
Creation Date:   10/04/2021 03:24 PM
Service Date:    10/04/2021 10:00 AM - 11:00 AM          Duration:     60 minutes
Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:   Office                    CPT Code:          Case #    RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**
Client presents to session all within normal limits. Client is able to process most recent stress around her transition of her MIL to assisted living. Client also reflects on communication in marriage. Client is able to be reflective and introspective. No SI/HI at this time.

**Therapeutic Intervention:**


**Planned Intervention:**
Will continue previously stated interventions decided on collaboratively with client.


Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 10/04/2021 03:25 PM

CONFIDENTIAL                    MCNAE 001919

# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

Client:  Ronda McNae (RM00093)                                        Birth Date:   04/04/1986
Creation Date:   10/04/2021 03:25 PM
Service Date:    10/04/2021 11:00 AM - 12:00 PM                        Duration:      60 minutes
Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:    Office                          CPT Code:              Case #    RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**
Client and MIL presents to session all within normal limits. Client's MIL is dropped off by Client's spouse. She is able to process with Client on current emotional state. She uses my Emotion Feeling to pinpoint emotions she feels, has felt, and would like to no longer feel. Both are thoughtful and communicative. No SI/HI at this time.

**Therapeutic Intervention:**

**Planned Intervention:**
Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 10/04/2021 03:27 PM

CONFIDENTIAL                           MCNAE 001920

**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

Client:  Ronda McNae (RM00093)                         Birth Date:   04/04/1986
Creation Date:   10/06/2021 11:11 AM
Service Date:    10/05/2021 02:00 PM - 03:00 PM              Duration:     60 minutes
Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:   Office                    CPT Code:          Case #   RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to session all within normal limits. She is able to reflect and unpack most distressing issues that continue to include marriage, parenting, balance and self-care. Will continue to support choices consistent with Client's desire for justice, voice, and personal growth. No SI/HI at this time.

**Therapeutic Intervention:**

**Planned Intervention:**
Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 10/06/2021 11:13 AM

CONFIDENTIAL              MCNAE 001921



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 10/11/2021 03:20 PM | | |
| Service Date: | 10/11/2021 11:00 AM - 12:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #  RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to session all within normal limits. She is able to reflect and unpack most distressing issues that continue to include her symptoms consistent with PTSD. Client reports that she has made contact with someone who is encouraging who to make her story public. Will continue to support choices consistent with Client's desire for justice, voice, and personal growth. No SI/HI at this time.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

**Return Appointment:**

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 10/11/2021 03:22 PM

CONFIDENTIAL                    MCNAE 001922



# EQUIP COUNSELING, PLLC
## PROGRESS NOTES

Client:  Ronda McNae (RM00093)                         Birth Date:    04/04/1986
Creation Date:   10/12/2021 03:08 PM
Service Date:    10/12/2021 12:00 PM - 01:00 PM                    Duration:    60 minutes
Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:   Office                    CPT Code:             Case #   RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | appropriate to situation | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**
Client presents to session all within normal limits. She is able to reflect and unpack most distressing issues that continue to include her symptoms consistent with PTSD and her search for justice related to her trauma. She reports that the anniversary of the assault is coming up (10/19). Will continue to explore how to deal with reported spouse's wavering support. No SI/HI at this time.

**Therapeutic Intervention:**


**Planned Intervention:**
Will continue previously stated interventions decided on collaboratively with client.


Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 09/07/2022 09:42 PM

# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

Client:  Ronda McNae (RM00093)                          Birth Date:   04/04/1986

Creation Date:   10/18/2021 06:38 PM

Service Date:   10/18/2021 12:00 PM - 01:00 PM          Duration:   60 minutes

Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)

Insurer(s):

Place Of Service:   Office                    CPT Code:              Case #   RMC2000

| | | | | |
|---|---|---|---|---|
| Appearance: | WNL | | Orientation: | WNL |
| Behavior: | WNL | | Speech: | rapid |
| Affect: | appropriate to situation | | Mood: | wnl |
| Thought Process: | fragmented | | Thought Content: | WNL |
| Perception: | WNL | | Judgment: | WNL |
| Insight: | WNL | | Appetite: | decreased |
| Sleep: | erratic | | | |
| Suicidality | Not Present | | Homicidality | Not Present |

**Diagnostic impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**
Client presents to session all within normal limits. She is emotionally flooded during session. She is able to gently unpack some of the most distressing events that continue to trigger her. We discuss self-care and coping. Client is able to be reflective and introspective. No SI/HI at this time.

**Therapeutic Intervention:**

**Planned Intervention:**
Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 09/07/2022 09:40 PM



## EQUIP COUNSELING, PLLC.
### PROGRESS NOTES

Client:  Ronda McNae (RM00093)                          Birth Date:    04/04/1986
Creation Date:    10/21/2021 07:08 PM
Service Date:    10/19/2021 12:30 PM – 01:30 PM          Duration:      60 minutes
Provider(s):    Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:    Office                    CPT Code:            Case #    RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | WNL | Mood: | wnl |
| Thought Process: | coherent | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**
Client and partner present to session all within normal limits. Spouse is here to support Client as she processes most pertinent issues specifically related to symptoms consistent with PTSD related to Client's trauma hx. Client reports increased connections made and processes. Client is able to be reflective and introspective. No Si/Hi at this time.

**Therapeutic Intervention:**

**Planned Intervention:**
Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 09/07/2022 09:39 PM

CONFIDENTIAL                    MCNAE 001925

**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

Client:  Ronda McNae (RM00093)                                    Birth Date:    04/04/1986
Creation Date:    10/27/2021 02:42 PM
Service Date:    10/22/2021 11:00 AM - 12:00 PM              Duration:      60 minutes
Provider(s):    Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:    Office                              CPT Code:              Case.#   RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNl | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**
Client presents to session all within normal limits. Client is eager to processes most pertinent issues specifically related to symptoms consistent with PTSD related to the abusive relationship with husband's business colleague. Client continues to explore support, justice and next best steps. Client is able to be reflective and introspective. No SI/HI at this time.

**Therapeutic Intervention:**

**Planned Intervention:**
Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 10/27/2021 02:45 PM

CONFIDENTIAL                      MCNAE 001926



# EQUIP COUNSELING, PLLC
## PROGRESS NOTES

Client:  Ronda McNae (RM00093)                    Birth Date:   04/04/1986
Creation Date:   10/27/2021 02:40 PM
Service Date:    10/25/2021 10:00 AM - 11:00 AM        Duration:      60 minutes
Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:   Office                    CPT Code:        Case #   RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to session all within normal limits. Client is eager to process most pertinent issues specifically related to processing trauma, how she can obtain justice and peace. Client continues to seek knowledge, understanding and clarity through literature and external validation. Client is able to be reflective and introspective. No SI/HI at this time.

**Therapeutic Intervention:**

**Planned Intervention:**
Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 10/27/2021 02:42 PM

CONFIDENTIAL          MCNAE 001927

**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

Client:  Ronda McNae (RM00093)                    Birth Date:    04/04/1986

Creation Date:    10/27/2021 02:39 PM

Service Date:    10/27/2021 10:00 AM - 11:00 AM          Duration:    60 minutes

Provider(s):    Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)

Insurer(s):

Place Of Service:    Office                CPT Code:            Case #    RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | emotional | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client and partner present to session all within normal limits. Spouse is here to support Client as she processes most pertinent issues specifically related to communication and processing Client's trauma. Client is able to be reflective and introspective while displaying moderate dysregulation. No SI/HI at this time.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*

Owner Sarah Dellinger, MS, LMFTA Therapist

I approve this document

Signed: 09/07/2022 09:37 PM

CONFIDENTIAL          MCNAE 001928



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

| | | |
|---|---|---|
| Client:  Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date:  11/03/2021 09:33 PM | | |
| Service Date:  10/28/2021 10:00 AM - 11:00 AM | Duration: | 60 minutes |
| Provider(s):  Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | |
| Place Of Service:  Office | CPT Code: | Case #  RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | emotional | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**
Client and partner present to session all within normal limits. Spouse is here to support Client. Client reports that she has had flashbacks surrounding her trip to San Francisco with Mike Fitzgerald. She reports that, despite moderate resistance consistent with a dissociative coping response, she has now began to have flashes from the trip (specifically: "Mike trying to have anal sex with me and I lunged forward" -Client words). Client displays significant flooding and gagging during the recall of memories from this trip. Spouse is supportive and grounding. Will continue to support Client as she seeks justice and stability. No SI/HI at this time.

**Therapeutic Intervention:**

**Planned Intervention:**
Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

2

| | | | |
|---|---|---|---|
| Client:  Ronda McNae (RM00093) | | Birth Date:   04/04/1986 | |
| Creation Date:   11/03/2021 09:33 PM | | | |
| Service Date:   10/28/2021 10:00 AM - 11:00 AM | | Duration:   60 minutes | |
| Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | | |
| Insurer(s): | | | |
| Place Of Service:   Office | | CPT Code: | Case #   RMC2000 |

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 09/07/2022 09:35 PM

**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

Client:  Ronda McNae (RM00093)                          Birth Date:   04/04/1986
Creation Date:   11/03/2021 09:47 PM
Service Date:    10/29/2021 09:00 AM - 10:00 AM         Duration:    60 minutes
Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:   Office                   CPT Code:          Case #    RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client requests extra session and I am able to accommodate. She reports that she continues to experience moderate dysregulation after unpacking the memories around San Francisco. Client is able to continue to process consent, dissociation and coping. No SI/HI at this time.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 11/03/2021 09:49 PM

CONFIDENTIAL          MCNAE 001931

**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

Client:  Ronda McNae (RM00093)                          Birth Date:     04/04/1986

Creation Date:     11/03/2021 09:29 PM

Service Date:      11/01/2021 01:00 PM - 02:00 PM          Duration:       60 minutes

Provider(s):     Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)

Insurer(s):

Place Of Service:     Office                       CPT Code:          Case #    RMC2000

---

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client and partner present to session all within normal limits. Spouse is here to support Client as she processes most pertinent issues specifically related to continued potential litigation. Client reports that she met again this morning with the Remond police and gave another statement. Client gets flooded while reported this and needs to be grounded. Spouse reports that he met with leadership at work and has taken 8 weeks off. Client is able to be reflective and introspective. No SI/HI at this time.

**Therapeutic Intervention:**


**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*

Owner Sarah Dellinger, MS, LMFTA Therapist

I approve this document

Signed: 11/03/2021 09:32 PM                    CONFIDENTIAL                    MCNAE 001932

**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

| | | | | |
|---|---|---|---|---|
| Client: | Ronda McNae (RM00093) | | Birth Date: | 04/04/1986 |
| Creation Date: | 11/08/2021 11:16 AM | | | |
| Service Date: | 11/04/2021 10:00 AM - 11:00 AM | | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | | |
| Insurer(s): | | | | |
| Place Of Service: | Office | CPT Code: | Case # | RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client and partner present to session all within normal limits. Spouse is here to support. Client is able to report that she feels in 'a better place' today and they are going to get away as a family starting on Sunday. Client is able to process most pertinent emotions and spouse is able to receive. Will continue to support Client as she seeks healing. No SI/HI at this time.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 11/08/2021 11:19 AM

CONFIDENTIAL                    MCNAE 001933



**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

Client:  Ronda McNae (RM00093)                          Birth Date:   04/04/1986

Creation Date:   05/19/2022 01:24 PM

Service Date:   11/18/2021 11:00 AM - 12:00 PM          Duration:   60 minutes

Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)

Insurer(s):

Place Of Service:   Office                     CPT Code:          Case #   RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | up and down | Mood: | wnl |
| Thought Process: | goal directed | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to in person session all within normal limits. She is able to articulate and process most pertinent issues. She reflects on recent trip with family and communication with partner. Will continue to support Client while also supporting healthy coping strategies and balance. No danger assessed.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*

Owner Sarah Dellinger, MS, LMFTA Therapist

I approve this document

Signed: 05/19/2022 01:25 PM

CONFIDENTIAL                    MCNAE 001934

**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

Client:  Ronda McNae (RM00093)                                    Birth Date:  04/04/1986

Creation Date:  05/19/2022 01:21 PM

Service Date:  12/01/2021 10:00 AM - 11:00 AM                     Duration:  60 minutes

Provider(s):  Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)

Insurer(s):

Place Of Service:  Office                      CPT Code:          Case #    RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | up and down | Mood: | wnl |
| Thought Process: | goal directed | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to in person session within normal limits. She is able to articulate and process most pertinent issues. She reflects on therapy session with partner yesterday. Client also reflects on conflict with inlaws and reports that a moderator will be used to help. Will continue to support Client while also supporting healthy coping strategies and balance. No danger assessed.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*

Owner Sarah Dellinger, MS, LMFTA Therapist

I approve this document

Signed: 05/19/2022 01:23 PM



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: Ronda McNae (RM00093) | | Birth Date: | 04/04/1986 |
| Creation Date: 05/19/2022 01:15 PM | | | |
| Service Date: 12/06/2021 10:00 AM - 11:00 AM | | Duration: | 60 minutes |
| Provider(s): Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | | |
| Insurer(s): | | | |
| Place Of Service: Office | CPT Code: | Case # | RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | up and down | Mood: | wnl |
| Thought Process: | organized | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to in person session within normal limits. She is able to articulate and process most pertinent issues specifically related to her relationship. She is able to reflect on partner's style of communication. Will continue to support Client while also supporting healthy coping strategies and balance. No danger assessed.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*

Owner Sarah Dellinger, MS, LMFTA Therapist

I approve this document

Signed: 05/19/2022 01:23 PM

CONFIDENTIAL          MCNAE 001936

## EQUIP COUNSELING, PLLC
### PROGRESS NOTES

EQUIP

Client:  Ronda McNae (RM00093)                        Birth Date:   04/04/1986
Creation Date:   05/19/2022 01:19 PM
Service Date:    12/06/2021 01:00 PM - 02:00 PM        Duration:     60 minutes
Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:   Office                             CPT Code:          Case #   RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | WNL | Mood: | WNL |
| Thought Process: | WNL | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client's partner presents to session all within normal limits. He comes to therapy to process best ways to support Client. Client is engaged, reflective and introspective. No danger assessed.

**Therapeutic Intervention:**


**Planned Intervention:**
Will continue previously stated interventions decided on collaboratively with client.


Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 05/19/2022 01:20 PM

CONFIDENTIAL          MCNAE 001937



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

Client:  Ronda McNae (RM00093)                          Birth Date:   04/04/1986
Creation Date:    05/19/2022 01:11 PM
Service Date:     12/08/2021 11:00 AM - 12:00 PM              Duration:      60 minutes
Provider(s):    Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:     Office                      CPT Code:              Case #    RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | up and down | Mood: | wnl |
| Thought Process: | circumstantial | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | wnl |
| Sleep: | wnl | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**
Client and partner present to in person all within normal limits. Both are able to be engaged, introspective and reflective. Client does more of the talking and expresses continued desire for partner to be more supportive of her pursuit for justice. No danger assessed.

**Therapeutic Intervention:**

**Planned Intervention:**
Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 06/10/2022 03:34 PM

CONFIDENTIAL          MCNAE 001938



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

Client:   Ronda McNae (RM00093)                                     Birth Date:    04/04/1986
Creation Date:    05/19/2022 11:32 AM
Service Date:    12/14/2021 11:00 AM - 12:00 PM                     Duration:    60 minutes
Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:    Office                          CPT Code:                Case #    RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | expansive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**
Client and partner present to in person session all within normal limits. She is able to articulate and process most pertinent issues. Both are engaged and participate in session as they reflect on communication, care for partner's Mother, issues with inlaws and next best steps. Both are reflective and introspective as they discuss expectations and support. No danger assessed.

**Therapeutic Intervention:**


**Planned Intervention:**
Will continue previously stated interventions decided on collaboratively with client.


Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 05/19/2022 11:34 AM

CONFIDENTIAL                    MCNAE 001939

EQUIP

**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

Client:  Ronda McNae (RM00093)                                    Birth Date:     04/04/1986

Creation Date:    05/19/2022 11:26 AM

Service Date:    12/20/2021 02:00 PM - 03:00 PM          Duration:      60 minutes

Provider(s):    Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)

Insurer(s):

Place Of Service:    Office                                CPT Code:                Case #    RMC2000

---

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | expansive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**
Client presents to in person session all within normal limits. She is able to articulate and process most pertinent issues. She reports on physical health- reportedly off steroids and off antibiotics but still is experiencing ear pain. Client reports continued fragmented and intrusive memories from the reported assault in FL. Will continue to support Client while also supporting healthy coping strategies and balance. No danger assessed.

**Therapeutic Intervention:**

**Planned Intervention:**
Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 06/10/2022 03:31 PM

CONFIDENTIAL                          MCNAE 001940

EQUIP

## EQUIP COUNSELING, PLLC

### PROGRESS NOTES

Client:  Ronda McNae (RM00093)                                    Birth Date:    04/04/1986
Creation Date:    05/19/2022 11:23 AM
Service Date:    12/22/2021 10:00 AM - 11:00 AM              Duration:      60 minutes
Provider(s):    Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:    Office                            CPT Code:              Case #    RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | expansive | Mood: | wnl |
| Thought Process: | goal directed | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**
Client presents to in person session all within normal limits. She is able to articulate and process most pertinent issues. She expresses continued frustration that police in FL do not appear to be taking the case as seriously as Client would like. Client continues to reflect on details from the night of the reported assault in FL. Will continue to support Client while also supporting healthy coping strategies and balance. No danger assessed.

**Therapeutic Intervention:**


**Planned Intervention:**
Will continue previously stated interventions decided on collaboratively with client.


Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 05/19/2022 11:25 AM

CONFIDENTIAL                              MCNAE 001941



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

Client:  Ronda McNae (RM00093)                          Birth Date:   04/04/1986
Creation Date:   05/19/2022 11:21 AM
Service Date:   12/27/2021 10:00 AM - 11:00 AM          Duration:   60 minutes
Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:   Office                 CPT Code:          Case #   RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | expansive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**
Client presents to in person session all within normal limits. She is able to articulate and process most pertinent issues. Client reflects on most recent connections made and becomes dysregulated while reporting. Client is able to be grounded in session. Will continue to support Client while also supporting healthy coping strategies and balance. No danger assessed.

**Therapeutic Intervention:**

**Planned Intervention:**
Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 05/19/2022 11:23 AM

CONFIDENTIAL                    MCNAE 001942

**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

Client:  Ronda McNae (RM00093)                           Birth Date:    04/04/1986
Creation Date:   05/18/2022 12:25 PM
Service Date:    01/03/2022 10:00 AM - 11:00 AM          Duration:      60 minutes
Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:    Office                    CPT Code:            Case #    RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | expansive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**
Client presents to in person session all within normal limits. She is able engaged, articulate and able to process most pertinent issues specifically related continued pursuit for justice. Client is able to process emotion connected to recent developments. We discuss grounding techniques and next best steps. Client continues to seek support and validations from others who have experienced similar trauma. Will continue to support Client while also supporting healthy coping strategies and balance. No danger assessed.

**Therapeutic Intervention:**

**Planned Intervention:**
Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 05/18/2022 12:27 PM              CONFIDENTIAL              MCNAE 001943

**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

Client:  Ronda McNae (RM00093)                          Birth Date:    04/04/1986

Creation Date:    05/18/2022 12:24 PM

Service Date:    01/06/2022 10:00 AM - 11:00 AM         Duration:      60 minutes

Provider(s):    Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)

Insurer(s):

Place Of Service:    Office                             CPT Code:          Case #    RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | expansive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to in person session all within normal limits. She is able to articulate and process most pertinent issues. Client is eager to process most recent developments in her legal proceedings. Client also processes support from partner. Will continue to support Client while also supporting healthy coping strategies and balance. No danger assessed.

**Therapeutic Intervention:**


**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.


Return Appointment:

Staff Signature: *Sarah Dellinger*

Owner Sarah Dellinger, MS, LMFTA Therapist

I approve this document

Signed: 05/18/2022 12:25 PM

CONFIDENTIAL                          MCNAE 001944

## EQUIP COUNSELING, PLLC
### PROGRESS NOTES

| | | | | |
|---|---|---|---|---|
| Client: Ronda McNae (RM00093) | | Birth Date: | 04/04/1986 | |
| Creation Date: 05/18/2022 12:21 PM | | | | |
| Service Date: 01/07/2022 02:00 PM - 03:00 PM | | Duration: | 60 minutes | |
| Provider(s): Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | | | |
| Insurer(s): | | | | |
| Place Of Service: Office | CPT Code: | | Case # | RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | expansive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client requests same day session and presents to in person session all within normal limits. She is able to articulate and process most pertinent issues. Client continues to become dysregulated when processing details. Client is able to become grounded. Will continue to support Client while also supporting healthy coping strategies and balance. No danger assessed.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 05/18/2022 12:23 PM

CONFIDENTIAL                    MCNAE 001945

EQUIP Counseling, PLLC

**Sarah Dellinger**
MS, LMFTA

NPI: 124575469
Tax Id: 82-219781074
License #: MG1- 60781074

10829 Ne 68th St, Suite D
Kirkland, Wa 98033

Ronda McNae
504 11th Place
Kirkland, Wa 98033

Date: 1/7/2022

This letter is intended to confirm the diagnosis, treatment and assault summary of the Patient listed above.

The Patient (RM) presented to evaluation (2/19/2020) with acute, distressing, paralyzing symptoms consistent with Post Traumatic Stress Disorder (309.81 or F43.11) following a reported sexual assault that occurred in October 2019. Client does not disclose details of assault until our second appointment on 2/20/2020.

Attached document will list Patient's most comprehensive recollection of the assault. Patient's memories have been fragmented at time; this very consistent with Patients who suffer from PTSD.

Symptoms consistent with diagnosis include intense flashbacks, hyperarousal, avoidance, emotional numbness, reexperiencing, hopelessness, as well as a racing heart and gagging/throwing up. Her daily functioning and relationships have been drastically impacted by these symptoms. Ronda has needed weekly, if not multiple sessions weekly, to manage symptoms. Husband (WM) joins our sessions on occasion and reports on how sexual assault has impacted his own functioning- both personally and professionally. He has since begun to see his own therapist and been able to identify to systemic impact on himself. Both report seeking multiple ways to find justice for the initial assault/it's impact and express deep frustration in the lack of response.

Our work together has been focused on acute trauma healing, coping skills, and stress-tolerance. Our treatment includes exploring ways to recognize triggers and tools to tolerate the symptoms themselves. Additionally, we explore how to heal from trauma long term- the use of EMDR and other trauma protocols has been discussed and will be used when Ronda is ready. Ronda is an active participant in our sessions. Ronda can easily become flooded in session but responds well to grounding techniques. I will continue to reevaluate progress and treatment strategy every 3 months.

Sincerely,

Sarah Dellinger



CONFIDENTIAL                    MCNAE 001239

**Patient's recollection of the night of assault:**

- Patient and daughter flew to Miami to meet MF (Mike Fitzgerald)
- Patient left daughter with babysitter
- Patient went to a fancy dinner where, at one point, MF pulled her bun/head back and kissed her saying "you know you like that"
- Patient remembers saying NO
- Patient ran away from MF, remembers feeling unsafe
- Patient has a screenshot on phone of where she ran
- MF came to find her and put his hand insider her thigh
- Patient remember saying NO
- Patient remembers stumbling back into the hotel and being embarrassed that she was so tipsy
- Patient remembers interacting with the babysitter who recalls Patient being inebriated
- Patient remembers going up to rooftop to use hottub
  (the following are the details Patient remembers from the 1st sexual assault)
- She remembers putting on bathing suit and walking upstairs
- MF runs up the stairs ahead of Patient with two drinks in hands
- MF gets in hottub, begging Patient to get in
- Patient refuses to get in, feeling unsafe
- She says NO multiple times while sitting on chaise lounge chair
- MF slips getting out of the hottub
- MF's head is at Patient's knees
- MF's fingers are pulling Patient's bathing suit to the side near her crotch
- Patient slaps MF's hand away
- Patient says NO
- Patient closes knees
- MF continues to try
  (Patient's memory becomes more fragmented)
- Patient remembers seeing the sky, stars and cement
- Patient remembers slipping in the same water puddle
- Patient remembers walking back down the stairs
  (the following are the details Patient remembers from the 2nd sexual assault)
- Patient remembers MF's bedroom, his white bedding, his face, his naked body, his erect penis
- Patient remembers MF getting into shower
- Patient leaves the room
- Patient has no memories between approximately 2am-6:30am
- WM arrives at the Penthouse at approximately 6:30
- WM reports putting son to bed and sitting with patient on couch and being surprised she naked under her robe
- WM reports that MF did not seem inebriated at all
- WM and patient have intercourse in the shower and WM remembers that patient complained that penetration hurt which is unusual for patient
- Patient had no recollection of having sexual relations with her husband the next morning
- MF told Patient to get a 'morning after pill' the next day

2



## EQUIP COUNSELING, PLLC
### PROGRESS NOTES

Client:  Ronda McNae (RM00093)                          Birth Date:   04/04/1986
Creation Date:   01/18/2022 10:58 AM
Service Date:   01/14/2022 01:00 PM - 02:00 PM          Duration:    60 minutes
Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:   Office            CPT Code:           Case #   RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**
Client presents to session all within normal limits. Client is able to continue to process her recent trip to Miami. She reports that the whole was process was quite dysregulating and seeks validation for current experience. Will continue to support Client as she seeks healing. No SI/HI at this time.

**Therapeutic Intervention:**

**Planned Intervention:**
Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 05/18/2022 12:20 PM

CONFIDENTIAL                    MCNAE 001946



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

Client:  Ronda McNae (RM00093)                                    Birth Date:   04/04/1986
Creation Date:   01/17/2022 01:17 PM
Service Date:    01/17/2022 09:00 AM - 10:00 AM          Duration:      60 minutes
Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:   Office                          CPT Code:            Case #     RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNl | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to session all within normal limits. Client is able to continue to process her recent trip to Miami to file a formal police report. Client is able to process most pertinent emotions and coping strategies. Will continue to support Client as she seeks healing. No SI/HI at this time.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 01/17/2022 01:20 PM



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

Client:  Ronda McNae (RM00093)                          Birth Date:   04/04/1986
Creation Date:   01/20/2022 11:18 AM
Service Date:    01/18/2022 12:00 PM - 01:00 PM         Duration:     60 minutes
Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:   Office                    CPT Code:          Case #   RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

## Diagnostic Impressions:

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

## Focus of Session:

Client and partner present to session all within normal limits. Client is able to continue to process most pertinent issues- spouse is able to support. Client is able to process most pertinent emotions and coping strategies. Will continue to support Client as she seeks healing. No SI/HI at this time.

## Therapeutic Intervention:

## Planned Intervention:

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 01/20/2022 11:19 AM

CONFIDENTIAL                    MCNAE 001948



# EQUIP COUNSELING, PLLC
## PROGRESS NOTES

Client:   Ronda McNae (RM00093)                                Birth Date:   04/04/1986
Creation Date:   01/20/2022 01:26 PM
Service Date:   01/20/2022 10:00 AM - 11:00 AM                 Duration:      60 minutes
Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:   Office                     CPT Code:            Case #    RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**
Client presents to session all within normal limits. Client is able to continue to process most pertinent issues specifically related to her trauma. Client is reflective about current emotions and coping strategies. Will continue to support Client as she seeks healing. No SI/HI at this time.

**Therapeutic Intervention:**

**Planned Intervention:**
Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 09/07/2022 08:12 PM

CONFIDENTIAL                    MCNAE 001949



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

Client:  Ronda McNae (RM00093)                          Birth Date:   04/04/1986
Creation Date:    01/25/2022 11:18 AM
Service Date:     01/24/2022 10:00 AM - 11:00 AM        Duration:      60 minutes
Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:   Office                    CPT Code:          Case #    RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**
Client presents to session all within normal limits. Client is able to continue to process most pertinent issues specifically related to her trauma. Client is reflective about current emotions and coping strategies. Will continue to support Client as she seeks healing. No SI/HI at this time.

**Therapeutic Intervention:**

**Planned Intervention:**
Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 09/07/2022 08:09 PM

CONFIDENTIAL                    MCNAE 001950

# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

Client:  Ronda McNae (RM00093)                                    Birth Date:    04/04/1986

Creation Date:    02/03/2022 02:53 PM

Service Date:    01/26/2022 11:00 AM - 12:00 PM                   Duration:      60 minutes

Provider(s):    Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)

Insurer(s):

Place Of Service:    Office                        CPT Code:              Case #    RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | wnl |
| Affect: | WNL | Mood: | wnl |
| Thought Process: | disorganized | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to session mostly within normal limits. Client is reflective and introspective about most recent events re: marriage, communication, desire for justice and current coping. Client continues to report intrusive thoughts, episodes of gagging, flashbacks and hyperarousal. No SI/HI at this time.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*

Owner Sarah Dellinger, MS, LMFTA Therapist

I approve this document

Signed: 06/10/2022 03:29 PM

CONFIDENTIAL                           MCNAE 001951



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

Client:  Ronda McNae (RM00093)                                    Birth Date:    04/04/1986
Creation Date:    01/27/2022 04:31 PM
Service Date:    01/27/2022 10:00 AM - 11:00 AM          Duration:      60 minutes
Provider(s):    Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:    Office                         CPT Code:            Case #     RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**
Client presents to session mostly within normal limits. She calls for the first part of session but arrives in person for the second part. Client continues to process most pertinent issues specifically related to her trauma. Client is able to recognize triggers, next best steps, and coping strategies. Will continue to support Client as she seeks healing. No SI/HI at this time.

**Therapeutic Intervention:**

**Planned Intervention:**
Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 09/07/2022 08:10 PM

CONFIDENTIAL                    MCNAE 001952

EQUIP

## EQUIP COUNSELING, PLLC
### PROGRESS NOTES

Client:  Ronda McNae (RM00093)                          Birth Date:   04/04/1986
Creation Date:   02/03/2022 12:19 PM
Service Date:   02/01/2022 11:00 AM - 12:00 PM          Duration:   60 minutes
Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:   Office                    CPT Code:          Case #   RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**
Client presents to session mostly within normal limits. Client reports most pertinent issues related to symptoms consistent with PTSD. Will continue to support Client as she seeks healing. No SI/HI at this time.

**Therapeutic Intervention:**

**Planned Intervention:**
Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 02/03/2022 12:20 PM



# EQUIP COUNSELING, PLLC
## PROGRESS NOTES

Client:  Ronda McNae (RM00093)                          Birth Date:    04/04/1986
Creation Date:    02/03/2022 12:02 PM
Service Date:    02/02/2022 11:00 AM - 12:00 PM          Duration:      60 minutes
Provider(s):    Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:    Office                          CPT Code:          Case #    RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**
Client presents to session mostly within normal limits. Client reports good news in regards to her medical results.
Client continues to process next best steps as part of her quest for justice and flushes out various options. Will
continue to support Client as she seeks healing. No SI/HI at this time.

**Therapeutic Intervention:**

**Planned Intervention:**
Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 03/03/2022 04:36 PM

CONFIDENTIAL               MCNAE 001954



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

Client:  Ronda McNae (RM00093)                Birth Date:   04/04/1986
Creation Date:   02/07/2022 05:11 PM
Service Date:    02/07/2022 10:00 AM - 11:00 AM       Duration:    60 minutes
Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:   Office              CPT Code:       Case #   RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**
Client presents to session mostly within normal limits. Client reports on most pertinent issues re: legal issues related to her assault. Client is able to explore next best steps. Will continue to support Client as she seeks healing. No SI/HI at this time.

**Therapeutic Intervention:**

**Planned Intervention:**
Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 02/07/2022 05:12 PM

CONFIDENTIAL          MCNAE 001955



# EQUIP COUNSELING, PLLC
## PROGRESS NOTES

Client:  Ronda McNae (RM00093)                    Birth Date:    04/04/1986
Creation Date:    03/03/2022 04:36 PM
Service Date:    02/08/2022 12:00 PM - 01:00 PM        Duration:    60 minutes
Provider(s):    Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:    Office            CPT Code:        Case #    RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | WNL | Mood: | WNL |
| Thought Process: | WNL | Thought Content: | WNL |
| Perception: | WNl | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | WNL | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**
Client and partner present to session all within normal limits. They report on continued distress regarding partner's Mom legal representation. Both are able to be reflective and introspective. No SI/HI at this time.

**Therapeutic Intervention:**

**Planned Intervention:**
Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 03/03/2022 04:40 PM

CONFIDENTIAL                    MCNAE 001956



**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

Client:   Ronda McNae (RM00093)                          Birth Date:     04/04/1986
Creation Date:     02/10/2022 01:32 PM
Service Date:      02/10/2022 10:00 AM - 11:00 AM        Duration:       60 minutes
Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:   Office                         CPT Code:        Case #   RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNl | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**
Client presents to session mostly within normal limits. Client reports on most pertinent issues re: legal issues related to her assault, her concern for MIL/attorney. Client is able to explore next best steps. Will continue to support Client as she seeks healing. No SI/HI at this time.

**Therapeutic Intervention:**

**Planned Intervention:**
Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 02/10/2022 01:33 PM

CONFIDENTIAL                    MCNAE 001957

## EQUIP COUNSELING, PLLC

### PROGRESS NOTES

| | | | | |
|---|---|---|---|---|
| Client: | Ronda McNae (RM00093) | | Birth Date: | 04/04/1986 |
| Creation Date: | 05/17/2022 04:41 PM | | | |
| Service Date: | 02/14/2022 10:00 AM - 11:00 AM | | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | | |
| Insurer(s): | | | | |
| Place Of Service: | Office | CPT Code: | Case # | RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | expansive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNI | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**
Client presents to in person session all within normal limits. She is able to articulate and process most pertinent issues specifically related continued pursuit for justice. Client reports feeling dysregulated over the weekend, and we process contributing factors. No danger assessed.

**Therapeutic Intervention:**


**Planned Intervention:**
Will continue previously stated interventions decided on collaboratively with client.


Return Appointment:


Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 05/17/2022 04:42 PM

CONFIDENTIAL                    MCNAE 001958



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

Client:  Ronda McNae (RM00093)                          Birth Date:   04/04/1986

Creation Date:   05/17/2022 04:28 PM

Service Date:   02/17/2022 12:00 PM - 01:00 PM                Duration:    60 minutes

Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)

Insurer(s):

Place Of Service:   Office                    CPT Code:         Case #    RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | expansive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to session all within normal limits. She is eager to process most pertinent issues specifically related to her search for justice. Client is introspective and reflective. No danger assessed.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*

Owner Sarah Dellinger, MS, LMFTA Therapist

I approve this document

Signed: 05/17/2022 04:41 PM

CONFIDENTIAL                    MCNAE 001959



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

Client:  Ronda McNae (RM00093)                          Birth Date:    04/04/1986
Creation Date:    05/17/2022 04:16 PM
Service Date:    02/23/2022 03:00 PM - 04:00 PM                  Duration:    60 minutes
Provider(s):    Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:    Office                        CPT Code:          Case #    RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | expansive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNl | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to in person session mostly within normal limits. Client requested last minute session after reported 'brutal' phone call with SFPD. Client reports that a detective called her and proceeded to take her full 'victim statement.' She reports that she did not realize it was her formal statement and that she felt overwhelmed and pressured to relay upsetting detail while her children were on the other side of the door. Client expresses extreme distress that the detective was not more 'trauma informed' and sensitive to the nature of her case and desire to come give a full statement in person. Client reports feeling flooded and overwhelmed after getting off the phone. Client is unsure of next best steps but is more regulated at the end of session. No danger assessed.

**Therapeutic Intervention:**

**Planned Intervention:**
Will continue previously stated interventions decided on collaboratively with client.

**Return Appointment:**

CONFIDENTIAL                    MCNAE 001960



**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

Client:   Ronda McNae (RM00093)                                     Birth Date:   04/04/1986

Creation Date:    05/17/2022 04:16 PM

Service Date:    02/23/2022 03:00 PM - 04:00 PM                Duration:    60 minutes

Provider(s):    Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)

Insurer(s):

Place Of Service:    Office                          CPT Code:                  Case #    RMC2000

---

Staff Signature: *Sarah Dellinger*

Owner Sarah Dellinger, MS, LMFTA Therapist

I approve this document

Signed: 06/10/2022 03:25 PM



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

Client:  Ronda McNae (RM00093)                                    Birth Date:   04/04/1986
Creation Date:    05/17/2022 04:25 PM
Service Date:     02/24/2022 10:00 AM - 11:00 AM                 Duration:     60 minutes
Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:     Office                       CPT Code:             Case #     RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | expansive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**
Client and partner present to in person session within normal limits. Client is eager to continue to process distressing phone call from SFPD detective. Partner is able to give his perspective as he was also in the home. Client is reflective about the pressure she felt and the lack of understanding she was experiencing while on the call. Will continue to explore coping and next best steps. No danger assessed.

**Therapeutic Intervention:**

**Planned Intervention:**
Will continue previously stated interventions decided on collaboratively with client.

**Return Appointment:**

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 05/17/2022 04:27 PM

CONFIDENTIAL                    MCNAE 001962



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

Client:  Ronda McNae (RM00093)                                    Birth Date:    04/04/1986

Creation Date:     05/17/2022 05:05 PM

Service Date:      02/28/2022 10:00 AM - 11:00 AM                 Duration:      60 minutes

Provider(s):    Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)

Insurer(s):

Place Of Service:    Office                          CPT Code:             Case #    RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | expansive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**
Client presents outside of normal limits. She is on the phone when she first arrives and holds up her finger as to indicate that she will be off the phone in a moment. I give her time and space to finish the call. She is calm and regulated while on the call. On the call she expresses frustration that her recorded call on 2/22 has been counted as her formal 'victim statement.' She repeats herself several times while on the call at one point saying, "I will drive to SF anytime to make a formal in person statement" (Client words). After the call she reports feeling 'gaslit' and 'stonewalled' as the person did not seem willing to listen her request. Client reports feeling like she was not being heard and that her caller's agenda was not open to listening. Client expresses extreme distress at again feeling like SFPD is 'shutting me down' and becomes dysregulated after the phone call. Client is unsure of next best steps. No danger assessed.

**Therapeutic Intervention:**

**Planned Intervention:**
Will continue previously stated interventions decided on collaboratively with client.

**Return Appointment:**

CONFIDENTIAL                                    MCNAE 001963



**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

Client:   Ronda McNae (RM00093)                         Birth Date:   04/04/1986
Creation Date:    05/17/2022 05:05 PM
Service Date:    02/28/2022 10:00 AM - 11:00 AM        Duration:    60 minutes
Provider(s):    Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:    Office                    CPT Code:        Case #    RMC2000

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 06/10/2022 03:30 PM

# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

Client: Ronda McNae (RM00093)                                    Birth Date:    04/04/1986

Creation Date:    03/03/2022 10:57 AM

Service Date:    03/02/2022 02:00 PM - 03:00 PM                    Duration:    60 minutes

Provider(s):    Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)

Insurer(s):

Place Of Service:    Office                        CPT Code:                Case #    RMC2000

| | | | | |
|---|---|---|---|---|
| Appearance: | WNL | | Orientation: | WNL |
| Behavior: | WNL | | Speech: | rapid |
| Affect: | positive | | Mood: | wnl |
| Thought Process: | fragmented | | Thought Content: | WNL |
| Perception: | WNL | | Judgment: | WNL |
| Insight: | WNL | | Appetite: | decreased |
| Sleep: | erratic | | Suicidality: | Not Present |
| Homicidality: | Not Present | | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client and daughter present to session mostly within normal limits. Client is curious to discuss around impact of Mom's distress on daughter. We discuss coping as well healthy/unhealthy patterns. Both are engaged. Mom will continue to explore healthy limits re: sharing. No SI/HI at this time.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*

Owner Sarah Dellinger, MS, LMFTA Therapist

I approve this document

Signed: 03/03/2022 11:00 AM

CONFIDENTIAL                    MCNAE 001965



# EQUIP COUNSELING, PLLC
## PROGRESS NOTES

Client:  Ronda McNae (RM00093)                          Birth Date:    04/04/1986
Creation Date:   05/17/2022 04:14 PM
Service Date:    03/07/2022 10:00 AM - 11:00 AM          Duration:      60 minutes
Provider(s):  Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:    Office                       CPT Code:           Case #    RMC2000

| | | | | |
|---|---|---|---|---|
| Appearance: | WNL | | Orientation: | WNL |
| Behavior: | WNL | | Speech: | rapid |
| Affect: | expansive | | Mood: | wnl |
| Thought Process: | fragmented | | Thought Content: | WNL |
| Perception: | WNL | | Judgment: | WNL |
| Insight: | WNL | | Appetite: | unclear |
| Sleep: | erratic | | | |
| Suicidality | Not Present | | Homicidality | Not Present |

**Diagnostic impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**
Client and partner present to in person session all within normal limits. Both are able to process most important issues. Will continue to support Client while also supporting healthy coping strategies and balance. No danger assessed.

**Therapeutic Intervention:**


**Planned Intervention:**
Will continue previously stated interventions decided on collaboratively with client.


Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 05/17/2022 04:15 PM

CONFIDENTIAL                    MCNAE 001966



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

Client:  Ronda McNae (RM00093)                          Birth Date:     04/04/1986
Creation Date:     05/17/2022 04:10 PM
Service Date:      03/08/2022 03:00 PM - 04:00 PM       Duration:       60 minutes
Provider(s):    Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:    Office                    CPT Code:          Case #    RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | expansive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**
Client presents to in person for last min session mostly normal limits. She requested last minute session today after a reported panic attack to the point of throwing up. Client is more regulated at session time but is able to process contributing factors. Client reports feeling better near the end of session. No danger assessed.

**Therapeutic Intervention:**

**Planned Intervention:**
Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 05/17/2022 04:13 PM

CONFIDENTIAL                    MCNAE 001967



# EQUIP COUNSELING, PLLC
## PROGRESS NOTES

Client:  Ronda McNae (RM00093)                          Birth Date:    04/04/1986
Creation Date:    03/10/2022 02:15 PM
Service Date:    03/10/2022 10:00 AM - 11:00 AM                Duration:    60 minutes
Provider(s):    Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:    Office                        CPT Code:        Case #    RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | expansive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**
Client presents to session mostly within normal limits. Client reports that she was gagging this morning and had a phone call with the DA in SF. Client reports feeling supported by the DA and the DPA. Client reports that the DPA will support her along this process. Client does experience flooding and a dissociative episode in session while talking about details of the events with MF; she is able to be re-grounded. Client's symptoms continue to be consistent with PTSD and triggered often. Will continue to explore healthy coping strategies. No SI/HI at this time.

**Therapeutic Intervention:**

**Planned Intervention:**
Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 05/17/2022 02:00 PM            CONFIDENTIAL          MCNAE 001968



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

Client:  Ronda McNae (RM00093)                                          Birth Date:   04/04/1986
Creation Date:   05/17/2022 04:03 PM
Service Date:   03/14/2022 10:00 AM - 11:00 AM              Duration:      60 minutes
Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:   Office                     CPT Code:              Case #    RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | expansive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to in person session all within normal limits. She is able to articulate and process most pertinent issues. She expresses distress that she has to defend her position and struggles with the lack of progress in either assault case. Will continue to support Client while also supporting healthy coping strategies and balance. No danger assessed.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 05/17/2022 04:13 PM

CONFIDENTIAL                    MCNAE 001969



# EQUIP COUNSELING, PLLC
## PROGRESS NOTES

Client:  Ronda McNae (RM00093)                                    Birth Date:    04/04/1986
Creation Date:    05/17/2022 03:59 PM
Service Date:    03/17/2022 10:00 AM - 11:00 AM              Duration:    60 minutes
Provider(s):    Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:    Office                          CPT Code:            Case #    RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | expansive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**
Client presents to in person session all within normal limits. She is able to articulate and process most pertinent issues. Client displays increased distress as she recalls her reported situation with the police department in SF. She is able to discuss hope and next best steps forward. Will continue to support Client while also supporting healthy coping strategies and balance. No danger assessed.

**Therapeutic Intervention:**

**Planned Intervention:**
Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 05/17/2022 04:01 PM

CONFIDENTIAL                    MCNAE 001970



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

Client:   Ronda McNae (RM00093)                          Birth Date:   04/04/1986
Creation Date:   05/17/2022 03:57 PM
Service Date:   03/21/2022 10:00 AM - 11:00 AM            Duration:      60 minutes
Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:   Office                   CPT Code:              Case #    RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | expansive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**
Client presents to in person session all within normal limits. She is able to articulate and process most pertinent issues. Client is eager to process most recent developments. She reports continued distress related to her case in SF. Will continue to support Client while also supporting healthy coping strategies and balance. No danger assessed.

**Therapeutic Intervention:**

**Planned Intervention:**
Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 05/17/2022 03:59 PM

## EQUIP COUNSELING, PLLC

### PROGRESS NOTES

| | | |
|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date:  04/04/1986 |

Creation Date:    03/23/2022 02:05 PM

Service Date:    03/23/2022 09:00 AM - 10:00 AM        Duration:    60 minutes

Provider(s):    Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)

Insurer(s):

Place Of Service:    Office        CPT Code:        Case #    RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | expansive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client requests last minute session, I am able to accommodate. Client reports feeling dysregulated after a conversation with husband prior to our session. Client reports on continued upsetting phone conversations with law enforcement. Client continues to report feelings dysregulated when she is made to feel like she has to defend her position or convince others of the facts. Client is able to identify and flush out next best steps. No danger assessed.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 03/23/2022 02:10 PM

CONFIDENTIAL        MCNAE 001972



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

Client:  Ronda McNae (RM00093)                    Birth Date:    04/04/1986
Creation Date:    05/17/2022 03:52 PM
Service Date:    03/24/2022 10:00 AM - 11:00 AM          Duration:     60 minutes
Provider(s):    Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:    Office                  CPT Code:          Case #    RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | expansive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**
Client and partner present to in person session all within normal limits. She is able to articulate and process most pertinent issues. Client is animated and distressed as she processes current stressors related to the case in SF. Partner is able to be supportive and curious. Will continue to support Client while also supporting healthy coping strategies and balance. No danger assessed.

**Therapeutic Intervention:**

**Planned Intervention:**
Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 05/17/2022 03:56 PM

CONFIDENTIAL                    MCNAE 001973

EQUIP

# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

Client:  Ronda McNae (RM00093)                          Birth Date:   04/04/1986
Creation Date:   05/17/2022 03:49 PM
Service Date:   03/28/2022 10:00 AM - 11:00 AM          Duration:    60 minutes
Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:   Office                    CPT Code:          Case #    RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | expansive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**
Client presents to in person session all within normal limits. She is able to articulate and process most pertinent issues specifically related continued pursuit for justice. Client reports continued desire to have her story be heard and understood. Client reports that she no longer worries about the consequences that may come from moving forward with her desire. Will continue to support Client while also supporting healthy coping strategies and balance. No danger assessed.

**Therapeutic intervention:**

**Planned Intervention:**
Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 05/17/2022 03:51 PM          CONFIDENTIAL          MCNAE 001974



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

Client:   Ronda McNae (RM00093)                                    Birth Date:   04/04/1986
Creation Date:   05/17/2022 03:16 PM
Service Date:   03/29/2022 10:00 AM - 11:00 AM                 Duration:     60 minutes
Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:   Office                           CPT Code:              Case #   RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | expansive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**
Client's partner presents to session all within normal limits. He comes to therapy to process best ways to support Client. Client is engaged, reflective and introspective. No danger assessed.

**Therapeutic Intervention:**

**Planned Intervention:**
Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 05/17/2022 03:18 PM

CONFIDENTIAL                       MCNAE 001975



# EQUIP COUNSELING, PLLC
## PROGRESS NOTES

Client:  Ronda McNae (RM00093)                         Birth Date:   04/04/1986
Creation Date:   04/01/2022 03:28 PM
Service Date:   03/31/2022 10:00 AM - 11:00 AM          Duration:   60 minutes
Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:   Office                    CPT Code:          Case #   RMC2000

| | | | | |
|---|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL | |
| Behavior: | WNL | Speech: | rapid | |
| Affect: | expansive | Mood: | wnl | |
| Thought Process: | fragmented | Thought Content: | WNL | |
| Perception: | WNL | Judgment: | WNL | |
| Insight: | WNL | Appetite: | unclear | |
| Sleep: | erratic | | | |
| Suicidality | Not Present | Homicidality | Not Present | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**
Client presents to in person session all within normal limits. She is able to articulate and process most pertinent issues specifically related to relationship, her sister, her continued search for justice and symptoms consistent with PTSD. Will continue to support Client on her journey. No danger assessed.

**Therapeutic Intervention:**


**Planned Intervention:**
Will continue previously stated interventions decided on collaboratively with client.


Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 04/01/2022 03:32 PM

CONFIDENTIAL                    MCNAE 001976



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

Client:  Ronda McNae (RM00093)                          Birth Date:    04/04/1986
Creation Date:    05/17/2022 03:13 PM
Service Date:     04/01/2022 02:00 PM - 03:00 PM        Duration:      60 minutes
Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):

| Place Of Service: | Office | | CPT Code: | | Case # | RMC2000 |
|---|---|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Appearance: | WNL | | Orientation: | WNL |
| Behavior: | WNL | | Speech: | rapid |
| Affect: | expansive | | Mood: | wnl |
| Thought Process: | fragmented | | Thought Content: | WNL |
| Perception: | WNL | | Judgment: | WNL |
| Insight: | WNL | | Appetite: | unclear |
| Sleep: | erratic | | | |
| Suicidality | Not Present | | Homicidality | Not Present |

## Diagnostic Impressions:

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

## Focus of Session:

Client presents to in person session all within normal limits. She is able to articulate and process most pertinent issues specifically related continued pursuit for justice. Client reports on desire to have others understand trauma response. Will continue to support Client while also supporting healthy coping strategies and balance. No danger assessed.

## Therapeutic Intervention:

## Planned Intervention:

Will continue previously stated interventions decided on collaboratively with client.

## Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 05/17/2022 03:14 PM

CONFIDENTIAL                    MCNAE 001977



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

Client:  Ronda McNae (RM00093)                                    Birth Date:    04/04/1986
Creation Date:    05/17/2022 03:10 PM
Service Date:    04/04/2022 10:00 AM - 11:00 AM                 Duration:    60 minutes
Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:    Telehealth                    CPT Code:              Case #    RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | expansive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**
Client presents to in person session all within normal Client calls for scheduled phone session all within normal limits. She reports that she, partner and kids are in SF with the hopes of filing a formal 'victim statement.' Client is able to process her needs around this. Will continue to support Client while also supporting healthy coping strategies and balance. No danger assessed.

**Therapeutic Intervention:**

**Planned Intervention:**
Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 05/17/2022 03:13 PM

CONFIDENTIAL                    MCNAE 001978



**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

Client:   Ronda McNae (RM00093)                                    Birth Date:   04/04/1986
Creation Date:   05/17/2022 03:02 PM
Service Date:   04/25/2022 10:00 AM - 11:00 AM                     Duration:   60 minutes
Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:   Office                          CPT Code:          Case #   RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | expansive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**
Client and partner present to in person session all within normal limits. She is able to articulate and process most pertinent issues specifically related continued pursuit for justice. Client reports on recent trip to SF to make a formal 'victim statement.' Client reports that she felt like she was being 'stonewalled by SVU' and felt the need to drive down and walk into the station in person. Client reports that she was unable to meet with who she had planned but found another detective at Central Station. Client continues to become dysregulated when discussing details. Will continue to support Client while also supporting healthy coping strategies and balance. No danger assessed.

**Therapeutic Intervention:**

**Planned Intervention:**
Will continue previously stated interventions decided on collaboratively with client.

**Return Appointment:**

CONFIDENTIAL                          MCNAE 001979



## EQUIP COUNSELING, PLLC

### PROGRESS NOTES

Client:  Ronda McNae (RM00093)                     Birth Date:   04/04/1986

Creation Date:   05/17/2022 03:02 PM

Service Date:   04/25/2022 10:00 AM - 11:00 AM              Duration:   60 minutes

Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)

Insurer(s):

Place Of Service:   Office                   CPT Code:          Case #   RMC2000

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 05/17/2022 03:09 PM

CONFIDENTIAL                    MCNAE 001980



# EQUIP COUNSELING, PLLC
## PROGRESS NOTES

Client:  Ronda McNae (RM00093)                          Birth Date:   04/04/1986
Creation Date:   05/17/2022 02:52 PM
Service Date:   04/28/2022 10:00 AM - 11:00 AM          Duration:      60 minutes
Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:   Office                    CPT Code:          Case #    RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | expansive | Mood: | wml |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**
Client presents to in person session all within normal limits. She is able to articulate and process most pertinent issues specifically related continued pursuit for justice. Client reports on continued frustration that things aren't moving smoother. She reports continued struggle to understand how Microsoft hasn't taken a more supportive stance. She plays part of a recorded phone call between her partner and someone at work. No danger assessed.

**Therapeutic Intervention:**


**Planned Intervention:**
Will continue previously stated interventions decided on collaboratively with client.


Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 05/17/2022 02:59 PM

CONFIDENTIAL                    MCNAE 001981



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

1

Client:  Ronda McNae (RM00093)                                    Birth Date:    04/04/1986
Creation Date:    05/17/2022 02:47 PM
Service Date:    05/02/2022 10:00 AM - 11:00 AM          Duration:      60 minutes
Provider(s):    Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:    Office                              CPT Code:          Case #     RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | expansive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**
Client presents to in person session all within normal limits. She is able to articulate and process most pertinent issues specifically related continued pursuit for justice. Client reports on recent phone call with reporter. She continues to process incident in SF. She struggles to remain regulated when discussing the specifics of each reported assault. No danger assessed.

**Therapeutic Intervention:**

**Planned Intervention:**
Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 05/17/2022 02:52 PM

CONFIDENTIAL                          MCNAE 001982



# EQUIP COUNSELING, PLLC
## PROGRESS NOTES

Client:  Ronda McNae (RM00093)                                  Birth Date:    04/04/1986
Creation Date:    05/17/2022 02:37 PM
Service Date:    05/05/2022 10:00 AM - 11:00 AM                  Duration:    60 minutes
Provider(s):    Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:    Office                    CPT Code:          Case #    RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | expansive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**
Client presents to in person session all within normal limits. She is able to articulate and process most pertinent issues specifically related continued pursuit for justice. Client continues to process her anger. Client is visibly dysregulated and begins gagging as she makes connections about MF's behavior. Client reports symptom reduction by sharing her story with others and receiving validation & understanding. No danger assessed.

**Therapeutic Intervention:**


**Planned Intervention:**
Will continue previously stated interventions decided on collaboratively with client.


Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 05/17/2022 02:47 PM

CONFIDENTIAL                    MCNAE 001983



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

Client:  Ronda McNae (RM00093)                                  Birth Date:   04/04/1986
Creation Date:   05/17/2022 02:30 PM
Service Date:   05/12/2022 10:00 AM - 11:00 AM                  Duration:    60 minutes
Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):

| Place Of Service: | Office | | CPT Code: | Case # | RMC2000 |

| | | | | |
|---|---|---|---|---|
| Appearance: | WNL | | Orientation: | WNL |
| Behavior: | WNL | | Speech: | rapid |
| Affect: | expansive | | Mood: | wnl |
| Thought Process: | fragmented | | Thought Content: | WNL |
| Perception: | WNL | | Judgment: | WNL |
| Insight: | WNL | | Appetite: | unclear |
| Sleep: | erratic | | | |
| Suicidality | Not Present | | Homicidality | Not Present |

**Diagnostic impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**
Client and partner present to in person session mostly within normal limits. Client becomes teary right at the onset of session and needs to be grounded. Client is then able to report on most pertinent issues and process with partner. Both are communicative and engaged. Client continues to seek justice and experience increased distress when roadblocks arise.
Client reports increased frustration with the lead detective in FL. Will continue to support Client while also supporting healthy coping strategies and balance. No danger assessed.

**Therapeutic Intervention:**

**Planned Intervention:**
Will continue previously stated interventions decided on collaboratively with client.

**Return Appointment:**

CONFIDENTIAL              MCNAE 001984



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

Client:   Ronda McNae (RM00093)                     Birth Date:   04/04/1986

Creation Date:   05/17/2022 02:30 PM

Service Date:   05/12/2022 10:00 AM - 11:00 AM        Duration:   60 minutes

Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)

Insurer(s):

Place Of Service:   Office                 CPT Code:          Case #   RMC2000

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 05/17/2022 02:36 PM

CONFIDENTIAL            MCNAE 001985



# EQUIP COUNSELING, PLLC
## PROGRESS NOTES

Client:  Ronda McNae (RM00093)                      Birth Date:      04/04/1986
Creation Date:    05/17/2022 02:18 PM
Service Date:     05/16/2022 10:00 AM - 11:00 AM           Duration:      60 minutes
Provider(s):    Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:    Office                  CPT Code:              Case #    RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | expansive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**
Client presents to in person session all within normal limits. She is able to articulate and process most pertinent issues specifically related continued pursuit for justice. Client reports on repeated contact from detective in FL and how this dysregulates her; Client is able to identify boundary. Client reports on desire to hire attorney in CA. Client reports increased thought about her NDA and is curious about 'duress.' Client requests my perception of her during the time period leading up to her signing the NDA. I do not recall specific perceptions but recall her reporting 'pressure' and 'urgency' to make a decision. Will continue to support Client while also supporting healthy coping strategies and balance. No danger assessed.

**Therapeutic intervention:**


**Planned Intervention:**
Will continue previously stated interventions decided on collaboratively with client.


Return Appointment:


CONFIDENTIAL                    MCNAE 001986



## EQUIP COUNSELING, PLLC

### PROGRESS NOTES

Client:  Ronda McNae (RM00093)                          Birth Date:    04/04/1986

Creation Date:    05/17/2022 02:18 PM

Service Date:    05/16/2022 10:00 AM - 11:00 AM          Duration:      60 minutes

Provider(s):    Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)

Insurer(s):

Place Of Service:    Office                    CPT Code:              Case #    RMC2000

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 05/17/2022 02:30 PM

CONFIDENTIAL             MCNAE 001987



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

Client:  Ronda McNae (RM00093)                          Birth Date:   04/04/1986
Creation Date:   05/19/2022 01:05 PM
Service Date:   05/19/2022 10:00 AM - 11:00 AM          Duration:     60 minutes
Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:   Office                    CPT Code:          Case #   RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | up and down | Mood: | wnl |
| Thought Process: | goal directed | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**
Client presents to in person session outside normal limits- she is on the phone when entering the room. i give her time and space to finish the call (call is not on speaker). She is able to articulate and process most pertinent issues specifically related continued pursuit for justice. Client reports on phone call yesterday with three lawyers, consulting about her case. Partner joins for the last 25 mins and they are able to process upcoming phone call with Microsoft employee relations. Will continue to support Client while also supporting healthy coping strategies and balance. No danger assessed.

**Therapeutic Intervention:**

**Planned Intervention:**
Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

CONFIDENTIAL                    MCNAE 001988



# EQUIP COUNSELING, PLLC
## PROGRESS NOTES

Client:   Ronda McNae (RM00093)                          Birth Date:   04/04/1986
Creation Date:   05/19/2022 01:05 PM
Service Date:   05/19/2022 10:00 AM - 11:00 AM          Duration:   60 minutes
Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:   Office                    CPT Code:          Case #   RMC2000

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 05/19/2022 01:09 PM

**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

Client:  Ronda McNae (RM00093)                          Birth Date:    04/04/1986
Creation Date:    05/23/2022 04:13 PM
Service Date:    05/23/2022 10:00 AM - 11:00 AM       Duration:      60 minutes
Provider(s):    Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:    Office                          CPT Code:        Case #     RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | up and down | Mood: | wnl |
| Thought Process: | goal directed | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**
Client and partner present to in person session all within normal limits. She is able to articulate and process most pertinent issues specifically related continued pursuit for justice. Both are able to reflect on recent call with Microsoft and partner's employee relations rep. Client reflects on how stressful NDA continues to be and their desire to have Microsoft help dissolve it so as to reduce impact. Client and partner continue to seek more understanding around manipulation, power dynamics, and antisocial personality disorders. I reiterate that I am willing to educate but not align or label. Both nod in agreement. No danger assessed.

**Therapeutic Intervention:**


**Planned Intervention:**
Will continue previously stated interventions decided on collaboratively with client.


Return Appointment:



# EQUIP COUNSELING, PLLC
## PROGRESS NOTES

Client:  Ronda McNae (RM00093)                              Birth Date:    04/04/1986
Creation Date:    05/23/2022 04:13 PM
Service Date:     05/23/2022 10:00 AM - 11:00 AM           Duration:     60 minutes
Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:    Office                    CPT Code:            Case #    RMC2000

---

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 05/23/2022 04:37 PM



# EQUIP COUNSELING, PLLC
## CONTACT NOTE

Client:   Ronda McNae (RM00093)                    Birth Date:   04/04/1986

Insurer(s):

Date:   05/25/2022 12:17 PM     Staff Member:   Owner Sarah Dellinger, MS, LMFTA     Case #     RMC2000
                                                (NPI:
                                                1245753649)

**Relationship to Client:**

Other; Investigator for the Department of Police Accountability (SFPD)

**Means of contact:**

email

**Note:**

In attempts to connect with Natalie Chan from SFPD, I send follow up email offering several available time slots as we continue to play 'phone tag.'

Staff Signature:                                        Date:

**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

| | | | |
|---|---|---|---|
| Client: Ronda McNae (RM00093) | | Birth Date: | 04/04/1986 |
| Creation Date: 06/02/2022 04:28 PM | | | |
| Service Date: 05/31/2022 10:00 AM - 11:00 AM | | Duration: | 60 minutes |
| Provider(s): Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | | |
| Insurer(s): | | | |
| Place Of Service: Office | CPT Code: | Case # | RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | up and down | Mood: | wnl |
| Thought Process: | goal directed | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to session all within normal limits. She is able to process most pertinent issues specifically related to her continued pursuit for justice and emotional stability. Client reports re: article in Business Insider and the culture. Client is engaged, reflective and introspective. She reports on current emotional lability, flashbacks, nightmares, and coping. No danger assessed.

**Therapeutic Intervention:**


**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.


Return Appointment:


Staff Signature: *Sarah Dellinger*

Owner Sarah Dellinger, MS, LMFTA Therapist

I approve this document

Signed: 06/10/2022 03:45 PM

CONFIDENTIAL                    MCNAE 001993



# EQUIP COUNSELING, PLLC
## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: Ronda McNae (RM00093) | | Birth Date: | 04/04/1986 |
| Creation Date: 06/02/2022 04:26 PM | | | |
| Service Date: 06/02/2022 10:00 AM - 11:00 AM | | Duration: | 60 minutes |
| Provider(s): Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | | |
| Insurer(s): | | | |
| Place Of Service: Office | CPT Code: | Case # | RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | up and down | Mood: | wnl |
| Thought Process: | goal directed | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client and partner present to in person session all within normal limits. Client is emotional upon onset of session and she is able to articulate and process most pertinent issues specifically related to communication with spouse. Both are able to reflect on reflective and introspective re: fear and what support looks like. No danger assessed.

**Therapeutic Intervention:**

**Planned Intervention:**
Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 06/02/2022 04:28 PM

CONFIDENTIAL          MCNAE 001994



## EQUIP COUNSELING, PLLC
### PROGRESS NOTES

| | |
|---|---|
| Client:  Ronda McNae (RM00093) | Birth Date:   04/04/1986 |
| Creation Date:   06/07/2022 01:24 PM | |
| Service Date:   06/06/2022 10:00 AM - 11:00 AM | Duration:   60 minutes |
| Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | |
| Insurer(s): | |
| Place Of Service:   Office | CPT Code:   Case #   RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | up and down | Mood: | wnl |
| Thought Process: | goal directed | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to in person session all within normal limits. Client reports on most pertinent issues that include marriage, parenting, pursuit for justice, and mental health. Client reports that husband is out of town for work and continues to question his level of support. Client is able to be reflective and introspective; she reports on being dysregulated over the weekend but identifies that gardening is helpful. No danger assessed.

**Therapeutic Intervention:**


**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.


Return Appointment:


Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 06/10/2022 03:44 PM

CONFIDENTIAL                    MCNAE 001995



# EQUIP COUNSELING, PLLC
## PROGRESS NOTES

Client: Ronda McNae (RM00093)          Birth Date:   04/04/1986
Creation Date:   06/10/2022 10:48 AM
Service Date:    06/10/2022 10:00 AM - 11:00 AM        Duration:      60 minutes
Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:      Office                 CPT Code:          Case #   RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | up and down | Mood: | wnl |
| Thought Process: | goal directed | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to in person session all within normal limits. Client reports on most pertinent issues that include continued psychoeducation re: trauma and healing. Client reports that husband returned early from business trip and reflects on her coping while he was away. Client reflects on continued frustration re: Microsoft culture and the pressure felt to sign the NDA. Client is able to process next steps if she is unable to find a lawyer to take her case in CA. No danger assessed.

**Therapeutic Intervention:**


**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.


Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 06/10/2022 10:51 AM          CONFIDENTIAL          MCNAE 001996

EQUIP

## EQUIP COUNSELING, PLLC
### PROGRESS NOTES

Client:  Ronda McNae (RM00093)                                          Birth Date:   04/04/1986
Creation Date:   06/14/2022 11:45 AM
Service Date:    06/13/2022 11:00 AM - 12:00 PM              Duration:     60 minutes
Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:   Office                        CPT Code:            Case #    RMC2000

| | | | | |
|---|---|---|---|---|
| Appearance: | WNL | | Orientation: | WNL |
| Behavior: | WNL | | Speech: | WNL |
| Affect: | WNL | | Mood: | wnl |
| Thought Process: | goal directed | | Thought Content: | WNL |
| Perception: | WNL | | Judgment: | WNL |
| Insight: | WNL | | Appetite: | unclear |
| Sleep: | WNL | | | |
| Suicidality | Not Present | | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**
Client presents to in person session all within normal limits. Client reports on most pertinent issues that include continued psychoeducation re: trauma and healing including Chanel Miller, Brene Brown and Glennon Doyle. Client reports on conversations with BI reporter and feelings related. Client reflects on husband's level of support at this time. No danger assessed.

**Therapeutic Intervention:**

**Planned Intervention:**
Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 06/14/2022 11:47 AM

CONFIDENTIAL                          MCNAE 001997

**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

EQUIP

Client:  Ronda McNae (RM00093)                          Birth Date:    04/04/1986
Creation Date:    06/22/2022 02:33 PM
Service Date:      06/16/2022 10:00 AM - 11:00 AM        Duration:      60 minutes
Provider(s):    Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:    Office                  CPT Code:          Case #   RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | WNL | Mood: | wnl |
| Thought Process: | disorganized | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**
Client and partner presents to in person session all within normal limits. Client reports on most pertinent issues that include ongoing legal issues. Client reads letter from new legal representation from Software One. Client reflects on continued anger towards NDA and desire to dissolve. Client becomes dysregulated and shares about feelings of hopelessness. I assess for SI, she denies. Will checkin.

**Therapeutic Intervention:**

**Planned Intervention:**
Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 06/22/2022 02:36 PM

CONFIDENTIAL                    MCNAE 001998

**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

Client:  Ronda McNae (RM00093)                          Birth Date:    04/04/1986

Creation Date:    06/22/2022 02:30 PM

Service Date:     06/20/2022 10:00 AM - 11:00 AM          Duration:      60 minutes

Provider(s):    Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)

Insurer(s):

Place Of Service:    Office                    CPT Code:           Case #    RMC2000

| | | | | |
|---|---|---|---|---|
| Appearance: | WNL | | Orientation: | WNL |
| Behavior: | WNL | | Speech: | WNL |
| Affect: | WNL | | Mood: | wnl |
| Thought Process: | goal directed | | Thought Content: | WNL |
| Perception: | WNL | | Judgment: | WNL |
| Insight: | WNL | | Appetite: | unclear |
| Sleep: | WNL | | | |
| Suicidality | Not Present | | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to in person session all within normal limits. Client is writing in her journal at the onset of session- I give her time/space to finish her thought. Client reports on most pertinent issues specifically related to her weekend and ability to find 'joy' while playing in an adult soccer game. Client is reflective and introspective about connections made. No danger assessed.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*

Owner Sarah Dellinger, MS, LMFTA Therapist

I approve this document

Signed: 06/22/2022 02:32 PM

CONFIDENTIAL                    MCNAE 001999

**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

| | | | |
|---|---|---|---|
| Client: Ronda McNae (RM00093) | | Birth Date: | 04/04/1986 |
| Creation Date: 06/22/2022 02:27 PM | | | |
| Service Date: 06/22/2022 10:00 AM - 11:00 AM | | Duration: | 60 minutes |
| Provider(s): Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | | |
| Insurer(s): | | | |
| Place Of Service: Office | CPT Code: | Case # | RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | WNL | Mood: | wnl |
| Thought Process: | goal directed | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client and partner presents to in person session all within normal limits. Client reports on most pertinent issues that include meeting with 'celebrity' yesterday. She reflects on her ability to regulate when becoming dysregulated. Partner reflects on his call with Microsoft HR and they both process where they stand now. We discuss boundaries, communication and self-care. No danger assessed.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*

Owner Sarah Dellinger, MS, LMFTA Therapist

I approve this document

Signed: 06/22/2022 02:29 PM

CONFIDENTIAL                    MCNAE 002000

**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

Client:  Ronda McNae (RM00093)                                    Birth Date:   04/04/1986
Creation Date:   06/27/2022 05:44 PM
Service Date:    06/27/2022 12:00 PM - 01:00 PM              Duration:      60 minutes
Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:    Office                          CPT Code:          Case #    RMC2000

| | | | | |
|---|---|---|---|---|
| Appearance: | WNL | | Orientation: | WNL |
| Behavior: | WNL | | Speech: | WNL |
| Affect: | WNL | | Mood: | wnl |
| Thought Process: | wnl | | Thought Content: | WNL |
| Perception: | WNL | | Judgment: | WNL |
| Insight: | WNL | | Appetite: | unclear |
| Sleep: | WNL | | | |
| Suicidality | Not Present | | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client and partner presents to in person session all within normal limits. Client reports on most pertinent issues that include recent trip over the weekend. She reflects on feelings of hope in the future and her marriage, as well as the ability to recognize ability to do self-care. Partner reflects on his current state with Microsoft and ability to gain more perspective. Both are engaged, reflective and introspective. No danger assessed.

**Therapeutic Intervention:**


**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.


Return Appointment:


Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 06/27/2022 05:47 PM

CONFIDENTIAL                    MCNAE 002001



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

Client: Ronda McNae (RM00093)   Birth Date: 04/04/1986
Creation Date: 07/02/2022 04:59 PM
Service Date: 07/01/2022 12:00 PM - 01:00 PM   Duration: 60 minutes
Provider(s): Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service: Office   CPT Code:   Case # RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | WNL | Mood: | wnl |
| Thought Process: | wnl | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**
Client presents to in person session all within normal limits. Client is in good spirits and reflects on new puppies at home. Client reports on most pertinent issues related to her current situation. She reports on meeting with someone who may help her write a book; she reports feeling hopeful with this idea. She reports feeling continued disappointment in the legal system. She is engaged, reflective and introspective. No danger assessed.

**Therapeutic Intervention:**


**Planned Intervention:**
Will continue previously stated interventions decided on collaboratively with client.


Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 07/02/2022 05:02 PM

CONFIDENTIAL   MCNAE 002002



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

Client:  Ronda McNae (RM00093)                                    Birth Date:   04/04/1986
Creation Date:   09/08/2022 11:16 AM
Service Date:    07/11/2022 10:00 AM - 11:00 AM          Duration:      60 minutes
Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:    Office                         CPT Code:            Case #     RMC2000

| Appearance: | WNL | Orientation: | WNL |
|---|---|---|---|
| Behavior: | WNL | Speech: | WNL |
| Affect: | appropriate to situation | Mood: | anxious: mild |
| Thought Process: | wnl | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**
Client presents to session mostly within normal limits. Client reports on most pertinent issues related to her current situation. She is engaged, reflective and introspective and able to be re-grounded after dysregulation. Client is able to process worries and desire for justice. No danger assessed.

**Therapeutic Intervention:**
Upon consultation, I will continue to provide support for Client while encouraging self-care, balance, and exploring window of tolerance for episodic dysregulation.

**Planned intervention:**

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 09/08/2022 11:18 AM

CONFIDENTIAL                    MCNAE 002003

**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

EQUIP

| | | | |
|---|---|---|---|
| Client: Ronda McNae (RM00093) | | Birth Date: 04/04/1986 | |
| Creation Date: 09/08/2022 11:12 AM | | | |
| Service Date: 07/18/2022 10:00 AM - 11:00 AM | | Duration: 60 minutes | |
| Provider(s): Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | | |
| Insurer(s): | | | |
| Place Of Service: Office | | CPT Code: | Case # RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | emotional | Mood: | WNL |
| Thought Process: | wnl | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | wnl |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**
Client and partner present to in person session all within normal limits. Client is eager to share about recent legal developments. Both Client and partner are able to articulate feelings around this development and explore next best steps. Both are engaged, curious and introspective. Client is able to process feelings and desire for justice. No danger assessed.

**Therapeutic Intervention:**
Upon consultation, I will continue to provide support for Client while encouraging self-care, balance, and exploring window of tolerance for episodic dysregulation.

**Planned Intervention:**


Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 09/08/2022 11:16 AM              CONFIDENTIAL              MCNAE 002004



# EQUIP COUNSELING, PLLC
## PROGRESS NOTES

| | | |
|---|---|---|
| Client: Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: 09/08/2022 11:06 AM | | |
| Service Date: 07/22/2022 11:00 AM - 12:00 PM | Duration: | 60 minutes |
| Provider(s): Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | |
| Place Of Service: Office | CPT Code: | Case # RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | emotional | Mood: | anxious: moderate |
| Thought Process: | wnl | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**
Client presents to in person session mostly within normal limits. Client reports on most pertinent issues related to her current situation including continued frustration around singing the NDA- she says, "I felt like I had to. I didn't see another way out" (Client words). Client continues to process feelings of being silenced. Client reports on a positive conversation with husband re: vulnerability. No danger assessed.

**Therapeutic Intervention:**
Upon consultation, I will continue to provide support for Client while encouraging self-care, balance, and exploring window of tolerance for episodic dysregulation.

**Planned Intervention:**


Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 09/08/2022 11:11 AM                    CONFIDENTIAL                    MCNAE 002005

**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

Client:  Ronda McNae (RM00093)                          Birth Date:    04/04/1986

Creation Date:    09/08/2022 11:02 AM

Service Date:     08/08/2022 10:00 AM - 11:00 AM         Duration:      60 minutes

Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)

Insurer(s):

Place Of Service:    Office                    CPT Code:          Case #    RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | WNL | Mood: | WNL |
| Thought Process: | WNL | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client and partner present to in person session all within normal limits. Client reports on most pertinent issues. She is regulated and talks rapidly; she has as notebook with her and attempts to get through her 'list' during our session. She gets emotional when talking about the increased stress on children lately. She reflects on memories from Florida. No danger assessed.

**Therapeutic Intervention:**

Upon consultation, I will continue to provide support for Client while encouraging self-care, balance, and exploring window of tolerance for episodic dysregulation.

**Planned Intervention:**

Return Appointment:

Staff Signature: *Sarah Dellinger*

Owner Sarah Dellinger, MS, LMFTA Therapist

I approve this document

Signed: 09/08/2022 11:06 AM                    CONFIDENTIAL                    MCNAE 002006

**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 09/08/2022 10:54 AM | | |
| Service Date: | 08/11/2022 11:00 AM - 12:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #  RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | appropriate to situation | Mood: | anxious: mild |
| Thought Process: | wnl | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to in person session all within normal limits. Client reports on most pertinent issues including discord with extended family. Client shares update on case in Florida; she is calm and clear as she shares. She reports confidence in her lawyer. She reports on specific memories that include feeling "unsafe but not sure why" (Client words). No danger assessed.

**Therapeutic Intervention:**

Upon consultation, I will continue to provide support for Client while encouraging self-care, balance, and exploring window of tolerance for episodic dysregulation.

**Planned Intervention:**

Return Appointment:

Staff Signature: *Sarah Dellinger*

Owner Sarah Dellinger, MS, LMFTA Therapist

I approve this document

Signed: 09/08/2022 10:59 AM

CONFIDENTIAL

MCNAE 002007

**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

Client:  Ronda McNae (RM00093)                          Birth Date:   04/04/1986

Creation Date:   09/08/2022 10:48 AM

Service Date:   08/23/2022 10:00 AM - 11:00 AM        Duration:     60 minutes

Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)

Insurer(s):

Place Of Service:   Office                           CPT Code:          Case #   RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | emotional | Mood: | anxious: mild |
| Thought Process: | wnl | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to in person session mostly within normal limits- she needs to be grounded upon arrival as she get emotional. Client reflects on most recent legal proceedings. Client reports increased dysregulation when thinking about Florida and interactions with MF. We discuss coping, support, next steps. No danger assessed.

**Therapeutic Intervention:**

Upon consultation, I will continue to provide support for Client while encouraging self-care, balance, and exploring window of tolerance for episodic dysregulation.

**Planned intervention:**


Return Appointment:

Staff Signature: *Sarah Dellinger*

Owner Sarah Dellinger, MS, LMFTA Therapist

I approve this document

Signed: 09/08/2022 10:54 AM

CONFIDENTIAL                          MCNAE 002008

# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

Client:  Ronda McNae (RM00093)                           Birth Date:   04/04/1986

Creation Date:   09/08/2022 10:44 AM

Service Date:    08/26/2022 01:00 PM - 02:00 PM          Duration:     60 minutes

Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)

Insurer(s):

Place Of Service:   Office                    CPT Code:          Case #    RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | WNL | Mood: | WNL |
| Thought Process: | WNL | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client and partner present to in person session all within normal limits. Client reports on most pertinent issues related to her current situation. Client reports continued frustration re: communication with spouse- we discuss. Both Client and spouse are alert, engaged and introspective. Client continues to reflect one her trauma. No danger assessed.

**Therapeutic Intervention:**

Upon consultation, I will continue to provide support for Client while encouraging self-care, balance, and exploring window of tolerance for episodic dysregulation.

**Planned intervention:**


Return Appointment:

Staff Signature: *Sarah Dellinger*

Owner Sarah Dellinger, MS, LMFTA Therapist

I approve this document

Signed: 09/08/2022 10:48 AM

CONFIDENTIAL                    MCNAE 002009

**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

| | | | |
|---|---|---|---|
| Client: Ronda McNae (RM00093) | | Birth Date: | 04/04/1986 |
| Creation Date: 09/08/2022 10:37 AM | | | |
| Service Date: 09/02/2022 11:00 AM - 12:00 PM | | Duration: | 60 minutes |
| Provider(s): Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | | |
| Insurer(s): | | | |
| Place Of Service: Office | CPT Code: | Case # | RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | WNL | Mood: | WNL |
| Thought Process: | wnl | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to in person session all within normal limits. Client is in good spirits and very talkative. She reports on most pertinent issues and explores goals. She is engaged, reflective and introspective about recent trip to a writing workshop. Client is able to process next best steps. No danger assessed.

**Therapeutic Intervention:**

Upon consultation, I will continue to provide support for Client while encouraging self-care, balance, and exploring window of tolerance for episodic dysregulation.

**Planned Intervention:**


Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 09/08/2022 10:43 AM

CONFIDENTIAL                    MCNAE 002010



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

Client:  Ronda McNae (RM00093)                        Birth Date:   04/04/1986
Creation Date:   09/08/2022 10:27 AM
Service Date:    09/06/2022 10:00 AM - 11:00 AM         Duration:      60 minutes
Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:   Office                    CPT Code:          Case #    RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | labile | Mood: | anxious: mild |
| Thought Process: | wnl | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder – Acute

**Focus of Session:**
Client and partner present to in person session all within normal limits. Client reports on most pertinent issues related to her current situation. She becomes dysregulated in session and starts gagging as she reflects on memories from the night in Miami. Both Client and partner discuss best next steps; client reports feeling continued disappointment in the legal system. She is engaged, reflective and introspective and able to be re-grounded after dysregulation. Client is able to process worries and desire for justice. No danger assessed.

**Therapeutic intervention:**
Upon consultation, I will continue to provide support for Client while encouraging self-care, balance, and exploring window of tolerance for episodic dysregulation.

**Planned Intervention:**


Return Appointment:

CONFIDENTIAL                    MCNAE 002011



## EQUIP COUNSELING, PLLC
### PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client:  Ronda McNae (RM00093) | | Birth Date: | 04/04/1986 |
| Creation Date:    09/08/2022 10:27 AM | | | |
| Service Date:    09/06/2022 10:00 AM - 11:00 AM | | Duration: | 60 minutes |
| Provider(s):    Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | | |
| Insurer(s): | | | |
| Place Of Service:    Office | CPT Code: | Case # | RMC2000 |

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 09/08/2022 04:22 PM

**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

Client:  Ronda McNae (RM00093)                                    Birth Date:     04/04/1986

Creation Date:     09/08/2022 04:14 PM

Service Date:      09/08/2022 10:00 AM - 11:00 AM              Duration:      60 minutes

Provider(s):    Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)

Insurer(s):

Place Of Service:    Office                          CPT Code:        Case #    RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | appropriate to situation | Mood: | anxious: mild |
| Thought Process: | wnl | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client and partner present to in person session all within normal limits. Partner reports that Client was very emotional prior to session and Client reports that this office is a "safe place" for her (Client words). Client reports connection between increased stress and increased body pain/autoimmune related symptoms. Client reflects on moderate anxiety re: legal case; she is able to be reflective as remains regulated as she processes. I discuss with Client impact of sharing her notes with counsel; she signs ROI. No danger assessed.

**Therapeutic Intervention:**

Upon consultation, I will continue to provide support for Client while encouraging self-care, balance, and exploring window of tolerance for episodic dysregulation.

**Planned Intervention:**

Return Appointment;

CONFIDENTIAL                    MCNAE 002013



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client:  Ronda McNae (RM00093) | | Birth Date: | 04/04/1986 |
| Creation Date:  09/08/2022 04:14 PM | | | |
| Service Date:  09/08/2022 10:00 AM - 11:00 AM | | Duration: | 60 minutes |
| Provider(s):  Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | | |
| Insurer(s): | | | |
| Place Of Service:  Office | CPT Code: | Case # | RMC2000 |

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 09/08/2022 04:21 PM

EQUIP

**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

Client:  Ronda McNae (RM00093)                                  Birth Date:   04/04/1986
Creation Date:    09/19/2022 11:18 AM
Service Date:     09/12/2022 10:00 AM - 11:00 AM                Duration:     60 minutes
Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:   Office                      CPT Code:              Case #      RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | wnl | Mood: | wnl |
| Thought Process: | wnl | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | wnl |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**
Client and partner present to in person session all within normal limits. Partner is here to support. Client reflects on most recent feelings surrounding her legal battle. Client reflects on her distress around the word 'consent.' Client is regulated in session but reports increased gagging and other symptoms consistent with acute PTSD. No danger assessed.

**Therapeutic Intervention:**
Upon consultation, I will continue to provide support for Client while encouraging self-care, balance, and exploring window of tolerance for episodic dysregulation.

**Planned Intervention:**


Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 09/19/2022 11:21 AM                 CONFIDENTIAL                 EQUIP 000280



# EQUIP COUNSELING, PLLC
## PROGRESS NOTES

Client:  Ronda McNae (RM00093)                          Birth Date:    04/04/1986
Creation Date:    09/19/2022 11:10 AM
Service Date:    09/15/2022 10:00 AM - 11:00 AM          Duration:    60 minutes
Provider(s):    Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:    Office                             CPT Code:        Case #    RMC2000

| Appearance: | WNL | Orientation: | WNL |
|---|---|---|---|
| Behavior: | WNL | Speech: | WNL |
| Affect: | wnl | Mood: | wnl |
| Thought Process: | wnl | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | wnl |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

## Diagnostic Impressions:

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

## Focus of Session:

Client presents to in person session all within normal limits. Client reflects on most recent feelings surrounding her legal battle; she reports frustrations towards the speed of the investigation. She continues to seek understanding and validation around her 'trauma response' and reports that she has reached out to an 'expert witness' to help explain this; she does not confirm/deny the support of said expert witness. Client reflects on feelings around settling the case. Client is regulated in session; reports moderate to increased dysregulation outside the office. No danger assessed.

## Therapeutic Intervention:

Upon consultation, I will continue to provide support for Client while encouraging self-care, balance, and exploring window of tolerance for episodic dysregulation.

## Planned Intervention:


Return Appointment:


CONFIDENTIAL                    EQUIP 000278



## EQUIP COUNSELING, PLLC
### PROGRESS NOTES

Client:   Ronda McNae (RM00093)                          Birth Date:   04/04/1986
Creation Date:   09/19/2022 11:10 AM
Service Date:   09/15/2022 10:00 AM - 11:00 AM            Duration:   60 minutes
Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:   Office                    CPT Code:          Case #   RMC2000

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 09/19/2022 11:16 AM

CONFIDENTIAL             EQUIP 000279



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

Client: Ronda McNae (RM00093)                                     Birth Date:    04/04/1986
Creation Date:   09/20/2022 12:44 PM
Service Date:    09/19/2022 10:00 AM - 11:00 AM                   Duration:      60 minutes
Provider(s):    Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:   **Office**                          CPT Code:          Case #     RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | appropriate to situation | Mood: | WNL |
| Thought Process: | goal directed | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | wnl |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

## Diagnostic Impressions:

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

## Focus of Session:

Client presents to in person session all within normal limits. Client is busy texting at the onset of session; I give her time/space to complete. She reflects on most recent feelings surrounding her legal and frustration felt around certain issues. She continues to seek understanding around psychological terms such as 'trauma bonding' and 'cohersive control.' She reports finding experts that specialize in these areas. Client is regulated in session; reports moderate to increased dysregulation outside the office. No danger assessed.

## Therapeutic Intervention:

Upon consultation, I will continue to provide support for Client while encouraging self-care, balance, and exploring window of tolerance for episodic dysregulation.

## Planned Intervention:

## Return Appointment:

CONFIDENTIAL                          EQUIP 000281



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: Ronda McNae (RM00093) | | Birth Date: | 04/04/1986 |
| Creation Date: 09/20/2022 12:44 PM | | | |
| Service Date: 09/19/2022 10:00 AM - 11:00 AM | | Duration: | 60 minutes |
| Provider(s): Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | | |
| Insurer(s): | | | |
| Place Of Service: Office | CPT Code: | Case # | RMC2000 |

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 09/20/2022 12:48 PM



# EQUIP COUNSELING, PLLC
## PROGRESS NOTES

Client:  Ronda McNae (RM00093)                                    Birth Date:    04/04/1986
Creation Date:    09/28/2022 01:59 PM
Service Date:    09/22/2022 10:00 AM - 11:00 AM            Duration:      60 minutes
Provider(s):    Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:    Office                                      CPT Code:              Case #    RMC2000

| | | | | |
|---|---|---|---|---|
| Appearance: | WNL | | Orientation: | WNL |
| Behavior: | WNL | | Speech: | WNL |
| Affect: | appropriate to situation | | Mood: | WNL |
| Thought Process: | goal directed | | Thought Content: | focused |
| Perception: | WNL | | Judgment: | WNL |
| Insight: | WNL | | Appetite: | wnl |
| Sleep: | WNL | | | |
| Suicidality | Not Present | | Homicidality | Not Present |

## Diagnostic Impressions:

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

## Focus of Session:
Client presents to in person session all within normal limits. Client reports moderate anxiety over the weekend while working on the case. She reports moments of 'overload' and 'dysregulation' while going through legal documents. We discuss coping. She talks about themes that continue to be of curiosity to Client, including: trauma bonding and Stockholm syndrome. She reports that she continues to find literature, videos and books to understand. She reports feeling 'heard' by lawyers and that this feel validating. She reflects on next steps. No danger assessed.

## Therapeutic Intervention:
Upon consultation, I will continue to provide support for Client while encouraging self-care, balance, and exploring window of tolerance for episodic dysregulation.

## Planned Intervention:


Return Appointment:


CONFIDENTIAL                              EQUIP 000283



# EQUIP COUNSELING, PLLC

### PROGRESS NOTES

2.

Client:  Ronda McNae (RM00093)                          Birth Date:   04/04/1986
Creation Date:   09/28/2022 01:59 PM
Service Date:   09/22/2022 10:00 AM - 11:00 AM          Duration:   60 minutes
Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:   Office                    CPT Code:              Case #   RMC2000

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 09/28/2022 02:03 PM



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

Client:   Ronda McNae (RM00093)                                      Birth Date:   04/04/1986
Creation Date:   09/28/2022 02:07 PM
Service Date:   09/26/2022 10:00 AM - 11:00 AM                        Duration:   60 minutes
Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:   Office                          CPT Code:                Case #   RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | expansive | Mood: | WNL |
| Thought Process: | flight of ideas | Thought Content: | ideas of reference |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | wnl |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**
Client presents to in person session all within normal limits. Client reports that she was sick over the weekend but is feeling better today. She processes equivocal feelings as to the outcome of the case. She is able to be introspective about potential outcomes while displaying increased dysregulation when discussing specific aspects. She is able to regulate herself through deep breath and redirection. She reports 'numbness in body during movements of dissociation' and is distressed by this. We discuss. No immediate danger observed.

**Therapeutic intervention:**
Upon consultation, I will continue to provide support for Client while encouraging self-care, balance, and exploring window of tolerance for episodic dysregulation.

**Planned Intervention:**

Return Appointment:

CONFIDENTIAL                          EQUIP 000285



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

Client:  Ronda McNae (RM00093)                          Birth Date:    04/04/1986

Creation Date:    09/28/2022 02:07 PM

Service Date:    09/26/2022 10:00 AM - 11:00 AM          Duration:    60 minutes

Provider(s):    Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)

Insurer(s):

Place Of Service:    Office              CPT Code:        Case #    RMC2000

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 09/28/2022 02:13 PM



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

Client:  Ronda McNae (RM00093)                     Birth Date:   04/04/1986
Creation Date:    09/30/2022 11:51 AM
Service Date:     09/29/2022 10:00 AM - 11:00 AM          Duration:    60 minutes
Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:    Office                    CPT Code:              Case #     RMC2000

| | | | | |
|---|---|---|---|---|
| Appearance: | WNL | | Orientation: | WNL |
| Behavior: | WNL | | Speech: | WNL |
| Affect: | WNL | | Mood: | WNL |
| Thought Process: | fragmented | | Thought Content: | ideas of reference |
| Perception: | WNL | | Judgment: | WNL |
| Insight: | WNL | | Appetite: | wnl |
| Sleep: | WNL | | | |
| Suicidality | Not Present | | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**
Client presents to in person session all within normal limits. She is 10 min late to session and is eager to process emotions related to legal case. She shares about recent phone call with lawyers. She reflects on trauma experienced with step-father and it's continued impact on her functioning. She reports that she has shared some of this with lawyers. Client continues to report internal conflict between her own intuition and compassion. She is regulated in session and reflective. No danger assessed.

**Therapeutic intervention:**
Upon consultation, I will continue to provide support for Client while encouraging self-care, balance, and exploring window of tolerance for episodic dysregulation.

**Planned Intervention:**


**Return Appointment:**


CONFIDENTIAL                    EQUIP 000287



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

Client:  Ronda McNae (RM00093)                                    Birth Date:     04/04/1986
Creation Date:     09/30/2022 11:51 AM
Service Date:      09/29/2022 10:00 AM - 11:00 AM          Duration:      60 minutes
Provider(s):    Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:    Office                          CPT Code:                Case #    RMC2000

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 09/30/2022 11:55 AM



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

Client:  Ronda McNae (RM00093)                         Birth Date:    04/04/1986
Creation Date:    10/10/2022 11:12 AM
Service Date:    10/03/2022 10:00 AM - 11:00 AM                         Duration:    60 minutes
Provider(s):    Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:    Office                         CPT Code:                   Case #    RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | WNL | Mood: | WNL |
| Thought Process: | fragmented | Thought Content: | wnl |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | wnl |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**
Client presents to in person session all within normal limits. She is eager to share with me that she obtained the CHIN report she filed in HS. She reads from part of it in session, client becomes dysregulated and needs to stop several times. She reports curiosity about the statute of limitations for filing charges against her step-father. She also reports disappointment in update from SFPD and is able to process feelings. Client is alert, reflective, and able to be re-grounded when periodically dysregulated. No danger assessed at this time.

**Therapeutic intervention:**
Upon consultation, I will continue to provide support for Client while encouraging self-care, balance, and exploring window of tolerance for episodic dysregulation.

**Planned Intervention:**


Return Appointment:

CONFIDENTIAL                         EQUIP 000289



## EQUIP COUNSELING, PLLC

### PROGRESS NOTES

Client:  Ronda McNae (RM00093)                    Birth Date:   04/04/1986

Creation Date:   10/10/2022 11:12 AM

Service Date:    10/03/2022 10:00 AM - 11:00 AM              Duration:    60 minutes

Provider(s):    Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)

Insurer(s):

Place Of Service:   Office                     CPT Code:          Case #    RMC2000

Staff Signature: *Sarah Dellinger*

Owner Sarah Dellinger, MS, LMFTA Therapist

I approve this document

Signed: 10/10/2022 11:19 AM

EQUIP

## EQUIP COUNSELING, PLLC
### PROGRESS NOTES

Client:  Ronda McNae (RM00093)                                     Birth Date:    04/04/1986
Creation Date:    10/13/2022 04:53 PM
Service Date:    10/13/2022 10:00 AM - 11:00 AM              Duration:      60 minutes
Provider(s):    Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:    Office                          CPT Code:              Case #   RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | WNL | Mood: | WNL |
| Thought Process: | loosely associated | Thought Content: | wnl |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | wnl |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**
Client and partner presents to in person session all within normal limits. She is in good spirits but has a raspy voice; she reports that she has laryngitis which is also why she had to cancel our last session. She reports that she will see her primary physician later today as the antibiotics do not seem to be working. Client reports new curiosity into alternative interventions for PTSD symptoms; she is reflective about her desire for symptom reduction. Client reports on positive conversation with step-sister re: her own experience in their home growing up. Partner is supportive. She reports telling her step-sister, "Mom would ask me to flash Dad my breasts" (Client words). Client continues to process her childhood trauma. No danger assessed at this time.

**Therapeutic Intervention:**
Upon consultation, I will continue to provide support for Client while encouraging self-care, balance, and exploring window of tolerance for episodic dysregulation.

**Planned Intervention:**


Return Appointment:

CONFIDENTIAL                          EQUIP 000291



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

Client:  Ronda McNae (RM00093)                    Birth Date:   04/04/1986
Creation Date:   10/13/2022 04:53 PM
Service Date:    10/13/2022 10:00 AM - 11:00 AM          Duration:    60 minutes
Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:   Office                    CPT Code:          Case #   RMC2000

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 10/13/2022 05:01 PM

CONFIDENTIAL          EQUIP 000292



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

Client: Ronda McNae (RM00093)  Birth Date: 04/04/1986
Creation Date: 10/20/2022 02:51 PM
Service Date: 10/20/2022 10:00 AM - 11:00 AM  Duration: 60 minutes
Provider(s): Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):

| Place Of Service: | Office | CPT Code: | | Case # | RMC2000 |
|---|---|---|---|---|---|

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | WNL | Mood: | WNL |
| Thought Process: | organized | Thought Content: | wnl |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | wnl |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**
Client presents to in person session all within normal limits. She is in good spirits and reports that she was prescribed steroid for laryngitis; she reports getting her voice back shortly after starting steroid. She reports losing her voice temporarily again after listening to recorded conversation husband had with Microsoft. She continues to report dysregulation with partner's level of support. She reports feeling a connection between losing her voice and trauma. She is eager to share update re: legal case. She continues to explore ways to expose her story without jeopardizing the case. She reports meeting with a medium; she reports feeling validating through this experience. No danger assessed at this time.

**Therapeutic intervention:**
Upon consultation, I will continue to provide support for Client while encouraging self-care, balance, and exploring window of tolerance for episodic dysregulation.

**Planned Intervention:**


Return Appointment:

CONFIDENTIAL  EQUIP 000293



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

Client:  Ronda McNae (RM00093)                          Birth Date:    04/04/1986
Creation Date:    10/20/2022 02:51 PM
Service Date:        10/20/2022 10:00 AM - 11:00 AM        Duration:      60 minutes
Provider(s):      Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:      Office                        CPT Code:                  Case #    RMC2000

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 10/20/2022 02:57 PM



# EQUIP COUNSELING, PLLC
## PROGRESS NOTES

Client:   Ronda McNae (RM00093)                                  Birth Date:   04/04/1986
Creation Date:   10/24/2022 05:52 PM
Service Date:   10/24/2022 10:00 AM - 11:00 AM           Duration:   60 minutes
Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:   Office                         CPT Code:           Case #   RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | up and down |
| Affect: | WNL | Mood: | wnl |
| Thought Process: | organized | Thought Content: | wnl |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | wnl |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to in person session all within normal limits. She is eager to share updates re: her legal case. She is thoughtful as she reflects on progress and feelings associated; she is emotional at various points throughout. She reports feeling moderate cognitive dissonance about next best steps re: her case in San Francisco. She displays moderate dysregulation while recalling some detail from events in SF; Client is able to regulate. She reports on more details from meeting with a medium; she reports feeling validating through this experience. No danger assessed at this time.

**Therapeutic Intervention:**

Upon consultation, I will continue to provide support for Client while encouraging self-care, balance, and exploring window of tolerance for episodic dysregulation.

**Planned Intervention:**


Return Appointment:



## EQUIP COUNSELING, PLLC
### PROGRESS NOTES

Client:  Ronda McNae (RM00093)                                    Birth Date:    04/04/1986
Creation Date:    10/24/2022 05:52 PM
Service Date:     10/24/2022 10:00 AM - 11:00 AM                  Duration:      60 minutes
Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:    Office                        CPT Code:            Case #    RMC2000

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 10/25/2022 10:50 AM

CONFIDENTIAL                        EQUIP 000296



# EQUIP COUNSELING, PLLC
## PROGRESS NOTES

Client: Ronda McNae (RM00093)                          Birth Date:   04/04/1986
Creation Date:   10/27/2022 03:49 PM
Service Date:   10/27/2022 10:00 AM - 11:00 AM         Duration:   60 minutes
Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:   Office                   CPT Code:          Case #    RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | WNL | Mood: | wnl |
| Thought Process: | organized | Thought Content: | wnl |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | wnl |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**
Client presents to in person session all within normal limits. She is holding a stack of a paperwork and is eager to share about recent updates in legal case, emotional state, and coping. Client also reports on most recent book that she is listening. She gets dysregulated while sharing some of the connections made. She expresses increased distress in this dysregulation and desire to be more regulated when talking about the case. She reports feeling "more worried now that he's not working" (Client words); she is able to process this fear. She reports that she felt dissociated when hearing the word "rape" (Client words) used by her lawyer on a call. She reports talking to the Medium again which brought her calm. We discuss support, coping and self-care; she is able to identify positive coping during this time including volunteering in son's classroom and spending time with daughter. No danger assessed at this time.

**Therapeutic Intervention:**
Upon consultation, I will continue to provide support for Client while encouraging self-care, balance, and exploring window of tolerance for episodic dysregulation.

**Planned Intervention:**

Return Appointment:

CONFIDENTIAL                    EQUIP 000297



**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

Client:   Ronda McNae (RM00093)                                        Birth Date:   04/04/1986
Creation Date:     10/27/2022 03:49 PM
Service Date:      10/27/2022 10:00 AM - 11:00 AM                      Duration:     60 minutes
Provider(s):     Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:     Office                          CPT Code:                  Case #     RMC2000

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 10/27/2022 03:59 PM



# EQUIP COUNSELING, PLLC
## PROGRESS NOTES

Client:   Ronda McNae (RM00093)                                       Birth Date:     04/04/1986
Creation Date:     10/31/2022 01:05 PM
Service Date:      10/31/2022 10:00 AM - 11:00 AM                  Duration:      60 minutes
Provider(s):     Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:     Office                              CPT Code:             Case #    RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | WNL | Mood: | wnl |
| Thought Process: | organized | Thought Content: | wnl |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | wnl |
| Sleep: | early insomnia | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**
Client presents to in person session all within normal limits. She reports being very tired and struggled to sleep most of last night. She also reports significant struggle with her memory lately. She reports increased worry re: her younger sister over the weekend. She reports increased discord between she and older sister due to this worry. She is very engaged and introspective about how this worry may be tied to their own childhood. She reflects on increased dysregulation while reading papers re: lawsuit. She reports that she continues to get dysregulated in front of her children and desires for lawyer to be more transparent. We discuss boundaries and self-care. No danger assessed.

**Therapeutic Intervention:**
Upon consultation, I will continue to provide support for Client while encouraging self-care, balance, and exploring window of tolerance for episodic dysregulation.

**Planned Intervention:**


Return Appointment:

CONFIDENTIAL                    EQUIP 000299



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

Client:   Ronda McNae (RM00093)                          Birth Date:   04/04/1986
Creation Date:   10/31/2022 01:05 PM
Service Date:   10/31/2022 10:00 AM - 11:00 AM          Duration:   60 minutes
Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:   Office                    CPT Code:          Case #   RMC2000

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 10/31/2022 01:19 PM

CONFIDENTIAL                                    EQUIP 000300



# EQUIP COUNSELING, PLLC
## PROGRESS NOTES

Client:  Ronda McNae (RM00093)                                    Birth Date:    04/04/1986
Creation Date:    11/01/2022 01:03 PM
Service Date:    11/01/2022 10:00 AM - 11:00 AM                   Duration:    60 minutes
Provider(s):    Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:    Office                    CPT Code:                Case #    RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | up and down |
| Affect: | labile | Mood: | wnl |
| Thought Process: | circumstantial | Thought Content: | wnl |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | wnl |
| Sleep: | early insomnia | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client calls for last minute session as she reports she is 'unbelievably dysregulated' (Client words). I am able to accommodate. She is crying and unable to talk at onset of session. She is able to be regulated after a few minutes of a guided breathing exercise. She reports that the episode happened this morning after reading new discovery re: the legal case; she reports that she was shaking, couldn't control her body and that it was the worst moment of dysregulation she'd had in quite some time. She reports expecting that 'it would be hard but not expecting it to be this hard' (Client words). She reports that this discovery is directly from brother-in-law and feels defamatory in nature. She gets dysregulated in session again while sharing some of it. She expresses continued in alternative strategies for dysregulation. We discuss boundaries, breathing, self-regulation, and more. No immediate danger assessed.

**Therapeutic Intervention:**

Upon consultation, I will continue to provide support for Client while encouraging self-care, balance, and exploring window of tolerance for episodic dysregulation.

**Planned Intervention:**

**Return Appointment:**



**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

Client:   Ronda McNae (RM00093)                                Birth Date:    04/04/1986

Creation Date:    11/01/2022 01:03 PM

Service Date:    11/01/2022 10:00 AM - 11:00 AM                Duration:    60 minutes

Provider(s):    Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)

Insurer(s):

Place Of Service:    Office                    CPT Code:              Case #    RMC2000

---

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 11/01/2022 01:17 PM



# EQUIP COUNSELING, PLLC
## PROGRESS NOTES

Client:  Ronda McNae (RM00093)         Birth Date:  04/04/1986
Creation Date:  11/03/2022 04:55 PM
Service Date:  11/03/2022 10:00 AM - 11:00 AM      Duration:  60 minutes
Provider(s):  Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:  Office       CPT Code:      Case #    RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | labile | Mood: | wnl |
| Thought Process: | circumstantial | Thought Content: | wnl |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | wnl |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client reports to session all within normal limits. She is in good spirits and eager to discuss SLEEP. She seeks understanding around the difference between REM and deep sleep. She reports that she is meeting with her primary care provider today to discuss alternative ways to handle her anxiety. She reports chronic pain flair. As she talks about this pain, she starts to experience the pain in session and has to shift to find a more comfortable position. She reports continued distress around BIL's statement. She reports concern around BIL being around MIL. She loses track of what she is saying and holds her head in her hands as she tries to recall what she was saying. Client needs to be regulated in session; we discuss self-care. No immediate danger assessed.

**Therapeutic Intervention:**
Upon consultation, I will continue to provide support for Client while encouraging self-care, balance, and exploring window of tolerance for episodic dysregulation.

**Planned intervention:**

Return Appointment:



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

Client:  Ronda McNae (RM00093)                     Birth Date:    04/04/1986

Creation Date:    11/03/2022 04:55 PM

Service Date:    11/03/2022 10:00 AM - 11:00 AM        Duration:    60 minutes

Provider(s):    Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)

Insurer(s):

Place Of Service:    Office                    CPT Code:            Case #    RMC2000

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 11/03/2022 05:03 PM

CONFIDENTIAL          EQUIP 000304



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

Client:  Ronda McNae (RM00093)                          Birth Date:   04/04/1986

Creation Date:   11/10/2022 02:08 PM

Service Date:    11/10/2022 10:00 AM - 11:00 AM        Duration:    60 minutes

Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)

Insurer(s):

Place Of Service:   Office                    CPT Code:          Case #    RMC2000

---

| Appearance: | WNL | Orientation: | WNL |
|---|---|---|---|
| Behavior: | WNL | Speech: | pressured |
| Affect: | labile | Mood: | wnl |
| Thought Process: | circumstantial | Thought Content: | wnl |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | wnl |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client reports to session all within normal limits. She is teary throughout session as she reports increased dysregulation out of session; she reports meeting with her primary care physician to talk about ways to handle this. Client needs to be regulated in session as she reports continued episodic struggle with memory. She processes distress around BIL's involvement in the legal case. She reports continued desire to be validated. We discuss self-care. No immediate danger assessed.

**Therapeutic Intervention:**

Upon consultation, I will continue to provide support for Client while encouraging self-care, balance, and exploring window of tolerance for episodic dysregulation.

**Planned Intervention:**


Return Appointment:

CONFIDENTIAL                    EQUIP 000305



## EQUIP COUNSELING, PLLC
### PROGRESS NOTES

| | | |
|---|---|---|
| Client:  Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date:   11/10/2022 02:08 PM | | |
| Service Date:    11/10/2022 10:00 AM - 11:00 AM | Duration: | 60 minutes |
| Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | |
| Place Of Service:   Office | CPT Code: | Case #   RMC2000 |

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 11/10/2022 02:13 PM



**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

Client: Ronda McNae (RM00093)                    Birth Date: 04/04/1986

Creation Date:    11/18/2022 04:37 PM

Service Date:     11/14/2022 10:00 AM - 11:00 AM          Duration:    60 minutes

Provider(s):    Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)

Insurer(s):

Place Of Service:    Office                    CPT Code:          Case #    RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | WNL | Mood: | anxious: mild |
| Thought Process: | goal directed | Thought Content: | wnl |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client reports to in person session all within normal limits. She is in good spirits but reports that she had an "overwhelming crying episode while with daughter" which was very upsetting. We process. She continues to process communication with men in the past including her step-father. She reports that she is looking for "a genuine apology and for him to take accountability so I can heal" (Client words). She reports that it has felt healing, "going head-on into the fear" (Client words) and she has been able to regulate more than she thought she would. We discuss balance and self-care. No immediate danger assessed.

**Therapeutic Intervention:**

Upon consultation, I will continue to provide support for Client while encouraging self-care, balance, and exploring window of tolerance for episodic dysregulation.

**Planned Intervention:**


**Return Appointment:**



## EQUIP COUNSELING, PLLC
### PROGRESS NOTES

2

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 11/18/2022 04:37 PM | | |
| Service Date: | 11/14/2022 10:00 AM - 11:00 AM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # RMC2000 |

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 11/18/2022 04:45 PM

CONFIDENTIAL



# EQUIP COUNSELING, PLLC
## PROGRESS NOTES

Client:  Ronda McNae (RM00093)                                      Birth Date:   04/04/1986
Creation Date:    11/18/2022 04:23 PM
Service Date:     11/17/2022 09:00 AM - 10:00 AM                    Duration:    60 minutes
Provider(s):    Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:    Telehealth                         CPT Code:           Case #    RMC2000

| | | | |
|---|---|---|---|
| Appearance: | unclear | Orientation: | unclear |
| Behavior: | unclear | Speech: | WNL |
| Affect: | unclear | Mood: | wnl |
| Thought Process: | wnl | Thought Content: | wnl |
| Perception: | WNL | Judgment: | WNL |
| Insight: | emotional | Appetite: | wnl |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**
Client is at home for telehealth session. She is eager to process recent actions she has taken. She reports continued attempts to connect with people in her past and has had some success. She reports feeling a sense of relief since taking this action and reports, "I feel like I can say things now that I was not brave enough to say back then" (Client words). Client reports that she has been communicating with both Kirkland and Bellevue PD as to next best steps. She reports continued desire to be validated. We discuss balance and self-care. No immediate danger assessed.

**Therapeutic intervention:**
Upon consultation, I will continue to provide support for Client while encouraging self-care, balance, and exploring window of tolerance for episodic dysregulation.

**Planned Intervention:**


Return Appointment:


CONFIDENTIAL                          EQUIP 000307



## EQUIP COUNSELING, PLLC
### PROGRESS NOTES

Client:   Ronda McNae (RM00093)                                          Birth Date:    04/04/1986
Creation Date:    11/18/2022 04:23 PM
Service Date:    11/17/2022 09:00 AM - 10:00 AM                 Duration:    60 minutes
Provider(s):    Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:    Telehealth                    CPT Code:                    Case #    RMC2000

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 11/18/2022 04:31 PM



# EQUIP COUNSELING, PLLC
## PROGRESS NOTES

Client:  Ronda McNae (RM00093)                         Birth Date:    04/04/1986
Creation Date:    11/21/2022 09:08 PM
Service Date:    11/21/2022 10:00 AM - 11:00 AM         Duration:    60 minutes
Provider(s):    Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:    Office                 CPT Code:              Case #    RMC2000

| | | | | |
|---|---|---|---|---|
| Appearance: | WNL | | Orientation: | WNL |
| Behavior: | WNL | | Speech: | WNL |
| Affect: | appropriate to situation | | Mood: | WNL |
| Thought Process: | goal directed | | Thought Content: | WNL |
| Perception: | WNL | | Judgment: | WNL |
| Insight: | WNL | | Appetite: | WNL |
| Sleep: | WNL | | | |
| Suicidality | Not Present | | Homicidality | Not Present |

**Diagnostic impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**
Client and partner present to session. She reports on most pertinent issues that include connecting with other abuse survivors, legal issues and family. She reports episodic dysregulation that includes gagging, this also happens in session. Client reports that she has connected with a Victim Advocate through the King County Court System and is waiting to hear back before she responds to her step-father. She also reports on distress experienced while reading over most recent legal papers for case in Florida. She reflects on pressure felt to sign NDA. She reports "I remember feeling like I had no other option" (Client words). Partner is supportive. No immediate danger assessed.

**Therapeutic Intervention:**
Upon consultation, I will continue to provide support for Client while encouraging self-care, balance, and exploring window of tolerance for episodic dysregulation.

**Planned Intervention:**

Return Appointment:



# EQUIP COUNSELING, PLLC
## PROGRESS NOTES

Client: Ronda McNae (RM00093)                           Birth Date:   04/04/1986

Creation Date:   11/21/2022 09:08 PM

Service Date:   11/21/2022 10:00 AM - 11:00 AM          Duration:   60 minutes

Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)

Insurer(s):

Place Of Service:   Office                    CPT Code:            Case #   RMC2000

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 11/23/2022 02:54 PM



# EQUIP COUNSELING, PLLC
## PROGRESS NOTES

Client:   Ronda McNae (RM00093)                                    Birth Date:   04/04/1986
Creation Date:   12/02/2022 03:08 PM
Service Date:   11/28/2022 10:00 AM - 11:00 AM                      Duration:   60 minutes
Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:   Office                     CPT Code:                Case #   RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | appropriate to situation | Mood: | dysphoric |
| Thought Process: | goal directed | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**
Client presents to session mostly within normal limits. She is in good spirits and reports on weekend trip to Suncadia with MIL. She reports wanting to travel for Christmas. She reports decreased appetite and struggle to eat in the morning due to gagging. She reports that both children talk about how different she has been "the past couple of years" (Client words). Client expresses distress around the impact PTSD symptoms have had on her life. She reports that it has been 1 year since she worked.

**Therapeutic Intervention:**
Upon consultation, I will continue to provide support for Client while encouraging self-care, balance, and exploring window of tolerance for episodic dysregulation.

**Planned Intervention:**


**Return Appointment:**


CONFIDENTIAL                      EQUIP 000315



# EQUIP COUNSELING, PLLC
## PROGRESS NOTES

Client:  Ronda McNae (RM00093)                          Birth Date:   04/04/1986
Creation Date:   12/02/2022 03:08 PM
Service Date:   11/28/2022 10:00 AM – 11:00 AM          Duration:     60 minutes
Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:   Office                      CPT Code:              Case #   RMC2000

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 12/02/2022 03:14 PM



# EQUIP COUNSELING, PLLC
## PROGRESS NOTES

Client:  Ronda McNae (RM00093)                                    Birth Date:   04/04/1986
Creation Date:   12/01/2022 05:54 PM
Service Date:    12/01/2022 11:00 AM - 12:00 PM                   Duration:    60 minutes
Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:   Office                        CPT Code:              Case #    RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | appropriate to situation | Mood: | WNL |
| Thought Process: | goal directed | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**
Client presents to session mostly within normal limits. She is in good spirits and has a list of things to process in session. She reflects on seeing old therapist and curiosity about doing EMDR with him. She reflects on hx of autoimmune flares and link between stress and these flares. She is reflective and thoughtful as she makes connections. She processes marked distress in session, including episodic dysregulation, as she talks about abuse during childhood from step-father. No immediate danger assessed.

**Therapeutic intervention:**
Upon consultation, I will continue to provide support for Client while encouraging self-care, balance, and exploring window of tolerance for episodic dysregulation.

**Planned Intervention:**


Return Appointment:



## EQUIP COUNSELING, PLLC
### PROGRESS NOTES

Client:  Ronda McNae (RM00093)                           Birth Date:   04/04/1986

Creation Date:   12/01/2022 05:54 PM

Service Date:   12/01/2022 11:00 AM - 12:00 PM          Duration:   60 minutes

Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)

Insurer(s):

Place Of Service:   Office                  CPT Code:           Case #   RMC2000

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 12/01/2022 06:02 PM

CONFIDENTIAL        EQUIP 000314



# EQUIP COUNSELING, PLLC

## CONTACT NOTE

Client:   Ronda McNae (RM00093)                    Birth Date:   04/04/1986

Insurer(s):

Date:   12/03/2022 11:46 AM     Staff Member:   Owner Sarah Dellinger, MS, LMFTA     Case #     RMC2000
                                                (NPI:
                                                1245753649)

---

**Relationship to Client:**

Client

**Means of contact:**

**Note:**

Changed diagnosis from PTSD- acute to PTSD- chronic as current symptoms are more consistent with ICD code F43.12, specifically affect dysregulation and interpersonal disturbances.

Staff Signature:                                           Date:

CONFIDENTIAL             EQUIP 000337



**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

Client:  Ronda McNae (RM00093)                        Birth Date:   04/04/1986
Creation Date:    12/05/2022 04:18 PM
Service Date:     12/05/2022 10:00 AM - 11:00 AM              Duration:     60 minutes
Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:   Office                         CPT Code:          Case #   RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | appropriate to situation | Mood: | dysphoric |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.12) Post Traumatic Stress Disorder - Chronic

**Focus of Session:**
Client presents to session mostly within normal limits. She is in good spirits and is eager to share re: gagging/vomiting episode last week. She reports, "my mouth started watering, I knew I had to lie down or I would throw up but it didn't work this time and I started throwing up violently" (Client words). Client feels like these sx are related to being silenced and remembers sx magnifying after signing NDA. Client reflects that she had hoped signing the NDA would reduce symptomology. Client reflects on relationship with sisters and reported abuse suffered in childhood. She reads letter to younger self where she names the abuse and suicidal ideation written in April, 2020. No immediate danger assessed.

**Therapeutic Intervention:**
Upon consultation, I will continue to provide support for Client while encouraging self-care, balance, and exploring window of tolerance for episodic dysregulation.

**Planned Intervention:**


Return Appointment:

CONFIDENTIAL                              EQUIP 000317



# EQUIP COUNSELING, PLLC
## PROGRESS NOTES

| | |
|---|---|
| Client:  Ronda McNae (RM00093) | Birth Date:   04/04/1986 |
| Creation Date:   12/05/2022 04:18 PM | |
| Service Date:   12/05/2022 10:00 AM - 11:00 AM | Duration:   60 minutes |
| Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | |
| Insurer(s): | |

| | | | |
|---|---|---|---|
| Place Of Service:   Office | CPT Code: | Case #   RMC2000 |

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 12/05/2022 04:26 PM



# EQUIP COUNSELING, PLLC
## PROGRESS NOTES

**Client:** Ronda McNae (RM00093)                    **Birth Date:** 04/04/1986
**Creation Date:** 12/15/2022 03:29 PM
**Service Date:** 12/09/2022 11:00 AM - 12:00 PM                **Duration:** 60 minutes
**Provider(s):** Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
**Insurer(s):**
**Place Of Service:** Office                    **CPT Code:**        **Case #** RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | appropriate to situation | Mood: | dysphoric |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.12) Post Traumatic Stress Disorder - Chronic

**Focus of Session:**
Client presents to session mostly within normal limits. She is eager to process 2 EMDR sessions. She reports feeling 'lighter' after. She reports feeling validated. She reports continued dysregulation when hearing the word "consensual." She is able to reflect on this. She also processes reported pressure felt prior to signing the NDA. No immediate danger assessed.

**Therapeutic Intervention:**
Upon consultation, I will continue to provide support for Client while encouraging self-care, balance, and exploring window of tolerance for episodic dysregulation.

**Planned Intervention:**


**Return Appointment:**

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 12/15/2022 03:33 PM                CONFIDENTIAL                EQUIP 000323



**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

Client:   Ronda McNae (RM00093)                                    Birth Date:    04/04/1986
Creation Date:    12/15/2022 03:21 PM
Service Date:    12/12/2022 10:00 AM - 11:00 AM                    Duration:    60 minutes
Provider(s):    Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:    Office                              CPT Code:              Case #    RMC2000

---

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | expansive | Mood: | dysphoric |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.12) Post Traumatic Stress Disorder - Chronic

**Focus of Session:**

Client presents to session mostly within normal limits. She comes with stack of papers in hands and expresses anxiousness around legal documents. Client processes. Client reports trip to ER yesterday, 12/11, for a panic attack. She is engaged and actively participates in session around this event as well as general distress around childhood and FOO issues/ reported abuse. Client reports continued search for closure re: reported abuse by Stepdad and reported assault at NWU. No immediate danger assessed.

**Therapeutic Intervention:**

Upon consultation, I will continue to provide support for Client while encouraging self-care, balance, and exploring window of tolerance for episodic dysregulation.

**Planned Intervention:**


Return Appointment:


CONFIDENTIAL                              EQUIP 000321



# EQUIP COUNSELING, PLLC
## PROGRESS NOTES

Client:  Ronda McNae (RM00093)                                    Birth Date:    04/04/1986
Creation Date:    12/15/2022 03:21 PM
Service Date:    12/12/2022 10:00 AM - 11:00 AM                    Duration:    60 minutes
Provider(s):    Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:    Office                          CPT Code:              Case #    RMC2000

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 12/15/2022 03:29 PM



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

Client:  Ronda McNae (RM00093)                      Birth Date:    04/04/1986
Creation Date:   12/15/2022 03:15 PM
Service Date:    12/15/2022 10:00 AM - 11:00 AM      Duration:    60 minutes
Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:   Office                        CPT Code:        Case #    RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | appropriate to situation | Mood: | WNL |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

## Diagnostic Impressions:

309.81 (F43.12) Post Traumatic Stress Disorder - Chronic

## Focus of Session:

Client presents to session mostly within normal limits. She reports feeling a 'de-ja-vu' feeling often lately and experiences in session. She reports on recent EMDR session with another therapist. She processes memories of Mom and Stepdad. She reports that she talked to Bellevue police who advised Client to file a "Protection Order" against Stepdad. She reports concern for the minors that might be living in the home with Stepdad at this time. She reports that Bellevue police officer told her he will be calling CPS to do a welfare check. She processes conflict with partner. We discuss schedule for next 2 weeks. No immediate danger assessed.

## Therapeutic Intervention:

Upon consultation, I will continue to provide support for Client while encouraging self-care, balance, and exploring window of tolerance for episodic dysregulation.

## Planned Intervention:

Return Appointment:

CONFIDENTIAL                            EQUIP 000319



# EQUIP COUNSELING, PLLC

### PROGRESS NOTES

Client:  Ronda McNae (RM00093)                                    Birth Date:    04/04/1986
Creation Date:    12/15/2022 03:15 PM
Service Date:      12/15/2022 10:00 AM - 11:00 AM          Duration:      60 minutes
Provider(s):      Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:    Office                              CPT Code:              Case #    RMC2000

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 12/15/2022 03:21 PM

**EQUIP COUNSELING, PLLC**

**CONTACT NOTE**

Client:  Ronda McNae (RM00093)                          Birth Date:  04/04/1986
Insurer(s):
Date:  12/16/2022 02:08 PM      Staff Member:   Owner Sarah Dellinger, MS, LMFTA      Case #    RMC2000
                                                (NPI:
                                                1245753649)

**Relationship to Client:**
Other; Legal Counsel

**Means of contact:**
voicemail

**Note:**
I receive voicemail from Client's counsel requesting a 15 min Zoom call. I reach out to CPH for consult.

Staff Signature:                                              Date:

EQUIP

**EQUIP COUNSELING, PLLC**

**CONTACT NOTE**

| | | | | |
|---|---|---|---|---|
| Client:  Ronda McNae (RM00093) | | | Birth Date:  04/04/1986 | |
| Insurer(s): | | | | |
| Date:  12/19/2022 10:45 AM | Staff Member: | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | Case # | RMC2000 |

**Relationship to Client:**
Client

**Means of contact:**
phone

**Note:**
Call from Client informing me that I will be receiving a subpoena from opposing counsel. After consulting with CPH, I call Client back to inform her that I am unable to talk with her counsel until I receive the subpoena and am appointed my own counsel.

Staff Signature:                                              Date:

**EQUIP COUNSELING, PLLC**

**CONTACT NOTE**

Client:   Ronda McNae (RM00093)                    Birth Date:   04/04/1986

Insurer(s):

Date:   12/19/2022 02:10 PM      Staff Member:   Owner Sarah Dellinger, MS, LMFTA      Case #    RMC2000
                                                 (NPI:
                                                 1245753649)

---

**Relationship to Client:**

Other; Legal Counsel

**Means of contact:**

voicemail

**Note:**

I receive 2nd voicemail from Client's counsel to set up Zoom call. As I have not had call with legal, I do not return the call.

Staff Signature:                                                          Date:

CONFIDENTIAL                    EQUIP 000340



## EQUIP COUNSELING, PLLC
### PROGRESS NOTES

Client:  Ronda McNae (RM00093)                                    Birth Date:    04/04/1986
Creation Date:    01/09/2023 05:27 PM
Service Date:    01/02/2023 10:00 AM - 11:00 AM                   Duration:      60 minutes
Provider(s):    Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:    Office                          CPT Code:          Case #    RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | wnl | Mood: | dysphoric |
| Thought Process: | wnl | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.12) Post Traumatic Stress Disorder - Chronic

**Focus of Session:**

Client and daughter present to session today. Client reports uncertainty around daughter's role in legal case; I encourage her to clarify with lawyer. Client is reflective and thoughtful with daughter about the past few years, the reported stress she has felt and its impact on daughter. Daughter is articulate and engaged.

**Therapeutic Intervention:**
Upon consultation, I will continue to provide support for Client while re-iterating my neutral position.

**Planned Intervention:**

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 01/09/2023 05:32 PM

CONFIDENTIAL                          EQUIP 000327



# EQUIP COUNSELING, PLLC
## PROGRESS NOTES

Client:  Ronda McNae (RM00093)                      Birth Date:   04/04/1986
Creation Date:   01/05/2023 01:22 PM
Service Date:    01/05/2023 10:00 AM - 11:00 AM      Duration:     60 minutes
Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:   Office                    CPT Code:          Case #    RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | appropriate to situation | Mood: | wnl |
| Thought Process: | disorganized | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

## Diagnostic Impressions:

309.81 (F43.12) Post Traumatic Stress Disorder - Chronic

## Focus of Session:

Client presents to session mostly within normal limits. She is in good spirits and is eager to report on most pertinent issues including physical health, emotional stability, legal case, parenting, and her relationship. She processes conflicting feelings towards those around her. She processes request to turn over journals and diaries. She reports decreased vomiting but continued episodic and spontaneous gagging. She reports continued decreased appetite and reports that she is eating baby food and protein powder to keep calories up. Client reports concern around her trouble sleeping and reports physician and prescribed something to help. Client reports positive interactions with partner and plans to be present for depositions.

## Therapeutic Intervention:

Upon consultation, I will continue to provide support for Client while encouraging self-care, balance, and exploring window of tolerance for episodic dysregulation.

## Planned Intervention:

Return Appointment:

CONFIDENTIAL                    EQUIP 000324



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

Client:   Ronda McNae (RM00093)                                    Birth Date:    04/04/1986
Creation Date:    01/05/2023 01:22 PM
Service Date:    01/05/2023 10:00 AM - 11:00 AM              Duration:    60 minutes
Provider(s):    Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:    Office                            CPT Code:              Case #     RMC2000

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 01/05/2023 01:34 PM

CONFIDENTIAL                    EQUIP 000325



**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

Client:  Ronda McNae (RM00093)                          Birth Date:    04/04/1986
Creation Date:   01/09/2023 05:20 PM
Service Date:    01/09/2023 10:00 AM - 11:00 AM        Duration:      60 minutes
Provider(s):     Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:   Office                  CPT Code:         Case #     RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | expansive | Mood: | dysphoric |
| Thought Process: | wnl | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.12) Post Traumatic Stress Disorder - Chronic

**Focus of Session:**

Client presents to session mostly within normal limits. She is in good spirits and is to process 'busy' weekend. She processes reported hesitancy to turn over paperwork from trauma intensive at Onsite; she is thoughtful and reflective about the pressure felt. She reports positive interactions with her sister. She reports continued decreased appetite and concern around this; she reports that she is seeing primary care provider today and will discuss these concerns with him.

**Therapeutic Intervention:**

Upon consultation, I will continue to provide support for Client while re-iterating my neutral position.

**Planned Intervention:**


Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 01/09/2023 05:26 PM                CONFIDENTIAL                EQUIP 000326



# EQUIP COUNSELING, PLLC
## PROGRESS NOTES

Client:  Ronda McNae (RM00093)                          Birth Date:    04/04/1986
Creation Date:    02/02/2023 05:14 PM
Service Date:    01/19/2023 09:30 AM - 10:30 AM           Duration:      60 minutes
Provider(s):    Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:    Office                    CPT Code:        Case #    RMC2000

| | | | | |
|---|---|---|---|---|
| Appearance: | WNL | | Orientation: | WNL |
| Behavior: | WNL | | Speech: | WNL |
| Affect: | WNL | | Mood: | WNL |
| Thought Process: | wnl | | Thought Content: | WNL |
| Perception: | WNL | | Judgment: | WNL |
| Insight: | WNL | | Appetite: | decreased |
| Sleep: | erratic | | | |
| Suicidality | Not Present | | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.12) Post Traumatic Stress Disorder - Chronic

**Focus of Session:**

Client and partner present to session mostly within normal limits. She reports increased anxiety and increased need for anti-anxiety medication. Client is engaged and alert as she processes this. She reports on most distressing issues that include the trial getting pushed to November. She reports feeling disappointment. She is able to process continued desire for safety among social circles. Partner reports that she (Client) avoids opportunities to be invited places. No danger assessed. Continued decreased appetite reported- reports this is being closely monitored by physician.

**Therapeutic Intervention:**

Upon consultation, I will continue to provide support for Client while re-iterating my neutral position.

**Planned Intervention:**


**Return Appointment:**


CONFIDENTIAL                            EQUIP 000328



# EQUIP COUNSELING, PLLC
## PROGRESS NOTES

Client:  Ronda McNae (RM00093)                                      Birth Date:    04/04/1986
Creation Date:    02/02/2023 05:14 PM
Service Date:    01/19/2023 09:30 AM - 10:30 AM                     Duration:    60 minutes
Provider(s):    Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:    Office                          CPT Code:            Case #    RMC2000

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 02/02/2023 05:21 PM

CONFIDENTIAL                    EQUIP 000329



# EQUIP COUNSELING, PLLC
## PROGRESS NOTES

Client:  Ronda McNae (RM00093)                                  Birth Date:   04/04/1986
Creation Date:    02/02/2023 05:22 PM
Service Date:     01/23/2023 10:00 AM - 11:00 AM                Duration:     60 minutes
Provider(s):      Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:    Telehealth                    CPT Code:              Case #    RMC2000

| | | | |
|---|---|---|---|
| Appearance: | unclear | Orientation: | WNL |
| Behavior: | unclear | Speech: | WNL |
| Affect: | WNL | Mood: | WNL |
| Thought Process: | goal directed | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.12) Post Traumatic Stress Disorder - Chronic

**Focus of Session:**
Client calls for scheduled phone session after reporting that she had been admitted to the hospital over the weekend. She reports that she was at the doctor on Friday after not feeling well but was sent home after seeing the doctor on call. She reports that on Saturday her blood pressure was very low and she went to the ER. She reports that she was admitted and kept for 2 nights for a kidney infection. She reports worry that her body is 'shutting down because of the stress' (Client words). She is able to process this distress. We explore mindfulness, self care. She reports that she getting discharged after our phone call. She reports that she was able to eat while in the hospital. No danger assessed.

**Therapeutic Intervention:**
Upon consultation, I will continue to provide support for Client while re-iterating my neutral position.

**Planned Intervention:**

Return Appointment:

CONFIDENTIAL                              EQUIP 000330



## EQUIP COUNSELING, PLLC
### PROGRESS NOTES

2

Client:  Ronda McNae (RM00093)                                    Birth Date:    04/04/1986
Creation Date:    02/02/2023 05:22 PM
Service Date:    01/23/2023 10:00 AM - 11:00 AM               Duration:    60 minutes
Provider(s):    Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:    Telehealth                     CPT Code:              Case #    RMC2000

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 02/02/2023 05:32 PM

CONFIDENTIAL



# EQUIP COUNSELING, PLLC
## PROGRESS NOTES

Client:  Ronda McNae (RM00093)                          Birth Date:    04/04/1986
Creation Date:    02/02/2023 05:34 PM
Service Date:    01/26/2023 10:00 AM - 11:00 AM          Duration:      60 minutes
Provider(s):    Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:    Office                  CPT Code:           Case #    RMC2000

| | | | | |
|---|---|---|---|---|
| Appearance: | WNL | | Orientation: | WNL |
| Behavior: | WNL | | Speech: | WNL |
| Affect: | WNL | | Mood: | WNL |
| Thought Process: | WNL | | Thought Content: | WNL |
| Perception: | WNL | | Judgment: | WNL |
| Insight: | WNL | | Appetite: | WNL |
| Sleep: | WNL | | | |
| Suicidality | Not Present | | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.12) Post Traumatic Stress Disorder - Chronic

**Focus of Session:**

Client and Partner present to session all within normal limits. She is eager to share about most recent new self-care outlet. She shares about most recent book that she reports is helping her understand the upcoming trial. Client and Partner have guided conversation about video of Partner's Mother that was posted by Client. Client reports feeling silenced by Partner. Partner reports that he reported his Mother's old lawyer to the bar association.

**Therapeutic Intervention:**

Upon consultation, I will continue to provide support for Client while re-iterating my neutral position.

**Planned Intervention:**


**Return Appointment:**

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 02/02/2023 05:47 PM

CONFIDENTIAL                    EQUIP 000332



# EQUIP COUNSELING, PLLC
## PROGRESS NOTES

1

Client:  Ronda McNae (RM00093)                    Birth Date:  04/04/1986
Creation Date:   02/02/2023 05:48 PM
Service Date:    01/30/2023 10:00 AM - 11:00 AM        Duration:   60 minutes
Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:   Office          CPT Code:        Case #   RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | WNL | Mood: | WNL |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

## Diagnostic Impressions:

309.81 (F43.12) Post Traumatic Stress Disorder - Chronic

## Focus of Session:

Client presents to session all within normal limits. She is in good spirits at onset of session. She is eager to process watching BIL's deposition. She reports that she was fairly regulated during but couldn't stop crying after. She reports increased feelings of distress directly after the call ended. She reports "an intense nervous reaction that initiated a desire to file a protection order" (Client words). Client processes resistance from her lawyers. Client reports that she has been putting her phone on airplane mode as a form of boundaries and self-care so as not to become dysregulated.

## Therapeutic Intervention:

Upon consultation, I will continue to provide support for Client while re-iterating my neutral position.

## Planned Intervention:


Return Appointment:

CONFIDENTIAL                    MCNAE 005455



**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

2

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 02/02/2023 05:48 PM | | |
| Service Date: | 01/30/2023 10:00 AM - 11:00 AM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #   RMC2000 |

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 03/07/2023 03:25 PM



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client:  Ronda McNae (RM00093) | | Birth Date: | 04/04/1986 |
| Creation Date:  02/02/2023 05:48 PM | | | |
| Service Date:  02/02/2023 10:00 AM - 11:00 AM | | Duration: | 60 minutes |
| Provider(s):  Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | | |
| Insurer(s): | | | |
| Place Of Service:  Office | CPT Code: | Case # | RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | WNL | Mood: | WNL |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.12) Post Traumatic Stress Disorder - Chronic

**Focus of Session:**

Client presents to session all within normal limits. She is in good spirits at onset of session. She is eager to process watching BIL's deposition. She reports that she was fairly regulated during but couldn't stop crying after. She reports increased feelings of distress directly after the call ended. She reports "an intense nervous reaction that initiated a desire to file a protection order" (Client words). Client processes resistance from her lawyers. Client reports that she has been putting her phone on airplane mode as a form of boundaries and self-care so as not to become dysregulated.

**Therapeutic Intervention:**

Upon consultation, I will continue to provide support for Client while re-iterating my neutral position.

**Planned Intervention:**

Return Appointment:

CONFIDENTIAL

EQUIP 000333



## EQUIP COUNSELING, PLLC
### PROGRESS NOTES

| | |
|---|---|
| Client:   Ronda McNae (RM00093) | Birth Date:   04/04/1986 |

Creation Date:   02/02/2023 05:48 PM

| | |
|---|---|
| Service Date:   02/02/2023 10:00 AM - 11:00 AM | Duration:   60 minutes |

Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)

Insurer(s):

| | | | |
|---|---|---|---|
| Place Of Service:   Office | CPT Code: | Case #   RMC2000 |

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 02/02/2023 05:58 PM

CONFIDENTIAL



# EQUIP COUNSELING, PLLC

1

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| **Client:** Ronda McNae (RM00093) | | **Birth Date:** 04/04/1986 | |
| **Creation Date:** 03/07/2023 03:06 PM | | | |
| **Service Date:** 02/13/2023 10:00 AM - 11:00 AM | | **Duration:** 60 minutes | |
| **Provider(s):** Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | | |
| **Insurer(s):** | | | |
| **Place Of Service:** Office | **CPT Code:** | **Case #** | RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | emotional | Mood: | anxious: mild |
| Thought Process: | disorganized | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | disrupted | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.12) Post Traumatic Stress Disorder - Chronic

**Focus of Session:**

Client reports to in person session mostly within normal limits; she is eager to process being sick for over a week. She reports a distressing event where she saw a man who she reports nonconsensual physical contact with. She tearfully recounts the incident that happened while in her early 20s. She has not disclosed this to me before; I tell her this. She reads something that she posted online about the incident; she reports that she experienced moderate relief after posting. She reports that incident happened in a home and that there was another girl in the house. Client is tearful, dysregulated in session. We discuss next best steps; Client is unable to identify at this time. Client reports that she is leaving for Florida soon.

**Therapeutic Intervention:**

Upon consultation, I will continue to provide support for Client while re-iterating my neutral position.

**Planned Intervention:**


Return Appointment:



## EQUIP COUNSELING, PLLC

### PROGRESS NOTES

2

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 03/07/2023 03:06 PM | | |
| Service Date: | 02/13/2023 10:00 AM - 11:00 AM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #   RMC2000 |

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 03/07/2023 03:24 PM

CONFIDENTIAL



## EQUIP COUNSELING, PLLC
### PROGRESS NOTES

1

| | |
|---|---|
| Client: Ronda McNae (RM00093) | Birth Date: 04/04/1986 |
| Creation Date: 02/27/2023 01:26 PM | |
| Service Date: 02/16/2023 09:00 AM - 10:00 AM | Duration: 60 minutes |
| Provider(s): Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | |
| Insurer(s): | |
| Place Of Service: Office | CPT Code: Case # RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | WNL | Mood: | WNL |
| Thought Process: | focused | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.12) Post Traumatic Stress Disorder - Chronic

**Focus of Session:**

Client and spouse report to session all within normal limits. Client is eager to share most recent concerns re: care of MIL. Both process their concerns and are able to discuss next best steps. They process disagreement about the possibility of moving MIL into their home. Client is alert, engaged and grounded in session.

**Therapeutic Intervention:**

Upon consultation, I will continue to provide support for Client while re-iterating my neutral position.

**Planned Intervention:**

Spouse inquires about my lawyer and their communication with Client's lawyer. I report that to knowledge my lawyers have communicated to me that they will be reaching out to Client's lawyer.

**Return Appointment:**

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 02/27/2023 01:32 PM

CONFIDENTIAL

MCNAE 005457



# EQUIP COUNSELING, PLLC
## PROGRESS NOTES

1

Client:  Ronda McNae (RM00093)                          Birth Date:   04/04/1986
Creation Date:   03/07/2023 03:25 PM
Service Date:   03/02/2023 10:00 AM – 11:00 AM          Duration:   60 minutes
Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:   Telehealth                    CPT Code:        Case #   RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | WNL | Mood: | WNL |
| Thought Process: | focused | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.12) Post Traumatic Stress Disorder - Chronic

**Focus of Session:**
Client reports to virtual session all within normal limits. She reports that she is still in Florida. She reports on most pertinent issues specifically related to her emotional state, legal case, coping, and upcoming deposition of MF. Client is able to identify coping strategies that are working and plan for potential dysregulation during deposition. Client reports feeling confident with her plan. We agree to cancel Monday's session due to her flight and will revisit next session.

**Therapeutic Intervention:**
Upon consultation, I will continue to provide support for Client while re-iterating my neutral position.

**Planned Intervention:**


Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 03/07/2023 03:29 PM                CONFIDENTIAL                MCNAE 005460



## EQUIP COUNSELING, PLLC

### PROGRESS NOTES

1

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 03/10/2023 01:43 PM | | |
| Service Date: | 03/09/2023 11:00 AM - 12:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #   RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | WNL | Mood: | hurt |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.12) Post Traumatic Stress Disorder - Chronic

**Focus of Session:**

Client and partner present to session mostly within normal limits. Client is tearful. Both actively participate in a conversation processing distress amongst social relationships. Client processes feelings of being misunderstood. They discuss impact of stress on their family. No danger assessed.

**Therapeutic Intervention:**

Upon consultation, I will continue to provide support for Client while re-iterating my neutral position.

**Planned Intervention:**

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 03/10/2023 01:48 PM

CONFIDENTIAL                    MCNAE 005461



# EQUIP COUNSELING, PLLC

1

## PROGRESS NOTES

Client: _Ronda McNae (RM00093)_                                    Birth Date: _04/04/1986_
Creation Date: _03/14/2023 01:47 PM_
Service Date: _03/13/2023 10:00 AM - 11:00 AM_        Duration: _60 minutes_
Provider(s): _Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)_
Insurer(s):
Place Of Service: _Office_                                    CPT Code:            Case #    _RMC2000_

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | WNL | Mood: | WNL |
| Thought Process: | organized | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.12) Post Traumatic Stress Disorder - Chronic

**Focus of Session:**

Client reports to in person session all within normal limits. She reports continued social distress and significant worry around another student at her children's school. We discuss what falls under mandated reporting. Due to what she shares, I inform Client I will be making a call to CPS. Client reports that she feels better knowing this. Client reports that she feels supported by Spouse and continues to seek clarity and guidance from her old youth pastor.

**Therapeutic Intervention:**

CPS Report #: 5003790, based on statements made to Client. These statements were reportedly sent by Elijah Dijulio and include:

"I want to kill myself"

"Can you keep a secret"

"I'm in my room again, this time for 9 hours"

**Planned Intervention:**


Return Appointment: _____

CONFIDENTIAL                         MCNAE 005462



**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

2

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 03/14/2023 01:47 PM | | |
| Service Date: | 03/13/2023 10:00 AM - 11:00 AM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # RMC2000 |

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 03/21/2023 11:41 AM

CONFIDENTIAL                    MCNAE 005463



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

1

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 03/21/2023 11:42 AM | | |
| Service Date: | 03/16/2023 10:00 AM - 11:00 AM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | alert | Speech: | WNL |
| Affect: | WNL | Mood: | WNL |
| Thought Process: | organized | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.12) Post Traumatic Stress Disorder - Chronic

**Focus of Session:**

Client reports to in person session all within normal limits. She is eager to process continued social distress at children's school; she expresses frustration at their response to the current situation. She reports confidence in her legal team. She is able to actively process the impact of stress on her body, functioning and mental health. She is regulated in session. No danger assessed.

**Therapeutic Intervention:**


**Planned Intervention:**


Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 03/21/2023 11:54 AM

CONFIDENTIAL                    MCNAE 005464



## EQUIP COUNSELING, PLLC

### PROGRESS NOTES

1

Client:  Ronda McNae (RM00093)                    Birth Date:   04/04/1986

Creation Date:   03/23/2023 01:13 PM

Service Date:   03/23/2023 10:00 AM - 11:00 AM          Duration:   60 minutes

Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)

Insurer(s):

Place Of Service:   Office                    CPT Code:          Case #    RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | alert | Speech: | WNL |
| Affect: | appropriate to situation | Mood: | WNL |
| Thought Process: | organized | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.12) Post Traumatic Stress Disorder - Chronic

**Focus of Session:**

Client reports to in person session all within normal limits. She is eager to process worry re: her daughter, social distress and concern around school's response to current situation. Client reports that increased desire for school to support not talking about the case. Client reports frustration and lack of clarity about next best steps if daughter continues to struggle going to school daily. Client is regulated in session and able to process most recent feelings re: legal case. No danger assessed.

**Therapeutic Intervention:**

**Planned Intervention:**

Return Appointment:

Staff Signature: *Sarah Dellinger*

Owner Sarah Dellinger, MS, LMFTA Therapist

I approve this document

Signed: 03/23/2023 01:18 PM                    CONFIDENTIAL                    MCNAE 005465



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

Client:  Ronda McNae (RM00093)                                    Birth Date:   04/04/1986

Creation Date:   04/07/2023 12:18 PM

Service Date:   03/27/2023 10:00 AM - 11:00 AM             Duration:    60 minutes

Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)

Insurer(s):

Place Of Service:   Office                          CPT Code:            Case #    RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | alert | Speech: | rapid |
| Affect: | expansive | Mood: | WNL |
| Thought Process: | WNL | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.12) Post Traumatic Stress Disorder - Chronic

**Focus of Session:**

Client presents to session mostly within normal limits. She is emotional as she processes her children's move from their current school. She reports feeling like they didn't have a choice in the decision. Client is able to regulate self in session as she processes options and next best steps. No danger assessed.

**Therapeutic Intervention:**

Will continue to provide space for Client to process.

**Planned Intervention:**


Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 04/07/2023 12:21 PM



### EQUIP COUNSELING, PLLC

1

#### PROGRESS NOTES

| | | | |
|---|---|---|---|
| **Client:** Ronda McNae (RM00093) | | **Birth Date:** 04/04/1986 | |
| **Creation Date:** 04/07/2023 12:14 PM | | | |
| **Service Date:** 03/30/2023 10:00 AM - 11:00 AM | | **Duration:** 60 minutes | |
| **Provider(s):** Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | | |
| **Insurer(s):** | | | |
| **Place Of Service:** Office | | **CPT Code:** | **Case #** RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | alert | Speech: | WNL |
| Affect: | appropriate to situation | Mood: | WNL |
| Thought Process: | WNL | Thought Content: | concrete thinking |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.12) Post Traumatic Stress Disorder - Chronic

**Focus of Session:**

Client reports to in person session all within normal limits. Client is eager process most relevant issues. She reports continued distress with upcoming hearing and moving the children from their school. She processes historical patterns related to trust and disclosure. No danger assessed.

**Therapeutic Intervention:**

Will continue to provide space for Client to process.

**Planned Intervention:**

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 04/07/2023 12:17 PM

CONFIDENTIAL                MCNAE 005468



# EQUIP COUNSELING, PLLC

### PROGRESS NOTES

1

| | |
|---|---|
| Client:  Ronda McNae (RM00093) | Birth Date:  04/04/1986 |
| Creation Date:  04/03/2023 02:13 PM | |
| Service Date:  04/03/2023 10:00 AM - 11:00 AM | Duration:  60 minutes |
| Provider(s):  Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | |
| Insurer(s): | |
| Place Of Service:  Office | CPT Code:        Case #   RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | alert | Speech: | WNL |
| Affect: | appropriate to situation | Mood: | WNL |
| Thought Process: | organized | Thought Content: | concrete thinking |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.12) Post Traumatic Stress Disorder - Chronic

**Focus of Session:**

Client reports to in person session all within normal limits. She is eager to process upcoming hearing tomorrow. She reflects on impact and reported damage this has had on herself, spouse and children. She processes this. She reads declaration from old youth pastor. She reports plans to bring daughter to hearing. We discuss coping. She reflects on concurring legal issues in FL; she reports first feeling as if something was off with MF's story when she was at Onsite. She is able to remain regulated while processing these memories. No danger assessed.

**Therapeutic Intervention:**

**Planned Intervention:**

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 04/03/2023 02:18 PM

CONFIDENTIAL                 MCNAE 005466



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

1

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 04/07/2023 12:07 PM | | |
| Service Date: | 04/06/2023 10:00 AM - 11:00 AM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #  RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | alert | Speech: | WNL |
| Affect: | appropriate to situation | Mood: | WNL |
| Thought Process: | WNL | Thought Content: | concrete thinking |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.12) Post Traumatic Stress Disorder - Chronic

**Focus of Session:**

Client and partner report to in person session all within normal limits. Client is eager process upcoming hearing from Tuesday. She reports increased distress that current stress has had on children. She and partner process voluntary declarations. She is able to remain regulated while processing this session. No danger assessed.

**Therapeutic Intervention:**

Will continue to provide space for Client to process.

**Planned Intervention:**

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 04/27/2023 01:47 PM

CONFIDENTIAL                    MCNAE 005467



# EQUIP COUNSELING, PLLC

1

## PROGRESS NOTES

Client:  Ronda McNae (RM00093)                          Birth Date:   04/04/1986
Creation Date:   04/27/2023 01:39 PM
Service Date:   04/17/2023 10:00 AM - 11:00 AM          Duration:   60 minutes
Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:   Telehealth                    CPT Code:        Case #   RMC2000

| | | | |
|---|---|---|---|
| Appearance: | unclear | Orientation: | WNL |
| Behavior: | alert | Speech: | WNL |
| Affect: | WNL | Mood: | WNL |
| Thought Process: | WNL | Thought Content: | concrete thinking |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

## Diagnostic Impressions:

309.81 (F43.12) Post Traumatic Stress Disorder - Chronic

## Focus of Session:

Client reports to phone session mostly within normal limits. She reports that she was dysregulated prior to our call but was able to regulate self after walking to the beach. She reflects on the last week. She processes depositions she has heard and her feeling related. She processes more recalled memories that include no recall of taking a shower the night of reported assault. She is able to remain regulated while processing these memories. She processes conversations related to a potential settlement. She processes feelings of pressure related to these conversations. No danger assessed.

## Therapeutic Intervention:

Will continue to provide space for Client to process.

## Planned Intervention:


Return Appointment:

CONFIDENTIAL                    MCNAE 005470



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

2

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 04/27/2023 01:39 PM | | |
| Service Date: | 04/17/2023 10:00 AM - 11:00 AM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Telehealth | CPT Code: | Case # | RMC2000 |

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 05/15/2023 03:06 PM



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

1

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 04/27/2023 01:48 PM | | |
| Service Date: | 04/20/2023 10:00 AM - 11:00 AM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Telehealth | CPT Code: | Case # RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | unclear | Orientation: | WNL |
| Behavior: | alert | Speech: | WNL |
| Affect: | WNL | Mood: | WNL |
| Thought Process: | goal directed | Thought Content: | concrete thinking |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.12) Post Traumatic Stress Disorder - Chronic

**Focus of Session:**

Client reports to phone session mostly within normal limits. She is eager to reflect on the last week. She processes feelings and coping related to recent depositions. She processes her own upcoming deposition and the preparation she is doing. She processes pressure felt in conversations related to a potential settlement. No danger assessed.

**Therapeutic Intervention:**

Will continue to provide space for Client to process.

**Planned Intervention:**

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 04/27/2023 01:51 PM

CONFIDENTIAL                    MCNAE 005472



# EQUIP COUNSELING, PLLC

### PROGRESS NOTES

1.

| | |
|---|---|
| Client: Ronda McNae (RM00093) | Birth Date: 04/04/1986 |
| Creation Date: 05/15/2023 03:07 PM | |
| Service Date: 05/05/2023 11:00 AM - 12:00 PM | Duration: 60 minutes |
| Provider(s): Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | |
| Insurer(s): | |
| Place Of Service: Office | CPT Code:          Case # RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | fatigued | Speech: | WNL |
| Affect: | expansive | Mood: | dysphoric |
| Thought Process: | WNL | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | emotional | Appetite: | erratic |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.12) Post Traumatic Stress Disorder - Chronic

**Focus of Session:**

Client reports to in person session mostly within normal limits. She reports on most pertinent issues that include her trip to Florida, emotional state, coping with stress. Client reports that her auto immune symptoms flared with in FL; she feels it was directly connected to the stress from depositions. She processes her own understanding of the past 3 years. Client gets emotional in session. No danger assessed.

**Therapeutic Intervention:**

Will continue to provide space for Client to process.

**Planned Intervention:**

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 05/15/2023 03:12 PM

CONFIDENTIAL                    MCNAE 005473



## EQUIP COUNSELING, PLLC

### PROGRESS NOTES

1

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 05/15/2023 03:13 PM | | |
| Service Date: | 05/15/2023 10:00 AM - 11:00 AM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #  RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | alert | Speech: | WNL |
| Affect: | stable | Mood: | anxious: mild |
| Thought Process: | WNL | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | emotional | Appetite: | decreased |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.12) Post Traumatic Stress Disorder - Chronic

**Focus of Session:**

Client reports to in person session all within normal limits. Client has puppy with her. She leaves 1/2 way through session to complete call on phone due to puppy distracting her. Client expresses frustration with lawyer in WA state. She reports increased stress at not feeling heard by him. She reports moderate anxiety around hearing tomorrow. Client processes feelings around being a woman and not being heard. Client also processes social distress and impact of this on herself and kids. No danger assessed.

**Therapeutic Intervention:**

Will continue to provide space for Client to process.

**Planned Intervention:**

Return Appointment:

Staff Signature: *Sarah Dellinger*

Owner Sarah Dellinger, MS, LMFTA Therapist

I approve this document

Signed: 05/15/2023 03:28 PM        CONFIDENTIAL        MCNAE 005474



# EQUIP COUNSELING, PLLC
## PROGRESS NOTES

1

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 05/25/2023 02:49 PM | | |
| Service Date: | 05/18/2023 10:00 AM - 11:00 AM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #  RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | alert | Speech: | WNL |
| Affect: | stable | Mood: | anxious: mild |
| Thought Process: | WNL | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | emotional | Appetite: | decreased |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.12) Post Traumatic Stress Disorder - Chronic

**Focus of Session:**
Client reports to in person session all within normal limits. She is tearful and reports feeling 'very overwhelmed' (Client words). Client reports that her primary care physician has recommended that she 'leave/move as her health continues to be impacted by current stressors' (Client recall of physician's recc). Client reports feeling unsafe when going into stores as she is unsure if someone is following her and reports feeling unsure of who she can trust. Client reports continued social distress related to impact of legal case. Client reports disappointment in those she thought were friends. No SI/HI at this time.

**Therapeutic Intervention:**
Will continue to provide a neutral space for Client to process.

**Planned Intervention:**

Return Appointment:

CONFIDENTIAL                    MCNAE 005475



## EQUIP COUNSELING, PLLC

### PROGRESS NOTES

2

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 05/25/2023 02:49 PM | | |
| Service Date: | 05/18/2023 10:00 AM - 11:00 AM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #   RMC2000 |

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 05/25/2023 02:55 PM

CONFIDENTIAL

MCNAE 005476



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

1

| | |
|---|---|
| Client: Ronda McNae (RM00093) | Birth Date: 04/04/1986 |

Creation Date: 05/30/2023 04:14 PM

Service Date: 05/22/2023 10:00 AM - 11:00 AM          Duration: 60 minutes

Provider(s): Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)

Insurer(s):

Place Of Service: Office                    CPT Code:          Case #   RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | alert | Speech: | WNL |
| Affect: | emotional | Mood: | WNL |
| Thought Process: | WNL | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.12) Post Traumatic Stress Disorder - Chronic

**Focus of Session:**

Client reports to in person session all within normal limits. She is in good spirits. She reports that she, spouse and children were able to take a long bike ride over the weekend. She reports continued increase of distressing sx when in public. She reports that she cannot go grocery shopping alone. She becomes dysregulated in session as she processes most pertinent issues related to the legal cases, social relations, and coping. She processes feelings. No SI/HI at this time.

**Therapeutic Intervention:**

Will continue to provide a neutral space for Client to process.

**Planned Intervention:**

Return Appointment:

Staff Signature: *Sarah Dellinger*

Owner Sarah Dellinger, MS, LMFTA Therapist

I approve this document

Signed: 05/30/2023 04:20 PM                    CONFIDENTIAL                    MCNAE 005478



### EQUIP COUNSELING, PLLC

1

#### PROGRESS NOTES

| | |
|---|---|
| Client: Ronda McNae (RM00093) | Birth Date: 04/04/1986 |
| Creation Date: 05/30/2023 04:11 PM | |
| Service Date: 05/25/2023 10:00 AM - 11:00 AM | Duration: 60 minutes |
| Provider(s): Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | |
| Insurer(s): | |
| Place Of Service: Office | CPT Code: Case # RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | alert | Speech: | WNL |
| Affect: | stable | Mood: | WNL |
| Thought Process: | WNL | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.12) Post Traumatic Stress Disorder - Chronic

**Focus of Session:**

Client reports to in person session all within normal limits. She is in good spirits and engaged. She continues to process impact of legal cases. She reports getting dysregulated when dealing with some the specifics. She reports connecting with another reported victim. She processes her current understanding of her memory. She processes moderate distress around what to share in therapy and what not share. No SI/HI at this time.

**Therapeutic Intervention:**

Will continue to provide a neutral space for Client to process.

**Planned Intervention:**


Return Appointment:


Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 05/30/2023 04:14 PM

CONFIDENTIAL                    MCNAE 005477



# EQUIP COUNSELING, PLLC

### PROGRESS NOTES

1

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 06/06/2023 04:06 PM | | |
| Service Date: | 06/01/2023 10:00 AM - 11:00 AM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #   RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | WNL | Mood: | WNL |
| Thought Process: | WNL | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.12) Post Traumatic Stress Disorder - Chronic

**Focus of Session:**

Client reports to in person session all within normal limits. She is eager to process increased concern around daughter's mental health. She reports that she took her to Children's Hosptial to be evaluated and that they will visit primary care provider on 6/6. Client processes impact of this stress on herself and family. No SI/HI at this time.

**Therapeutic Intervention:**

Will continue to provide a neutral space for Client to process.

**Planned Intervention:**

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 06/06/2023 04:10 PM

CONFIDENTIAL          MCNAE 005479



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

1

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 06/09/2023 12:09 PM | | |
| Service Date: | 06/09/2023 10:00 AM - 11:00 AM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | WNL | Mood: | WNL |
| Thought Process: | WNL | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.12) Post Traumatic Stress Disorder - Chronic

**Focus of Session:**

Client and spouse report to in person session all within normal limits. She is alert and engaged. She reports that she has been 'on the verge of tears for several day' (Client words). She reports that she was able to do a job this week. She processes reported moderate emotional lability while on set. Both process impact of current stressors on their relationship, children and daily functioning. No SI/HI at this time.

**Therapeutic Intervention:**

Will continue to provide a neutral space for Client to process.

**Planned Intervention:**


Return Appointment:


Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 06/09/2023 12:13 PM

CONFIDENTIAL                    MCNAE 005480

# Exhibit B



# Superbill

**EQUIP Counseling, PLLC**

Date : **25 February 2020**
Invoice No. : **846**
For Questions Call : **2069923154**

Ronda McNae
504 11th pl
Kirkland, Wa 98033

EQUIP Counseling, PLLC
10829 Ne 68th St
Suite D
Kirkland Wa 98033

Previous Balance: ▓▓▓▓

| Date | Service | Place of Service | Units | Charge |
|------|---------|------------------|-------|--------|
| 02/28/2020 | 90837: 60min Therapy Session | 11 | 1 | ▓▓▓ |
| 02/28/2020 | 99354: 30 Min Session- Add On (Non-Crisis) | 11 | 1 | ▓▓▓ |
| 02/27/2020 | 90837: 60min Therapy Session | 11 | 1 | ▓▓▓ |
| 02/26/2020 | 90839: 60 Min Psychotherapy Session (Crisis) | 11 | 1 | ▓▓▓ |
| 02/24/2020 | 90837: 60min Therapy Session | 11 | 1 | ▓▓▓ |
| 02/20/2020 | 90837: 60min Therapy Session | 11 | 1 | ▓▓▓ |
| 02/19/2020 | 90837: 60min Therapy Session | 11 | 1 | ▓▓▓ |
| | | | Total Charges: | ▓▓▓ |

Diagnostic Code(s):    F43.11

Total Paid: ▓▓▓▓
Invoice Amount Due:
**Balance Due:** ▓▓▓▓

Billing Provider:   Name: EQUIP Counseling, PLLC
NPI #▓▓▓▓
Tax Id: ▓▓▓
License #▓▓▓▓▓

Rendering Provider:   Owner Sarah Dellinger, MS, LMFTA
Staff License #: MG- 60781074
NPI #: ▓▓▓▓▓

Client:   ID: RM00093
Name: Ronda McNae
Date of Birth: 4 April 1986
Gender: Female
SSN: XXXXX▓▓▓
Phone: (206) 914-6752



Footnote:

Client has already paid provider in FULL.
Reimbursment can be made directly to the insured.

EXHIBIT _190_
WIT: _____
DATE: _____
Kim Scheuerman, CCR

MCNAE 001152

# Superbill

### EQUIP Counseling, PLLC

Date : 2 March 2020
Invoice No. : 860
For Questions Call : 2069923154

Ronda McNae
504 11th pl
Kirkland, Wa 98033

EQUIP Counseling, PLLC
10829 Ne 68th St
Suite D
Kirkland Wa 98033

Previous Balance: ███████

| Date | Service | Place of Service | Units | Charge |
|------|---------|------------------|-------|--------|
| 03/31/2020 | 90837: 60min Therapy Session | 11 | 1 | ███████ |
| 03/30/2020 | 90837: 60min Therapy Session | 11 | 1 | ███████ |
| 03/30/2020 | 99354: 30 Min Session- Add On (Non-Crisis) | 11 | 1 | ███████ |
| 03/25/2020 | 90837: 60min Therapy Session | 11 | 1 | ███████ |
| 03/23/2020 | 90837: 60min Therapy Session | 11 | 1 | ███████ |
| 03/20/2020 | 90837: 60min Therapy Session | 11 | 1 | ███████ |
| 03/13/2020 | 90837: 60min Therapy Session | 11 | 1 | ███████ |
| 03/12/2020 | 90837: 60min Therapy Session | 11 | 1 | ███████ |
| 03/11/2020 | 90837: 60min Therapy Session | 11 | 1 | ███████ |
| 03/10/2020 | 90837: 60min Therapy Session | 11 | 1 | ███████ |
| 03/09/2020 | 90837: 60min Therapy Session | 11 | 1 | ███████ |
| 03/06/2020 | 90837: 60min Therapy Session | 11 | 1 | ███████ |
| 03/04/2020 | 90837: 60min Therapy Session | 11 | 1 | ███████ |
| 03/02/2020 | 90837: 60min Therapy Session | 11 | 1 | ███████ |
| | | | Total Charges: | ███████ |

Diagnostic Code(s):  F43.11

Total Paid: ███████
Invoice Amount Due: ███████
**Balance Due:** ███████

**Billing Provider:** Name: EQUIP Counseling, PLLC
NPI #: ███████
Tax Id ███████
License # ███████

**Rendering Provider:** Owner Sarah Dellinger, MS, LMFTA
Staff License #: MG-60781074
NPI # ███████

**Client:** ID: RM00093
Name: Ronda McNae
Date of Birth: 4 April 1986
Gender: Female
SSN: XXXXX
Phone: (206) 914-6752

MCNAE 001153

# Superbill

**EQUIP Counseling, PLLC**

Date : 5 April 2020
Invoice No. : 879
For Questions Call : 2069923154

Ronda McNae
504 11th pl
Kirkland, Wa 98033

EQUIP Counseling, PLLC
10829 Ne 68th St
Suite D
Kirkland Wa 98033

Previous Balance: ▓▓▓▓

| Date | Service | Place of Service | Units | Charge |
|------|---------|------------------|-------|--------|
| 04/15/2020 | 90837: 60min Therapy Session | 11 | 1 | ▓▓▓▓ |
| 04/15/2020 | 99354: 30 Min Session- Add On (Non-Crisis) | 11 | 1 | ▓▓▓▓ |
| 04/13/2020 | 90837: 60min Therapy Session | 11 | 1 | ▓▓▓▓ |
| 04/13/2020 | 99354: 30 Min Session- Add On (Non-Crisis) | 11 | 1 | ▓▓▓▓ |
| 04/10/2020 | 90837: 60min Therapy Session | 11 | 1 | ▓▓▓▓ |
| 04/10/2020 | 99354: 30 Min Session- Add On (Non-Crisis) | 11 | 1 | ▓▓▓▓ |
| 04/08/2020 | 90837: 60min Therapy Session | 11 | 1 | ▓▓▓▓ |
| 04/06/2020 | 90837: 60min Therapy Session | 11 | 1 | ▓▓▓▓ |
| 04/06/2020 | 99354: 30 Min Session- Add On (Non-Crisis) | 11 | 1 | ▓▓▓▓ |
| 04/03/2020 | 90837: 60min Therapy Session | 11 | 1 | ▓▓▓▓ |
| 04/02/2020 | 90837: 60min Therapy Session | 11 | 1 | ▓▓▓▓ |
| | | | Total Charges: | ▓▓▓▓ |

Diagnostic Code(s):   F43.11

Total Paid: ▓▓▓▓
Invoice Amount Due: ▓▓▓▓
**Balance Due:** ▓▓▓▓

**Billing Provider:** Name: EQUIP Counseling, PLLC
NPI #: ▓▓▓▓
Tax Id: ▓▓▓▓
License #: ▓▓▓▓

**Rendering Provider:** Owner Sarah Dellinger, MS, LMFTA
Staff License #: MG- 60781074
NPI #: ▓▓▓▓

**Client:** ID: RM00093
Name: Ronda McNae
Date of Birth: 4 April 1986
Gender: Female
SSN: XXXXX▓▓▓▓
Phone: (206) 914-6752

**Footnote:**

MCNAE 001154



# Superbill

**EQUIP Counseling, PLLC**

Date: 2 May 2020
Invoice No.: 898
For Questions Call: 2069923154

Ronda McNae
504 11th pl
Kirkland, Wa 98033

EQUIP Counseling, PLLC
10829 Ne 68th St
Suite D
Kirkland Wa 98033

Previous Balance: ▓▓▓▓▓

| Date | Service | Place of Service | Units | Charge |
|------|---------|------------------|-------|--------|
| 05/29/2020 | 90837: 60min Therapy Session | 11 | 1 | ▓▓▓▓ |
| 05/25/2020 | 90837: 60min Therapy Session | 11 | 1 | ▓▓▓▓ |
| 05/22/2020 | 90837: 60min Therapy Session | 11 | 1 | ▓▓▓▓ |
| 05/19/2020 | 90837: 60min Therapy Session | 11 | 1 | ▓▓▓▓ |
| 05/18/2020 | 90837: 60min Therapy Session | 11 | 1 | ▓▓▓▓ |
| 05/13/2020 | 90837: 60min Therapy Session | 11 | 1 | ▓▓▓▓ |
| 05/12/2020 | 90837: 60min Therapy Session | 11 | 1 | ▓▓▓▓ |
| 05/08/2020 | 90837: 60min Therapy Session | 11 | 1 | ▓▓▓▓ |
| 05/06/2020 | 90837: 60min Therapy Session | 11 | 1 | ▓▓▓▓ |
| 05/06/2020 | 90837: 60min Therapy Session | 11 | 1 | ▓▓▓▓ |
| 05/04/2020 | 90837: 60min Therapy Session | 11 | 1 | ▓▓▓▓ |
| 05/01/2020 | 90837: 60min Therapy Session | 11 | 1 | ▓▓▓▓ |

Total Charges: ▓▓▓▓

Diagnostic Code(s): F43.11

(MAY)

Total Paid: ▓▓▓▓
Invoice Amount Due: ▓▓▓▓
**Balance Due:** ▓▓▓▓

**Billing Provider:** Name: EQUIP Counseling, PLLC
NPI #: ▓▓▓
Tax Id: ▓▓▓▓
License #: ▓▓▓

**Rendering Provider:** Owner Sarah Dellinger, MS, LMFTA
Staff License #: MG- 60781074
NPI #: ▓▓▓▓

**Client:** ID: RM00093
Name: Ronda McNae
Date of Birth: 4 April 1986
Gender: Female
SSN: XXXXX▓▓▓
Phone: (206) 914-6752

**Footnote:**

MCNAE 001155

3:08

## superbill-910
PDF – 37 KB

✕  ↑



# Superbill

**EQUIP Counseling, PLLC**

Date : 14 June 2020
Invoice No.: 910
For Questions Call : 2069923154

Ronda McNae
504 11th pl
Kirkland, Wa 98033

EQUIP Counseling, PLLC
10829 Ne 68th St
Suite D
Kirkland Wa 98033

Previous Balance:

| Date | Service | Place of Service | Units | Charge |
|------|---------|------------------|-------|--------|
| 06/24/2020 | 90837: 60min Therapy Session | 11 | 1 | |
| 06/22/2020 | 90837: 60min Therapy Session | 11 | 1 | |
| 06/17/2020 | 90837: 60min Therapy Session | 11 | 1 | |
| 06/15/2020 | 90837: 60min Therapy Session | 11 | 1 | |
| 06/12/2020 | 90837: 60min Therapy Session | 11 | 1 | |
| 06/10/2020 | 90837: 60min Therapy Session | 11 | 1 | |
| 06/08/2020 | 90837: 60min Therapy Session | 11 | 1 | |
| 06/05/2020 | 90837: 60min Therapy Session | 11 | 1 | |
| 06/03/2020 | 90837: 60min Therapy Session | 11 | 1 | |
| 06/02/2020 | 90837: 60min Therapy Session | 11 | 1 | |
| 06/01/2020 | 90837: 60min Therapy Session | 11 | 1 | |
| | | | Total Charges: | |

Diagnostic Code(s):   F43.11

Total Paid:
Invoice Amount Due:
**Balance Due:**

**Billing Provider:**  Name: EQUIP Counseling, PLLC
NPI #
Tax Id
License #

**Rendering Provider:**  Owner Sarah Dellinger, MS, LMFTA
Staff License #: MG- 60781074
NPI #

**Client:**  ID: RM00093
Name: Ronda McNae
Date of Birth: 4 April 1986
Gender: Female
SSN: XXXX
Phone: (206) 914-6752

Footnote:



MCNAE 001156

# Superbill

**EQUIP Counseling, PLLC**

Date : **16 July 2020**
Invoice No. : **959**
For Questions Call : **2069923154**

Ronda McNae
504 11th pl
Kirkland, Wa 98033

EQUIP Counseling, PLLC
10829 Ne 68th St
Suite D
Kirkland Wa 98033

Previous Balance: ███

| Date | Service | Place of Service | Units | Charge |
|------|---------|------------------|-------|--------|
| 07/29/2020 | 90837: 60min Therapy Session | 11 | 1 | |
| 07/22/2020 | 90837: 60min Therapy Session | 11 | 1 | |
| 07/20/2020 | 90837: 60min Therapy Session | 11 | 1 | |
| 07/15/2020 | 90837: 60min Therapy Session | 11 | 1 | |
| | | | Total Charges: | |

Diagnostic Code(s): F43.12

Total Paid: ███
Invoice Amount Due: ███
Balance Due: ███

| | | | |
|---|---|---|---|
| **Billing Provider:** | Name: EQUIP Counseling, PLLC | **Client:** | ID: RM00093 |
| | ███ | | Name: Ronda McNae |
| | License #: MG1-60781074 | | Date of Birth: 4 April 1986 |
| | | | Sex: Female |
| **Rendering Provider:** | Owner Sarah Dellinger, MS, LMFTA | | SSN: XXXXX████ |
| | Staff License #: MG- 60781074 | | Phone: (206) 914-6752 |
| | ███ | | |

Footnote:

CONFIDENTIAL                    EQUIP 000381



# EQUIP Counseling, PLLC

# Superbill

Date : 10 August 2020
Invoice No. : 971
For Questions Call : 2069923154

Ronda McNae
504 11th pl
Kirkland, Wa 98033

EQUIP Counseling, PLLC
10829 Ne 68th St
Suite D
Kirkland Wa 98033

| | | | | | Previous Balance: | |
|---|---|---|---|---|---|---|
| **Date** | **Service** | | **Place of Service** | **Units** | | **Charge** |
| 08/17/2020 | 90837: 60min Therapy Session | | 11 | 1 | | |
| 08/12/2020 | 90837: 60min Therapy Session | | 11 | 1 | | |
| 08/05/2020 | 90837: 60min Therapy Session | | 11 | 1 | | |
| | | | | | Total Charges: | |

Diagnostic Code(s):   F43.11

Total Paid:
Invoice Amount Due: 
**Balance Due:**

**Billing Provider:**   Name: EQUIP Counseling, PLLC
NPI #:
Tax Id:
License #:

**Rendering Provider:**   Owner Sarah Dellinger, MS, LMFTA
Staff License #: MG- 60781074
NPI #:

**Client:**   ID: RM00093
Name: Ronda McNae
Date of Birth: 4 April 1986
Gender: Female
SSN: XXXXX
Phone: (206) 914-6752

**Footnote:**

MCNAE 001157

**Superbill**

EQUIP
counseling

| | |
|---|---|
| Date : | 12 September 2020 |
| Invoice No. : | 993 |
| For Questions Call : | 2069923154 |

**EQUIP Counseling, PLLC**

Ronda McNae
504 11th pl
Kirkland, Wa 98033

EQUIP Counseling, PLLC
10829 Ne 68th St
Suite D
Kirkland Wa 98033

Previous Balance:

| Date | Service | Place of Service | Units | Charge |
|---|---|---|---|---|
| 09/25/2020 | 90837: 60min Therapy Session | 11 | 1 | |
| 09/21/2020 | 90837: 60min Therapy Session | 11 | 1 | |
| 09/16/2020 | 90837: 60min Therapy Session | 11 | 1 | |
| 09/10/2020 | 90837: 60min Therapy Session | 11 | 1 | |
| 09/09/2020 | 90837: 60min Therapy Session | 11 | 1 | |
| | | | Total Charges: | |

Diagnostic Code(s):   F43.11

Total Paid:
Invoice Amount Due:
**Balance Due:**

**Billing Provider:** Name: EQUIP Counseling, PLLC
NPI #:
Tax Id:
License #:

**Rendering Provider:** Owner Sarah Dellinger, MS, LMFTA
Staff License #: MG-60781074
NPI #:

**Client:** ID: RM00093
Name: Ronda McNae
Date of Birth: 4 April 1986
Gender: Female
SSN: XXXX
Phone: (206) 914-6752

**Footnote:**

MCNAE 001755



# Superbill

Date : **19 October 2020**
Invoice No. : **1004**
For Questions Call : **2069923154**

## EQUIP Counseling, PLLC

Ronda McNae
504 11th pl
Kirkland, Wa 98033

EQUIP Counseling, PLLC
10829 Ne 68th St
Suite D
Kirkland Wa 98033

| | | | | Previous Balance: | ▇▇ |
|---|---|---|---|---|---|

| Date | Service | Place of Service | Units | | Charge |
|---|---|---|---|---|---|
| 10/21/2020 | 90837: 60min Therapy Session | 11 | 1 | | ▇▇ |
| 10/19/2020 | 90837: 60min Therapy Session | 11 | 1 | | ▇▇ |
| 10/14/2020 | 90837: 60min Therapy Session | 11 | 1 | | ▇▇ |
| 10/09/2020 | 90837: 60min Therapy Session | 11 | 1 | | ▇▇ |
| 10/07/2020 | 90837: 60min Therapy Session | 11 | 1 | | ▇▇ |
| 10/05/2020 | 90837: 60min Therapy Session | 11 | 1 | | ▇▇ |
| | | | | Total Charges: | ▇▇ |

Diagnostic Code(s):  F43.11

Total Paid: ▇▇
Invoice Amount Due: 
**Balance Due:** ▇▇

**Billing Provider:**
Name: EQUIP Counseling, PLLC
NPI #: ▇▇
Tax Id: ▇▇
License #: ▇▇

**Rendering Provider:**
Owner Sarah Dellinger, MS, LMFTA
Staff License #: MG- 60781074
NPI: ▇▇

**Client:**  ID: RM00093
Name: Ronda McNae
Date of Birth: 4 April 1986
Gender: Female
SSN: XXXXX▇▇
Phone: (206) 914-6752

**Footnote:**



# Superbill

**EQUIP Counseling, PLLC**

Date : 17 November 2020
Invoice No. : 1042
For Questions Call : 2069923154

Ronda McNae
504 11th pl
Kirkland, Wa 98033

EQUIP Counseling, PLLC
10829 Ne 68th St
Suite D
Kirkland Wa 98033

Previous Balance:

| Date | Service | Place of Service | Units | Charge |
|------|---------|------------------|-------|--------|
| 11/30/2020 | 90837: 60min Therapy Session | 11 | 1 | |
| 11/19/2020 | 90837: 60min Therapy Session | 11 | 1 | |
| 11/18/2020 | 90837: 60min Therapy Session | 11 | 1 | |
| 11/16/2020 | 90837: 60min Therapy Session | 11 | 1 | |
| 11/13/2020 | 90837: 60min Therapy Session | 11 | 1 | |
| 11/12/2020 | 90837: 60min Therapy Session | 11 | 1 | |

Total Charges:

Diagnostic Code(s):   F43.11

Total Paid:
Invoice Amount Due:
**Balance Due:**

Billing Provider:   Name: EQUIP Counseling, PLLC
NPI #:
Tax Id:
License #:

Rendering Provider:   Owner Sarah Dellinger, MS, LMFTA
Staff License #: MG- 60781074
NPI #:

Client:   ID: RM00093
Name: Ronda McNae
Date of Birth: 4 April 1986
Gender: Female
SSN: XXXXX
Phone: (206) 914-6752

Footnote:



# Superbill

**EQUIP Counseling, PLLC**

Date : 7 December 2020
Invoice No. : 1054
For Questions Call : 2069923154

Ronda McNae
504 11th pl
Kirkland, Wa 98033

EQUIP Counseling, PLLC
10829 Ne 68th St
Suite D
Kirkland Wa 98033

Previous Balance: ▮▮▮▮▮

| Date | Service | Place of Service | Units | Charge |
|---|---|---|---|---|
| 12/17/2020 | 90837: 60min Therapy Session | 11 | 1 | ▮▮▮▮ |
| 12/14/2020 | 90837: 60min Therapy Session | 11 | 1 | ▮▮▮▮ |
| 12/11/2020 | 90837: 60min Therapy Session | 11 | 1 | ▮▮▮▮ |
| 12/09/2020 | 90837: 60min Therapy Session | 11 | 1 | ▮▮▮▮ |
| 12/04/2020 | 90837: 60min Therapy Session | 02 | 1 | ▮▮▮▮ |
| 12/01/2020 | 90837: 60min Therapy Session | 11 | 1 | ▮▮▮▮ |
| | | | Total Charges: | |

Diagnostic Code(s): F43.11

Total Paid: ▮▮▮▮▮
Invoice Amount Due: ▮▮▮▮
**Balance Due:** ▮▮▮▮

Billing Provider: Name: EQUIP Counseling, PLLC
NPI #: ▮▮▮▮▮▮
Tax I.d. : ▮▮▮▮▮
License #: ▮▮▮▮▮

Rendering Provider: Owner Sarah Dellinger, MS, LMFTA
Staff License #: MG- 60781074
NPI ▮▮▮▮▮

Client: ID: RM00093
Name: Ronda McNae
Date of Birth: 4 April 1986
Gender: Female
SSN: XXXX▮▮▮▮
Phone: (206) 914-6752

Footnote:



# Superbill

**EQUIP Counseling, PLLC**

Date : 12 January 2021
Invoice No. : 1069
For Questions Call : 2069923154

Ronda McNae
504 11th pl
Kirkland, Wa 98033

EQUIP Counseling, PLLC
10829 Ne 68th St
Suite D
Kirkland Wa 98033

Previous Balance: ██████

| Date | Service | Place of Service | Units | Charge |
|------|---------|------------------|-------|--------|
| 01/27/2021 | 90837: 60min Therapy Session | 11 | 1 | ██████ |
| 01/25/2021 | 90837: 60min Therapy Session | 11 | 1 | ██████ |
| 01/22/2021 | 90847: C/F Therapy Session | 11 | 1 | ██████ |
| 01/19/2021 | 90837: 60min Therapy Session | 11 | 1 | ██████ |
| 01/15/2021 | 90847: C/F Therapy Session | 11 | 1 | ██████ |
| 01/11/2021 | 90837: 60min Therapy Session | 11 | 1 | ██████ |
| 01/08/2021 | 90837: 60min Therapy Session | 11 | 1 | ██████ |
| 01/04/2021 | 90837: 60min Therapy Session | 11 | 1 | ██████ |
| | | | Total Charges: | ██████ |

Diagnostic Code(s): F43.11

Total Paid: ██████
Invoice Amount Due: ██████
**Balance Due:** ██████

**Billing Provider:** Name: EQUIP Counseling, PLLC
NPI ██████
Tax Id ██████
License #: ██████

**Rendering Provider:** Owner Sarah Dellinger, MS, LMFTA
Staff License #: MG- 60781074
NPI ██████

**Client:** ID: RM00093
Name: Ronda McNae
Date of Birth: 4 April 1986
Gender: Female
SSN: XXXXX-████
Phone: (206) 914-6752

**Footnote:**

MCNAE 001161



# Superbill

**EQUIP Counseling, PLLC**

Date : 12 February 2021
Invoice No. : 1105
For Questions Call : 2069923154

Ronda McNae
504 11th pl
Kirkland, Wa 98033

EQUIP Counseling, PLLC
10829 Ne 68th St
Suite D
Kirkland Wa 98033

Previous Balance:

| Date | Service | Place of Service | Units | Charge |
|------|---------|------------------|-------|--------|
| 02/25/2021 | 90837: 60min Therapy Session | 11 | 1 | ████ |
| 02/15/2021 | 90837: 60min Therapy Session | 11 | 1 | ████ |
| 02/11/2021 | 90837: 60min Therapy Session | 11 | 1 | ████ |
| 02/05/2021 | 90837: 60min Therapy Session | 11 | 1 | ████ |
| 02/01/2021 | 90837: 60min Therapy Session | 11 | 1 | ████ |
| | | Total Charges: | | ████ |

Diagnostic Code(s):   F43.11

Total Paid: ████
Invoice Amount Due: ████
**Balance Due:** ████



Billing Provider: Name: EQUIP Counseling, PLLC
NPI # ████
Tax ████
License ████

Rendering Provider: Owner Sarah Dellinger, MS, LMFTA
Staff License #: MG-60781074
NPI ████

Client:   ID: RM00093
Name: Ronda McNae
Date of Birth: 4 April 1986
Gender: Female
SSN: XXXXX████
Phone: (206) 914-6752

Footnote:



# Superbill

**EQUIP Counseling, PLLC**

Date : 21 March 2021
Invoice No. : 1109
For Questions Call : 2069923154

Ronda McNae
504 11th pl
Kirkland, Wa 98033

EQUIP Counseling, PLLC
10829 Ne 68th St
Suite D
Kirkland Wa 98033

Previous Balance: ▓▓▓▓

| Date | Service | Place of Service | Units | Charge |
|------|---------|------------------|-------|--------|
| 03/31/2021 | 90837: 60min Therapy Session | 11 | 1 | ▓▓▓▓ |
| 03/29/2021 | 90847: C/F Therapy Session | 11 | 1 | ▓▓▓▓ |
| 03/29/2021 | 90846: C Therapy Session (W/O) | 11 | 1 | ▓▓▓▓ |
| 03/25/2021 | 90837: 60min Therapy Session | 11 | 1 | ▓▓▓▓ |
| 03/24/2021 | 90837: 60min Therapy Session | 11 | 1 | ▓▓▓▓ |
| 03/22/2021 | 90847: C/F Therapy Session | 11 | 1 | ▓▓▓▓ |
| 03/19/2021 | 90847: C/F Therapy Session | 11 | 1 | ▓▓▓▓ |
| 03/17/2021 | 90837: 60min Therapy Session | 11 | 1 | ▓▓▓▓ |
| 03/15/2021 | 90837: 60min Therapy Session | 11 | 1 | ▓▓▓▓ |
| 03/12/2021 | 90837: 60min Therapy Session | 11 | 1 | ▓▓▓▓ |
| 03/11/2021 | 90837: 60min Therapy Session | 11 | 1 | ▓▓▓▓ |

Total Charges: ▓▓▓▓

Diagnostic Code(s): F43.11

Total Paid: ▓▓▓▓
Invoice Amount Due: ▓▓▓▓
**Balance Due:** ▓▓▓▓

**Billing Provider:** Name: EQUIP Counseling, PLLC
NPI #: ▓▓▓▓▓▓
Tax Id: ▓▓▓▓▓▓
License #: M▓▓▓▓▓

**Rendering Provider:** Owner Sarah Dellinger, MS, LMFTA
Staff License #: MG- 60781074
NPI #: ▓▓▓▓▓▓

**Client:** ID: RM00093
Name: Ronda McNae
Date of Birth: 4 April 1986
Gender: Female
SSN: XXXXX▓▓▓▓
Phone: (206) 914-6752

**Footnote:**

MCNAE 001163

superbill-1121
PDF - 37 KB



# Superbill

**EQUIP Counseling, PLLC**

Date : 23 April 2021
Invoice No. : 1121
For Questions Call : 2069923154

Ronda McNae
504 11th pl
Kirkland, Wa 98033

EQUIP Counseling, PLLC
10829 Ne 68th St
Suite D
Kirkland Wa 98033

Previous Balance:

| Date | Service | Place of Service | Units | Charge |
|------|---------|------------------|-------|--------|
| 04/30/2021 | 90837: 60min Therapy Session | 11 | 1 | ■■■ |
| 04/28/2021 | 90837: 60min Therapy Session | 11 | 1 | ■■■ |
| 04/27/2021 | 90837: 60min Therapy Session | 11 | 1 | ■■■ |
| 04/26/2021 | 90847: C/F Therapy Session | 11 | 1 | ■■■ |
| 04/23/2021 | 90837: 60min Therapy Session | 11 | 1 | ■■■ |
| 04/21/2021 | 90837: 60min Therapy Session | 11 | 1 | ■■■ |
| 04/19/2021 | 90847: C/F Therapy Session | 11 | 1 | ■■■ |
| 04/16/2021 | 90837: 60min Therapy Session | 11 | 1 | ■■■ |
| | | | Total Charges: | |

Diagnostic Code(s): F43.11

Total Paid: ■■■
Invoice Amount Due: ■■■
**Balance Due:** ■■■

Billing Provider: Name: EQUIP Counseling, PLLC
NPI #: ■■■
Tax Id ■■■
License #: ■■■

Rendering Provider: Owner Sarah Dellinger, MS, LMFTA
Staff License #: MG- 60781074
NPI ■■■

Client: ID: RM00093
Name: Ronda McNae
Date of Birth: 4 April 1986
Gender: Female
SSN: XXXXX■■■
Phone: (206) 914-6752

Footnote:

MCNAE 001164



# Superbill

**EQUIP Counseling, PLLC**

Date : 7 May 2021
Invoice No. : 1122
For Questions Call : 2069923154

| | |
|---|---|
| Ronda McNae<br>504 11th pl<br>Kirkland, Wa 98033 | EQUIP Counseling, PLLC<br>10829 Ne 68th St<br>Suite D<br>Kirkland Wa 98033 |

Previous Balance: ▬▬▬

| Date | Service | Place of Service | Units | Charge |
|---|---|---|---|---|
| 05/26/2021 | 90837: 60min Therapy Session | 11 | 1 | ▬▬ |
| 05/24/2021 | 90837: 60min Therapy Session | 11 | 1 | ▬▬ |
| 05/24/2021 | 90840: 30 Min Session Add-On (Crisis) | 11 | 1 | ▬▬ |
| 05/21/2021 | 90837: 60min Therapy Session | 11 | 1 | ▬▬ |
| 05/19/2021 | 90847: C/F Therapy Session | 11 | 1 | ▬▬ |
| 05/17/2021 | 90837: 60min Therapy Session | 11 | 1 | ▬▬ |
| 05/14/2021 | 90837: 60min Therapy Session | 11 | 1 | ▬▬ |
| 05/14/2021 | 90837: 60min Therapy Session | 11 | 1 | ▬▬ |
| 05/10/2021 | 90847: C/F Therapy Session | 11 | 1 | ▬▬ |
| 05/07/2021 | 90837: 60min Therapy Session | 11 | 1 | ▬▬ |
| 05/03/2021 | 90837: 60min Therapy Session | 11 | 1 | ▬▬ |

Total Charges: ▬▬▬

Diagnostic Code(s): F43.11

Total Paid: ▬▬▬
Invoice Amount Due: ▬▬▬
**Balance Due:** ▬▬▬

**Billing Provider:** Name: EQUIP Counseling, PLLC
NPI #: ▬▬▬
Tax Id: ▬▬▬
License #: ▬▬▬

**Rendering Provider:** Owner Sarah Dellinger, MS, LMFTA
Staff License #: MG-60781074
NPI #: ▬▬▬

**Client:** ID: RM00093
Name: Ronda McNae
Date of Birth: 4 April 1986
Gender: Female
SSN: XXXXX▬▬
Phone: (206) 914-6752

**Footnote:**

MCNAE 001165



# **Superbill**

**EQUIP Counseling, PLLC**

Date : 7 June 2021
Invoice No. : 1133
For Questions Call : 2069923154

Ronda McNae
504 11th pl
Kirkland, Wa 98033

EQUIP Counseling, PLLC
10829 Ne 68th St
Suite D
Kirkland Wa 98033

Previous Balance:

| Date | Service | Place of Service | Units | Charge |
|------|---------|------------------|-------|--------|
| 06/30/2021 | 90837: 60min Therapy Session | 11 | 1 | ▬▬ |
| 06/28/2021 | 90837: 60min Therapy Session | 11 | 1 | ▬▬ |
| 06/14/2021 | 90837: 60min Therapy Session | 11 | 1 | ▬▬ |
| 06/10/2021 | 90837: 60min Therapy Session | 11 | 1 | ▬▬ |
| 06/09/2021 | 90837: 60min Therapy Session | 11 | 1 | ▬▬ |
| 06/07/2021 | 90837: 60min Therapy Session | 11 | 1 | ▬▬ |
| 06/04/2021 | 90837: 60min Therapy Session | 11 | 1 | ▬▬ |
| 06/02/2021 | 90847: C/F Therapy Session | 11 | 1 | ▬▬ |

Total Charges:

Diagnostic Code(s): F43.11

Total Paid: 
Invoice Amount Due:
**Balance Due:**

**Billing Provider:** Name: EQUIP Counseling, PLLC
NPI #:
Tax Id:
License #:

**Rendering Provider:** Owner Sarah Dellinger, MS, LMFTA
Staff License #: MG-60781074
NPI #:

**Client:** ID: RM00093
Name: Ronda McNae
Date of Birth: 4 April 1986
Gender: Female
SSN: XXXXX
Phone: (206) 914-6752

**Footnote:**



# Superbill

### Premera ID: B02YVUB02YVT

**EQUIP Counseling, PLLC**

Date : 9 August 2021
Invoice No. : 1195
For Questions Call : 2069923154

Ronda McNae
504 11th pl
Kirkland, Wa 98033

EQUIP Counseling, PLLC
10829 Ne 68th St
Suite D
Kirkland Wa 98033

Previous Balance:

| Date | Service | Place of Service | Units | Charge |
|------|---------|------------------|-------|--------|
| 08/31/2021 | 90837: 60min Therapy Session | 11 | 1 | |
| 08/20/2021 | 90847: C/F Therapy Session | 11 | 1 | |
| 08/16/2021 | 90837: 60min Therapy Session | 11 | 1 | |
| 08/12/2021 | 90837: 60min Therapy Session | 11 | 1 | |
| 08/09/2021 | 90837: 60min Therapy Session | 11 | 1 | |
| 08/09/2021 | 99354: 30 Min Session- Add On (Non-Crisis) | 11 | 1 | |
| 07/07/2021 | 90837: 60min Therapy Session | 11 | 1 | |
| 07/02/2021 | 90837: 60min Therapy Session | 11 | 1 | |
| | | | Total Charges: | |

Diagnostic Code(s): F43.11

Total Paid: $1,100.00
Invoice Amount Due: $0.00
**Balance Due: $50.00**

**Billing Provider:** Name: EQUIP Counseling, PLLC
NPI #:
Tax I
License #:

**Rendering Provider:** Owner Sarah Dellinger, MS, LMFTA
Staff License #: MG-60781074
NPI #:

**Client:** ID: RM00093
Name: Ronda McNae
Date of Birth: 4 April 1986
Gender: Female
SSN: XXXXX-3684
Phone: (206) 914-6752

**Footnote:**



# Superbill

## Premera ID: B02YVUB02YVT

**EQUIP Counseling, PLLC**

Date : 15 September 2021
Invoice No. : 1234
For Questions Call : 2069923154

Ronda McNae
504 11th pl
Kirkland, Wa 98033

EQUIP Counseling, PLLC
10829 Ne 68th St
Suite D
Kirkland Wa 98033

Previous Balance: ▮▮▮▮

| Date | Service | Place of Service | Units | Charge |
|------|---------|------------------|-------|--------|
| 09/30/2021 | 90837: 60min Therapy Session | 11 | 1 | ▮▮▮ |
| 09/27/2021 | 90837: 60min Therapy Session | 11 | 1 | ▮▮▮ |
| 09/27/2021 | 90837: 60min Therapy Session | 11 | 1 | ▮▮▮ |
| 09/27/2021 | 90847: C/F Therapy Session | 11 | 1 | ▮▮▮ |
| 09/20/2021 | 90837: 60min Therapy Session | 11 | 1 | ▮▮▮ |
| 09/16/2021 | 90837: 60min Therapy Session | 11 | 1 | ▮▮▮ |
| 09/13/2021 | 90837: 60min Therapy Session | 11 | 1 | ▮▮▮ |
| 09/09/2021 | 90837: 60min Therapy Session | 11 | 1 | ▮▮▮ |
| 09/08/2021 | 90837: 60min Therapy Session | 11 | 1 | ▮▮▮ |
| 09/07/2021 | 90837: 60min Therapy Session | 11 | 1 | ▮▮▮ |
| 09/02/2021 | 90837: 60min Therapy Session | 11 | 1 | ▮▮▮ |
| | | | Total Charges: | ▮▮▮ |

Diagnostic Code(s): F43.11

Total Paid: ▮▮▮
Invoice Amount Due: ▮▮▮
**Balance Due:** ▮▮▮



**Billing Provider:** Name: EQUIP Counseling, PLLC
NPI #: ▮▮▮▮
Tax Id ▮▮▮▮
License #: MG ▮▮▮▮

**Rendering Provider:** Owner Sarah Dellinger, MS, LMFTA
Staff License #: MG-60781074
NPI # ▮▮▮▮

**Client:** ID: RM00093
Name: Ronda McNae
Date of Birth: 4 April 1986
Gender: Female
SSN: XXXXX▮▮▮▮
Phone: (206) 914-6752

## Premera ID: B02YVUB02YVT

MCNAE 001168



# Superbill

## Premera ID: B02YVUB02YVT

**EQUIP Counseling, PLLC**

Date : 4 October 2021
Invoice No. : 1241
For Questions Call : 2069923154

Ronda McNae
504 11th pl
Kirkland, Wa 98033

EQUIP Counseling, PLLC
10829 Ne 68th St
Suite D
Kirkland Wa 98033

Previous Balance:

| Date | Service | Place of Service | Units | Charge |
|------|---------|------------------|-------|--------|
| 10/29/2021 | 90837: 60min Therapy Session | 11 | 1 | |
| 10/28/2021 | 90847: C/F Therapy Session | 11 | 1 | |
| 10/27/2021 | 90847: C/F Therapy Session | 11 | 1 | |
| 10/25/2021 | 90837: 60min Therapy Session | 11 | 1 | |
| 10/22/2021 | 90837: 60min Therapy Session | 11 | 1 | |
| 10/21/2021 | 90847: C/F Therapy Session | 11 | 1 | |
| 10/19/2021 | 90847: C/F Therapy Session | 11 | 1 | |
| 10/18/2021 | 90837: 60min Therapy Session | 11 | 1 | |
| 10/12/2021 | 90837: 60min Therapy Session | 11 | 1 | |
| 10/11/2021 | 90837: 60min Therapy Session | 11 | 1 | |
| 10/05/2021 | 90837: 60min Therapy Session | 11 | 1 | |
| 10/04/2021 | 90837: 60min Therapy Session | 11 | 1 | |
| 10/04/2021 | 90847: C/F Therapy Session | 11 | 1 | |

Total Charges:

Diagnostic Code(s): F43.11

Total Paid:
Invoice Amount Due:
**Balance Due:**

**Billing Provider:** Name: EQUIP Counseling, PLLC
NPI #:
Tax
License #: MG-

**Rendering Provider:** Owner Sarah Dellinger, MS, LMFTA
Staff License #: MG-

**Client:** ID: RM00093
Name: Ronda McNae
Date of Birth: 4 April 1986
Gender: Female
SSN: XXXX
Phone: (206) 914-6752

## Premera ID: B02YVUB02YVT

MCNAE 001169



## Premera ID: B02YVUB02YVT

# Superbill

**EQUIP Counseling, PLLC**

Date : 3 November 2021
Invoice No. : 1275
For Questions Call : 2069923154

Ronda McNae
504 11th pl
Kirkland, Wa 98033

EQUIP Counseling, PLLC
10829 Ne 68th St
Suite D
Kirkland Wa 98033

Previous Balance: ▇▇▇▇

| Date | Service | Place of Service | Units | Charge |
|------|---------|------------------|-------|--------|
| 11/18/2021 | 90837: 60min Therapy Session | 02 | 1 | ▇▇▇ |
| 11/04/2021 | 90847: C/F Therapy Session | 11 | 1 | ▇▇▇ |
| 11/01/2021 | 90847: C/F Therapy Session | 11 | 1 | ▇▇▇ |
| | | Total Charges: | | ▇▇▇ |

Diagnostic Code(s): F43.11

Total Paid: ▇▇▇
Invoice Amount Due: ▇▇▇
**Balance Due:** ▇▇▇

**Billing Provider:** Name: EQUIP Counseling, PLLC
NPI #: ▇▇▇▇
Tax Id ▇▇▇▇
License #: MG▇▇▇▇▇1074

**Rendering Provider:** Owner Sarah Dellinger, MS, LMFTA
Staff License #: MG-60781074
NPI # ▇▇▇▇

**Client:** ID: RM00093
Name: Ronda McNae
Date of Birth: 4 April 1986
Gender: Female
SSN: XXXXX▇▇▇
Phone: (206) 914-6752

## Premera ID: B02YVUB02YVT

MCNAE 001170



# Superbill

## Premera ID: B02YVUB02YVT

**EQUIP Counseling, PLLC**

Date : 7 December 2021
Invoice No. : 1295
For Questions Call : 2069923154

Ronda McNae
504 11th pl
Kirkland, Wa 98033

EQUIP Counseling, PLLC
10829 Ne 68th St
Suite D
Kirkland Wa 98033

Previous Balance:

| Date | Service | Place of Service | Units | Charge |
|------|---------|------------------|-------|--------|
| 12/27/2021 | 90837: 60min Therapy Session | 11 | 1 | |
| 12/22/2021 | 90837: 60min Therapy Session | 11 | 1 | |
| 12/20/2021 | 90837: 60min Therapy Session | 11 | 1 | |
| 12/14/2021 | 90847: C/F Therapy Session | 11 | 1 | |
| 12/08/2021 | 90847: C/F Therapy Session | 11 | 1 | |
| 12/06/2021 | 90837: 60min Therapy Session | 11 | 1 | |
| 12/06/2021 | 90846: C Therapy Session (W/O) | 11 | 1 | |
| 12/01/2021 | 90837: 60min Therapy Session | 02 | 1 | |
| | Total Charges: | | | |

Diagnostic Code(s): F43.11

Total Paid:
Invoice Amount Due:
**Balance Due:**

Billing Provider: Name: EQUIP Counseling, PLLC
NPI #:
Tax Id:
License #: MG1-60781074

Rendering Provider: Owner Sarah Dellinger, MS, LMFTA
Staff License #: MG-60781074
NPI #:

Client: ID: RM00093
Name: Ronda McNae
Date of Birth: 4 April 1986
Gender: Female
SSN: XXXXX
Phone: (206) 914-6752

## Premera ID: B02YVUB02YVT

MCNAE 001171



# Premera ID: B02YVUB02YVT

# Superbill

**EQUIP Counseling, PLLC**

Date : 13 January 2022
Invoice No. : 1324
For Questions Call : 2069923154

Ronda McNae
504 11th pl
Kirkland, Wa 98033

EQUIP Counseling, PLLC
10829 Ne 68th St
Suite D
Kirkland Wa 98033

Previous Balance:

| Date | Service | Place of Service | Units | Charge |
|------|---------|------------------|-------|--------|
| 01/27/2022 | 90837: 60min Therapy Session | 11 | 1 | ▆▆▆ |
| 01/26/2022 | 90847: C/F Therapy Session | 11 | 1 | ▆▆▆ |
| 01/24/2022 | 90837: 60min Therapy Session | 11 | 1 | ▆▆▆ |
| 01/20/2022 | 90837: 60min Therapy Session | 11 | 1 | ▆▆▆ |
| 01/18/2022 | 90847: C/F Therapy Session | 11 | 1 | ▆▆▆ |
| 01/17/2022 | 90837: 60min Therapy Session | 11 | 1 | ▆▆▆ |
| 01/14/2022 | 90837: 60min Therapy Session | 11 | 1 | ▆▆▆ |
| 01/07/2022 | 90837: 60min Therapy Session | 11 | 1 | ▆▆▆ |
| 01/06/2022 | 90837: 60min Therapy Session | 11 | 1 | ▆▆▆ |
| 01/03/2022 | 90847: C/F Therapy Session | 11 | 1 | ▆▆▆ |
| | Total Charges: | | | ▆▆▆ |

Diagnostic Code(s): F43.11

Total Paid: ▆▆▆
Invoice Amount Due: ▆▆▆
**Balance Due:** ▆▆▆

Billing Provider: Name: EQUIP Counseling, PLLC
NPI #: ▆▆▆
Tax Id: ▆▆▆
License #: MG1-60781074

Rendering Provider: Owner Sarah Dellinger, MS, LMFTA
Staff License #: MG-60781074
NPI #: ▆▆▆

Client: ID: RM00093
Name: Ronda McNae
Date of Birth: 4 April 1986
Gender: Female
SSN: XXXXX-▆▆▆
Phone: (206) 914-6752

Premera ID: B02YVUB02YVT



# Premera ID: B02YVUB02YVT

# Superbill

**EQUIP Counseling, PLLC**

Date: 3 February 2022
Invoice No.: 1340
For Questions Call: 2069923154

Ronda McNae
504 11th pl
Kirkland, Wa 98033

EQUIP Counseling, PLLC
10829 Ne 68th St
Suite D
Kirkland Wa 98033

Previous Balance: ▮▮▮▮

| Date | Service | Place of Service | Units | Charge |
|------|---------|------------------|-------|--------|
| 02/28/2022 | 90837: 60min Therapy Session | 11 | 1 | ▮▮▮ |
| 02/24/2022 | 90847: C/F Therapy Session | 11 | 1 | ▮▮▮ |
| 02/23/2022 | 90837: 60min Therapy Session | 11 | 1 | ▮▮▮ |
| 02/17/2022 | 90837: 60min Therapy Session | 11 | 1 | ▮▮▮ |
| 02/14/2022 | 90837: 60min Therapy Session | 11 | 1 | ▮▮▮ |
| 02/10/2022 | 90837: 60min Therapy Session | 11 | 1 | ▮▮▮ |
| 02/08/2022 | 90847: C/F Therapy Session | 11 | 1 | ▮▮▮ |
| 02/07/2022 | 90837: 60min Therapy Session | 11 | 1 | ▮▮▮ |
| 02/02/2022 | 90837: 60min Therapy Session | 11 | 1 | ▮▮▮ |
| 02/01/2022 | 90837: 60min Therapy Session | 11 | 1 | ▮▮▮ |
| | | | Total Charges: | ▮▮▮ |

Diagnostic Code(s): F43.11

Total Paid: ▮▮▮
Invoice Amount Due: ▮▮▮
**Balance Due:** ▮▮▮



**Billing Provider:** Name: EQUIP Counseling, PLLC
NPI #: ▮▮▮
Tax Id: ▮▮▮
License #: MG1-60781074

**Rendering Provider:** Owner Sarah Dellinger, MS, LMFTA
Staff License #: MG-60781074
NPI #: ▮▮▮

**Client:** ID: RM00093
Name: Ronda McNae
Date of Birth: 4 April 1986
Gender: Female
SSN: XXXXX-▮▮▮
Phone: (206) 914-6752

Footnote:

# Premera ID: B02YVUB02YVT

MCNAE 001173



**Superbill**

## Premera ID: B02YVUB02YVT

**EQUIP Counseling, PLLC**

Date: 3 March 2022
Invoice No.: 1358
For Questions Call: 2069923154

Ronda McNae
504 11th pl
Kirkland, Wa 98033

EQUIP Counseling, PLLC
10829 Ne 68th St
Suite D
Kirkland Wa 98033

Previous Balance: ▬▬▬

| Date | Service | Place of Service | Units | Charge |
|---|---|---|---|---|
| 03/31/2022 | 90837: 60min Therapy Session | 11 | 1 | ▬▬ |
| 03/29/2022 | 90846: C Therapy Session (W/O) | 11 | 1 | ▬▬ |
| 03/28/2022 | 90837: 60min Therapy Session | 11 | 1 | ▬▬ |
| 03/24/2022 | 90847: C/F Therapy Session | 11 | 1 | ▬▬ |
| 03/23/2022 | 90837: 60min Therapy Session | 11 | 1 | ▬▬ |
| 03/21/2022 | 90837: 60min Therapy Session | 11 | 1 | ▬▬ |
| 03/17/2022 | 90837: 60min Therapy Session | 11 | 1 | ▬▬ |
| 03/14/2022 | 90837: 60min Therapy Session | 11 | 1 | ▬▬ |
| 03/10/2022 | 90837: 60min Therapy Session | 11 | 1 | ▬▬ |
| 03/08/2022 | 90837: 60min Therapy Session | 11 | 1 | ▬▬ |
| 03/07/2022 | 90847: C/F Therapy Session | 11 | 1 | ▬▬ |
| 03/02/2022 | 90847: C/F Therapy Session | 11 | 1 | ▬▬ |

Total Charges: ▬▬▬

Diagnostic Code(s): F43.11

Total Paid: ▬▬▬
Invoice Amount Due: ▬▬▬
**Balance Due:** ▬▬▬

**Billing Provider:**
Name: EQUIP Counseling, PLLC
NPI #: ▬▬▬
Tax Id: ▬▬
License #: MG1-60781074

**Rendering Provider:**
Owner Sarah Dellinger, MS, LMFTA
Staff License #: MG-60781074
NPI: ▬▬▬

**Client:**
ID: RM00093
Name: Ronda McNae
Date of Birth: 4 April 1986
Gender: Female
SSN: XXXXX▬▬
Phone: (206) 914-6752

## Premera ID: B02YVUB02YVT



# Superbill

Premera ID: B02YVUB02YVT

Date : 2 May 2022
Invoice No. : 1402
For Questions Call : 2069923154

**EQUIP Counseling, PLLC**

Ronda McNae
504 11th pl
Kirkland, Wa 98033

EQUIP Counseling, PLLC
10829 Ne 68th St.
Suite D
Kirkland Wa 98033

Previous Balance:

| Date | Service | Place of Service | Units | Charge |
|------|---------|------------------|-------|--------|
| 04/28/2022 | 90837: 60min Therapy Session | 11 | 1 | ▬▬ |
| 04/25/2022 | 90847: C/F Therapy Session | 11 | 1 | ▬▬ |
| 04/04/2022 | 90837: 60min Therapy Session | 02 | 1 | ▬▬ |
| 04/01/2022 | 90837: 60min Therapy Session | 11 | 1 | ▬▬ |
| | | | Total Charges: | |

Diagnostic Code(s): F43.11

Total Paid: ▬▬
Invoice Amount Due: ▬▬
**Balance Due:** ▬▬

**Billing Provider:** Name: EQUIP Counseling, PLLC
NPI #: ▬▬
Tax Id: ▬▬
License #: MG1-60781074

**Rendering Provider:** Owner Sarah Dellinger, MS, LMFTA
Staff License #: MG-60781074
NPI #: ▬▬

**Client:** ID: RM00093
Name: Ronda McNae
Date of Birth: 4 April 1986
Gender: Female
SSN: XXXXX-▬▬
Phone: (206) 914-6752

Premera ID: B02YVUB02YVT

**Footnote:**



# Superbill

## Premera ID: B02YVUB02YVT

| | |
|---|---|
| Date : | 2 June 2022 |
| Invoice No. : | 1453 |
| For Questions Call : | 2069923154 |

**EQUIP Counseling, PLLC**

Ronda McNae
504 11th pl
Kirkland, Wa 98033

EQUIP Counseling, PLLC
10829 Ne 68th St
Suite D
Kirkland Wa 98033

Previous Balance:

| Date | Service | Place of Service | Units | Charge |
|---|---|---|---|---|
| 06/27/2022 | 90847: C/F Therapy Session | 11 | 1 | |
| 06/22/2022 | 90847: C/F Therapy Session | 11 | 1 | |
| 06/20/2022 | 90837: 60min Therapy Session | 11 | 1 | |
| 06/16/2022 | 90847: C/F Therapy Session | 11 | 1 | |
| 06/13/2022 | 90837: 60min Therapy Session | 11 | 1 | |
| 06/09/2022 | 90837: 60min Therapy Session | 11 | 1 | |
| 06/06/2022 | 90837: 60min Therapy Session | 11 | 1 | |
| 06/02/2022 | 90847: C/F Therapy Session | 11 | 1 | |

Total Charges:

Diagnostic Code(s): F43.11

| | |
|---|---|
| Total Paid: | |
| Invoice Amount Due: | |
| **Balance Due:** | |

**Billing Provider:** Name: EQUIP Counseling, PLLC
NPI #:
Tax Id:
License #: MG1-60781074

**Rendering Provider:** Owner Sarah Dellinger, MS, LMFTA
Staff License #: MG-60781074
NPI #:

**Client:** ID: RM00093
Name: Ronda McNae
Date of Birth: 4 April 1986
Sex: Female
SSN: XXXXX
Phone: (206) 914-6752



## Premera ID: B02YVUB02YVT

**Footnote:**

MCNAE 001756

# Superbill

**EQUIP Counseling, PLLC**

Date : 2 July 2022
Invoice No. : 1475
For Questions Call : 2069923154

Ronda McNae
504 11th pl
Kirkland, Wa 98033

EQUIP Counseling, PLLC
10829 Ne 68th St
Suite D
Kirkland Wa 98033

Previous Balance:

| Date/Time | Service | Place of Service | Units | Charge |
|-----------|---------|------------------|-------|--------|
| 07/22/2022 | 90837: 60min Therapy Session | 11 | 1 | |
| 07/18/2022 | 90847: C/F Therapy Session | 11 | 1 | |
| 07/11/2022 | 90837: 60min Therapy Session | 11 | 1 | |
| 07/01/2022 | 90837: 60min Therapy Session | 11 | 1 | |
| | | | Total Charges: | |

Diagnostic Code(s): F43.11

Total Paid:
Invoice Amount Due:
**Balance Due:**

**Billing Provider:** Name: EQUIP Counseling, PLLC
NPI #:
Tax Id:
License #: MG1-60781074

**Rendering Provider:** Owner Sarah Dellinger, MS, LMFTA
Staff License #: MG-60781074
NPI #:

**Client:** ID: RM00093
Name: Ronda McNae
Date of Birth: 4 April 1986
Sex: Female
SSN: XXXXX
Phone: (206) 914-6752

**Footnote:**

MCNAE 001757

# Superbill

**EQUIP Counseling, PLLC**

Date : 30 August 2022
Invoice No. : 1491
For Questions Call : 2069923154

Ronda McNae
504 11th pl
Kirkland, Wa 98033

EQUIP Counseling, PLLC
10829 Ne 68th St
Suite D
Kirkland Wa 98033

Previous Balance:

| Date/Time | Service | Place of Service | Units | Charge |
|-----------|---------|------------------|-------|--------|
| 08/26/2022 | 90847: C/F Therapy Session | 11 | 1 | |
| 08/23/2022 | 90837: 60min Therapy Session | 11 | 1 | |
| 08/11/2022 | 90837: 60min Therapy Session | 11 | 1 | |
| 08/08/2022 | 90837: 60min Therapy Session | 11 | 1 | |

Total Charges:

Diagnostic Code(s): **F43.11**

Total Paid:
Invoice Amount Due:
**Balance Due:**

**Billing Provider:** Name: EQUIP Counseling, PLLC
NPI #:
Tax Id:
License #: MG1-60781074

**Rendering Provider:** Owner Sarah Dellinger, MS, LMFTA
Staff License #: MG-60781074
NPI #:

**Client:** ID: RM00093
Name: Ronda McNae
Date of Birth: 4 April 1986
Sex: Female
SSN: XXXXX-
Phone: (206) 914-6752

**Footnote:**

MCNAE 002846

# Superbill

## Premera ID: B02YVUB02YVT

**EQUIP Counseling, PLLC**

Date : 7 September 2022
Invoice No. : 1492
For Questions Call : 2069923154

Ronda McNae
504 11th pl
Kirkland, Wa 98033

EQUIP Counseling, PLLC
10829 Ne 68th St
Suite D
Kirkland Wa 98033

Previous Balance: ▬▬▬

| Date | Service | Place of Service | Units | Charge |
|------|---------|------------------|-------|--------|
| 09/29/2022 | 90837: 60min Therapy Session | 11 | 1 | ▬▬▬ |
| 09/26/2022 | 90837: 60min Therapy Session | 11 | 1 | ▬▬▬ |
| 09/22/2022 | 90837: 60min Therapy Session | 11 | 1 | ▬▬▬ |
| 09/19/2022 | 90837: 60min Therapy Session | 11 | 1 | ▬▬▬ |
| 09/15/2022 | 90837: 60min Therapy Session | 11 | 1 | ▬▬▬ |
| 09/12/2022 | 90847: C/F Therapy Session | 11 | 1 | ▬▬▬ |
| 09/08/2022 | 90837: 60min Therapy Session | 11 | 1 | ▬▬▬ |
| 09/06/2022 | 90847: C/F Therapy Session | 11 | 1 | ▬▬▬ |
| 09/02/2022 | 90837: 60min Therapy Session | 11 | 1 | ▬▬▬ |

Total Charges: ▬▬▬

Diagnostic Code(s): **F43.11**

Total Paid: ▬▬▬
Invoice Amount Due: ▬▬▬
**Balance Due:** ▬▬▬

**Billing Provider:** Name: EQUIP Counseling, PLLC
NPI #: ▬▬▬
Tax Id: ▬▬▬
License #: MG1-60781074

**Rendering Provider:** Owner Sarah Dellinger, MS, LMFTA
Staff License #: MG-60781074
NPI #: ▬▬▬

**Client:** ID: RM00093
Name: Ronda McNae
Date of Birth: 4 April 1986
Sex: Female
SSN: XXXXX-▬▬▬
Phone: (206) 914-6752

Footnote:

## Premera ID: B02YVUB02YVT

MCNAE 002847

# Superbill

EQUIP Counseling logo

## EQUIP Counseling, PLLC

Date : 7 October 2022
Invoice No. : 1545
For Questions Call : 2069923154

Ronda McNae
504 11th pl
Kirkland, Wa 98033

EQUIP Counseling, PLLC
10829 Ne 68th St
Suite D
Kirkland Wa 98033

| | | | | Previous Balance: | ▓▓▓ |
|---|---|---|---|---|---|

| Date | Service | Place of Service | Units | | Charge |
|---|---|---|---|---|---|
| 10/31/2022 | 90837: 60min Therapy Session | 11 | 1 | | ▓▓▓ |
| 10/27/2022 | 90837: 60min Therapy Session | 11 | 1 | | ▓▓▓ |
| 10/24/2022 | 90837: 60min Therapy Session | 11 | 1 | | ▓▓▓ |
| 10/20/2022 | 90837: 60min Therapy Session | 11 | 1 | | ▓▓▓ |
| 10/13/2022 | 90847: C/F Therapy Session | 11 | 1 | | ▓▓▓ |
| 10/03/2022 | 90837: 60min Therapy Session | 11 | 1 | | ▓▓▓ |
| | | | | Total Charges: | ▓▓▓ |

Diagnostic Code(s): F43.11

Total Paid: ▓▓▓
Invoice Amount Due: ▓▓▓
**Balance Due:** ▓▓▓

| | |
|---|---|
| **Billing Provider:** | Name: EQUIP Counseling, PLLC |
| | NPI #: ▓▓▓ |
| | Tax Id ▓▓▓ |
| | License #: MG1-60781074 |
| **Rendering Provider:** | Owner Sarah Dellinger, MS, LMFTA |
| | Staff License #: MG-60781074 |
| | NPI #: ▓▓▓ |

**Client:** ID: RM00093
Name: Ronda McNae
Date of Birth: 4 April 1986
Sex: Female
SSN: XXXXX▓▓▓
Phone: (206) 914-6752

**Footnote:**

MCNAE 002848

# Superbill

## EQUIP Counseling, PLLC

| | |
|---|---|
| Date : | **1 November 2022** |
| Invoice No. : | 1569 |
| For Questions Call : | 2069923154 |

Ronda McNae
504 11th pl
Kirkland, Wa 98033

EQUIP Counseling, PLLC
10829 Ne 68th St
Suite D
Kirkland Wa 98033

Previous Balance: ▓▓▓▓

| Date | Service | Place of Service | Units | Charge |
|---|---|---|---|---|
| 11/28/2022 | 90837: 60min Therapy Session | 11 | 1 | ▓▓▓▓ |
| 11/21/2022 | 90847: C/F Therapy Session | 11 | 1 | ▓▓▓▓ |
| 11/17/2022 | 90837: 60min Therapy Session | 02 | 1 | ▓▓▓▓ |
| 11/14/2022 | 90837: 60min Therapy Session | 11 | 1 | ▓▓▓▓ |
| 11/11/2022 | 90837: 60min Therapy Session | 02 | 1 | ▓▓▓▓ |
| 11/10/2022 | 90837: 60min Therapy Session | 11 | 1 | ▓▓▓▓ |
| 11/03/2022 | 90837: 60min Therapy Session | 11 | 1 | ▓▓▓▓ |
| 11/01/2022 | 90837: 60min Therapy Session | 11 | 1 | ▓▓▓▓ |
| | | | Total Charges: | ▓▓▓▓ |

Diagnostic Code(s): **F43.11**

| | |
|---|---|
| Total Paid: | ▓▓▓▓ |
| Invoice Amount Due: | |
| **Balance Due:** | ▓▓▓▓ |

**Billing Provider:**
Name: EQUIP Counseling, PLLC
NPI #: ▓▓▓▓
Tax Id: ▓▓▓▓
License #: MG1-60781074

**Rendering Provider:**
Owner Sarah Dellinger, MS, LMFTA
Staff License #: MG-60781074
NPI #: ▓▓▓▓

**Client:** ID: RM00093
Name: Ronda McNae
Date of Birth: 4 April 1986
Sex: Female
SSN: XXXXX-▓▓▓▓
Phone: (206) 914-6752

**Footnote:**

MCNAE 002849

# Superbill

B02YVUB02YVT

**EQUIP Counseling, PLLC**

Date : 1 December 2022
Invoice No. : 1596
For Questions Call : 2069923154

Ronda McNae
504 11th pl
Kirkland, Wa 98033

EQUIP Counseling, PLLC
10829 Ne 68th St
Suite D
Kirkland Wa 98033

Previous Balance:

| Date | Service | Place of Service | Units | Charge |
|------|---------|------------------|-------|--------|
| 12/29/2022 | 90837: 60min Therapy Session | 02 | 1 | ▓▓▓▓ |
| 12/15/2022 | 90837: 60min Therapy Session | 11 | 1 | ▓▓▓▓ |
| 12/12/2022 | 90837: 60min Therapy Session | 11 | 1 | ▓▓▓▓ |
| 12/09/2022 | 90837: 60min Therapy Session | 11 | 1 | ▓▓▓▓ |
| 12/05/2022 | 90837: 60min Therapy Session | 11 | 1 | ▓▓▓▓ |
| 12/01/2022 | 90837: 60min Therapy Session | 11 | 1 | ▓▓▓▓ |

Total Charges:

Diagnostic Code(s): F43.12

Total Paid: ▓▓▓▓
Invoice Amount Due: ▓▓▓▓
**Balance Due:** ▓▓▓▓

**Billing Provider:** Name: EQUIP Counseling, PLLC
NPI #: ▓▓▓▓
Tax Id: ▓▓▓▓
License #: MG1-60781074

**Rendering Provider:** Owner Sarah Dellinger, MS, LMFTA
Staff License #: MG-60781074
NPI ▓▓▓▓

**Client:** ID: RM00093
Name: Ronda McNae
Date of Birth: 4 April 1986
Sex: Female
SSN: XXXXX-▓▓▓▓
Phone: (206) 914-6752

**Footnote:**

B02YVUB02YVT

MCNAE 007459

# Superbill

## EQUIP Counseling, PLLC

Date : 5 January 2023
Invoice No. : 1614
For Questions Call : 2069923154

Ronda McNae
504 11th pl
Kirkland, Wa 98033

EQUIP Counseling, PLLC
10829 Ne 68th St
Suite D
Kirkland Wa 98033

Previous Balance: ▉▉▉

| Date | Service | Place of Service | Units | Charge |
|------|---------|------------------|-------|--------|
| 01/30/2023 | 90837: 60min Therapy Session | 11 | 1 | ▉▉▉ |
| 01/26/2023 | 90847: C/F Therapy Session | 11 | 1 | ▉▉▉ |
| 01/23/2023 | 90837: 60min Therapy Session | 02 | 1 | ▉▉▉ |
| 01/19/2023 | 90847: C/F Therapy Session | 11 | 1 | ▉▉▉ |
| 01/09/2023 | 90837: 60min Therapy Session | 11 | 1 | ▉▉▉ |
| 01/05/2023 | 90837: 60min Therapy Session | 11 | 1 | ▉▉▉ |
| 01/02/2023 | 90847: C/F Therapy Session | 11 | 1 | ▉▉▉ |

Total Charges: ▉▉▉

Diagnostic Code(s): F43.12

Total Paid: ▉▉▉
Invoice Amount Due: ▉▉▉
**Balance Due:** ▉▉▉

**Billing Provider:** Name: EQUIP Counseling, PLLC
NPI #: ▉▉▉
Tax Id: ▉▉▉
License #: MG1-60781074

**Rendering Provider:** Owner Sarah Dellinger, MS, LMFTA
Staff License #: MG-60781074
NPI #: ▉▉▉

**Client:** ID: RM00093
Name: Ronda McNae
Date of Birth: 4 April 1986
Sex: Female
SSN: XXXXX▉▉▉
Phone: (206) 914-6752

**Footnote:**

MCNAE 007461

# Superbill

## EQUIP Counseling, PLLC

Date : **27 February 2023**
Invoice No. : 1657
For Questions Call : 2069923154

Ronda McNae
504 11th pl
Kirkland, Wa 98033

EQUIP Counseling, PLLC
10829 Ne 68th St
Suite D
Kirkland Wa 98033

Previous Balance: ▮

| Date | Service | Place of Service | Units | Charge |
|------|---------|------------------|-------|--------|
| 02/16/2023 | 90847: C/F Therapy Session | 11 | 1 | ▮ |
| 02/13/2023 | 90837: 60min Therapy Session | 11 | 1 | ▮ |
| | | | Total Charges: | ▮ |

Diagnostic Code(s): F43.12

Total Paid: ▮
Invoice Amount Due: ▮
**Balance Due:** ▮



**Billing Provider:** Name: EQUIP Counseling, PLLC
NPI #: ▮
Tax Id: ▮
License #: MG1-60781074

**Rendering Provider:** Owner Sarah Dellinger, MS, LMFTA
Staff License #: MG-60781074
NPI #: ▮

**Client:** ID: RM00093
Name: Ronda McNae
Date of Birth: 4 April 1986
Sex: Female
SSN: XXXXX-▮
Phone: (206) 914-6752

**Footnote:**

# Superbill

## EQUIP Counseling, PLLC

Date : **3 March 2023**
Invoice No. : 1667
For Questions Call : 2069923154

Ronda McNae
504 11th pl
Kirkland, Wa 98033

EQUIP Counseling, PLLC
10829 Ne 68th St
Suite D
Kirkland Wa 98033

Previous Balance: █████

| Date | Service | Place of Service | Units | Charge |
|------|---------|------------------|-------|--------|
| 03/23/2023 | 90837: 60min Therapy Session | 11 | 1 | ████ |
| 03/16/2023 | 90837: 60min Therapy Session | 11 | 1 | ████ |
| 03/13/2023 | 90837: 60min Therapy Session | 11 | 1 | ████ |
| 03/09/2023 | 90847: C/F Therapy Session | 11 | 1 | ████ |
| 03/02/2023 | 90837: 60min Therapy Session | 02 | 1 | ████ |
| | | | Total Charges: | ████ |

Diagnostic Code(s): **F43.12**

Total Paid: █████
Invoice Amount Due: █████
**Balance Due:** █████

**Billing Provider:**
Name: EQUIP Counseling, PLLC
NPI #: ████
Tax Id: ████
License #: MG1-60781074

**Rendering Provider:**
Owner Sarah Dellinger, MS, LMFTA
Staff License #: MG-60781074
NPI #: ████

**Client:**
ID: RM00093
Name: Ronda McNae
Date of Birth: 4 April 1986
Sex: Female
SSN: XXXXX████
Phone: (206) 914-6752

**Footnote:**

MCNAE 007465

**Superbill**

# EQUIP Counseling, PLLC

Date : 3 April 2023
Invoice No. : 1693
For Questions Call : 2069923154

Ronda McNae
504 11th pl
Kirkland, Wa 98033

EQUIP Counseling, PLLC
10829 Ne 68th St
Suite D
Kirkland Wa 98033

Previous Balance:

| Date | Service | Place of Service | Units | Charge |
|------|---------|------------------|-------|--------|
| 04/20/2023 | 90837: 60min Therapy Session | 02 | 1 | |
| 04/17/2023 | 90837: 60min Therapy Session | 02 | 1 | |
| 04/06/2023 | 90847: C/F Therapy Session | 11 | 1 | |
| 04/03/2023 | 90837: 60min Therapy Session | 11 | 1 | |
| 03/30/2023 | 90837: 60min Therapy Session | 11 | 1 | |
| 03/27/2023 | 90837: 60min Therapy Session | 11 | 1 | |

Total Charges:

Diagnostic Code(s): F43.12

Total Paid:
Invoice Amount Due:
**Balance Due:**

**Billing Provider:** Name: EQUIP Counseling, PLLC
NPI #:
Tax Id:
License #: MG1-60781074

**Rendering Provider:** Owner Sarah Dellinger, MS, LMFTA
Staff License #: MG-60781074
NPI #:

**Client:** ID: RM00093
Name: Ronda McNae
Date of Birth: 4 April 1986
Sex: Female
SSN: XXXXX
Phone: (206) 914-6752

**Footnote:**

# Superbill

**EQUIP Counseling, PLLC**

Date : 6 May 2023
Invoice No. : 1721
For Questions Call : 2069923154

Ronda McNae
504 11th pl
Kirkland, Wa 98033

EQUIP Counseling, PLLC
10829 Ne 68th St
Suite D
Kirkland Wa 98033

Previous Balance:

| Date | Service | Place of Service | Units | Charge |
|------|---------|------------------|-------|--------|
| 05/25/2023 | 90837: 60min Therapy Session | 11 | 1 | |
| 05/22/2023 | 90837: 60min Therapy Session | 11 | 1 | |
| 05/18/2023 | 90837: 60min Therapy Session | 11 | 1 | |
| 05/15/2023 | 90837: 60min Therapy Session | 11 | 1 | |
| 05/11/2023 | 90847: C/F Therapy Session | 11 | 1 | |
| 05/05/2023 | 90837: 60min Therapy Session | 11 | 1 | |

Total Charges:

Diagnostic Code(s): F43.12

Total Paid:
Invoice Amount Due:
**Balance Due:**

**Billing Provider:** Name: EQUIP Counseling, PLLC
NPI #:
Tax Id:
License # : MG-60781074

**Rendering Provider:** Owner Sarah Dellinger, MS, LMFTA
Staff License #: MG-60781074
NPI #

**Client:** ID: RM00093
Name: Ronda McNae
Date of Birth: 4 April 1986
Sex: Female
SSN: XXXXX-
Phone: (206) 914-6752

**Footnote:**

MCNAE 007469

**Superbill**

not paid-B02YVUB02YVT

**EQUIP Counseling, PLLC**

Date : 6 June 2023
Invoice No. : 1760
For Questions Call : 2069923154

Ronda McNae
504 11th pl
Kirkland, Wa 98033

EQUIP Counseling, PLLC
10829 Ne 68th St
Suite D
Kirkland Wa 98033

Previous Balance:

| Date | Service | Place of Service | Units | Charge |
|------|---------|------------------|-------|--------|
| 06/26/2023 | 90837: 60min Therapy Session | 11 | 1 | |
| 06/21/2023 | 90837: 60min Therapy Session | 11 | 1 | |
| 06/08/2023 | 90847: C/F Therapy Session | 11 | 1 | |
| 06/01/2023 | 90837: 60min Therapy Session | 11 | 1 | |
| | | | Total Charges: | |

Diagnostic Code(s): F43.12

Total Paid:
Invoice Amount Due:
**Balance Due:**

**Billing Provider:** Name: EQUIP Counseling, PLLC
NPI #:
Tax Id:
License #: MG1-60781074

**Rendering Provider:** Owner Sarah Dellinger, MS, LMFTA
Staff License #: MG-60781074
NPI #:

**Client:** ID: RM00093
Name: Ronda McNae
Date of Birth: 4 April 1986
Sex: Female
SSN: XXXXX
Phone: (206) 914-6752

Footnote:

not paid-B02YVUB02YVT

MCNAE 007470

# Exhibit C

EQUIP Counseling, PLLC

**Sarah Dellinger**
MS, LMFTA

License #: MC1. C0701074

10829 Ne 68th St, Suite D.
Kirkland, Wa 98033

**Ronda McNae**
504 11th Place
Kirkland, Wa 98033

EXHIBIT
**191**

Date: 1/7/2022

This letter is intended to confirm the diagnosis, treatment and assault summary of the Patient listed above.

The Patient (RM) presented to evaluation (2/19/2020) with acute, distressing, paralyzing symptoms consistent with Post Traumatic Stress Disorder (309.81 or F43.11) following a reported sexual assault that occurred in October 2019. Client does not disclose details of assault until our second appointment on 2/20/2020.

Attached document will list Patient's most comprehensive recollection of the assault. Patient's memories have been fragmented at time; this very consistent with Patients who suffer from PTSD.

Symptoms consistent with diagnosis include intense flashbacks, hyperarousal, avoidance, emotional numbness; reexperiencing, hopelessness, as well as a racing heart and gagging/throwing up. Her daily functioning and relationships have been drastically impacted by these symptoms. Ronda has needed weekly, if not multiple sessions weekly, to manage symptoms. Husband (WM) joins our sessions on occasion and reports on how sexual assault has impacted his own functioning- both personally and professionally. He has since begun to see his own therapist and been able to identify to systemic impact on himself. Both report seeking multiple ways to find justice for the initial assault/it's impact and express deep frustration in the lack of response.

Our work together has been focused on acute trauma healing, coping skills, and stress-tolerance. Our treatment includes exploring ways to recognize triggers and tools to tolerate the symptoms themselves. Additionally, we explore how to heal from trauma long term- the use of EMDR and other trauma protocols has been discussed and will be used when Ronda is ready. Ronda is an active participant in our sessions. Ronda can easily become flooded in session but responds well to grounding techniques. I will continue to reevaluate progress and treatment strategy every 3 months.

Sincerely,

Sarah Dellinger



CONFIDENTIAL                    EQUIP 000001

**Patient's recollection of the night of assault:**

- Patient and daughter flew to Miami to meet MF (Mike Fitzgerald)
- Patient left daughter with babysitter
- Patient went to a fancy dinner where, at one point, MF pulled her bun/head back and kissed her saying "you know you like that"
- Patient remembers saying NO
- Patient ran away from MF, remembers feeling unsafe
- Patient has a screenshot on phone of where she ran
- MF came to find her and put his hand insider her thigh
- Patient remember saying NO
- Patient remembers stumbling back into the hotel and being embarrassed that she was so tipsy
- Patient remembers interacting with the babysitter who recalls Patient being inebriated
- Patient remembers going up to rooftop to use hottub
  (the following are the details Patient remembers from the 1st sexual assault)
- She remembers putting on bathing suit and walking upstairs
- MF runs up the stairs ahead of Patient with two drinks in hands
- MF gets in hottub, begging Patient to get in
- Patient refuses to get in, feeling unsafe
- She says NO multiple times while sitting on chaise lounge chair
- MF slips getting out of the hottub
- MF's head is at Patient's knees
- MF's fingers are pulling Patient's bathing suit to the side near her crotch
- Patient slaps MF's hand away
- Patient says NO
- Patient closes knees
- MF continues to try
  (Patient's memory becomes more fragmented)
- Patient remembers seeing the sky, stars and cement
- Patient remembers slipping in the same water puddle
- Patient remembers walking back down the stairs
  (the following are the details Patient remembers from the 2nd sexual assault)
- Patient remembers MF's bedroom, his white bedding, his face, his naked body, his erect penis
- Patient remembers MF getting into shower
- Patient leaves the room
- Patient has no memories between approximately 2am-6:30am
- WM arrives at the Penthouse at approximately 6:30
- WM reports putting son to bed and sitting with patient on couch and being surprised she naked under her robe
- WM reports that MF did not seem inebriated at all
- WM and patient have intercourse in the shower and WM remembers that patient complained that penetration hurt which is unusual for patient
- Patient had no recollection of having sexual relations with her husband the next morning
- MF told Patient to get a 'morning after pill' the next day

CONFIDENTIAL                    EQUIP 000002

CONFIDENTIAL

I feel as I have lived a couple years just within this past 6 months. I suppose its due to my ability to sit, reflect, analyze, and over analyze every single moment, feeling, friendship, relationship, and choices I make. I'm certain its how I've learned to cope and survive. Whether it be coping or defensive mechanisms that kick it to protect myself before I get hurt? Who knows. I certainly recognize my ability to look back on a certain choice, moment, or event with another perspective. I tend to look through rose colored lenses in every situation which I think is also the very reason I get myself in compromising positions. So I realize I wrote in my submission papers to On-site my perspective of Fitz however post Onsite, the rose colored lenses came off. i feel like i finally came out of a DEEP fog of unexplainable darkness/despair and without a doubt so so so lost. So I'll recap the months leading up to October plus the aftermath while honoring what I felt inside (regardless of it being right or wrong) but also understanding there may be some big time questionable parts i.e Miami.

July 31st 2019

This was the evening I officially met Mike Fitzgerald (Fitz) was the given nickname our family decided on. I was attending a work event hosted by Fitz at Lucky Strike. My husband had been working with him for a couple years at this point and seemed to really look up to him although Fitz was several years younger. Before heading to the venue we decided to grab a drink at Earls prior. From the moment we sat down my husband noticed Fitz was sitting at the bar. Normal "Ronda" fashion, I insist on playing a prank. I'm known to prank, in some way I feel like it keeps me young and fun....maybe reliving the childhood I didn't get to really have? That's another story. I bounced a couple ideas of my husband who was totally on board with a prank....we both decided it would be hilarious to walk up while he's in mid conversation with another coworker saying "Mike, hey you never called me back after that one night!" Then just pause. So I did...and I nearly peed my pants laughing...and I'm a terrible liar so the pause of awkwardness wasn't as long as I had hoped for. We all laughed so hard about it. I recognize I have a gift of gab but more so the ability to give others space and opportunity to open up in complete vulnerability and transparency. I learned early on how good it felt to share my story and speak my truth while trying like hell to not allow past choices of others or past poor choices I personally made define me. Anyways, I was able to get so much out of Fitz that evening. It wasn't like we were sitting down just us two over dinner or coffee, it really was playing an arcade game here (deep question) then onto another game. i fire questions quick. I honestly enjoyed Fitz. Definitely thought he was absolutely darling and honestly so proud of what he had accomplished by the age of 34. He seemed VERY put together, a go getter, confident but not arrogant, generous, kind, and sensitive. Also super easy to talk too. He didn't ask too many questions about me or our family (which I thought was odd) but whatever =)

-side note; Fitz didn't seem to take part in any other game that he wasn't sure he would win or have the highest score. I found it funny that he so badly wanted to play this boxing game (while I was TERRIBLE at) along with the other guys then I said I will take you all on Pop a Shot. My favorite past time!! He witnessed me winning and came up with all the excuses to not even try?

-He also shared bits about a gal he met at the airport and we nick named her Austin, since she lives there. He said she may come to town the following day and I was so excited to meet her! I heard parts of his past (Yelany) during my 101 rapid fire question game. He painted her out to be a typical Miami-money chasing, materialistic addict, who is incapable of feeling any emotion or affection. He also told me he had a son from his first marriage (which no one seemed to know but I figured no one ever asks deeper questions these days so I wasn't surprised)... He showed me pictures of his son and also showed me a "consideration list" created by the ex girlfriend that consisted of a switching her Porsche for a Land Rover, breast augmentation, $20k, shopping on a joint credit card....there was a full list that I read. VERY

odd and shallow I felt. I finished reading the list then looked him dead in the eyes and said absolutely not. You cannot allow someone to treat you like that especially if she treats you the way she does. (AGAIN, assuming what he's sharing is all accurate and true) He was like I know, I know. And I reminded him to guard his heart because it didn't seem healthy.

August 2nd 2019

My husband and i head out to the W in Bellevue to meet up with Fitz. He had gone back and forth on if this gal he was seeing was for sure coming to town or not but she ended up arriving that evening. In all honesty, I already had the mama bear protective shield on. I easily fall in love with everyone I cross paths with. Anyways, I met her and ABSOLUTELY ADORED her!! She was so easy to connect with and didn't flinch when I would play my rapid question game.

August 4th 2019

I invited Fitz and his lady friend to join our family on the boat for SeaFair to watch the blue angels. Again, another fun time cracking jokes and goofing off. He certainly brought out a fun-child-like banter out of me. I feel like I took on the 'younger sister' role quickly. *I attended Northwest University and quickly learned that's the perfect was to establish a relationship with the opposite gender, usually works like a charm* We four collectively decided planning a trip to Tulum, Mexico needed to happen. Well truthfully Fitz and his lady friend had planned on it. I did mention its my absolute favorite place which Fitz told my husband, if you get your flights I will gift and cover your stay as a 'thank you". Without hesitation, we said YES! How kind and generously him.

August 16th -29th 2019

Tulum, Mexico. Had so much much! Honestly one of the most fun trips ever. Kidless fun in the sun. There were a couple 'odd' instances that trip but not enough substance or evidence to make a final judgement call. I was definitely owning the annoying little sister role by taking a million pictures like I was the paparazzi. I honestly thought she was the one. I've been a hopeless romantic and he seemed to have fallen for her...as goes for her with him. I insisted on being the flower girl at their wedding.

1) Fitz never covered the cost for our stay like he promised which is fine but odd to put that out there.
2) He and his lady friend shared how they met the first time and it didn't line up with his story. He said they met at the airport one month (month wasn't the same) and (they didn't meet at the airport)
3) His credit card was declined when paying for his stay and there was so much stress with him sending money over to his US account from his UK account. He's from the UK. All believable but it was odd since this also happened the first night he met his lady friend.
4) I also noticed he would embellish stories a little too much or change parts depending on his audience but I chalked it up as a man that struggles to see his worth and feels the need to overcompensate due to his insecurities.
5) He kindly asked my husband and I to not talk about "his son" or "his past marriage" with his new lady friend …. Although he was talking about a future with her, he hadn't shared anything about some serious topics I personally feel needs to be talked about prior to wedding talk. I felt uncomfortable knowing things she didn't know but it wasn't my place, I just did my best to encourage him to be open, honest, and vulnerable. Lying or keeping things like that never turns

out good in the end. He still wouldn't budge but kept saying he will talk to her but would keep pushing it off.

6) On this trip I definitely witnessed more of him almost boasting about wealth. Money wasn't an issue. He would easily spend $1k on the best tequila (WHICH BLEW MY MIND) and I would often tell him none of that stuff matters in the end.

7) He also shared his father passed a couple months ago which has kept him in the dumps. Also shared his ex gf made him choose between his son/dying dad and her. He also didn't share ANY of that with the new gf. (More sketchy details)


**August 21st 2019**

Will and I had been on a text thread with the "Tulum Crew" but I was also on a separate text thread with Fitz asking for girlfriend advice although they weren't official yet. I thought nothing of it. I wasn't sharing my intimate parts of my life or marriage with him which I knew from my past, that's a boundary line. In a text from Fitz, I quickly grew concerned. He seemed to be pretty down. I gave him my honest opinion about Miami, calling it Vegas on Water. There's far too much temptation and the way of life out there isn't a place to fine your soulmate. My older sister lived there for 7 years and it about ruined her in some ways. Women would go on a date and demand a weekly allowance. IT NUTS. With deep concern for Fitz well being, I said hey... our home is your home. Why don't you move here...live downstairs, we'll help walk you through your healing journey. He travels quite a bit but having a consistent home base without the Miami life temptation seemed to far more fitting for someone needing to heal the death of his boss/best friend, his father, custody battle with his ex wife and son, and be away from his ex girlfriend that seemed to be terribly toxic.

CRAZY ENOUGH.... I walked into my living room and before I could share with my husband that I offered our home up for the millionth time...at least it wasn't a stranger on the street ;) -which he doesn't put any of that past me- My husband said he, I'm worried about Fitz. Read this text thread with him and I, I know I should have checked with you but I feel like I knew your heart well enough to know what you would say. NO JOKE, their text thread was almost identical to mine with him. I showed will what I wrote him. I have a weakness for people in dark places needing light ...likely because I've been there far too many times.

-Side note; I absolutely get laser focused on a project whether a job I take, project for my kids, or helping someone. With friendships, I tend to focus on who had a "need" and help them. I have a consistent small group we are going on 4 years or maybe 5. At times I wonder if this stems from my marriage and the need for distraction to remain happy in my marriage or not think about the affection I wish I had? I have no idea. It certainly keeps my spirits up or at least keeps me distracted from my own issues knowing I'm helping someone else. Fitz was floored by both Will and I. Looking back, perhaps he was pushing the envelope to see how far he could take it and how much grace would be given? I have no clue. I have serval messages I sent him literally saying I'm the younger sis you likely wished you never had! In a way listening, offering comfort on a surface level, while calling him out and pushing him to do the right thing.

He never came to live with us due to family stuff. I did catch on that he seemed to be SUPER indecisive. Wishy washy. But again, extended grace. I've crossed paths with others for more crazy so this was nothing.

CONFIDENTIAL                    EQUIP 000006

October 2019

The following month he insisted on flying my family out to Miami to help celebrate his IPO. Basically his hard work hitting the jack pot. He insisted and said this is the least I could do for all that you guys have done for me and mean to me. I honestly felt that it was genuine and heartfelt. Still no line was ever crossed in text, email, or anything. I didn't say anything to him to lead him to believe I was in that space. I definitely felt safe sharing more parts of my life (childhood etc) and the struggles of life. I mentioned wanting more kids but Will didn't. Random stuff like that.

-Side note; Fitz committed to coming to a charity event with Rescue; Freedom since he gave a large donation in my daughters honor for her birthday campaign. Like many times before, something came up. Seemed to be his MO. But grace on grace right?

October 17th 2019

My daughter Ella and I flew in to Miami first since my husband wasn't able to come due to a meeting he couldn't reschedule. It was fine, everyone trusted everyone. Fitz was known as Uncle Fitz at this point. Fitz picked us up at the airport very early in the morning and drove us to our hotel that he put us up in. Honestly one of the most beautiful places Ive ever stayed. His lady friend was expected to come to town. I was soooo excited to see her. I helped Fitz pick out a ring for her, not engagement but a fancy ring to show his appreciation for her? I thought it was darling and romantic. By this point I definitely thought to myself, gosh I so wish Will would date me like this. Or be affectionate like Fitz is with his girlfriend. Those thoughts have ALWAYS been in the back of my head since we started dating...i even have a message back from 2008 of us talking about why Will is more reserved. I assumed its one of those...shut up and accept it things.

Fast forward...  We moved hotels...to a huge penthouse to fit EVERYONE. His lady friend was supposed to come in that afternoon and my husband that evening early morning. Long story short, she decided not to come. I saw the despair and sadness on his face. He has a very important night and this girl he seems to adore isnt there. I quickly figure out a solution to attend his special dinner. As for the details of that evening...what I remember in bullet points;

1) Going to the venue with Fitz and his teammate Tim
2) He ordered drinks for us before moving to the dinner table
3) We sit at a round table with a friend to his left named Dana (man who runs Miami nightlife), a married couple and the wife; Jessica works for Fitz, the teammate Tim, and me.
4) Very high end bottles of champagne kept coming out...Im not sure how much I had but I do recall my younger sis coming to the venue. We switched seats to this fancy booth that apparently is a statement to everyone there that you "made it" honestly I thought it was a bit odd. He would often poke fun of others showing off but he would sit there one upping everyone.
5) Everyone leaves..and he closes out the bill of $15k it was a huge ordeal with him having to transfer money from his UK account blah blah
6) He did say something to me odd "Don't look at me like that" and honest to God I wasn't sure if I heard him right?i i surely thought i misunderstood him.
7) We head outside to figure out where to go next...next thing i know, he kisses me. i didn't push him away I mean I just lived in the moment I guess?! I don't know what happened next...

8) I remember laying on the sidewalk, I remember hiding from him when he tried to kiss me again...but I wasn't scared...it was more so slightly annoyed and felt super drunk. He called me a million times worried saying he needs to make sure I'm safe and get home safe. So I told him my hiding spot..he came to talk..I don't remember anything that was said...I think he kissed me again there...I recall his hand on my leg. At some point outside I have a flashback of him putting his hands up my romper but again everything was such a blur. I remember getting to hotel to relieve the sitter. I remember thinking I'm going to go in the hot tub upstairs...I got my swim suit on and went upstairs drinking a glass of I don't know. And everything from then on...more of a blur. My husband got there and I had already changed into a robe. Apparently I was naked underneath. I don't recall the details in between nor do I know where exactly or at what point did he put himself inside me. I also don't recall getting into the shower with my husband and being intimate with him. To the point where the next day he asked me about it...and I was worried inside that I had forgotten or didn't remember.

9) The following day I separated myself. Struggling with my shame and choices. Any moment he had he would check in but I almost shut off.

The following day he acted normal. He insisted on taking my husband out to dinner where he "happened" to run into his ex gf. Who oddly enough my husband loved and said she was so kind. He gave me the look like..Ronda she's not nuts like Fitz has described her. Other little odd things happened but again..grace on grace. I avoided him as much as I could...but keeping the peace so I could sort everything out and process which I was struggling to do around him. The following day he had to fly out of town to work but his final words was.."I want you" and I'm not going to ask you to uproot your kids to be with me...but I want to be with you. -still I'm not saying much. Just the simple gesture of nodding and listening.

Fast forward; I feel like I'm entering in the twilight zone. I stopped eating, I couldn't sleep, and I knew it wads the guilt and shame I carried from over drinking that night and not being able to control or make wise choices. I definitely depended on his to tell me what happened that night since I obviously didn't remember. I do know I never said yes or no. I was too far gone either way. I always assumed being "blacked out" meant passed out until I read "Talking to Strangers" and listening to a podcast where I learned you can be FULLY functional but blacked out. I didn't start connecting the dots at this point though.

I did know I wasn't happy and feeling completely fulfilled in my marriage. That had been an ongoing issue our entire marriage. It felt like if I could accept the bit of affection I received at that point....then we can be somewhat making it.

October 24th 2019

I hit a low low point. Went to a funeral and lost it. I would say this was when darker thoughts crept into my mind. I struggled keeping this a secret but Fitz held his IPO/Job as well as my husband job over my head saying I could ruin their careers if I say anything too soon. The following day my husband returned from a work trip and came into bed at 10:30pm. Didn't touch me, hold me, kiss me hello or anything. The following day same thing. It was only two months ago I told him while frustrated that I refuse to live like this where I have to beg for my husband to want and desire me...let alone kiss me good night. I don't want that life. It may work in other marriages but I choose to not have it. I had asked to do couples counseling...for years telling him to talk to a doctor...just everything. Unhappy while holding onto my sin. So I told him I can't be married anymore.

CONFIDENTIAL                    EQUIP 000008

Meanwhile Fitz is on the other end playing the friend role to us both. I had never felt so lost and so confused. Still being told by Fitz to not talk about anything that happened. By this point, I start throwing up and constantly stressed and gagging anytime my marriage or Miami is mentioned. I lost a ton of weight…got down to a size 25 which is not normal at all for me.

October 30th 2019

Two text threads i happened to find; i was still struggling to make sense of everything. it was difficult because here i had someone i cared deeply for as a friend …. Physical line was crossed although questionable circumstances but since I didn't fight him I must have wanted too?! I do feel he took advantage of knowing so much about me through will and myself. I remember often saying I would have NEVER crossed that line…I would have been a far better friend long term. I had a planned trip to SF to watch my nieces college soccer game. Fitz insisted we needed to talk in person..He asked if he could meet me in SF to grab coffee. I said sure. November 1-4 I was there and he flew in I believe on the 2nd. We spent the day together and evening…then the next day I drove him to the airport. Honestly, I felt so lost. I appreciated his comfort on some level but I was also struggling at the same time. I couldn't put my finger on it. Something felt off. I was at a point where I wasn't communicating with my husband since I said we are separating. We were intimate that day…I had a drink but by no means drunk. If I'm honest, there was nothing about it that felt right. It was almost as it I was giving it a sober shot? STUPID! But I recall thinking to myself…this doesn't feel ok…but of course I would never say PLEASE STOP. When you allow things to get to a certain point, its so hard to speak up. I started feeling like he was trying to force a connection…and I played along but in reality confused as hell. I was more afraid of not mirroring back his emotions…like I didn't want to upset him. I do recall asking if he has ever hit a woman (looking back, RED FLAG) Things started to connect in my head…slowly…but it started. He begged me to not say anything to my husband till January. Anytime I expressed the difficulty of holding a lie…he would turn things around and play the victim card…saying he has no one to talk too. I'm essentially all that he has.

November 14th





Dark suicidal thoughts. Almost as if that route was easier then having to work through and face my own demons...problems...and hurt everyone. I listened to two songs on repeat... one called Saturn and Love me anyway. Interesting looking back, those were the words going through my head over and over again....as I walked the streets late at night almost hoping someone would attack me and take my life for me. Dark thoughts. I snuck into my house somehow getting enough strength to go home. 10:30pm my daughter came into my bed telling me I was her hero, and she's sorry I had a tough childhood but I'm an amazing mother. (Calling me her HERO hit me hard...reminded me of a painful memory as a child) I called that moment with my daughter a gentle reminder from God, He's not done with me.

November 15th

God showed up as he always does. I was attending a Mateo Messina event linked with Childrens Hospital. Will came as me date/friend. I really didn't want to be social but I thought it was a sign that the artist singing did a job with Greys Anatomy and Childrens Hospital (and so did I). I saw that as another sign. The whole event was almost like a church service! The Seattle symphony played music composed by this local guy who's a Grammy award winner. Also very odd to note, (Gods gentle reminder) the composer married this single mother and I actually worked/interned for the church they attended back when I was 18 years old. It almost felt like God put people in charge to guide me...and the times I would get lost...He somehow found a way to remind me of the faith I had in the beginning. Anyways, that day I had a huge perspective change and told Will everything.

Feeling the weight being lifted, I then receive texts from Fitz telling me "I have lost the plot" like he was mad at me I didn't keep to his plan although I was literally dying inside.

November 18th

I sent out an email;

Friends,

I want to begin this with letting you know I deeply appreciate you. In some way you have impacted my life, some more deeply while others from a distance or even through the work you do.
Dr. Dan Allender will host a "Recovery Week" December 1-6 for victims of early childhood sex abuse. I actually attended this exact recovery week event 5 years ago and it rocked my world in a painful yet beautiful way. This upcoming Recovery Week is FULL although I have submitted my application and will go through the interview process to join the waiting list (as a hopeful last minute addition!). Would you consider keeping this in prayer? If there's anything you can do to persuade the Allender Center to make room for one more based on your personal connection I would GREATLY appreciate it. I'm in a position to call on any favors if possible while praying for the opportunity of a miracle to get into this event. Many of you have heard bits and pieces of my testimony. I believe I've done pretty well engaging and attempting to heal from my past. Unfortunately, all the work I've done in the healing department up until now was wiped away recently from just one conversation with one of the 'parental abusers' from my past. I didn't recognize the pain until recently and to spare you details, I hit my all time low point. I confessed to those close to me that I fully understand why people end their life. You can have everything, the perfect marriage, darling/beautiful kids, a great job, and a life some would perhaps dream of.
However, I believe I constantly fight demons within me. Just a few days ago I would have been ok if my life was over. I asked for a separation from my husband a couple weeks ago for some challenges that are

intertwined with my past and had a "I can't do this anymore" feeling come over me. There were two moments that kept my head up:

1) The night I hit my all time low, I quietly snuck into my room where I sleep alone by choice. My daughter (I thought was asleep) walked into my room crying then asking what's going on with me? I simplified my answer with "Hunny, so many things happened to me as a chid and the pain and memories hit me and haunt me". Her response "Mom, you've always been my superhero. I feel so sorry for your chiidhood but you are a good person and the best cuddly mom anyone couid have".
2) I attended Mateo Messina's benefit concert he hosts for Children's Hospital at Benaroya Hall the very next day. The entire evening reminded me, God isn't done with me. Mateo shared a story where he almost died and talked about his "Circle Of Dirt" analogy which hit me hard. The song that played right after was the exact song I listened to over and over again while thoughts of death crossed my mind in a bad way.

I hope this gives enough context as to why I need support with prayer and getting into Dan Allender's Recovery week in December.

If there is anything you can do based on your personal connection to help me jump to the top of the waiting list (or even get squeezed in to the full class) I am of humblest appreciation.

Below are the answers from the application process to add more context.

Your friend,

Ronda McNae

-Almost immediately after I received a text from my friend Jeremy Vallerand telling me about this place called Onsite. Although I was skeptical, everything worked out. I was terrified but I knew I needed help since I felt like I was literally going crazy

Fast forward;

I started listening to Oprahs podcast and listened to the interview with Malcom Gladwell which then I had my husband listen to it which then we started reading his book. i have now saved text threads and a phone conversation because i have started questioning everything that has happened in the past few months. Almost feeling like I was lost and Fitz knew it. I had the empathy and grace that seemed to cover all his faults. Also learning he has lied about everything in his life aside from work. He's like this big head huncho ceo but is a narcissistic pathological liar and is either a sociopath or psychopath or maybe just strong tendencies. Which now makes me believe did he con his way into my family? The friendship

with him and my husband only grew after Fitz was introduced to me. Did I carry a target on my back? I also know based on my past I carry a bit of the Stockholm Syndrome ... more so learned by force to befriend the abuser... do I somehow attract psychopaths...they figure out how to get me feeling sorry for them? Like my stepdad did all too well. Wanting to help/save them comes at my own expense? Everything Fitz has ever said was a lie...down to him lying about his current living situation, relationships, having a child, his dad dying (but I found out is actually alive), just RANDOM small stuff too! I haven't let him believe I figured it out...

I mustered up the courage to reach out to his ex girlfriend just to see if she can shed light on his character like I was desperately trying to find someone who can say...no he's a good person. However I learned the exact opposite. He was lying to her.. they actually started going to marriage counseling back in November. She said had I not reached out, she would have started trying to have a family. Sadly because he isnt a US citizen everything here in the states (bills etc) has her name on it which I have learned is a way he keeps control over her at least I think so. If he dropped off the face of this earth, she couldn't alone afford the lifestyle they live because he has all the wealth. He's very weird with money she said. He told me stupid stuff like she had butt implants (which typical for people in Miami but odd), she had a miscarriage, she made him choose between his dying dad/son so he broke up with her, she begs him for stuff, they aren't together, she moved out etc. NONE of it is accurate. He lies about big things to very tiny things....which now knowing what I know and the little I remember of the night in Miami I question everything. My husband suggested filing a charge but I told him that's a huge label to put on someone when I allowed a friendship after plus allowed him to spend time with me while I toured SF not to mention intimate although nothing felt right. My husband feels like it's a repeat of many stories in my past....something wrong happens....and I take fault regardless if any of it was mine. I carry the burden most always alone...and I allow the person that hurt me stay in my life so I can be the one that saves them or helps them. Likely learned behavior I'm sure. I hope this isnt too overwhelming. I'm certain ive left parts out but not on purpose. It's now almost 3am...

Hannah came home tonight and I told her how thankful I was that she suggested you. Funny with her being younger..she had some interesting insight. She heard me tell my little sis parts of this story...and today she said...look I didn't want to tell you this the other day but Fitz sounds like the kind of person that knows when someone hits their "intoxicated" limit where he can treat you as if he drugged you. He sounds smart enough to have figured that out....he didn't need to drug you when he could get you wasted and come onto you....knowing you wouldn't push back.

My husband also read a part in this book that I asked him to read. I often say when I feel like I'm going to be taken advantage of...I immediately freeze. And I do whatever I must to make sure I make it out with the least amount of harm. This happened at Northwest University. That's when I recognized I'm incapable of fighting....i just have this involuntary freeze response i cant seem to break.

I also want to acknowledge that while I don't have addictions I do wonder what my short comings are that I don't see. I know I have a strong need for control...I get laser focused on things...like home projects or helping someone in need etc. I'm also treating this Fitz situation as an affair because I don't know what else it could be although its blurry. I haven't started marriage counseling...I was told after onsite not to make any relationship decisions for 3-6 months because you will continue to learn and have revelations etc. ok, I need to get to bed!!! I'm sorry for the unload. I also have other letters my husband wrote to Fitz which may shine a better light on the situation. Honestly he's coming to town at the end of this next weekend... and has asked to meet with my husband and I to formally apologize. Not knowing I have learned so much about him...I'm willing but uneasy. Might only be wise with a mediator.

He said he would go to counseling... but I only threw it out there so someone else can say hey...something isnt right with all of this. Ah! Ok! Bed time! Thank you! You have been a blessing already!!

CONFIDENTIAL

EQUIP 000013





To whom it may concern,

I address this situation and its entirety which a heavy heart and an overall feeling of deep unrest. You're probably wondering why you're receiving a letter from a total stranger to begin with?! Someone close to you is deceitful. Someone close to you has likely already lied to your face. Someone close to you has likely and discreetly taken advantage of your kindness or friendship in someway. Someone close to you has likely played the "victim card" to justify, rationalize, or minimize his behavior.

As my daughter put it (mind you, she's only 9 years of age) her mother (ME) has been "locked up in a dark room for the last couple months" also adding ... "The outside is too hard." This has been in result to someone you and I both know in common. Before I attempt a short synopsis of the story I want to add; this "someone" works for you, works beside you, and works closely with you. I have questioned hundreds of times "How has you team not picked up on it?" Perhaps you have been just as deceived as I have been, and my family. OR perhaps things don't quite line up with this "someone" but you don't have enough substantial evidence to raise concern or even question him out loud amongst your peers? Last thought, perhaps you might be turning a blind eye to this "someones" behavior assuming it would *never* get to a level of seriousness that may have others question your judgement of allowing someone capable of terrible and poor moral conduct on your team?

I recognize the research and statistics (generally speaking) "You are the average of the 5 closet people you spend time with" however, I'm hoping actually praying this isn't the kind of individuals that work for you. Maybe I'm uncovering a person you have questioned in the past and you are a phenomenal family-man who carries deep conviction when something/someone isn't morally or ethically lining up.

Trust me, I have considered all my options because I do have many avenues I can go. Many nights I have lied in bed awake weighing the pros and cons of a Criminal Case vs Civil Suit. You likely have already wondered, "What does she want or hoping to get out of this letter?" I'll answer before I dive into the mess. I'm sure you'll have many questions, I'm here to answer. I want you to know my pain and trauma caused by this "someone" is already well documented. What I want? What does justice look like? What settles this matter?

Dating back to October, I have been numb. I'm a Mother of two kids; Ella 9 years old & Liam 7 years old. I'm married to a wonderful human. Of course there's challenges in our marriage from time to time but nothing like this. Since October, I have showed up as best as I could. After a particular evening, I "carried" on as any sexual assault victim would; in silence trying to make sense of the night before. I have shipped myself away to a Healing/Trauma recovery week hoping to gain clarity in general. Since, I've been in counseling 3-4 times a week. Recently diagnosed with Acute PTSD which seems to only get worse. My road ahead is different. I came from a traumatic upbringing which this "someone" knew and to be quite honest, He used it to his advantage in my opinion. It's taken me months to *figure this SOMEONE out* but I HAVE. I have uncovered his narcissistic behavior, pathological lying, and incompetence to be truly sorry. Trust me, it wasn't easy "out-smarting" him so I could gather evidence to only support what he may call accusations. The last think I want to hear from anyone is that I'm crazy. Therefore putting myself in compromising positions since October was unfortunately what I had to do to really see this "someones" lack of integrity, narcissism, psychotic-ness, and inability to truly think about ANYONE but himself. Trust that I have saved letters, text messages, and a phone conversation. To add, I also happen to have a short video that shows bruises on this "someone" the days following (proving something happened). Long winded, I'm sorry. What I'm asking of you;

1) To help cover counseling costs and/or hold _____ accountable to covering it in full which also includes marriage/family counseling.
2) Address/confront this matter with your Executive Board with this letter in whole.
3) Insist _____ take time off to address his Mental Health by attending a facility treatment center called "Onsite" that help address childhood trauma that later manifest in much of the behavior I have witnessed and became well acquainted with.
4) If you choose to not fire _____ which isn't necessarily the answer, he must be put on some kind of probation period proving good behavior and showing his intent to make things right; including in-care facility addressing his mental challenges.
5) Find an appropriate way to remove interceptions with my husband and _____

Having to do a bit of investigating on my own while not being a stranger to dysfunctional upbringings, know that I don't believe this "someone" belongs behind bars. He hasn't killed anyone to my knowledge but he does exhibit a type of behavior that's unpredictable and questionable. He NEEDS help. Being behind bars won't help. I have many friends that are police officers and psychologists. It's eveident that _____ has struggled with a childhood full of trauma that has allowed him to act in the way he does. He has mastered how to show up in a way the hides his short comings and only people well versed like myself, could figure him out. He needs help. He needs support but also consequences. If someone that exhibits the behavior he has, they are the very people likely to recommit or worse, take it to the next level but understand it's a mental health issue that has gone unnoticed or without counsel for years dating back to childhood.

I understand cases like these can hit the media like crazy. I actually work in TV/FILM as a model. I hope to come to some kind of agreement with you moving forward. The financial stress this has caused just with counseling alone has been brutal. My husband and my two kids need me back. They need me healthy.

**Confidential Settlement Agreement**

**THIS SETTLEMENT AGREEMENT** (the "Settlement Agreement" or the ~~"Agreement") is made and entered this _____ day of June 2020, by and among MICHAEL J.~~ FITZGERALD ("Fitzgerald"), RONDA MCNAE ("Ronda") and WILL MCNAE ("Will") with Ronda and Will collectively referred to as the "McNaes," and Fitzgerald, Ronda, and Will collectively referred to as the "Parties";

**RECITALS**

**WHEREAS,** Ronda and Will are a married couple;

**WHEREAS,** Fitzgerald is a single male;

~~**WHEREAS,** Ronda and Fitzgerald engaged in extra-marital relations in Miami-Dade County, Florida that the McNaes contend were detrimental to the marriage of Ronda and Will;~~

**WHEREAS,** the McNaes contend that Fitzgerald caused physical <u>injury</u> and mental <u>injury</u> ~~anguish to them as a result of Fitzgerald's sexual conduct towards Rondathe extra-marital relations between Ronda and Fitzgerald;~~

**WHEREAS,** for purposes of avoiding the time and costly expenses associated with litigation, and in the interest of economic expediency, the Parties desire to reach a settlement of all claims between themselves; and,

**WHEREAS,** the parties wish to resolve all disputes between and among them;

**NOW THEREFORE** in consideration of the mutual covenants and promises contained herein, and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the Parties agree to be legally bound by the following terms and conditions, which constitute full settlement of any and all disputes between them.

1.    **RECITALS.** The Parties acknowledge that the "WHEREAS" clauses preceding paragraph 1 are true and correct, and are incorporated herein as material parts of this Agreement.

2.    **NO ADMISSION OF LIABILITY.** The Parties agree to amicably settle all ~~disputes between and among them. The Parties understand that this Agreement is in full and complete compromise of all disputed claims, both as to questions of liability and damages,~~ including any claims for punitive damages, without an admission of liability or any wrongdoing by any of the Parties, any such liability or wrongdoing being expressly denied by each of the Parties.

3.    **CONSIDERATION.** In consideration of the execution of this Agreement and the ~~promises herein contained, the Parties agree to the following:~~

    A.    <u>Payment of Settlement Funds</u>.    On or before June 15, 2020,

Will's Initials:___    Ronda's Initials:___    Fitzgerald's Initials:___

CONFIDENTIAL    EQUIP 000018

Fitzgerald agrees to remit payment in the amount of Ninety-Seven One Hundred Seven Thousand Dollars and 00/100 cents ($~~10~~97,000.00) to ~~the~~ Ronda McNaes and remit payment in the amount of Ten Thousand Dollars and 00/100 cents to Will McNae(the "Settlement Funds"). The settlement funds to Ronda McNae are paid in consideration of the physical and mental injuries she claims, and the settlement funds to Will McNae are in consideration of his loss of consortium claims due to the physical and mental injuries suffered by his wife Ronda. The Settlement Funds shall be remitted by wire to the Max Meyers Law PLLC Trust Account with the following wiring instructions:

[INSERT MAX MEYERS LAW PLLC TRUST ACCOUNT WIRE INTRUCTIONS HERE (ABA ROUTING # AND ACCOUNT #)]

**4.     NON-MONETARY TERMS.** The Parties agree to the following non-monetary terms:

A.     The McNaes shall remove any prior or current internet posts that reference Fitzgerald by name. The McNaes may speak or write generically about their life events, but in speaking or writing about their life events, the McNaes cannot refer to Fitzgerald's name, likeness, being, nationality, country of citizenship, location of residence, employer, job function, job title, profession, or reference to dates, locations, or other persons present. For instance, Ronda cannot name six people at an event, plus and unnamed person, so that the six people will know who the unnamed person is by process of elimination. Thus, it shall be a breach of this Agreement for the McNaes to indirectly refer to Fitzgerald in a way the McNaes could not do directly.

B.     The McNaes shall not contact Fitzgerald's employer. If Mr. Fitzgerald's employer contacts either of the McNaes, the McNaes shall respond, "the matter has been resolved and I cannot speak any more about it," or words to that effect.

C.     Notwithstanding the confidentiality provision in Section 16, below, the Parties may continue discuss the matter with their respective mental health professionals, but will advise the mental health professionals of this existence of this Agreement and those mental health professionals must follow this Agreement, as well.

D.     The Parties agree to minimize contact upon execution of this Agreement, and they agree to limit such contact as to be only such contact necessary to enforce the terms of this Agreement, with such contact preferably being by the Parties' respective attorneys.

**5.     REPRESENTATIONS AND WARRANTIES.** In making and executing this Agreement, the Parties represent, warrant and agree as follows:

A.     The Parties have had an opportunity to seek independent legal advice with respect to their rights and asserted rights arising out of the matters in controversy and with respect to the advisability of executing this Agreement.

B.     The Parties have made such investigation of all matters pertaining to this Agreement as they deem necessary, and do not rely on any statement, promise or representation by the other Parties hereto with respect to this matter.

Page 2 of 5

Will's Initials:___   Ronda's Initials:___   Fitzgerald's Initials:___

CONFIDENTIAL

EQUIP 000019

**6.    NO CHALLENGE TO SETTLEMENT.**  The Parties agree that they will take no action, including, but not limited to the institution of a lawsuit or administrative claim, to challenge any provision of this Agreement or regarding the original matter in controversy.

**7.    NO ADMISSION.**  Neither the negotiation nor the execution of this Agreement, nor any of its provisions, are to be construed as an admission by any of the Parties hereto, nor by their respective attorneys, or trustee regarding the truth of any matter alleged relating to the matter of controversy.

**8.    INTEGRATION.**    This Agreement constitutes a single, integrated written contract expressing the entire Agreement between the parties.  There are no other Agreements, written or oral, expressed or implied, between the parties, except as set forth in this Agreement.

**9.    SEVERABILITY.**    Should any part, term or provision of this Agreement be decided by the courts to be illegal, unenforceable or in conflict with any state or federal law or any other applicable law, the validity and enforceability of the remaining portions of this Agreement shall not be affected thereby.

**10.    DOCUMENT PREPARATION.**    If it becomes necessary for any reason to construe this Agreement as permitted by the Rules of Evidence of the State of Florida, this Agreement will be construed as being jointly prepared and written. The Parties agree that the terms and conditions contained herein have been negotiated, renegotiated and considered several times by the parties. The fact that one party or the other prepared the actual final draft of this Agreement shall not be construed as having created any ambiguity.  Should it become reasonably necessary for the parties to prepare additional documents to carry out the intent of this Agreement, each Party agrees to cooperate in the preparation, execution and delivery of same.

**11.    BINDING EFFECT.**  This Agreement shall be binding upon and inure to the benefit of the parties, and their respective successors, heirs, personal representatives and assigns.

**12.    NO WAIVER.**    No waiver of any breach of any term or provision of this Agreement shall be construed to be, nor shall be, a waiver of any other breach of this Agreement. No waiver shall be binding unless in writing and signed by the party waiving the breach.

**13.    MUTUAL GENERAL RELEASE.**  The Parties agree that they each on their own behalf and on the behalf of any heirs, assigns, beneficiaries, past or future affiliates, shareholders, parents or subsidiaries, attorneys, sureties or insurers, employees, officers, directors, agents, trustees, and any other person or entity bearing a legal relationship as a predecessor or successor in interest and anyone claiming any rights derived from any of them, forever release, discharge, and hold each other and each other's past, present or future affiliates, shareholders, parents or subsidiaries, attorneys, sureties or insurers, employees, officers, directors, agents, and any entity bearing a legal relationship as predecessor or successor in interest, harmless of, and from, any all claims, causes of action, suits, debts, agreements, promises, demands, liabilities, contractual rights and/or obligations, or claims arising in tort, or of whatever nature, in law or in equity, arising out of, or related to, the direct claims asserted and any other claims that could be asserted, any

Will's Initials:___    Ronda's Initials:___    Fitzgerald's Initials:___
CONFIDENTIAL                    EQUIP 000020

counterclaims, any third-party claims, and any claims to attorneys' fees and cost, whether or not the claim was raised, or could have been raised. The Parties agree that this Release is not intended as an admission of any wrongdoing or liability on the part of any Party, and that this Release is not admissible as evidence in any proceeding as an admission of liability. The Parties warrant that they have not made any assignment of any right, claim, or cause of action covered by this Release to any other person, corporation or other legal entity.

**14.     GOVERNING LAW.**   This Agreement shall be deemed to be made and entered into in the State of Florida, and shall in all respects be interpreted, enforced and governed under the laws of Florida, without giving effect to the conflict of laws principals of Florida law.  The Parties agree that venue for any litigation brought to enforce this Agreement shall lie exclusively in any court of competent jurisdiction in Miami-Dade County, Florida.

**15.     EXECUTION.**   This Agreement may be made effective by means of facsimile signatures executed on several identical counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument.

**16.     CONFIDENTIALITY.**     The Parties warrant that they have not and will not disclose, communicate, disseminate and/or publicize, or cause or permit to be disclosed, communicated, disseminated or publicized the existence of or terms and conditions of this Agreement to any person, business, organization, corporation, association, governmental agency, except as follows: (1) to the extent necessary to report income to appropriate taxing authorities; (2) to their respective attorneys and accountants; (3) in response to requirements of law or a subpoena issued by a state or federal court or governmental agency, provided, however, that notice of receipt of such judicial order or subpoena immediately be communicated to counsel for the opposing party telephonically. The McNaes further acknowledge and agree that this provision is a material inducement to the Fitzgerald's agreement to pay the Settlement Funds. Therefore, the McNaes agree and acknowledge that any violation of this section or disclosure of any of the terms of the Settlement Agreement beyond the exceptions identified above in this section shall constitute a material breach of this Agreement.

**17.     NON-DISPARAGEMENT.**       The Parties agree that they will not disparage each other, by written or oral word, gesture, or any other means, nor will they make any disparaging or negative comments about each other, to any person or entity.

**18.     NO FURTHER OBLIGATIONS.**  The Parties agree that, aside from the obligations set forth in this Agreement, no party owes any other party any monies or benefits.

**19.     BINDING NATURE OF AGREEMENT.**  This Agreement shall be binding upon each of the Parties and upon their respective heirs, administrators, representatives, executors, successors and assigns, and shall inure to the benefit and/or detriment of each party and to their respective heirs, administrators, representatives, executors, successors and assigns.

**20.     MODIFICATION OF AGREEMENT.**    This Agreement may be amended, revoked, changed, or modified only upon written agreement executed by all Parties. No waiver of any provision of this Agreement will be valid unless it is in writing and signed by the party against whom such waiver is charged.

Will's Initials:___     Ronda's Initials:___     Fitzgerald's Initials:___

CONFIDENTIAL                    EQUIP 000021

21.   **SELECTIVE ENFORCEMENT.**   The Parties agree that the failure of any party to enforce or exercise any right, condition, term or provision of this Agreement shall not be construed as or deemed to be a waiver or relinquishment thereof, and the same shall continue in full force and effect.

22.   **ENTIRE AGREEMENT.**   This Agreement sets forth the entire agreement between the Parties hereto, and fully supersedes any and all prior agreements or understandings between the Parties hereto pertaining to the subject matter hereof.

23.   **ATTORNEYS' FEES.**     In connection with any litigation arising out of this Agreement or in any way related to this Agreement, the prevailing party shall be entitled to recover all costs incurred including, but not limited to, its reasonable attorneys' fees at any level (trial, appeal, bankruptcy, administrative), including fees spent in litigation over entitlement or amount of such fees.

24.   **HEADINGS.** The headings of the provisions herein are intended for convenient reference only, and the same shall not be, nor be deemed to be, interpretative of the contents of such provision.

25.   **COUNTERPARTS AND FACSIMILE SIGNATURES.** This Agreement may be executed in two or more counterparts, each of which may be considered an original, and all of which together shall constitute one and the same document.  Facsimile or scanned copies of signature pages shall be treated as original signature pages.

**IN WITNESS WHEREOF**, this Agreement has been executed by the Parties as of the Effective Date.

_____         _____
Will McNae                    Date         Ronda McNae                    Date

_____
Michael Fitzgerald        Date
Allan D. Lederman, Trustee

EQUIP Counseling, PLLC

**Sarah Dellinger**
MS, LMFTA

███████████
License #: MG1- 60781074

10829 Ne 68th St, Suite D
Kirkland, Wa 98033

**Ronda McNae**
504 11th Place
Kirkland, Wa 98033

**Date: 6/28/2021**

This letter is intended to confirm the diagnosis, distress, and treatment of patient listed above.

The patient (Ronda) presented to evaluation (2/19/2020) with acute, distressing, paralyzing symptoms consistent with Post Traumatic Stress Disorder (309.81 or F43.11) following a reported sexual assault that occurred in October 2019. A police report has since been filed.

Symptoms consistent with diagnosis include intense flashbacks, hyperarousal, avoidance, emotional numbness, reexperiencing, hopelessness, as well as a racing heart and gagging/throwing up. Her daily functioning and relationships have been drastically impacted by these symptoms. Ronda has needed support multiple times a week including 85 therapy session in 2020 and so far 49 sessions in 2021 to manage symptoms that range from inconvenient to debilitating (depending on the day/hour). Her husband/Will has come to many sessions as support. Will reports that the sexual assault has impacted his own functioning- both personally and professionally. He has since begun to see his own therapist and been able to identify to systemic impact on himself. Both report seeking multiple ways to find justice for the initial assault/it's impact and express deep frustration in the lack of response.

Our work together has been focused on acute trauma healing, coping skills, and stress-tolerance. Our treatment includes exploring ways to recognize triggers and tools to tolerate the symptoms themselves. Additionally, we explore how to heal from trauma long term- the use of EMDR and other trauma protocols has been discussed and will be used when Ronda is ready. Ronda is an active participant in our sessions. Ronda can easily become flooded in session but responds well to grounding techniques. I will continue to reevaluate progress and treatment strategy every 3 months.

Sincerely,
Sarah Dellinger



CONFIDENTIAL

**EQUIP COUNSELING. PLLC** 1

## INITIAL ASSESSMENT AND DIAGNOSTIC IMPRESSION

Client: Ronda McNae (RM00093)     Birth Date: 04/04/1986

Insurer(s):

Intake Date: 02/20/2020     Staff Member(s): Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)

Referral Source(s): n/a     Case # RMC2000

---

## Diagnostic Impressions:

309.81 (F43.12) Post Traumatic Stress Disorder - Chronic

## Client's initial explanation of the problem(s), duration and precipitant cause:

Client presents with acute, distressing, paralyzing symptoms consistent with 309.81 Post Traumatic Stress Disorder after a traumatic encounter in October 2019. Client reports that she was the victim of an assault while in Florida with daughter. Clients reports symptoms that include: increasing desire for isolation, depressed mood, agitation, significant decrease in normal functioning, nervousness, gagging, and overall reduction in quality of life in the past 6 months. Client reports feeling like "I am going crazy" (client voice).

## Therapist's observations of Client's Presentation and Family Interactions:

Client presents to session highly alert, full of emotion, and motivated. Client struggles to stay on topic at times and possibly uses humor and storytelling to deflect. I am curious about disassociation and distraction as forms of coping. Client seeks connection and purpose; client is highly empathetic- often housing people who need a place to stay. Client reports that her relationship with her husband has struggled directly as a result of this event in Miami. Further, client has pulled away from all social engagements/interactions and has stopped working as a direct result of debilitating distressing symptoms. Client is experiencing symptoms consistent with PTSD and possible panic attacks.

## Pertinent History: (including family, social, psychological, and medical) Any prior therapy:

Client reports extensive history of childhood sexual, verbal abuse and neglect. Client has done therapy in the past around this. Client has also attended "ONSITE's" intensive inpatient facility in December 2019 after realizing that the event in Miami causing great distress. See file for full report from ONSITE. Client also reports having several auto-immune diseases that flare up during times of stress.

## Family/Psychosocial Assessment:

Client reports that her FOO is mostly not in the picture anymore. Client moved out in early highschool and lived with other families through graduation. Client is cut-off from step-dad and has limited contact with bio-mom. Client often refers to "other mom" or "other sister" in reference to the many adopted family members she has gathered over the years.

## Evidence of potential or actual risk(s):

☐ suicide   ☐ violence   ☐ physical abuse   ☒ sexual abuse   ☐ psychotic break   ☐ running away   ☐ substance abuse   ☐ self-harm

Explanation
No observed risk at this time. I will reassess if needed but client does appear to need more support some weeks than others depending on level of symptomology.

**EQUIP COUNSELING. PLLC**

**INITIAL ASSESSMENT AND DIAGNOSTIC IMPRESSION**

| | |
|---|---|
| Client:  Ronda McNae (RM00093) | Birth Date:  04/04/1986 |

Insurer(s):

| | | |
|---|---|---|
| Intake Date:  02/20/2020 | Staff Member(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) |

| | | |
|---|---|---|
| Referral Source(s):   n/a | | Case #       RMC2000 |

**Client made Contract/Safety Plan to cover risk(s):** *None*
Explanation
Will make one if it is deemed necessary.

**Client/Family strengths (including support system(s)):**
Client reports having a robust community and nuclear family that consists of her husband and two children. Client reports having a strong faith and often refers to podcasts or books she has read to seek more understanding of her situation.

**Tentative goals and plans:**
As established with client:
1. To develop and adopt immediate coping strategies to deal with anxiety and panic
2. To find clarity on what justice looks like for client in this situation
3. To support client pressing charges or not
4. To work on communication/coping and connection in marriage

**Who will be involved in treatment?:**
Husband at times, possibly daughter with who client reports has witnessed client's distress.

Expected length of treatment:     TBD

**Is client appropriate for agency services?:** *None*
If no, explain and identify any referral resource(s)
no

**Special needs of client (e.g. need for interpreter, interpreter for the deaf, religious consultant, etc.):** *None*
If yes, what?
no

**Cultural variables?:** *None*
If yes, explain
no

**Educational or vocational problems or needs:** *None*
If yes, explain
no

CONFIDENTIAL                    EQUIP 000025

**EQUIP COUNSELING. PLLC**

**INITIAL ASSESSMENT AND DIAGNOSTIC IMPRESSION**

| | | | | |
|---|---|---|---|---|
| Client:  Ronda McNae (RM00093) | | | Birth Date:  04/04/1986 | |
| Insurer(s): | | | | |
| Intake Date:  02/20/2020 | Staff Member(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Referral Source(s):    n/a | | | Case #      RMC2000 | |

Client Signature: _____

Staff Signature: _____      Date: _____

CONFIDENTIAL            EQUIP 000026

**EQUIP COUNSELING, PLLC**

**MUTUAL TREATMENT PLAN**

| | | | | |
|---|---|---|---|---|
| Client:  Ronda McNae (RM00093) | | Birth Date: | 04/04/1986 | |
| Insurer(s): | | | | |
| Date: | Staff Member(s):  . | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753648) | Case # | RMC2000 |

**Diagnostic Impressions:**

309.81 (F43.12) Post Traumatic Stress Disorder - Chronic

**Behavioral Definitions:**
Client presents to

**Treatment Modality:**
☑ individual   ☐ marriage   ☐ family

other:

**Referral for Additional Services:** *None*
If yes, specify

| | |
|---|---|
| **Frequency of Appointments:** | 3-4x's weekly |
| **Expected Length of Treatment:** | 24 months |

Client Signature:

Staff Signature:                                        Date:

CONFIDENTIAL

**EQUIP COUNSELING, PLLC**

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 02/25/2020 06:05 PM | | |
| Service Date: | 02/19/2020 11:00 AM – 12:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # |

| | | | |
|---|---|---|---|
| Appearance: | well-groomed | Orientation: | WNL |
| Behavior: | agitated | Speech: | rapid |
| Affect: | appropriate to situation | Mood: | anxious: moderate |
| Thought Process: | disorganized | Thought Content: | erratic at times |
| Perception: | wnl | Judgment: | WNL |
| Insight: | intellectual and emotional | Appetite: | decreased |
| Sleep: | interrupted | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presesnts to session for the inital session mostly within normal limits (see left). Client appears to be well-prepared (comes with a stack of papers) and seems to have an 'agenda' to talk about. I am unable to get through most of my intake questions as client has difficulty answering concrete questions. I am curious about dissociation as a form of coping with the trauma that she is reporting. Near the very end of session she tells me what really brought her in- an even in Miami. Since it is the very end of session. we agree to meet again tomorrow to discuss. Before leaving I assess for SI or HI, client denies both.

**Therapeutic Intervention:**

At this point, I am establishing repoire. I will read the papers she gave me before our next session. They appear to be the exit paperwork from ONSITE. I am also unclear of diagnosis at this point but will update chart accordingly once i have more information.

**Planned Intervention:**

Unclear yet, but will use the most effective intervention decided on collaboratively with client.

**Return Appointment:**

**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 02/25/2020 06:05 PM | | |
| Service Date: | 02/19/2020 11:00 AM - 12:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # |

Staff Signature: *Sarah Dellinger*
~~Owner Sarah Dellinger, MS, LMFTA Therapist~~
I approve this document
Signed: 02/29/2020 10:45 AM



## EQUIP COUNSELING, PLLC

### PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 02/25/2020 06:07 PM | | |
| Service Date: | 02/20/2020 11:00 AM - 12:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # | RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | appropriate to age | Orientation: | WNL |
| Behavior: | alert | Speech: | rapid |
| Affect: | expansive | Mood: | up and down |
| Thought Process: | disorganized | Thought Content: | scattered |
| Perception: | WNL | Judgment: | WNL |
| Insight: | intellectual and emotional | Appetite: | decreased |
| Sleep: | impaired | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

### Diagnostic Impressions:

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

### Focus of Session:

Client presents to session mostly within normal limits, see left for more details. Client seems ready to willing to talk about the event in Miami. Client reports that she went on a trip her daughter, husband to join later, and a male friend. Client reports that after drinking with said male friend, she believes they had sex without her consent. Client has very hazy, fragmented memories of the entire night and we talk about the possibility of being drugged? As we process client is able to piece more details together. Client has saved all texts and communicaton between the two of them.

### Therapeutic Intervention:

I will read over the 10 page account of the events that client emailed me.

### Planned Intervention:

Will continue with most effective intervention decided on collaboratively with client.

### Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist

I approve this document
Signed: 02/29/2020 10:59 AM

CONFIDENTIAL                    EQUIP 000030

**EQUIP COUNSELING, PLLC**

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 02/25/2020 06:07 PM | | |
| Service Date: | 02/24/2020 12:00 PM - 01:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # | RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | well-groomed | Orientation: | WNL |
| Behavior: | alert | Speech: | hurried |
| Affect: | appropriate to situation | Mood: | anxious: moderate |
| Thought Process: | fragmented | Thought Content: | unclear |
| Perception: | scattered | Judgment: | unclear |
| Insight: | emotional | Appetite: | decreased |
| Sleep: | impaired | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

### Diagnostic Impressions:

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

### Focus of Session:

Client presents to session mostly within normal limits (see left for details). Client reports that our work together so far has "spurred her on" to find more clarify around what she previously had chosed to ignore. Client reports more distress than last week as the male from Miami is in town for this whole at a work conferance with client's husband. The male has reached out to client to see if they can meet in person to discuss the event; we proces this and she decides this is not in the best interest of herself. Client asks if husband can join us for session on Wednesday as a support. No SI or HI at this time.

### Therapeutic Intervention:

Will continue to build repoire and map out timeline of Miami.

### Planned Intervention:

Will continue with most effective intervention decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 02/29/2020 11:08 AM

CONFIDENTIAL                    EQUIP 000031

# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| **Client:** | Ronda McNae (RM00093) | **Birth Date:** | 04/04/1986 |
| **Creation Date:** | 02/29/2020 10:32 AM | | |
| **Service Date:** | 02/27/2020 01:00 PM - 02:00 PM | **Duration:** | 60 minutes |
| **Provider(s):** | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| **Insurer(s):** | | | |
| **Place Of Service:** | Office | **CPT Code:** | **Case #** RMC2000 |

| | | | |
|---|---|---|---|
| **Appearance:** | appropriate to age | **Orientation:** | WNL |
| **Behavior:** | alert | **Speech:** | rapid |
| **Affect:** | WNL | **Mood:** | anxious: mild |
| **Thought Process:** | focused | **Thought Content:** | focused |
| **Perception:** | WNL | **Judgment:** | appropriate |
| **Insight:** | emotional | **Appetite:** | decreased |
| **Sleep:** | impaired | **Suicidality:** | Not Present |
| **Homicidality:** | Not Present | | |

## Diagnostic Impressions:

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

## Focus of Session:

Client presents to session mostly within normal limits (see left for more details). Client reports feeling much better than yesterday and that she was able to catch up on some sleep. Client reports that reached out for legal counsel and received helpful advise and direction. Client continues to harbor some shame and responsiblity for her own actions in Miami; she is, however, able to report that she now has clarity around the fact that what he did was wrong.

## Therapeutic Intervention:

Will continue previously stated interventions decided on collaboratively with client.

## Planned Intervention:

Will continue previously stated interventions decided on collaboratively with client.

## Return Appointment:

**Staff Signature:** *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document.
Signed: 02/29/2020 12:12 PM

CONFIDENTIAL

EQUIP 000032



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| **Client:** | Ronda McNae (RM00093) | **Birth Date:** | 04/04/1986 |
| **Creation Date:** | 02/29/2020 10:33 AM | | |
| **Service Date:** | 02/26/2020 11:00 AM - 12:00 PM | **Duration:** | 60 minutes |
| **Provider(s):** | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| **Insurer(s):** | | | |
| **Place Of Service:** | Office | **CPT Code:** | **Case #** RMC2000 |

| | | | | |
|---|---|---|---|---|
| **Appearance:** | appropriate to age | **Orientation:** | WNL |
| **Behavior:** | crying | **Speech:** | inaudible, hesitant |
| **Affect:** | constricted | **Mood:** | labile |
| **Thought Process:** | blocked | **Thought Content:** | poverty of thought |
| **Perception:** | scattered | **Judgment:** | unclear |
| **Insight:** | emotional | **Appetite:** | decreased |
| **Sleep:** | impaired | **Suicidality:** | Not Present |
| **Homicidality:** | Not Present | | |

## Diagnostic Impressions:

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

## Focus of Session:

Client presents to session with husband in what appears to be a mild panic attack state (see left for full details). Client is crying, unable to catch her breath, gags, and appears to be flooded. I use grounded techniques including a breathing excercise to regulate her and to orient her back to the room in a calm state. Client's husband appears very supportive (rubbing her back, handing her tissues) and is able to help flush out the timeline for me (October until now). We collectively agree on course of action moving forward.

## Therapeutic Intervention:

As client continues to present labile; I will continue to move forward with repoire building, unconditional positive regard, grounding when necessary, and gently moving forward with plan below.

## Planned Intervention:

1. Monitor and treat client's PTSD symptoms that are impacting her everyday life
2. Determine what justice will look like for client
3. Client will reach out for legal conslut
4. Client's husband will speak with work about being re-assigned

Return Appointment:

CONFIDENTIAL                    EQUIP 000033

EQUIP COUNSELING, PLLC

**PROGRESS NOTES**

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 02/29/2020 10:33 AM | | |
| Service Date: | 02/26/2020 11:00 AM - 12:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # | RMC2000 |

Staff Signature: *Sarah Dellinger*

Owner Sarah Dellinger, MS, LMFTA Therapist

**I approve this document**
**Signed: 02/29/2020 12:05 PM**

EQUIP COUNSELING, PLLC

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 02/29/2020 10:34 AM | | |
| Service Date: | 02/28/2020 01:00 PM - 02:30 PM | Duration: | 90 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #   RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | appropriate to age | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | appropriate to situation | Mood: | up and down |
| Thought Process: | focused | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

## Diagnostic Impressions:

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

## Focus of Session:

Client presents to session mostly within normal limits (see left for more details). Client reports feeling much better today; she does however, admit that this relief is limited. She reports still avoiding social situations like school drop off/pickup up, school events, parties, auditions, and work. Client reports that this has been going on since the event in Miami. Client reports picking her kids up at school yesterday 10 min early just to avoid running into other parents at school pickup. Client's husband joins us for the last bit of this extended session to discuss what a long-term treatment plan moving forward. Husband had created one on Excel as a part of what might go in a legal defense. (see clinical documents file).

## Therapeutic Intervention:

Will continue previously stated interventions decided on collaboratively with client.

## Planned Intervention:

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:



**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 02/29/2020 10:34 AM | | |
| Service Date: | 02/28/2020 01:00 PM - 02:30 PM | Duration: | 90 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #   RMC2000 |

Staff Signature: *Sarah Dellinger*

Owner Sarah Dellinger, MS, LMFTA Therapist

**I approve this document**
Signed: 03/07/2020 03:24 PM

# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 03/07/2020 03:27 PM | | |
| Service Date: | 03/06/2020 01:00 PM - 02:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # | RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | appropriate to age | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | appropriate to situation | Mood: | anxious: mild |
| Thought Process: | WNL | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

### Diagnostic Impressions:

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

### Focus of Session:

Client presents to session mostly within normal limits (see left for more details). Client reports feeling much better today; she reports that its more a feeling of "disconnected" (client words). She processes most current distressing issues: intrusive thoughts, trouble sleeping, lack of interest in doing things that used to interest her. She reports that this is not getting better but that distraction can provide temporary relief. Client reports on some concern she has about partner's aging mother. We process her level of support. No SI/HI at this time.

### Therapeutic Intervention:

Will continue previously stated interventions decided on collaboratively with client.

### Planned Intervention:

Will continue previously stated interventions decided on collaboratively with client.

### Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 03/07/2020 03:32 PM

CONFIDENTIAL                    EQUIP 000037

**EQUIP COUNSELING, PLLC**

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 03/07/2020 03:32 PM | | |
| Service Date: | 03/02/2020 11:00 AM - 12:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #   RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | appropriate to age | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | appropriate to situation | Mood: | anxious: mild |
| Thought Process: | WNL | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to session mostly within normal limits (see left for more details). Client reports on the most distressing issues, we discuss coping. Client reports on her most recent talks with lawyer. Client reports that lawyer has suggested to try and resolve directly before and possibly instead of filing charges. Client reports that lawyer will help them draw up a 'demand letter.' We discuss self-care and grounding techniques to use during this time. No SI/HI at this time.

**Therapeutic Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

**Return Appointment:**

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 03/07/2020 03:37 PM

CONFIDENTIAL                    EQUIP 000038

**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 03/07/2020 03:37 PM | | |
| Service Date: | 03/04/2020 11:00 AM - 12:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #   RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | appropriate to age | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | appropriate to situation | Mood: | anxious: mild |
| Thought Process: | WNL | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to session mostly within normal limits (see left for more details). Client reports on most distressing issues- we discuss coping and self care. She reports relief from the grounding techniques discussed in previous session. Client reports that she and husband had a phone call with M.F. as directed by lawyer instead of filing charges. Client and continue to discuss what justice looks like to her. No SI/HI at this time.

**Therapeutic Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

**Return Appointment:**

Staff Signature: *Sarah Dellinger*

Owner Sarah Dellinger, MS, LMFTA Therapist

I approve this document

Signed: 03/07/2020 03:41 PM                    CONFIDENTIAL                    EQUIP 000039

# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 03/16/2020 02:49 PM | | |
| Service Date: | 03/09/2020 10:00 AM - 11:00 AM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #   RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | appropriate to age | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | expansive | Mood: | anxious: mild |
| Thought Process: | WNL | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

## Diagnostic Impressions:

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

## Focus of Session:

Client presents to session mostly within normal limits (see left for more details). Client reports on her emotional state after the weekend. Client reports on most distressing issues: current state of "Florida Event," relationships at home, desire to isolate and symptoms consistent with PTSD that include- disturbed sleep, significant drop functioning, avoidance, and negative mood alterations. We process her level of support as well as coping at this time. No SI/HI at this time.

## Therapeutic Intervention:

Will continue previously stated interventions decided on collaboratively with client.

## Planned Intervention:

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 04/01/2020 03:20 PM          CONFIDENTIAL          EQUIP 000040

EQUIP COUNSELING, PLLC

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 03/16/2020 02:50 PM | | |
| Service Date: | 03/10/2020 05:00 PM - 06:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #   RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | appropriate to age | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | appropriate to situation | Mood: | anxious: mild |
| Thought Process: | WNL | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to session with spouse today mostly within normal limits (see left for more details). Spouse wants to discuss clarity around their "plan of action" for "Florida Event" that will from here forward be called FE. We discuss what "justice" will look like for client. Spouse reports concern about this impacting "the bigger picture" (his job, etc). Spouse and client are able to make some progress on a plan for moving forward. No SI/HI at this time.

**Therapeutic Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

**Return Appointment:**

Staff Signature: *Sarah Dellinger*

Owner Sarah Dellinger, MS, LMFTA Therapist

I approve this document.

Signed: 04/01/2020 03:26 PM                    CONFIDENTIAL                    EQUIP 000041

**EQUIP COUNSELING, PLLC**

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 03/16/2020 02:51 PM | | |
| Service Date: | 03/11/2020 12:00 PM - 01:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #   RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | appropriate to age | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | appropriate to situation | Mood: | anxious: mild |
| Thought Process: | WNL | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to session mostly within normal limits. Client has 9 year old daughter with her today. Client has expressed concern around the impact of her mental helath on daughter. I spend about 2 min alone with daughter: she reports being very concerned with mom, daughter tears up when she talks about how "different mommy has been in the past few months." (daughter voice). Daughter reports a desire to make her mom feel better. we discuss that this is not her job/role. Client joins again for the rest of session and talk about this as well as more appropriate coping. No SI/HI at this time.

**Therapeutic Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

**Return Appointment:**

**Staff Signature:** *Sarah Dellinger*

Owner Sarah Dellinger, MS, LMFTA Therapist

I approve this document
Signed: 04/01/2020 04:38 PM

CONFIDENTIAL

EQUIP COUNSELING, PLLC

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 03/16/2020 02:51 PM | | |
| Service Date: | 03/12/2020 03:00 PM - 04:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | appropriate to age | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | appropriate to situation | Mood: | anxious: moderate |
| Thought Process: | tangential | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to session mostly within normal limits (see left for more details). Client reports on most pertinent issues: call with her husband's boss's boss. Client reports increased distressing symptoms including throwing up when she making upsetting connections related to the FE. Client and I discuss grounding excercises and plan moving forward. No SI/HI at this time.

**Therapeutic Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*

Owner Sarah Dellinger, MS, LMFTA Therapist

I approve this document

Signed: 04/01/2020 04:43 PM

**EQUIP COUNSELING, PLLC**

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 03/16/2020 02:52 PM | | |
| Service Date: | 03/13/2020 02:00 PM - 03:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | appropriate to age | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | appropriate to situation | Mood: | anxious: mild |
| Thought Process: | WNL | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

### Diagnostic Impressions:

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

### Focus of Session:

Client presents to session with spouse today mostly within normal limits (see above for details). Spouse reports on conversation with lawyer as well as their plan for moving forward meeting with his company. Client reports distress around what the "plan" looks like and what "justice" looks like. We disucss the possibility of going to Telehelath as a result of COVID-19. No SI/HI at this time.

### Therapeutic Intervention:

Will continue previously stated interventions decided on collaboratively with client.

### Planned Intervention:

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 04/01/2020 04:46 PM

# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| **Client:** | Ronda McNae (RM00093) | **Birth Date:** | 04/04/1986 |
| **Creation Date:** | 04/01/2020 04:47 PM | | |
| **Service Date:** | 03/20/2020 02:00 PM - 03:00 PM | **Duration:** | 60 minutes |
| **Provider(s):** | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| **Insurer(s):** | | | |
| **Place Of Service:** | Telehealth | **CPT Code:** | **Case #** RMC2000 |

| | | | |
|---|---|---|---|
| **Appearance:** | appropriate to age | **Orientation:** | WNL |
| **Behavior:** | WNL | **Speech:** | WNL |
| **Affect:** | appropriate to situation | **Mood:** | anxious: mild |
| **Thought Process:** | WNL | **Thought Content:** | WNL |
| **Perception:** | WNL | **Judgment:** | WNL |
| **Insight:** | WNL | **Appetite:** | decreased |
| **Sleep:** | erratic | **Suicidality:** | Not Present |
| **Homicidality:** | Not Present | | |

## Diagnostic Impressions:

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

## Focus of Session:

Client presents to first Telehealth session today. Client had to cancel last session as a result of being very sick. Client reports that she was very worried she had COVID and is still not sure she did not but she reports feeling much better. She reports on coping since kids have been home and increased stress/anxiety. No SI/HI at this time.

## Therapeutic Intervention:

Will continue previously stated interventions decided on collaboratively with client.

## Planned Intervention:

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 04/01/2020 04:49 PM

CONFIDENTIAL                    EQUIP 000045

**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 04/01/2020 04:49 PM | | |
| Service Date: | 03/23/2020 11:00 AM - 12:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | appropriate to age | Orientation: | WNL |
| Behavior: | WNL | Speech: | expansive |
| Affect: | appropriate to situation | Mood: | anxious: mild |
| Thought Process: | WNL | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to session mostly within normal limits (see above). Client reports feeling much better- nearly fully recovered from the illness from last week. Client reports feeling disconnected from the FE event but knows that the call with her husband's boss's boss is this week and she needs to prepare. We discuss. No SI/HI at this time.

**Therapeutic Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*

Owner Sarah Dellinger, MS, LMFTA Therapist

I approve this document

Signed: 04/01/2020 04:51 PM



## EQUIP COUNSELING, PLLC

### PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 04/01/2020 04:51 PM | | |
| Service Date: | 03/25/2020 02:00 PM - 03:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | appropriate to age | Orientation: | WNL |
| Behavior: | WNL | Speech: | expansive |
| Affect: | appropriate to situation | Mood: | anxious: mild |
| Thought Process: | WNL | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client and spouse presents to session mostly within normal limits (see above). Client reports increased stress due to the COVID-19 related complications including great concern around spouse's mom. Client appears increasingly distressed around her living alone. We discuss options for client as well as coping. No SI/HI at this time.

**Therapeutic Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 04/01/2020 04:54 PM

# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 04/01/2020 04:55 PM | | |
| Service Date: | 03/30/2020 02:00 PM - 03:30 PM | Duration: | 90 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | appropriate to age | Orientation: | WNL |
| Behavior: | WNL | Speech: | expansive |
| Affect: | appropriate to situation | Mood: | anxious: mild |
| Thought Process: | WNL | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to session mostly within normal limits (see above). Client reports about call with spouse's company; we discuss her feelings around this. Husband joins for the last 30 min to get on the "same page about the plan moving foward" (spouse words). We discuss various options. No SI/HI at this time.

**Therapeutic Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 04/01/2020 04:58 PM

CONFIDENTIAL                    EQUIP 000048



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 04/01/2020 04:59 PM | | |
| Service Date: | 03/31/2020 02:00 PM - 03:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | appropriate to age | Orientation: | WNL |
| Behavior: | WNL | Speech: | expansive |
| Affect: | appropriate to situation | Mood: | anxious: mild |
| Thought Process: | WNL | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

## Diagnostic Impressions:

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

## Focus of Session:

Client presents to session mostly within normal limits (see above). Client reports about call with spouse's company; we discuss her feelings around this. Client continues to reports frustration around she and spouse not being on the same page around plan. We continue to narrow down her scope of power and desire for justice. We discuss various options. No SI/HI at this time.

## Therapeutic Intervention:

Will continue previously stated interventions decided on collaboratively with client.

## Planned Intervention:

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 04/05/2020 03:50 PM

**EQUIP COUNSELING, PLLC**

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 05/15/2020 06:48 PM | | |
| Service Date: | 04/02/2020 04:00 PM - 05:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # | RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | appropriate to age | Orientation: | WNL |
| Behavior: | fatigued | Speech: | rapid |
| Affect: | appropriate to situation | Mood: | anxious: mild |
| Thought Process: | WNL | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to session mostly within normal limits (see above). Client reports about most distressing issues. Client reports that she was able to leave the home and walk at a distance with friends which was the first time she was able to tolerate that in months. Client reports that she continues to experience feelings of 'flight, fight, freeze' when little things happen and she feels 'overwhelmed' easily. We continue to narrow down client's goal for justice. We discuss various options. No SI/HI at this time.

**Therapeutic Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

**Return Appointment:**

Staff Signature: *Sarah Dellinger*

Owner Sarah Dellinger, MS, LMFTA Therapist

I approve this document

Signed: 05/15/2020 06:51 PM

CONFIDENTIAL                    EQUIP 000050

EQUIP COUNSELING, PLLC

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 05/15/2020 06:52 PM | | |
| Service Date: | 04/03/2020 12:00 PM - 01:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #  RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | appropriate to age | Orientation: | WNL |
| Behavior: | agitated | Speech: | rapid |
| Affect: | depressed | Mood: | anxious: mild |
| Thought Process: | WNL | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

## Diagnostic Impressions:

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

## Focus of Session:

Client presents to session mostly within normal limits (see above). Client appears more distressed today- she reports increased insomnia and hyper arousal to stimulus. Client updates on FL and we process thoughts that are coming up as a result. Client continues to pinpoint November 14th, 2019 as the night she felt suicidal, to the point that she went on a walk alone, which is reportedly uncharacteristic. Client reports that she had been having negative thoughts and it was on that walk that she felt hopeless as a reported direct result of the distress caused in FL. Client reports that called her friend Matt while on this phone call and was able to see "a light at the end of the tunnel" (client words) and walk back home. Client is able to be reflective but also has debilitating physiological responses consistent with being flooded: client gags, bends over the couch, pauses to breath, gets flushed. Client struggles to respond to guided breath exercise. Will retry at a later date as I believe this could be very beneficial for client during periods of flooding. No SI/HI at this time.

## Therapeutic Intervention:

Will continue previously stated interventions decided on collaboratively with client.

## Planned Intervention:

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

CONFIDENTIAL

**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 05/15/2020 06:52 PM | | |
| Service Date: | 04/03/2020 12:00 PM - 01:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #    RMC2000 |

Staff Signature: *Sarah Dellinger*

Owner Sarah Dellinger, MS, LMFTA Therapist

**I approve this document**
Signed: 05/15/2020 07:06 PM



**EQUIP COUNSELING, PLLC**
**PROGRESS NOTES**

Client:  Ronda McNae (RM00093)                          Birth Date:   04/04/1986
Creation Date:   05/15/2020 07:10 PM
Service Date:   04/06/2020 11:00 AM - 12:00 PM                  Duration:   60 minutes
Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:   Office                     CPT Code:        Case #   RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | pressured |
| Affect: | WNL | Mood: | WNL |
| Thought Process: | WNL | Thought Content: | wnl |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**
Client presents to session mostly within normal limits. Client is introspective and reflective about most recent events including continued processing of trauma and desire to understand it's impact. Client reports continued 'flooding' inside and outside of session but is able to be grounded. Client processes her interest in writing a book. No immediate danger assessed.

**Therapeutic Intervention:**
Will continue previously stated interventions decided on collaboratively with client.

**Planned Intervention:**
Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 06/10/2022 03:38 PM            CONFIDENTIAL            EQUIP 000053



## EQUIP COUNSELING, PLLC
### PROGRESS NOTES

| | |
|---|---|
| Client:  Ronda McNae (RM00093) | Birth Date:   04/04/1986 |
| Creation Date:   05/15/2020 07:11 PM | |
| Service Date:   04/08/2020 02:00 PM - 03:00 PM | Duration:    60 minutes |
| Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | |
| Insurer(s): | |
| Place Of Service:   Office | CPT Code:          Case #   RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | appropriate to age | Orientation: | WNL |
| Behavior: | agitated | Speech: | rapid |
| Affect: | depressed | Mood: | anxious: mild |
| Thought Process: | WNL | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to session mostly within normal limits (see above). Client presents to session distressed today due to recent memories from events in FL. Client reports that such memories are intrusive, and we discuss different trauma protocols for dealing with them. Client is curious about Lifespan Integration and EMDR. No SI/HI at this time.

**Therapeutic Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 06/10/2022 03:40 PM

CONFIDENTIAL                    EQUIP 000054

**EQUIP COUNSELING, PLLC**

### PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 05/15/2020 10:34 PM | | |
| Service Date: | 04/10/2020 12:00 PM - 01:30 PM | Duration: | 90 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | appropriate to age | Orientation: | WNL |
| Behavior: | agitated | Speech: | rapid |
| Affect: | depressed | Mood: | anxious: mild |
| Thought Process: | WNL | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

### Diagnostic Impressions:

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

### Focus of Session:

Client presents to session mostly within normal limits (see above). Client presents to session distressed today due to the FL. Client reports that as times goes on she is able to remember more detail from the night in Miami in 10/18/2019. Client remembers confusion and dissoriation after event including feeling of being 'emotionally manipulated' (client words). Client reports that this person was Mike Fitzgerald of Software One. Client reports that over time, she started to realize that the niight in Miami was not consenual and their communication since inscere (client voice). Client reports that her fear of how reporting this news to husband/Microsoft could impact his careeer is partly why she feels she could not accept this truth earlier. Client continues to seek clarity around seeking justice around this issue. INo SI/HI at this time.

### Therapeutic Intervention:

Will continue previously stated interventions decided on collaboratively with client.

### Planned Intervention:

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 05/15/2020 10:34 PM | | |
| Service Date: | 04/10/2020 12:00 PM - 01:30 PM | Duration: | 90 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #    RMC2000 |

Staff Signature: *Sarah Dellinger*

~~Owner Sarah Dellinger, MS, LMFTA Therapist~~

**I approve this document**
**Signed: 05/15/2020 10:42 PM**

CONFIDENTIAL          EQUIP 000056



**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

Client:  Ronda McNae (RM00093)                          Birth Date:  04/04/1986
Creation Date:  05/15/2020 10:42 PM
Service Date:    04/13/2020 11:00 AM - 12:30 PM                          Duration:  90 minutes
Provider(s):  Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:  Office                          CPT Code:            Case #   RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | WNL | Mood: | WNL |
| Thought Process: | WNL | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to session mostly within normal limits (see above). Client continues to seek clarity around seeking justice. She is reflective and introspective. Client reports frustration around No SI/HI at this time.

**Therapeutic Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 06/10/2022 03:41 PM



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| **Client:** | Ronda McNae (RM00093) | **Birth Date:** | 04/04/1986 |
| **Creation Date:** | 05/17/2020 11:45 AM | | |
| **Service Date:** | 04/15/2020 11:00 AM - 12:30 PM | **Duration:** | 90 minutes |
| **Provider(s):** | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| **Insurer(s):** | | | |
| **Place Of Service:** | Office | **CPT Code:** | **Case #** RMC2000 |

| | | | | |
|---|---|---|---|---|
| **Appearance:** | appropriate to age | **Orientation:** | WNL |
| **Behavior:** | agitated | **Speech:** | rapid |
| **Affect:** | depressed | **Mood:** | anxious: mild |
| **Thought Process:** | WNL | **Thought Content:** | WNL |
| **Perception:** | WNL | **Judgment:** | WNL |
| **Insight:** | WNL | **Appetite:** | decreased |
| **Sleep:** | erratic | **Suicidality:** | Not Present |
| **Homicidality:** | Not Present | | |

## Diagnostic Impressions:

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

## Focus of Session:

Client presents to session mostly within normal limits (see above). Client speaks with urgency around her recent clarity around the event in Miami. Client reports that until some time/space, our session, and listening to a book called Know My Name, she struggled to see all the parts clearly. Client does report remembering MF naked, client does report remembering MF erect, client remembers being in the couch in a robe with no underwear. Client remembers only having dinner, coming back paying the babysitter but then has no memories after. Client continues to process this evening that the subsequent event. No SI/HI at this time but client is still reporting daily gagging, anxiety and racing thoughts.

Rough reported timeline:

10-12 dinner

12:30 client remembers running away from MF and hiding behind a tree because she didn't want to see/be around him anymore

1:30 pay babysitter at hotel

1:45-5:30 unclear

7am: husband arrives

## Therapeutic Intervention:

Will continue previously stated interventions decided on collaboratively with client.

CONFIDENTIAL



**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 05/17/2020 11:45 AM | | |
| Service Date: | 04/15/2020 11:00 AM - 12:30 PM | Duration: | 90 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # RMC2000 |

**Planned Intervention:**
Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
~~Owner Sarah Dellinger, MS, LMFTA Therapist~~
I approve this document
Signed: 05/17/2020 12:08 PM



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 05/17/2020 12:08 PM | | |
| Service Date: | 05/01/2020 01:00 PM - 02:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | | |
| | | CPT Code: | Case #   RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | appropriate to age | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | depressed | Mood: | up and down |
| Thought Process: | WNL | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

### Diagnostic Impressions:

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

### Focus of Session:

Client reports to session mostly within normal limits- she has been gone for 2 weeks. She reports that she and her family went for a two week road trip- she reports that it was rejuvinating but that her PTSD systems would come up from time to time. Client reports that she tried to disconnect from the Miami case during this trip but that she found herself 'gagging' several times despite such efforts. Client reports that her lawyer and MF's lawyer are attempting to come to some kind of settlement. No SI/HI at this time.

### Therapeutic Intervention:

Will continue previously stated interventions decided on collaboratively with client.

### Planned Intervention:

Will continue previously stated interventions decided on collaboratively with client.

### Return Appointment:

**EQUIP COUNSELING, PLLC**

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 05/17/2020 12:08 PM | | |
| Service Date: | 05/01/2020 01:00 PM - 02:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # | RMC2000 |

Staff Signature: *Sarah Dellinger*

Owner Sarah Dellinger, MS, LMFTA Therapist

I approve this document
Signed: 05/17/2020 12:29 PM

EQUIP COUNSELING, PLLC

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 05/17/2020 12:29 PM | | |
| Service Date: | 05/04/2020 12:00 PM - 01:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | depressed | Mood: | stressed |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client reports to session mostly within normal limits- she seems a bit more grounded on Monday. Client reports that when she has distractions she does better. Client reports that she has been distracted by client's MIL who is struggling with dimentia. Client worries about this and we flush out ways she can help without blurring boundaries. Client updates on Miami case and her conversation with a sexual crimes prosecuter. Although client has proceeded with settlement, client still seems unsure of her decisions at times. No SI/HI at this time.

**Therapeutic Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 05/17/2020 12:29 PM | | |
| Service Date: | 05/04/2020 12:00 PM - 01:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # | RMC2000 |

Staff Signature: *Sarah Dellinger*
~~Owner Sarah Dellinger, MS, LMFTA Therapist~~
**I approve this document**
Signed: 05/17/2020 12:32 PM

EQUIP COUNSELING, PLLC

**PROGRESS NOTES**

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 05/17/2020 12:33 PM | | |
| Service Date: | 05/06/2020 12:00 PM - 01:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #   RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | depressed | Mood: | stressed |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client reports to session mostly within normal limits- with spouse. They both appear to have an agenda. They report that they need to 'get on the same page' about a few things. We prioritize list and start working our way through it. Client still reports feeling unsupported by partner at times; we attempt to find clarity and cohesion around this. We talk about each other's needs as well as the transition that is going to happen with spouse's mother coming to live with them. No SI/HI this time.

**Therapeutic Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*

Owner Sarah Dellinger, MS, LMFTA Therapist

I approve this document

Signed: 05/17/2020 12:40 PM                     CONFIDENTIAL                     EQUIP 000064

**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 05/17/2020 12:36 PM | | |
| Service Date: | 05/06/2020 01:00 PM - 02:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #    RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | depressed | Mood: | stressed |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client reports to session mostly within normal limits- with daughter. Client has been worried about daughter's feelings around her mom's emotional state. Client brings daughter into session today to process this. We spend about 20 min together alone. Daughter does report that she worries about mom/client quite a bit and that she 'does not know how to help her" (daughter words). I remind her that it's not her job to fix her mom's emotions. No SI/HI this time.

**Therapeutic Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

**Return Appointment:**

Staff Signature: *Sarah Dellinger*

Owner Sarah Dellinger, MS, LMFTA Therapist

I approve this document

Signed: 05/17/2020 12:40 PM         CONFIDENTIAL         EQUIP 000065



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 05/17/2020 04:01 PM | | |
| Service Date: | 05/08/2020 01:00 PM - 02:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #    RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | depressed | Mood: | stressed |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

### Diagnostic Impressions:

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

### Focus of Session:

Client reports to session mostly within normal limits. Client reports that they are coming 'down to the wire' (client words) on the last part of the settlement with MF. Client is feeling uncomfortable with the current non-disclosure agreement clause. Client processes today the clarity she needs to make sure she feels confident and clear when signing the settlement. No SI/HI this time.

### Therapeutic intervention:

Will continue previously stated interventions decided on collaboratively with client.

### Planned Intervention:

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 05/17/2020 04:03 PM

CONFIDENTIAL                    EQUIP 000066

EQUIP COUNSELING, PLLC

**PROGRESS NOTES**

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 05/17/2020 04:04 PM | | |
| Service Date: | 05/12/2020 04:00 PM - 05:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #   RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | stressed |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client reports to session today with spouse mostly within normal limits. She reports on most distressing issues and we process communication between the two of them. Spouse has felt torn between client, mother, work and children. We discuss what it would be like if spouse took a leave from work. No SI/HI this time.

**Therapeutic Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 05/17/2020 04:05 PM

CONFIDENTIAL                 EQUIP 000067

**EQUIP COUNSELING, PLLC**

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 05/17/2020 04:06 PM | | |
| Service Date: | 05/13/2020 01:00 PM - 02:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | stressed |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client reports to session today mostly within normal limits. She reports that mother in law has moved in and they are working on on figuring out her memory concerns. We discuss most distressing/pertinant issues including the settlement, parenting, quarentine, and clients PTSD symptoms. No SI/HI this time.

**Therapeutic Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 05/17/2020 04:07 PM

CONFIDENTIAL                    EQUIP 000068



**EQUIP COUNSELING, PLLC**

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 07/13/2020 02:17 PM | | |
| Service Date: | 05/15/2020 02:00 PM - 03:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #  RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | stressed |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client reports to session today mostly within normal limits. She reports that on most recent issues including mother inlaw, spouse and stressful events. We discuss coping and stress tolerance. No SI/HI this time.

**Therapeutic Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 07/13/2020 02:18 PM

CONFIDENTIAL                    EQUIP 000069



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 07/13/2020 02:21 PM | | |
| Service Date: | 05/19/2020 06:00 PM - 07:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | stressed |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

## Diagnostic Impressions:

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

## Focus of Session:

Client ands spouse report to session today mostly within normal limits. They both have a 'list' of things they'd like to talk about- specifically around mother-in-law issues. We discuss coping and stress tolerance as well as immediate next steps. No SI/HI this time.

## Therapeutic Intervention:

Will continue previously stated interventions decided on collaboratively with client.

## Planned Intervention:

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 07/13/2020 02:22 PM

CONFIDENTIAL                    EQUIP 000070

**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

| | | | | |
|---|---|---|---|---|
| Client: | Ronda McNae (RM00093) | | Birth Date: | 04/04/1986 |
| Creation Date: | 07/13/2020 02:22 PM | | | |
| Service Date: | 05/22/2020 12:00 PM - 01:00 PM | | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | | |
| Insurer(s): | | | | |
| Place Of Service: | Office | CPT Code: | Case # | RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | stressed |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client reports to session all within normal limits. She reports around most stressing events from the week; client is able to be refelctive and introspective. We discuss coping and stress tolerance as well as immediate next steps. No SI/HI this time.

**Therapeutic Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*

Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 07/13/2020 02:23 PM

CONFIDENTIAL          EQUIP 000071



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 07/13/2020 02:23 PM | | |
| Service Date: | 05/25/2020 12:00 PM - 01:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #   RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | stressed |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client and spouse report to session all within normal limits. They report around most stressing events from the weekend; both are able to be respectful and introspective. We discuss coping and stress tolerance as well as immediate next steps. No SI/HI this time.

**Therapeutic Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 07/13/2020 02:24 PM

EQUIP COUNSELING, PLLC

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 07/13/2020 02:25 PM | | |
| Service Date: | 05/29/2020 01:00 PM - 02:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # | RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | stressed |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

### Diagnostic Impressions:

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

### Focus of Session:

Client reports to sthe session alone today all within normal limts; she reports that she has been doing 'really great' (client words) and 'hasn't been gagging' (client words) since last Wednesday. She does report that last Wednesday she woke up 'gagging out of the blue' (client words) but after processing we recognize the pattern of gagging that happens after/during stressful events; she reports that she had received an email about the settlement last Wednesday. Client is able to recognize that the pattern of no-gagging happens when she has a distraction from the stressful event. No SI/HI at this time.

### Therapeutic Intervention:

Will continue previously stated interventions decided on collaboratively with client.

### Planned Intervention:

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 07/16/2020 02:35 PM

CONFIDENTIAL                                    EQUIP 000073

**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 07/13/2020 02:30 PM | | |
| Service Date: | 06/01/2020 12:00 PM - 01:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #   RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | stressed |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client and spouse present to session mostly within normal limits. Client starts crying right at the beginning of session. Client reports that she is very overwhelmed with the issues related to mother-in-law. They process the stress of this as well as the pattern of spouse 'speaking up for client' (client words). No SI/HI at this time.

**Therapeutic Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 07/13/2020 02:34 PM

CONFIDENTIAL                    EQUIP 000074

EQUIP COUNSELING, PLLC

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 07/13/2020 02:35 PM | | |
| Service Date: | 06/02/2020 03:00 PM - 04:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #   RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | stressed |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client and spouse present to session mostly within normal limits. They both reports continued stress with mother-in-law. Client is able to discuss her desire/need for spouse to standing up for her. We also continue to discuss priorities, next steps and stress tolerance. No SI/HI at this time.

**Therapeutic Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 07/13/2020 02:38 PM

**EQUIP COUNSELING, PLLC**

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 07/16/2020 02:35 PM | | |
| Service Date: | 06/03/2020 11:00 AM – 12:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #   RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | stressed |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client and spouse present to session mostly within normal limits. They both reports continued stress with mother-in-law. Both are able to express their needs, desires, fears. We also continue to discuss priorities, next steps and stress tolerance. No SI/HI at this time.

**Therapeutic Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 07/16/2020 02:36 PM

EQUIP COUNSELING, PLLC

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 07/16/2020 02:36 PM | | |
| Service Date: | 06/05/2020 01:00 PM - 02:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # | RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | stressed |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents all within normal limits. She is in good spirits and eager to talk about connection with old friend (Colby's Dad) and the feels that came along when connecting with him. Client also reports on mother-in-law and Florida case. Client is able to make some connections that bring understanding and peace. No SI/HI at this time

**Therapeutic Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 07/16/2020 02:39 PM

CONFIDENTIAL                    EQUIP 000077

**EQUIP COUNSELING, PLLC**

### PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 07/16/2020 02:39 PM | | |
| Service Date: | 06/08/2020 03:00 PM - 04:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #   RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | stressed |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client and partner present to session all within normal limits. They report on latest with Mother-in-law and how they are handling the stress involved with getting her into the right home. Client and spouse are able to actively communicate and hear one another. No SI/HI at this time.

**Therapeutic Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*

Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 07/16/2020 02:41 PM

CONFIDENTIAL          EQUIP 000078

**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 07/16/2020 02:41 PM | | |
| Service Date: | 06/10/2020 03:00 PM - 04:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #  RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | stressed |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client's daughter presents to session all within normal limits. Mom had reached out in the morning saying that daughter was struggling with Grandma's move and client would like to bring her to session. Client is worried about daughter's emotional state. Daughter is able to interact well in session and we discuss her worry- daughter expresses that she worries about her mom and the stress. We use a game to inspire coping, breath work, and identifying what she can control. No asssessed or reported danger, SI/HI at this time.

**Therapeutic Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

**Return Appointment:**

Staff Signature: *Sarah Dellinger*

Owner Sarah Dellinger, MS, LMFTA Therapist

I approve this document

Signed: 07/16/2020 02:45 PM

CONFIDENTIAL

EQUIP 000079

EQUIP COUNSELING, PLLC

**PROGRESS NOTES**

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 07/16/2020 02:45 PM | | |
| Service Date: | 06/12/2020 01:00 PM - 02:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #   RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | stressed |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client and partner present to session today. They report that they were successful in moving Mother-in-law into assisted living home. They reflect on being in a 'marathon' for the past 6 months with all the stress they have been under. We discuss how this has impacted their relationship. They process partner's sibling and how his relationship with partner has become a 'wedge' in their marriage. Client and spouse are able to be reflective and introspective. No SI/HI at this time.

**Therapeutic Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

**Return Appointment:**

Staff Signature: *Sarah Dellinger*

Owner Sarah Dellinger, MS, LMFTA Therapist

I approve this document

Signed: 07/16/2020 02:48 PM

CONFIDENTIAL                    EQUIP 000080

**EQUIP COUNSELING, PLLC**

### PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 07/16/2020 02:49 PM | | |
| Service Date: | 06/15/2020 01:00 PM - 02:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | stressed |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client reports to session alone today all within normal limits. I reflect to her that it's nice to have her alone in session as the last few weeks partner has attended and the focus of session has been shifted onto his mother. Client is able to use the session to reflect on her own mental state; she is able to reflect on the stress of the last 6 months, her progress, her 'roles,' and her next steps. Will continue to this in our sessions together. No SI/HI at this time.

**Therapeutic Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

**Return Appointment:**

Staff Signature: *Sarah Dellinger*

Owner Sarah Dellinger, MS, LMFTA Therapist

I approve this document

Signed: 07/16/2020 02:51 PM

CONFIDENTIAL                    EQUIP 000081

# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 07/16/2020 02:51 PM | | |
| Service Date: | 06/17/2020 11:00 AM - 12:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # | RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | stressed |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

## Diagnostic Impressions:

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

## Focus of Session:

Client reports to session mostly within normal limits. She is alone. She reports that she is "really struggling with living at home right now" (client words). We discuss these feelings as well as practical options, next steps, and the support of her dog. Possible ESA? Will consider writing a form from Gizmo form if needed.

## Therapeutic Intervention:

Will consider writing an ESA form for Client:

client reports-
her heart rates come down
he helps bring anxiety down

## Planned Intervention:

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:



**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 07/16/2020 02:51 PM | | |
| Service Date: | 06/17/2020 11:00 AM – 12:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #    RMC2000 |

Staff Signature: *Sarah Dellinger*

~~Owner Sarah Dellinger, MS, LMFTA Therapist~~

**I approve this document**
~~Signed: 07/16/2020 03:00 PM~~



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 07/16/2020 03:00 PM | | |
| Service Date: | 06/22/2020 12:00 PM - 01:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Telehealth | CPT Code: | Case # RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | stressed |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

## Diagnostic Impressions:

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

## Focus of Session:

Client calls for scheduled session today. She is out of town. Client reports that she would like to figure out how to support husband but not get 'emotionally entangled' (client words). We process. Client also reports that Florida case has officially been settled and the papers have been signed. She reports relief but also a coexisting 'weird anxiousness' (client words). We explore practical communication skills for both client and partner. No SI/HI at this time.

## Therapeutic Intervention:

Will consider writing an ESA form for Client:

client reports-
her heart rates come down
he helps bring anxiety down

## Planned Intervention:

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 07/16/2020 03:00 PM | | |
| Service Date: | 06/22/2020 12:00 PM - 01:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Telehealth | CPT Code: | Case #    RMC2000 |

Staff Signature: *Sarah Dellinger*

~~Owner Sarah Dellinger, MS, LMFTA Therapist~~
I approve this document
~~Signed: 07/16/2020 03:10 PM~~



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 07/16/2020 03:10 PM | | |
| Service Date: | 06/24/2020 11:00 AM - 12:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #   RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | stressed |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

## Diagnostic Impressions:

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

## Focus of Session:

Client reports for session all within normal limits. She come with whole family but they wait outside with dog. Client reports that she is excited/apprehensive about upcoming trip that they are all going on. She reports that she is hoping to be spontaneous on the trip and visit some of the places she grew up and travel down the East Coast. We discuss coping and stress tolerance. No SI/HI at this time.

## Therapeutic Intervention:

Will fill out ESA form for Alaska Airline for client.

## Planned Intervention:

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 07/16/2020 03:13 PM

CONFIDENTIAL                 EQUIP 000086

**EQUIP COUNSELING, PLLC**

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 07/16/2020 03:17 PM | | |
| Service Date: | 07/15/2020 11:00 AM - 12:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #  RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | stressed |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

### Diagnostic Impressions:

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

### Focus of Session:

Client reports for session all within normal limits. She reports that she, parnter and kids and a great 2 week trip to the East Coast. She reports about ups/downs of trip. She also reports about quick event this weekend, after the long trip. She reports that she went to Leavenworth with girls friends and ended up in the ER after suffering a severe panic attack at the hotel restaraunt. Client reports she had 2 drinks and then shortly after said "something isnt right in my body" (client words) while experiencing:

difficulty breathing

tight chest

shortness of breath

throwing up into a bowl

dripping sweat

inability to stand up

Client reports that she did not stay in Leavenworth after being discharged but instead had a friend drive her home. Client reports that she has since visited her primary doctor who has confirmed the panic attack. No SI/HI at this time.

### Therapeutic Intervention:

Will fill out ESA form for Alaska Airline for client.

### Planned Intervention:

CONFIDENTIAL



**EQUIP COUNSELING, PLLC**

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 07/16/2020 03:17 PM | | |
| Service Date: | 07/15/2020 11:00 AM - 12:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # RMC2000 |

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment: _____

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 07/16/2020 03:24 PM

CONFIDENTIAL                    EQUIP 000088



## EQUIP COUNSELING, PLLC
### PROGRESS NOTES

Client:  Ronda McNae (RM00093)                                Birth Date:    04/04/1986
Creation Date:    07/29/2020 07:00 PM
Service Date:    07/20/2020 12:00 PM - 01:00 PM                Duration:     60 minutes
Provider(s):    Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:    Office                      CPT Code:              Case #    RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | WNL | Mood: | wnl |
| Thought Process: | goal directed | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**
Client reports for session all within normal limits. She reports on current pertinent issues included physical health since episode in Leavenworth. Client reports continued decreased distressing symptoms and is able to process. Client is engaged, reflective and introspective. No danger assessed at this time.

**Therapeutic Intervention:**
Will fill out ESA form for Alaska Airline for client.

**Planned Intervention:**
Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 09/08/2022 11:27 AM

**EQUIP COUNSELING, PLLC**

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 07/29/2020 07:01 PM | | |
| Service Date: | 07/22/2020 12:00 PM - 01:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | | |
| | | CPT Code: | Case # RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | stressed |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client and partner report for session all within normal limits. They report on most pertinant issues that include their continued difficulty communicating, parenting, priorities, in-laws, next steps. Both are able to be reflective and introspective.
No SI/HI at this time.

**Therapeutic Intervention:**

Will fill out ESA form for Alaska Airline for client.

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 07/29/2020 07:03 PM

CONFIDENTIAL                    EQUIP 000090

**EQUIP COUNSELING, PLLC**

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 07/29/2020 07:03 PM | | |
| Service Date: | 07/29/2020 12:00 PM - 01:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | stressed |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client reports to session all within normal limits. She reports that yesterday she had a spontaneous gagging episode; client reports that that after reflection she is able to make connections between those gagging episdoes and intrusive thoughts directly related to the Floride episode. Client reports that she is anxiously looking forward to her upcoming trip with partner to the Marriage Intensive at Onsite in September (9/17). Client continues to report increased sensitvity/awareness to other people being mistreated; will continue to explore this. No SI/HI at this time.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 07/29/2020 07:09 PM          CONFIDENTIAL          EQUIP 000091

**EQUIP COUNSELING, PLLC**

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 08/10/2020 07:02 PM | | |
| Service Date: | 08/05/2020 12:00 PM - 01:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #   RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | stressed |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

### Diagnostic Impressions:

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

### Focus of Session:

Client reports to session all within normal limits. Client comes to session with a printed out timeline as we have been discussing doing Lifespan Timeline therapy. We start to fill out the timeline a bit more. Client is able to be reflective and introspective. No SI/HI at this time.

### Therapeutic Intervention:

### Planned Intervention:

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 08/10/2020 07:04 PM

# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| **Client:** | Ronda McNae (RM00093) | **Birth Date:** | 04/04/1986 |
| **Creation Date:** | 08/23/2020 01:24 AM | | |
| **Service Date:** | 08/12/2020 12:00 PM - 01:00 PM | **Duration:** | 60 minutes |
| **Provider(s):** | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| **Insurer(s):** | | | |
| **Place Of Service:** | Office | **CPT Code:** | **Case #** RMC2000 |

| | | | |
|---|---|---|---|
| **Appearance:** | WNL | **Orientation:** | WNL |
| **Behavior:** | WNL | **Speech:** | rapid |
| **Affect:** | positive | **Mood:** | stressed |
| **Thought Process:** | fragmented | **Thought Content:** | WNL |
| **Perception:** | WNL | **Judgment:** | WNL |
| **Insight:** | WNL | **Appetite:** | decreased |
| **Sleep:** | erratic | **Suicidality:** | Not Present |
| **Homicidality:** | Not Present | | |

## Diagnostic Impressions:

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

## Focus of Session:

Client reports to session all within normal limits. Client and I both wear masks. Client reports distress over an outbreak of ulcers due to stress. Client is able to process the source of stress; we discuss family of origin issues. Client is able to be reflective and introspective. No SI/HI at this time.

## Therapeutic Intervention:

## Planned Intervention:

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 08/23/2020 01:26 AM

**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 08/23/2020 01:27 AM | | |
| Service Date: | 08/17/2020 12:00 PM - 01:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | stressed |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client reports to session all within normal limits. Client and I both wear masks. Client on a recent PTSD occurence where she gagged when she saw a picture her abuser. Client struggles to find clarity around an event that happened while at Northwest College. Client is curious about seeking more information about said event. Client is able to be reflective and introspective. No SI/HI at this time.

**Therapeutic Intervention:**


**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:


Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 08/23/2020 01:29 AM

# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 09/12/2020 02:09 PM | | |
| Service Date: | 09/09/2020 01:00 PM - 02:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #    RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | stressed |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

## Diagnostic Impressions:

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

## Focus of Session:

Client reports to session all within normal limits. Client and I both wear masks. Client reports on what has happened since I saw her last- she reports that things with partner have been better lately but her symptoms consistent with PTSD have popped up, contiually. We continue to discuss distractions and the work she still needs to do. Client stuggls to sit with reflection and introspection as it brings up trauma symptoms; will continue to support client at her rate of speed. No SI/HI at this time.

## Therapeutic Intervention:


## Planned Intervention:

Will continue previously stated interventions decided on collaboratively with client.


Return Appointment:


Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 09/12/2020 02:14 PM

# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 09/12/2020 02:15 PM | | |
| Service Date: | 09/10/2020 01:00 PM - 02:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #   RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | stressed |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

## Diagnostic Impressions:

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

## Focus of Session:

Client and spouse report to session all within normal limits. Client brings spouse today. They report that they need some support connecting over some parenting issues. We discuss, come up with various ideas, options. Both partners are able to be reflective and introspective. No SI/HI at this time.

## Therapeutic Intervention:

## Planned Intervention:

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 09/12/2020 02:18 PM

EQUIP COUNSELING, PLLC

**PROGRESS NOTES**

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 09/23/2020 01:04 PM | | |
| Service Date: | 09/16/2020 10:00 AM - 11:00 AM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #  RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | stressed |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client reports to session all within normal limits. I wear a mask, client has mask but continues to struggle wearing it because she starts gagging (PTSD symptom) when her mouth is covered. Client reports on most distressing issues- client is able to be reflective and introspective about issues regarding spouse's family of origin. We discuss best next steps for coping as well as long term healing. No SI/HI at this time.

**Therapeutic Intervention:**


**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.


Return Appointment:


Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 09/23/2020 01:08 PM

CONFIDENTIAL                    EQUIP 000097

**EQUIP COUNSELING, PLLC**

### PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 09/23/2020 01:08 PM | | |
| Service Date: | 09/21/2020 01:00 PM - 02:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #  RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | stressed |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client and spouse report to session all within normal limits. Client brings spouse today. They seek clarity around client's 'adoptive family' and we discuss options, boundaries and support. Client reports that she feels overwhelmed by wanting to seek clarity and understanding but often ends up 'mentally hijacked' when processing high emtion interactions. Partner seeks ideas for being supportive during these time. Both partners are able to be reflective and introspective. No SI/Hi at this time.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 09/23/2020 01:16 PM

**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 11/10/2020 03:39 PM | | |
| Service Date: | 10/19/2020 11:00 AM - 12:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #  RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | stressed |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client and spouse report to session all within normal limits. Client brings spouse today. They seek clarity around some issues. They are able to process in session. Both are able to be reflective and introspective. No SI/Hi at this time.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 11/10/2020 03:40 PM

# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 11/10/2020 03:41 PM | | |
| Service Date: | 10/21/2020 10:00 AM - 11:00 AM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | stressed |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to session all within normal limits. She reports that she is getting her tonsils out next Monday. She reports mild anxiety about this as well as they recovery associated. We are able to process this as well as a few other pertinent issues. Client is able to be reflective and introspective at this time. No SI/HI at this time.

**Therapeutic Intervention:**


**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 11/10/2020 03:43 PM

**EQUIP COUNSELING, PLLC**

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 11/10/2020 03:43 PM | | |
| Service Date: | 10/14/2020 10:00 AM - 11:00 AM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # | RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | stressed |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to session all within normal limits. She reports PTSD symptoms that popped over the weekend that were distressing including gagging. We are able to process this as well as a few other pertinent issues. Client is able to be reflective and introspective at this time. No SI/HI at this time.

**Therapeutic Intervention:**


**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.


Return Appointment:


Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 11/10/2020 03:44 PM

CONFIDENTIAL                    EQUIP 000101

**EQUIP COUNSELING, PLLC**

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 11/10/2020 03:44 PM | | |
| Service Date: | 10/09/2020 12:00 PM - 01:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | stressed |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to session all within normal limits. She reports on and is able to process the most pertinent issues. Client reports on communication issues with partner, issues with MIL, issues with adoptive mom. No SI/HI at this time.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 11/10/2020 03:45 PM

**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 11/10/2020 03:46 PM | | |
| Service Date: | 10/07/2020 10:00 AM - 11:00 AM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Telehealth | CPT Code: | Case # RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | stressed |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client calls in for phone session all within normal limits. She reports that she is in the car with her husband on their way to a job together. Client is able to process distressing issues related to her adoptive mom. Husband is able to contribute his perspective. No SI/Hi at this time.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 11/10/2020 03:49 PM

CONFIDENTIAL                    EQUIP 000103

# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 11/10/2020 03:49 PM | | |
| Service Date: | 10/05/2020 01:00 PM - 02:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | stressed |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to session all within normal limits. She reports on most pertinent issues- her PTSD symptoms, the care of her MIL, her communication with partner. Client is able to be reflective and introspective. No SI/HI at this time.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 11/10/2020 03:51 PM

**EQUIP COUNSELING, PLLC**

### PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 11/10/2020 03:51 PM | | |
| Service Date: | 09/25/2020 01:00 PM - 02:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #   RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | stressed |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to session all within normal limits. She is eager and alert. She is able to process most pertinent issues- these include her relationship with her husband, PTSD symptoms, her kids. Client is able to be introspective and reflective. No SI/HI at this time.

**Therapeutic Intervention:**


**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.


Return Appointment:


Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 11/10/2020 03:54 PM

**EQUIP COUNSELING, PLLC**

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 11/17/2020 12:44 PM | | |
| Service Date: | 11/12/2020 11:00 AM - 12:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # | RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | stressed |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client and partner present to session after being gone for over 3 weeks. She reports that her recovery after her tonsillectomy was more involved than would expected. Client reports on most pertinent issues including issues surrounding her MIL, her relationship with partner, and the progress they have made in aligning when it comes to decisions around holidays and new traditions for their family. No SI/HI at this time.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 11/17/2020 12:47 PM

CONFIDENTIAL                    EQUIP 000106



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 11/17/2020 12:47 PM | | |
| Service Date: | 11/13/2020 10:00 AM - 11:00 AM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | stressed |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client reports to session all within normal limits. She reports that she would like to process the extra marital affair she had many year ago but has never processed. Client struggles with the detail and becomes critical of herself for not recognizing signs early. We are unable to finish but will continue next time. No SI/HI at this time.

**Therapeutic Intervention:**


**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.


Return Appointment:


Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 11/17/2020 12:50 PM

# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 11/17/2020 12:50 PM | | |
| Service Date: | 11/16/2020 01:00 PM - 02:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #  RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | stressed |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client reports to session (with spouse) all within normal limits. We continue to process the extra marital affair. Husband is able to offer his perspective and does not appear activated by this discussion. Both are able to be reflective and acknowledge the growth of their relationship since that time. We are unable to finish but will continue next time. No SI/HI at this time.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 11/17/2020 12:53 PM

CONFIDENTIAL          EQUIP 000108

**EQUIP COUNSELING, PLLC**

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 07/12/2021 03:01 PM | | |
| Service Date: | 07/07/2021 01:00 PM - 02:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client reports to session (with spouse) all within normal limits. We continue to process the stress from the past few weeks. Client is able to reflect on what she needs from spouse. Both are able to be reflective and introspective. Client reports that her gagging related to PTSD have been less lately. No SI/HI at this time.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 07/12/2021 03:02 PM

**EQUIP COUNSELING, PLLC**

### PROGRESS NOTES

Client: Ronda McNae (RM00093)                            Birth Date:   04/04/1986
Creation Date:   07/13/2021 11:53 AM
Service Date:    07/02/2021 01:00 PM - 02:00 PM         Duration:     60 minutes
Provider(s):     Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:    Office                 CPT Code:            Case #   RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | labile | Mood: | wnl |
| Thought Process: | goal directed | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | WNL | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client and spouse present to session mostly within normal limits. Both seem at bit elevated at the onset of session.
Client is able to process most distressing events that directly relate to Microsoft/HR complaint. Spouse is able to
reflect and share his perspective. Client is able to process most recent elevated distress. Will continue to support
client and adjust treatment as necessary. No SI/HI at this time.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 07/13/2021 11:56 AM

CONFIDENTIAL                    EQUIP 000110



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |

Creation Date:   07/13/2021 12:26 PM

| | | |
|---|---|---|
| Service Date: | 06/30/2021 12:00 PM - 01:00 PM | Duration:   60 minutes |

Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)

Insurer(s):

| | | | | | |
|---|---|---|---|---|---|
| Place Of Service: | Office | CPT Code: | | Case # | RMC2000 |

| | | | | |
|---|---|---|---|---|
| Appearance: | WNL | | Orientation: | WNL |
| Behavior: | WNL | | Speech: | rapid |
| Affect: | labile | | Mood: | wnl |
| Thought Process: | goal directed | | Thought Content: | WNL |
| Perception: | WNL | | Judgment: | WNL |
| Insight: | WNL | | Appetite: | decreased |
| Sleep: | erratic | | Suicidality: | Not Present |
| Homicidality: | Not Present | | | |

### Diagnostic Impressions:

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

### Focus of Session:

Client and partner present to session mostly within normal limits. They are both elevated as they report this afternoon they have a big meeting. Both are able to process their individual feelings around the upcoming meeting. We discuss the idea/necessity of their individual roles but also being on the same page. Both appear somewhat more grounded near the end of session. Will continue to support client as needed. No SI/HI at this time.

### Therapeutic Intervention:


### Planned Intervention:

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 07/13/2021 12:29 PM

EQUIP COUNSELING, PLLC

## PROGRESS NOTES

Client:  Ronda McNae (RM00093)                          Birth Date:   04/04/1986
Creation Date:   07/13/2021 12:52 PM
Service Date:   06/28/2021 12:00 PM - 01:00 PM          Duration:      60 minutes
Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:   Telehealth                CPT Code:          Case #    RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | WNL | Mood: | WNL |
| Thought Process: | WNL | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | WNL | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

### Diagnostic Impressions:

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

### Focus of Session:

Client cancels in person session. We discuss virtually her need for me to compose a letter for her upcoming meeting with Microsoft HR. Client expresses increased distress around this meeting and reports that her PTSD symptoms have increased. Will communicate this in letter.

### Therapeutic Intervention:

### Planned Intervention:

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 07/13/2021 12:56 PM

# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 07/13/2021 02:34 PM | | |
| Service Date: | 06/14/2021 02:00 PM - 03:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #   RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | wnl |
| Thought Process: | goal directed | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client reports to session (with spouse) all within normal limits. We continue to process the stress from the past few weeks. Client is able to reflect on her PTSD symptoms, triggers, window of tolerance and postive coping strategies. Client continues to be focused on justice. Spouse is supportive, reflective and introspective. No SI/HI at this time.

**Therapeutic Intervention:**


**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 07/13/2021 02:36 PM

**EQUIP COUNSELING, PLLC**

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 07/13/2021 06:09 PM | | |
| Service Date: | 06/10/2021 11:00 AM - 12:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #    RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | expansive | Mood: | wnl |
| Thought Process: | blocked | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client reports to session (with spouse) all within normal limits. Client is able to process events most recent distress that has caused a significant uptick in her symptoms consistent with PTSD. She reports that her gagging episodes are nearly daily and she struggles to predict when it will happen next. Client reports that these symptoms and the related fear has caused increased disruption in other relationships- specifically her adoptive family. They further discuss their differing opinions about an upcoming decision. Spouse is able to be present and offer support. No SI/HI at this time.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

**Return Appointment:**

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 07/13/2021 06:13 PM          CONFIDENTIAL          EQUIP 000114

**EQUIP COUNSELING, PLLC**

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 07/13/2021 06:15 PM | | |
| Service Date: | 06/09/2021 10:00 AM - 11:00 AM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #   RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | positive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client reports to session and is eager to process most pertinent issues. Client continues to experience significant flooding throughout session and needs to be grounded. She responds well to this. Client reports continued frustration towards specific areas in her life- we process. She is able to be reflective and introspective. No SI/HI at this time.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 07/13/2021 06:18 PM

**EQUIP COUNSELING, PLLC**

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 07/14/2021 04:59 PM | | |
| Service Date: | 06/04/2021 10:00 AM - 11:00 AM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client reports to session mostly within normal limits. We continue to process the stress from the past few weeks. Client is able to explore what justice, healthy boundaries, and recovery look like. She is able to be reflective and introspective while making connections about healthy boundaries. Will continue to support client as she heals from trauma and adjust treatment as needed. No SI/HI at this time.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*

Owner Sarah Dellinger, MS, LMFTA Therapist

I approve this document

Signed: 07/14/2021 05:01 PM

CONFIDENTIAL                    EQUIP 000116



## EQUIP COUNSELING, PLLC
### PROGRESS NOTES

Client:  Ronda McNae (RM00093)                    Birth Date:   04/04/1986
Creation Date:   07/14/2021 05:21 PM
Service Date:    06/02/2021 10:00 AM - 11:00 AM       Duration:    60 minutes
Provider(s):    Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:    Office                    CPT Code:        Case #    RMC2000

| Appearance: | WNL | Orientation: | WNL |
|---|---|---|---|
| Behavior: | WNL | Speech: | WNL |
| Affect: | expansive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

### Diagnostic Impressions:

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

### Focus of Session:
Client reports to session (with spouse) all within normal limits. We continue to process the stress from the past few weeks. Both are able to process their perspective and their needs. Client continues to struggle with symptoms consistent with PTSD that include flooding (in & out of session), flashbacks, gagging, and more. Will continue to support Client as she integrates her need for justice and desire for peace. No SI/HI at this time.

### Therapeutic Intervention:


### Planned Intervention:
Will continue previously stated interventions decided on collaboratively with client.


Return Appointment:


Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 06/10/2022 03:34 PM

CONFIDENTIAL                    EQUIP 000117

**EQUIP COUNSELING, PLLC**

### PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 07/15/2021 04:55 PM | | |
| Service Date: | 05/26/2021 10:00 AM - 11:00 AM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #   RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client reports to session (with spouse) all within normal limits. We continue to process the stress from the past few weeks. Client process most important issues and is able to articulate needs. Will continue to support client as needed. No SI/HI at this time.

**Therapeutic Intervention:**


**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 07/15/2021 04:56 PM

EQUIP COUNSELING, PLLC

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 07/15/2021 05:18 PM | | |
| Service Date: | 06/07/2021 10:00 AM - 11:00 AM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #  RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client reports to session all within normal limits. Client is able to process most distressing events from the past few days and explore best coping. No SI/HI at this time.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 07/15/2021 05:20 PM

EQUIP COUNSELING, PLLC

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 07/15/2021 05:49 PM | | |
| Service Date: | 05/24/2021 10:00 AM - 11:30 AM | Duration: | 90 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client reports to session mostly within normal limits. We continue to process the stress from the past few weeks. Client reports that her gagging related to PTSD have increased lately. No SI/HI at this time.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*

Owner Sarah Dellinger, MS, LMFTA Therapist

I approve this document

Signed: 08/15/2021 11:02 PM

# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| **Client:** | Ronda McNae (RM00093) | **Birth Date:** | 04/04/1986 |
| **Creation Date:** | 07/15/2021 06:00 PM | | |
| **Service Date:** | 05/21/2021 10:00 AM - 11:00 AM | **Duration:** | 60 minutes |
| **Provider(s):** | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| **Insurer(s):** | | | |
| **Place Of Service:** | Office | **CPT Code:** | **Case #** RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | WNL | Mood: | WNL |
| Thought Process: | WNL | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | WNL | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client reports to session all within normal limits. Client is able to process issues specifically related to her trauma, boundaries, parenting and marriage. She is reflective and introspective. No SI/HI at this time.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 07/15/2021 06:01 PM



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 08/09/2021 07:45 PM | | |
| Service Date: | 08/09/2021 09:30 AM - 11:00 AM | Duration: | 90 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

## Diagnostic Impressions:

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

## Focus of Session:

Client reports to session all within normal limits. She reports that since our last sessions (32 days) ago 'a lot' has happened. She is eager to report on the most pertinent and distressing events that include the sale of her MIL's Whidbey home, her MIL's continued decline, and her relationship with her husband. No SI/HI at this time.

## Therapeutic Intervention:

## Planned Intervention:

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 08/09/2021 07:50 PM

CONFIDENTIAL          EQUIP 000122

EQUIP COUNSELING, PLLC

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 08/10/2021 01:25 PM | | |
| Service Date: | 05/19/2021 10:00 AM - 11:00 AM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # | RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client reports to session all within normal limits. She reports on most distressing issues that include symptoms consistent with PTSD, her relationship with husband, her coping strategies and her next best steps. No SI/HI at this time.

**Therapeutic Intervention:**


**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 08/10/2021 01:26 PM

**EQUIP COUNSELING, PLLC**

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 08/12/2021 02:22 PM | | |
| Service Date: | 08/16/2021 10:00 AM - 11:00 AM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client reports to session all within normal limits. She reports on most pertinent events that include care for MIL, relationship with husband and continued conflict with husband's family. Client continues to explore feelings around justice, motivation, and freedom of speech. No SI/HI at this time.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 08/17/2021 09:19 PM

EQUIP COUNSELING, PLLC

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 08/12/2021 04:24 PM | | |
| Service Date: | 05/07/2021 10:00 AM - 11:00 AM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client reports to session all within normal limits. She reports on most distressing events that include conflict with brother in law. Client continues to explore feelings around justice, motivation, and freedom of speech. No SI/HI at this time.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 08/12/2021 04:34 PM

**EQUIP COUNSELING, PLLC**

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 08/12/2021 04:35 PM | | |
| Service Date: | 05/17/2021 10:00 AM - 11:00 AM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

### Diagnostic Impressions:

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

### Focus of Session:

Client reports to session all within normal limits. Client reports on most distressing events from the weekend. Will continue to support choices consistent with client's desire for justice and personal healing. No SI/HI at this time.

### Therapeutic Intervention:

### Planned Intervention:

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 08/12/2021 04:37 PM

CONFIDENTIAL          EQUIP 000126

**EQUIP COUNSELING, PLLC**

### PROGRESS NOTES

Client: Ronda McNae (RM00093)                                      Birth Date:   04/04/1986

Creation Date:   08/12/2021 04:37 PM

Service Date:   05/14/2021 10:00 AM - 11:30 AM                Duration:   90 minutes

Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)

Insurer(s):

Place Of Service:   Office                          CPT Code:              Case #    RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client reports to session mostly within normal limits. Client reports on most distressing events from the week that include increased anxiety, and PTSD. Will continue to support choices consistent with client's desire for justice and personal healing. No SI/HI at this time.

**Therapeutic Intervention:**


**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 08/15/2021 11:05 PM

CONFIDENTIAL            EQUIP 000127

EQUIP COUNSELING, PLLC

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 08/12/2021 04:38 PM | | |
| Service Date: | 08/12/2021 11:00 AM - 12:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #   RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client reports to session all within normal limits. Client reports on most distressing events from the weekend that include parenting, marriage and the continued conflict with brother-in-law. Will continue to support choices consistent with client's desire for justice and personal healing. No SI/HI at this time.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 08/12/2021 04:39 PM

EQUIP COUNSELING, PLLC

**PROGRESS NOTES**

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 08/15/2021 10:54 PM | | |
| Service Date: | 05/03/2021 10:00 AM - 11:00 AM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # | RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client and partner report to session all within normal limits. Client is able to process most pertinent events. Spouse is supportive. Client continues to explore feelings around justice, motivation, and freedom of speech. No SI/HI at this time.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 08/15/2021 10:55 PM

CONFIDENTIAL                    EQUIP 000129

**EQUIP COUNSELING, PLLC**

## PROGRESS NOTES

Client:  Ronda McNae (RM00093)                     Birth Date:   04/04/1986

Creation Date:   08/15/2021 10:56 PM

Service Date:   05/10/2021 10:00 AM - 11:00 AM          Duration:   60 minutes

Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)

Insurer(s):

Place Of Service:   Office                     CPT Code:               Case #    RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**
Client and partner report to session all within normal limits. Client is able to process most pertinent events. Spouse is supportive. Client continues to explore feelings around justice, motivation, and freedom of speech. No SI/HI at this time.

**Therapeutic Intervention:**

**Planned Intervention:**
Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 08/15/2021 10:56 PM

CONFIDENTIAL                     EQUIP 000130



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

Client:  Ronda McNae (RM00093)                          Birth Date:   04/04/1986

Creation Date:   08/22/2021 11:08 PM

Service Date:   08/20/2021 10:00 AM - 11:00 AM                    Duration:   60 minutes

Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)

Insurer(s):

Place Of Service:   **Office**                          CPT Code:          Case #   RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client and partner report to session all within normal limits. Client reports on most pertinent issues that include care for MIL, relationship with husband and continued conflict with husband's family. Partner is supportive and curious about ways to be supportive. No SI/HI at this time.

**Therapeutic Intervention:**


**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*

Owner Sarah Dellinger, MS, LMFTA Therapist

I approve this document

Signed: 08/22/2021 11:09 PM



## EQUIP COUNSELING, PLLC
### PROGRESS NOTES

| | | | | | |
|---|---|---|---|---|---|
| **Client:** | Ronda McNae (RM00093) | | **Birth Date:** | | 04/04/1986 |

**Creation Date:** 09/01/2021 11:20 AM

**Service Date:** 08/31/2021 01:00 PM - 02:00 PM        **Duration:** 60 minutes

**Provider(s):** Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)

**Insurer(s):**

**Place Of Service:** Office                **CPT Code:**        **Case #** RMC2000

| | | | |
|---|---|---|---|
| **Appearance:** | WNL | **Orientation:** | WNL |
| **Behavior:** | WNL | **Speech:** | rapid |
| **Affect:** | positive | **Mood:** | wnl |
| **Thought Process:** | fragmented | **Thought Content:** | WNL |
| **Perception:** | WNL | **Judgment:** | WNL |
| **Insight:** | WNL | **Appetite:** | decreased |
| **Sleep:** | erratic | **Suicidality:** | Not Present |
| **Homicidality:** | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to session all within normal limits. Client reports on most pertinent issues that include relationship with partner, care for MIL, continued struggle with symptoms consistent with PTSD. Client is able to be reflective and introspective. No SI/HI at this time.

**Therapeutic Intervention:**


**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

**Return Appointment:**

**Staff Signature:** *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 09/01/2021 11:22 AM



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

Client:  Ronda McNae (RM00093)                          Birth Date:   04/04/1986
Creation Date:   09/03/2021 11:44 AM
Service Date:   09/02/2021 11:00 AM - 12:00 PM          Duration:   60 minutes
Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:   Office                    CPT Code:        Case #   RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

## Diagnostic Impressions:

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

## Focus of Session:

Client presents to session all within normal limits. Client reports on most pertinent issues that include her continued stress in relationship, care for MIL, continued struggle with symptoms consistent with PTSD. Client is able to be reflective and introspective. No SI/HI at this time.

## Therapeutic Intervention:

## Planned Intervention:
Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 09/03/2021 11:45 AM



**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

---

Client:  Ronda McNae (RM00093)                    Birth Date:    04/04/1986
Creation Date:   09/07/2021 05:20 PM
Service Date:    09/07/2021 02:00 PM - 03:00 PM          Duration:    60 minutes
Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:    Office                    CPT Code:          Case #    RMC2000

---

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**
Client presents to session all within normal limits. Client reports on most pertinent issues that include her continued struggle for justice, Client is able to be reflective and introspective. No SI/HI at this time.

**Therapeutic Intervention:**

**Planned Intervention:**
Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document.
Signed: 09/08/2021 10:34 AM

CONFIDENTIAL                    EQUIP 000134



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 09/08/2021 05:14 PM | | |
| Service Date: | 09/08/2021 01:00 PM - 02:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #   RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to session all within normal limits. Client reports on most pertinent issues that include her continued struggle for justice. Client reports increased symptoms consistent with PTSD. Client is able to be reflective and introspective. No SI/HI at this time.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 09/08/2021 05:15 PM



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

Client: Ronda McNae (RM00093)                             Birth Date:   04/04/1986

Creation Date:   09/09/2021 05:08 PM

Service Date:   09/09/2021 11:30 AM - 12:30 PM                    Duration:   60 minutes

Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)

Insurer(s):

Place Of Service:   Office                          CPT Code:          Case #   RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to session all within normal limits. Client reports on most pertinent issues that include continued care for MIL. Client is able to be reflective and introspective. No SI/HI at this time.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*

Owner Sarah Dellinger, MS, LMFTA Therapist

I approve this document

Signed: 09/09/2021 05:09 PM

CONFIDENTIAL                    EQUIP 000136



**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

1

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 09/13/2021 05:13 PM | | |
| Service Date: | 09/13/2021 02:00 PM - 03:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to session all within normal limits. Client reports on most pertinent issues that include continued care for MIL, relationship, stress with extended family. Client reports that they moved MIL out of living facility due to safety concerns. Client reports that she called the Kirkland PD to report the neglect. Client is able to be reflective and introspective. No SI/HI at this time.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

**Return Appointment:**

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 09/13/2021 05:15 PM

CONFIDENTIAL                    EQUIP 000137



## EQUIP COUNSELING, PLLC
### PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 09/16/2021 02:19 PM | | |
| Service Date: | 09/16/2021 10:00 AM - 11:00 AM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to session all within normal limits. Client reports on most pertinent issues that include continued and increased care for MIL, distress with extended family, concern over legal representation and trusting her own intuition. Client is able to be reflective and introspective. No SI/HI at this time.

**Therapeutic Intervention:**

**Planned Intervention:**
Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 09/16/2021 02:20 PM



## EQUIP COUNSELING, PLLC

### PROGRESS NOTES

Client:  Ronda McNae (RM00093)                          Birth Date:    04/04/1986

Creation Date:    09/20/2021 04:02 PM

Service Date:    09/20/2021 10:00 AM - 11:00 AM                  Duration:    60 minutes

Provider(s):    Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)

Insurer(s):

Place Of Service:    Office                          CPT Code:          Case #    RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

### Diagnostic Impressions:

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

### Focus of Session:

Client presents to session all within normal limits. Client reports on most pertinent issues that include continued and increased care for MIL, distress with extended family, concern around long-term care. Client is able to be reflective and introspective. No SI/HI at this time.

### Therapeutic Intervention:

### Planned Intervention:

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 09/20/2021 04:05 PM

CONFIDENTIAL                          EQUIP 000139



## EQUIP COUNSELING, PLLC
### PROGRESS NOTES

| | | |
|---|---|---|
| **Client:** Ronda McNae (RM00093) | | **Birth Date:** 04/04/1986 |

**Creation Date:** 09/23/2021 01:55 PM

**Service Date:** 04/30/2021 12:00 PM - 01:00 PM   **Duration:** 60 minutes

**Provider(s):** Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)

**Insurer(s):**

**Place Of Service:** Office   **CPT Code:**   **Case #** RMC2000

| | | | |
|---|---|---|---|
| **Appearance:** | WNL | **Orientation:** | WNL |
| **Behavior:** | WNL | **Speech:** | rapid |
| **Affect:** | positive | **Mood:** | wnl |
| **Thought Process:** | fragmented | **Thought Content:** | WNL |
| **Perception:** | WNL | **Judgment:** | WNL |
| **Insight:** | WNL | **Appetite:** | decreased |
| **Sleep:** | erratic | **Suicidality:** | Not Present |
| **Homicidality:** | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to session all within normal limits. Client reports on most pertinent issues that relate to symptoms consistent with PTSD, her relationship and parenting. Client is able to be reflective and introspective. No SI/HI at this time.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

**Return Appointment:**

**Staff Signature:** *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 09/23/2021 01:56 PM



**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

Client:  Ronda McNae (RM00093)                           Birth Date:   04/04/1986
Creation Date:   09/23/2021 02:26 PM
Service Date:   04/28/2021 11:00 AM - 12:00 PM            Duration:   60 minutes
Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:   Office                    CPT Code:        Case #   RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to session all within normal limits. Client reports on most pertinent issues related to anxiety, boundaries and symptoms consistent with PTSD. Client is able to be reflective and introspective. No SI/HI at this time.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 09/23/2021 02:27 PM

CONFIDENTIAL                    EQUIP 000141



## EQUIP COUNSELING, PLLC
### PROGRESS NOTES

| | |
|---|---|
| Client: Ronda McNae (RM00093) | Birth Date: 04/04/1986 |
| Creation Date: 09/24/2021 11:38 AM | |
| Service Date: 04/26/2021 11:00 AM - 12:00 PM | Duration: 60 minutes |
| Provider(s): Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | |
| Insurer(s): | |
| Place Of Service: Office | CPT Code:        Case #   RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

### Diagnostic Impressions:

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

### Focus of Session:

Client and partner presents to session all within normal limits. Client reports on most pertinent issues that include continued and communication distress, expectations, and symptoms consistent with PTSD. Client is able to be reflective and introspective. No SI/HI at this time.

### Therapeutic Intervention:


### Planned Intervention:

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 09/24/2021 11:39 AM



## EQUIP COUNSELING, PLLC
### PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: Ronda McNae (RM00093) | | Birth Date: | 04/04/1986 |

Creation Date:   09/24/2021 11:43 AM

Service Date:   04/23/2021 01:00 PM - 02:00 PM     Duration:   60 minutes

Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)

Insurer(s):

Place Of Service:   Office     CPT Code:     Case #   RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | WNL | Mood: | WNL |
| Thought Process: | WNL | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

## Diagnostic Impressions:

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

## Focus of Session:

Client presents to session all within normal limits. Client reports on most pertinent issues that include increased distress around panic, preservation and the desire to find boundaries. . Will continue to support client as she works towards integration of best self as defined by client. NO SI/HI at this time. Client is able to be reflective and introspective. No SI/HI at this time.

## Therapeutic Intervention:

## Planned Intervention:

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 09/07/2022 09:45 PM



## EQUIP COUNSELING, PLLC

### PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 09/24/2021 03:29 PM | | |
| Service Date: | 04/21/2021 10:00 AM - 11:00 AM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #   RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to session all within normal limits. Client reports on most pertinent issues that include continued symptoms consistent with PTSD. Client is able to be reflective and introspective. No SI/HI at this time.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 09/24/2021 03:30 PM

CONFIDENTIAL                    EQUIP 000144



## EQUIP COUNSELING, PLLC
### PROGRESS NOTES

**Client:** Ronda McNae (RM00093)  **Birth Date:** 04/04/1986
**Creation Date:** 09/28/2021 04:13 PM
**Service Date:** 09/27/2021 10:00 AM - 12:00 PM  **Duration:** 120 minutes
**Provider(s):** Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
**Insurer(s):**
**Place Of Service:** Office  **CPT Code:**  **Case #** RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

### Diagnostic Impressions:

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

### Focus of Session:

Client presents to session all within normal limits. Client is able to process most recent stress around moving her MIL into her new assisted living facility. Client reports on stressful interaction with BIL & BIL's spouse. She is able to process coping and be curious about next best steps. Client is able to be reflective and introspective. No SI/HI at this time.

### Therapeutic Intervention:

### Planned Intervention:

Will continue previously stated interventions decided on collaboratively with client.

### Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 09/28/2021 04:24 PM



**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

Client:  Ronda McNae (RM00093)                    Birth Date:    04/04/1986

Creation Date:    10/04/2021 03:24 PM

Service Date:    10/04/2021 10:00 AM - 11:00 AM          Duration:    60 minutes

Provider(s):    Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)

Insurer(s):

Place Of Service:    Office                    CPT Code:          Case #    RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to session all within normal limits. Client is able to process most recent stress around her transition of her MIL to assisted living. Client also reflects on communication in marriage. Client is able to be reflective and introspective. No SI/HI at this time.

**Therapeutic Intervention:**


**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*

Owner Sarah Dellinger, MS, LMFTA Therapist

I approve this document

Signed: 10/04/2021 03:25 PM



**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

| | |
|---|---|
| Client:  Ronda McNae (RM00093) | Birth Date:  04/04/1986 |

Creation Date:   10/04/2021 03:25 PM

Service Date:   10/04/2021 11:00 AM - 12:00 PM          Duration:   60 minutes

Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)

Insurer(s):

| Place Of Service:   Office | CPT Code: | Case #   RMC2000 |
|---|---|---|

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client and MIL presents to session all within normal limits. Client's MIL is dropped off by Client's spouse. She is able to process with Client on current emotional state. She uses my Emotion Feeling to pinpoint emotions she feels, has felt, and would like to no longer feel. Both are thoughtful and communicative. No SI/HI at this time.

**Therapeutic Intervention:**


**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 10/04/2021 03:27 PM



## EQUIP COUNSELING, PLLC
### PROGRESS NOTES

| | | | |
|---|---|---|---|
| **Client:** Ronda McNae (RM00093) | | **Birth Date:** | 04/04/1986 |

**Creation Date:**   10/05/2021 11:14 AM

**Service Date:**   09/27/2021 01:00 PM - 02:00 PM          **Duration:**   60 minutes

**Provider(s):**   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)

**Insurer(s):**

**Place Of Service:**   Office                    **CPT Code:**          **Case #**   RMC2000

| | | | |
|---|---|---|---|
| **Appearance:** | WNL | **Orientation:** | WNL |
| **Behavior:** | WNL | **Speech:** | rapid |
| **Affect:** | positive | **Mood:** | wnl |
| **Thought Process:** | fragmented | **Thought Content:** | WNL |
| **Perception:** | WNL | **Judgment:** | WNL |
| **Insight:** | WNL | **Appetite:** | decreased |
| **Sleep:** | erratic | **Suicidality:** | Not Present |
| **Homicidality:** | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client, spouse, and MIL presents to session all within normal limits. All wear masks and are able to create space to process her recent transition. MIL is alert, active in conversation and reflective about her relationship with her sons. All are thoughtful and communicative. No SI/HI at this time.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

**Return Appointment:**

**Staff Signature:** *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 10/05/2021 11:17 AM

CONFIDENTIAL                    EQUIP 000148



## EQUIP COUNSELING, PLLC

### PROGRESS NOTES

Client:  Ronda McNae (RM00093)                          Birth Date:   04/04/1986

Creation Date:   10/05/2021 11:17 AM

Service Date:   09/30/2021 10:00 AM - 11:00 AM                Duration:   60 minutes

Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)

Insurer(s):

Place Of Service:   Office                    CPT Code:          Case #   RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to session all within normal limits. She is able to reflect and process her feelings about the stress from the last few weeks. Client is able to explore coping and next best steps. Will continue to support choices consistent with client's desire for autonomy and personal growth. No SI/HI at this time.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 10/05/2021 11:19 AM



## EQUIP COUNSELING, PLLC
### PROGRESS NOTES

Client:  Ronda McNae (RM00093)                                      Birth Date:   04/04/1986
Creation Date:   10/06/2021 11:11 AM
Service Date:    10/05/2021 02:00 PM - 03:00 PM                     Duration:   60 minutes
Provider(s):    Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:   Office                          CPT Code:            Case #    RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to session all within normal limits. She is able to reflect and unpack most distressing issues that continue to include marriage, parenting, balance and self-care. Will continue to support choices consistent with Client's desire for justice, voice, and personal growth. No SI/HI at this time.

**Therapeutic Intervention:**


**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:


Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 10/06/2021 11:13 AM



## EQUIP COUNSELING, PLLC
### PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 10/06/2021 11:25 AM | | |
| Service Date: | 04/19/2021 01:00 PM - 02:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #   RMC2000 |

| | | | | |
|---|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to session all within normal limits. She is able to reflect and unpack most distressing issues that continue to include symptoms consistent with PTSD, seeking justices and communication with spouse. Will continue to support Client's desire for authenticity and personal growth. No SI/HI at this time.

**Therapeutic Intervention:**


**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 10/06/2021 11:26 AM



## EQUIP COUNSELING, PLLC

### PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 10/06/2021 11:36 AM | | |
| Service Date: | 04/16/2021 10:00 AM - 11:00 AM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #   RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to session all within normal limits. She is able to reflect and unpack most distressing issues that continue to include marriage, parenting, balance and self-care. Client gets flooded during session and has to be regrounded. Will continue to support choices consistent with Client's desire for growth. No SI/HI at this time.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 10/06/2021 11:38 AM



## EQUIP COUNSELING, PLLC
### PROGRESS NOTES

Client:  Ronda McNae (RM00093)                                 Birth Date:   04/04/1986
Creation Date:   10/07/2021 01:10 PM
Service Date:   03/31/2021 11:00 AM - 12:00 PM                 Duration:   60 minutes
Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:   Office                    CPT Code:          Case #   RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

### Diagnostic Impressions:

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

### Focus of Session:
Client presents to session all within normal limits. She is able to reflect and unpack most distressing issues that continue to include marriage, parenting, balance and self-care. We discuss that I will be gone for over a week and agree to resume care when I am back. Will continue to support choices consistent with Client's desire for justice, voice, and personal growth. No SI/HI at this time.

### Therapeutic Intervention:

### Planned Intervention:
Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 10/07/2021 01:12 PM

CONFIDENTIAL                    EQUIP 000153



## EQUIP COUNSELING, PLLC
### PROGRESS NOTES

Client:  Ronda McNae (RM00093)                     Birth Date:  04/04/1986

Creation Date:  10/07/2021 01:13 PM

Service Date:  03/30/2021 04:00 PM - 05:00 PM        Duration:  60 minutes

Provider(s):  Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)

Insurer(s):

Place Of Service:  Office                CPT Code:        Case #    RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

### Diagnostic Impressions:

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

### Focus of Session:

Client's daughter presents to session all within normal limits. She is able to reflect and unpack her worry around Client and more. Daughter is eager and easily able to participate. No SI/HI at this time.

### Therapeutic Intervention:

### Planned Intervention:

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*

Owner Sarah Dellinger, MS, LMFTA Therapist

I approve this document

Signed: 10/07/2021 01:15 PM



**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

| | | | |
|---|---|---|---|
| **Client:** Ronda McNae (RM00093) | | **Birth Date:** | 04/04/1986 |
| **Creation Date:** | 10/11/2021 03:20 PM | | |
| **Service Date:** | 10/11/2021 11:00 AM - 12:00 PM | **Duration:** | 60 minutes |
| **Provider(s):** | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| **Insurer(s):** | | | |
| **Place Of Service:** | Office | **CPT Code:** | **Case #**  RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to session all within normal limits. She is able to reflect and unpack most distressing issues that continue to include her symptoms consistent with PTSD. Client reports that she has made contact with someone who is encouraging who to make her story public. Will continue to support choices consistent with Client's desire for justice, voice, and personal growth. No SI/HI at this time.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 10/11/2021 03:22 PM

CONFIDENTIAL                    EQUIP 000155



## EQUIP COUNSELING, PLLC
### PROGRESS NOTES

Client:  Ronda McNae (RM00093)                          Birth Date:   04/04/1986
Creation Date:   10/12/2021 03:08 PM
Service Date:   10/12/2021 12:00 PM - 01:00 PM          Duration:   60 minutes
Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:   Office                    CPT Code:          Case #    RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | appropriate to situation | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to session all within normal limits. She is able to reflect and unpack most distressing issues that continue to include her symptoms consistent with PTSD and her search for justice related to her trauma. She reports that the anniversary of the assault is coming up (10/19). Will continue to explore how to deal with reported spouse's wavering support. No SI/HI at this time.

**Therapeutic Intervention:**

**Planned Intervention:**
Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 09/07/2022 09:42 PM

CONFIDENTIAL                    EQUIP 000156



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 10/14/2021 03:35 PM | | |
| Service Date: | 03/29/2021 11:00 AM - 12:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to session all within normal limits. She is to attune and report/unpack most pertinent issues. Will continue to explore coping and best next steps. No SI/HI at this time.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 10/14/2021 03:37 PM



## EQUIP COUNSELING, PLLC

### PROGRESS NOTES

| | | |
|---|---|---|
| **Client:** Ronda McNae (RM00093) | **Birth Date:** | 04/04/1986 |

**Creation Date:** 10/18/2021 06:38 PM

| **Service Date:** 10/18/2021 12:00 PM - 01:00 PM | **Duration:** | 60 minutes |
|---|---|---|

**Provider(s):** Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)

**Insurer(s):**

| **Place Of Service:** | Office | **CPT Code:** | | **Case #** | RMC2000 |
|---|---|---|---|---|---|

| | | | |
|---|---|---|---|
| **Appearance:** | WNL | **Orientation:** | WNL |
| **Behavior:** | WNL | **Speech:** | rapid |
| **Affect:** | appropriate to situation | **Mood:** | wnl |
| **Thought Process:** | fragmented | **Thought Content:** | WNL |
| **Perception:** | WNL | **Judgment:** | WNL |
| **Insight:** | WNL | **Appetite:** | decreased |
| **Sleep:** | erratic | | |
| **Suicidality** | Not Present | **Homicidality** | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to session all within normal limits. She is emotionally flooded during session. She is able to gently unpack some of the most distressing events that continue to trigger her. We discuss self-care and coping. Client is able to be reflective and introspective. No SI/HI at this time.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

**Return Appointment:**

**Staff Signature:** *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 09/07/2022 09:40 PM

CONFIDENTIAL                    EQUIP 000158



# EQUIP COUNSELING, PLLC
## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 10/21/2021 07:08 PM | | |
| Service Date: | 10/19/2021 12:30 PM - 01:30 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | WNL | Mood: | wnl |
| Thought Process: | coherent | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client and partner present to session all within normal limits. Spouse is here to support Client as she processes most pertinent issues specifically related to symptoms consistent with PTSD related to Client's trauma hx. Client reports increased connections made and processes. Client is able to be reflective and introspective. No SI/HI at this time.

**Therapeutic Intervention:**


**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.


Return Appointment:


Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 09/07/2022 09:39 PM



**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

| | |
|---|---|
| Client:  Ronda McNae (RM00093) | Birth Date:  04/04/1986 |
| Creation Date:  10/27/2021 02:39 PM | |
| Service Date:  10/27/2021 10:00 AM - 11:00 AM | Duration:  60 minutes |
| Provider(s):  Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | |
| Insurer(s): | |
| Place Of Service:  Office | CPT Code:          Case #   RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | emotional | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client and partner present to session all within normal limits. Spouse is here to support Client as she processes most pertinent issues specifically related to communication and processing Client's trauma. Client is able to be reflective and introspective while displaying moderate dysregulation. No SI/HI at this time.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 09/07/2022 09:37 PM

CONFIDENTIAL                    EQUIP 000160



## EQUIP COUNSELING, PLLC
### PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 10/27/2021 02:40 PM | | |
| Service Date: | 10/25/2021 10:00 AM - 11:00 AM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #   RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

## Diagnostic Impressions:

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

## Focus of Session:

Client presents to session all within normal limits. Client is eager to process most pertinent issues specifically related to processing trauma, how she can obtain justice and peace. Client continues to seek knowledge, understanding and clarity through literature and external validation. Client is able to be reflective and introspective. No SI/HI at this time.

## Therapeutic Intervention:

## Planned Intervention:

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 10/27/2021 02:42 PM



## EQUIP COUNSELING, PLLC
### PROGRESS NOTES

Client:  Ronda McNae (RM00093)                     Birth Date:  04/04/1986
Creation Date:  10/27/2021 02:42 PM
Service Date:  10/22/2021 11:00 AM - 12:00 PM          Duration:  60 minutes
Provider(s):  Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:  Office                CPT Code:          Case #   RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

### Diagnostic Impressions:

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

### Focus of Session:

Client presents to session all within normal limits. Client is eager to processes most pertinent issues specifically related to symptoms consistent with PTSD related to the abusive relationship with husband's business colleague. Client continues to explore support, justice and next best steps. Client is able to be reflective and introspective. No SI/HI at this time.

### Therapeutic Intervention:

### Planned Intervention:

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 10/27/2021 02:45 PM

CONFIDENTIAL                    EQUIP 000162



## EQUIP COUNSELING, PLLC
### PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 11/03/2021 09:29 PM | | |
| Service Date: | 11/01/2021 01:00 PM - 02:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #   RMC2000 |

| | | | | |
|---|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

### Diagnostic Impressions:

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

### Focus of Session:

Client and partner present to session all within normal limits. Spouse is here to support Client as she processes most pertinent issues specifically related to continued potential litigation. Client reports that she met again this morning with the Remond police and gave another statement. Client gets flooded while reported this and needs to be grounded. Spouse reports that he met with leadership at work and has taken 8 weeks off. Client is able to be reflective and introspective. No SI/HI at this time.

### Therapeutic Intervention:

### Planned Intervention:

Will continue previously stated interventions decided on collaboratively with client.

### Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 11/03/2021 09:32 PM                     CONFIDENTIAL                     EQUIP 000163



**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 11/03/2021 09:33 PM | | |
| Service Date: | 10/28/2021 10:00 AM - 11:00 AM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #   RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | emotional | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client and partner present to session all within normal limits. Spouse is here to support Client. Client reports that she has had flashbacks surrounding her trip to San Francisco with Mike Fitzgerald. She reports that, despite moderate resistance consistent with a dissociative coping response, she has now began to have flashes from the trip (specifically: "Mike trying to have anal sex with me and I lunged forward" -Client words). Client displays significant flooding and gagging during the recall of memories from this trip. Spouse is supportive and grounding. Will continue to support Client as she seeks justice and stability. No SI/HI at this time.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

CONFIDENTIAL                    EQUIP 000164

**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

Client:   Ronda McNae (RM00093)                               Birth Date:   04/04/1986

Creation Date:   11/03/2021 09:33 PM

Service Date:   10/28/2021 10:00 AM - 11:00 AM                 Duration:   60 minutes

Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)

Insurer(s):

Place Of Service:   Office                    CPT Code:          Case #    RMC2000

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 09/07/2022 09:35 PM

CONFIDENTIAL                              EQUIP 000165



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

Client:   Ronda McNae (RM00093)                                          Birth Date:   04/04/1986
Creation Date:   11/03/2021 09:47 PM
Service Date:   10/29/2021 09:00 AM - 10:00 AM                            Duration:   60 minutes
Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:   Office                           CPT Code:            Case #    RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

## Diagnostic Impressions:

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

## Focus of Session:

Client requests extra session and I am able to accommodate. She reports that she continues to experience moderate dysregulation after unpacking the memories around San Francisco. Client is able to continue to process consent, dissociation and coping. No SI/HI at this time.

## Therapeutic Intervention:

## Planned Intervention:

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 11/03/2021 09:49 PM



**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

| | |
|---|---|
| Client:  Ronda McNae (RM00093) | Birth Date:  04/04/1986 |
| Creation Date:  11/08/2021 11:16 AM | |
| Service Date:  11/04/2021 10:00 AM - 11:00 AM | Duration:  60 minutes |
| Provider(s):  Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | |
| Insurer(s): | |
| Place Of Service:  Office | CPT Code:      Case #   RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder– Acute

**Focus of Session:**

Client and partner present to session all within normal limits. Spouse is here to support. Client is able to report that she feels in 'a better place' today and they are going to get away as a family starting on Sunday. Client is able to process most pertinent emotions and spouse is able to receive. Will continue to support Client as she seeks healing. No SI/HI at this time.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 11/08/2021 11:19 AM

CONFIDENTIAL                    EQUIP 000167



## EQUIP COUNSELING, PLLC
### PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 11/08/2021 11:44 AM | | |
| Service Date: | 03/25/2021 10:00 AM - 11:00 AM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #   RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to in person all within normal limits. She reports on most pertinent issues that include symptoms consistent with PTSD, parenting, her marriage and coping. Will continue to support Client as she seeks healing. No SI/HI at this time.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 11/08/2021 11:47 AM

CONFIDENTIAL                    EQUIP 000168



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 11/08/2021 12:12 PM | | |
| Service Date: | 03/24/2021 10:00 AM - 11:00 AM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

## Diagnostic Impressions:

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

## Focus of Session:

Client presents to in person session all within normal limits. She reports on most pertinent issues specifically related to parenting, her MIL, the issues with brother in law, and coping. Client is able to be reflective and introspective. No SI/HI at this time.

## Therapeutic Intervention:

## Planned Intervention:

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 11/08/2021 12:14 PM



## EQUIP COUNSELING. PLLC
### PROGRESS NOTES

| | |
|---|---|
| **Client:** Ronda McNae (RM00093) | **Birth Date:** 04/04/1986 |
| **Creation Date:** 11/10/2021 02:25 PM | |
| **Service Date:** 03/22/2021 11:00 AM - 12:00 PM | **Duration:** 60 minutes |
| **Provider(s):** Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | |
| **Insurer(s):** | |
| **Place Of Service:** Office | **CPT Code:** **Case #** RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

### Diagnostic Impressions:

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

### Focus of Session:

Client and partner present to session all within normal limits. Spouse is here to support. Client is able to communicate most pertinent issues specifically related to trauma healing, relationship closeness and next best steps. Will continue to support Client as she seeks healing. No SI/HI at this time.

### Therapeutic Intervention:

### Planned Intervention:

Will continue previously stated interventions decided on collaboratively with client.

### Return Appointment:

**Staff Signature:** *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 11/10/2021 02:27 PM

CONFIDENTIAL                    EQUIP 000170



**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

| | | | |
|---|---|---|---|
| Client: Ronda McNae (RM00093) | | Birth Date: 04/04/1986 | |

Creation Date: 11/10/2021 02:29 PM

Service Date: 03/19/2021 01:00 PM – 02:00 PM        Duration: 60 minutes

Provider(s): Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)

Insurer(s):

Place Of Service: Office            CPT Code:        Case #   RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client and partner present to session all within normal limits. Spouse is here to support. Both are able to communicate on most important issues. Both are able to be reflective and introspective. Will continue to support Client as she seeks healing. No SI/HI at this time.

**Therapeutic Intervention:**

**Planned Intervention:**
Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 11/10/2021 02:31 PM



**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

Client:  Ronda McNae (RM00093)                     Birth Date:   04/04/1986
Creation Date:   11/10/2021 02:49 PM
Service Date:   03/17/2021 10:00 AM - 11:00 AM           Duration:   60 minutes
Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:   Office                 CPT Code:        Case #   RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**
Client presents to session all within normal limits. She is able to unpack most pertinent issues specifically related to symptoms consistent with anxiety and PTSD. Will continue to support Client as she seeks healing. No SI/HI at this time.

**Therapeutic Intervention:**


**Planned Intervention:**
Will continue previously stated interventions decided on collaboratively with client.


Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 05/20/2022 04:01 PM

CONFIDENTIAL                    EQUIP 000172



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

Client:  Ronda McNae (RM00093)                    Birth Date:  04/04/1986

Creation Date:  01/17/2022 01:17 PM

Service Date:  01/17/2022 09:00 AM - 10:00 AM          Duration:  60 minutes

Provider(s):  Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)

Insurer(s):

Place Of Service:  Office          CPT Code:          Case #  RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

## Diagnostic Impressions:

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

## Focus of Session:

Client presents to session all within normal limits. Client is able to continue to process her recent trip to Miami to file a formal police report. Client is able to process most pertinent emotions and coping strategies. Will continue to support Client as she seeks healing. No SI/HI at this time.

## Therapeutic Intervention:


## Planned Intervention:

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 01/17/2022 01:20 PM

CONFIDENTIAL                    EQUIP 000173



## EQUIP COUNSELING, PLLC

### PROGRESS NOTES

Client:  Ronda McNae (RM00093)                         Birth Date:   04/04/1986

Creation Date:   01/18/2022 10:58 AM

Service Date:   01/14/2022 01:00 PM - 02:00 PM          Duration:   60 minutes

Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)

Insurer(s):

Place Of Service:   Office                      CPT Code:          Case #   RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

### Diagnostic Impressions:

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

### Focus of Session:

Client presents to session all within normal limits. Client is able to continue to process her recent trip to Miami. She reports that the whole was process was quite dysregulating and seeks validation for current experience. Will continue to support Client as she seeks healing. No SI/HI at this time.

### Therapeutic Intervention:

### Planned Intervention:

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*

Owner Sarah Dellinger, MS, LMFTA Therapist

I approve this document

Signed: 05/18/2022 12:20 PM



# EQUIP COUNSELING, PLLC
## PROGRESS NOTES

Client:  Ronda McNae (RM00093)                                   Birth Date:   04/04/1986

Creation Date:   01/20/2022 11:18 AM

Service Date:   01/18/2022 12:00 PM - 01:00 PM              Duration:   60 minutes

Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)

Insurer(s):

Place Of Service:   Office                    CPT Code:          Case #   RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

## Diagnostic Impressions:

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

## Focus of Session:

Client and partner present to session all within normal limits. Client is able to continue to process most pertinent issues- spouse is able to support. Client is able to process most pertinent emotions and coping strategies. Will continue to support Client as she seeks healing. No SI/HI at this time.

## Therapeutic Intervention:

## Planned Intervention:

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*

Owner Sarah Dellinger, MS, LMFTA Therapist

I approve this document

Signed: 01/20/2022 11:19 AM



## EQUIP COUNSELING, PLLC
### PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 01/20/2022 01:26 PM | | |
| Service Date: | 01/20/2022 10:00 AM - 11:00 AM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to session all within normal limits. Client is able to continue to process most pertinent issues specifically related to her trauma. Client is reflective about current emotions and coping strategies. Will continue to support Client as she seeks healing. No SI/HI at this time.

**Therapeutic Intervention:**


**Planned Intervention:**
Will continue previously stated interventions decided on collaboratively with client.


Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 09/07/2022 08:12 PM



**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

| | | | |
|---|---|---|---|
| Client: Ronda McNae (RM00093) | | Birth Date: | 04/04/1986 |
| Creation Date: 01/25/2022 11:18 AM | | | |
| Service Date: 01/24/2022 10:00 AM - 11:00 AM | | Duration: | 60 minutes |
| Provider(s): Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | | |
| Insurer(s): | | | |
| Place Of Service: Office | CPT Code: | Case # | RMC2000 |

| | | | | |
|---|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to session all within normal limits. Client is able to continue to process most pertinent issues specifically related to her trauma. Client is reflective about current emotions and coping strategies. Will continue to support Client as she seeks healing. No SI/HI at this time.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 09/07/2022 08:09 PM



## EQUIP COUNSELING, PLLC

### PROGRESS NOTES

1

| | |
|---|---|
| Client:  Ronda McNae (RM00093) | Birth Date:   04/04/1986 |
| Creation Date:   01/27/2022 04:31 PM | |
| Service Date:   01/27/2022 10:00 AM - 11:00 AM | Duration:   60 minutes |
| Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | |
| Insurer(s): | |
| Place Of Service:   Office | CPT Code: _____  Case #   RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to session mostly within normal limits. She calls for the first part of session but arrives in person for the second part. Client continues to process most pertinent issues specifically related to her trauma. Client is able to recognize triggers, next best steps, and coping strategies. Will continue to support Client as she seeks healing. No SI/HI at this time.

**Therapeutic Intervention:**

**Planned Intervention:**
Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 09/07/2022 08:10 PM

CONFIDENTIAL                    EQUIP 000178



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 02/03/2022 12:02 PM | | |
| Service Date: | 02/02/2022 11:00 AM - 12:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to session mostly within normal limits. Client reports good news in regards to her medical results. Client continues to process next best steps as part of her quest for justice and flushes out various options. Will continue to support Client as she seeks healing. No SI/HI at this time.

**Therapeutic Intervention:**

**Planned Intervention:**
Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 03/03/2022 04:36 PM



**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

| | |
|---|---|
| Client: Ronda McNae (RM00093) | Birth Date: 04/04/1986 |

Creation Date: 02/03/2022 12:19 PM

Service Date: 02/01/2022 11:00 AM - 12:00 PM    Duration: 60 minutes

Provider(s): Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)

Insurer(s):

Place Of Service: Office          CPT Code:          Case # RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to session mostly within normal limits. Client reports most pertinent issues related to symptoms consistent with PTSD. Will continue to support Client as she seeks healing. No SI/HI at this time.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*

Owner Sarah Dellinger, MS, LMFTA Therapist

I approve this document

Signed: 02/03/2022 12:20 PM

CONFIDENTIAL          EQUIP 000180



## EQUIP COUNSELING, PLLC

### PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 02/03/2022 02:53 PM | | |
| Service Date: | 01/26/2022 11:00 AM - 12:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #   RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | wnl |
| Affect: | WNL | Mood: | wnl |
| Thought Process: | disorganized | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to session mostly within normal limits. Client is reflective and introspective about most recent events re: marriage, communication, desire for justice and current coping. Client continues to report intrusive thoughts, episodes of gagging, flashbacks and hyperarousal. No SI/HI at this time.

**Therapeutic Intervention:**


**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.


Return Appointment:


Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 06/10/2022 03:29 PM

CONFIDENTIAL          EQUIP 000181



**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 02/07/2022 05:11 PM | | |
| Service Date: | 02/07/2022 10:00 AM - 11:00 AM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to session mostly within normal limits. Client reports on most pertinent issues re: legal issues related to her assault. Client is able to explore next best steps. Will continue to support Client as she seeks healing. No SI/HI at this time.

**Therapeutic Intervention:**


**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 02/07/2022 05:12 PM



## EQUIP COUNSELING, PLLC
### PROGRESS NOTES

| | | | | |
|---|---|---|---|---|
| Client: | Ronda McNae (RM00093) | | Birth Date: | 04/04/1986 |
| Creation Date: | 02/10/2022 01:32 PM | | | |
| Service Date: | 02/10/2022 10:00 AM - 11:00 AM | | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | | |
| Insurer(s): | | | | |
| Place Of Service: | Office | CPT Code: | Case # | RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to session mostly within normal limits. Client reports on most pertinent issues re: legal issues related to her assault, her concern for MIL/attorney. Client is able to explore next best steps. Will continue to support Client as she seeks healing. No SI/HI at this time.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 02/10/2022 01:33 PM



# EQUIP COUNSELING, PLLC
## PROGRESS NOTES

**Client:** Ronda McNae (RM00093)  **Birth Date:** 04/04/1986
**Creation Date:** 03/03/2022 10:57 AM
**Service Date:** 03/02/2022 02:00 PM - 03:00 PM  **Duration:** 60 minutes
**Provider(s):** Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
**Insurer(s):**
**Place Of Service:** Office  **CPT Code:**  **Case #** RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | positive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**
Client and daughter present to session mostly within normal limits. Client is curious to discuss around impact of Mom's distress on daughter. We discuss coping as well healthy/unhealthy patterns. Both are engaged. Mom will continue to explore healthy limits re: sharing. No SI/HI at this time.

**Therapeutic Intervention:**


**Planned Intervention:**
Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 03/03/2022 11:00 AM

CONFIDENTIAL  EQUIP 000184



**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 03/03/2022 04:36 PM | | |
| Service Date: | 02/08/2022 12:00 PM - 01:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #   RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | WNL | Mood: | WNL |
| Thought Process: | WNL | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | WNL | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client and partner present to session all within normal limits. They report on continued distress regarding partner's Mom legal representation. Both are able to be reflective and introspective. No SI/HI at this time.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

**Return Appointment:**

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 03/03/2022 04:40 PM



## EQUIP COUNSELING. PLLC
### PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |

Creation Date:   03/10/2022 02:15 PM

Service Date:   03/10/2022 10:00 AM - 11:00 AM          Duration:   60 minutes

Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)

Insurer(s):

Place Of Service:   Office          CPT Code:          Case #   RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | expansive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

### Diagnostic Impressions:

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

### Focus of Session:

Client presents to session mostly within normal limits. Client reports that she was gagging this morning and had a phone call with the DA in SF. Client reports feeling supported by the DA and the DPA. Client reports that the DPA will support her along this process. Client does experience flooding and a dissociative episode in session while talking about details of the events with MF; she is able to be re-grounded. Client's symptoms continue to be consistent with PTSD and triggered often. Will continue to explore healthy coping strategies. No SI/HI at this time.

### Therapeutic Intervention:

### Planned Intervention:

Will continue previously stated interventions decided on collaboratively with client.

### Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 05/17/2022 02:00 PM                CONFIDENTIAL                EQUIP 000186



## EQUIP COUNSELING, PLLC

### PROGRESS NOTES

| | |
|---|---|
| Client:  Ronda McNae (RM00093) | Birth Date:  04/04/1986 |
| Creation Date:  03/23/2022 02:05 PM | |
| Service Date:  03/23/2022 09:00 AM - 10:00 AM | Duration:  60 minutes |
| Provider(s):  Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | |
| Insurer(s): | |
| Place Of Service:  Office | CPT Code: | Case #  RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | expansive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | erratic | Suicidality: | Not Present |
| Homicidality: | Not Present | | |

### Diagnostic Impressions:

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

### Focus of Session:

Client requests last minute session, I am able to accommodate. Client reports feeling dysregulated after a conversation with husband prior to our session. Client reports on continued upsetting phone conversations with law enforcement. Client continues to report feelings dysregulated when she is made to feel like she has to defend her position or convince others of the facts. Client is able to identify and flush out next best steps. No danger assessed.

### Therapeutic Intervention:

### Planned Intervention:

Will continue previously stated interventions decided on collaboratively with client.

### Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 03/23/2022 02:10 PM

CONFIDENTIAL                              EQUIP 000187



## EQUIP COUNSELING, PLLC
### PROGRESS NOTES

Client:  Ronda McNae (RM00093)                              Birth Date:   04/04/1986

Creation Date:   04/01/2022 03:28 PM

Service Date:   03/31/2022 10:00 AM - 11:00 AM                Duration:   60 minutes

Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)

Insurer(s):

Place Of Service:   Office                     CPT Code:              Case #    RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | expansive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

### Diagnostic Impressions:

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

### Focus of Session:

Client presents to in person session all within normal limits. She is able to articulate and process most pertinent issues specifically related to relationship, her sister, her continued search for justice and symptoms consistent with PTSD. Will continue to support Client on her journey. No danger assessed.

### Therapeutic Intervention:


### Planned Intervention:

Will continue previously stated interventions decided on collaboratively with client.


Return Appointment:


Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 04/01/2022 03:32 PM


CONFIDENTIAL                    EQUIP 000188



## EQUIP COUNSELING, PLLC

### PROGRESS NOTES

Client:  Ronda McNae (RM00093)                          Birth Date:    04/04/1986
Creation Date:    05/17/2022 02:18 PM
Service Date:    05/16/2022 10:00 AM - 11:00 AM          Duration:    60 minutes
Provider(s):    Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:    Office                    CPT Code:        Case #    RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | expansive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**
Client presents to in person session all within normal limits. She is able to articulate and process most pertinent issues specifically related continued pursuit for justice. Client reports on repeated contact from detective in FL and how this dysregulates her; Client is able to identify boundary. Client reports on desire to hire attorney in CA. Client reports increased thought about her NDA and is curious about 'duress.' Client requests my perception of her during the time period leading up to her signing the NDA. I do not recall specific perceptions but recall her reporting 'pressure' and 'urgency' to make a decision. Will continue to support Client while also supporting healthy coping strategies and balance. No danger assessed.

**Therapeutic Intervention:**

**Planned Intervention:**
Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:



## EQUIP COUNSELING, PLLC

### PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 05/17/2022 02:18 PM | | |
| Service Date: | 05/16/2022 10:00 AM - 11:00 AM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # RMC2000 |

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 05/17/2022 02:30 PM

EQUIP 000190



## EQUIP COUNSELING, PLLC
### PROGRESS NOTES

Client: Ronda McNae (RM00093)                    Birth Date: 04/04/1986
Creation Date: 05/17/2022 02:30 PM
Service Date: 05/12/2022 10:00 AM - 11:00 AM                Duration: 60 minutes
Provider(s): Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service: Office                    CPT Code:        Case #    RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | expansive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**
Client and partner present to in person session mostly within normal limits. Client becomes teary right at the onset of session and needs to be grounded. Client is then able to report on most pertinent issues and process with partner. Both are communicative and engaged. Client continues to seek justice and experience increased distress when roadblocks arise.
Client reports increased frustration with the lead detective in FL. Will continue to support Client while also supporting healthy coping strategies and balance. No danger assessed.

**Therapeutic Intervention:**

**Planned Intervention:**
Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

CONFIDENTIAL                    EQUIP 000191

**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 05/17/2022 02:30 PM | | |
| Service Date: | 05/12/2022 10:00 AM - 11:00 AM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #  RMC2000 |

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 05/17/2022 02:36 PM



**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 05/17/2022 02:37 PM | | |
| Service Date: | 05/05/2022 10:00 AM - 11:00 AM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #   RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | expansive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to in person session all within normal limits. She is able to articulate and process most pertinent issues specifically related continued pursuit for justice. Client continues to process her anger. Client is visibly dysregulated and begins gagging as she makes connections about MF's behavior. Client reports symptom reduction by sharing her story with others and receiving validation & understanding. No danger assessed.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 05/17/2022 02:47 PM

CONFIDENTIAL                    EQUIP 000193



## EQUIP COUNSELING, PLLC
### PROGRESS NOTES

Client:  Ronda McNae (RM00093)                                  Birth Date:   04/04/1986
Creation Date:   05/17/2022 02:47 PM
Service Date:   05/02/2022 10:00 AM - 11:00 AM                  Duration:   60 minutes
Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:   Office                          CPT Code:          Case #   RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | expansive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**
Client presents to in person session all within normal limits. She is able to articulate and process most pertinent issues specifically related continued pursuit for justice. Client reports on recent phone call with reporter. She continues to process incident in SF. She struggles to remain regulated when discussing the specifics of each reported assault. No danger assessed.

**Therapeutic Intervention:**

**Planned Intervention:**
Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 05/17/2022 02:52 PM

CONFIDENTIAL                          EQUIP 000194



**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 05/17/2022 02:52 PM | | |
| Service Date: | 04/28/2022 10:00 AM – 11:00 AM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #   RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | expansive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to in person session all within normal limits. She is able to articulate and process most pertinent issues specifically related continued pursuit for justice. Client reports on continued frustration that things aren't moving smoother. She reports continued struggle to understand how Microsoft hasn't taken a more supportive stance. She plays part of a recorded phone call between her partner and someone at work. No danger assessed.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 05/17/2022 02:59 PM

CONFIDENTIAL                    EQUIP 000195



**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

Client:  Ronda McNae (RM00093)                          Birth Date:   04/04/1986

Creation Date:   05/17/2022 03:02 PM

Service Date:   04/25/2022 10:00 AM - 11:00 AM                          Duration:   60 minutes

Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)

Insurer(s):

Place Of Service:   Office                          CPT Code:          Case #   RMC2000

| | | | | |
|---|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL | |
| Behavior: | WNL | Speech: | rapid | |
| Affect: | expansive | Mood: | wnl | |
| Thought Process: | fragmented | Thought Content: | WNL | |
| Perception: | WNL | Judgment: | WNL | |
| Insight: | WNL | Appetite: | unclear | |
| Sleep: | erratic | | | |
| Suicidality | Not Present | Homicidality | Not Present | |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client and partner present to in person session all within normal limits. She is able to articulate and process most pertinent issues specifically related continued pursuit for justice. Client reports on recent trip to SF to make a formal 'victim statement.' Client reports that she felt like she was being 'stonewalled by SVU' and felt the need to drive down and walk into the station in person. Client reports that she was unable to meet with who she had planned but found another detective at Central Station. Client continues to become dysregulated when discussing details. Will continue to support Client while also supporting healthy coping strategies and balance. No danger assessed.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

CONFIDENTIAL                          EQUIP 000196



## EQUIP COUNSELING, PLLC
### PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 05/17/2022 03:02 PM | | |
| Service Date: | 04/25/2022 10:00 AM - 11:00 AM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # RMC2000 |

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 05/17/2022 03:09 PM

CONFIDENTIAL



## EQUIP COUNSELING, PLLC
### PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 05/17/2022 03:10 PM | | |
| Service Date: | 04/04/2022 10:00 AM - 11:00 AM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Telehealth | CPT Code: | Case # RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | expansive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to in person session all within normal Client calls for scheduled phone session all within normal limits. She reports that she, partner and kids are in SF with the hopes of filing a formal 'victim statement.' Client is able to process her needs around this. Will continue to support Client while also supporting healthy coping strategies and balance. No danger assessed.

**Therapeutic Intervention:**


**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.


Return Appointment:


Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 05/17/2022 03:13 PM

CONFIDENTIAL                    EQUIP 000198



**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

Client:  Ronda McNae (RM00093)                    Birth Date:   04/04/1986

Creation Date:   05/17/2022 03:13 PM

Service Date:   04/01/2022 02:00 PM - 03:00 PM        Duration:   60 minutes

Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)

Insurer(s):

Place Of Service:   **Office**                CPT Code:          Case #   RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | expansive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to in person session all within normal limits. She is able to articulate and process most pertinent issues specifically related continued pursuit for justice. Client reports on desire to have others understand trauma response. Will continue to support Client while also supporting healthy coping strategies and balance. No danger assessed.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 05/17/2022 03:14 PM

CONFIDENTIAL                    EQUIP 000199



# EQUIP COUNSELING, PLLC
## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: Ronda McNae (RM00093) | | Birth Date: | 04/04/1986 |

Creation Date:     05/17/2022 03:16 PM

| | | | |
|---|---|---|---|
| Service Date:     03/29/2022 10:00 AM - 11:00 AM | | Duration: | 60 minutes |

Provider(s):     Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)

Insurer(s):

| Place Of Service: | Office | CPT Code: | | Case # | RMC2000 |
|---|---|---|---|---|---|

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | expansive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client's partner presents to session all within normal limits. He comes to therapy to process best ways to support Client. Client is engaged, reflective and introspective. No danger assessed.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

**Return Appointment:**

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 05/17/2022 03:18 PM



**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

| | | |
|---|---|---|
| Client: Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: 05/17/2022 03:49 PM | | |
| Service Date: 03/28/2022 10:00 AM - 11:00 AM | Duration: | 60 minutes |
| Provider(s): Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | |
| Place Of Service: Office | CPT Code: | Case # RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | expansive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**
Client presents to in person session all within normal limits. She is able to articulate and process most pertinent issues specifically related continued pursuit for justice. Client reports continued desire to have her story be heard and understood. Client reports that she no longer worries about the consequences that may come from moving forward with her desire. Will continue to support Client while also supporting healthy coping strategies and balance. No danger assessed.

**Therapeutic Intervention:**

**Planned Intervention:**
Will continue previously stated interventions decided on collaboratively with client.

**Return Appointment:**

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 05/17/2022 03:51 PM          CONFIDENTIAL          EQUIP 000201



## EQUIP COUNSELING, PLLC
### PROGRESS NOTES

Client:  Ronda McNae (RM00093)                    Birth Date:  04/04/1986

Creation Date:   05/17/2022 03:52 PM

Service Date:    03/24/2022 10:00 AM - 11:00 AM           Duration:   60 minutes

Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)

Insurer(s):

Place Of Service:   Office              CPT Code:              Case #   RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | expansive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client and partner present to in person session all within normal limits. She is able to articulate and process most pertinent issues. Client is animated and distressed as she processes current stressors related to the case in SF. Partner is able to be supportive and curious. Will continue to support Client while also supporting healthy coping strategies and balance. No danger assessed.

**Therapeutic Intervention:**


**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.


Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 05/17/2022 03:56 PM

CONFIDENTIAL                    EQUIP 000202



**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

Client:  Ronda McNae (RM00093)                    Birth Date:  04/04/1986

Creation Date:  05/17/2022 03:57 PM

Service Date:  03/21/2022 10:00 AM - 11:00 AM              Duration:  60 minutes

Provider(s):  Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)

Insurer(s):

Place Of Service:  Office                    CPT Code:            Case #  RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | expansive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to in person session all within normal limits. She is able to articulate and process most pertinent issues. Client is eager to process most recent developments. She reports continued distress related to her case in SF. Will continue to support Client while also supporting healthy coping strategies and balance. No danger assessed.

**Therapeutic Intervention:**


**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.


Return Appointment:


Staff Signature: *Sarah Dellinger*

Owner Sarah Dellinger, MS, LMFTA Therapist

I approve this document

Signed: 05/17/2022 03:59 PM

CONFIDENTIAL              EQUIP 000203



**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

Client:  Ronda McNae (RM00093)  Birth Date:  04/04/1986

Creation Date:  05/17/2022 03:59 PM

Service Date:  03/17/2022 10:00 AM - 11:00 AM  Duration:  60 minutes

Provider(s):  Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)

Insurer(s):

Place Of Service:  Office  CPT Code:  Case #  RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | expansive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to in person session all within normal limits. She is able to articulate and process most pertinent issues. Client displays increased distress as she recalls her reported situation with the police department in SF. She is able to discuss hope and next best steps forward. Will continue to support Client while also supporting healthy coping strategies and balance. No danger assessed.

**Therapeutic Intervention:**


**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*

Owner Sarah Dellinger, MS, LMFTA Therapist

I approve this document

Signed: 05/17/2022 04:01 PM

CONFIDENTIAL  EQUIP 000204



**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 05/17/2022 04:03 PM | | |
| Service Date: | 03/14/2022 10:00 AM - 11:00 AM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #  RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | expansive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**
Client presents to in person session all within normal limits. She is able to articulate and process most pertinent issues. She expresses distress that she has to defend her position and struggles with the lack of progress in either assault case. Will continue to support Client while also supporting healthy coping strategies and balance. No danger assessed.

**Therapeutic Intervention:**

**Planned Intervention:**
Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 05/17/2022 04:13 PM

CONFIDENTIAL                    EQUIP 000205



## EQUIP COUNSELING, PLLC

### PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 05/17/2022 04:10 PM | | |
| Service Date: | 03/08/2022 03:00 PM - 04:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | expansive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to in person for last min session mostly normal limits. She requested last minute session today after a reported panic attack to the point of throwing up. Client is more regulated at session time but is able to process contributing factors. Client reports feeling better near the end of session. No danger assessed.

**Therapeutic Intervention:**


**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.


Return Appointment:


Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 05/17/2022 04:13 PM



**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

| | |
|---|---|
| Client:  Ronda McNae (RM00093) | Birth Date:  04/04/1986 |
| Creation Date:  05/17/2022 04:14 PM | |
| Service Date:  03/07/2022 10:00 AM – 11:00 AM | Duration:  60 minutes |
| Provider(s):  Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | |
| Insurer(s): | |
| Place Of Service:  Office | CPT Code:          Case #    RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | expansive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client and partner present to in person session all within normal limits. Both are able to process most important issues. Will continue to support Client while also supporting healthy coping strategies and balance. No danger assessed.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 05/17/2022 04:15 PM



**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

| | |
|---|---|
| Client:  Ronda McNae (RM00093) | Birth Date:   04/04/1986 |

Creation Date:   05/17/2022 04:16 PM

Service Date:   02/23/2022 03:00 PM - 04:00 PM          Duration:   60 minutes

Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)

Insurer(s):

| Place Of Service: | Office | CPT Code: | | Case # | RMC2000 |
|---|---|---|---|---|---|

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | expansive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to in person session mostly within normal limits. Client requested last minute session after reported 'brutal' phone call with SFPD. Client reports that a detective called her and proceeded to take her full 'victim statement.' She reports that she did not realize it was her formal statement and that she felt overwhelmed and pressured to relay upsetting detail while her children were on the other side of the door. Client expresses extreme distress that the detective was not more 'trauma informed' and sensitive to the nature of her case and desire to come give a full statement in person. Client reports feeling flooded and overwhelmed after getting off the phone. Client is unsure of next best steps but is more regulated at the end of session. No danger assessed.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

**Return Appointment:**

**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 05/17/2022 04:16 PM | | |
| Service Date: | 02/23/2022 03:00 PM - 04:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # RMC2000 |

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 06/10/2022 03:25 PM



**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

Client:  Ronda McNae (RM00093)                              Birth Date:   04/04/1986

Creation Date:   05/17/2022 04:25 PM

Service Date:   02/24/2022 10:00 AM - 11:00 AM              Duration:   60 minutes

Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)

Insurer(s):

Place Of Service:   **Office**                    CPT Code:           Case #   RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | expansive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client and partner present to in person session within normal limits. Client is eager to continue to process distressing phone call from SFPD detective. Partner is able to give his perspective as he was also in the home. Client is reflective about the pressure she felt and the lack of understanding she was experiencing while on the call. Will continue to explore coping and next best steps. No danger assessed.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*

Owner Sarah Dellinger, MS, LMFTA Therapist

I approve this document

Signed: 05/17/2022 04:27 PM

CONFIDENTIAL                    EQUIP 000210



**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

| | |
|---|---|
| Client:  Ronda McNae (RM00093) | Birth Date:   04/04/1986 |
| Creation Date:   05/17/2022 04:28 PM | |
| Service Date:   02/17/2022 12:00 PM - 01:00 PM | Duration:   60 minutes |
| Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | |
| Insurer(s): | |
| Place Of Service:   Office | CPT Code:        Case #   RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | expansive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to session all within normal limits. She is eager to process most pertinent issues specifically related to her search for justice. Client is introspective and reflective. No danger assessed.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

**Return Appointment:**

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 05/17/2022 04:41 PM



## EQUIP COUNSELING, PLLC
### PROGRESS NOTES

| | | | |
|---|---|---|---|
| **Client:** Ronda McNae (RM00093) | | **Birth Date:** | 04/04/1986 |
| **Creation Date:** 05/17/2022 04:41 PM | | | |
| **Service Date:** 02/14/2022 10:00 AM - 11:00 AM | | **Duration:** | 60 minutes |
| **Provider(s):** Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | | |
| **Insurer(s):** | | | |
| **Place Of Service:** Office | **CPT Code:** | **Case #** | RMC2000 |

| | | | |
|---|---|---|---|
| **Appearance:** | WNL | **Orientation:** | WNL |
| **Behavior:** | WNL | **Speech:** | rapid |
| **Affect:** | expansive | **Mood:** | wnl |
| **Thought Process:** | fragmented | **Thought Content:** | WNL |
| **Perception:** | WNL | **Judgment:** | WNL |
| **Insight:** | WNL | **Appetite:** | unclear |
| **Sleep:** | erratic | | |
| **Suicidality** | Not Present | **Homicidality** | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to in person session all within normal limits. She is able to articulate and process most pertinent issues specifically related continued pursuit for justice. Client reports feeling dysregulated over the weekend, and we process contributing factors. No danger assessed.

**Therapeutic Intervention:**


**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.


**Return Appointment:**

**Staff Signature:** *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 05/17/2022 04:42 PM

CONFIDENTIAL                    EQUIP 000212



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

Client:  Ronda McNae (RM00093)                          Birth Date:   04/04/1986
Creation Date:   05/17/2022 05:05 PM
Service Date:   02/28/2022 10:00 AM - 11:00 AM          Duration:   60 minutes
Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:   Office                    CPT Code:        Case #   RMC2000

| | | | | |
|---|---|---|---|---|
| Appearance: | WNL | | Orientation: | WNL |
| Behavior: | WNL | | Speech: | rapid |
| Affect: | expansive | | Mood: | wnl |
| Thought Process: | fragmented | | Thought Content: | WNL |
| Perception: | WNL | | Judgment: | WNL |
| Insight: | WNL | | Appetite: | unclear |
| Sleep: | erratic | | | |
| Suicidality | Not Present | | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**
Client presents outside of normal limits. She is on the phone when she first arrives and holds up her finger as to indicate that she will be off the phone in a moment. I give her time and space to finish the call. She is calm and regulated while on the call. On the call she expresses frustration that her recorded call on 2/22 has been counted as her formal 'victim statement.' She repeats herself several times while on the call at one point saying, "I will drive to SF anytime to make a formal in person statement" (Client words). After the call she reports feeling 'gaslit' and 'stonewalled' as the person did not seem willing to listen her request. Client reports feeling like she was not being heard and that her caller's agenda was not open to listening. Client expresses extreme distress at again feeling like SFPD is 'shutting me down' and becomes dysregulated after the phone call. Client is unsure of next best steps. No danger assessed.

**Therapeutic Intervention:**


**Planned Intervention:**
Will continue previously stated interventions decided on collaboratively with client.


Return Appointment:



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 05/17/2022 05:05 PM | | |
| Service Date: | 02/28/2022 10:00 AM - 11:00 AM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # | RMC2000 |

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 06/10/2022 03:30 PM



**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

| | |
|---|---|
| Client: Ronda McNae (RM00093) | Birth Date: 04/04/1986 |
| Creation Date: 05/18/2022 12:21 PM | |
| Service Date: 01/07/2022 02:00 PM - 03:00 PM | Duration: 60 minutes |
| Provider(s): Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | |
| Insurer(s): | |
| Place Of Service: Office | CPT Code: | Case # RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | expansive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client requests same day session and presents to in person session all within normal limits. She is able to articulate and process most pertinent issues. Client continues to become dysregulated when processing details. Client is able to become grounded. Will continue to support Client while also supporting healthy coping strategies and balance. No danger assessed.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 05/18/2022 12:23 PM

CONFIDENTIAL                    EQUIP 000215



## EQUIP COUNSELING, PLLC
### PROGRESS NOTES

**Client:** Ronda McNae (RM00093)      **Birth Date:** 04/04/1986

**Creation Date:** 05/18/2022 12:24 PM

**Service Date:** 01/06/2022 10:00 AM - 11:00 AM      **Duration:** 60 minutes

**Provider(s):** Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)

**Insurer(s):**

**Place Of Service:** Office      **CPT Code:**      **Case #** RMC2000

| | | | |
|---|---|---|---|
| **Appearance:** | WNL | **Orientation:** | WNL |
| **Behavior:** | WNL | **Speech:** | rapid |
| **Affect:** | expansive | **Mood:** | wnl |
| **Thought Process:** | fragmented | **Thought Content:** | WNL |
| **Perception:** | WNL | **Judgment:** | WNL |
| **Insight:** | WNL | **Appetite:** | unclear |
| **Sleep:** | erratic | | |
| **Suicidality** | Not Present | **Homicidality** | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to in person session all within normal limits. She is able to articulate and process most pertinent issues. Client is eager to process most recent developments in her legal proceedings. Client also processes support from partner. Will continue to support Client while also supporting healthy coping strategies and balance. No danger assessed.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

**Return Appointment:**

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 05/18/2022 12:25 PM

CONFIDENTIAL      EQUIP 000216

**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

| | | | | |
|---|---|---|---|---|
| Client: | Ronda McNae (RM00093) | | Birth Date: | 04/04/1986 |
| Creation Date: | 05/18/2022 12:25 PM | | | |
| Service Date: | 01/03/2022 10:00 AM – 11:00 AM | | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | | |
| Insurer(s): | | | | |
| Place Of Service: | Office | CPT Code: | Case # | RMC2000 |

| | | | | |
|---|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | expansive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to in person session all within normal limits. She is able engaged, articulate and able to process most pertinent issues specifically related continued pursuit for justice. Client is able to process emotion connected to recent developments. We discuss grounding techniques and next best steps. Client continues to seek support and validations from others who have experienced similar trauma. Will continue to support Client while also supporting healthy coping strategies and balance. No danger assessed.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

**Return Appointment:**

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 05/18/2022 12:27 PM          CONFIDENTIAL          EQUIP 000217



**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

| | | | |
|---|---|---|---|
| **Client:** | Ronda McNae (RM00093) | **Birth Date:** | 04/04/1986 |
| **Creation Date:** | 05/19/2022 11:21 AM | | |
| **Service Date:** | 12/27/2021 10:00 AM - 11:00 AM | **Duration:** | 60 minutes |
| **Provider(s):** | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| **Insurer(s):** | | | |
| **Place Of Service:** | Office | **CPT Code:** | **Case #** RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | expansive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to in person session all within normal limits. She is able to articulate and process most pertinent issues. Client reflects on most recent connections made and becomes dysregulated while reporting. Client is able to be grounded in session. Will continue to support Client while also supporting healthy coping strategies and balance. No danger assessed.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 05/19/2022 11:23 AM



## EQUIP COUNSELING, PLLC

### PROGRESS NOTES

Client: Ronda McNae (RM00093)                          Birth Date:   04/04/1986

Creation Date:   05/19/2022 11:23 AM

Service Date:   12/22/2021 10:00 AM - 11:00 AM              Duration:   60 minutes

Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)

Insurer(s):

Place Of Service:   Office                   CPT Code:            Case #   RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | expansive | Mood: | wnl |
| Thought Process: | goal directed | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

### Diagnostic Impressions:

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

### Focus of Session:

Client presents to in person session all within normal limits. She is able to articulate and process most pertinent issues. She expresses continued frustration that police in FL do not appear to be taking the case as seriously as Client would like. Client continues to reflect on details from the night of the reported assault in FL. Will continue to support Client while also supporting healthy coping strategies and balance. No danger assessed.

### Therapeutic Intervention:

### Planned Intervention:

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 05/19/2022 11:25 AM

CONFIDENTIAL                    EQUIP 000219



### EQUIP COUNSELING, PLLC

### PROGRESS NOTES

| | |
|---|---|
| Client: Ronda McNae (RM00093) | Birth Date: 04/04/1986 |
| Creation Date: 05/19/2022 11:26 AM | |
| Service Date: 12/20/2021 02:00 PM - 03:00 PM | Duration: 60 minutes |
| Provider(s): Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | |
| Insurer(s): | |
| Place Of Service: Office | CPT Code:      Case # RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | expansive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

### Diagnostic Impressions:

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

### Focus of Session:

Client presents to in person session all within normal limits. She is able to articulate and process most pertinent issues. She reports on physical health- reportedly off steroids and off antibiotics but still is experiencing ear pain. Client reports continued fragmented and intrusive memories from the reported assault in FL. Will continue to support Client while also supporting healthy coping strategies and balance. No danger assessed.

### Therapeutic Intervention:


### Planned Intervention:

Will continue previously stated interventions decided on collaboratively with client.


Return Appointment:


Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 06/10/2022 03:31 PM

CONFIDENTIAL                    EQUIP 000220



## EQUIP COUNSELING, PLLC
### PROGRESS NOTES

Client:  Ronda McNae (RM00093)                                          Birth Date:   04/04/1986
Creation Date:   05/19/2022 11:32 AM
Service Date:   12/14/2021 11:00 AM - 12:00 PM                          Duration:    60 minutes
Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:   Office                              CPT Code:          Case #    RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | expansive | Mood: | wnl |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**
Client and partner present to in person session all within normal limits. She is able to articulate and process most pertinent issues. Both are engaged and participate in session as they reflect on communication, care for partner's Mother, issues with inlaws and next best steps. Both are reflective and introspective as they discuss expectations and support. No danger assessed.

**Therapeutic Intervention:**

**Planned Intervention:**
Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 05/19/2022 11:34 AM



## EQUIP COUNSELING, PLLC
### PROGRESS NOTES

Client:  Ronda McNae (RM00093)                     Birth Date:   04/04/1986

Creation Date:   05/19/2022 01:05 PM

Service Date:   05/19/2022 10:00 AM - 11:00 AM          Duration:   60 minutes

Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)

Insurer(s):

Place Of Service:   Office              CPT Code:          Case #   RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | up and down | Mood: | wnl |
| Thought Process: | goal directed | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to in person session outside normal limits- she is on the phone when entering the room. I give her time and space to finish the call (call is not on speaker). She is able to articulate and process most pertinent issues specifically related continued pursuit for justice. Client reports on phone call yesterday with three lawyers, consulting about her case. Partner joins for the last 25 mins and they are able to process upcoming phone call with Microsoft employee relations. Will continue to support Client while also supporting healthy coping strategies and balance. No danger assessed.

**Therapeutic Intervention:**

**Planned Intervention:**
Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:



## EQUIP COUNSELING, PLLC

### PROGRESS NOTES

2

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 05/19/2022 01:05 PM | | |
| Service Date: | 05/19/2022 10:00 AM - 11:00 AM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # RMC2000 |

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 05/19/2022 01:09 PM



## EQUIP COUNSELING, PLLC
### PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 05/19/2022 01:11 PM | | |
| Service Date: | 12/08/2021 11:00 AM - 12:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #   RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | up and down | Mood: | wnl |
| Thought Process: | circumstantial | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | wnl |
| Sleep: | wnl | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**
Client and partner present to in person all within normal limits. Both are able to be engaged, introspective and reflective. Client does more of the talking and expresses continued desire for partner to be more supportive of her pursuit for justice. No danger assessed.

**Therapeutic Intervention:**


**Planned Intervention:**
Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 06/10/2022 03:34 PM

CONFIDENTIAL                    EQUIP 000224



## EQUIP COUNSELING, PLLC
### PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 05/19/2022 01:15 PM | | |
| Service Date: | 12/06/2021 10:00 AM - 11:00 AM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | up and down | Mood: | wnl |
| Thought Process: | organized | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to in person session within normal limits. She is able to articulate and process most pertinent issues specifically related to her relationship. She is able to reflect on partner's style of communication. Will continue to support Client while also supporting healthy coping strategies and balance. No danger assessed.

**Therapeutic Intervention:**


**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.


Return Appointment:


Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 05/19/2022 01:23 PM



## EQUIP COUNSELING, PLLC

### PROGRESS NOTES

| | |
|---|---|
| Client: Ronda McNae (RM00093) | Birth Date: 04/04/1986 |
| Creation Date: 05/19/2022 01:19 PM | |
| Service Date: 12/06/2021 01:00 PM - 02:00 PM | Duration: 60 minutes |
| Provider(s): Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | |
| Insurer(s): | |
| Place Of Service: Office | CPT Code: | Case # RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | WNL | Mood: | WNL |
| Thought Process: | WNL | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client's partner presents to session all within normal limits. He comes to therapy to process best ways to support Client. Client is engaged, reflective and introspective. No danger assessed.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

**Return Appointment:**

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 05/19/2022 01:20 PM



## EQUIP COUNSELING, PLLC
### PROGRESS NOTES

Client:  Ronda McNae (RM00093)                          Birth Date:    04/04/1986

Creation Date:    05/19/2022 01:21 PM

Service Date:    12/01/2021 10:00 AM - 11:00 AM                Duration:    60 minutes

Provider(s):    Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)

Insurer(s):

Place Of Service:    Office                    CPT Code:            Case #    RMC2000

| | | | | |
|---|---|---|---|---|
| Appearance: | WNL | | Orientation: | WNL |
| Behavior: | WNL | | Speech: | rapid |
| Affect: | up and down | | Mood: | wnl |
| Thought Process: | goal directed | | Thought Content: | WNL |
| Perception: | WNL | | Judgment: | WNL |
| Insight: | WNL | | Appetite: | unclear |
| Sleep: | erratic | | | |
| Suicidality | Not Present | | Homicidality | Not Present |

### Diagnostic Impressions:

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

### Focus of Session:

Client presents to in person session within normal limits. She is able to articulate and process most pertinent issues. She reflects on therapy session with partner yesterday. Client also reflects on conflict with inlaws and reports that a moderator will be used to help. Will continue to support Client while also supporting healthy coping strategies and balance. No danger assessed.

### Therapeutic Intervention:


### Planned Intervention:

Will continue previously stated interventions decided on collaboratively with client.


Return Appointment:


Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 05/19/2022 01:23 PM

CONFIDENTIAL                    EQUIP 000227



## EQUIP COUNSELING, PLLC
### PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 05/19/2022 01:24 PM | | |
| Service Date: | 11/18/2021 11:00 AM - 12:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #  RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | up and down | Mood: | wnl |
| Thought Process: | goal directed | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to in person session all within normal limits. She is able to articulate and process most pertinent issues. She reflects on recent trip with family and communication with partner. Will continue to support Client while also supporting healthy coping strategies and balance. No danger assessed.

**Therapeutic Intervention:**


**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.


Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 05/19/2022 01:25 PM

CONFIDENTIAL                    EQUIP 000228



## EQUIP COUNSELING, PLLC

### PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 05/20/2022 04:01 PM | | |
| Service Date: | 03/15/2021 11:00 AM - 12:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #  RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | up and down | Mood: | wnl |
| Thought Process: | goal directed | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to in person session all within normal limits. She is able to articulate and process most pertinent issues. Client is reflective, introspective and emotional. Will continue to support Client while also supporting healthy coping strategies and balance. No danger assessed.

**Therapeutic Intervention:**


**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.


Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 05/20/2022 04:03 PM

CONFIDENTIAL                    EQUIP 000229



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| **Client:** Ronda McNae (RM00093) | | **Birth Date:** 04/04/1986 | |
| **Creation Date:** 05/20/2022 04:03 PM | | | |
| **Service Date:** 03/12/2021 10:00 AM - 11:00 AM | | **Duration:** 60 minutes | |
| **Provider(s):** Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | | |
| **Insurer(s):** | | | |
| **Place Of Service:** Office | **CPT Code:** | **Case #** | **RMC2000** |

| | | | |
|---|---|---|---|
| **Appearance:** | WNL | **Orientation:** | WNL |
| **Behavior:** | WNL | **Speech:** | rapid |
| **Affect:** | up and down | **Mood:** | wnl |
| **Thought Process:** | goal directed | **Thought Content:** | WNL |
| **Perception:** | WNL | **Judgment:** | WNL |
| **Insight:** | WNL | **Appetite:** | unclear |
| **Sleep:** | erratic | | |
| **Suicidality** | Not Present | **Homicidality** | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to in person session within normal limits. She is alert, engaged, and able to articulate and process most pertinent issues specifically related her marriage, parenting, symptoms consistent with PTSD. Client while also supporting healthy coping strategies and balance. No danger assessed.

**Therapeutic Intervention:**


**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.


Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 05/20/2022 04:04 PM



**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

| | | | |
|---|---|---|---|
| Client:  Ronda McNae (RM00093) | | Birth Date: | 04/04/1986 |
| Creation Date:   05/20/2022 04:04 PM | | | |
| Service Date:   03/11/2021 11:00 AM - 12:00 PM | | Duration: | 60 minutes |
| Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | | |
| Insurer(s): | | | |
| Place Of Service:   Office | CPT Code: | Case # | RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | appropriate to situation | Mood: | wnl |
| Thought Process: | goal directed | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to in person session all within normal limits. She is eager to articulate and process most pertinent issues. She reports on care for MIL and it's impact on herself and her marriage. She processes next best steps. She reports that she has been experiencing increased hypervigilance and 3 separate gagging episodes in response to triggering events. Will continue to support Client while also supporting healthy coping strategies and balance. No danger assessed.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

**Return Appointment:**

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 05/20/2022 04:07 PM                    CONFIDENTIAL                    EQUIP 000231



## EQUIP COUNSELING, PLLC
### PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 05/20/2022 04:08 PM | | |
| Service Date: | 02/25/2021 11:00 AM - 12:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #   RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | up and down | Mood: | wnl |
| Thought Process: | organized | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to in person session all within normal limits. She is engaged and able to articulate and process most pertinent issues. Client is reflective about current stressors and her ability to process. NO SI/HI at this time.

**Therapeutic Intervention:**

Will continue to support client as she works towards integration of best self as defined by client.

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 05/20/2022 04:12 PM

CONFIDENTIAL          EQUIP 000232



**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

1

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 05/20/2022 04:13 PM | | |
| Service Date: | 02/15/2021 11:00 AM - 12:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | wnl |
| Affect: | up and down | Mood: | wnl |
| Thought Process: | goal directed | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | wnl | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client and partner present to in person session all within normal limits. We all wear masks. Client is able to articulate and process most pertinent issues specifically related to care for MIL. Both are engaged, reflective and introspective about next best steps including possible filing of VPO (vulnerable protection order). No danger assessed.

**Therapeutic Intervention:**

Will continue to support Client while also supporting healthy coping strategies and balance.

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

**Return Appointment:**

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 05/20/2022 04:19 PM

CONFIDENTIAL                    EQUIP 000233



## EQUIP COUNSELING, PLLC

### PROGRESS NOTES

Client:  Ronda McNae (RM00093)                                     Birth Date:   04/04/1986

Creation Date:   05/20/2022 04:20 PM

Service Date:   02/11/2021 01:00 PM - 02:00 PM                     Duration:   60 minutes

Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)

Insurer(s):

Place Of Service:   Office                           CPT Code:           Case #   RMC2000

| | | | | |
|---|---|---|---|---|
| Appearance: | WNL | | Orientation: | WNL |
| Behavior: | WNL | | Speech: | rapid |
| Affect: | up and down | | Mood: | wnl |
| Thought Process: | goal directed | | Thought Content: | WNL |
| Perception: | WNL | | Judgment: | WNL |
| Insight: | WNL | | Appetite: | unclear |
| Sleep: | erratic | | | |
| Suicidality | Not Present | | Homicidality | Not Present |

### Diagnostic Impressions:

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

### Focus of Session:

Client presents to in person session all within normal limits. She is able to articulate and process most pertinent issues. She is able to reflect on current coping strategies and their efficacy. She reports on marriage and continued care for MIL. She becomes dysregulated in session but is able to be re-grounded by self. No danger assessed.

### Therapeutic Intervention:

Will continue to support Client while also supporting healthy coping strategies and balance.

### Planned Intervention:

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 05/20/2022 04:23 PM



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

Client:  Ronda McNae (RM00093)                          Birth Date:    04/04/1986

Creation Date:    05/20/2022 04:23 PM

Service Date:    02/05/2021 01:00 PM - 02:00 PM                          Duration:    60 minutes

Provider(s):    Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)

Insurer(s):

Place Of Service:    Office                          CPT Code:          Case #    RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | verbose |
| Affect: | up and down | Mood: | wnl |
| Thought Process: | goal directed | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

## Diagnostic Impressions:

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

## Focus of Session:

Client presents to in person session all within normal limits. She is able to articulate and process most pertinent issues specifically related to continued pursuit for justice. Client reports continued search for understanding of her trauma through podcasts, books, etc. Client becomes dysregulated in session but is able to ground self. Will continue to support Client while also supporting healthy coping strategies and balance. No danger assessed.

## Therapeutic Intervention:


## Planned Intervention:

Will continue previously stated interventions decided on collaboratively with client.


Return Appointment:


Staff Signature: *Sarah Dellinger*

Owner Sarah Dellinger, MS, LMFTA Therapist

I approve this document

Signed: 05/20/2022 04:25 PM

CONFIDENTIAL                          EQUIP 000235



## EQUIP COUNSELING, PLLC

### PROGRESS NOTES

**Client:** Ronda McNae (RM00093)  **Birth Date:** 04/04/1986

**Creation Date:** 05/20/2022 04:26 PM

**Service Date:** 02/01/2021 01:00 PM - 02:00 PM  **Duration:** 60 minutes

**Provider(s):** Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)

**Insurer(s):**

**Place Of Service:** Office  **CPT Code:**  **Case #** RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | up and down | Mood: | wnl |
| Thought Process: | goal directed | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

### Diagnostic Impressions:

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

### Focus of Session:

Client presents to in person session all within normal limits. She is able to articulate and process most pertinent issues specifically related to care for MIL, marriage, parenting, and coping. Client is able to reflect on most recent developments. Will continue to support Client while also supporting healthy coping strategies and balance. No danger assessed.

### Therapeutic Intervention:

### Planned Intervention:

Will continue previously stated interventions decided on collaboratively with client.

### Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 05/20/2022 04:28 PM



# EQUIP COUNSELING, PLLC
## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 05/20/2022 04:28 PM | | |
| Service Date: | 01/27/2021 11:00 AM - 12:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #  RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | expansive | Mood: | wnl |
| Thought Process: | goal directed | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**
Client presents to in person session all within normal limits. She is able to articulate and process most pertinent issues specifically related to continued pursuit for understanding of her trauma. She is engaged, reflective and introspective about increased symptomology consistent with PTSD. She reports on 'gagging' episodes and processes her ability to cope. No danger assessed.

**Therapeutic Intervention:**
Will continue to support client as she works towards integration of best self as defined by client. NO SI/HI at this time.

**Planned Intervention:**
Will continue previously stated interventions decided on collaboratively with client.

**Return Appointment:**

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 05/20/2022 04:32 PM                    CONFIDENTIAL                    EQUIP 000237



## EQUIP COUNSELING, PLLC
### PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 05/20/2022 04:39 PM | | |
| Service Date: | 01/25/2021 01:00 PM - 02:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #   RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | wnl |
| Affect: | up and down | Mood: | wnl |
| Thought Process: | goal directed | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

### Diagnostic Impressions:

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

### Focus of Session:

Client presents to in person session all within normal limits. She is able to articulate and process most pertinent issues specifically related to continued pursuit of justice. She is engaged, reflective and introspective. Client is able to process current coping skills and their efficacy. No danger assessed. No danger assessed.

### Therapeutic Intervention:

Will continue to support client as he works towards integration of best self as defined by client. NO SI/HI at this time.

### Planned Intervention:

Will continue previously stated interventions decided on collaboratively with client.

### Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 05/20/2022 04:41 PM



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 05/20/2022 04:41 PM | | |
| Service Date: | 01/22/2021 12:00 PM - 01:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #   RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | wnl |
| Affect: | up and down | Mood: | wnl |
| Thought Process: | goal directed | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

## Diagnostic Impressions:

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

## Focus of Session:

Client and partner present to in person session all within normal limits. We all wear masks. Client is able to articulate and process most pertinent issues specifically related to continued care for MIL. They are both engaged, reflective and introspective. They are able to discuss communication skills between one another and where it could improve. No danger assessed.

## Therapeutic Intervention:

Will continue to encourage client to explore client's coping skills and personal growth. No SI/HI at this time.

## Planned Intervention:

Will continue previously stated interventions decided on collaboratively with client.

## Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 05/20/2022 04:44 PM                 CONFIDENTIAL                 EQUIP 000239



**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

Client:  Ronda McNae (RM00093)                          Birth Date:  04/04/1986

Creation Date:  05/20/2022 04:46 PM

Service Date:  01/19/2021 12:00 PM - 01:00 PM          Duration:  60 minutes

Provider(s):  Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)

Insurer(s):

Place Of Service:  Office                    CPT Code:          Case #   RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | up and down | Mood: | wnl |
| Thought Process: | goal directed | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to in person session all within normal limits. She is able to articulate and process most pertinent issues specifically related to continued pursuit of justice, care for MIL, and symptoms consistent with PTSD. She is engaged, reflective and introspective. She reports current coping skills and their efficacy. No danger assessed.

**Therapeutic Intervention:**

Will continue to encourage client to explore client's desire for autonomy and personal growth.

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

**Return Appointment:**

Staff Signature: *Sarah Dellinger*

Owner Sarah Dellinger, MS, LMFTA Therapist

I approve this document

Signed: 05/20/2022 04:49 PM

CONFIDENTIAL                    EQUIP 000240



# EQUIP COUNSELING, PLLC
## PROGRESS NOTES

| | | | |
|---|---|---|---|
| **Client:** | Ronda McNae (RM00093) | **Birth Date:** | 04/04/1986 |
| **Creation Date:** | 05/20/2022 04:49 PM | | |
| **Service Date:** | 01/15/2021 01:00 PM - 02:00 PM | **Duration:** | 60 minutes |
| **Provider(s):** | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| **Insurer(s):** | | | |
| **Place Of Service:** | Office | **CPT Code:** | **Case #** RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | wnl |
| Affect: | up and down | Mood: | wnl |
| Thought Process: | goal directed | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client and partner present to in person session all within normal limits. We all wear masks. Client is able to articulate and process most pertinent issues specifically related to care for MIL, pursuit for justice, and desire for understanding from partner. Both are engaged, reflective and introspective. No danger assessed.

**Therapeutic Intervention:**


**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.


Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 05/20/2022 04:52 PM



**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

| | | | |
|---|---|---|---|
| **Client:** Ronda McNae (RM00093) | | **Birth Date:** 04/04/1986 | |
| **Creation Date:** 05/20/2022 04:52 PM | | | |
| **Service Date:** 01/11/2021 01:00 PM - 02:00 PM | | **Duration:** 60 minutes | |
| **Provider(s):** Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | | |
| **Insurer(s):** | | | |
| **Place Of Service:** Office | **CPT Code:** | **Case #** | **RMC2000** |

| | | | |
|---|---|---|---|
| **Appearance:** | WNL | **Orientation:** | WNL |
| **Behavior:** | WNL | **Speech:** | wnl |
| **Affect:** | up and down | **Mood:** | wnl |
| **Thought Process:** | goal directed | **Thought Content:** | WNL |
| **Perception:** | WNL | **Judgment:** | WNL |
| **Insight:** | WNL | **Appetite:** | unclear |
| **Sleep:** | erratic | | |
| **Suicidality** | Not Present | **Homicidality** | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to in person session all within normal limits. She is able to articulate and process most pertinent issues specifically related to continued pursuit for understanding of her trauma. She continues to seek understanding from books, podcasts, other lawsuits. She is engaged, reflective and introspective about increased symptomology consistent with PTSD. She reports on 'gagging' episodes and processes her ability to cope. No danger assessed.

**Therapeutic Intervention:**


**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.


Return Appointment:


Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 05/20/2022 04:54 PM

CONFIDENTIAL                    EQUIP 000242



## EQUIP COUNSELING, PLLC

### PROGRESS NOTES

| | | | |
|---|---|---|---|
| **Client:** Ronda McNae (RM00093) | | **Birth Date:** | 04/04/1986 |
| **Creation Date:** 05/20/2022 04:54 PM | | | |
| **Service Date:** 01/08/2021 10:00 AM - 11:00 AM | | **Duration:** | 60 minutes |
| **Provider(s):** Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | | |
| **Insurer(s):** | | | |
| **Place Of Service:** Office | **CPT Code:** | **Case #** | RMC2000 |

| | | | |
|---|---|---|---|
| **Appearance:** | WNL | **Orientation:** | WNL |
| **Behavior:** | WNL | **Speech:** | WNL |
| **Affect:** | up and down | **Mood:** | wnl |
| **Thought Process:** | goal directed | **Thought Content:** | WNL |
| **Perception:** | WNL | **Judgment:** | WNL |
| **Insight:** | WNL | **Appetite:** | unclear |
| **Sleep:** | erratic | | |
| **Suicidality** | Not Present | **Homicidality** | Not Present |

### Diagnostic Impressions:

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

### Focus of Session:

Client presents to in person session all within normal limits. She is able to articulate and process most pertinent issues. She is engaged, reflective and introspective. No danger assessed.

### Therapeutic Intervention:

### Planned Intervention:

Will continue previously stated interventions decided on collaboratively with client.

### Return Appointment:

**Staff Signature:** *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 05/20/2022 04:59 PM

CONFIDENTIAL                    EQUIP 000243



## EQUIP COUNSELING, PLLC
### PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 05/20/2022 04:59 PM | | |
| Service Date: | 01/04/2021 11:00 AM - 12:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | wnl |
| Affect: | up and down | Mood: | wnl |
| Thought Process: | goal directed | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | erratic | | |
| Suicidality: | Not Present | Homicidality: | Not Present |

### Diagnostic Impressions:

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

### Focus of Session:

Client presents to in person session all within normal limits. She is able to articulate and process most pertinent issues specifically related to care for MIL, pursuit for justice, current ability to cope. She is engaged, reflective and introspective about increased symptomology consistent with PTSD. She reports on 'gagging' episodes and processes her ability to cope. No danger assessed.

### Therapeutic Intervention:

### Planned Intervention:

Will continue previously stated interventions decided on collaboratively with client.

### Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 05/20/2022 05:14 PM



## EQUIP COUNSELING, PLLC

### PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 05/20/2022 05:15 PM | | |
| Service Date: | 12/17/2020 02:00 PM – 03:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | up and down | Mood: | wnl |
| Thought Process: | goal directed | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client and partner present to in person session all within normal limits. Client is able to reflect on increased stress and 'crazy anxiety' recently due to care for MIL and distress with inlaws. Both are able to reflect on best next steps including potential change of power of attorney. Both are able to engaged, reflective and introspective. No danger assessed.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 05/20/2022 05:18 PM

CONFIDENTIAL                    EQUIP 000245



## EQUIP COUNSELING, PLLC
### PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 05/20/2022 05:19 PM | | |
| Service Date: | 12/14/2020 11:00 AM - 12:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #   RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | wnl |
| Affect: | up and down | Mood: | wnl |
| Thought Process: | goal directed | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to in person session all within normal limits. She is able to articulate and process most pertinent issues specifically related to care for MIL, marriage, expectations of others. She is engaged, reflective and introspective about increased symptomology consistent with PTSD. She reports on 'gagging' episodes and processes her ability to cope. No danger assessed.

**Therapeutic Intervention:**


**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.


Return Appointment:


Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 05/20/2022 05:20 PM

CONFIDENTIAL                     EQUIP 000246



## EQUIP COUNSELING, PLLC

### PROGRESS NOTES

1

| | |
|---|---|
| Client:  Ronda McNae (RM00093) | Birth Date:  04/04/1986 |
| Creation Date:  05/20/2022 05:20 PM | |
| Service Date:  12/11/2020 12:00 PM - 01:00 PM | Duration:  60 minutes |
| Provider(s):  Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | |
| Insurer(s): | |
| Place Of Service:  Office | CPT Code:        Case #   RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | wnl |
| Affect: | up and down | Mood: | wnl |
| Thought Process: | goal directed | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to in person session all within normal limits. She is able to articulate and process most pertinent issues. She is engaged, reflective and introspective. No danger assessed.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

**Return Appointment:**

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 05/20/2022 05:21 PM



## EQUIP COUNSELING, PLLC
### PROGRESS NOTES

| | |
|---|---|
| Client: Ronda McNae (RM00093) | Birth Date: 04/04/1986 |
| Creation Date: 05/20/2022 05:21 PM | |
| Service Date: 12/09/2020 10:00 AM - 11:00 AM | Duration: 60 minutes |
| Provider(s): Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | |
| Insurer(s): | |
| Place Of Service: Office | CPT Code: Case # RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | emotional | Mood: | wnl |
| Thought Process: | circumstantial | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | disturbed | | |
| Suicidality | Not Present | Homicidality | Not Present |

### Diagnostic Impressions:

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

### Focus of Session:

Client presents to in person session all within normal limits. She is able to articulate and process increased symptomology consistent with PTSD- specifically gagging, hypervigilance, intrusive thoughts, and sleep disturbance. Client is able to identify current coping, efficacy and next best steps. No danger assessed.

### Therapeutic Intervention:

### Planned Intervention:
Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 05/20/2022 05:24 PM



## EQUIP COUNSELING, PLLC
### PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: Ronda McNae (RM00093) | | Birth Date: | 04/04/1986 |
| Creation Date: 05/23/2022 04:13 PM | | | |
| Service Date: 05/23/2022 10:00 AM – 11:00 AM | | Duration: | 60 minutes |

Provider(s): Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)

Insurer(s):

| Place Of Service: Office | CPT Code: | Case # | RMC2000 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | up and down | Mood: | wnl |
| Thought Process: | goal directed | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client and partner present to in person session all within normal limits. She is able to articulate and process most pertinent issues specifically related continued pursuit for justice. Both are able to reflect on recent call with Microsoft and partner's employee relations rep. Client reflects on how stressful NDA continues to be and their desire to have Microsoft help dissolve it so as to reduce impact. Client and partner continue to seek more understanding around manipulation, power dynamics, and antisocial personality disorders. I reiterate that I am willing to educate but not align or label. Both nod in agreement. No danger assessed.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

| | | | | |
|---|---|---|---|---|
| Client: | Ronda McNae (RM00093) | | Birth Date: | 04/04/1986 |
| Creation Date: | 05/23/2022 04:13 PM | | | |
| Service Date: | 05/23/2022 10:00 AM - 11:00 AM | | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | | |
| Insurer(s): | | | | |
| Place Of Service: | Office | | CPT Code: | Case #   RMC2000 |

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 05/23/2022 04:37 PM



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 06/02/2022 04:26 PM | | |
| Service Date: | 06/02/2022 10:00 AM - 11:00 AM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #    RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | up and down | Mood: | wnl |
| Thought Process: | goal directed | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

## Diagnostic Impressions:

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

## Focus of Session:

Client and partner present to in person session all within normal limits. Client is emotional upon onset of session and she is able to articulate and process most pertinent issues specifically related to communication with spouse. Both are able to reflect on reflective and introspective re: fear and what support looks like. No danger assessed.

## Therapeutic Intervention:

## Planned Intervention:

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 06/02/2022 04:28 PM

CONFIDENTIAL                    EQUIP 000251



# EQUIP COUNSELING, PLLC
## PROGRESS NOTES

| | | | |
|---|---|---|---|
| **Client:** Ronda McNae (RM00093) | | **Birth Date:** | 04/04/1986 |
| **Creation Date:** 06/02/2022 04:28 PM | | | |
| **Service Date:** 05/31/2022 10:00 AM - 11:00 AM | | **Duration:** | 60 minutes |
| **Provider(s):** Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | | |
| **Insurer(s):** | | | |
| **Place Of Service:** Office | **CPT Code:** | **Case #** | **RMC2000** |

| | | | |
|---|---|---|---|
| **Appearance:** | WNL | **Orientation:** | WNL |
| **Behavior:** | WNL | **Speech:** | WNL |
| **Affect:** | up and down | **Mood:** | wnl |
| **Thought Process:** | goal directed | **Thought Content:** | WNL |
| **Perception:** | WNL | **Judgment:** | WNL |
| **Insight:** | WNL | **Appetite:** | unclear |
| **Sleep:** | WNL | | |
| **Suicidality** | Not Present | **Homicidality** | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to session all within normal limits. She is able to process most pertinent issues specifically related to her continued pursuit for justice and emotional stability. Client reports re: article in Business Insider and the culture. Client is engaged, reflective and introspective. She reports on current emotional lability, flashbacks, nightmares, and coping. No danger assessed.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 06/10/2022 03:45 PM

CONFIDENTIAL                    EQUIP 000252



# EQUIP COUNSELING, PLLC
## PROGRESS NOTES

| | |
|---|---|
| Client:  Ronda McNae (RM00093) | Birth Date:  04/04/1986 |
| Creation Date:  06/07/2022 01:24 PM | |
| Service Date:  06/06/2022 10:00 AM - 11:00 AM | Duration:  60 minutes |
| Provider(s):  Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | |
| Insurer(s): | |
| Place Of Service:  Office | CPT Code:      Case #   RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | up and down | Mood: | wnl |
| Thought Process: | goal directed | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to in person session all within normal limits. Client reports on most pertinent issues that include marriage, parenting, pursuit for justice, and mental health. Client reports that husband is out of town for work and continues to question his level of support. Client is able to be reflective and introspective; she reports on being dysregulated over the weekend but identifies that gardening is helpful. No danger assessed.

**Therapeutic Intervention:**

**Planned Intervention:**
Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 06/10/2022 03:44 PM

CONFIDENTIAL                    EQUIP 000253

**EQUIP COUNSELING, PLLC**                                                    1

**PROGRESS NOTES**

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 06/10/2022 10:48 AM | | |
| Service Date: | 06/10/2022 10:00 AM - 11:00 AM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #   RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | up and down | Mood: | wnl |
| Thought Process: | goal directed | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to in person session all within normal limits. Client reports on most pertinent issues that include continued psychoeducation re: trauma and healing. Client reports that husband returned early from business trip and reflects on her coping while he was away. Client reflects on continued frustration re: Microsoft culture and the pressure felt to sign the NDA. Client is able to process next steps if she is unable to find a lawyer to take her case in CA. No danger assessed.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

**Return Appointment:**

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 06/10/2022 10:51 AM                 CONFIDENTIAL                 EQUIP 000254



## EQUIP COUNSELING, PLLC
### PROGRESS NOTES

Client:  Ronda McNae (RM00093)                    Birth Date:    04/04/1986
Creation Date:    06/10/2022 03:07 PM
Service Date:    12/04/2020 12:00 PM - 01:00 PM          Duration:    60 minutes
Provider(s):    Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:    Office                    CPT Code:          Case #    RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | up and down | Mood: | wnl |
| Thought Process: | goal directed | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

## Diagnostic Impressions:

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

## Focus of Session:
Client presents to in person session all within normal limits. Client reports on most pertinent issues that include the health of husband's Mom- she reports that MIL has COVID. She also reports on continued distress with in-laws and care of MIL. Client is reflective and introspective about the unrest and next best steps. No danger assessed.

## Therapeutic Intervention:


## Planned Intervention:
Will continue previously stated interventions decided on collaboratively with client.


Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 06/10/2022 03:09 PM

CONFIDENTIAL                    EQUIP 000255



**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

| | |
|---|---|
| Client:   Ronda McNae (RM00093) | Birth Date:   04/04/1986 |

Creation Date:   06/10/2022 03:09 PM

| | |
|---|---|
| Service Date:   12/01/2020 02:00 PM - 03:00 PM | Duration:   60 minutes |

Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)

Insurer(s):

| | | |
|---|---|---|
| Place Of Service:   Office | CPT Code: | Case #   RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | WNL | Mood: | wnl |
| Thought Process: | goal directed | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to in person session all within normal limits. Client reports on most pertinent issues that include mental health, marriage, care for MIL, and parenting. Client is reflective and introspective. Client continues to struggle with disruptive symptoms consistent with PTSD including intrusive thoughts, flashbacks, gagging and hyperarousal. No danger assessed.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 06/10/2022 03:11 PM

CONFIDENTIAL                EQUIP 000256

## EQUIP COUNSELING, PLLC

### PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 06/10/2022 03:12 PM | | |
| Service Date: | 11/30/2020 11:00 AM - 12:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | up and down | Mood: | wnl |
| Thought Process: | goal directed | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to in person session all within normal limits. Client reports on most pertinent issues that include recent trip out of town for Thanksgiving, her ability to connect with children and her thoughts about the upcoming Christmas holiday plans. Client reflects on recent connections made about traumatic events from the year prior and becomes emotional while remembering that husband asked "was it an assault?" Client is reflective and introspective. No danger assessed.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

**Return Appointment:**

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 06/10/2022 03:15 PM                CONFIDENTIAL                EQUIP 000257



## EQUIP COUNSELING, PLLC
### PROGRESS NOTES

| | | | |
|---|---|---|---|
| **Client:** Ronda McNae (RM00093) | | **Birth Date:** | 04/04/1986 |

**Creation Date:** 06/10/2022 03:16 PM

**Service Date:** 11/19/2020 01:00 PM - 02:00 PM     **Duration:** 60 minutes

**Provider(s):** Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)

**Insurer(s):**

| **Place Of Service:** Office | **CPT Code:** | **Case #** RMC2000 |
|---|---|---|

| | | | |
|---|---|---|---|
| **Appearance:** | WNL | **Orientation:** | WNL |
| **Behavior:** | WNL | **Speech:** | WNL |
| **Affect:** | wnl | **Mood:** | wnl |
| **Thought Process:** | goal directed | **Thought Content:** | WNL |
| **Perception:** | WNL | **Judgment:** | WNL |
| **Insight:** | WNL | **Appetite:** | unclear |
| **Sleep:** | WNL | | |
| **Suicidality** | Not Present | **Homicidality** | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client and partner present to in person session all within normal limits. Client reports on most pertinent issues that include continued care for MIL. Client reports on desire to change POA and partner is able to process his feelings. Both are able to be reflective and introspective. No danger assessed.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

**Return Appointment:**

**Staff Signature:** *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 06/10/2022 03:17 PM

CONFIDENTIAL                    EQUIP 000258



## EQUIP COUNSELING, PLLC
### PROGRESS NOTES

Client:  Ronda McNae (RM00093)                                          Birth Date:    04/04/1986

Creation Date:    06/10/2022 03:18 PM

Service Date:    11/18/2020 10:00 AM - 11:00 AM                         Duration:    60 minutes

Provider(s):    Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)

Insurer(s):

Place Of Service:    Office                                CPT Code:          Case #    RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | up and down | Mood: | wnl |
| Thought Process: | goal directed | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client and partner present to in person session all within normal limits. Client is able to reflective and introspective about continued care for MIL. She continues to process desire to change POA to reflect partner as POA. Both are able to share and communicate their positions. No danger assessed.

**Therapeutic Intervention:**


**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.


Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 06/10/2022 03:21 PM



## EQUIP COUNSELING, PLLC
### PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 06/14/2022 11:45 AM | | |
| Service Date: | 06/13/2022 11:00 AM - 12:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | WNL | Mood: | wnl |
| Thought Process: | goal directed | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to in person session all within normal limits. Client reports on most pertinent issues that include continued psychoeducation re: trauma and healing including Chanel Miller, Brene Brown and Glennon Doyle. Client reports on conversations with BI reporter and feelings related. Client reflects on husband's level of support at this time. No danger assessed.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 06/14/2022 11:47 AM



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

**Client:** Ronda McNae (RM00093)    **Birth Date:** 04/04/1986

**Creation Date:** 06/22/2022 02:27 PM

**Service Date:** 06/22/2022 10:00 AM - 11:00 AM    **Duration:** 60 minutes

**Provider(s):** Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)

**Insurer(s):**

**Place Of Service:** Office    **CPT Code:**    **Case #** RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | WNL | Mood: | wnl |
| Thought Process: | goal directed | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client and partner presents to in person session all within normal limits. Client reports on most pertinent issues that include meeting with 'celebrity' yesterday. She reflects on her ability to regulate when becoming dysregulated. Partner reflects on his call with Microsoft HR and they both process where they stand now. We discuss boundaries, communication and self-care. No danger assessed.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

**Return Appointment:**

Staff Signature: *Sarah Dellinger*

Owner Sarah Dellinger, MS, LMFTA Therapist

I approve this document

Signed: 06/22/2022 02:29 PM

CONFIDENTIAL                    EQUIP 000261



**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

| | | | | |
|---|---|---|---|---|
| Client: | Ronda McNae (RM00093) | | Birth Date: | 04/04/1986 |
| Creation Date: | 06/22/2022 02:30 PM | | | |
| Service Date: | 06/20/2022 10:00 AM - 11:00 AM | | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | | |
| Insurer(s): | | | | |
| Place Of Service: | Office | CPT Code: | Case # | RMC2000 |

| | | | | |
|---|---|---|---|---|
| Appearance: | WNL | | Orientation: | WNL |
| Behavior: | WNL | | Speech: | WNL |
| Affect: | WNL | | Mood: | wnl |
| Thought Process: | goal directed | | Thought Content: | WNL |
| Perception: | WNL | | Judgment: | WNL |
| Insight: | WNL | | Appetite: | unclear |
| Sleep: | WNL | | | |
| Suicidality | Not Present | | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to in person session all within normal limits. Client is writing in her journal at the onset of session- I give her time/space to finish her thought. Client reports on most pertinent issues specifically related to her weekend and ability to find 'joy' while playing in an adult soccer game. Client is reflective and introspective about connections made. No danger assessed.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 06/22/2022 02:32 PM

CONFIDENTIAL                    EQUIP 000262



**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

| | | | | |
|---|---|---|---|---|
| Client: | Ronda McNae (RM00093) | | Birth Date: | 04/04/1986 |
| Creation Date: | 06/22/2022 02:33 PM | | | |
| Service Date: | 06/16/2022 10:00 AM - 11:00 AM | | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | | |
| Insurer(s): | | | | |
| Place Of Service: | Office | CPT Code: | Case # | RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | WNL | Mood: | wnl |
| Thought Process: | disorganized | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client and partner presents to in person session all within normal limits. Client reports on most pertinent issues that include ongoing legal issues. Client reads letter from new legal representation from Software One. Client reflects on continued anger towards NDA and desire to dissolve. Client becomes dysregulated and shares about feelings of hopelessness. I assess for SI. she denies. Will checkin.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*

Owner Sarah Dellinger, MS, LMFTA Therapist

I approve this document

Signed: 06/22/2022 02:36 PM

CONFIDENTIAL                    EQUIP 000263



## EQUIP COUNSELING, PLLC
### PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 06/27/2022 05:44 PM | | |
| Service Date: | 06/27/2022 12:00 PM - 01:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | WNL | Mood: | wnl |
| Thought Process: | wnl | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client and partner presents to in person session all within normal limits. Client reports on most pertinent issues that include recent trip over the weekend. She reflects on feelings of hope in the future and her marriage, as well as the ability to recognize ability to do self-care. Partner reflects on his current state with Microsoft and ability to gain more perspective. Both are engaged, reflective and introspective. No danger assessed.

**Therapeutic Intervention:**


**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.


Return Appointment:


Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 06/27/2022 05:47 PM

CONFIDENTIAL                    EQUIP 000264



**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

Client: Ronda McNae (RM00093)      Birth Date: 04/04/1986

Creation Date: 07/02/2022 04:59 PM

Service Date: 07/01/2022 12:00 PM - 01:00 PM      Duration: 60 minutes

Provider(s): Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)

Insurer(s):

Place Of Service: Office      CPT Code:      Case #      RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | WNL | Mood: | wnl |
| Thought Process: | wnl | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to in person session all within normal limits. Client is in good spirits and reflects on new puppies at home. Client reports on most pertinent issues related to her current situation. She reports on meeting with someone who may help her write a book; she reports feeling hopeful with this idea. She reports feeling continued disappointment in the legal system. She is engaged, reflective and introspective. No danger assessed.

**Therapeutic Intervention:**

**Planned Intervention:**

Will continue previously stated interventions decided on collaboratively with client.

Return Appointment:

Staff Signature: *Sarah Dellinger*

Owner Sarah Dellinger, MS, LMFTA Therapist

I approve this document

Signed: 07/02/2022 05:02 PM



## EQUIP COUNSELING, PLLC
### PROGRESS NOTES

| | | | |
|---|---|---|---|
| **Client:** Ronda McNae (RM00093) | | **Birth Date:** | 04/04/1986 |
| **Creation Date:** 09/08/2022 10:27 AM | | | |
| **Service Date:** 09/06/2022 10:00 AM - 11:00 AM | | **Duration:** | 60 minutes |
| **Provider(s):** Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | | |
| **Insurer(s):** | | | |
| **Place Of Service:** Office | **CPT Code:** | **Case #** | **RMC2000** |

| | | | |
|---|---|---|---|
| **Appearance:** | WNL | **Orientation:** | WNL |
| **Behavior:** | WNL | **Speech:** | WNL |
| **Affect:** | labile | **Mood:** | anxious: mild |
| **Thought Process:** | wnl | **Thought Content:** | WNL |
| **Perception:** | WNL | **Judgment:** | WNL |
| **Insight:** | WNL | **Appetite:** | unclear |
| **Sleep:** | WNL | | |
| **Suicidality** | Not Present | **Homicidality** | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**
Client and partner present to in person session all within normal limits. Client reports on most pertinent issues related to her current situation. She becomes dysregulated in session and starts gagging as she reflects on memories from the night in Miami. Both Client and partner discuss best next steps; client reports feeling continued disappointment in the legal system. She is engaged, reflective and introspective and able to be re-grounded after dysregulation. Client is able to process worries and desire for justice. No danger assessed.

**Therapeutic Intervention:**
Upon consultation, I will continue to provide support for Client while encouraging self-care, balance, and exploring window of tolerance for episodic dysregulation.

**Planned Intervention:**


Return Appointment:

**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

2

| | |
|---|---|
| Client: Ronda McNae (RM00093) | Birth Date: 04/04/1986 |
| Creation Date: 09/08/2022 10:27 AM | |
| Service Date: 09/06/2022 10:00 AM - 11:00 AM | Duration: 60 minutes |
| Provider(s): Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | |
| Insurer(s): | |
| Place Of Service: Office | CPT Code: Case # RMC2000 |

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 09/08/2022 04:22 PM

CONFIDENTIAL                    EQUIP 000267



**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

| | | | | |
|---|---|---|---|---|
| Client: | Ronda McNae (RM00093) | | Birth Date: | 04/04/1986 |
| Creation Date: | 09/08/2022 10:37 AM | | | |
| Service Date: | 09/02/2022 11:00 AM - 12:00 PM | | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | | |
| Insurer(s): | | | | |
| Place Of Service: | Office | CPT Code: | Case # | RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | WNL | Mood: | WNL |
| Thought Process: | wnl | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to in person session all within normal limits. Client is in good spirits and very talkative. She reports on most pertinent issues and explores goals. She is engaged, reflective and introspective about recent trip to a writing workshop. Client is able to process next best steps. No danger assessed.

**Therapeutic Intervention:**

Upon consultation, I will continue to provide support for Client while encouraging self-care, balance, and exploring window of tolerance for episodic dysregulation.

**Planned Intervention:**


Return Appointment:


Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 09/08/2022 10:43 AM



# EQUIP COUNSELING, PLLC
## PROGRESS NOTES

| | | | | |
|---|---|---|---|---|
| **Client:** | Ronda McNae (RM00093) | | **Birth Date:** | 04/04/1986 |
| **Creation Date:** | 09/08/2022 10:44 AM | | | |
| **Service Date:** | 08/26/2022 01:00 PM – 02:00 PM | | **Duration:** | 60 minutes |
| **Provider(s):** | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | | |

| | | | | |
|---|---|---|---|---|
| **Insurer(s):** | | | | |
| **Place Of Service:** | Office | **CPT Code:** | **Case #** | RMC2000 |

| | | | |
|---|---|---|---|
| **Appearance:** | WNL | **Orientation:** | WNL |
| **Behavior:** | WNL | **Speech:** | WNL |
| **Affect:** | WNL | **Mood:** | WNL |
| **Thought Process:** | WNL | **Thought Content:** | WNL |
| **Perception:** | WNL | **Judgment:** | WNL |
| **Insight:** | WNL | **Appetite:** | WNL |
| **Sleep:** | WNL | | |
| **Suicidality** | Not Present | **Homicidality** | Not Present |

### Diagnostic Impressions:

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

### Focus of Session:
Client and partner present to in person session all within normal limits. Client reports on most pertinent issues related to her current situation. Client reports continued frustration re: communication with spouse- we discuss. Both Client and spouse are alert, engaged and introspective. Client continues to reflect one her trauma. No danger assessed.

### Therapeutic Intervention:
Upon consultation, I will continue to provide support for Client while encouraging self-care, balance, and exploring window of tolerance for episodic dysregulation.

### Planned Intervention:


Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 09/08/2022 10:48 AM

CONFIDENTIAL                    EQUIP 000268



### EQUIP COUNSELING, PLLC

### PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 09/08/2022 10:48 AM | | |
| Service Date: | 08/23/2022 10:00 AM - 11:00 AM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | emotional | Mood: | anxious: mild |
| Thought Process: | wnl | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

### Diagnostic Impressions:

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

### Focus of Session:

Client presents to in person session mostly within normal limits- she needs to be grounded upon arrival as she get emotional. Client reflects on most recent legal proceedings. Client reports increased dysregulation when thinking about Florida and interactions with MF. We discuss coping, support, next steps. No danger assessed.

### Therapeutic Intervention:

Upon consultation, I will continue to provide support for Client while encouraging self-care, balance, and exploring window of tolerance for episodic dysregulation.

### Planned Intervention:

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 09/08/2022 10:54 AM

CONFIDENTIAL



## EQUIP COUNSELING, PLLC

### PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 09/08/2022 10:54 AM | | |
| Service Date: | 08/11/2022 11:00 AM - 12:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | appropriate to situation | Mood: | anxious: mild |
| Thought Process: | wnl | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

### Diagnostic Impressions:

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

### Focus of Session:

Client presents to in person session all within normal limits. Client reports on most pertinent issues including discord with extended family. Client shares update on case in Florida; she is calm and clear as she shares. She reports confidence in her lawyer. She reports on specific memories that include feeling "unsafe but not sure why" (Client words). No danger assessed.

### Therapeutic Intervention:

Upon consultation, I will continue to provide support for Client while encouraging self-care, balance, and exploring window of tolerance for episodic dysregulation.

### Planned Intervention:

### Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 09/08/2022 10:59 AM                  CONFIDENTIAL                  EQUIP 000271



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

Client:  Ronda McNae (RM00093)                                    Birth Date:   04/04/1986

Creation Date:   09/08/2022 11:02 AM

Service Date:   08/08/2022 10:00 AM - 11:00 AM                   Duration:   60 minutes

Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)

Insurer(s):

Place Of Service:   Office                    CPT Code:              Case #    RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | WNL | Mood: | WNL |
| Thought Process: | WNL | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client and partner present to in person session all within normal limits. Client reports on most pertinent issues. She is regulated and talks rapidly; she has as notebook with her and attempts to get through her 'list' during our session. She gets emotional when talking about the increased stress on children lately. She reflects on memories from Florida. No danger assessed.

**Therapeutic Intervention:**

Upon consultation, I will continue to provide support for Client while encouraging self-care, balance, and exploring window of tolerance for episodic dysregulation.

**Planned Intervention:**


Return Appointment:


Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 09/08/2022 11:06 AM              CONFIDENTIAL              EQUIP 000272

**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 09/08/2022 11:06 AM | | |
| Service Date: | 07/22/2022 11:00 AM - 12:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | emotional | Mood: | anxious: moderate |
| Thought Process: | wnl | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to in person session mostly within normal limits. Client reports on most pertinent issues related to her current situation including continued frustration around singing the NDA- she says, "I felt like I had to. I didn't see another way out" (Client words). Client continues to process feelings of being silenced. Client reports on a positive conversation with husband re: vulnerability. No danger assessed.

**Therapeutic Intervention:**

Upon consultation, I will continue to provide support for Client while encouraging self-care, balance, and exploring window of tolerance for episodic dysregulation.

**Planned Intervention:**


Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 09/08/2022 11:11 AM             CONFIDENTIAL             EQUIP 000273



## EQUIP COUNSELING, PLLC
### PROGRESS NOTES

| | | | |
|---|---|---|---|
| **Client:** Ronda McNae (RM00093) | | **Birth Date:** | 04/04/1986 |
| **Creation Date:** 09/08/2022 11:12 AM | | | |
| **Service Date:** 07/18/2022 10:00 AM - 11:00 AM | | **Duration:** | 60 minutes |
| **Provider(s):** Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | | |
| **Insurer(s):** | | | |
| **Place Of Service:** Office | **CPT Code:** | **Case #** | RMC2000 |

| | | | |
|---|---|---|---|
| **Appearance:** | WNL | **Orientation:** | WNL |
| **Behavior:** | WNL | **Speech:** | WNL |
| **Affect:** | emotional | **Mood:** | WNL |
| **Thought Process:** | wnl | **Thought Content:** | WNL |
| **Perception:** | WNL | **Judgment:** | WNL |
| **Insight:** | WNL | **Appetite:** | wnl |
| **Sleep:** | WNL | | |
| **Suicidality** | Not Present | **Homicidality** | Not Present |

### Diagnostic Impressions:

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

### Focus of Session:
Client and partner present to in person session all within normal limits. Client is eager to share about recent legal developments. Both Client and partner are able to articulate feelings around this development and explore next best steps. Both are engaged, curious and introspective. Client is able to process feelings and desire for justice. No danger assessed.

### Therapeutic Intervention:
Upon consultation, I will continue to provide support for Client while encouraging self-care, balance, and exploring window of tolerance for episodic dysregulation.

### Planned Intervention:

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 09/08/2022 11:16 AM          CONFIDENTIAL          EQUIP 000274



**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

| | | | |
|---|---|---|---|
| **Client:** Ronda McNae (RM00093) | | **Birth Date:** | 04/04/1986 |
| **Creation Date:** 09/08/2022 11:16 AM | | | |
| **Service Date:** 07/11/2022 10:00 AM – 11:00 AM | | **Duration:** | 60 minutes |
| **Provider(s):** Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | | |
| **Insurer(s):** | | | |
| **Place Of Service:** Office | **CPT Code:** | **Case #** | **RMC2000** |

| | | | |
|---|---|---|---|
| **Appearance:** | WNL | **Orientation:** | WNL |
| **Behavior:** | WNL | **Speech:** | WNL |
| **Affect:** | appropriate to situation | **Mood:** | anxious: mild |
| **Thought Process:** | wnl | **Thought Content:** | WNL |
| **Perception:** | WNL | **Judgment:** | WNL |
| **Insight:** | WNL | **Appetite:** | unclear |
| **Sleep:** | WNL | | |
| **Suicidality** | Not Present | **Homicidality** | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to session mostly within normal limits. Client reports on most pertinent issues related to her current situation. She is engaged, reflective and introspective and able to be re-grounded after dysregulation. Client is able to process worries and desire for justice. No danger assessed.

**Therapeutic Intervention:**

Upon consultation, I will continue to provide support for Client while encouraging self-care, balance, and exploring window of tolerance for episodic dysregulation.

**Planned Intervention:**

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 09/08/2022 11:18 AM

CONFIDENTIAL                    EQUIP 000275



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 09/08/2022 04:14 PM | | |
| Service Date: | 09/08/2022 10:00 AM - 11:00 AM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # | RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | appropriate to situation | Mood: | anxious: mild |
| Thought Process: | wnl | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | unclear |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

## Diagnostic Impressions:

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

## Focus of Session:

Client and partner present to in person session all within normal limits. Partner reports that Client was very emotional prior to session and Client reports that this office is a "safe place" for her (Client words). Client reports connection between increased stress and increased body pain/autoimmune related symptoms. Client reflects on moderate anxiety re: legal case; she is able to be reflective as remains regulated as she processes. I discuss with Client impact of sharing her notes with counsel; she signs ROI. No danger assessed.

## Therapeutic Intervention:

Upon consultation, I will continue to provide support for Client while encouraging self-care, balance, and exploring window of tolerance for episodic dysregulation.

## Planned Intervention:

Return Appointment:



**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 09/08/2022 04:14 PM | | |
| Service Date: | 09/08/2022 10:00 AM - 11:00 AM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #  RMC2000 |

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 09/08/2022 04:21 PM



**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 09/19/2022 11:10 AM | | |
| Service Date: | 09/15/2022 10:00 AM – 11:00 AM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | wnl | Mood: | wnl |
| Thought Process: | wnl | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | wnl |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**
Client presents to in person session all within normal limits. Client reflects on most recent feelings surrounding her legal battle; she reports frustrations towards the speed of the investigation. She continues to seek understanding and validation around her 'trauma response' and reports that she has reached out to an 'expert witness' to help explain this; she does not confirm/deny the support of said expert witness. Client reflects on feelings around settling the case. Client is regulated in session; reports moderate to increased dysregulation outside the office. No danger assessed.

**Therapeutic Intervention:**
Upon consultation, I will continue to provide support for Client while encouraging self-care, balance, and exploring window of tolerance for episodic dysregulation.

**Planned Intervention:**

**Return Appointment:**

CONFIDENTIAL          EQUIP 000278

**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 09/19/2022 11:10 AM | | |
| Service Date: | 09/15/2022 10:00 AM - 11:00 AM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #   RMC2000 |

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 09/19/2022 11:16 AM

## EQUIP COUNSELING, PLLC
### PROGRESS NOTES

Client:  Ronda McNae (RM00093)                          Birth Date:    04/04/1986

Creation Date:    09/19/2022 11:18 AM

Service Date:    09/12/2022 10:00 AM - 11:00 AM          Duration:    60 minutes

Provider(s):    Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)

Insurer(s):

Place Of Service:    Office                    CPT Code:          Case #    RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | wnl | Mood: | wnl |
| Thought Process: | wnl | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | wnl |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client and partner present to in person session all within normal limits. Partner is here to support. Client reflects on most recent feelings surrounding her legal battle. Client reflects on her distress around the word 'consent.' Client is regulated in session but reports increased gagging and other symptoms consistent with acute PTSD. No danger assessed.

**Therapeutic Intervention:**

Upon consultation, I will continue to provide support for Client while encouraging self-care, balance, and exploring window of tolerance for episodic dysregulation.

**Planned Intervention:**

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 09/19/2022 11:21 AM                CONFIDENTIAL                EQUIP 000280



## EQUIP COUNSELING, PLLC

### PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 09/20/2022 12:44 PM | | |
| Service Date: | 09/19/2022 10:00 AM - 11:00 AM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | appropriate to situation | Mood: | WNL |
| Thought Process: | goal directed | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | wnl |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

### Diagnostic Impressions:

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

### Focus of Session:

Client presents to in person session all within normal limits. Client is busy texting at the onset of session; I give her time/space to complete. She reflects on most recent feelings surrounding her legal and frustration felt around certain issues. She continues to seek understanding around psychological terms such as 'trauma bonding' and 'cohersive control.' She reports finding experts that specialize in these areas. Client is regulated in session; reports moderate to increased dysregulation outside the office. No danger assessed.

### Therapeutic Intervention:

Upon consultation, I will continue to provide support for Client while encouraging self-care, balance, and exploring window of tolerance for episodic dysregulation.

### Planned Intervention:

Return Appointment:

**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

| | | |
|---|---|---|
| Client: Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: 09/20/2022 12:44 PM | | |
| Service Date: 09/19/2022 10:00 AM - 11:00 AM | Duration: | 60 minutes |
| Provider(s): Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | |
| Place Of Service: Office | CPT Code: | Case #   RMC2000 |

Staff Signature: *Sarah Dellinger*

Owner Sarah Dellinger, MS, LMFTA Therapist

I approve this document

Signed: 09/20/2022 12:48 PM

CONFIDENTIAL



**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

Client:  Ronda McNae (RM00093)                        Birth Date:   04/04/1986

Creation Date:   09/28/2022 01:59 PM

Service Date:   09/22/2022 10:00 AM - 11:00 AM          Duration:   60 minutes

Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)

Insurer(s):

Place Of Service:   **Office**            CPT Code:        Case #   RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | appropriate to situation | Mood: | WNL |
| Thought Process: | goal directed | Thought Content: | focused |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | wnl |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**
Client presents to in person session all within normal limits. Client reports moderate anxiety over the weekend while working on the case. She reports moments of 'overload' and 'dysregulation' while going through legal documents. We discuss coping. She talks about themes that continue to be of curiosity to Client, including: trauma bonding and Stockholm syndrome. She reports that she continues to find literature, videos and books to understand. She reports feeling 'heard' by lawyers and that this feel validating. She reflects on next steps. No danger assessed.

**Therapeutic Intervention:**
Upon consultation, I will continue to provide support for Client while encouraging self-care, balance, and exploring window of tolerance for episodic dysregulation.

**Planned Intervention:**


Return Appointment:



**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 09/28/2022 01:59 PM | | |
| Service Date: | 09/22/2022 10:00 AM - 11:00 AM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # RMC2000 |

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 09/28/2022 02:03 PM



## EQUIP COUNSELING, PLLC

### PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 09/28/2022 02:07 PM | | |
| Service Date: | 09/26/2022 10:00 AM - 11:00 AM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | expansive | Mood: | WNL |
| Thought Process: | flight of ideas | Thought Content: | ideas of reference |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | wnl |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**
Client presents to in person session all within normal limits. Client reports that she was sick over the weekend but is feeling better today. She processes equivocal feelings as to the outcome of the case. She is able to be introspective about potential outcomes while displaying increased dysregulation when discussing specific aspects. She is able to regulate herself through deep breath and redirection. She reports 'numbness in body during movements of dissociation' and is distressed by this. We discuss. No immediate danger observed.

**Therapeutic Intervention:**
Upon consultation, I will continue to provide support for Client while encouraging self-care, balance, and exploring window of tolerance for episodic dysregulation.

**Planned Intervention:**


Return Appointment:



## EQUIP COUNSELING, PLLC
### PROGRESS NOTES

2

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 09/28/2022 02:07 PM | | |
| Service Date: | 09/26/2022 10:00 AM - 11:00 AM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #   RMC2000 |

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 09/28/2022 02:13 PM



## EQUIP COUNSELING, PLLC

### PROGRESS NOTES

1

| | |
|---|---|
| **Client:** Ronda McNae (RM00093) | **Birth Date:** 04/04/1986 |
| **Creation Date:** 09/30/2022 11:51 AM | |
| **Service Date:** 09/29/2022 10:00 AM - 11:00 AM | **Duration:** 60 minutes |
| **Provider(s):** Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | |
| **Insurer(s):** | |
| **Place Of Service:** Office | **CPT Code:**   **Case #** RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | WNL | Mood: | WNL |
| Thought Process: | fragmented | Thought Content: | ideas of reference |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | wnl |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**
Client presents to in person session all within normal limits. She is 10 min late to session and is eager to process emotions related to legal case. She shares about recent phone call with lawyers. She reflects on trauma experienced with step-father and it's continued impact on her functioning. She reports that she has shared some of this with lawyers. Client continues to report internal conflict between her own intuition and compassion. She is regulated in session and reflective. No danger assessed.

**Therapeutic Intervention:**
Upon consultation, I will continue to provide support for Client while encouraging self-care, balance, and exploring window of tolerance for episodic dysregulation.

**Planned Intervention:**


**Return Appointment:**


CONFIDENTIAL                    EQUIP 000287



**EQUIP COUNSELING, PLLC**                                    2

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 09/30/2022 11:51 AM | | |
| Service Date: | 09/29/2022 10:00 AM - 11:00 AM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #    RMC2000 |

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 09/30/2022 11:55 AM



**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

Client:  Ronda McNae (RM00093)                                    Birth Date:    04/04/1986
Creation Date:    10/10/2022 11:12 AM
Service Date:    10/03/2022 10:00 AM - 11:00 AM                    Duration:    60 minutes
Provider(s):    Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:    Office                          CPT Code:          Case #    RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | WNL | Mood: | WNL |
| Thought Process: | fragmented | Thought Content: | wnl |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | wnl |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**
Client presents to in person session all within normal limits. She is eager to share with me that she obtained the CHIN report she filed in HS. She reads from part of it in session, client becomes dysregulated and needs to stop several times. She reports curiosity about the statute of limitations for filing charges against her step-father. She also reports disappointment in update from SFPD and is able to process feelings. Client is alert, reflective, and able to be re-grounded when periodically dysregulated. No danger assessed at this time.

**Therapeutic Intervention:**
Upon consultation, I will continue to provide support for Client while encouraging self-care, balance, and exploring window of tolerance for episodic dysregulation.

**Planned Intervention:**


Return Appointment:

**EQUIP COUNSELING, PLLC**                                                    2

**PROGRESS NOTES**

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 10/10/2022 11:12 AM | | |
| Service Date: | 10/03/2022 10:00 AM - 11:00 AM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #   RMC2000 |

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 10/10/2022 11:19 AM



**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

1

| | | | |
|---|---|---|---|
| **Client:** Ronda McNae (RM00093) | | **Birth Date:** | 04/04/1986 |

**Creation Date:**  10/13/2022 04:53 PM

**Service Date:**  10/13/2022 10:00 AM - 11:00 AM          **Duration:**  60 minutes

**Provider(s):**  Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)

**Insurer(s):**

**Place Of Service:**  Office                    **CPT Code:**          **Case #**  RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | WNL | Mood: | WNL |
| Thought Process: | loosely associated | Thought Content: | wnl |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | wnl |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client and partner presents to in person session all within normal limits. She is in good spirits but has a raspy voice; she reports that she has laryngitis which is also why she had to cancel our last session. She reports that she will see her primary physician later today as the antibiotics do not seem to be working. Client reports new curiosity into alternative interventions for PTSD symptoms; she is reflective about her desire for symptom reduction. Client reports on positive conversation with step-sister re: her own experience in their home growing up. Partner is supportive. She reports telling her step-sister, "Mom would ask me to flash Dad my breasts" (Client words). Client continues to process her childhood trauma. No danger assessed at this time.

**Therapeutic Intervention:**

Upon consultation, I will continue to provide support for Client while encouraging self-care, balance, and exploring window of tolerance for episodic dysregulation.

**Planned Intervention:**

Return Appointment:



## EQUIP COUNSELING, PLLC
### PROGRESS NOTES

2

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 10/13/2022 04:53 PM | | |
| Service Date: | 10/13/2022 10:00 AM - 11:00 AM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #   RMC2000 |

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 10/13/2022 05:01 PM

CONFIDENTIAL



## EQUIP COUNSELING, PLLC

### PROGRESS NOTES

| | |
|---|---|
| Client:  Ronda McNae (RM00093) | Birth Date:  04/04/1986 |

Creation Date:  10/20/2022 02:51 PM

Service Date:  10/20/2022 10:00 AM – 11:00 AM | Duration:  60 minutes

Provider(s):  Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)

Insurer(s):

Place Of Service:  Office    |    CPT Code: _____    Case #   RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | WNL | Mood: | WNL |
| Thought Process: | organized | Thought Content: | wnl |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | wnl |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to in person session all within normal limits. She is in good spirits and reports that she was prescribed steroid for laryngitis; she reports getting her voice back shortly after starting steroid. She reports losing her voice temporarily again after listening to recorded conversation husband had with Microsoft. She continues to report dysregulation with partner's level of support. She reports feeling a connection between losing her voice and trauma. She is eager to share update re: legal case. She continues to explore ways to expose her story without jeopardizing the case. She reports meeting with a medium; she reports feeling validating through this experience. No danger assessed at this time.

**Therapeutic Intervention:**

Upon consultation, I will continue to provide support for Client while encouraging self-care, balance, and exploring window of tolerance for episodic dysregulation.

**Planned Intervention:**

Return Appointment:

CONFIDENTIAL                    EQUIP 000293



**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

| | | | | |
|---|---|---|---|---|
| Client: | Ronda McNae (RM00093) | | Birth Date: | 04/04/1986 |
| Creation Date: | 10/20/2022 02:51 PM | | | |
| Service Date: | 10/20/2022 10:00 AM - 11:00 AM | | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | | |
| Insurer(s): | | | | |
| Place Of Service: | Office | CPT Code: | Case # | RMC2000 |

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 10/20/2022 02:57 PM

CONFIDENTIAL                    EQUIP 000294



## EQUIP COUNSELING, PLLC
### PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 10/24/2022 05:52 PM | | |
| Service Date: | 10/24/2022 10:00 AM - 11:00 AM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #  RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | up and down |
| Affect: | WNL | Mood: | wnl |
| Thought Process: | organized | Thought Content: | wnl |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | wnl |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**
Client presents to in person session all within normal limits. She is eager to share updates re: her legal case. She is thoughtful as she reflects on progress and feelings associated; she is emotional at various points throughout. She reports feeling moderate cognitive dissonance about next best steps re: her case in San Francisco. She displays moderate dysregulation while recalling some detail from events in SF; Client is able to regulate. She reports on more details from meeting with a medium; she reports feeling validating through this experience. No danger assessed at this time.

**Therapeutic Intervention:**
Upon consultation, I will continue to provide support for Client while encouraging self-care, balance, and exploring window of tolerance for episodic dysregulation.

**Planned Intervention:**

Return Appointment:



**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

2

| | | | |
|---|---|---|---|
| Client:  Ronda McNae (RM00093) | | Birth Date: | 04/04/1986 |
| Creation Date:  10/24/2022 05:52 PM | | | |
| Service Date:  10/24/2022 10:00 AM - 11:00 AM | | Duration: | 60 minutes |
| Provider(s):  Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | | |
| Insurer(s): | | | |
| Place Of Service:  Office | CPT Code: | Case # | RMC2000 |

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 10/25/2022 10:50 AM

CONFIDENTIAL                    EQUIP 000296



**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |

Creation Date: 10/27/2022 03:49 PM

Service Date: 10/27/2022 10:00 AM - 11:00 AM     Duration:     60 minutes

Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)

Insurer(s):

Place Of Service:   Office          CPT Code:          Case #    RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | WNL | Mood: | wnl |
| Thought Process: | organized | Thought Content: | wnl |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | wnl |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to in person session all within normal limits. She is holding a stack of a paperwork and is eager to share about recent updates in legal case, emotional state, and coping. Client also reports on most recent book that she is listening. She gets dysregulated while sharing some of the connections made. She expresses increased distress in this dysregulation and desire to be more regulated when talking about the case. She reports feeling "more worried now that he's not working" (Client words); she is able to process this fear. She reports that she felt dissociated when hearing the word "rape" (Client words) used by her lawyer on a call. She reports talking to the Medium again which brought her calm. We discuss support, coping and self-care; she is able to identify positive coping during this time including volunteering in son's classroom and spending time with daughter. No danger assessed at this time.

**Therapeutic Intervention:**

Upon consultation, I will continue to provide support for Client while encouraging self-care, balance, and exploring window of tolerance for episodic dysregulation.

**Planned Intervention:**


Return Appointment:

CONFIDENTIAL          EQUIP 000297



**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

2

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 10/27/2022 03:49 PM | | |
| Service Date: | 10/27/2022 10:00 AM - 11:00 AM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #   RMC2000 |

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 10/27/2022 03:59 PM



## EQUIP COUNSELING, PLLC

### PROGRESS NOTES

| | | | |
|---|---|---|---|
| **Client:** Ronda McNae (RM00093) | | **Birth Date:** 04/04/1986 | |
| **Creation Date:** 10/31/2022 01:05 PM | | | |
| **Service Date:** 10/31/2022 10:00 AM - 11:00 AM | | **Duration:** 60 minutes | |
| **Provider(s):** Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | | |
| **Insurer(s):** | | | |
| **Place Of Service:** Office | **CPT Code:** | **Case #** RMC2000 | |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | WNL | Mood: | wnl |
| Thought Process: | organized | Thought Content: | wnl |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | wnl |
| Sleep: | early insomnia | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to in person session all within normal limits. She reports being very tired and struggled to sleep most of last night. She also reports significant struggle with her memory lately. She reports increased worry re: her younger sister over the weekend. She reports increased discord between she and older sister due to this worry. She is very engaged and introspective about how this worry may be tied to their own childhood. She reflects on increased dysregulation while reading papers re: lawsuit. She reports that she continues to get dysregulated in front of her children and desires for lawyer to be more transparent. We discuss boundaries and self-care. No danger assessed.

**Therapeutic Intervention:**

Upon consultation, I will continue to provide support for Client while encouraging self-care, balance, and exploring window of tolerance for episodic dysregulation.

**Planned Intervention:**


Return Appointment:



**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

2

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 10/31/2022 01:05 PM | | |
| Service Date: | 10/31/2022 10:00 AM - 11:00 AM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # | RMC2000 |

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 10/31/2022 01:19 PM

CONFIDENTIAL       EQUIP 000300



## EQUIP COUNSELING, PLLC
### PROGRESS NOTES

Client:  Ronda McNae (RM00093)                              Birth Date:    04/04/1986

Creation Date:   11/01/2022 01:03 PM

Service Date:    11/01/2022 10:00 AM - 11:00 AM          Duration:     60 minutes

Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)

Insurer(s):

Place Of Service:    Office                    CPT Code:          Case #    RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | up and down |
| Affect: | labile | Mood: | wnl |
| Thought Process: | circumstantial | Thought Content: | wnl |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | wnl |
| Sleep: | early insomnia | | |
| Suicidality | Not Present | Homicidality | Not Present |

### Diagnostic Impressions:

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

### Focus of Session:

Client calls for last minute session as she reports she is 'unbelievably dysregulated' (Client words). I am able to accommodate. She is crying and unable to talk at onset of session. She is able to be regulated after a few minutes of a guided breathing exercise. She reports that the episode happened this morning after reading new discovery re: the legal case; she reports that she was shaking, couldn't control her body and that it was the worst moment of dysregulation she'd had in quite some time. She reports expecting that 'it would be hard but not expecting it to be this hard' (Client words). She reports that this discovery is directly from brother-in-law and feels defamatory in nature. She gets dysregulated in session again while sharing some of it. She expresses continued in alternative strategies for dysregulation. We discuss boundaries, breathing, self-regulation, and more. No immediate danger assessed.

### Therapeutic Intervention:

Upon consultation, I will continue to provide support for Client while encouraging self-care, balance, and exploring window of tolerance for episodic dysregulation.

### Planned Intervention:


Return Appointment:



**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

2

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 11/01/2022 01:03 PM | | |
| Service Date: | 11/01/2022 10:00 AM - 11:00 AM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #   RMC2000 |

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 11/01/2022 01:17 PM

CONFIDENTIAL                    EQUIP 000302



## EQUIP COUNSELING, PLLC
### PROGRESS NOTES

| | | | |
|---|---|---|---|
| **Client:** Ronda McNae (RM00093) | | **Birth Date:** | 04/04/1986 |
| **Creation Date:** 11/03/2022 04:55 PM | | | |
| **Service Date:** 11/03/2022 10:00 AM – 11:00 AM | | **Duration:** | 60 minutes |
| **Provider(s):** Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | | |
| **Insurer(s):** | | | |
| **Place Of Service:** Office | **CPT Code:** | **Case #** | RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | labile | Mood: | wnl |
| Thought Process: | circumstantial | Thought Content: | wnl |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | wnl |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

### Diagnostic Impressions:

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

### Focus of Session:

Client reports to session all within normal limits. She is in good spirits and eager to discuss SLEEP. She seeks understanding around the difference between REM and deep sleep. She reports that she is meeting with her primary care provider today to discuss alternative ways to handle her anxiety. She reports chronic pain flair. As she talks about this pain, she starts to experience the pain in session and has to shift to find a more comfortable position. She reports continued distress around BIL's statement. She reports concern around BIL being around MIL. She loses track of what she is saying and holds her head in her hands as she tries to recall what she was saying. Client needs to be regulated in session; we discuss self-care. No immediate danger assessed.

### Therapeutic Intervention:

Upon consultation, I will continue to provide support for Client while encouraging self-care, balance, and exploring window of tolerance for episodic dysregulation.

### Planned Intervention:

Return Appointment:

CONFIDENTIAL                    EQUIP 000303

**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 11/03/2022 04:55 PM | | |
| Service Date: | 11/03/2022 10:00 AM - 11:00 AM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #   RMC2000 |

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 11/03/2022 05:03 PM



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

Client:  Ronda McNae (RM00093)                           Birth Date:   04/04/1986

Creation Date:   11/10/2022 02:08 PM

Service Date:   11/10/2022 10:00 AM - 11:00 AM        Duration:      60 minutes

Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)

Insurer(s):

Place Of Service:   Office                CPT Code:         Case #    RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | pressured |
| Affect: | labile | Mood: | wnl |
| Thought Process: | circumstantial | Thought Content: | wnl |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | wnl |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**
Client reports to session all within normal limits. She is teary throughout session as she reports increased dysregulation out of session; she reports meeting with her primary care physician to talk about ways to handle this. Client needs to be regulated in session as she reports continued episodic struggle with memory. She processes distress around BIL's involvement in the legal case. She reports continued desire to be validated. We discuss self-care. No immediate danger assessed.

**Therapeutic Intervention:**
Upon consultation, I will continue to provide support for Client while encouraging self-care, balance, and exploring window of tolerance for episodic dysregulation.

**Planned Intervention:**

Return Appointment:



**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

2

| | |
|---|---|
| Client:  Ronda McNae (RM00093) | Birth Date:   04/04/1986 |
| Creation Date:   11/10/2022 02:08 PM | |
| Service Date:   11/10/2022 10:00 AM - 11:00 AM | Duration:   60 minutes |
| Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | |
| Insurer(s): | |
| Place Of Service:   Office | CPT Code: | Case #   RMC2000 |

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 11/10/2022 02:13 PM



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

| | | | | |
|---|---|---|---|---|
| **Client:** | Ronda McNae (RM00093) | | **Birth Date:** | 04/04/1986 |
| **Creation Date:** | 11/18/2022 04:23 PM | | | |
| **Service Date:** | 11/17/2022 09:00 AM - 10:00 AM | | **Duration:** | 60 minutes |
| **Provider(s):** | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | | |
| **Insurer(s):** | | | | |
| **Place Of Service:** | Telehealth | **CPT Code:** | **Case #** | RMC2000 |

| | | | | |
|---|---|---|---|---|
| Appearance: | unclear | | Orientation: | unclear |
| Behavior: | unclear | | Speech: | WNL |
| Affect: | unclear | | Mood: | wnl |
| Thought Process: | wnl | | Thought Content: | wnl |
| Perception: | WNL | | Judgment: | WNL |
| Insight: | emotional | | Appetite: | wnl |
| Sleep: | WNL | | | |
| Suicidality | Not Present | | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client is at home for telehealth session. She is eager to process recent actions she has taken. She reports continued attempts to connect with people in her past and has had some success. She reports feeling a sense of relief since taking this action and reports, "I feel like I can say things now that I was not brave enough to say back then" (Client words). Client reports that she has been communicating with both Kirkland and Bellevue PD as to next best steps. She reports continued desire to be validated. We discuss balance and self-care. No immediate danger assessed.

**Therapeutic Intervention:**

Upon consultation, I will continue to provide support for Client while encouraging self-care, balance, and exploring window of tolerance for episodic dysregulation.

**Planned Intervention:**


Return Appointment:



# EQUIP COUNSELING, PLLC

2

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: Ronda McNae (RM00093) | | Birth Date: | 04/04/1986 |
| Creation Date: 11/18/2022 04:23 PM | | | |
| Service Date: 11/17/2022 09:00 AM - 10:00 AM | | Duration: | 60 minutes |
| Provider(s): Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | | |
| Insurer(s): | | | |
| Place Of Service: Telehealth | CPT Code: | Case # | RMC2000 |

Staff Signature: *Sarah Dellinger*

Owner Sarah Dellinger, MS, LMFTA Therapist

I approve this document

Signed: 11/18/2022 04:31 PM

CONFIDENTIAL                    EQUIP 000308



**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

| | | | |
|---|---|---|---|
| **Client:** Ronda McNae (RM00093) | | **Birth Date:** | 04/04/1986 |
| **Creation Date:** | 11/18/2022 04:37 PM | | |
| **Service Date:** | 11/14/2022 10:00 AM - 11:00 AM | **Duration:** | 60 minutes |
| **Provider(s):** | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| **Insurer(s):** | | | |
| **Place Of Service:** | Office | **CPT Code:** | **Case #** RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | WNL | Mood: | anxious: mild |
| Thought Process: | goal directed | Thought Content: | wnl |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client reports to in person session all within normal limits. She is in good spirits but reports that she had an "overwhelming crying episode while with daughter" which was very upsetting. We process. She continues to process communication with men in the past including her step-father. She reports that she is looking for "a genuine apology and for him to take accountability so I can heal" (Client words). She reports that it has felt healing, "going head-on into the fear" (Client words) and she has been able to regulate more than she thought she would. We discuss balance and self-care. No immediate danger assessed.

**Therapeutic Intervention:**

Upon consultation, I will continue to provide support for Client while encouraging self-care, balance, and exploring window of tolerance for episodic dysregulation.

**Planned Intervention:**

Return Appointment:

CONFIDENTIAL            EQUIP 000309



**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

| | | | | |
|---|---|---|---|---|
| Client: | Ronda McNae (RM00093) | | Birth Date: | 04/04/1986 |
| Creation Date: | 11/18/2022 04:37 PM | | | |
| Service Date: | 11/14/2022 10:00 AM - 11:00 AM | | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | | |
| Insurer(s): | | | | |
| Place Of Service: | Office | CPT Code: | Case # | RMC2000 |

Staff Signature: *Sarah Dellinger*

Owner Sarah Dellinger, MS, LMFTA Therapist

I approve this document

Signed: 11/18/2022 04:45 PM

CONFIDENTIAL                    EQUIP 000310



**EQUIP COUNSELING, PLLC**
**PROGRESS NOTES**

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 11/21/2022 09:08 PM | | |
| Service Date: | 11/21/2022 10:00 AM - 11:00 AM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | appropriate to situation | Mood: | WNL |
| Thought Process: | goal directed | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**
Client and partner present to session. She reports on most pertinent issues that include connecting with other abuse survivors, legal issues and family. She reports episodic dysregulation that includes gagging, this also happens in session. Client reports that she has connected with a Victim Advocate through the King County Court System and is waiting to hear back before she responds to her step-father. She also reports on distress experienced while reading over most recent legal papers for case in Florida. She reflects on pressure felt to sign NDA. She reports "I remember feeling like I had no other option" (Client words). Partner is supportive. No immediate danger assessed.

**Therapeutic Intervention:**
Upon consultation, I will continue to provide support for Client while encouraging self-care, balance, and exploring window of tolerance for episodic dysregulation.

**Planned Intervention:**

Return Appointment:



**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

2

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 11/21/2022 09:08 PM | | |
| Service Date: | 11/21/2022 10:00 AM - 11:00 AM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #   RMC2000 |

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 11/23/2022 02:54 PM

CONFIDENTIAL

EQUIP 000312



# EQUIP COUNSELING, PLLC
## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 12/01/2022 05:54 PM | | |
| Service Date: | 12/01/2022 11:00 AM – 12:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |

Insurer(s):

| Place Of Service: | Office | CPT Code: | | Case # | RMC2000 |
|---|---|---|---|---|---|

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | appropriate to situation | Mood: | WNL |
| Thought Process: | goal directed | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

## Diagnostic Impressions:

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

## Focus of Session:
Client presents to session mostly within normal limits. She is in good spirits and has a list of things to process in session. She reflects on seeing old therapist and curiosity about doing EMDR with him. She reflects on hx of autoimmune flares and link between stress and these flares. She is reflective and thoughtful as she makes connections. She processes marked distress in session, including episodic dysregulation, as she talks about abuse during childhood from step-father. No immediate danger assessed.

## Therapeutic Intervention:
Upon consultation, I will continue to provide support for Client while encouraging self-care, balance, and exploring window of tolerance for episodic dysregulation.

## Planned Intervention:

Return Appointment:

CONFIDENTIAL                    EQUIP 000313

**EQUIP COUNSELING, PLLC**

2

**PROGRESS NOTES**

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 12/01/2022 05:54 PM | | |
| Service Date: | 12/01/2022 11:00 AM - 12:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # RMC2000 |

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 12/01/2022 06:02 PM



**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

| | |
|---|---|
| Client:  Ronda McNae (RM00093) | Birth Date:   04/04/1986 |
| Creation Date:  12/02/2022 03:08 PM | |
| Service Date:   11/28/2022 10:00 AM - 11:00 AM | Duration:   60 minutes |
| Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | |
| Insurer(s): | |
| Place Of Service:  Office | CPT Code:        Case #   RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | appropriate to situation | Mood: | dysphoric |
| Thought Process: | goal directed | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.11) Post Traumatic Stress Disorder - Acute

**Focus of Session:**

Client presents to session mostly within normal limits. She is in good spirits and reports on weekend trip to Suncadia with MIL. She reports wanting to travel for Christmas. She reports decreased appetite and struggle to eat in the morning due to gagging. She reports that both children talk about how different she has been "the past couple of years" (Client words). Client expresses distress around the impact PTSD symptoms have had on her life. She reports that it has been 1 year since she worked.

**Therapeutic Intervention:**

Upon consultation, I will continue to provide support for Client while encouraging self-care, balance, and exploring window of tolerance for episodic dysregulation.

**Planned Intervention:**


Return Appointment:



## EQUIP COUNSELING, PLLC
### PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 12/02/2022 03:08 PM | | |
| Service Date: | 11/28/2022 10:00 AM - 11:00 AM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # RMC2000 |

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 12/02/2022 03:14 PM

CONFIDENTIAL          EQUIP 000316



# EQUIP COUNSELING, PLLC
## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 12/05/2022 04:18 PM | | |
| Service Date: | 12/05/2022 10:00 AM - 11:00 AM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # | RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | appropriate to situation | Mood: | dysphoric |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.12) Post Traumatic Stress Disorder - Chronic

**Focus of Session:**

Client presents to session mostly within normal limits. She is in good spirits and is eager to share re: gagging/vomiting episode last week. She reports, "my mouth started watering, I knew I had to lie down or I would throw up but it didn't work this time and I started throwing up violently" (Client words). Client feels like these sx are related to being silenced and remembers sx magnifying after signing NDA. Client reflects that she had hoped signing the NDA would reduce symptomology. Client reflects on relationship with sisters and reported abuse suffered in childhood. She reads letter to younger self where she names the abuse and suicidal ideation written in April, 2020. No immediate danger assessed.

**Therapeutic Intervention:**

Upon consultation, I will continue to provide support for Client while encouraging self-care, balance, and exploring window of tolerance for episodic dysregulation.

**Planned Intervention:**

Return Appointment:



**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

2

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 12/05/2022 04:18 PM | | |
| Service Date: | 12/05/2022 10:00 AM - 11:00 AM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # RMC2000 |

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 12/05/2022 04:26 PM

CONFIDENTIAL                    EQUIP 000318



## EQUIP COUNSELING, PLLC
### PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 12/15/2022 03:15 PM | | |
| Service Date: | 12/15/2022 10:00 AM - 11:00 AM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #   RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | appropriate to situation | Mood: | WNL |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.12) Post Traumatic Stress Disorder - Chronic

**Focus of Session:**

Client presents to session mostly within normal limits. She reports feeling a 'de-ja-vu' feeling often lately and experiences in session. She reports on recent EMDR session with another therapist. She processes memories of Mom and Stepdad. She reports that she talked to Bellevue police who advised Client to file a "Protection Order" against Stepdad. She reports concern for the minors that might be living in the home with Stepdad at this time. She reports that Bellevue police officer told her he will be calling CPS to do a welfare check. She processes conflict with partner. We discuss schedule for next 2 weeks. No immediate danger assessed.

**Therapeutic Intervention:**

Upon consultation, I will continue to provide support for Client while encouraging self-care, balance, and exploring window of tolerance for episodic dysregulation.

**Planned Intervention:**


Return Appointment:



**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

2

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 12/15/2022 03:15 PM | | |
| Service Date: | 12/15/2022 10:00 AM - 11:00 AM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # RMC2000 |

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 12/15/2022 03:21 PM

CONFIDENTIAL



## EQUIP COUNSELING, PLLC

### PROGRESS NOTES

| | | | |
|---|---|---|---|
| **Client:** Ronda McNae (RM00093) | | **Birth Date:** | 04/04/1986 |
| **Creation Date:** | 12/15/2022 03:21 PM | | |
| **Service Date:** | 12/12/2022 10:00 AM – 11:00 AM | **Duration:** | 60 minutes |
| **Provider(s):** | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| **Insurer(s):** | | | |
| **Place Of Service:** | Office | **CPT Code:** | **Case #** RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | expansive | Mood: | dysphoric |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.12) Post Traumatic Stress Disorder - Chronic

**Focus of Session:**
Client presents to session mostly within normal limits. She comes with stack of papers in hands and expresses anxiousness around legal documents. Client processes. Client reports trip to ER yesterday, 12/11, for a panic attack. She is engaged and actively participates in session around this event as well as general distress around childhood and FOO issues/ reported abuse. Client reports continued search for closure re: reported abuse by Stepdad and reported assault at NWU. No immediate danger assessed.

**Therapeutic Intervention:**
Upon consultation, I will continue to provide support for Client while encouraging self-care, balance, and exploring window of tolerance for episodic dysregulation.

**Planned Intervention:**

**Return Appointment:**



**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 12/15/2022 03:21 PM | | |
| Service Date: | 12/12/2022 10:00 AM - 11:00 AM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # | RMC2000 |

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 12/15/2022 03:29 PM



**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

Client:  Ronda McNae (RM00093)                                      Birth Date:    04/04/1986
Creation Date:    12/15/2022 03:29 PM
Service Date:    12/09/2022 11:00 AM - 12:00 PM                     Duration:    60 minutes
Provider(s):    Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:    Office                          CPT Code:          Case #    RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | appropriate to situation | Mood: | dysphoric |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.12) Post Traumatic Stress Disorder - Chronic

**Focus of Session:**
Client presents to session mostly within normal limits. She is eager to process 2 EMDR sessions. She reports feeling 'lighter' after. She reports feeling validated. She reports continued dysregulation when hearing the word "consensual." She is able to reflect on this. She also processes reported pressure felt prior to signing the NDA. No immediate danger assessed.

**Therapeutic Intervention:**
Upon consultation, I will continue to provide support for Client while encouraging self-care, balance, and exploring window of tolerance for episodic dysregulation.

**Planned Intervention:**

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 12/15/2022 03:33 PM                  CONFIDENTIAL                  EQUIP 000323



# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

1

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 01/05/2023 01:22 PM | | |
| Service Date: | 01/05/2023 10:00 AM - 11:00 AM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | appropriate to situation | Mood: | wnl |
| Thought Process: | disorganized | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.12) Post Traumatic Stress Disorder - Chronic

**Focus of Session:**

Client presents to session mostly within normal limits. She is in good spirits and is eager to report on most pertinent issues including physical health, emotional stability, legal case, parenting, and her relationship. She processes conflicting feelings towards those around her. She processes request to turn over journals and diaries. She reports decreased vomiting but continued episodic and spontaneous gagging. She reports continued decreased appetite and reports that she is eating baby food and protein powder to keep calories up. Client reports concern around her trouble sleeping and reports physician and prescribed something to help. Client reports positive interactions with partner and plans to be present for depositions.

**Therapeutic Intervention:**

Upon consultation, I will continue to provide support for Client while encouraging self-care, balance, and exploring window of tolerance for episodic dysregulation.

**Planned Intervention:**

Return Appointment:

CONFIDENTIAL                    EQUIP 000324



**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

2

| | | | |
|---|---|---|---|
| Client:  Ronda McNae (RM00093) | | Birth Date: | 04/04/1986 |
| Creation Date: | 01/05/2023 01:22 PM | | |
| Service Date: | 01/05/2023 10:00 AM - 11:00 AM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #    RMC2000 |

Staff Signature: *Sarah Dellinger*

Owner Sarah Dellinger, MS, LMFTA Therapist

I approve this document

Signed: 01/05/2023 01:34 PM

CONFIDENTIAL                    EQUIP 000325

## EQUIP COUNSELING, PLLC

### PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 01/09/2023 05:20 PM | | |
| Service Date: | 01/09/2023 10:00 AM - 11:00 AM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | expansive | Mood: | dysphoric |
| Thought Process: | wnl | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.12) Post Traumatic Stress Disorder - Chronic

**Focus of Session:**

Client presents to session mostly within normal limits. She is in good spirits and is to process 'busy' weekend. She processes reported hesitancy to turn over paperwork from trauma intensive at Onsite; she is thoughtful and reflective about the pressure felt. She reports positive interactions with her sister. She reports continued decreased appetite and concern around this; she reports that she is seeing primary care provider today and will discuss these concerns with him.

**Therapeutic Intervention:**

Upon consultation, I will continue to provide support for Client while re-iterating my neutral position.

**Planned Intervention:**

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 01/09/2023 05:26 PM                    CONFIDENTIAL                    EQUIP 000326



# EQUIP COUNSELING, PLLC
## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 01/09/2023 05:27 PM | | |
| Service Date: | 01/02/2023 10:00 AM - 11:00 AM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |

| | | | | |
|---|---|---|---|---|
| Insurer(s): | | | | |
| Place Of Service: | Office | CPT Code: | Case # | RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | wnl | Mood: | dysphoric |
| Thought Process: | wnl | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.12) Post Traumatic Stress Disorder - Chronic

**Focus of Session:**

Client and daughter present to session today. Client reports uncertainty around daughter's role in legal case; I encourage her to clarify with lawyer. Client is reflective and thoughtful with daughter about the past few years, the reported stress she has felt and its impact on daughter. Daughter is articulate and engaged.

**Therapeutic Intervention:**

Upon consultation, I will continue to provide support for Client while re-iterating my neutral position.

**Planned Intervention:**

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 01/09/2023 05:32 PM



## EQUIP COUNSELING, PLLC

### PROGRESS NOTES

Client:  Ronda McNae (RM00093)                                    Birth Date:    04/04/1986
Creation Date:  02/02/2023 05:14 PM
Service Date:    01/19/2023 09:30 AM – 10:30 AM                   Duration:      60 minutes
Provider(s):    Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:    Office                    CPT Code:            Case #    RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | WNL | Mood: | WNL |
| Thought Process: | wnl | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | decreased |
| Sleep: | erratic | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.12) Post Traumatic Stress Disorder - Chronic

**Focus of Session:**
Client and partner present to session mostly within normal limits. She reports increased anxiety and increased need for anti-anxiety medication. Client is engaged and alert as she processes this. She reports on most distressing issues that include the trial getting pushed to November. She reports feeling disappointment. She is able to process continued desire for safety among social circles. Partner reports that she (Client) avoids opportunities to be invited places. No danger assessed. Continued decreased appetite reported- reports this is being closely monitored by physician.

**Therapeutic Intervention:**
Upon consultation, I will continue to provide support for Client while re-iterating my neutral position.

**Planned Intervention:**


Return Appointment:



## EQUIP COUNSELING, PLLC
### PROGRESS NOTES

2

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 02/02/2023 05:14 PM | | |
| Service Date: | 01/19/2023 09:30 AM - 10:30 AM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #   RMC2000 |

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 02/02/2023 05:21 PM



**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

| | |
|---|---|
| Client:   Ronda McNae (RM00093) | Birth Date:   04/04/1986 |
| Creation Date:   02/02/2023 05:22 PM | |
| Service Date:   01/23/2023 10:00 AM - 11:00 AM | Duration:   60 minutes |
| Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | |
| Insurer(s): | |
| Place Of Service:   Telehealth | CPT Code:        Case #    RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | unclear | Orientation: | WNL |
| Behavior: | unclear | Speech: | WNL |
| Affect: | WNL | Mood: | WNL |
| Thought Process: | goal directed | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.12) Post Traumatic Stress Disorder - Chronic

**Focus of Session:**
Client calls for scheduled phone session after reporting that she had been admitted to the hospital over the weekend. She reports that she was at the doctor on Friday after not feeling well but was sent home after seeing the doctor on call. She reports that on Saturday her blood pressure was very low and she went to the ER. She reports that she was admitted and kept for 2 nights for a kidney infection. She reports worry that her body is 'shutting down because of the stress' (Client words). She is able to process this distress. We explore mindfulness, self care. She reports that she getting discharged after our phone call. She reports that she was able to eat while in the hospital. No danger assessed.

**Therapeutic intervention:**
Upon consultation, I will continue to provide support for Client while re-iterating my neutral position.

**Planned Intervention:**

Return Appointment:

CONFIDENTIAL          EQUIP 000330



## EQUIP COUNSELING, PLLC

### PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 02/02/2023 05:22 PM | | |
| Service Date: | 01/23/2023 10:00 AM - 11:00 AM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Telehealth | CPT Code: | Case # RMC2000 |

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 02/02/2023 05:32 PM



**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 02/02/2023 05:34 PM | | |
| Service Date: | 01/26/2023 10:00 AM – 11:00 AM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # | RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | WNL | Mood: | WNL |
| Thought Process: | WNL | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.12) Post Traumatic Stress Disorder - Chronic

**Focus of Session:**

Client and Partner present to session all within normal limits. She is eager to share about most recent new self-care outlet. She shares about most recent book that she reports is helping her understand the upcoming trial. Client and Partner have guided conversation about video of Partner's Mother that was posted by Client. Client reports feeling silenced by Partner. Partner reports that he reported his Mother's old lawyer to the bar association.

**Therapeutic Intervention:**

Upon consultation, I will continue to provide support for Client while re-iterating my neutral position.

**Planned Intervention:**

Return Appointment:

Staff Signature: *Sarah Dellinger*

Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 02/02/2023 05:47 PM



## EQUIP COUNSELING, PLLC
### PROGRESS NOTES

| | |
|---|---|
| Client:  Ronda McNae (RM00093) | Birth Date:  04/04/1986 |
| Creation Date:  02/02/2023 05:48 PM | |
| Service Date:  02/02/2023 10:00 AM - 11:00 AM | Duration:  60 minutes |
| Provider(s):  Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | |
| Insurer(s): | |
| Place Of Service:  Office | CPT Code:   Case #  RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | WNL | Mood: | WNL |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.12) Post Traumatic Stress Disorder - Chronic

**Focus of Session:**

Client presents to session all within normal limits. She is in good spirits at onset of session. She is eager to process watching BIL's deposition. She reports that she was fairly regulated during but couldn't stop crying after. She reports increased feelings of distress directly after the call ended. She reports "an intense nervous reaction that initiated a desire to file a protection order" (Client words). Client processes resistance from her lawyers. Client reports that she has been putting her phone on airplane mode as a form of boundaries and self-care so as not to become dysregulated.

**Therapeutic Intervention:**

Upon consultation, I will continue to provide support for Client while re-iterating my neutral position.

**Planned Intervention:**


Return Appointment:


CONFIDENTIAL                    EQUIP 000333



## EQUIP COUNSELING, PLLC

### PROGRESS NOTES

| | | |
|---|---|---|
| Client:  Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date:  02/02/2023 05:48 PM | | |
| Service Date:  02/02/2023 10:00 AM - 11:00 AM | Duration: | 60 minutes |
| Provider(s):  Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | | |
| Insurer(s): | | |
| Place Of Service:  Office | CPT Code: | Case #   RMC2000 |

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 02/02/2023 05:58 PM

**EQUIP COUNSELING, PLLC**

**CONTACT NOTE**

Client:  Ronda McNae (RM00093)                    Birth Date:  04/04/1986

Insurer(s):

Date:  04/04/2020 11:00 AM      Staff Member:  Owner Sarah Dellinger, MS, LMFTA      Case #      RMC2000
                                               (NPI:
                                               1245753649)

**Relationship to Client:**

Client

**Means of contact:**

next

**Note:**

Client texted:

Also- I remembered what I wanted to tell you. I took a morning after pill the next day in Miami and literally blocked it out until I started reading Know My Name two days ago.

Staff Signature:                                              Date:

EQUIP COUNSELING PLLC

# CONTACT NOTE

| | | |
|---|---|---|
| Client:  Ronda McNae (RM00093) | | Birth Date:  04/04/1986 |

Insurer(s):

| Date:  05/25/2022 12:17 PM | Staff Member:  Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | Case #   RMC2000 |
|---|---|---|

**Relationship to Client:**
Other; Investigator for the Department of Police Accountability (SFPD)

**Means of contact:**
email

**Note:**
In attempts to connect with Natalie Chan from SFPD, I send follow up email offering several available time slots as we continue to play 'phone tag.'

Staff Signature:  _____          Date:  _____

**EQUIP COUNSELING, LLC**

**CONTACT NOTE**

| | | | | |
|---|---|---|---|---|
| **Client:** | Ronda McNae (RM00093) | | **Birth Date:** | 04/04/1986 |

**Insurer(s):**

| | | | | | |
|---|---|---|---|---|---|
| **Date:** | 12/03/2022 11:46 AM | **Staff Member:** | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | **Case #** | RMC2000 |

**Relationship to Client:**

Client

**Means of contact:**

**Note:**

Changed diagnosis from PTSD- acute to PTSD- chronic as current symptoms are more consistent with ICD code F43.12, specifically affect dysregulation and interpersonal disturbances.

**Staff Signature:**                                        **Date:**

CONFIDENTIAL                    EQUIP 000337

SOUND COUNSELING, PLLC
**CONTACT NOTE**

| Client: | Ronda McNae (RM00093) | | Birth Date: | 04/04/1986 |
|---|---|---|---|---|

Insurer(s):

| Date: | 12/19/2022 10:45 AM | Staff Member: | Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649) | Case # | RMC2000 |
|---|---|---|---|---|---|

**Relationship to Client:**

Client

**Means of contact:**

phone

**Note:**

Call from Client informing me that I will be receiving a subpoena from opposing counsel. After consulting with CPH, I call Client back to inform her that I am unable to talk with her counsel until I receive the subpoena and am appointed my own counsel.

Staff Signature: _____        Date: _____

SOUND COUNSELING, LLC

# CONTACT NOTE

Client: Ronda McNae (RM00093)          Birth Date: 04/04/1986

Insurer(s):

Date: 12/16/2022 02:08 PM    Staff Member: Owner Sarah Dellinger, MS, LMFTA    Case #    RMC2000
(NPI: 1245753649)

**Relationship to Client:**

Other; Legal Counsel

**Means of contact:**

voicemail

**Note:**

I receive voicemail from Client's counsel requesting a 15 min Zoom call. I reach out to CPH for consult.

Staff Signature: _____        Date: _____

**CONTACT NOTE**

Client:   Ronda McNae (RM00093)                    Birth Date:   04/04/1986

Insurer(s):

Date:   12/19/2022 02:10 PM    Staff Member:   Owner Sarah Dellinger, MS, LMFTA
(NPI: 1245753649)    Case #    RMC2000

**Relationship to Client:**

Other; Legal Counsel

**Means of contact:**

voicemail

**Note:**

I receive 2nd voicemail from Client's counsel to set up Zoom call. As I have not had call with legal, I do not return the call.

Staff Signature:  _____          Date:  _____

CONFIDENTIAL                    EQUIP 000340

**Sarah Dellinger**

| | |
|---|---|
| **From:** | Ronda McNae <rondamcnae@gmail.com> |
| **Sent:** | Tuesday, February 1, 2022 10:00 AM |
| **To:** | amadeushuff@miamibeachfl.gov |
| **Subject:** | ATTN: Commissioner Steven & City Attourney's |

To the Honorable City Attorneys,                                           February 1, 2022

I am requesting your help to act against the defendant responsible for harming me on the night of October 18th into the early morning of October 19th, 2019. It is in the public's interest to file charges based on evidence gathered and submitted to you by Detective Ozaeta from Miami Beach Police. I implore you to see that coming forward as a victim of sexual battery is frightening, especially in light of Commissioner Steven Meiner's recent proposal to expand the prosecution team so that fewer battery crimes will be dismissed without charges.

Truthfully, I never thought I would muster enough courage to report to local authorities. I have deeply rooted fears of the criminal investigation process and potential retaliation for breaching a non-disclosure agreement that I believe was only executed to conceal details of a crime. Only after attending two in-person trauma and healing intensives, plus clocking in 180 hours of independent counseling, I have uncovered my voice. The burden I carry for the potential of future victims and overall public safety outweighs the fear of coming forward and facing a legal system that often dehumanizes victims. I believe I have gathered enough **evidence across four categories: circumstantial, demonstrative, digital, and hearsay** which eventually grabbed the attention of Detective Ozaeta and Sargent Ramos. In addition, I have tested positive for an incurable Sexually Transmitted Disease following the crime. I can also prove with a prior blood work panel, I did not have this STD prior to the crime committed against me.

Over the past 12 years I have grown to love visiting the city of Miami, FL. My older sister served in the military and decided to relocate to Miami afterwards to earn her college degree – this became a great reason for me to visit on regular occasion. Plenty to explore, beautiful beaches and people in a melting pot of cultures. In 2017 it was reported that over 15 million tourists visited Miami which added an estimated $2 billion to your economy - a significant incentive to keep tourists safe in my opinion. Prior to October 2019, I never questioned my safety, nor did I have any reason to question or doubt local law enforcement.

Since I feel differently today, I have been encouraged to share my personal concerns regarding Miami-Dade law enforcement:

- May 2021, I gathered the courage to call local authorities with the intent of pressing criminal charges based on the substantial amount of evidence I had collected. I was shocked at how unprofessional and hostile the intake process was over the phone because of the style and manner in which questions were asked. I quickly realized that to be believed as a legitimate allegation I would need to educate this individual on the affects of trauma on the human brain (especially when alcohol was involved). It is my belief that a victim should not carry the responsibility to inform law enforcement on the psychological reasons for a victim's delayed reporting when they are dealing with their own shame and self-blame. It took a dozen phone calls over the following 5 months before I discovered no one was looking into this report since it had been filed as "Information-Only".

- November 2021, Detective Ozaeta was assigned to my case. I believe she is doing a remarkable job gathering details and evidence to present my case to the Prosecutor's office.

- January 10, 2022, the evening before our scheduled in-person meeting with Detective Ozaeta we had a disheartening conversation with an officer outside a grocery store in the South Beach area. This officer had been with Miami-Dade Police for roughly 30 years after enlisting in the Marines for 4 years. This officer has a daughter

1

CONFIDENTIAL                                           EQUIP 000341

of his own, roughly the same age as me. I believe it is imperative that I share a few things said by this officer because it further exposes a mindset that makes reporting sexual battery cases extremely difficult. These quotes came after I asked him how often he believed acquaintance rape occurred in Miami: "*Acquaintance rape happens daily.*" "*Young women need to cover up more to make themselves less of a target. If a man sees it [skin] they think they can have it or buy it. Women provoke men by what they're wearing.*" "*The only way a woman could be raped is if a gun is being held to her head.*"

After this experience I couldn't agree more with Commissioner Steven Meiner's proposal to expand the prosecution team to enforce more consequences otherwise local law enforcement indirectly implies to the community that you can in fact commit a soul crushing crime like this and be let off the hook with little to no consequence.

While I hope there will be accountability and justice for my case, I fear for your local community and tourists regarding sexual predators like the defendant. I believe sexual predators are the most dangerous and leave deep wounding scars on their victims. Physicians and Psychologists are now of the understanding that the traumatic symptoms of PTSD that victims of sex crimes experience are comparable to the experiences of PTSD suffered by war Veterans.

As part of my preparation, I have connected with a victim of Harvey Weinstein's to better understand how to navigate the legal process as a victim. It's my hope and prayer that your office, as part of this investigation, can help facilitate the termination of my NDA so I can move forward without fear of retaliation.

I'm thankful a mutual friend connected me with Gretchen Carlson who journeyed through a very public case similar to mine involving an NDA with Fox News. She recently started a non-profit to help terminate Non-Disclosure Agreements in cases like mine where women are muzzled and silenced. I do feel it would be more powerful and honorable if the government of Florida proactively terminated/voided my NDA, given my experiences thus far.

We need to lead by example and set a precedent. A Non-disclosure Agreement should not be enforced (if) the agreement conceals details of misconduct, harassment, or sex crimes. These agreements truthfully should be banned in non-corporate situations altogether. It's my hope the government of Florida will support me. Thank you for your time and consideration for the help I am requesting.

Sincerely,


Ronda McNae
RondaMcnae.gmail.com
(206) 914- 6752

CONFIDENTIAL                    EQUIP 000342

Sarah Dellinger

| | |
|---|---|
| **From:** | Ronda McNae <rondamcnae@gmail.com> |
| **Sent:** | Thursday, February 20, 2020 3:19 AM |
| **To:** | Sarah Dellinger |
| **Subject:** | Fwd: Recap |
| **Attachments:** | recapMF.docx |

From: Ronda McNae <rondamcnae@gmail.com>
**Sent:** Thursday, February 20, 2020 3:11 AM
**To:** EQUIP Counseling, PLLC
**Subject:** Recap

Sarah, here's the recap. I hope I painted a better picture of the situation.... I'm sorry it's long !
I'm at a loss of how to move forward and accurately label what happened.


-Ronda

CONFIDENTIAL                              EQUIP 000343

**Sarah Dellinger**

| | |
|---|---|
| **From:** | Ronda McNae <rondamcnae@gmail.com> |
| **Sent:** | Tuesday, February 18, 2020 9:06 AM |
| **To:** | Sarah Dellinger |
| **Subject:** | Re: Initial Consult Details- Important |

Hi!!

My daughter is staying home sick from school today and my husband left town for work! Any chance you have tomorrow available? If my daughter is still
Sick, I'll at least be able to get a sitter!

-Ronda Mcnae

I'm looking forward to meeting you!

---

**From:** Sarah Dellinger <info@equipcounseling.com>
**Sent:** Monday, February 17, 2020 3:58:44 PM
**To:** rondamcnae@gmail.com <rondamcnae@gmail.com>
**Subject:** Initial Consult Details- Important

Hi Ronda,

I saw that you booked an appointment with EQUIP Counseling through my online booking system. That's great! look forward to meeting and to seeing how I how I can best help you.

Please note my office address below- my Booking system always books the Initial Consult with my old office address. Don't worry, my new office is just across the street from my old office. I'm also going to update the Booking Appointment to reflect the correct address.

When you arrive at my building, please make your way to the end of the hallway on the 1st floor. There is a bench outside my door (Suite D). There are restrooms in the hallway that require a code to access (its 2025).

Please let me know if you have any questions.

Warm regards,

Sarah Hiemstra Dellinger, MS, LMFTA, MDFT
EQUIP Counseling, PLLC
10829 Ne 68th St, Suite D, Kirkland Wa 98033
Phone: 206.202.2832

http://www.equipcounseling.com info@equipcounseling.com
Confidentiality notice: Sarah Dellinger does not typically use email for anything other than scheduling due to HIPAA compliance rules. Since email is not a totally confidential means of communication, please consider this as you communicate with me. While I will make a reasonable effort to keep what is written private, it is suggested that very personal information be communicated by phone, on paper, or in person.

1

CONFIDENTIAL                    EQUIP 000344

The information contained in this text or email is confidential, protected under federal 42CFR Part 2 and State regulations. It is intended solely for the addressee (the intended recipient), and access to this message by anyone else is unauthorized by the stated regulations. If you are not the intended recipient, please contact me immediately by reply to this e-mail and destroy it and any copies of it immediately.

If you are experiencing a life threatening emergency, please call 911 immediately. NOTE TO NEW CLIENTS: If you are a new client seeking therapy, my policy is to return all new client emails within 48 hours. If you are a new client seeking therapy and are currently in crisis or experiencing a life threatening emergency, please contact 911 immediately.

Get Outlook for iOS
Get Outlook for iOS

Get Outlook for iOS

CONFIDENTIAL                    EQUIP 000345

## Sarah Dellinger

| | |
|---|---|
| **From:** | Ronda McNae <rondamcnae@gmail.com> |
| **Sent:** | Wednesday, February 19, 2020 6:02 PM |
| **To:** | Sarah Dellinger |
| **Subject:** | Re: Initial Consult Details- Important |

Oh my lanta!!!! We have 26 MUTUAL FRIENDS! And you know my adopted Mom, who I consider my Mom. Sooo crazy! (I need to stop using that word)

I will work on writing more of my reflections regarding the current situation. I've also asked my husband to write a synopsis of the situation and just his perspective. It will bring a different perspective rather than my emotionally charged and confused state right now. I also want to make sure I shared as much as possible regarding that situation since it does skate on the side as !?!? Non-violent rape.

I so appreciate you and so thankful I immediately felt at ease :)

-Ronda

**From:** Sarah Dellinger <info@equipcounseling.com>
**Sent:** Tuesday, February 18, 2020 10:34:52 AM
**To:** Ronda McNae <rondamcnae@gmail.com>
**Subject:** Re: Initial Consult Details- Important

I have you down for tomorrow at 11am. Does that still work?

Get Outlook for iOS

**From:** Ronda McNae <rondamcnae@gmail.com>
**Sent:** Tuesday, February 18, 2020 9:05:56 AM
**To:** Sarah Dellinger <info@equipcounseling.com>
**Subject:** Re: Initial Consult Details- Important

Hi!!

My daughter is staying home sick from school today and my husband left town for work! Any chance you have tomorrow available? If my daughter is still
Sick, I'll at least be able to get a sitter!

-Ronda Mcnae

I'm looking forward to meeting you!

**From:** Sarah Dellinger <info@equipcounseling.com>
**Sent:** Monday, February 17, 2020 3:58:44 PM
**To:** rondamcnae@gmail.com <rondamcnae@gmail.com>
**Subject:** Initial Consult Details- Important

1

CONFIDENTIAL

EQUIP 000346

Hi Ronda,

I saw that you booked an appointment with EQUIP Counseling through my online booking system. That's great! look forward to meeting and to seeing how I how I can best help you.

Please note my office address below- my Booking system always books the Initial Consult with my old office address. Don't worry, my new office is just across the street from my old office. I'm also going to update the Booking Appointment to reflect the correct address.

When you arrive at my building, please make your way to the end of the hallway on the 1st floor. There is a bench outside my door (Suite D). There are restrooms in the hallway that require a code to access (its 2025).

Please let me know if you have any questions.

Warm regards,

Sarah Hiemstra Dellinger, MS, LMFTA, MDFT
EQUIP Counseling, PLLC
10829 Ne 68th St, Suite D, Kirkland Wa 98033
Phone: 206.202.2832

http://www.equipcounseling.com info@equipcounseling.com
Confidentiality notice: Sarah Dellinger does not typically use email for anything other than scheduling due to HIPAA compliance rules. Since email is not a totally confidential means of communication, please consider this as you communicate with me. While I will make a reasonable effort to keep what is written private, it is suggested that very personal information be communicated by phone, on paper, or in person.
The information contained in this text or email is confidential, protected under federal 42CFR Part 2 and State regulations. It is intended solely for the addressee (the intended recipient), and access to this message by anyone else is unauthorized by the stated regulations. If you are not the intended recipient, please contact me immediately by reply to this e-mail and destroy it and any copies of it immediately.
If you are experiencing a life threatening emergency, please call 911 immediately. NOTE TO NEW CLIENTS: If you are a new client seeking therapy, my policy is to return all new client emails within 48 hours. If you are a new client seeking therapy and are currently in crisis or experiencing a life threatening emergency, please contact 911 immediately.

Get Outlook for iOS
Get Outlook for iOS

Get Outlook for iOS

CONFIDENTIAL                    EQUIP 000347

**Sarah Dellinger**

| | |
|---|---|
| **From:** | Ronda McNae <rondamcnae@gmail.com> |
| **Sent:** | Thursday, February 27, 2020 6:52 PM |
| **To:** | Sarah Dellinger |
| **Subject:** | Fwd: Counseling Plan 2020 - Ronda McNae |
| **Attachments:** | Counseling Plan 2020.xlsx |

I'm trying to come up with some kind of treatment plan. The lawyer said I need to have this mapped out.... and he said to be on the generous side! Hahaha

**From:** Will McNae <wimcnae@microsoft.com>
**Sent:** Thursday, February 27, 2020 6:35:44 PM
**To:** Ronda McNae <rondamcnae@gmail.com>
**Subject:** Counseling Plan 2020 - Ronda McNae

CONFIDENTIAL                    EQUIP 000348

**Sarah Dellinger**

| | |
|---|---|
| **From:** | Ronda McNae <rondamcnae@gmail.com> |
| **Sent:** | Tuesday, March 3, 2020 7:17 AM |
| **To:** | Sarah Dellinger |
| **Subject:** | Payment |

Hi!

I have a feeling the payment card was declined yesterday, if you want to run it again today please do so. We have separate accounts within our account and I failed to move money into it! So sorry!

-Ronda

CONFIDENTIAL     EQUIP 000349

**Sarah Dellinger**

| | |
|---|---|
| **From:** | Ronda McNae <rondamcnae@gmail.com> |
| **Sent:** | Friday, March 6, 2020 1:04 PM |
| **To:** | Sarah Dellinger |
| **Subject:** | Re: Recap |

Two min sorry - kids are home sick

**From:** Sarah Dellinger <info@equipcounseling.com>
**Sent:** Thursday, February 20, 2020 7:14:57 AM
**To:** Ronda McNae <rondamcnae@gmail.com>
**Subject:** Re: Recap

Thank you for doing this, hopefully you got some restful sleep after.

See you soon.

Sarah

Get Outlook for iOS

**From:** Ronda McNae <rondamcnae@gmail.com>
**Sent:** Thursday, February 20, 2020 3:19:05 AM
**To:** Sarah Dellinger <info@equipcounseling.com>
**Subject:** Fwd: Recap

**From:** Ronda McNae <rondamcnae@gmail.com>
**Sent:** Thursday, February 20, 2020 3:11 AM
**To:** EQUIP Counseling, PLLC
**Subject:** Recap

Sarah, here's the recap. I hope I painted a better picture of the situation.... I'm sorry it's long !
I'm at a loss of how to move forward and accurately label what happened.

-Ronda

**CONFIDENTIAL**                    **EQUIP 000350**

Sarah Dellinger

| | |
|---|---|
| **From:** | Ronda McNae <rondamcnae@gmail.com> |
| **Sent:** | Wednesday, March 11, 2020 7:50 AM |
| **To:** | max@maxmeyerslaw.com; Sarah Dellinger; Sarah Dellinger |
| **Subject:** | A letter to the CEO |
| **Attachments:** | ToSWONE.docx |

Tried to sleep but couldn't. This was a letter I had written to the CEO of Fitz's company (the defendant) Unsure what to do now but I feel like I can rest.

Sitting in my pain has brought clarity of what I feel justice looks and feels like for me.

Thoughts?

CONFIDENTIAL   EQUIP 000351

**Sarah Dellinger**

| | |
|---|---|
| **From:** | Ronda McNae <rondamcnae@gmail.com> |
| **Sent:** | Sunday, March 28, 2021 9:44 AM |
| **To:** | Sarah Dellinger |
| **Subject:** | Trying to keep myself grounded… |
| **Attachments:** | Ben.declarations .pdf |

I know it's a lot. But might help for tomorrow's counseling session.

CONFIDENTIAL

**Sarah Dellinger**

| | |
|---|---|
| **From:** | Ronda McNae <rondamcnae@gmail.com> |
| **Sent:** | Friday, May 29, 2020 10:24 AM |
| **To:** | sarahh@spu.edu; Sarah Dellinger |
| **Subject:** | Fwd: Settlement Agreement draft |
| **Attachments:** | Settlement Agreement - Draft #2.DOCX |

---

**From:** Max Meyers <max@maxmeyerslaw.com>
**Sent:** Wednesday, May 27, 2020 3:21:17 PM
**To:** rondamcnae@gmail.com <rondamcnae@gmail.com>; Will McNae <willmcnae@hotmail.com>
**Subject:** Settlement Agreement draft

Hi Ronda and Will,

I finally received the draft settlement agreement. I made a few changes but have not sent it back to them yet. Please review the attached draft of the settlement agreement. Let me know what questions you have after reviewing it.

The settlement agreement appears to contain the limits we discussed prior to his.

Talk soon,

Max

*Max Meyers*
Max Meyers Law PLLC
11714 N. Creek Pwy. N., Suite 125
Bothell, WA 98011
425.485.2454
425.485.2487 fax
mailto:max@maxmeyerslaw.com
www.MaxMeyersLaw.com
www.MaxPowerLaw.com

**CONFIDENTIALITY NOTICE**

The information contained in this email message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you have received this email message in error, please notify the sender via email or telephone at (425) 242-5595 and do not read the contents. If there is an attachment to this email, you are not authorized to open the attachment or read the contents unless you are the intended recipient. No waiver of the attorney client privilege or work-product privilege is intended if this email is sent to an unintended or unauthorized. All Max Meyers Law PLLC attorneys are licensed to practice law in Washington and do not intend to give legal advice to anyone with legal matters not involving Washington law or federal law.

CONFIDENTIAL                                    EQUIP 000353

## Sarah Dellinger

| | |
|---|---|
| **From:** | Will McNae <willmcnae@gmail.com> |
| **Sent:** | Wednesday, July 6, 2022 1:53 PM |
| **To:** | Sarah Dellinger |
| **Subject:** | Re: Super Bills- May & June |

Perfect. Thank you.

**From:** Sarah Dellinger <info@equipcounseling.com>
**Sent:** Wednesday, July 6, 2022 1:52:11 PM
**To:** Will McNae <willmcnae@gmail.com>
**Subject:** RE: Super Bills- May & June

Yes. I can bill for May today with the card I have on file ending in 5926.

Warmly,

Sarah

**From:** Will McNae <willmcnae@gmail.com>
**Sent:** Wednesday, July 6, 2022 1:48 PM
**To:** Sarah Dellinger <info@equipcounseling.com>
**Subject:** Re: Super Bills- May & June

Hi Sarah, I was going to have Ronda bring in a check tomorrow. Are you able to bill today for May?  I will move funds and have you run the Visa card on file.

Apologies for my delay.
Will

**From:** Sarah Dellinger <info@equipcounseling.com>
**Sent:** Wednesday, July 6, 2022 1:40:48 PM
**To:** willmcnae@gmail.com <willmcnae@gmail.com>
**Subject:** Super Bills- May & June

Hi Will,

I'm sorry to bother you but would like to touch base about the May and June superbill payments. I try not to get more than 1 month behind. Please let me know if you'd like me to resend them both.

Warmly,

Sarah Dellinger, EQUIP Counseling, PLLC

Scheduling Link

10829 Ne 68th St, Suite D, Kirkland Wa 98033

1
**CONFIDENTIAL**                    **EQUIP 000354**

Phone: 206.202.2832

http://www.equipcounseling.com info@equipcounseling.com

Confidentiality notice: Sarah Dellinger does not typically use email for anything other than scheduling due to HIPAA compliance rules. Since email is not a totally confidential means of communication, please consider this as you communicate with me. While I will make a reasonable effort to keep what is written private, it is suggested that very personal information be communicated by phone, on paper, or in person.

The information contained in this text or email is confidential, protected under federal 42CFR Part 2 and State regulations. It is intended solely for the addressee (the intended recipient), and access to this message by anyone else is unauthorized by the stated regulations. If you are not the intended recipient, please contact me immediately by reply to this e-mail and destroy it and any copies of it immediately.

If you are experiencing a life threatening emergency, please call 911 immediately. NOTE TO NEW CLIENTS: If you are a new client seeking therapy, my policy is to return all new client emails within 48 hours. If you are a new client seeking therapy and are currently in crisis or experiencing a life threatening emergency, please contact 911 immediately.

CONFIDENTIAL                    EQUIP 000355

Sarah Dellinger

| | |
|---|---|
| **From:** | Ronda McNae <rondamcnae@gmail.com> |
| **Sent:** | Monday, November 22, 2021 10:03 AM |
| **To:** | rondamcnae@gmail.com; Will McNae |
| **Subject:** | Character Reference |

Good Morning,

We are unfortunately in a position where we are kindly requesting your help.

A couple days ago both Will and I received a formal letter from The Department of Social and Health Services stating we are under investigation, due to allegations of "Financial exploitation" and "Personal exploitation" of Will's mom: Marjorie McNae.

Would you be willing to write a character reference letter that we can provide to the Adult Protection Service Investigator? The consequences of these allegations if we can't prove our innocence; We would have to be listed on a registry and would not be able to ever volunteer with children or vulnerable adults (including; Marjorie McNae).

If so, please include your contact information if there's a need for follow up. The letter would need to be addressed to Kate Chaffin and include the preferred way to contact you.

*How do you know Ronda and/or Will McNae
*How long have you known Ronda and/or Will McNae
*Your personal opinion/perception of Ronda and/or Will McNae's character.
*Do you believe the allegation that they have financially or personally exploited Marjorie McNae?

We greatly appreciate your consideration and help. We have a quick turn around. The letter states that we need to have these documents ready by November 30th.

Thank you,

Ronda & Will McNae

CONFIDENTIAL                    EQUIP 000356

**Sarah Dellinger**

| | |
|---|---|
| **From:** | Ronda McNae <rondamcnae@gmail.com> |
| **Sent:** | Tuesday, December 1, 2020 11:41 PM |
| **To:** | Sarah Dellinger; wimcnae@microsoft.com |
| **Subject:** | Super Bill |

Hey Sarah, could you send us the super bill so Will can submit it please!?!

CONFIDENTIAL                    EQUIP 000357



## DISCLOSURE TO PROTECTED HEALTH INFORMATION

By signing this document, I, _____Ronda McNae_____ (hereinafter "Patient" or "Patient's parent/guardian) hereby authorize Sarah Hiemstra Dollinger (hereinafter "Provider") to disclose and mutually exchange any and all mental health treatment information and records obtained in the course of Provider's treatment of _____Ronda McNae_____ (Patient) including, but not limited to my (or my child's) social, emotional, educational, religious, psychological and medical histories, including assessments, background, opinions, and any other relevant data necessary to assist this Provider in providing continuing service to myself or my child, TO:

_____James Bhaskar_____ ( Name) ___M.D.___ (Role)

_____ ( Name) _____ (Role)

_____ ( Name) _____ (Role)

I understand that I have a right to receive a copy of this authorization. I understand that any cancellation or modification of this authorization must be writing. I understand that I have the right to revoke this authorization at any time unless this Provider has taken action in reliance upon it. And, I also understand that such revocation must be in writing.

This disclosure of information and records authorized by the Patient is required by for the following purpose:

___ Treatment planning

___ Insurance reimbursement

___ Educational consultation

✓ Treatment Coordination]

___ Emergency contact

___ Other

I agree to indemnify and hold harmless all persons named above from any and all liability claims, actions, damages or suits arising from or relating to the release or exchange of information made pursuant to this authorization to release confidential information.

This Provider shall not condition treatment upon Patient signing this authorization. The Patient has the right to refuse to sign this form. The Patient understands that information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and may no longer be protected by the Federal Privacy Rule.

This authorization shall remain valid until _____TBD_____

_____ (Patient) 7/12/20 (Date)

(if not signed by the patient, please indicate relationship)

**CONFIDENTIAL**                    **EQUIP 000358**



## DISCLOSURE TO PROTECTED HEALTH INFORMATION

This release authorized the disclosure and exchange of Protected Health Information (PHI) and other information between Sarah Dellinger of EQUIP Counseling, PLLC (at 10829 Ne 68th St., Suite D, Kirkland, Wa. 98034)) and:

_Natalie Chan /SFPD_ ( Name) _Investigator_ (Role)
_( MIAMI PD)_ ( Email ) _____ (Phone)
_____ (Address)

I understand that I have a right to receive a copy of this authorization. I understand that any cancellation or modification of this authorization must be done in writing. I understand that I have the right to revoke this authorization at any time unless this Provider has taken action in reliance upon it. And, I also understand that such revocation must be in writing.

This disclosure of information and records authorized by the Patient is required by for the following purpose:

✓ Treatment planning

___ Insurance reimbursement

___ Educational consultation

✓ Treatment Coordination

___ Emergency contact

___ Other

I agree to indemnify and hold harmless all persons named above from any and all liability claims, actions, damages or suits arising from or relating to the release or exchange of information made pursuant to this authorization to release confidential information.

This Provider shall not condition treatment upon Patient signing this authorization. The Patient has the right to refuse to sign this form. The Patient understands that information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and may no longer be protected by the Federal Privacy Rule.

This authorization shall remain valid until _TBD_

_____ (Signature)

(if not signed by the patient, please indicate relationship)

_5/5/22_ (Date)

CONFIDENTIAL                    EQUIP 000359



## DISCLOSURE TO PROTECTED HEALTH INFORMATION

This release authorized the disclosure and exchange of Protected Health Information (PHI) and other information between Sarah Dellinger of EQUIP Counseling, PLLC (at 10825 Ne 68ᵗʰ St., Suite D, Kirkland, Wa. 98054); and:

*BFW* *Alaina Fotiu-Wojtowicz* ( Name) _____ (Role) *lawyers*

*Heather Shatzel* ( Email ) *alaina@bfwlegal.com* (Phone)

*Sabrina Puglisi* *miami, FL* (Address) */office admin*

I understand that I have a right to receive a copy of this authorization. I understand that any cancellation or modification of this authorization must be done in writing. I understand that I have the right to revoke this authorization at any time unless this Provider has taken action in reliance upon it. And, I also understand that such revocation must be in writing.

This disclosure of information and records authorized by the Patient is required by for the following purpose:

___ Treatment planning

___ Insurance reimbursement

___ Educational consultation

___ Treatment Coordination

___ Emergency contact

✓
___ Other

I agree to indemnify and hold harmless all persons named above from any and all liability claims, actions, damages or suits arising from or relating to the release or exchange of information made pursuant to this authorization to release confidential information.

This Provider shall not condition treatment upon Patient signing this authorization. The Patient has the right to refuse to sign this form. The Patient understands that information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and may no longer be protected by the Federal Privacy Rule.

This authorization shall remain valid until *TBD*

_____ (Signature)

(if not signed by the patient, please indicate relationship)

_____ *9/8/2022* (Date)

CONFIDENTIAL                     EQUIP 000360



## INFORMED CONSENT FOR IN-PERSON SERVICES DURING COVID-19 PUBLIC HEALTH CRISIS

This document contains important information about our decision (yours and mine) to conduct in-person services in light of the COVID-19 public health crisis. Please read this carefully and let me know if you have any questions. When you sign this document, it will be an official agreement between us.

### Decision to Meet Face-to-Face

We have agreed to meet in person for some or all future sessions. If there is a resurgence of the pandemic or if other health concerns arise, however, I may require that we meet via Telehealth. If you have concerns about meeting through Telehealth, we will talk about it first and try to address any issues.

### Risks of Opting for In-Person Services

You understand that by coming to the office, you are assuming the risk of exposure to the coronavirus (or other public health risk). This risk may increase if you travel by public transportation, cab, or ridesharing service.

### Your Responsibility to Minimize Your Exposure

To obtain services in person, you agree to take certain precautions which will help keep everyone (you, myself, other clients, and our families, safer from exposure, sickness and possible death. If you do not adhere to these safeguards, it may result in our starting / returning to a Telehealth arrangement.

Initial each to indicate that you understand and agree to these actions:

- You will only keep your in-person appointment if you are symptom free.
- You will wait in your car or outside until no earlier than 5 minutes before our session time.
- You will wash your hands or use alcohol-based hand sanitizer when you enter the building.
- You will adhere to the safe distancing precautions in the common areas.
- You will wear a mask in all areas of the office (I will too).
- You will keep a distance of 6 feet and there will be no physical contact
- If you are bringing your child, you will make sure that your child follows all of these sanitation and distancing protocols.
- You will take steps between appointments to minimize your exposure to COVID.
- If you have a job that exposes you to other people who are infected, you will immediately let me know.
- If a resident of your home tests positive for the infection, you will immediately let me know and we will then [begin] resume treatment via Telehealth.

I may change the above precautions if additional local, state or federal orders or guidelines are published. If that happens, we will talk about any necessary changes.

CONFIDENTIAL                    EQUIP 000361

**My Commitment to Minimize Exposure**
My practice has taken steps to reduce the risk of spreading the coronavirus within the office and we have posted our efforts on our website and in the office. Please let me know if you have questions about these efforts.

**If You or I Are Sick**
You understand that I am committed to keeping you, me, and all of our families safe from the spread of this virus. If you show up for an appointment and I believe that you have a fever or other symptoms, or believe you have been exposed, I will have to require you to leave the office immediately. We can follow up with services by telehealth as appropriate.

If I test positive for the coronavirus, I will notify you so that you can take appropriate precautions.

**Your Confidentiality in the Case of Infection**
If you have tested positive for the coronavirus, I may be required to notify local health authorities that you have been in the office. If I have to report this, I will only provide the minimum information necessary for their data collection and will not go into any details about the reason(s) for our visits. By signing this form, you are agreeing that I may do so without an additional signed release.

**Informed Consent**
This agreement supplements the general informed consent/business agreement that we agreed to at the start of our work together.

Your signature below shows that you agree to these terms and conditions.

_____        7/15/20
Patient/Client                                            Date

_____        _____
Patient/Client                                            Date

_____        7/15/2020
Provider                                                   Date

CONFIDENTIAL          EQUIP 000362

*Alaska.*

## Mental Health Professional Form

### Guest Information (completed by patient/guest)

Patient/Guest
Name: MCNAE        RANDA        D
         Last            First            M.I.

Guest state of residence: WASHINGTON

Guest email address: Randamcnad@ gmail.com

Animal Type: DOG

Animal Breed: SHIH TZU / BICHON

Animal Weight: 9 LBS

### Mental Health Professional Information (completed by Mental Health Professional)

Type of medical license
AND date issued: Licensed Marriage & Family Therapist Ass.

Medical License
Number or
National Physician
Number (NPI): 60781074

State or Jurisdiction
Where License is
Issued: WA            Practice Phone Number: 206.202.2832

Name of Practice: Equip Counseling, PLLC

Name (printed): Sarah Hiemstra Dellinger

Physician
Signature: Sarah Dellinger    Date: 10/20/2020

Note:  • Form must be dated within one year from the date of your outbound flight.
       • Form is valid for one year from the date of the physician's signature.

I am a licensed medical/mental health professional
treating this patient's mental or emotional disability.    YES ☒    Physician's initials: AD

I certify that this patient has a mental health-related
Disability listed in the Diagnostic and Statistical
Manual of Mental Disorders and is currently under
my care:    YES ☒    Physician's initials: AD

• All completed and signed documents must be sent through a service request via an email to
  support.animal@alaskaair.com or fax to 206-392-2804.
• All documents are required to be submitted at least 48 hours prior to travel.
• By submitting this form, the guest consents to Alaska's Privacy Policy.
  https://www.alaskaair.com/content/legal/privacy-policy
• Retain the original forms in your possession for your entire journey. All forms may need to be provided at the airport.
• Your animal must be visually verified at the airport by airline staff.
• Once all your documents have been received and reviewed, you will receive a confirmation email from us.

3        CONFIDENTIAL        ANIMAL MENTAL HEALTH FORM
                                    EQUIP 000365



EQUIP counseling

# Payment History for Ronda McNae

02/20/2020 - 02/02/2023

| Transacted On | Amount | Method | Invoice |
|---|---|---|---|
| 01/06/2023 | $1,200.00 | Credit/Debit Card | paid $1,200.00 of $1,200.00 on Invoice dated 11/01/2022 |
| 12/01/2022 | $900.00 | Credit/Debit Card | paid $900.00 of $900.00 on Invoice dated 10/07/2022 |
| 10/13/2022 | $1,350.00 | Credit/Debit Card | paid $1,350.00 of $1,350.00 on Invoice dated 09/07/2022 |
| 09/13/2022 | $600.00 | Credit/Debit Card | paid $600.00 of $600.00 on Invoice dated 08/30/2022 |
| 09/14/2022 | $600.00 | Credit/Debit Card | paid $600.00 of $600.00 on Invoice dated 07/02/2022 |
| 08/08/2022 | $1,200.00 | Credit/Debit Card | paid $1,200.00 of $1,200.00 on Invoice dated 06/02/2022 |
| 07/23/2022 | $1,050.00 | Credit/Debit Card | paid $1,050.00 of $1,050.00 on Invoice dated 05/02/2022 |
| 05/20/2022 | $600.00 | Credit/Debit Card | paid $600.00 of $600.00 on Invoice dated 05/02/2022 |
| 04/02/2022 | $1,800.00 | Credit/Debit Card | paid $1,800.00 of $1,800.00 on Invoice dated 03/03/2022 |
| 03/10/2022 | $1,500.00 | Credit/Debit Card | paid $1,500.00 of $1,500.00 on Invoice dated 02/03/2022 |
| 02/01/2022 | $1,500.00 | Credit/Debit Card | paid $1,500.00 of $1,500.00 on Invoice dated 01/13/2022 |
| 01/12/2022 | $1,200.00 | Credit/Debit Card | paid $1,200.00 of $1,200.00 on Invoice dated 12/07/2021 |
| 12/16/2021 | $450.00 | Credit/Debit Card | paid $450.00 of $450.00 on Invoice dated 11/03/2021 |
| 11/05/2021 | $1,650.00 | Credit/Debit Card | paid $1,650.00 of $1,650.00 on Invoice dated 09/15/2021 |
| 11/05/2021 | $1,950.00 | Credit/Debit Card | paid $1,950.00 of $1,950.00 on Invoice dated 10/04/2021 |
| 09/21/2021 | $1,100.00 | Credit/Debit Card | paid $1,100.00 of $1,100.00 on Invoice dated 08/09/2021 |
| 09/21/2021 | $1,450.00 | Credit/Debit Card | paid $1,450.00 of $1,450.00 on Invoice dated 05/07/2021 |
| 08/05/2021 | $1,200.00 | Credit/Debit Card | paid $1,200.00 of $1,200.00 on Invoice dated 06/07/2021 |
| 05/29/2021 | $400.00 | Credit/Debit Card | paid $400.00 of $1,200.00 on Invoice dated 04/23/2021 |

| 05/25/2021 | $800.00 | Credit/Debit Card | paid $800.00 of $1,200.00 on Invoice dated 04/23/2021 |
| 04/18/2021 | $1,650.00 | Credit/Debit Card | paid $1,650.00 of $1,650.00 on Invoice dated 03/21/2021 |
| 03/01/2021 | $750.00 | Credit/Debit Card | paid $750.00 of $750.00 on Invoice dated 02/12/2021 |
| 01/31/2021 | $1,200.00 | Credit/Debit Card | paid $1,200.00 of $1,200.00 on Invoice dated 01/12/2021 |
| 01/05/2021 | $900.00 | Credit/Debit Card | paid $900.00 of $900.00 on Invoice dated 12/07/2020 |
| 12/02/2020 | $900.00 | Credit/Debit Card | paid $900.00 of $900.00 on Invoice dated 11/17/2020 |
| 10/24/2020 | $900.00 | Credit/Debit Card | paid $900.00 of $900.00 on Invoice dated 10/19/2020 |
| 10/05/2020 | $150.00 | Credit/Debit Card | paid $150.00 of $750.00 on Invoice dated 09/12/2020 |
| 09/23/2020 | $300.00 | Credit/Debit Card | paid $300.00 of $600.00 on Invoice dated 09/12/2020 |
| 09/12/2020 | $300.00 | Credit/Debit Card | paid $300.00 of $300.00 on Invoice dated 09/12/2020 |
| 08/31/2020 | $450.00 | Credit/Debit Card | paid $450.00 of $450.00 on Invoice dated 08/10/2020 |
| 08/07/2020 | $600.00 | Credit/Debit Card | paid $600.00 of $600.00 on Invoice dated 07/16/2020 |
| 07/09/2020 | $1,650.00 | Credit/Debit Card | paid $1,650.00 of $1,650.00 on Invoice dated 06/14/2020 |
| 06/14/2020 | $1,200.00 | Credit/Debit Card | paid $1,200.00 of $1,800.00 on Invoice dated 05/02/2020 |
| 05/15/2020 | $600.00 | Credit/Debit Card | paid $600.00 of $1,050.00 on Invoice dated 05/02/2020 |
| 04/17/2020 | $950.00 | Credit/Debit Card | paid $950.00 of $1,250.00 on Invoice dated 04/05/2020 |
| 04/05/2020 | $300.00 | Credit/Debit Card | paid $300.00 of $300.00 on Invoice dated 04/05/2020 |
| 04/01/2020 | $600.00 | Credit/Debit Card | paid $600.00 of $1,650.00 on Invoice dated 03/02/2020 |
| 04/01/2020 | $350.00 | Credit/Debit Card | paid $350.00 of $2,000.00 on Invoice dated 03/02/2020 |
| 03/16/2020 | $600.00 | Credit/Debit Card | paid $600.00 of $2,000.00 on Invoice dated 03/02/2020 |
| 03/07/2020 | $450.00 | Credit/Debit Card | paid $450.00 of $450.00 on Invoice dated 03/02/2020 |
| 02/29/2020 | $500.00 | Credit/Debit Card | paid $500.00 of $950.00 on Invoice dated 02/25/2020 |
| 02/25/2020 | $300.00 | Credit/Debit Card | paid $300.00 of $300.00 on Invoice dated 02/25/2020 |
| 02/25/2020 | $150.00 | Write Off | paid $150.00 of $450.00 on Invoice dated 02/25/2020 |

**Superbill**

### EQUIP Counseling, PLLC

Date : 5 April 2020
Invoice No. : 879
For Questions Call : 2069923154

Ronda McNae
504 11th pl
Kirkland, Wa 98033

EQUIP Counseling, PLLC
10829 Ne 68th St
Suite D
Kirkland Wa 98033

Previous Balance: $0.00

| Date | Service | Place of Service | Units | Charge |
|------|---------|------------------|-------|--------|
| 04/15/2020 | 90837: 60min Therapy Session | 11 | 1 | |
| 04/15/2020 | 99354: 30 Min Session- Add On (Non-Crisis) | 11 | 1 | |
| 04/13/2020 | 90837: 60min Therapy Session | 11 | 1 | |
| 04/13/2020 | 99354: 30 Min Session- Add On (Non-Crisis) | 11 | 1 | |
| 04/10/2020 | 90837: 60min Therapy Session | 11 | 1 | |
| 04/10/2020 | 99354: 30 Min Session- Add On (Non-Crisis) | 11 | 1 | |
| 04/08/2020 | 90837: 60min Therapy Session | 11 | 1 | |
| 04/06/2020 | 90837: 60min Therapy Session | 11 | 1 | |
| 04/06/2020 | 99354: 30 Min Session- Add On (Non-Crisis) | 11 | 1 | |
| 04/03/2020 | 90837: 60min Therapy Session | 11 | 1 | |
| 04/02/2020 | 90837: 60min Therapy Session | 11 | 1 | |

Total Charges: $

Diagnostic Code(s): F43.12

Total Paid:
Invoice Amount Due:
**Balance Due:**

| Billing Provider: | Name: EQUIP Counseling, PLLC | Client: | ID: RM00093 |
|---|---|---|---|



License #: MG1-60781074

Rendering Provider:

Owner Sarah Dellinger, MS, LMFTA
Staff License #: MG- 60781074

Client: ID: RM00093
Name: Ronda McNae
Date of Birth: 4 April 1986
Sex: Female
SSN: XXXXX-6684
Phone: (206) 914-6752

Footnote:

CONFIDENTIAL        EQUIP 000366



**Superbill**

EQUIP Counseling, PLLC

| | |
|---|---|
| Date : | 23 April 2021 |
| Invoice No. : | 1121 |
| For Questions Call : | 2069923154 |

Ronda McNae
504 11th pl
Kirkland, Wa 98033

EQUIP Counseling, PLLC
10829 Ne 68th St
Suite D
Kirkland Wa 98033

Previous Balance:

| Date | Service | Place of Service | Units | Charge |
|---|---|---|---|---|
| 04/30/2021 | 90837: 60min Therapy Session | 11 | 1 | |
| 04/28/2021 | 90837: 60min Therapy Session | 11 | 1 | |
| 04/27/2021 | 90837: 60min Therapy Session | 11 | 1 | |
| 04/26/2021 | 90847: C/F Therapy Session | 11 | 1 | |
| 04/23/2021 | 90837: 60min Therapy Session | 11 | 1 | |
| 04/21/2021 | 90837: 60min Therapy Session | 11 | 1 | |
| 04/19/2021 | 90847: C/F Therapy Session | 11 | 1 | |
| 04/16/2021 | 90837: 60min Therapy Session | 11 | 1 | |
| | | | Total Charges: | $ |

Diagnostic Code(s): **F43.12**

| | |
|---|---|
| Total Paid: | |
| Invoice Amount Due: | |
| **Balance Due:** | |

| Billing Provider: | Name: EQUIP Counseling, PLLC | Client: | ID: RM00093 |
|---|---|---|---|
| |  | | Name: Ronda McNae |
| | | | Date of Birth: 4 April 1986 |
| | License #: MG1-60781074 | | Sex: Female |
| Rendering Provider: | Owner Sarah Dellinger, MS, LMFTA | | SSN: XXXXX-3684 |
| | Staff License #: MG- 60781074 | | Phone: (206) 914-6752 |

Footnote:



**Superbill**

EQUIP Counseling, PLLC

Date : 2 May 2022
Invoice No. : 1402
For Questions Call : 2069923154

| | |
|---|---|
| Ronda McNae | EQUIP Counseling, PLLC |
| 504 11th pl | 10829 Ne 68th St |
| Kirkland, Wa 98033 | Suite D |
| | Kirkland Wa 98033 |

Previous Balance:

| Date | Service | Place of Service | Units | Charge |
|---|---|---|---|---|
| 04/26/2022 | 90837: 60min Therapy Session | 11 | 1 | |
| 04/25/2022 | 90847: C/F Therapy Session | 11 | 1 | |
| 04/04/2022 | 90837: 60min Therapy Session | 02 | 1 | |
| 04/01/2022 | 90837: 60min Therapy Session | 11 | 1 | |
| | | | Total Charges: | |

Diagnostic Code(s): **F43.12**

Total Paid:
Invoice Amount Due:
**Balance Due:**



| | | |
|---|---|---|
| Billing Provider: | Name: EQUIP Counseling, PLLC | Client: |
| | | ID: RM00093 |
| | | Name: Ronda McNae |
| | License #: MG1-60781074 | Date of Birth: 4 April 1966 |
| | | Sex: Female |
| Rendering Provider: | Owner Sarah Dellinger, MS, LMFTA | SSN: XXXXX-3684 |
| | Staff License #: MG- 60781074 | Phone: (206) 914-6752 |

Footnote:

# EQUIP Counseling, PLLC

**Superbill**

Date : 10 August 2020
Invoice No. : 971
For Questions Call : 2069923154

| | |
|---|---|
| Ronda McNae | EQUIP Counseling, PLLC |
| 504 11th pl | 10829 Ne 68th St |
| Kirkland, Wa 98033 | Suite D |
| | Kirkland Wa 98033 |

Previous Balance: ▮▮▮▮

| Date | Service | Place of Service | Units | Charge |
|---|---|---|---|---|
| 08/17/2020 | 90837: 60min Therapy Session | 11 | 1 | ▮▮▮ |
| 08/12/2020 | 90837: 60min Therapy Session | 11 | 1 | |
| 08/05/2020 | 90837: 60min Therapy Session | 11 | 1 | ▮▮▮ |
| | | | Total Charges: | |

Diagnostic Code(s): F43.12

Total Paid: ▮▮▮
Invoice Amount Due: ▮▮▮
**Balance Due:** ▮▮▮

| | |
|---|---|
| Billing Provider: | Name: EQUIP Counseling, PLLC |
| | ▮▮▮ |
| | License #: MG1-60781074 |
| Rendering Provider: | Owner Sarah Dellinger, MS, LMFTA |
| | Staff License #: MG- 60781074 |

Client: ID: RM00093
Name: Ronda McNae
Date of Birth: 4 April 1986
Sex: Female
SSN: XXXXX-3684
Phone: (206) 914-6752

Footnote:

**Superbill**

EQUIP Counseling

Date :  30 August 2022
Invoice No. :  1491
For Questions Call :  2069923154

**EQUIP Counseling, PLLC**

Ronda McNae
504 11th pl
Kirkland, Wa 98033

EQUIP Counseling, PLLC
10829 Ne 68th St
Suite D
Kirkland Wa 98033

Previous Balance:

| Date | Service | Place of Service | Units | Charge |
|------|---------|------------------|-------|--------|
| 08/26/2022 | 90847: C/F Therapy Session | 11 | 1 | |
| 08/23/2022 | 90837: 60min Therapy Session | 11 | 1 | |
| 08/11/2022 | 90837: 60min Therapy Session | 11 | 1 | |
| 08/08/2022 | 90837: 60min Therapy Session | 11 | 1 | |

Total Charges:

Diagnostic Code(s): F43.12

Total Paid:
Invoice Amount Due:
**Balance Due:**

Billing Provider:
Name: EQUIP Counseling, PLLC

License #: MG1-60781074

Rendering Provider:
Owner Sarah Dellinger, MS, LMFTA
Staff License #: MG- 60781074

Client:   ID: RM00093
Name: Ronda McNae
Date of Birth: 4 April 1986
Sex: Female
SSN: XXXXX-3684
Phone: (206) 914-6752

Footnote:

CONFIDENTIAL        EQUIP 000370

**Superbill**

# EQUIP Counseling, PLLC

Date : 7 December 2020
Invoice No. : 1054
For Questions Call : 2069923154

Ronda McNae
504 11th pl
Kirkland, Wa 98033

EQUIP Counseling, PLLC
10829 Ne 68th St
Suite D
Kirkland Wa 98033

| | | Previous Balance: | | |
|---|---|---|---|---|

| Date | Service | Place of Service | Units | Charge |
|---|---|---|---|---|
| 12/17/2020 | 90837: 60min Therapy Session | 11 | 1 | |
| 12/14/2020 | 90837: 60min Therapy Session | 11 | 1 | |
| 12/11/2020 | 90837: 60min Therapy Session | 11 | 1 | |
| 12/09/2020 | 90837: 60min Therapy Session | 11 | 1 | |
| 12/04/2020 | 90837: 60min Therapy Session | 02 | 1 | |
| 12/01/2020 | 90837: 60min Therapy Session | 11 | 1 | |
| | | Total Charges: | | |

Diagnostic Code(s): F43.12

Total Paid:
Invoice Amount Due:
**Balance Due:**

| Billing Provider: | Name: EQUIP Counseling, PLLC  License #: MG1-60781074 | Client: | ID: RM00093 Name: Ronda McNae Date of Birth: 4 April 1986 Sex: Female SSN: XXXXX-3684 Phone: (206) 914-6752 |
|---|---|---|---|
| Rendering Provider: | Owner Sarah Dellinger, MS, LMFTA Staff License #: MG- 60781074 | | |

Footnote:

**Superbill**

**EQUIP Counseling, PLLC**

Date : 7 December 2021
Invoice No. : 1295
For Questions Call : 2069923154

Ronda McNae
504 11th pl
Kirkland, Wa 98033

EQUIP Counseling, PLLC
10829 Ne 68th St
Suite D
Kirkland Wa 98033

Previous Balance:

| Date | Service | Place of Service | Units | Charge |
|---|---|---|---|---|
| 12/27/2021 | 90837: 60min Therapy Session | 11 | 1 | |
| 12/22/2021 | 90837: 60min Therapy Session | 11 | 1 | |
| 12/20/2021 | 90837: 60min Therapy Session | 11 | 1 | |
| 12/14/2021 | 90847: C/F Therapy Session | 11 | 1 | |
| 12/08/2021 | 90847: C/F Therapy Session | 11 | 1 | |
| 12/06/2021 | 90837: 60min Therapy Session | 11 | 1 | |
| 12/06/2021 | 90846: C Therapy Session (W/O) | 11 | 1 | |
| 12/01/2021 | 90837: 60min Therapy Session | 02 | 1 | |

Total Charges:

Diagnostic Code(s): **F43.12**

Total Paid:
Invoice Amount Due:
**Balance Due:**

Billing Provider: Name: EQUIP Counseling, PLLC

License #: MG1-60781074

Rendering Provider: Owner Sarah Dellinger, MS, LMFTA

Staff License #: MG- 60781074

Client: ID: RM00093
Name: Ronda McNae
Date of Birth: 4 April 1986
Sex: Female
SSN: XXXXX-3684
Phone: (206) 914-6752

Footnote:

**Superbill**

EQUIP Counseling logo

# EQUIP Counseling, PLLC

Date : 1 December 2022
Invoice No. : 1596
For Questions Call : 2069923154

Ronda McNae
504 11th pl
Kirkland, Wa 98033

EQUIP Counseling, PLLC
10829 Ne 68th St
Suite D
Kirkland Wa 98033

Previous Balance:

| Date | Service | Place of Service | Units | Charge |
|------|---------|------------------|-------|--------|
| 12/29/2022 | 90837: 60min Therapy Session | 02 | 1 | |
| 12/15/2022 | 90837: 60min Therapy Session | 11 | 1 | |
| 12/12/2022 | 90837: 60min Therapy Session | 11 | 1 | |
| 12/09/2022 | 90837: 60min Therapy Session | 11 | 1 | |
| 12/05/2022 | 90837: 60min Therapy Session | 11 | 1 | |
| 12/01/2022 | 90837: 60min Therapy Session | 11 | 1 | |
| | | Total Charges: | | |

Diagnostic Code(s): F43.12

Total Paid:
Invoice Amount Due:
**Balance Due:**



| Billing Provider: | Name: EQUIP Counseling, PLLC | Client: | ID: RM00093 |
|---|---|---|---|

License #: MG1-60781074

Name: Ronda McNae
Date of Birth: 4 April 1986
Sex: Female
SSN: XXXXX-3684
Phone: (206) 914-6752

Rendering Provider:
Owner Sarah Dellinger, MS, LMFTA
Staff License #: MG- 60781074

Footnote:

CONFIDENTIAL          EQUIP 000373

**Superbill**

# EQUIP Counseling, PLLC

Date : 25 February 2020
Invoice No. : 846
For Questions Call : 2069923154

Ronda McNae
504 11th pl
Kirkland, Wa 98033

EQUIP Counseling, PLLC
10829 Ne 68th St
Suite D
Kirkland Wa 98033

Previous Balance:

| Date | Service | Place of Service | Units | Charge |
|------|---------|------------------|-------|--------|
| 02/28/2020 | 90837: 60min Therapy Session | 11 | 1 | |
| 02/28/2020 | 99354: 30 Min Session- Add On (Non-Crisis) | 11 | 1 | |
| 02/27/2020 | 90837: 60min Therapy Session | 11 | 1 | |
| 02/26/2020 | 90839: 60 Min Psychotherapy Session (Crisis) | 11 | 1 | |
| 02/24/2020 | 90837: 60min Therapy Session | 11 | 1 | |
| 02/20/2020 | 90837: 60min Therapy Session | 11 | 1 | |
| 02/19/2020 | 90837: 60min Therapy Session | 11 | 1 | |
| | Total Charges: | | | |

Diagnostic Code(s): F43.12

Total Paid:
Invoice Amount Due:
**Balance Due:**

Billing Provider:   Name: EQUIP Counseling,
PLLC

License #: MG1-60781074

Rendering Provider:   Owner Sarah Dellinger, MS, LMFTA
Staff License #: MG- 60781074

Client:   ID: RM00093
Name: Ronda McNae
Date of Birth: 4 April 1986
Sex: Female
SSN: XXXXX-3684
Phone: (206) 914-6752

Footnote:
Client has already paid provider in FULL.
Reimbursment can be made directly to the
insured.

CONFIDENTIAL        EQUIP 000374

**Superbill**

**EQUIP Counseling, PLLC**

Date : 12 February 2021
Invoice No. : 1105
For Questions Call : 2069923154

Ronda McNae
504 11th pl
Kirkland, Wa 98033

EQUIP Counseling, PLLC
10829 Ne 68th St
Suite D
Kirkland Wa 98033

Previous Balance:

| Date | Service | Place of Service | Units | Charge |
|------|---------|------------------|-------|--------|
| 02/25/2021 | 90837: 60min Therapy Session | 11 | 1 | |
| 02/15/2021 | 90837: 60min Therapy Session | 11 | 1 | |
| 02/11/2021 | 90837: 60min Therapy Session | 11 | 1 | |
| 02/05/2021 | 90837: 60min Therapy Session | 11 | 1 | |
| 02/01/2021 | 90837: 60min Therapy Session | 11 | 1 | |

Total Charges:

Diagnostic Code(s): F43.12

Total Paid:
Invoice Amount Due:
Balance Due:

**Billing Provider:** Name: EQUIP Counseling, PLLC

License #: MG1-60781074

**Rendering Provider:** Owner Sarah Dellinger, MS, LMFTA
Staff License #: MG- 60781074

**Client:** ID: RM00093
Name: Ronda McNae
Date of Birth: 4 April 1986
Sex: Female
SSN: XXXXX-3684
Phone: (206) 914-6752

Footnote:

CONFIDENTIAL                 EQUIP 000375

**Superbill**

# EQUIP Counseling, PLLC

Date : 3 February 2022
Invoice No. : 1340
For Questions Call : 2069923154

| Ronda McNae | EQUIP Counseling, PLLC |
|---|---|
| 504 11th pl | 10829 Ne 68th St |
| Kirkland, Wa 98033 | Suite D |
| | Kirkland Wa 98033 |

Previous Balance:

| Date | Service | Place of Service | Units | Charge |
|---|---|---|---|---|
| 02/28/2022 | 90837: 60min Therapy Session | 11 | 1 | |
| 02/24/2022 | 90847: C/F Therapy Session | 11 | 1 | |
| 02/23/2022 | 90837: 60min Therapy Session | 11 | 1 | |
| 02/17/2022 | 90837: 60min Therapy Session | 11 | 1 | |
| 02/14/2022 | 90837: 60min Therapy Session | 11 | 1 | |
| 02/10/2022 | 90837: 60min Therapy Session | 11 | 1 | |
| 02/08/2022 | 90847: C/F Therapy Session | 11 | 1 | |
| 02/07/2022 | 90837: 60min Therapy Session | 11 | 1 | |
| 02/02/2022 | 90837: 60min Therapy Session | 11 | 1 | |
| 02/01/2022 | 90837: 60min Therapy Session | 11 | 1 | |

Total Charges:

Diagnostic Code(s): F43.12

Total Paid:
Invoice Amount Due:
Balance Due:

**Billing Provider:** Name: EQUIP Counseling, PLLC

License #: MG1-60781074

**Rendering Provider:** Owner Sarah Dellinger, MS, LMFTA
Staff License #: MG- 60781074

**Client:** ID: RM00093
Name: Ronda McNae
Date of Birth: 4 April 1986
Sex: Female
SSN: XXXXX-3684
Phone: (206) 914-6752

Footnote:

CONFIDENTIAL          EQUIP 000376



**Superbill**

# EQUIP Counseling, PLLC

Date : 12 January 2021
Invoice No. : 1069
For Questions Call : 2069923154

Ronda McNae
504 11th pl
Kirkland, Wa 98033

EQUIP Counseling, PLLC
10829 Ne 68th St
Suite D
Kirkland Wa 98033

Previous Balance:

| Date | Service | Place of Service | Units | Charge |
|------|---------|------------------|-------|--------|
| 01/27/2021 | 90837: 60min Therapy Session | 11 | 1 | |
| 01/25/2021 | 90837: 60min Therapy Session | 11 | 1 | |
| 01/22/2021 | 90847: C/F Therapy Session | 11 | 1 | |
| 01/19/2021 | 90837: 60min Therapy Session | 11 | 1 | |
| 01/15/2021 | 90847: C/F Therapy Session | 11 | 1 | |
| 01/11/2021 | 90837: 60min Therapy Session | 11 | 1 | |
| 01/08/2021 | 90837: 60min Therapy Session | 11 | 1 | |
| 01/04/2021 | 90837: 60min Therapy Session | 11 | 1 | |

Total Charges:

Diagnostic Code(s): **F43.12**

Total Paid:
Invoice Amount Due:
**Balance Due:**

Billing Provider: Name: EQUIP Counseling, PLLC

License #: MG1-60781074

Rendering Provider: Owner Sarah Dellinger, MS, LMFTA
Staff License #: MG- 60781074

Client: ID: RM00093
Name: Ronda McNae
Date of Birth: 4 April 1986
Sex: Female
SSN: XXXXX-3684
Phone: (206) 914-6752

Footnote:

# EQUIP Counseling

**Superbill**

**EQUIP Counseling, PLLC**

Date : 13 January 2022
Invoice No. : 1324
For Questions Call : 2069923154

Ronda McNae
504 11th pl
Kirkland, Wa 98033

EQUIP Counseling, PLLC
10829 Ne 68th St
Suite D
Kirkland Wa 98033

Previous Balance:

| Date | Service | Place of Service | Units | Charge |
|------|---------|------------------|-------|--------|
| 01/27/2022 | 90837: 60min Therapy Session | 11 | 1 | |
| 01/26/2022 | 90847: C/F Therapy Session | 11 | 1 | |
| 01/24/2022 | 90837: 60min Therapy Session | 11 | 1 | |
| 01/20/2022 | 90837: 60min Therapy Session | 11 | 1 | |
| 01/18/2022 | 90847: C/F Therapy Session | 11 | 1 | |
| 01/17/2022 | 90837: 60min Therapy Session | 11 | 1 | |
| 01/14/2022 | 90837: 60min Therapy Session | 11 | 1 | |
| 01/07/2022 | 90837: 60min Therapy Session | 11 | 1 | |
| 01/06/2022 | 90837: 60min Therapy Session | 11 | 1 | |
| 01/03/2022 | 90847: C/F Therapy Session | 11 | 1 | |
| | Total Charges: | | | |

Diagnostic Code(s): **F43.12**

Total Paid:
Invoice Amount Due:
**Balance Due:**

Billing Provider:   Name: EQUIP Counseling, PLLC

License #: MG1-60781074

Rendering Provider:   Owner Sarah Dellinger, MS, LMFTA
Staff License #: MG- 60781074

Client:   ID: RM00093
Name: Ronda McNae
Date of Birth: 4 April 1986
Sex: Female
SSN: XXXXX-3684
Phone: (206) 914-6752

Footnote:

CONFIDENTIAL          EQUIP 000378

**Superbill**

EQUIP
counseling

**EQUIP Counseling, PLLC**

| | |
|---|---|
| Date : | 5 January 2023 |
| Invoice No. : | 1614 |
| For Questions Call : | 2069923154 |

Ronda McNae
504 11th pl
Kirkland, Wa 98033

EQUIP Counseling, PLLC
10829 Ne 68th St
Suite D
Kirkland Wa 98033

Previous Balance:

| Date | Service | Place of Service | Units | Charge |
|---|---|---|---|---|
| 01/30/2023 | 90837: 60min Therapy Session | 11 | 1 | |
| 01/26/2023 | 90847: C/F Therapy Session | 11 | 1 | |
| 01/23/2023 | 90837: 60min Therapy Session | 02 | 1 | |
| 01/19/2023 | 90847: C/F Therapy Session | 11 | 1 | |
| 01/09/2023 | 90837: 60min Therapy Session | 11 | 1 | |
| 01/05/2023 | 90837: 60min Therapy Session | 11 | 1 | |
| 01/02/2023 | 90847: C/F Therapy Session | 11 | 1 | |
| | | Total Charges: | | |

Diagnostic Code(s): F43.12

Total Paid:
Invoice Amount Due:
**Balance Due:**

| | | |
|---|---|---|
| Billing Provider: | Name: EQUIP Counseling, PLLC | |
| | License #: MG1-60781074 | |
| Rendering Provider: | Owner Sarah Dellinger, MS, LMFTA | |
| | Staff License #: MG- 60781074 | |

Client:   ID: RM00093
Name: Ronda McNae
Date of Birth: 4 April 1986
Sex: Female
SSN: XXXXX-3684
Phone: (206) 914-6752

Footnote:

# Superbill

**EQUIP Counseling, PLLC**

Date : 9 August 2021
Invoice No. : 1195
For Questions Call : 2069923154

Ronda McNae
504 11th pl
Kirkland, Wa 98033

EQUIP Counseling, PLLC
10829 Ne 68th St
Suite D
Kirkland Wa 98033

Previous Balance:

| Date | Service | Place of Service | Units | Charge |
|------|---------|------------------|-------|--------|
| 08/31/2021 | 90837: 60min Therapy Session | 11 | 1 | |
| 08/20/2021 | 90847: C/F Therapy Session | 11 | 1 | |
| 08/16/2021 | 90837: 60min Therapy Session | 11 | 1 | |
| 08/12/2021 | 90837: 60min Therapy Session | 11 | 1 | |
| 08/09/2021 | 90837: 60min Therapy Session | 11 | 1 | |
| 08/09/2021 | 99354: 30 Min Session- Add On (Non-Crisis) | 11 | 1 | |
| 07/07/2021 | 90837: 60min Therapy Session | 11 | 1 | |
| 07/02/2021 | 90837: 60min Therapy Session | 11 | 1 | |



Total Charges:

Diagnostic Code(s): F43.12

Total Paid:
Invoice Amount Due:
**Balance Due:**

Billing Provider:  Name: EQUIP Counseling, PLLC

License #: MG1-60781074

Rendering Provider:  Owner Sarah Dellinger, MS, LMFTA
Staff License #: MG- 60781074

Client:  ID: RM00093
Name: Ronda McNae
Date of Birth: 4 April 1986
Sex: Female
SSN: XXXXX-3684
Phone: (206) 914-6752

Footnote:



**Superbill**

**EQUIP Counseling, PLLC**

Date : **16 July 2020**
Invoice No. : **959**
For Questions Call : **2069923154**

Ronda McNae
504 11th pl
Kirkland, Wa 98033

EQUIP Counseling, PLLC
10829 Ne 68th St
Suite D
Kirkland Wa 98033

| | | | | | Previous Balance: | ▇▇▇ |
|---|---|---|---|---|---|---|

| Date | Service | Place of Service | Units | | | Charge |
|---|---|---|---|---|---|---|
| 07/29/2020 | 90837: 60min Therapy Session | 11 | 1 | | | ▇▇▇ |
| 07/22/2020 | 90837: 60min Therapy Session | 11 | 1 | | | ▇▇▇ |
| 07/20/2020 | 90837: 60min Therapy Session | 11 | 1 | | | ▇▇▇ |
| 07/15/2020 | 90837: 60min Therapy Session | 11 | 1 | | | ▇▇▇ |
| | | | | | Total Charges: | ▇▇▇ |

Diagnostic Code(s): **F43.12**

Total Paid:
Invoice Amount Due:
Balance Due:

**Billing Provider:** Name: EQUIP Counseling, PLLC

License #: MG1-60781074

**Rendering Provider:** Owner Sarah Dellinger, MS, LMFTA
Staff License #: MG- 60781074

**Client:** ID: RM00093
Name: Ronda McNae
Date of Birth: 4 April 1986
Sex: Female
SSN: XXXXX-3684
Phone: (206) 914-6752

Footnote:

CONFIDENTIAL          EQUIP 000381

**Superbill**

# EQUIP Counseling, PLLC

Date : 2 July 2022
Invoice No. : 1475
For Questions Call : 2069923154

Ronda McNae
504 11th pl
Kirkland, Wa 98033

EQUIP Counseling, PLLC
10829 Ne 68th St
Suite D
Kirkland Wa 98033

| | | | | | Previous Balance: | |
|---|---|---|---|---|---|---|

| Date | Service | Place of Service | Units | | | Charge |
|---|---|---|---|---|---|---|
| 07/22/2022 | 90837: 60min Therapy Session | 11 | 1 | | | |
| 07/18/2022 | 90847: C/F Therapy Session | 11 | 1 | | | |
| 07/11/2022 | 90837: 60min Therapy Session | 11 | 1 | | | |
| 07/01/2022 | 90837: 60min Therapy Session | 11 | 1 | | | |
| | | | | | Total Charges: | |

Diagnostic Code(s): **F43.12**

Total Paid:
Invoice Amount Due:
**Balance Due:**

| | |
|---|---|
| Billing Provider: | Name: EQUIP Counseling, PLLC |
| | License #: MG1-60781074 |
| Rendering Provider: | Owner Sarah Dellinger, MS, LMFTA |
| | Staff License #: MG- 60781074 |

Client:   ID: RM00093
Name: Ronda McNae
Date of Birth: 4 April 1986
Sex: Female
SSN: XXXXX-3684
Phone: (206) 914-6752

Footnote:

CONFIDENTIAL          EQUIP 000382



**Superbill**

**EQUIP Counseling, PLLC**

Date : 14 June 2020
Invoice No. : 910
For Questions Call : 2069923154

Ronda McNae
504 11th pl
Kirkland, Wa 98033

EQUIP Counseling, PLLC
10829 Ne 68th St
Suite D
Kirkland Wa 98033

Previous Balance:

| Date | Service | Place of Service | Units | Charge |
|------|---------|------------------|-------|--------|
| 06/24/2020 | 90837: 60min Therapy Session | 11 | 1 | |
| 06/22/2020 | 90837: 60min Therapy Session | 11 | 1 | |
| 06/17/2020 | 90837: 60min Therapy Session | 11 | 1 | |
| 06/15/2020 | 90837: 60min Therapy Session | 11 | 1 | |
| 06/12/2020 | 90837: 60min Therapy Session | 11 | 1 | |
| 06/10/2020 | 90837: 60min Therapy Session | 11 | 1 | |
| 06/08/2020 | 90837: 60min Therapy Session | 11 | 1 | |
| 06/05/2020 | 90837: 60min Therapy Session | 11 | 1 | |
| 06/03/2020 | 90837: 60min Therapy Session | 11 | 1 | |
| 06/02/2020 | 90837: 60min Therapy Session | 11 | 1 | |
| 06/01/2020 | 90837: 60min Therapy Session | 11 | 1 | |
| | | Total Charges: | | |

Diagnostic Code(s): F43.12

Total Paid:
Invoice Amount Due:
Balance Due:

Billing Provider: Name: EQUIP Counseling, PLLC

License #: MG1-60781074

Rendering Provider: Owner Sarah Dellinger, MS, LMFTA
Staff License #: MG- 60781074

Client: ID: RM00093
Name: Ronda McNae
Date of Birth: 4 April 1986
Sex: Female
SSN: XXXXX-3084
Phone: (206) 914-6752

Footnote:

CONFIDENTIAL                    EQUIP 000383



**Superbill**

**EQUIP Counseling, PLLC**

Date : 7 June 2021
Invoice No. : 1133
For Questions Call : 2069923154

Ronda McNae
504 11th pl
Kirkland, Wa 98033

EQUIP Counseling, PLLC
10829 Ne 68th St
Suite D
Kirkland Wa 98033

| | | | | Previous Balance: | |
|---|---|---|---|---|---|

| Date | Service | Place of Service | Units | | Charge |
|---|---|---|---|---|---|
| 06/30/2021 | 90837: 60min Therapy Session | 11 | 1 | | |
| 06/28/2021 | 90837: 60min Therapy Session | 02 | 1 | | |
| 06/14/2021 | 90837: 60min Therapy Session | 11 | 1 | | |
| 06/10/2021 | 90837: 60min Therapy Session | 11 | 1 | | |
| 06/09/2021 | 90837: 60min Therapy Session | 11 | 1 | | |
| 06/07/2021 | 90837: 60min Therapy Session | 11 | 1 | | |
| 06/04/2021 | 90837: 60min Therapy Session | 11 | 1 | | |
| 06/02/2021 | 90847: C/F Therapy Session | 11 | 1 | | |

Total Charges:

Diagnostic Code(s): F43.12

Total Paid:
Invoice Amount Due:
**Balance Due:**



Billing Provider:   Name: EQUIP Counseling, PLLC

License #: MG1-60781074

Rendering Provider:   Owner Sarah Dellinger, MS, LMFTA
Staff License #: MG- 60781074

Client:   ID: RM00093
Name: Ronda McNae
Date of Birth: 4 April 1986
Sex: Female
SSN: XXXXX-3684
Phone: (206) 914-6752

Footnote:

CONFIDENTIAL

EQUIP 000384

**Superbill**

EQUIP Counseling, PLLC

Date : 2 June 2022
Invoice No. : 1453
For Questions Call : 2069923154

Ronda McNae
504 11th pl
Kirkland, Wa 98033

EQUIP Counseling, PLLC
10829 Ne 68th St
Suite D
Kirkland Wa 98033

Previous Balance:

| Date | Service | Place of Service | Units | Charge |
|------|---------|------------------|-------|--------|
| 06/27/2022 | 90847: C/F Therapy Session | 11 | 1 | |
| 06/22/2022 | 90847: C/F Therapy Session | 11 | 1 | |
| 06/20/2022 | 90837: 60min Therapy Session | 11 | 1 | |
| 06/16/2022 | 90847: C/F Therapy Session | 11 | 1 | |
| 06/13/2022 | 90837: 60min Therapy Session | 11 | 1 | |
| 06/09/2022 | 90837: 60min Therapy Session | 11 | 1 | |
| 06/06/2022 | 90837: 60min Therapy Session | 11 | 1 | |
| 06/02/2022 | 90847: C/F Therapy Session | 11 | 1 | |

Total Charges:

Diagnostic Code(s): F43.12

Total Paid:
Invoice Amount Due:
Balance Due:

Billing Provider: Name: EQUIP Counseling, PLLC

License #: MG1-60781074

Rendering Provider: Owner Sarah Dellinger, MS, LMFTA
Staff License #: MG- 60781074

Client: ID: RM00093
Name: Ronda McNae
Date of Birth: 4 April 1986
Sex: Female
SSN: XXXXX-3684
Phone: (206) 914-6752

Footnote:



**Superbill**

**EQUIP Counseling, PLLC**

Date : 2 March 2020
Invoice No. : 860
For Questions Call : 2069923154

Ronda McNae
504 11th pl
Kirkland, Wa 98033

EQUIP Counseling, PLLC
10829 Ne 68th St
Suite D
Kirkland Wa 98033

Previous Balance:

| Date | Service | Place of Service | Units | | Charge |
|------|---------|------------------|-------|--|--------|
| 03/31/2020 | 90837: 60min Therapy Session | 11 | 1 | | |
| 03/30/2020 | 90837: 60min Therapy Session | 11 | 1 | | |
| 03/30/2020 | 99354: 30 Min Session- Add On (Non-Crisis) | 11 | 1 | | |
| 03/25/2020 | 90837: 60min Therapy Session | 11 | 1 | | |
| 03/23/2020 | 90837: 60min Therapy Session | 11 | 1 | | |
| 03/20/2020 | 90837: 60min Therapy Session | 11 | 1 | | |
| 03/13/2020 | 90837: 60min Therapy Session | 11 | 1 | | |
| 03/12/2020 | 90837: 60min Therapy Session | 11 | 1 | | |
| 03/11/2020 | 90837: 60min Therapy Session | 11 | 1 | | |
| 03/10/2020 | 90837: 60min Therapy Session | 11 | 1 | | |
| 03/09/2020 | 90837: 60min Therapy Session | 11 | 1 | | |
| 03/06/2020 | 90837: 60min Therapy Session | 11 | 1 | | |
| 03/04/2020 | 90837: 60min Therapy Session | 11 | 1 | | |
| 03/02/2020 | 90837: 60min Therapy Session | 11 | 1 | | |

Total Charges:

Diagnostic Code(s): F43.12

Total Paid:
Invoice Amount Due:
Balance Due:

Billing Provider: Name: EQUIP Counseling, PLLC

License #: MG1-60781074

Rendering Provider: Owner Sarah Dellinger, MS, LMFTA
Staff License #: MG- 60781074

Client: ID: RM00093
Name: Ronda McNae
Date of Birth: 4 April 1986
Sex: Female
SSN: XXXXX-3684
Phone: (206) 914-6752



Footnote:

CONFIDENTIAL

EQUIP 000386

CONFIDENTIAL



**Superbill**

**EQUIP Counseling, PLLC**

Date : 21 March 2021
Invoice No. : 1109
For Questions Call : 2069923154

Ronda McNae
504 11th pl
Kirkland, Wa 98033

EQUIP Counseling, PLLC
10829 Ne 68th St
Suite D
Kirkland Wa 98033

Previous Balance:

| Date | Service | Place of Service | Units | Charge |
|------|---------|------------------|-------|--------|
| 03/31/2021 | 90837: 60min Therapy Session | 11 | 1 | |
| 03/29/2021 | 90847: C/F Therapy Session | 11 | 1 | |
| 03/29/2021 | 90846: C Therapy Session (W/O) | 11 | 1 | |
| 03/25/2021 | 90837: 60min Therapy Session | 11 | 1 | |
| 03/24/2021 | 90837: 60min Therapy Session | 11 | 1 | |
| 03/22/2021 | 90847: C/F Therapy Session | 11 | 1 | |
| 03/19/2021 | 90847: C/F Therapy Session | 11 | 1 | |
| 03/17/2021 | 90837: 60min Therapy Session | 11 | 1 | |
| 03/15/2021 | 90837: 60min Therapy Session | 11 | 1 | |
| 03/12/2021 | 90837: 60min Therapy Session | 11 | 1 | |
| 03/11/2021 | 90837: 60min Therapy Session | 11 | 1 | |
| | Total Charges: | | | |

Diagnostic Code(s): F43.12

Total Paid:
Invoice Amount Due:
**Balance Due:**

Billing Provider: Name: EQUIP Counseling,
PLLC

License #: MG1-60781074

Rendering
Provider:
Owner Sarah Dellinger, MS,
LMFTA
Staff License #: MG- 60781074



Client: ID: RM00093
Name: Ronda McNae
Date of Birth: 4 April 1986
Sex: Female
SSN: XXXXX-3084
Phone: (206) 914-6752

Footnote:

CONFIDENTIAL                 EQUIP 000388

**Superbill**

*EQUIP Counseling*

|  |  |
|---|---|
| Date : | 3 March 2022 |
| Invoice No. : | 1358 |
| For Questions Call : | 2069923154 |

**EQUIP Counseling, PLLC**

Ronda McNae
504 11th pl
Kirkland, Wa 98033

EQUIP Counseling, PLLC
10829 Ne 68th St
Suite D
Kirkland Wa 98033

Previous Balance:

| Date | Service | Place of Service | Units | | Charge |
|---|---|---|---|---|---|
| 03/31/2022 | 90837: 60min Therapy Session | 11 | 1 | | |
| 03/29/2022 | 90846: C Therapy Session (W/O) | 11 | 1 | | |
| 03/28/2022 | 90837: 60min Therapy Session | 11 | 1 | | |
| 03/24/2022 | 90847: C/F Therapy Session | 11 | 1 | | |
| 03/23/2022 | 90837: 60min Therapy Session | 11 | 1 | | |
| 03/21/2022 | 90837: 60min Therapy Session | 11 | 1 | | |
| 03/17/2022 | 90837: 60min Therapy Session | 11 | 1 | | |
| 03/14/2022 | 90837: 60min Therapy Session | 11 | 1 | | |
| 03/10/2022 | 90837: 60min Therapy Session | 11 | 1 | | |
| 03/08/2022 | 90837: 60min Therapy Session | 11 | 1 | | |
| 03/07/2022 | 90847: C/F Therapy Session | 11 | 1 | | |
| 03/02/2022 | 90847: C/F Therapy Session | 11 | 1 | | |
| | | | Total Charges: | | |

Diagnostic Code(s): F43.12

| | |
|---|---|
| Total Paid: | |
| Invoice Amount Due: | |
| **Balance Due:** | |

**Billing Provider:** Name: EQUIP Counseling, PLLC

License #: MG1-60781074

**Rendering Provider:** Owner Sarah Dellinger, MS, LMFTA
Staff License #: MG- 60781074

**Client:** ID: RM00093
Name: Ronda McNae
Date of Birth: 4 April 1986
Sex: Female
SSN: XXXXX-3684
Phone: (206) 914-6752

Footnote:

CONFIDENTIAL            EQUIP 000389

**Superbill**

**EQUIP Counseling, PLLC**

Date : 2 May 2020
Invoice No. : 898
For Questions Call : 2069923154

Ronda McNae
504 11th pl
Kirkland, Wa 98033

EQUIP Counseling, PLLC
10829 Ne 68th St
Suite D
Kirkland Wa 98033

Previous Balance:

| Date | Service | Place of Service | Units | Charge |
|------|---------|------------------|-------|--------|
| 05/29/2020 | 90837: 60min Therapy Session | 11 | 1 | |
| 05/25/2020 | 90837: 60min Therapy Session | 11 | 1 | |
| 05/22/2020 | 90837: 60min Therapy Session | 11 | 1 | |
| 05/19/2020 | 90837: 60min Therapy Session | 11 | 1 | |
| 05/18/2020 | 90837: 60min Therapy Session | 11 | 1 | |
| 05/13/2020 | 90837: 60min Therapy Session | 11 | 1 | |
| 05/12/2020 | 90837: 60min Therapy Session | 11 | 1 | |
| 05/08/2020 | 90837: 60min Therapy Session | 11 | 1 | |
| 05/06/2020 | 90837: 60min Therapy Session | 11 | 1 | |
| 05/06/2020 | 90837: 60min Therapy Session | 11 | 1 | |
| 05/04/2020 | 90837: 60min Therapy Session | 11 | 1 | |
| 05/01/2020 | 90837: 60min Therapy Session | 11 | 1 | |
| | | | Total Charges: | |

Diagnostic Code(s): F43.12

Total Paid:
Invoice Amount Due:
**Balance Due:**

Billing Provider:  Name: EQUIP Counseling, PLLC

License #: MG1-60781074

Rendering Provider:  Owner Sarah Dellinger, MS, LMFTA
Staff License #: MG- 60781074

Client:  ID: RM00093
Name: Ronda McNae
Date of Birth: 4 April 1986
Sex: Female
SSN: XXXXX-3684
Phone: (206) 914-6752

Footnote:

CONFIDENTIAL                    EQUIP 000390



**Superbill**

**EQUIP Counseling, PLLC**

Date : 7 May 2021
Invoice No. : 1122
For Questions Call : 2069923154

Ronda McNae
504 11th pl
Kirkland, Wa 98033

EQUIP Counseling, PLLC
10829 Ne 68th St
Suite D
Kirkland Wa 98033

Previous Balance:

| Date | Service | Place of Service | Units | Charge |
|---|---|---|---|---|
| 05/26/2021 | 90837: 60min Therapy Session | 11 | 1 | |
| 05/24/2021 | 90837: 60min Therapy Session | 11 | 1 | |
| 05/24/2021 | 90840: 30 Min Session Add-On (Crisis) | 11 | 1 | |
| 05/21/2021 | 90837: 60min Therapy Session | 11 | 1 | |
| 05/19/2021 | 90847: C/F Therapy Session | 11 | 1 | |
| 05/17/2021 | 90837: 60min Therapy Session | 11 | 1 | |
| 05/14/2021 | 90837: 60min Therapy Session | 11 | 1 | |
| 05/14/2021 | 90840: 30 Min Session Add-On (Crisis) | 11 | 1 | |
| 05/10/2021 | 90847: C/F Therapy Session | 11 | 1 | |
| 05/07/2021 | 90837: 60min Therapy Session | 11 | 1 | |
| 05/03/2021 | 90837: 60min Therapy Session | 11 | 1 | |
| | | | Total Charges: | |

Diagnostic Code(s): F43.12

Total Paid:
Invoice Amount Due:
**Balance Due:**

Billing Provider: Name: EQUIP Counseling,
PLLC



License #: MG1-60781074

Rendering Provider: Owner Sarah Dellinger, MS, LMFTA
Staff License #: MG- 60781074

Client: ID: RM00093
Name: Ronda McNae
Date of Birth: 4 April 1986
Sex: Female
SSN: XXXXX-3064
Phone: (206) 914-6752

Footnote:

CONFIDENTIAL          EQUIP 000391



**Superbill**

**EQUIP Counseling, PLLC**

Date : 2 May 2022
Invoice No. : 1401
For Questions Call : 2069923154

Ronda McNae
504 11th pl
Kirkland, Wa 98033

EQUIP Counseling, PLLC
10829 Ne 68th St
Suite D
Kirkland Wa 98033

Previous Balance:

| Date | Service | Place of Service | Units | Charge |
|------|---------|------------------|-------|--------|
| 05/31/2022 | 90837: 60min Therapy Session | 11 | 1 | |
| 05/23/2022 | 90847: C/F Therapy Session | 11 | 1 | |
| 05/19/2022 | 90837: 60min Therapy Session | 11 | 1 | |
| 05/16/2022 | 90837: 60min Therapy Session | 11 | 1 | |
| 05/12/2022 | 90847: C/F Therapy Session | 11 | 1 | |
| 05/05/2022 | 90837: 60min Therapy Session | 11 | 1 | |
| 05/02/2022 | 90837: 60min Therapy Session | 11 | 1 | |
| | | | Total Charges: | |

Diagnostic Code(s): F43.12

Total Paid:
Invoice Amount Due:
**Balance Due:**

Billing Provider: Name: EQUIP Counseling,
PLLC

License #: MG1-60781074

Rendering
Provider:
Owner Sarah Dellinger, MS,
LMFTA
Staff License #: MG- 60781074

Client: ID: RM00093
Name: Ronda McNae
Date of Birth: 4 April 1986
Sex: Female
SSN: XXXXX-3684
Phone: (206) 914-6752

Footnote:

CONFIDENTIAL          EQUIP 000392

**Superbill**

EQUIP Counseling, PLLC

| | |
|---|---|
| Date : | 17 November 2020 |
| Invoice No. : | 1042 |
| For Questions Call : | 2069923154 |

**EQUIP Counseling, PLLC**

Ronda McNae
504 11th pl
Kirkland, Wa 98033

EQUIP Counseling, PLLC
10829 Ne 68th St
Suite D
Kirkland Wa 98033

Previous Balance:

| Date | Service | Place of Service | Units | | Charge |
|---|---|---|---|---|---|
| 11/30/2020 | 90837: 60min Therapy Session | 11 | 1 | | |
| 11/19/2020 | 90837: 60min Therapy Session | 11 | 1 | | |
| 11/18/2020 | 90837: 60min Therapy Session | 11 | 1 | | |
| 11/16/2020 | 90837: 60min Therapy Session | 11 | 1 | | |
| 11/13/2020 | 90837: 60min Therapy Session | 11 | 1 | | |
| 11/12/2020 | 90837: 60min Therapy Session | 11 | 1 | | |
| | | | Total Charges: | | |

Diagnostic Code(s): F43.12

| | |
|---|---|
| Total Paid: | |
| Invoice Amount Due: | |
| **Balance Due:** | |

| Billing Provider: | Name: EQUIP Counseling, PLLC | Client: | ID: RM00093 |
|---|---|---|---|
| | License #: MG1-60781074 | | Name: Ronda McNae |
| | | | Date of Birth: 4 April 1986 |
| | | | Sex: Female |
| Rendering Provider: | Owner Sarah Dellinger, MS, LMFTA | | SSN: XXXXX-3684 |
| | Staff License #: MG- 60781074 | | Phone: (206) 914-6752 |

Footnote:

CONFIDENTIAL          EQUIP 000393

**Superbill**

**EQUIP Counseling, PLLC**

Date : 3 November 2021
Invoice No. : 1275
For Questions Call : 2069923154

Ronda McNae
504 11th pl
Kirkland, Wa 98033

EQUIP Counseling, PLLC
10829 Ne 68th St
Suite D
Kirkland Wa 98033

Previous Balance:

| Date | Service | Place of Service | Units | Charge |
|------|---------|------------------|-------|--------|
| 11/18/2021 | 90837: 60min Therapy Session | 02 | 1 | |
| 11/04/2021 | 90847: C/F Therapy Session | 11 | 1 | |
| 11/01/2021 | 90847: C/F Therapy Session | 11 | 1 | |
| | | | Total Charges: | |

Diagnostic Code(s): F43.12

Total Paid:
Invoice Amount Due:
**Balance Due:**

Billing Provider: Name: EQUIP Counseling, PLLC

License #: MG1-60781074

Rendering Provider: Owner Sarah Dellinger, MS, LMFTA
Staff License #: MG- 60781074

Client: ID: RM00093
Name: Ronda McNae
Date of Birth: 4 April 1986
Sex: Female
SSN: XXXXX-3684
Phone: (206) 914-6752

Footnote:

CONFIDENTIAL          EQUIP 000394

# Superbill

**EQUIP Counseling, PLLC**

Date :  1 November 2022
Invoice No. :  1569
For Questions Call :  2069923154

Ronda McNae
504 11th pl
Kirkland, Wa 98033

EQUIP Counseling, PLLC
10829 Ne 68th St
Suite D
Kirkland Wa 98033

Previous Balance:

| Date | Service | Place of Service | Units | Charge |
|------|---------|------------------|-------|--------|
| 11/28/2022 | 90837: 60min Therapy Session | 11 | 1 | |
| 11/21/2022 | 90847: C/F Therapy Session | 11 | 1 | |
| 11/17/2022 | 90837: 60min Therapy Session | 02 | 1 | |
| 11/14/2022 | 90837: 60min Therapy Session | 11 | 1 | |
| 11/11/2022 | 90837: 60min Therapy Session | 02 | 1 | |
| 11/10/2022 | 90837: 60min Therapy Session | 11 | 1 | |
| 11/03/2022 | 90837: 60min Therapy Session | 11 | 1 | |
| 11/01/2022 | 90837: 60min Therapy Session | 11 | 1 | |

Total Charges:

Diagnostic Code(s): F43.12

Total Paid:
Invoice Amount Due:
**Balance Due:**

Billing Provider:  Name: EQUIP Counseling, PLLC

License #: MG1-60781074

Rendering Provider:  Owner Sarah Dellinger, MS, LMFTA

Staff License #: MG- 60781074

Client:  ID: RM00093
Name: Ronda McNae
Date of Birth: 4 April 1986
Sex: Female
SSN: XXXXX-3684
Phone: (206) 914-6752

Footnote:

**Superbill**

**EQUIP Counseling, PLLC**

Date : 19 October 2020
Invoice No. : 1004
For Questions Call : 2069923154

Ronda McNae
504 11th pl
Kirkland, Wa 98033

EQUIP Counseling, PLLC
10829 Ne 68th St
Suite D
Kirkland Wa 98033

| | | | | Previous Balance: | |
|---|---|---|---|---|---|
| Date | Service | Place of Service | Units | | Charge |
| 10/21/2020 | 90837: 60min Therapy Session | 11 | 1 | | |
| 10/19/2020 | 90837: 60min Therapy Session | 11 | 1 | | |
| 10/14/2020 | 90837: 60min Therapy Session | 11 | 1 | | |
| 10/09/2020 | 90837: 60min Therapy Session | 11 | 1 | | |
| 10/07/2020 | 90837: 60min Therapy Session | 11 | 1 | | |
| 10/05/2020 | 90837: 60min Therapy Session | 11 | 1 | | |
| | | | | Total Charges: | |

Diagnostic Code(s): F43.12



Total Paid:
Invoice Amount Due:
**Balance Due:**

**Billing Provider:** Name: EQUIP Counseling, PLLC

License #: MG1-60781074

**Rendering Provider:** Owner Sarah Dellinger, MS, LMFTA
Staff License #: MG- 60781074

**Client:** ID: RM00093
Name: Ronda McNae
Date of Birth: 4 April 1986
Sex: Female
SSN: XXXXX-3684
Phone: (206) 914-6752

Footnote:



**Superbill**

# EQUIP Counseling, PLLC

Date :   4 October 2021
Invoice No. :   1241
For Questions Call :   2069923154

Ronda McNae
504 11th pl
Kirkland, Wa 98033

EQUIP Counseling, PLLC
10829 Ne 68th St
Suite D
Kirkland Wa 98033

Previous Balance:

| Date | Service | Place of Service | Units | | Charge |
|------|---------|------------------|-------|---|--------|
| 10/29/2021 | 90837: 60min Therapy Session | 11 | 1 | | |
| 10/28/2021 | 90847: C/F Therapy Session | 11 | 1 | | |
| 10/27/2021 | 90847: C/F Therapy Session | 11 | 1 | | |
| 10/25/2021 | 90837: 60min Therapy Session | 11 | 1 | | |
| 10/22/2021 | 90837: 60min Therapy Session | 11 | 1 | | |
| 10/21/2021 | 90847: C/F Therapy Session | 11 | 1 | | |
| 10/19/2021 | 90847: C/F Therapy Session | 11 | 1 | | |
| 10/18/2021 | 90837: 60min Therapy Session | 11 | 1 | | |
| 10/12/2021 | 90837: 60min Therapy Session | 11 | 1 | | |
| 10/11/2021 | 90837: 60min Therapy Session | 11 | 1 | | |
| 10/05/2021 | 90837: 60min Therapy Session | 11 | 1 | | |
| 10/04/2021 | 90837: 60min Therapy Session | 11 | 1 | | |
| 10/04/2021 | 90847: C/F Therapy Session | 11 | 1 | | |
| | | | | Total Charges: | $ |

Diagnostic Code(s): F43.12

Total Paid:
Invoice Amount Due:
Balance Due:

Billing Provider:   Name: EQUIP Counseling, PLLC

License #: MG1-60781074

Rendering Provider:   Owner Sarah Dellinger, MS, LMFTA

Staff License #: MG- 60781074

Client:   ID: RM00093
Name: Ronda McNae
Date of Birth: 4 April 1986
Sex: Female
SSN: XXXXX-3684
Phone: (206) 914-6752

Footnote:

CONFIDENTIAL

EQUIP 000397

**Superbill**

## EQUIP Counseling, PLLC

Date : 7 October 2022
Invoice No. : 1545
For Questions Call : 2069923154

Ronda McNae
504 11th pl
Kirkland, Wa 98033

EQUIP Counseling, PLLC
10829 Ne 68th St
Suite D
Kirkland Wa 98033

Previous Balance:

| Date | Service | Place of Service | Units | Charge |
|------|---------|------------------|-------|--------|
| 10/31/2022 | 90837: 60min Therapy Session | 11 | 1 | |
| 10/27/2022 | 90837: 60min Therapy Session | 11 | 1 | |
| 10/24/2022 | 90837: 60min Therapy Session | 11 | 1 | |
| 10/20/2022 | 90837: 60min Therapy Session | 11 | 1 | |
| 10/13/2022 | 90847: C/F Therapy Session | 11 | 1 | |
| 10/03/2022 | 90837: 60min Therapy Session | 11 | 1 | |

Total Charges:

Diagnostic Code(s): **F43.12**

Total Paid:
Invoice Amount Due:
**Balance Due:**

Billing Provider:  Name: EQUIP Counseling, PLLC

License #: MG1-60781074

Rendering Provider:  Owner Sarah Dellinger, MS, LMFTA
Staff License #: MG- 60781074

Client:  ID: RM00093
Name: Ronda McNae
Date of Birth: 4 April 1986
Sex: Female
SSN: XXXXX-3684
Phone: (206) 914-6752

Footnote:

CONFIDENTIAL

EQUIP 000398



**Superbill**

**EQUIP Counseling, PLLC**

Date : 12 September 2020
Invoice No. : 993
For Questions Call : 2069923154

Ronda McNae
504 11th pl
Kirkland, Wa 98033

EQUIP Counseling, PLLC
10829 Ne 68th St
Suite D
Kirkland Wa 98033

Previous Balance:

| Date | Service | Place of Service | Units | Charge |
|------|---------|------------------|-------|--------|
| 09/25/2020 | 90837: 60min Therapy Session | 11 | 1 | |
| 09/21/2020 | 90837: 60min Therapy Session | 11 | 1 | |
| 09/16/2020 | 90837: 60min Therapy Session | 11 | 1 | |
| 09/10/2020 | 90837: 60min Therapy Session | 11 | 1 | |
| 09/09/2020 | 90837: 60min Therapy Session | 11 | 1 | |
| | | | Total Charges: | |

Diagnostic Code(s): F43.12

Total Paid:
Invoice Amount Due:
Balance Due:

**Billing Provider:** Name: EQUIP Counseling, PLLC

License #: MG1-60781074

**Rendering Provider:** Owner Sarah Dellinger, MS, LMFTA
Staff License #: MG- 60781074

**Client:** ID: RM00093
Name: Ronda McNae
Date of Birth: 4 April 1986
Sex: Female
SSN: XXXXX-3684
Phone: (206) 914-6752

Footnote:

CONFIDENTIAL          EQUIP 000399



**Superbill**

EQUIP Counseling, PLLC

Date : 15 September 2021
Invoice No. : 1234
For Questions Call : 2069923154

**EQUIP Counseling, PLLC**

| | |
|---|---|
| Ronda McNae | EQUIP Counseling, PLLC |
| 504 11th pl | 10829 Ne 68th St |
| Kirkland, Wa 98033 | Suite D |
| | Kirkland Wa 98033 |

Previous Balance:

| Date | Service | Place of Service | Units | Charge |
|---|---|---|---|---|
| 09/30/2021 | 90837: 60min Therapy Session | 11 | 1 | |
| 09/27/2021 | 90837: 60min Therapy Session | 11 | 1 | |
| 09/27/2021 | 90837: 60min Therapy Session | 11 | 1 | |
| 09/27/2021 | 90847: C/F Therapy Session | 11 | 1 | |
| 09/20/2021 | 90837: 60min Therapy Session | 11 | 1 | |
| 09/16/2021 | 90837: 60min Therapy Session | 11 | 1 | |
| 09/13/2021 | 90837: 60min Therapy Session | 11 | 1 | |
| 09/09/2021 | 90837: 60min Therapy Session | 11 | 1 | |
| 09/08/2021 | 90837: 60min Therapy Session | 11 | 1 | |
| 09/07/2021 | 90837: 60min Therapy Session | 11 | 1 | |
| 09/02/2021 | 90837: 60min Therapy Session | 11 | 1 | |
| | Total Charges: | | | |

Diagnostic Code(s): F43.12

Total Paid:
Invoice Amount Due:
**Balance Due:**

| | | | |
|---|---|---|---|
| Billing Provider: | Name: EQUIP Counseling, PLLC | Client: | ID: RM00093 |
| | | | Name: Ronda McNae |
| | License #: MG1-60781074 | | Date of Birth: 4 April 1986 |
| | | | Sex: Female |
| | | | SSN: XXXXX-3684 |
| Rendering Provider: | Owner Sarah Dellinger, MS, LMFTA | | Phone: (206) 914-6752 |
| | Staff License #: MG- 60781074 | | |

Footnote:

CONFIDENTIAL                    EQUIP 000400

**Superbill**

EQUIP Counseling

Date : 7 September 2022
Invoice No. : 1492
For Questions Call : 2069923154

**EQUIP Counseling, PLLC**

Ronda McNae
504 11th pl
Kirkland, Wa 98033

EQUIP Counseling, PLLC
10829 Ne 68th St
Suite D
Kirkland Wa 98033

Previous Balance:

| Date | Service | Place of Service | Units | Charge |
|------|---------|------------------|-------|--------|
| 09/29/2022 | 90837: 60min Therapy Session | 11 | 1 | |
| 09/26/2022 | 90837: 60min Therapy Session | 11 | 1 | |
| 09/22/2022 | 90837: 60min Therapy Session | 11 | 1 | |
| 09/19/2022 | 90837: 60min Therapy Session | 11 | 1 | |
| 09/15/2022 | 90837: 60min Therapy Session | 11 | 1 | |
| 09/12/2022 | 90847: C/F Therapy Session | 11 | 1 | |
| 09/08/2022 | 90837: 60min Therapy Session | 11 | 1 | |
| 09/06/2022 | 90847: C/F Therapy Session | 11 | 1 | |
| 09/02/2022 | 90837: 60min Therapy Session | 11 | 1 | |
| | | | Total Charges: | |

Diagnostic Code(s): F43.12

Total Paid:
Invoice Amount Due:
**Balance Due:**

Billing Provider: Name: EQUIP Counseling, PLLC

License #: MG1-60781074

Rendering Provider: Owner Sarah Dellinger, MS, LMFTA
Staff License #: MG- 60781074

Client: ID: RM00093
Name: Ronda McNae
Date of Birth: 4 April 1986
Sex: Female
SSN: XXXXX-3684
Phone: (206) 914-6752

Footnote:

# Exhibit D

EXHIBIT
**192**

# Counseling plan, payment and schedule

Counseling plan has been developed with Sarah Dellinger, Equip Counseling, for Ronda and Will McNae. Mike Fitzgerald has agreed to provide financial support to subsidize counseling and therapy sessions as outlined below. Financial support will go directly to paying for the costs of therapy and counseling workshops. This financial support is needed because of an incident that happened in Miami, Florida on or about October 18, 2019 with M. Fitzgerald and Mrs. McNae.

## Total 3-year plan (*inclusive of marriage counseling*) = $56,800

| | |
|---|---|
| Year 1 (2-3x per week sessions) | $22,800.00 |
| Years 2 and 3 ($9,600 per year) | $19,200.00 |
| Marriage Counseling Workshop | $10,000.00 |
| Prior December Therapy Workshop balance (2019) | $4,800.00 |
| Grand total = | $56,800.00 |

## Payment schedule

**Feb 2020**
$1,500

Counseling

**April 30**
$1,500

Counseling

**June 30**
$1,500

Counseling

**Dec. 31**
$9,600

2021
Counseling

**Mar 31**
$1,500

Counseling

**May 31**
$8,300

(includes
Ronda's
Dec 2019
camp)

**July 31**
$23,300

(includes
remainder
of 2020
counseling
& marriage
workshop)

**June 2021**
$9,600

2022
Counseling

**Read and Agreed to by:**

Date:

Date:

Date:

_____
Ronda McNae

_____
Will McNae

_____
Mike Fitzgerald

MCNAE 000146