To the Honorable City
Attorneys,
               February 1, 2022

I am requesting your help to act against the defendant responsible
for harming me on the night of October 18th into the early morning of
October 19th, 2019. It is in the public's interest to file charges
based on evidence gathered and submitted to you by Detective Ozaeta
from Miami Beach Police. I implore you to see that coming forward as
a victim of sexual battery is frightening, especially in light of
Commissioner Steven Meiner's recent proposal to expand the
prosecution team so that fewer battery crimes will be dismissed
without charges.

Truthfully, I never thought I would muster enough courage to report
to local authorities. I have deeply rooted fears of the criminal
investigation process and potential retaliation for breaching a
non-disclosure agreement that I believe was only executed to conceal
details of a crime. Only after attending two in-person trauma and
healing intensives, plus clocking in 180 hours of independent
counseling, I have uncovered my voice. The burden I carry for the
potential of future victims and overall public safety outweighs the
fear of coming forward and facing a legal system that often
dehumanizes victims. I believe I have gathered enough evidence across
four categories: circumstantial, demonstrative, digital, and
hearsay which eventually grabbed the attention of Detective Ozaeta
and Sargent Ramos.

Over the past 12 years I have grown to love visiting the city of
Miami, FL. My older sister served in the military and decided to
relocate to Miami afterwards to earn her college degree – this became
a great reason for me to visit on regular occasion. Plenty to
explore, beautiful beaches and people in a melting pot of cultures.
In 2017 it was reported that over 15 million tourists visited Miami
which added an estimated $2 billion to your economy – a significant
incentive to keep tourists safe in my opinion. Prior to October 2019,
I never questioned my safety, nor did I have any reason to question
or doubt local law enforcement.

Since I feel differently today, I have been encouraged to share my
personal concerns regarding Miami-Dade law enforcement:

·       May 2021, I gathered the courage to call local authorities
with the intent of pressing criminal charges based on the substantial
amount of evidence I had collected. I was shocked at how
unprofessional and hostile the intake process was over the phone
because of the style and manner in which questions were asked. I
quickly realized that to be believed as a legitimate allegation I
would need to educate this individual on the affects of trauma on the
human brain (especially when alcohol was involved). It is my belief
that a victim should not carry the responsibility to inform law
enforcement on the psychological reasons for a victim's delayed
reporting when they are dealing with their own shame and self-blame.

It took a dozen phone calls over the following 5 months before I discovered no one was looking into this report since it had been filed as "Information-Only".

·       November 2021, Detective Ozaeta was assigned to my case. I believe she is doing a remarkable job gathering details and evidence to present my case to the Prosecutor's office.

·       January 10, 2022, the evening before our scheduled in-person meeting with Detective Ozaeta we had a disheartening conversation with an officer outside a grocery store in the South Beach area. This officer had been with Miami-Dade Police for roughly 30 years after enlisting in the Marines for 4 years. This officer has a daughter of his own, roughly the same age as me. I believe it is imperative that I share a few things said by this officer because it further exposes a mindset that makes reporting sexual battery cases extremely difficult. These quotes came after I asked him how often he believed acquaintance rape occurred in Miami: "Acquaintance rape happens daily." "Young women need to cover up more to make themselves less of a target. If a man sees it [skin] they think they can have it or buy it. Women provoke men by what they're wearing." "The only way a woman could be raped is if a gun is being held to her head."

After this experience I couldn't agree more with Commissioner Steven Meiner's proposal to expand the prosecution team to enforce more consequences otherwise local law enforcement indirectly implies to the community that you can in fact commit a soul crushing crime like this and be let off the hook with little to no consequence.

While I hope there will be accountability and justice for my case, I fear for your local community and tourists regarding sexual predators like the defendant. I believe sexual predators are the most dangerous and leave deep wounding scars on their victims. Physicians and Psychologists are now of the understanding that the traumatic symptoms of PTSD that victims of sex crimes experience are comparable to the experiences of PTSD suffered by war Veterans.

   As part of my preparation, I have connected with a victim of Harvey Weinstein's to better understand how to navigate the legal process as a victim. It's my hope and prayer that your office, as part of this investigation, can help facilitate the termination of my NDA so I can move forward without fear of retaliation.

I'm thankful a mutual friend connected me with Gretchen Carlson who journeyed through a very public case similar to mine involving an NDA with Fox News. She recently started a non-profit to help terminate Non-Disclosure Agreements in cases like mine where women are muzzled and silenced. I do feel it would be more powerful and honorable if the government of Florida proactively terminated/voided my NDA, given my experiences thus far.

We need to lead by example and set a precedent. A Non-disclosure Agreement should not be enforced (if) the agreement conceals details of misconduct, harassment, or sex crimes. These agreements truthfully

should be banned in non-corporate situations altogether. It's my hope the government of Florida will support me. Thank you for your time and consideration for the help I am requesting.

Sincerely,

CONFIDENTIAL                    MCNAE 003361

To the Honorable City Attorneys,                                      February 1, 2022

I am requesting your help to act against the defendant responsible for harming me on the night of October 18th into the early morning of October 19th, 2019. It is in the public's interest to file charges based on evidence gathered and submitted to you by Detective Ozaeta from Miami Beach Police. I implore you to see that coming forward as a victim of sexual battery is frightening, especially in light of Commissioner Steven Meiner's recent proposal to expand the prosecution team so that fewer battery crimes will be dismissed without charges.

Truthfully, I never thought I would muster enough courage to report to local authorities. I have deeply rooted fears of the criminal investigation process and potential retaliation for breaching a non-disclosure agreement that I believe was only executed to conceal details of a crime. Only after attending two in-person trauma and healing intensives, plus clocking in 180 hours of independent counseling, I have uncovered my voice. The burden I carry for the potential of future victims and overall public safety outweighs the fear of coming forward and facing a legal system that often dehumanizes victims. I believe I have gathered enough **evidence across four categories: circumstantial, demonstrative, digital, and hearsay** which eventually grabbed the attention of Detective Ozaeta and Sargent Ramos.

Over the past 12 years I have grown to love visiting the city of Miami, FL. My older sister served in the military and decided to relocate to Miami afterwards to earn her college degree – this became a great reason for me to visit on regular occasion. Plenty to explore, beautiful beaches and people in a melting pot of cultures. In 2017 it was reported that over 15 million tourists visited Miami which added an estimated $2 billion to your economy - a significant incentive to keep tourists safe in my opinion. Prior to October 2019, I never questioned my safety, nor did I have any reason to question or doubt local law enforcement.

Since I feel differently today, I have been encouraged to share my personal concerns regarding Miami-Dade law enforcement:

- May 2021, I gathered the courage to call local authorities with the intent of pressing criminal charges based on the substantial amount of evidence I had collected. I was shocked at how unprofessional and hostile the intake process was over the phone because of the style and manner in which questions were asked. I quickly realized that to be believed as a legitimate allegation I would need to educate this individual on the affects of trauma on the human brain (especially when alcohol was involved). It is my belief that a victim should not carry the responsibility to inform law enforcement on the psychological reasons for a victim's delayed reporting when they are dealing with their own shame and self-blame. It took a dozen phone calls over the following 5 months before I discovered no one was looking into this report since it had been filed as "Information-Only".

- November 2021, Detective Ozaeta was assigned to my case. I believe she is doing a remarkable job gathering details and evidence to present my case to the Prosecutor's office.

- January 10, 2022, the evening before our scheduled in-person meeting with Detective Ozaeta we had a disheartening conversation with an officer outside a grocery store in the South Beach area. This officer had been with Miami-Dade Police for roughly 30 years after enlisting in the Marines for 4 years. This officer has a daughter of his own, roughly the same age as me. I believe it is

imperative that I share a few things said by this officer because it further exposes a mindset that makes reporting sexual battery cases extremely difficult. These quotes came after I asked him how often he believed acquaintance rape occurred in Miami: *"Acquaintance rape happens daily." "Young women need to cover up more to make themselves less of a target. If a man sees it [skin] they think they can have it or buy it. Women provoke men by what they're wearing." "The only way a woman could be raped is if a gun is being held to her head."*

After this experience I couldn't agree more with Commissioner Steven Meiner's proposal to expand the prosecution team to enforce more consequences otherwise local law enforcement indirectly implies to the community that you can in fact commit a soul crushing crime like this and be let off the hook with little to no consequence.

While I hope there will be accountability and justice for my case, I fear for your local community and tourists regarding sexual predators like the defendant. I believe sexual predators are the most dangerous and leave deep wounding scars on their victims. Physicians and Psychologists are now of the understanding that the traumatic symptoms of PTSD that victims of sex crimes experience are comparable to the experiences of PTSD suffered by war Veterans.

As part of my preparation, I have connected with a victim of Harvey Weinstein's to better understand how to navigate the legal process as a victim. It's my hope and prayer that your office, as part of this investigation, can help facilitate the termination of my NDA so I can move forward without fear of retaliation.

I'm thankful a mutual friend connected me with Gretchen Carlson who journeyed through a very public case similar to mine involving an NDA with Fox News. She recently started a non-profit to help terminate Non-Disclosure Agreements in cases like mine where women are muzzled and silenced. I do feel it would be more powerful and honorable if the government of Florida proactively terminated/voided my NDA, given my experiences thus far.

We need to lead by example and set a precedent. A Non-disclosure Agreement should not be enforced (if) the agreement conceals details of misconduct, harassment, or sex crimes. These agreements truthfully should be banned in non-corporate situations altogether. It's my hope the government of Florida will support me. Thank you for your time and consideration for the help I am requesting.

Sincerely,

Ronda McNae

# Declaration Exhibit J-10

# Timeline of Significant Events – McNae Fitzgerald case

## 2019:

| July | Ronda accompanied Will McNae to a work event put on by Mike Fitzgerald, hosted by SoftwareONE in Bellevue, WA. At the time, Fitzgerald was the CIO of a multi-national global services company. Will supported this organization as their US Technical Strategist. |
|---|---|
| | Fitzgerald began communicating to the McNae's his emotionally bonding lies including father, children, relationships, etc. (see PPT for full list) |
| | |
| August | Ronda & Will met Fitzgerald and girlfriend, Patrice, in Tulum, Mexico for a weekend trip that he had asked them to join. Mike specifically requested the McNaes not discuss his deceased father nor son with Patrice. Fitzgerald offered to help pay for the McNaes to fly to Tulum – this did not occur. |
| | Fitzgerald writes a substantial letter of recommendation to Will's manager which directly influences a promotion. |
| | |
| September | Fitzgerald travels to Seattle with his dog and stays as a guest at the McNae's home. |
| | |
| October | Fitzgerald invited and paid travel & accommodations for the McNaes (Ronda, Will, Ella, Liam) to join he and Patrice in Miami for a celebratory weekend October 18-21. Fitzgerald wanted to celebrate a major milestone in his work career with friends as it was very important to him. |
| | Due to Patrice cancelling last minute, Mr. McNae asked Ronda to support the work relationship by attending the IPO dinner since he couldn't get on an earlier flight to FL. Ronda found a trusted sitter to care for Ella McNae so Ronda could attend Fitzgerald's Friday night IPO celebration dinner at Baoli. Ronda did not give consent to her hair being pulled aggressively or kissed by Fitzgerald, nor did she give consent for sex. Ronda ran and hid in South Beach for 1.5 hours shortly after midnight while Fitzgerald tried to locate her. (Verizon call log) |
| | Fitzgerald began communicating threats of getting Will fired from his job at Microsoft if Ronda didn't keep the Miami incident a secret. Fitzgerald claimed it was all a consensual affair but would not share details with Ronda. |
| | Manipulation by Fitzgerald begins to force Ronda's cooperation daily over phone calls/facetime/text. |
| November | |
| | Ronda flew to Sacramento to watch her niece's soccer game, Nov 1. Ticket purchased early October. |
| | Fitzgerald communicated to Ronda he wished to speak with her and changed his work-related travel plans to meet her in San Francisco on Nov 2. |
| | Fitzgerald booked a single hotel room with one bed. Fitzgerald has testified they were not planning on having sex prior to arrival but his hotel bookings do not reflect this. |
| | There are no photos of Fitzgerald and Ronda together as one might expect if this was in fact a consensual affair without power differential and coercive control (i.e. Selfie, Smiling, Holding hands, etc). |
| | Ronda did not give consent to sodomy; lab results from Evergreen hospital prove sex continued after she said "no". |
| | Fitzgerald continued to communicate the fear of Will's job if Ronda were to speak to anyone. He also accelerated his love-bombing tactics including buying a home on Lake Washington, getting a puppy, new car for Ronda, and moving to Seattle for a relationship. Fitzgerald was going to speak with their CEO about this move. |
| | Fitzgerald received an email regarding tax owed on his multi-million-dollar IPO earnings. |
| | The pressure to stay silent plus recovering from an infection caused by Fitzgerald, Ronda became suicidal wanting to end her life November 14th 2019. |
| | |

| December | |
|---|---|
| | Fitzgerald met with Will & Ronda separately to "talk" while in Seattle for work. Fitzgerald incorrectly interprets Will's acts of kindness and forgiveness while they talk. Fitzgerald gives Will a book on Alzheimer's disease which creates more feelings of sorrow for his alleged deceased father. |
| | Fitzgerald continues to demand Ronda stay quiet until after January 1. |
| | Ronda travels to Nashville, TN to attend the one-week Trauma and Healing Intensive Workshop at Onsite in Nashville, TN. Ronda handed in her phone which limited distraction and influence. Ronda began piecing things together while attending lectures led by the Onsite staff; abuse cycles, trauma, and varying degrees of psychopathy while understanding more on victimology |
| | |

## 2020:

| January 2020 | Ronda began sharing more details of harm from the incident in Miami and San Francisco with Will McNae. |
|---|---|
| | Notes were found in Ronda's journals and notes from her time at the Trauma Intensive supporting lack of consent and manipulation |
| | |
| February 2020 | Ronda contacts Yelany de Varona (former girlfriend, but current wife) and begins to fact-check Fitzgerald's traumatic life events and timeline. 1,000's of communications over the course of February uncovering lies & manipulation by Fitzgerald. Yelany suggests ways to gain admission from Fitzgerald about certain details from Miami. Yelany plays along with the pregnancy lie in an effort to gain admission and even suggests ways to request money from Fitzgerald. Yelany also warns Ronda multiple times about his personality and revengeful nature if betrayed. |
| | Yelany gains admission from Fitzgerald about the night in Miami when he texts "*I didn't do it on purpose I was drunk and out of control. And was on a rampage*." |
| | Ronda begins therapy sessions with Dr. Sarah Dellinger 5 days a week and is finally able to acknowledge the night in Miami was sexual assault. Months later in Sarah's office Ronda is able to acknowledge San Francisco as forced, non-consensual sodomy. |
| | Ronda texted Detective Ridge with Miami Police regarding the assault and how to report (in evidence) |
| | |
| March | |
| | Will reports Miami incident to his manager at Microsoft starting a process with his Leadership Team, HR, Employee Relations, Global HR, and an outside legal firm (Arent Fox).  Will is told by Microsoft they have "zero liability" to support their employee since the incident did not occur to the employee and it did not happen during work hours. The internal investigation into Will's conduct continued into 2022 and was never officially closed or resolved. |
| | Will is removed from working with the SoftwareONE account team. |
| | Fitzgerald wire transferred $1,500 to help pay for counseling costs (February 2020 invoice). Agreed to pay $1,500 for 3 months, then pay $2,400 for the following 12 months. |
| | |
| April | |
| | Fitzgerald communicated that $1,500 was set to wire transfer on April 1. That did not happen. |
| | A formal counseling session plan was created and shared with Fitzgerald showing estimated costs and projected visits over a 3 year period. |
| | |
| June | |
| | Settlement Agreement signed after two months of back & forth communications with Fitzgerald. See motions filed in Civil Lawsuit for insights. |
| | |

## 2021:

| February | Ronda first communicates Miami incident to an officer in Miami PD; he instructs to provide a statement with Miami Beach PD. |
|----------|------------------------------------------------------------------------------------------------------|
| | |
| May | |
| | Ronda has the courage to call Miami Beach PD and provide victim statement. Report filed in their system as "information-only" and no action is taken. |
| | |
| October | To move on, Ronda jumps back into commercial work. Day 2 on set of a commercial, Ronda learns she will be on set with Bill Gates which prompted a panic attack/nervous breakdown. |
| | Ronda officially acknowledges the sexual assault/forced sodomy that took place in San Francisco, CA with her counselor; Sarah Dellinger. Within a couple days, Ronda filed a police report with Detective Slade in Redmond, WA to send over to SFPD to begin the investigation |
| November | |
| | Will steps away from work during his 8-week Short-term Disability Leave. |
| | |
| December | |
| | Detective Ozaeta is formally assigned to the case but is unavailable to speak until January. |
| | |

## 2022:

| January | |
|---------|------------------------------------------------------------------------------------------------------|
| | Ronda & Will fly to Miami for a week to be available to meet Det Ozaeta and provide victim statements. Printed evidence is hand delivered and entered in case file. |
| | |
| February | |
| | Ronda speaks with San Francisco PD and experiences horrific, victim-shaming treatment from officers in SVU. |
| | Ronda reports Lieutenant Tim O' Connor and Sargent Rodriquez to the Department of Police Accountability. Ronda was asked to sign a NDA which Ronda declined. |
| April | |
| | The McNae family drives to San Francisco to hand-deliver evidence and new lab results to SVU. No one in SVU was willing to meet us. Ronda provided a supplemental victim statement to Officer Dito in the North Beach PD station. No follow up from SVU as a result. |
| | Will meets with global Employee Relations as a result of learning the investigation into his conduct from 2019 was still ongoing and could potentially harm his employment. A formal presentation and explanation was provided to multiple stakeholders. Microsoft continued to investigate Will's policy violations considering accepting travel & gifts from Fitzgerald. |
| | |
| July | |
| | Fitzgerald sues Ronda for Breach of Contract in Southern District of Florida Federal Court after Ronda sent police reports to Fitzgerald and his company with a letter requesting the NDA be terminated for her healing journey. Both SoftwareOne and Microsoft requested police reports when they were filed, Ronda was doing as she was requested. |
| | |
| December | |
| | Fitzgerald was let go from SoftwareONE due to the internal investigation and findings (details are confidential). Fitzgerald has two known companies he has invested in and started since. |

# Declaration

# Exhibit J-11

| Name | Address | Time | Message |
|------|---------|------|---------|
| Detective Ozaeta | melanieozaeta@miami beachfl.gov | 12/21/2021 8:30 | Sorry, I can't talk right now. |
| Ronda McNae | [Number Unknown] | 12/21/2021 8:51 | Sorry we keep missing each other. Here's a copy of my call log. I have tried reaching you but I'm sure you have a full plate! |
| Ronda McNae | [Number Unknown] | 12/21/2021 8:51 | <image> |
| Ronda McNae | [Number Unknown] | 12/21/2021 9:54 | Are you trying to reach me again? |
| Ronda McNae | [Number Unknown] | 1/3/2022 14:54 | Detective, I apologize for the delay. I became quite ill resulting in heavy antibiotics and steroids which have been brutal especially with kids home during the holidays. Â  I will be in Miami - January 9th - 13th. Â  Which day/time would work best to come into the station? |
| Ronda McNae | [Number Unknown] | 1/4/2022 9:03 | Detective, I apologize for the delay. I became quite ill resulting in heavy antibiotics and steroids which have been brutal especially with kids home during the holidays. Â  I will be in Miami - January 9th - 13th. Â  Which day/time would work best to come into the station? |
| Ronda McNae | [Number Unknown] | 1/12/2022 11:03 | We are in the lobby |
| Detective Ozaeta | melanieozaeta@miami beachfl.gov | 1/12/2022 11:09 | I'll be down shortly |
| Detective Ozaeta | melanieozaeta@miami beachfl.gov | 1/12/2022 11:09 | Setting up a room |
| Ronda McNae | [Number Unknown] | 1/12/2022 17:31 | Thank you for today! Also, I will ðŸ'ˉ try to talk to him with a wire. Worth a shot right? I would be willing to do anything if it helps. Again, thank you for today! |
| Ronda McNae | [Number Unknown] | 1/13/2022 4:58 | We are running 10 minutes behind. Coffee was a must this morning! |
| Ronda McNae | [Number Unknown] | 1/13/2022 5:11 | We are here ðŸ˜Š |
| Detective Ozaeta | melanieozaeta@miami beachfl.gov | 1/18/2022 10:58 | Ronda please call me back , I had one question and needed your help to clarify a date |
| Ronda McNae | [Number Unknown] | 1/18/2022 12:06 | Do you still have another question? Sorry I had a work meeting and now headed to counseling |
| Detective Ozaeta | melanieozaeta@miami beachfl.gov | 1/18/2022 21:31 | Yes I actually do |
| Detective Ozaeta | melanieozaeta@miami beachfl.gov | 1/18/2022 21:33 | Do you have the text message conversation with Patrice that mentioned her telling mike she was not coming to miami. I know you mentioned she said she told him in the beginning of October . |
| Ronda McNae | [Number Unknown] | 1/18/2022 21:40 | Yes! I will get that right now and send it over!! |
| Detective Ozaeta | melanieozaeta@miami beachfl.gov | 1/18/2022 21:42 | Thank you |

| | | | |
|---|---|---|---|
| Ronda McNae | [Number Unknown] | 1/18/2022 22:37 | I've added 40 screen shots to the Dropbox folder titled : conversations between Patrice & Ronda - my nickname for her was â€œBeatriceâ€ she's saved in my phone under that. Inside joke |
| Ronda McNae | [Number Unknown] | 1/18/2022 22:40 | She communicated on a FaceTime call she knew she wasn't coming early October. Perhaps it would be best for you to hear it directly from her although the text I have proves she wasn't coming but I don't know if that's enough |
| Detective Ozaeta | melanieozaeta@miami beachfl.gov | 1/18/2022 22:41 | Ok great, thank you. I'll take a look at them |
| Ronda McNae | [Number Unknown] | 1/20/2022 12:52 | We are going to get Covid tests right now. My chest keeps feeling weird! Are you feeling better? |
| Detective Ozaeta | melanieozaeta@miami beachfl.gov | 1/21/2022 10:18 | Sorry to hear that I hope you ok. I am feeling better but still battling some symptoms. |
| Ronda McNae | [Number Unknown] | 1/26/2022 9:16 | Good morning. I received some disheartening news this morning. Post rape/assault, I put off seeing my OBGYN but forced myself to go yesterday to be checked for everything.<br><br>I tested positive for Herpes.<br><br>Thankfully I have tests from prior years proving I was negative and this positive herpes ðŸ'¯ came from MF. |
| Ronda McNae | [Number Unknown] | 1/26/2022 9:30 | Let me know what documents you need for evidence |
| Ronda McNae | [Number Unknown] | 1/28/2022 10:06 | Sent email with results of my test for evidence |
| Detective Ozaeta | melanieozaeta@miami beachfl.gov | 1/31/2022 6:57 | Thank you , I'll add it to the case file . |
| Ronda McNae | [Number Unknown] | 1/31/2022 7:39 | Included my past negative test also. Thank you! |
| Detective Ozaeta | melanieozaeta@miami beachfl.gov | 1/31/2022 7:58 | Great , thank you |
| Ronda McNae | [Number Unknown] | 2/8/2022 8:29 | Good morning, wanted to let you know I've spoken with the district attorneys office in SF. Victim services have been a huge help! They communicated the possible need for FBI (again) due to a couple jurisdictions and the defendant not being a US citizen. Thankful to have the ball rolling.<br><br>The SFPD sent me the case number 199-005-331. |
| Detective Ozaeta | melanieozaeta@miami beachfl.gov | 2/8/2022 9:32 | We have an appointment with the SAO on the 17 th to review your case |
| Detective Ozaeta | melanieozaeta@miami beachfl.gov | 2/8/2022 9:58 | Thank you for that information, I will keep you updated |
| Detective Ozaeta | melanieozaeta@miami beachfl.gov | 2/8/2022 12:53 | Ms. McNae what is the name of the investigator you spoke with ? |
| Detective Ozaeta | melanieozaeta@miami beachfl.gov | 2/8/2022 12:53 | And do you have a contact phone number |
| Detective Ozaeta | melanieozaeta@miami beachfl.gov | 2/8/2022 12:53 | Sorry it's been a very busy day here . |
| Ronda McNae | [Number Unknown] | 2/8/2022 13:26 | Sorry I wasn't given that information. |
| Detective Ozaeta | melanieozaeta@miami beachfl.gov | 2/8/2022 14:57 | Who did u speak to |
| Ronda McNae | rondamcnae@gmail.com | 2/9/2022 6:53 | A female who called while I was with up my kids. My only priority was to get a case number. I will call today and see if a detective is assigned and I'll let you know. |

| | | | |
|---|---|---|---|
| Ronda McNae | rondamcnae@gmail.com | 2/9/2022 6:54 | The district attorney's office in SF needed the case number for legal aid purposes |
| Detective Ozaeta | melanieozaeta@miamibeachfl.gov | 2/9/2022 6:54 | Ok |
| Ronda McNae | rondamcnae@gmail.com | 2/9/2022 12:54 | I'm on the phone with the assignment officer. With the case # I was given, the officer cannot see me anywhere in their database |
| Ronda McNae | rondamcnae@gmail.com | 2/9/2022 13:08 | Ok scratch that. Sargent Keesor said an SFPD officer has already signed off on my report. Next is a superior officerâ€¦. Then Officer Kessor will assign a detective to investigate and I'm given the choice to prosecute/file charges. He was shocked when I replied with â€œI have a choice?â€ I assumed I don't. He said yes, you get to decide if you want to be apart of the court process or have a paper trail. I said definitely court â€¦ I want to file charges |
| Ronda McNae | rondamcnae@gmail.com | 2/9/2022 13:10 | Sargent Keesor works in special victim crimes. I'm glad I got to speak with him. |
| Detective Ozaeta | melanieozaeta@miamibeachfl.gov | 2/9/2022 16:54 | Pass me his contact information please |
| Detective Ozaeta | melanieozaeta@miamibeachfl.gov | 2/9/2022 16:54 | Thank you |
| Ronda McNae | rondamcnae@gmail.com | 2/9/2022 17:17 | (415) 553-1361<br>Sex crimes - officer Keesor<br>He hasn't assigned a detective but said it should happen soon! |
| Ronda McNae | rondamcnae@gmail.com | 2/17/2022 9:17 | Good luck today. A CNN reporter (reporter on tech companies) asked the status of this and I shared my case will be presented to the 17. |
| Ronda McNae | rondamcnae@gmail.com | 2/17/2022 9:18 | Then he saidâ€¦ oh wow that's today. ðŸ¤¦ðŸ½â€â™€ï¸ my heart sank. I pray big time this case will be moving forward. Thank you for hard work! |
| Ronda McNae | rondamcnae@gmail.com | 3/2/2022 10:15 | Good morning! My case in SF is at a stand still. The Sargent/detective assigned to my case is now under investigation along with his superior because of their conduct and how they treated me. I will likely have a new detective assigned, just waiting. |
| Ronda McNae | rondamcnae@gmail.com | 3/2/2022 10:17 | The SF district attorney's officer is mortified. So there are others helping move the investigation along. Just wanted to give you a heads up |
| Ronda McNae | rondamcnae@gmail.com | 3/2/2022 10:55 | I'm sorry, my ringer was turned off. Just tried calling back |
| Ronda McNae | rondamcnae@gmail.com | 3/14/2022 14:22 | Hi, do you have a quick minute? |
| Detective Ozaeta | melanieozaeta@miamibeachfl.gov | 3/22/2022 12:39 | Ronda what was the date the detective stated we spoke |
| Ronda McNae | rondamcnae@gmail.com | 3/22/2022 12:42 | March 8th |
| Ronda McNae | rondamcnae@gmail.com | 3/22/2022 12:44 | Lieutenant Tim O'Connor stated in a conversation I recorded on March 14th. O'Connor was reading a note Sargent Rodriguez left on my report before being "transferred" out of the unit |

| | | | |
|---|---|---|---|
| Detective Ozaeta | melanieozaeta@miami beachfl.gov | 3/22/2022 12:46 | Ok I have the exact date and time , just wanted to make sure it matched that's all |
| Detective Ozaeta | melanieozaeta@miami beachfl.gov | 3/22/2022 12:48 | Just an FYI , it is illegal to record a conversation without consent. It's a two party consent . There is a law enforcement exception |
| Ronda McNae | rondamcnae@gmail.co m | 3/22/2022 12:49 | I'm fully aware, I disclosed this to the department of police accountability. |
| Detective Ozaeta | melanieozaeta@miami beachfl.gov | 3/22/2022 12:49 | That is our laws in the state of Florida |
| Detective Ozaeta | melanieozaeta@miami beachfl.gov | 3/22/2022 12:49 | Not sure how Cali works |
| Detective Ozaeta | melanieozaeta@miami beachfl.gov | 3/22/2022 12:51 | So if you call me and record me , you are breaking the law, but if I call u and I record you since I am a law enforcement officer conducting an investigation, I am exempt from that . |
| Detective Ozaeta | melanieozaeta@miami beachfl.gov | 3/22/2022 12:51 | Just FYI |
| Detective Ozaeta | melanieozaeta@miami beachfl.gov | 3/22/2022 12:51 | If you do record you must disclose |
| Ronda McNae | rondamcnae@gmail.co m | 3/22/2022 12:52 | Same - wa and ca are two party consent. I let the department of police accountability and the district attorney's office know I felt I had no other option than to record due to the mistreatment on the phone. I had witnesses too |
| Detective Ozaeta | melanieozaeta@miami beachfl.gov | 3/22/2022 12:53 | Well if it's an investigation he would be exempt |
| Ronda McNae | rondamcnae@gmail.co m | 3/22/2022 12:53 | Police accountability said officers are still required to ask permission to record especially if it's a victim statement |
| Detective Ozaeta | melanieozaeta@miami beachfl.gov | 3/22/2022 12:53 | I would seek clarification |
| Ronda McNae | rondamcnae@gmail.co m | 3/22/2022 12:55 | Either way the detective in sf did not allow me to share everything regarding the sf crime- violating my victims rights |
| Ronda McNae | rondamcnae@gmail.co m | 3/22/2022 12:56 | He wanted to check a box and move on. That was clear as day. |
| Ronda McNae | rondamcnae@gmail.co m | 3/25/2022 8:05 | Hi! I know you've got a lot going on right now so I don't expect you to follow up until April |
| Ronda McNae | rondamcnae@gmail.co m | 3/25/2022 8:05 | I found my text thread between Will/Fitz/I was never deleted dating back to October/November 2019!!!! |
| Detective Ozaeta | melanieozaeta@miami beachfl.gov | 3/25/2022 20:20 | Do you have the threads just between u and him? |
| Detective Ozaeta | melanieozaeta@miami beachfl.gov | 3/25/2022 20:21 | If you can send me what you have that would be fine too. |
| Ronda McNae | rondamcnae@gmail.co m | 3/26/2022 15:25 | https://itunes.apple.com/WebObjects/MZStore.woa/wa/viewAudiobook?id= 1576846787 |

I'm in the process of writing an open letter to SFPD but truly to all law enforcement. Please consider listening to this book. It's very enlightening regarding consent.

In short, I know in my marrow SF wasn't consensual sex. I realize you see through the legal perspective lens supported with evidence however at the end of the day... I was there, my body is/was the crime scene. With all do respect, would you please do me a favor and never refer to SF as consensual.

I didn't disclose every last detail with you regarding SF since it wasn't your jurisdiction. At the end of all of this, if all that comes from this battle... is my daughter walking into this world with more courage, grit, and bravery... fully understanding consent ... then I've done my job. If I can also help enlighten law enforcement with the brutal effects of trauma... or even unknowingly inspire you to see cases like mine from the victims perspective...and why using the word "consensual sex" causes a visceral reaction since I've adamantly stated it wasn't consensual. Not having enough evidence to support a crime is another story. I don't know what the charges would be in SF but I know it must be looked into and considered. Again, I appreciate you and I'm thankful you're working on my case. I have deep admiration for you â�i.�

| Ronda McNae | rondamcnae@gmail.com | 3/26/2022 15:25 | |
| Ronda McNae | rondamcnae@gmail.com | 3/31/2022 10:04 | https://youtu.be/Xr6cDe9OC3U |
| Ronda McNae | rondamcnae@gmail.com | 3/31/2022 10:04 | Another helpful explanation regarding my case but also helpful for other sexual assault cases you work on |
| Detective Ozaeta | melanieozaeta@miamibeachfl.gov | 3/31/2022 10:12 | Thank you Ronda, we do attend training as well |
| Ronda McNae | rondamcnae@gmail.com | 3/31/2022 11:02 | I know â�i.�just wanted to share ðŸ˜ |
| Ronda McNae | rondamcnae@gmail.com | 4/1/2022 7:47 | How can I obtain a copy of the police report? It has been requested from Will's company |
| Detective Ozaeta | melanieozaeta@miamibeachfl.gov | 4/1/2022 7:48 | Good Morning, they can make a public records request. |
| Ronda McNae | rondamcnae@gmail.com | 4/1/2022 7:49 | Ok, thank you! |
| Ronda McNae | rondamcnae@gmail.com | 4/1/2022 7:51 | I'm still actively working on the best way to print text conversations for you. I have a phone recording as well... nothing concrete but certainly captures the deceptive behavior and lies. |
| Detective Ozaeta | melanieozaeta@miamibeachfl.gov | 4/1/2022 7:52 | Is this on your current phone ? |
| Ronda McNae | rondamcnae@gmail.com | 4/1/2022 7:54 | And my iPad |
| Detective Ozaeta | melanieozaeta@miamibeachfl.gov | 4/1/2022 7:54 | The conversations between you and Michael were deleted? And which phone are these on... the 3 way texts? |

| | | | |
|---|---|---|---|
| Detective Ozaeta | melanieozaeta@miami beachfl.gov | 4/1/2022 7:55 | What about between u and Michael are they on the iPad |
| Ronda McNae | rondamcnae@gmail.com | 4/1/2022 7:56 | I'll respond in a few minutes. Needing to braid my daughters hair |
| Ronda McNae | rondamcnae@gmail.com | 4/1/2022 10:34 | As I have communicated previously, I do not have text messages saved prior to January 2020. I happened to have a thread with Will, Mike, and I before that date.<br><br>I also have a full conversation with Yelany and she provides context to some snapshots conversations she had with Mike.<br><br>I've been working with a friend to try and recover old messages. It wasn't until January 2020 I switched my phone setting to save all texts. In past, it was set to delete after 60 days. |
| Ronda McNae | rondamcnae@gmail.com | 4/1/2022 10:35 | All texts are located on my phone. Held in my SIM card I believe!? The phone conversation is saved on my iPad and I have it saved on my iPhone now. |
| Detective Ozaeta | melanieozaeta@miami beachfl.gov | 4/1/2022 10:37 | I meant if your iPad may have saved them |
| Detective Ozaeta | melanieozaeta@miami beachfl.gov | 4/1/2022 10:38 | It's fine , I have what you have provided me . Thank you |
| Ronda McNae | rondamcnae@gmail.com | 4/1/2022 10:44 | There's more text conversations that aren't in the Dropbox folder which I believe to be circumstantial evidence. I only took snapshots of pressing information however there's more I believe will help the Miami case |
| Ronda McNae | rondamcnae@gmail.com | 4/2/2022 15:03 | Last minute decision to head to San Francisco today. I went to the hospital to pull my records since I was admitted to the ER on November 6th 2019. |
| Ronda McNae | rondamcnae@gmail.com | 4/2/2022 15:05 | I swore to you it wasn't consensual and now I have medical records to prove MF penetrated my anus. I had been using the term he "tried" however I know how the words I use matter. |
| Ronda McNae | rondamcnae@gmail.com | 4/2/2022 15:08 | I would never agree to buttsex since I had a hemorrhoidectomy years ago. This lab report shows "e coli" was present in my vagina. Now I ð"¯ believe San Francisco has enough to investigate. |
| Ronda McNae | rondamcnae@gmail.com | 4/2/2022 15:09 | <image> |
| Ronda McNae | rondamcnae@gmail.com | 4/2/2022 15:09 | <image> |
| Ronda McNae | rondamcnae@gmail.com | 4/24/2022 9:15 | <image> |
| Detective Ozaeta | melanieozaeta@miami beachfl.gov | 4/25/2022 15:16 | Ronda I called Lilly Vazquez but I am not getting a response can you please confirm her # for me |
| Ronda McNae | rondamcnae@gmail.com | 4/25/2022 17:08 | I just have : +1 (602) 432-4774 |
| Ronda McNae | rondamcnae@gmail.com | 4/25/2022 17:09 | I asked me sister. I didn't want to proactively text or call Lily |
| Detective Ozaeta | melanieozaeta@miami beachfl.gov | 4/25/2022 17:09 | I already spoke with her |

| | | | |
|---|---|---|---|
| Detective Ozaeta | melanieozaeta@miami beachfl.gov | 4/25/2022 17:09 | Thank u |
| Detective Ozaeta | melanieozaeta@miami beachfl.gov | 4/25/2022 17:10 | Which sister |
| Ronda McNae | rondamcnae@gmail.co m | 4/25/2022 17:10 | Sirena (older sis) not connected to Miami case |
| Ronda McNae | rondamcnae@gmail.co m | 4/25/2022 17:10 | But knows Lily |
| Detective Ozaeta | melanieozaeta@miami beachfl.gov | 4/25/2022 17:11 | I spoke with Lily |
| Ronda McNae | rondamcnae@gmail.co m | 4/25/2022 17:12 | Ok. Glad you got a hold of her. |
| Detective Ozaeta | melanieozaeta@miami beachfl.gov | 5/2/2022 20:02 | Good evening Ronda , is it possible to have the time stamps of your conversations with Lily |
| Ronda McNae | rondamcnae@gmail.co m | 5/2/2022 20:11 | Yes! I will find them and send. |
| Detective Ozaeta | melanieozaeta@miami beachfl.gov | 5/2/2022 20:11 | Thank you please email |
| Detective Ozaeta | melanieozaeta@miami beachfl.gov | 5/2/2022 20:21 | Actually can I have all your text messages from 2019 till up until today |
| Detective Ozaeta | melanieozaeta@miami beachfl.gov | 5/2/2022 20:21 | Thank you |
| Ronda McNae | rondamcnae@gmail.co m | 5/2/2022 20:52 | Only possible with a phone dump which is why I pressed on this issue in previous texts/emails with you |
| Detective Ozaeta | melanieozaeta@miami beachfl.gov | 5/2/2022 20:52 | Phone dump with the original phone |
| Detective Ozaeta | melanieozaeta@miami beachfl.gov | 5/2/2022 20:53 | You told me you have switched phones since then correct? |
| Ronda McNae | rondamcnae@gmail.co m | 5/2/2022 20:53 | Verizon is mailing me a copy of my bill statements from October 2019-January 2020. It will include call logs. Better then nothing |
| Ronda McNae | rondamcnae@gmail.co m | 5/2/2022 20:55 | I still have the conversations on my phone. I do not have any texts from October 2019-January 2020. I didn't start saving everything until January/February 2020 |
| Detective Ozaeta | melanieozaeta@miami beachfl.gov | 5/2/2022 20:56 | My question is , the phone you have now â€¦. Is this the same phone from 2019 ? |
| Ronda McNae | rondamcnae@gmail.co m | 5/2/2022 21:02 | The phone is new hardware however it's the same account and information transferred over. Apple and Verizon both confirmed this. The minor technicality doesn't and shouldn't rule out the evidence I have. I will confirm with Special Agent Rinek and again with apple tomorrow. |
| Detective Ozaeta | melanieozaeta@miami beachfl.gov | 5/2/2022 21:03 | Nobody is ruling out evidence |
| Detective Ozaeta | melanieozaeta@miami beachfl.gov | 5/2/2022 21:03 | I am looking for time stamps and lost text messages . And comparing all new evidence |
| Detective Ozaeta | melanieozaeta@miami beachfl.gov | 5/2/2022 21:04 | We have our own IT and secret service agents we confer withâ€¦ thank you. GN |
| Detective Ozaeta | melanieozaeta@miami beachfl.gov | 5/2/2022 21:05 | I can not use any victim supplied resources that will affect the integrity of the case. |
| Ronda McNae | rondamcnae@gmail.co m | 5/7/2022 15:10 | <image> |

| | | | |
|---|---|---|---|
| Ronda McNae | rondamcnae@gmail.com | 5/7/2022 15:18 | <image> |
| Ronda McNae | rondamcnae@gmail.com | 5/7/2022 15:18 | <image> |
| Ronda McNae | rondamcnae@gmail.com | 5/7/2022 15:18 | <image> |
| Ronda McNae | rondamcnae@gmail.com | 5/7/2022 15:18 | <image> |
| Ronda McNae | rondamcnae@gmail.com | 5/7/2022 15:18 | <image> |
| Ronda McNae | rondamcnae@gmail.com | 5/7/2022 15:18 | <image> |
| Ronda McNae | rondamcnae@gmail.com | 5/7/2022 15:18 | <image> |
| Ronda McNae | rondamcnae@gmail.com | 5/7/2022 15:18 | <image> |
| Ronda McNae | rondamcnae@gmail.com | 5/7/2022 15:18 | <image> |
| Ronda McNae | rondamcnae@gmail.com | 5/7/2022 15:18 | <image> |
| Ronda McNae | rondamcnae@gmail.com | 5/7/2022 15:18 | Finding more messages from ones I forwarded Will so he could save them too |
| Ronda McNae | rondamcnae@gmail.com | 5/7/2022 15:29 | <image> |
| Ronda McNae | rondamcnae@gmail.com | 5/7/2022 15:48 | <image> |
| Ronda McNae | rondamcnae@gmail.com | 5/7/2022 15:56 | <image> |
| Detective Ozaeta | melanieozaeta@miamibeachfl.gov | 5/7/2022 17:38 | Thank you for all of this but the messages don't have dates or times attached, without all of the messages and beginning of the conversations it's hard to follow |
| Detective Ozaeta | melanieozaeta@miamibeachfl.gov | 5/7/2022 17:39 | Please email the messages so I can add to the case file. We have spoken to many witnesses and are still gathering information |
| | | | I'll do my best to locate messages with time stamps. I have requested old messages from Instagram and call logs from Verizon which should come to me by mail soon.

Also Verizon did confirm messages that can be viewed on my phone today are connected to my phone hardware therefor a phone dump would have been wise months ago but can still be done. |
| Ronda McNae | rondamcnae@gmail.com | 5/7/2022 18:11 | Some of those messages I sent you were from instagram. Hoping I can get a hold of more. |
| Detective Ozaeta | melanieozaeta@miamibeachfl.gov | 5/9/2022 15:18 | We already asking for that with a subpoena to Instagram |
| Detective Ozaeta | melanieozaeta@miamibeachfl.gov | 5/9/2022 15:18 | If you swipe right and still have messages in your texts the time stamps will show up |
| Ronda McNae | rondamcnae@gmail.com | 5/9/2022 16:30 | <image> |

| | | | |
|---|---|---|---|
| Ronda McNae | rondamcnae@gmail.com | 5/9/2022 16:30 | Extremely blurry but I can't go back past 11/27/2019 on Wills computer. |
| Detective Ozaeta | melanieozaeta@miamibeachfl.gov | 5/9/2022 17:20 | Ok no problem |
| Detective Ozaeta | melanieozaeta@miamibeachfl.gov | 5/9/2022 17:20 | Thank you for checking |
| Detective Ozaeta | melanieozaeta@miamibeachfl.gov | 5/9/2022 17:20 | What about emails |
| Ronda McNae | rondamcnae@gmail.com | 5/9/2022 17:28 | Sent what I could find |
| Ronda McNae | rondamcnae@gmail.com | 5/10/2022 8:12 | <image> |
| Detective Ozaeta | melanieozaeta@miamibeachfl.gov | 5/12/2022 9:18 | Ronda can you confirm Mr. Futzgeralds instagram name for me |
| Detective Ozaeta | melanieozaeta@miamibeachfl.gov | 5/12/2022 9:19 | Do you know if he had more than one account… I am writing up a warrant |
| Ronda McNae | +1 206-914-6752 | 6/16/2022 16:56 | Hello Detective Ozaeta, this is Will McNae. I would like to ask if you can confirm if Mr Fitzgerald is represented by an attorney named John Wylie? We were contacted by him and are hoping to validate it's the same attorney that spoke to you. Thank you. Will McNae |
| Ronda McNae | +1 206-914-6752 | 6/21/2022 10:10 | Good Morning! I wanted to share, I'm minutes away from meeting a woman who has become a hero: Cathy … she wrote a book with another hero of mine Dr. Dan Allender. Please at some point give her book a read. One day I hope to get her book or write my own book that is a requirement for law enforcement to read. Childhood trauma plagues so many women and often puts them right in harms way over and over again until they learn to stand up for themselves and name what happened. I can't wait till this investigation/case is over so I can get to know you without the uniform. I told the chief of police in seattle, once I have worked through my pain... I'm going to find a place to be involved with law enforcement... even as a third party advocate for victims. I hope you are well! 🙏🏽 |
| Ronda McNae | +1 206-914-6752 | 6/21/2022 10:11 | <image> |
| Detective Ozaeta | melanieozaeta@miamibeachfl.gov | 6/21/2022 10:14 | Thanks for sharing. Your phone should be done soon, just waiting on the investigator to call me to pick it up. |
| Ronda McNae | +1 206-914-6752 | 6/21/2022 21:52 | Thank you 🙏🏽 |
| Detective Ozaeta | melanieozaeta@miamibeachfl.gov | 7/18/2022 6:25 | Ronda sending back your phone , where would you like me to send it |
| Ronda McNae | +1 206-914-6752 | 7/18/2022 6:28 | 504 11th pl Kirkland, WA 98033 |
| Detective Ozaeta | melanieozaeta@miamibeachfl.gov | 7/18/2022 6:29 | Also sending back the romper as we do not collect evidence like that over a year ago |
| Ronda McNae | +1 206-914-6752 | 7/18/2022 6:29 | Speaking to a lawyer right now. Mike served me with a lawsuit for disparaging him and falsely accusing him of a crime |
| Detective Ozaeta | melanieozaeta@miamibeachfl.gov | 7/18/2022 6:29 | Oh wow |
| Ronda McNae | +1 206-914-6752 | 7/18/2022 6:30 | Falsely accusing me of a crime.. |
| Ronda McNae | +1 206-914-6752 | 7/18/2022 6:30 | I have no words |

| | | | |
|---|---|---|---|
| Ronda McNae | +1 206-914-6752 | 7/19/2022 18:15 | <image> |
| Ronda McNae | +1 206-914-6752 | 7/19/2022 18:15 | <image> |
| Ronda McNae | +1 206-914-6752 | 7/19/2022 18:15 | I found these text messages I sent to a friend who had been a detective with Miami PD |
| Ronda McNae | +1 206-914-6752 | 7/19/2022 18:17 | He's no longer there but just wanted you to know, I sat on this for a long time before coming forward. I was deathly afraid to report it |
| Ronda McNae | +1 206-914-6752 | 7/28/2022 16:24 | I know it's early evening there. I just wanted to let you know I'm retaining a lawyer in Miami and signed my initial agreement.<br><br>We will fight the confidentiality agreement due to Public Policy/Public Hazard. With her experience in federal court working alongside a judge for 2 years, I'm confident I'll be in good hands thanks to a friends referral. She's encouraging me to retain legal representation for the criminal case against MF so that may be happening soon. Wanted to send over a heads up. |
| Ronda McNae | +1 206-914-6752 | 7/28/2022 16:26 | I appreciate the work you've done on this caseâ¤ï¸ |
| Ronda McNae | +1 206-914-6752 | 8/8/2022 11:07 | Good afternoon, wanted to let you know I have retained two separate attorneys: one for civil and one to help support with the criminal case. Would love an update if there's any. Sabrina Puglisi and Alaina Fotiu-Wojtowicz will likely connect with you soon! |

## Chat with Detective Ozaeta

5/12/2022 9:18:36 AM - 8/8/2022 11:07:36 AM

---

**Export Details:**

Device Phone Number  +1 (206) 914-6752

Device Name    Ronda  McNae's iPhone (2)

Device ID      00008110-00041846113B801E

Backup Date    Friday, August 26, 2022 10:31 PM

Backup Directory  C:\Users\wimcnae\Apple\MobileSync\Backup\00008110-00041846113B801E

iOS            15.6.1

Current Time Zone  (UTC-08:00) Pacific Time (US & Canada)

Created with   iExplorer v4.5.0.0

**Participants:**

melanieozaeta@miamibeachfl.gov, Detective Ozaeta

---

Thursday, May 12, 2022

Detective Ozaeta

Ronda can you confirm Mr. Futzgeralds instagram name for me                9:18 AM

Detective Ozaeta

Do you know if he had more than one account... I am writing up a          9:19 AM
warrant

Monday, May 9, 2022

Ronda McNae

Sent what I could find          5:28 PM

Detective Ozaeta

Ok no problem                5:20 PM

Detective Ozaeta

We already asking for that with a subpoena to Instagram          3:18 PM

Detective Ozaeta

Thank you for checking          5:20 PM

Detective Ozaeta

If you swipe right and still have messages in your texts the time          3:18 PM
stamps will show up

MCNAE 000920

Tuesday, May 10, 2022

Ronda McNae

**The Psychology Of A Gentleman Rapist**

A gentleman rapist thinks women "play hard-to-get," don't really mean "No!" and crying is merely part of a woman's act. Often, they don't think of forced sex as rape and may actually believe you're both simply having a good time "making love." During the sexual attack, he acts unselfish and believes that his victim is enjoying what is happening. He may even act as if he is in a relationship with his victim, and so is slightly delusional. Afterward, he may again act kindly toward the victim as though the act of rape never took place. He often records the deed in some way or takes some personal belonging from his victim. After the rape, this type of rapist sometimes tries to contact the victim. The "gentleman rapist" attacks again in the period of 7-15 days, and he is the most common type of rapist.

AA publichealth.com.ng

8:12 AM

Detective Ozaeta

What about emails

5:20 PM

Ronda McNae

4:30 PM

Extremely blurry but I can't go back past 11/27/2019 on Wills computer.

4:30 PM

MCNAE 000921

Saturday, May 7, 2022

Ronda McNae



3:56 PM

Ronda McNae



3:29 PM

Ronda McNae



3:10 PM

MCNAE 000922

Ronda McNae

I'll do my best to locate messages with time stamps. I have requested old messages from Instagram and call logs from Verizon which should come to me by mail soon.

Also Verizon did confirm messages that can be viewed on my phone today are connected to my phone hardware therefor a phone dump would have been wise months ago but can still be done.

Some of those messages I sent you were from instagram. Hoping I can get a hold of more.

6:11 PM

Detective Ozaeta

Thank you for all of this but the messages don't have dates or times attached , without all of the messages and beginning of the conversations it's hard to follow

5:38 PM

Ronda McNae



3:48 PM

MCNAE 000923



Ronda McNae

6:31

+1 (786) 818-5242

Hi Will.

I took time to write you because I tried to write something many times and couldn't find the words. So I hid and didn't say anything. I know that is the worst thing to do but truth me told in all vulnerability. I'm terrible with words and I'm terrible with being vulnerable. I'm sorry for any pain I've caused you at all, I didn't intentionally pursue anything. It almost just happened and I feel like I lost control. No excuses at all. I was in the wrong and I take full responsibility for that. But I don't think any words that I can write can relieve any of the pain. I would love to support you both in any way I can to help do something to relieve the pain for you both. I'm trying to learn about myself from this situation, but again: truth be told. I feel empty and sorrowful and I'm hiding my hurt from the world and people who care for me and putting on a brave face.

3:18 PM

3:18 PM

6:34

+1 (786) 818-5242

I don't expect anything from you, ever. I said I would stay out of your way and I am trying. I don't want to fill either of you with anymore pain and sorrow.

I will support my responsibilities. I've been very open and vulnerable with Ronda and I will continue to be. I will re iterate that I want you, Ronda and your family to be the happiest that you can be. That will never include me.. I will not interfere or both you both.

If you want to sit with me so I can apologize I will do that. But pls forgive my state while I do it because it's not easy for me to be vulnerable. I will leave that decision to you.

Love, and open apologies 🙏❤️

From mike

That's what I had written

I read it a few times and can't decide if I send it

3:18 PM

MCNAE 000924



I meant before something happened

I didn't intentionally create the scenario if that makes sense

I think I misread the meaning of his message

And I wasn't intending to bullshit him

As I said I meant didn't intentionally pursue something with you before something happened

I misread the angle of his comment

On the 16th? You were going to say whether you wanted me to or not

3:18 PM

That's so terrible, that he thinks I would do that

But I suppose it would be him doing it too

3:18 PM

3:18 PM

MCNAE 000925



6:32

+1 (786) 858-5212

Yes I ask my self every day how I deal with the scenario now. I can't comfort Ronda or be close to her because I promised you I wouldn't. I can't open up to you because I don't know how to do it. When I saw you I broke down in pieces and had to walk away.

I stopped what was happening because I loved you both as some of the people that had given me an opportunity to be mySelf more than anyone had before. And yes I lost my responsibility to you, but as soon as I spoke to you.. and I knew that you knew. I had no way of overcoming it in my mind. So did I want to stop talking to Ronda and make her feel terrible? No! I wanted to comfort you both but I don't know how to do that.

Many patterns in my life have followed similar things to this. I can make a real mess for myself, so I usually stay so distant and don't get involved

3:18 PM

6:37

+1 (786) 858-5212

Not once have I been the one to push it down that route

My private life is my private life

Oh sorry assumed you would I guess

But i never went there

Half humor half serious

Is this one of those days where you want to kill me or? Because today seems a day when you want to throw stuff at me

I certainly have days where I want you to pay for the mess you've help create ....

Your private life is I JUST YOUR private life once you start including others - FYI

Isn't

Especially when there are white lies included

I can tell. And so vou know I fell

3:18 PM

MCNAE 000926



**Detective Ozaeta**

Please email the messages so I can add to the case file. We have spoken to many witnesses and are still gathering information

5:39 PM

Ronda McNae

Finding more messages from ones I forwarded Will so he could save them too

3:18 PM

Monday, May 2, 2022

**Detective Ozaeta**

Actually can I have all your text messages from 2019 till up until today

8:21 PM

**Detective Ozaeta**

Thank you please email

8:11 PM

**Detective Ozaeta**

I can not use any victim supplied resources that will affect the integrity of the case.

9:05 PM

MCNAE 000927

Detective Ozaeta

I am looking for time stamps and lost text messages . And comparing all new evidence

9:03 PM

Ronda McNae

The phone is new hardware however it's the same account and information transferred over. Apple and Verizon both confirmed this. The minor technicality doesn't and shouldn't rule out the evidence I have. I will confirm with Special Agent Rinek and again with apple tomorrow.

9:02 PM

Detective Ozaeta

My question is , the phone you have now .... Is this the same phone from 2019 ?

8:56 PM

Detective Ozaeta

You told me you have switched phones since then correct?

8:53 PM

Detective Ozaeta

Thank you

8:21 PM

Ronda McNae

Yes! I will find them and send.

8:11 PM

Detective Ozaeta

Good evening Ronda , is it possible to have the time stamps of your conversations with Lily

8:02 PM

Detective Ozaeta

We have our own IT and secret service agents we confer with... thank you. GN

9:04 PM

Ronda McNae

Verizon is mailing me a copy of my bill statements from October 2019-January 2020. It will include call logs. Better then nothing

8:53 PM

Ronda McNae

Only possible with a phone dump which is why I pressed on this issue in previous texts/emails with you

8:52 PM

Detective Ozaeta

Nobody is ruling out evidence

9:03 PM

MCNAE 000928

Ronda McNae

I still have the conversations on my phone. I do not have any texts from October 2019-January 2020. I didn't start saving everything until January/February 2020          8:55 PM

Detective Ozaeta

Phone dump with the original phone          8:52 PM

Monday, April 25, 2022

Detective Ozaeta

Ronda I called Lilly Vazquez but I am not getting a response can you please confirm her # for me          3:16 PM

Detective Ozaeta

Which sister          5:10 PM

Ronda McNae

I asked me sister. I didn't want to proactively text or call Lily          5:09 PM

Detective Ozaeta

I already spoke with her          5:09 PM

Ronda McNae

I just have : +1 (602) 432-4774          5:08 PM

Detective Ozaeta

I spoke with Lily          5:11 PM

Ronda McNae

But knows Lily          5:10 PM

Ronda McNae

Sirena (older sis) not connected to Miami case          5:10 PM

Detective Ozaeta

Thank u          5:09 PM

Ronda McNae

Ok. Glad you got a hold of her.          5:12 PM

MCNAE 000929

Sunday, April 24, 2022

Ronda McNae



9:15 AM

Saturday, April 2, 2022

Ronda McNae

I would never agree to buttsex since I had a hemorrhoidectomy years ago. This lab report shows "e coli" was present in my vagina. Now I 💯 believe San Francisco has enough to investigate.

3:08 PM

Ronda McNae

I swore to you it wasn't consensual and now I have medical records to prove MF penetrated my anus. I had been using the term he "tried" however I know how the words I use matter.

3:05 PM

Ronda McNae



3:09 PM

Ronda McNae

Last minute decision to head to San Francisco today. I went to the hospital to pull my records since I was admitted to the ER on November 6th 2019.

3:03 PM

MCNAE 000930

Ronda McNae



3:09 PM

Thursday, March 31, 2022

Detective Ozaeta

Thank you Ronda, we do attend training as well

10:12 AM

Friday, April 1, 2022

Detective Ozaeta

The conversations between you and Michael were deleted? And which phone are these on... the 3 way texts?

7:54 AM

Ronda McNae

I'm still actively working on the best way to print text conversations for you. I have a phone recording as well... nothing concrete but certainly captures the deceptive behavior and lies.

7:51 AM

Ronda McNae

How can I obtain a copy of the police report? It has been requested from Will's company

7:47 AM

Ronda McNae

There's more text conversations that aren't in the Dropbox folder which I believe to be circumstantial evidence. I only took snapshots of pressing information however there's more I believe will help the Miami case

10:44 AM

Detective Ozaeta

I meant if your iPad may have saved them

10:37 AM

Ronda McNae

https://youtu.be/Xr6cDe9OC3U

10:04 AM

MCNAE 000931

Detective Ozaeta

What about between u and Michael are they on the iPad

7:55 AM

Detective Ozaeta

Is this on your current phone ?

7:52 AM

Detective Ozaeta

Good Morning, they can make a public records request.

7:48 AM

Ronda McNae

As I have communicated previously, I do not have text messages saved prior to January 2020. I happened to have a thread with Will, Mike, and I before that date.

I also have a full conversation with Yelany and she provides context to some snapshots conversations she had with Mike.

I've been working with a friend to try and recover old messages. It wasn't until January 2020 I switched my phone setting to save all texts. In past, it was set to delete after 60 days.

10:34 AM

Ronda McNae

I know ❤️ just wanted to share 😊

11:02 AM

Ronda McNae

Another helpful explanation regarding my case but also helpful for other sexual assault cases you work on

10:04 AM

Ronda McNae

I'll respond in a few minutes. Needing to braid my daughters hair

7:56 AM

Ronda McNae

And my iPad

7:54 AM

Ronda McNae

Ok, thank you!

7:49 AM

Detective Ozaeta

It's fine , I have what you have provided me . Thank you

10:38 AM

Ronda McNae

All texts are located on my phone. Held in my SIM card I believe!? The phone conversation is saved on my iPad and I have it saved on my iPhone now.

10:35 AM

MCNAE 000932

Saturday, March 26, 2022

Ronda McNae

I'm in the process of writing an open letter to SFPD but truly to all law enforcement. Please consider listening to this book. It's very enlightening regarding consent.

In short, I know in my marrow SF wasn't consensual sex. I realize you see through the legal perspective lens supported with evidence however at the end of the day... I was there, my body is/ was the crime scene. With all do respect, would you please do me a favor and never refer to SF as consensual.

I didn't disclose every last detail with you regarding SF since it wasn't your jurisdiction. At the end of all of this, if all that comes from this battle... is my daughter walking into this world with more courage, grit, and bravery... fully understanding consent ... then I've done my job. If I can also help enlighten law enforcement with the brutal effects of trauma... or even unknowingly inspire you to see cases like mine from the victims perspective...and why using the word "consensual sex" causes a visceral reaction since I've adamantly stated it wasn't consensual. Not having enough evidence to support a crime is another story. I don't know what the charges would be in SF but I know it must be looked into and considered. Again, I appreciate you and I'm thankful you're working on my case. I have deep admiration for you ❤️

3:25 PM

Ronda McNae

https://itunes.apple.com/WebObjects/MZStore.woa/wa/ viewAudiobook?id=1576846787

3:25 PM

Friday, March 25, 2022

Detective Ozaeta

8:20 PM

Do you have the threads just between u and him?

Ronda McNae

Hi! I know you've got a lot going on right now so I don't expect you to follow up until April

8:05 AM

Detective Ozaeta

8:21 PM

If you can send me what you have that would be fine too.

MCNAE 000933

Ronda McNae

I found my text thread between Will/Fitz/I was never deleted dating back to October/November 2019!!!!

8:05 AM

Tuesday, March 22, 2022

Detective Ozaeta

That is our laws in the state of Florida

12:49 PM

Detective Ozaeta

Ok I have the exact date and time , just wanted to make sure it matched that's all

12:46 PM

Detective Ozaeta

Ronda what was the date the detective stated we spoke

12:39 PM

Ronda McNae

He wanted to check a box and move on. That was clear as day.

12:56 PM

Ronda McNae

Police accountability said officers are still required to ask permission to record especially if it's a victim statement

12:53 PM

Detective Ozaeta

If you do record you must disclose

12:51 PM

Detective Ozaeta

Not sure how Cali works

12:49 PM

Detective Ozaeta

Just an FYI , it is illegal to record a conversation without consent. It's a two party consent . There is a law enforcement exception

12:48 PM

Ronda McNae

March 8th

12:42 PM

Detective Ozaeta

I would seek clarification

12:53 PM

Ronda McNae

Same - wa and ca are two party consent. I let the department of police accountability and the district attorney's office know I felt I had no other option than to record due to the mistreatment on the phone. I had witnesses too

12:52 PM

MCNAE 000934

Detective Ozaeta

So if you call me and record me , you are breaking the law, but if I call u and I record you since I am a law enforcement officer conducting an investigation, I am exempt from that .   12:51 PM

Ronda McNae

I'm fully aware, I disclosed this to the department of police accountability.   12:49 PM

Ronda McNae

Lieutenant Tim O'Connor stated in a conversation I recorded on March 14th. O'Connor was reading a note Sargent Rodriguez left on my report before being "transferred" out of the unit   12:44 PM

Ronda McNae

Either way the detective in sf did not allow me to share everything regarding the sf crime- violating my victims rights   12:55 PM

Detective Ozaeta

Well if it's an investigation he would be exempt   12:53 PM

Detective Ozaeta

Just FYI   12:51 PM

Monday, March 14, 2022

Ronda McNae

Hi, do you have a quick minute?   2:22 PM

Wednesday, March 2, 2022

Ronda McNae

Good morning! My case in SF is at a stand still. The Sargent/ detective assigned to my case is now under investigation along with his superior because of their conduct and how they treated me. I will likely have a new detective assigned, just waiting.   10:15 AM

Ronda McNae

The SF district attorney's officer is mortified. So there are others helping move the investigation along. Just wanted to give you a heads up   10:17 AM

Ronda McNae

I'm sorry, my ringer was turned off. Just tried calling back   10:55 AM

MCNAE 000935

Thursday, February 17, 2022

Ronda McNae

Good luck today. A CNN reporter (reporter on tech companies) asked the status of this and I shared my case will be presented to the 17.

9:17 AM

Ronda McNae

Then he said... oh wow that's today. 🙍 my heart sank. I pray big time this case will be moving forward. Thank you for hard work!

9:18 AM

Wednesday, February 9, 2022

Ronda McNae

(415) 553-1361
Sex crimes - officer Keesor
He hasn't assigned a detective but said it should happen soon!

5:17 PM

Ronda McNae

Sargent Keesor works in special victim crimes. I'm glad I got to speak with him.

1:10 PM

Ronda McNae

A female who called while I was with up my kids. My only priority was to get a case number. I will call today and see if a detective is assigned and I'll let you know.

6:53 AM

Detective Ozaeta

Pass me his contact information please

4:54 PM

Detective Ozaeta

Ok

6:54 AM

Ronda McNae

Ok scratch that. Sargent Keesor said an SFPD officer has already signed off on my report. Next is a superior officer.... Then Officer Kessor will assign a detective to investigate and I'm given the choice to prosecute/file charges. He was shocked when I replied with "I have a choice?" I assumed I don't. He said yes, you get to decide if you want to be apart of the court process or have a paper trail. I said definitely court ... I want to file charges

1:08 PM

Ronda McNae

The district attorney's office in SF needed the case number for legal aid purposes

6:54 AM

MCNAE 000936

Detective Ozaeta

Thank you                                                          4:54 PM

Ronda McNae

I'm on the phone with the assignment officer. With the case # I was given, the officer cannot see me anywhere in their database          12:54 PM

Tuesday, February 8, 2022

Detective Ozaeta

And do you have a contact phone number                            12:53 PM

Ronda McNae

Good morning, wanted to let you know I've spoken with the district attorneys office in SF. Victim services have been a huge help! They communicated the possible need for FBI (again) due to a couple jurisdictions and the defendant not being a US citizen. Thankful to have the ball rolling.          8:29 AM

The SFPD sent me the case number 199-005-331.

Detective Ozaeta

Who did u speak to                                                2:57 PM

Ronda McNae

Sorry I wasn't given that information.                            1:26 PM

Detective Ozaeta

Sorry it's been a very busy day here .                           12:53 PM

Detective Ozaeta

We have an appointment with the SAO on the 17 th to review your case          9:32 AM

Detective Ozaeta

Ms. McNae what is the name of the investigator you spoke with ?   12:53 PM

Detective Ozaeta

Thank you for that information, I will keep you updated           9:58 AM

Monday, January 31, 2022

Ronda McNae

Included my past negative test also. Thank you!                  7:39 AM

Detective Ozaeta

Great , thank you                                                 7:58 AM

MCNAE 000937

Detective Ozaeta

Thank you , I'll add it to the case file .                                          6:57 AM

Friday, January 28, 2022

Ronda McNae

Sent email with results of my test for evidence                    10:06 AM

Wednesday, January 26, 2022

Ronda McNae

Good morning. I received some disheartening news this morning.
Post rape/assault, I put off seeing my OBGYN but forced myself to
go yesterday to be checked for everything.                               9:16 AM

I tested positive for Herpes.

Thankfully I have tests from prior years proving I was negative and
this positive herpes 💯 came from MF.

Ronda McNae

Let me know what documents you need for evidence              9:30 AM

Friday, January 21, 2022

Detective Ozaeta

Sorry to hear that I hope you ok. I am feeling better but still         10:18 AM
battling some symptoms.

Thursday, January 20, 2022

Ronda McNae

We are going to get Covid tests right now. My chest keeps feeling    12:52 PM
weird! Are you feeling better?

Tuesday, January 18, 2022

Ronda McNae

Yes! I will get that right now and send it over!!                        9:40 PM

Ronda McNae

Do you still have another question? Sorry I had a work meeting        12:06 PM
and now headed to counseling

Ronda McNae

She communicated on a FaceTime call she knew she wasn't coming      10:40 PM
early October. Perhaps it would be best for you to hear it directly
from her although the text I have proves she wasn't coming but I
don't know if that's enough

Page 19

MCNAE 000938

Detective Ozaeta

Do you have the text message conversation with Patrice that mentioned her telling mike she was not coming to miami. I know you mentioned she said she told him in the beginning of October .   9:33 PM

Detective Ozaeta

Thank you   9:42 PM

Detective Ozaeta

Ronda please call me back , I had one question and needed your help to clarify a date   10:58 AM

Detective Ozaeta

Ok great, thank you. I'll take a look at them   10:41 PM

Ronda McNae

I've added 40 screen shots to the Dropbox folder titled : conversations between Patrice & Ronda - my nickname for her was "Beatrice" she's saved in my phone under that. Inside joke   10:37 PM

Detective Ozaeta

Yes I actually do   9:31 PM

Wednesday, January 12, 2022

Ronda McNae

Thank you for today! Also, I will 💯 try to talk to him with a wire. Worth a shot right? I would be willing to do anything if it helps. Again, thank you for today!   5:31 PM

Detective Ozaeta

Setting up a room   11:09 AM

Thursday, January 13, 2022

Ronda McNae

We are running 10 minutes behind. Coffee was a must this morning!   4:58 AM

Ronda McNae

We are in the lobby   11:03 AM

Ronda McNae

We are here 😊   5:11 AM

Detective Ozaeta

I'll be down shortly   11:09 AM

MCNAE 000939

Tuesday, January 4, 2022

Ronda McNae

Detective,

I apologize for the delay. I became quite ill resulting in heavy antibiotics and steroids which have been brutal especially with kids home during the holidays.

I will be in Miami - January 9th - 13th.

Which day/time would work best to come into the station?

9:03 AM

Monday, January 3, 2022

Ronda McNae

Detective,

I apologize for the delay. I became quite ill resulting in heavy antibiotics and steroids which have been brutal especially with kids home during the holidays.

I will be in Miami - January 9th - 13th.

Which day/time would work best to come into the station?

2:54 PM

Tuesday, December 21, 2021

Ronda McNae

9:54 AM

Are you trying to reach me again?

Detective Ozaeta

Sorry, I can't talk right now.

8:30 AM

Ronda McNae

Sorry we keep missing each other. Here's a copy of my call log. I have tried reaching you but I'm sure you have a full plate!

8:51 AM

Ronda McNae



8:51 AM

Page 21

MCNAE 000940

Thursday, June 16, 2022

Ronda McNae

Hello Detective Ozaeta, this is Will McNae. I would like to ask if you can confirm if Mr Fitzgerald is represented by an attorney named John Wylie? We were contacted by him and are hoping to validate it's the same attorney that spoke to you. Thank you. Will McNae

4:56 PM

Tuesday, June 21, 2022

Ronda McNae

Good Morning! I wanted to share, I'm minutes away from meeting a woman who has become a hero: Cathy ... she wrote a book with another hero of mine Dr. Dan Allender. Please at some point give her book a read. One day I hope to get her book or write my own book that is a requirement for law enforcement to read. Childhood trauma plagues so many women and often puts them right in harms way over and over again until they learn to stand up for themselves and name what happened. I can't wait till this investigation/case is over so I can get to know you without the uniform. I told the chief of police in seattle, once I have worked through my pain... I'm going to find a place to be involved with law enforcement... even as a third party advocate for victims. I hope you are well! 🙏

10:10 AM

Ronda McNae



10:11 AM

Detective Ozaeta

Thanks for sharing. Your phone should be done soon, just waiting on the investigator to call me to pick it up.

10:14 AM

MCNAE 000941

Ronda McNae

Thank you 🙏  9:52 PM

Monday, July 18, 2022

Detective Ozaeta

Ronda sending back your phone , where would you like me to send it  6:25 AM

Ronda McNae

504 11th pl Kirkland, WA 98033  6:28 AM

Detective Ozaeta

Also sending back the romper as we do not collect evidence like that over a year ago  6:29 AM

Ronda McNae

Speaking to a lawyer right now. Mike served me with a lawsuit for disparaging him and falsely accusing him of a crime  6:29 AM

Detective Ozaeta

Oh wow  6:29 AM

Ronda McNae

Falsely accusing him of a crime..  6:30 AM

Ronda McNae

I have no words  6:30 AM

Tuesday, July 19, 2022

Ronda McNae



6:15 PM

MCNAE 000942



Ronda McNae

I found these text messages I sent to a friend who had been a detective with Miami PD

6:15 PM

Ronda McNae

He's no longer there but just wanted you to know, I sat on this for a long time before coming forward. I was deathly afraid to report it

6:17 PM

Thursday, July 28, 2022

Ronda McNae

I know it's early evening there. I just wanted to let you know I'm retaining a lawyer in Miami and signed my initial agreement.

We will fight the confidentiality agreement due to Public Policy/ Public Hazard. With her experience in federal court working alongside a judge for 2 years, I'm confident I'll be in good hands thanks to a friends referral. She's encouraging me to retain legal representation for the criminal case against MF so that may be happening soon. Wanted to send over a heads up.

4:24 PM

Ronda McNae

I appreciate the work you've done on this case ❤️

4:26 PM

MCNAE 000943

Monday, August 8, 2022

Ronda McNae

Good afternoon, wanted to let you know I have retained two separate attorneys: one for civil and one to help support with the criminal case. Would love an update if there's any. Sabrina Puglisi and Alaina Fotiu-Wojtowicz will likely connect with you soon!

11:07 AM

MCNAE 000944

# Declaration

# Exhibit J-12

R.Diaz Miami Dade Police Department  1/10/22
Marines 4 years. A year after being out, he applied to be a officer
for Miami. 31 years. Worked homicide for 14 years. Divorced 5 years
ago. Father of two kids, daughter is age 32. Son lives in NY. No
grandkids.

In getting to know the officer, I asked about his life. We chatted
about kids. Marines and where he traveled. Then we started talking
about his family. He shared a story about his wife asking if he has
lost his humanity. They witnessed (as a family) a head on collision
where three teens ere dismembered. While speaking to his wife who sat
in the car with the kids, she noticed his lack or emotion.

He was so dismayed by humanity, no one can believe what humans are
capable of doing. He gave an example of finding a 2 day old baby in
the microwave. Parents had placed the baby inside to quiet the
crying. Autopsy showed the baby had not eaten since leaving the
hospital due to parent's crack-cocaine addiction. They had been doing
drugs since leaving the hospital.

We asked him about acquaintance rape and how frequently it occurs in
Miami. He sorta laughed and said he thought it happened "daily" it
was that common. He went on to share his opinion on what he's seen
with young females today. When you wear basically "nothing" and go to
these clubs and parties you're provoking men. He shared an analogy
similar to dangling a chicken in front of an alligator and when the
bit, you blame the alligator. He shared that he told his daughter a
warning in which "if a man can see it [skin] he'll think he can buy
it".  Young people today (women) need to cover up more to keep
themselves safer and less of a target. Then he went on to share his
opinion on women capable of fighting back in the midst of a rape. I
said, well that's easy for you to say when you're a big guy. (He
clearly wasn't taking into account past trauma, childhood abuse,
other intimidation tactics) He said the only way a women would be
raped is if a gun was being held to her head. (Wow, if he only knew
the person he was speaking too and the life I've survived)

He also shared that he's seen multiple examples of domestic abuse
being used by women as a way to get back at men. Harming themselves
and then blaming the man.  He shared the example of his friend who's
wife had cut herself while the husband was asleep. The cops showed up
and arrested him only to have the charges dismissed because his
defense attorney pointed out there was no blood anywhere on his body
or clothing. we

We shared a brief overview of why we were in Miami due to a prior
sexual assault/rape case. He looked at me and asked if I had "had a
conversation with this guy?". Stood up and walked closely to Will
speaking more quietly….You need to pay him a visit…More skeletons in
Biscayne Bay than all of the cemeteries in Miami. People go missing
all the time around here.  More than 200 homicides in Miami a year.
That was how the conversation ended.

CONFIDENTIAL                          MCNAE 003353

# Declaration

# Exhibit K



## EQUIP COUNSELING, PLLC
### PROGRESS NOTES

Client:  Ronda McNae (RM00093)                                    Birth Date:    04/04/1986
Creation Date:    06/06/2023 04:06 PM
Service Date:    06/01/2023 10:00 AM - 11:00 AM                   Duration:    60 minutes
Provider(s):    Owner Sarah Dellinger, MS, LMFTA (NPI: ███████)
Insurer(s):
Place Of Service:    Office                        CPT Code:            Case #    RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | WNL | Mood: | WNL |
| Thought Process: | WNL | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.12) Post Traumatic Stress Disorder - Chronic

**Focus of Session:**
Client reports to in person session all within normal limits. She is eager to process increased concern around daughter's mental health. She reports that she took her to Children's Hosptial to be evaluated and that they will visit primary care provider on 6/6. Client processes impact of this stress on herself and family. No SI/HI at this time.

**Therapeutic Intervention:**
Will continue to provide a neutral space for Client to process.

**Planned Intervention:**


Return Appointment:


Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 06/06/2023 04:10 PM



# EQUIP COUNSELING, PLLC
## PROGRESS NOTES

Client:  Ronda McNae (RM00093)                           Birth Date:   04/04/1986

Creation Date:   06/09/2023 12:09 PM

Service Date:    06/08/2023 10:00 AM - 11:00 AM         Duration:    60 minutes

Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: ██████████)

Insurer(s):

Place Of Service:    Office                    CPT Code:              Case #    RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | WNL | Mood: | WNL |
| Thought Process: | WNL | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.12) Post Traumatic Stress Disorder - Chronic

**Focus of Session:**

Client and spouse report to in person session all within normal limits. She is alert and engaged. She reports that she has been 'on the verge of tears for several day' (Client words). She reports that she was able to do a job this week. She processes reported moderate emotional lability while on set. Both process impact of current stressors on their relationship, children and daily functioning. No SI/HI at this time.

**Therapeutic Intervention:**

Will continue to provide a neutral space for Client to process.

**Planned Intervention:**


Return Appointment:


Staff Signature: *Sarah Dellinger*

Owner Sarah Dellinger, MS, LMFTA Therapist

I approve this document

Signed: 06/12/2023 02:33 PM

**EQUIP COUNSELING PLLC**

**PROGRESS NOTES**

Client:  Ronda McNae (RM00093)                          Birth Date:   04/04/1986

Creation Date:   09/20/2023 03:26 PM

Service Date:   08/07/2023 10:00 AM - 11:00 AM              Duration:     60 minutes

Provider(s):    Owner Sarah Dellinger, MS, LMFTA (NPI:▮▮▮▮▮▮▮▮▮▮)

Insurer(s):

Place Of Service:    Telehealth                        CPT Code:          Case #    RMC2000

| | | | |
|---|---|---|---|
| Appearance: | unclear | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | WNL | Mood: | WNL |
| Thought Process: | disorganized | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.12) Post Traumatic Stress Disorder - Chronic

**Focus of Session:**

Client calls in for session. Client reports that she has had ulcers in her mouth; she attributes these to the stress in life. She reports that she is having a hard time trusting others. She processes distress and coping. No SI/HI at this time.

**Therapeutic Intervention:**

Will continue to provide a neutral space for Client to process.

**Planned Intervention:**

Return Appointment:

Staff Signature: *Sarah Dellinger*

Owner Sarah Dellinger, MS, LMFTA Therapist

I approve this document

Signed: 09/20/2023 03:28 PM CT

**EQUIP COUNSELING, PLLC**
**PROGRESS NOTES**

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 09/20/2023 03:20 PM | | |
| Service Date: | 08/28/2023 10:00 AM - 11:00 AM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: ████████) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #    RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | WNL | Mood: | WNL |
| Thought Process: | WNL | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.12) Post Traumatic Stress Disorder - Chronic

**Focus of Session:**
Client presents to session in tears. She reports that she is struggling to focus after difficult conversation with lawyer. Client processes feelings related to being pressured by others. Client is curious about influence and duress. Client reports marital distress. No danger assessed.

**Therapeutic Intervention:**
Will continue to provide a neutral space for Client to process.

**Planned Intervention:**


Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 09/20/2023 03:24 PM CT

**EQUIP COUNSELING, PLLC**
**PROGRESS NOTES**

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 09/19/2023 04:56 PM | | |
| Service Date: | 09/18/2023 10:00 AM - 11:00 AM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI:████████) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #   RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | WNL | Mood: | WNL |
| Thought Process: | WNL | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.12) Post Traumatic Stress Disorder - Chronic

**Focus of Session:**
Client presents to session mostly within normal limits. She reports that she is 'doing much better' than a few hours earlier. Client processes stressors related to the ongoing court case, her desire not to settle and her impact of stress on her coping. Client also reflects on social distress amongst she and other parents. Client is upset at the time of session ending, I will checkin. No SI/HI at this time.

**Therapeutic Intervention:**
Will continue to provide a neutral space for Client to process.

**Planned Intervention:**

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 09/19/2023 04:58 PM CT

**EQUIP COUNSELING, PLLC**
**PROGRESS NOTES**

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 09/27/2023 03:51 PM | | |
| Service Date: | 09/21/2023 10:00 AM - 11:00 AM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: ▓▓▓▓▓) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #    RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | WNL | Mood: | WNL |
| Thought Process: | WNL | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.12) Post Traumatic Stress Disorder - Chronic

**Focus of Session:**
Client presents to session mostly within normal limits. She reports on social distress amongst other mothers and this impact on her functioning. She is engaged and alert. No SI/HI at this time.

**Therapeutic Intervention:**
Will continue to provide a neutral space for Client to process.

**Planned Intervention:**


Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 09/27/2023 03:52 PM CT

**EQUIP COUNSELING, PLLC**
**PROGRESS NOTES**

Client:   Ronda McNae (RM00093)                                    Birth Date:    04/04/1986
Creation Date:    01/19/2024 01:07 PM
Service Date:      09/25/2023 12:00 PM - 01:00 PM                   Duration:       60 minutes
Provider(s):    Owner Sarah Dellinger, MS, LMFTA (NPI ███████████)
Insurer(s):

Place Of Service:    Office                          CPT Code:              Case #     RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | WNL | Mood: | WNL |
| Thought Process: | WNL | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.12) Post Traumatic Stress Disorder - Chronic

**Focus of Session:**
Client and son present to session mostly within normal limits. She reports that she brought son to check-in. Both are engaged and thoughtful. Son displays significant attachment to Mom and gets emotional when Client is talking about case. No SI/HI at this time.

**Therapeutic Intervention:**
Will continue to provide a neutral space for Client to process.

**Planned Intervention:**


Return Appointment:


Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 01/19/2024 01:09 PM CT

**EQUIP COUNSELING, PLLC**
**PROGRESS NOTES**

---

Client:  Ronda McNae (RM00093)                          Birth Date:    04/04/1986

Creation Date:    01/19/2024 01:17 PM

Service Date:    10/16/2023 10:00 AM - 11:00 AM          Duration:      60 minutes

Provider(s):    Owner Sarah Dellinger, MS, LMFTA (NPI: ▓▓▓▓▓▓▓▓▓)

Insurer(s):

Place Of Service:    Office                    CPT Code:            Case #     RMC2000

---

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | WNL | Mood: | WNL |
| Thought Process: | WNL | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.12) Post Traumatic Stress Disorder - Chronic

**Focus of Session:**

Client presents to session mostly within normal limits. She reports increased hypervigilance, specifically related to personal safety. She reflects on episode where she felt the need to 'get away... wanted to have space to gain clarity' (Client words). Client reports that she sent her lawyer all her non-negotiables and feels she has more than enough to push forward with trial. Client continues to feel confident in her decision. No SI/HI at this time.

**Therapeutic Intervention:**

Will continue to provide a neutral space for Client to process.

**Planned Intervention:**

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 01/19/2024 01:22 PM CT

**EQUIP COUNSELING, PLLC**
**PROGRESS NOTES**

Client:   Ronda McNae (RM00093)                                    Birth Date:    04/04/1986

Creation Date:    01/19/2024 01:14 PM

Service Date:    10/18/2023 01:00 PM - 02:00 PM                    Duration:    60 minutes

Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: ███████████)

Insurer(s):

Place Of Service:    Office                         CPT Code:                 Case #    RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | emotional | Mood: | anxious: moderate |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | impaired | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.12) Post Traumatic Stress Disorder - Chronic

**Focus of Session:**
Client presents to session mostly within normal limits for emergency session requested on anniversary of Florida incident. She reports increased PTSD sx (gagging, intrusive thoughts, hypervigilance, avoidance). She processes distress related to feeling like her lawyer does not understand her desires. We discuss grounding and self care. No SI/HI at this time.

**Therapeutic Intervention:**
Will continue to provide a neutral space for Client to process.

**Planned Intervention:**


Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 01/19/2024 01:17 PM CT

**EQUIP COUNSELING, PLLC**
**PROGRESS NOTES**

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 01/19/2024 01:09 PM | | |
| Service Date: | 10/23/2023 10:00 AM - 11:00 AM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: ▓▓▓▓▓▓▓) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #   RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | emotional | Mood: | WNL |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.12) Post Traumatic Stress Disorder - Chronic

**Focus of Session:**
Client presents to session mostly within normal limits. She reports that the past week has been really hard. She reports considerable distress related to intrusive thoughts related to the Florida incident. She displays moderate distress in session while processing. She reports feeling like there is a double standard in how her actions and words are interpreted. She continues to use bibliotherapy to find sx relief. SI/HI at this time.

**Therapeutic Intervention:**
Will continue to provide a neutral space for Client to process.

**Planned Intervention:**


Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 01/19/2024 01:14 PM CT

**EQUIP COUNSELING, PLLC**
**PROGRESS NOTES**

Client:  Ronda McNae (RM00093)                                    Birth Date:    04/04/1986

Creation Date:    01/19/2024 01:04 PM

Service Date:    10/30/2023 03:00 PM - 04:00 PM                    Duration:      60 minutes

Provider(s):    Owner Sarah Dellinger, MS, LMFTA (NPI: ████████)

Insurer(s):

Place Of Service:    Office                          CPT Code:                    Case #      RMC2000

| | | | | |
|---|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL | |
| Behavior: | WNL | Speech: | WNL | |
| Affect: | WNL | Mood: | WNL | |
| Thought Process: | WNL | Thought Content: | WNL | |
| Perception: | WNL | Judgment: | WNL | |
| Insight: | WNL | Appetite: | WNL | |
| Sleep: | WNL | | | |
| Suicidality | Not Present | Homicidality | Not Present | |

**Diagnostic Impressions:**

309.81 (F43.12) Post Traumatic Stress Disorder - Chronic

**Focus of Session:**

Client and daughter present to session mostly within normal limits. Client reports that she brought daughter to check-in. Both are engaged and thoughtful. Client processes feeling like a decision has already been made for her in regard to the case. We discuss impact of case on daughter. No SI/HI at this time.

**Therapeutic Intervention:**

Will continue to provide a neutral space for Client to process.

**Planned Intervention:**


Return Appointment:

Staff Signature: *Sarah Dellinger*

Owner Sarah Dellinger, MS, LMFTA Therapist

I approve this document

Signed: 01/19/2024 01:07 PM CT

EQUIP COUNSELING, PLLC
**PROGRESS NOTES**

Client:   Ronda McNae (RM00093)                                    Birth Date:    04/04/1986

Creation Date:   01/19/2024 01:00 PM

Service Date:   11/02/2023 02:00 PM - 03:00 PM                     Duration:      60 minutes

Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI:~~1245753644~~)

Insurer(s):

Place Of Service:   Office                      CPT Code:              Case #    RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | WNL | Mood: | WNL |
| Thought Process: | goal directed | Thought Content: | concrete thinking |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.12) Post Traumatic Stress Disorder - Chronic

**Focus of Session:**
Client presents to session mostly within normal limits. She is able to process most pertinent issues. She reports feeling pressured to come to a settlement. She processes continued desire to invalidate the agreement. and further impact of case. SI/HI at this time.

**Therapeutic Intervention:**
Will continue to provide a neutral space for Client to process.

**Planned Intervention:**


Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 01/19/2024 01:03 PM CT



**EQUIP COUNSELING, PLLC**
**PROGRESS NOTES**

Client:   Ronda McNae (RM00093)                                      Birth Date:    04/04/1986
Creation Date:    01/19/2024 12:52 PM
Service Date:      11/16/2023 01:00 PM - 02:00 PM                    Duration:      60 minutes
Provider(s):      Owner Sarah Dellinger, MS, LMFTA (NPI: 1245753649)
Insurer(s):
Place Of Service:     Office                          CPT Code:              Case #     RMC2000

---

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | WNL | Mood: | WNL |
| Thought Process: | goal directed | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.12) Post Traumatic Stress Disorder - Chronic

**Focus of Session:**
Client presents to session mostly within normal limits. She is eager to go over 'amended complaint.' She reads part of it to me and is pleased lawyer included 'duress.' She continues to report that she believes she did not have decision making during the Florida incident. She also reports upsetting social discord with daughter and daughter's teammates. We discuss what is covered under mandated reporting. I take down information; after review this is hearsay and does not fall under mandated reporting. No SI/HI at this time.

**Therapeutic Intervention:**
Will continue to provide a neutral space for Client to process.

**Planned Intervention:**


Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 01/19/2024 12:57 PM CT

**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

Client:   Ronda McNae (RM00093)                                    Birth Date:   04/04/1986

Creation Date:   01/19/2024 12:57 PM

Service Date:   11/06/2023 10:00 AM - 11:00 AM              Duration:   60 minutes

Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: ▓▓▓▓▓▓▓▓▓)

Insurer(s):

Place Of Service:   Office                          CPT Code:          Case #    RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | WNL | Mood: | WNL |
| Thought Process: | goal directed | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.12) Post Traumatic Stress Disorder - Chronic

**Focus of Session:**

Client presents to session mostly within normal limits. She is able to process most pertinent issues. She reflects on her misunderstanding b/n an NDA and a Confidential Settlement Agreement. She processes desire to change contract law. She continues to process her next best steps. No SI/HI at this time.

**Therapeutic Intervention:**

Will continue to provide a neutral space for Client to process.

**Planned Intervention:**


Return Appointment:

Staff Signature: *Sarah Dellinger*

Owner Sarah Dellinger, MS, LMFTA Therapist

I approve this document

Signed: 01/19/2024 01:00 PM CT



# EQUIP COUNSELING PLLC
## PROGRESS NOTES

| | | |
|---|---|---|
| Client:   Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date:   01/19/2024 12:44 PM | | |
| Service Date:   12/04/2023 10:00 AM - 11:00 AM | Duration: | 60 minutes |
| Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: ███████) | | |
| Insurer(s): | | |
| Place Of Service:   Office | CPT Code: | Case #   RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | emotional | Mood: | WNL |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.12) Post Traumatic Stress Disorder - Chronic

**Focus of Session:**
Client presents to session mostly within normal limits. She reports increased 'zoning out, difficulty finding words, gagging, and dissociation' (Client words). Client reports that she actually threw up which is not typical of her gagging episodes. She reports that she recognized the uptick in sx after finding out about the change in legal coverage. She reports that she felt pressured to come to some form of a settlement. She is able to process this pressure and new options moving forward. She reports that she plans to appeal legal insurance's most recent decision. No SI/HI at this time.

**Therapeutic Intervention:**
Will continue to provide a neutral space for Client to process.

**Planned Intervention:**


Return Appointment:


Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 01/19/2024 12:52 PM CT

**EQUIP COUNSELING, PLLC**
**PROGRESS NOTES**

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 01/19/2024 12:35 PM | | |
| Service Date: | 12/11/2023 10:00 AM - 11:00 AM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: ▓2457531649▓) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # | RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | pressured |
| Affect: | expansive | Mood: | WNL |
| Thought Process: | goal directed | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.12) Post Traumatic Stress Disorder - Chronic

**Focus of Session:**
Client presents to session mostly within normal limits. She is able to process most pertinent issues related to change of legal coverage. She reports that this news continues to cause significant distress. She reports that spending time with daughter and her basketball team has been helping distract her. She is engaged and alert. No SI/HI at this time.

**Therapeutic Intervention:**
Will continue to provide a neutral space for Client to process.

**Planned Intervention:**


Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 01/19/2024 12:44 PM CT

**EQUIP COUNSELING, PLLC**
**PROGRESS NOTES**

Client:   Ronda McNae (RM00093)                                    Birth Date:   04/04/1986
Creation Date:   01/19/2024 12:33 PM
Service Date:   01/08/2024 10:00 AM - 11:00 AM                      Duration:   60 minutes
Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI:
Insurer(s):
Place Of Service:   Office                          CPT Code:              Case #   RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | expansive | Mood: | WNL |
| Thought Process: | WNL | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.12) Post Traumatic Stress Disorder - Chronic

**Focus of Session:**
Client presents to session mostly within normal limits. She begins to gag in session while she processes emotions related to intervening new potential lawyers. She reports that she may move forward representing herself. She is engaged and alert. No SI/HI at this time.

**Therapeutic Intervention:**
Will continue to provide a neutral space for Client to process.

**Planned Intervention:**

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 01/19/2024 12:35 PM CT

**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Creation Date: | 01/19/2024 12:29 PM | | |
| Service Date: | 01/15/2024 11:00 AM - 12:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFTA (NPI: ▮▮▮▮▮ | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #   RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | expansive | Mood: | WNL |
| Thought Process: | goal directed | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.12) Post Traumatic Stress Disorder - Chronic

**Focus of Session:**

Client presents to session mostly within normal limits. She is able to process most pertinent issues related to representing herself and emotions/impact of this. She expresses continued frustration with legal insurance change of coverage. She is engaged and alert. No SI/HI at this time.

**Therapeutic Intervention:**

Will continue to provide a neutral space for Client to process.

**Planned Intervention:**

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 01/19/2024 12:33 PM CT

**EQUIP COUNSELING, PLLC**
**PROGRESS NOTES**

Client:  Ronda McNae (RM00093)                                  Birth Date:    04/04/1986
Creation Date:    01/25/2024 12:38 PM
Service Date:    01/22/2024 11:00 AM - 12:00 PM              Duration:      60 minutes
Provider(s):    Owner Sarah Dellinger, MS, LMFTA (NPI: ▓▓▓▓
Insurer(s):
Place Of Service:    Office                    CPT Code:              Case #    RMC2000

| | | | | |
|---|---|---|---|---|
| Appearance: | WNL | | Orientation: | WNL |
| Behavior: | WNL | | Speech: | WNL |
| Affect: | WNL | | Mood: | WNL |
| Thought Process: | goal directed | | Thought Content: | WNL |
| Perception: | WNL | | Judgment: | WNL |
| Insight: | WNL | | Appetite: | WNL |
| Sleep: | WNL | | | |
| Suicidality | Not Present | | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.12) Post Traumatic Stress Disorder - Chronic

**Focus of Session:**
Client presents to session mostly within normal limits. She is engaged and alert. She is able to process most pertinent issues related to representing herself. She reports feeling like she is being treated unfairly because she is not a lawyer. She reports feeling pressured to talk to opposing counsel on the phone. She reports feeling intense pressure to always be working on the case. She reports that she is now sleeping better since starting new medication. No SI/HI at this time.

**Therapeutic Intervention:**
Will continue to provide a neutral space for Client to process.

**Planned Intervention:**


Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFTA Therapist
I approve this document
Signed: 01/25/2024 12:44 PM CT

**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

Client:  Ronda McNae (RM00093)                                    Birth Date:   04/04/1986

Creation Date:   01/31/2024 03:28 PM

Service Date:   01/31/2024 10:00 AM - 11:00 AM               Duration:   60 minutes

Provider(s):   Owner Sarah Dellinger, MS, LMFTA (NPI: ███████

Insurer(s):

Place Of Service:   Office                          CPT Code:          Case #    RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | emotional | Mood: | WNL |
| Thought Process: | goal directed | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.12) Post Traumatic Stress Disorder - Chronic

**Focus of Session:**

Client presents to session mostly within normal limits. She is engaged and alert. She starts crying when talking about impact of case on kids and spouse. She reports that spouse appears to be very 'burnt out' (Client words). Client reflects on son's crying and daughter's health issues. No SI/HI at this time.

**Therapeutic Intervention:**

Will continue to provide a neutral space for Client to process.

**Planned Intervention:**

Return Appointment:

Staff Signature: *Sarah Dellinger*

Owner Sarah Dellinger, MS, LMFTA Therapist

I approve this document

Signed: 01/31/2024 03:34 PM CT

**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

Client:   Ronda McNae (RM00093)                                    Birth Date:    04/04/1986

Creation Date:    02/05/2024 03:35 PM

Service Date:    02/05/2024 10:00 AM - 11:00 AM                    Duration:      60 minutes

Provider(s):    Owner Sarah Dellinger, MS, LMFTA (NPI: ███████

Insurer(s):

Place Of Service:    Office                          CPT Code:                Case #    RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | WNL | Mood: | WNL |
| Thought Process: | goal directed | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.12) Post Traumatic Stress Disorder - Chronic

**Focus of Session:**

Client presents to session mostly within normal limits. She is engaged and alert. She reflects on continued frustration with representing herself. She reports concern around any contract that puts limits on what her children can say. Client starts gagging while talking about her daughter. No SI/HI at this time.

**Therapeutic Intervention:**

Will continue to provide a neutral space for Client to process.

**Planned Intervention:**

Return Appointment:

Staff Signature: *Sarah Dellinger*

Owner Sarah Dellinger, MS, LMFTA Therapist

I approve this document

Signed: 02/05/2024 03:37 PM CT

**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

Client:   Ronda McNae (RM00093)                          Birth Date:   04/04/1986

Service Date:     02/09/2024 01:00 PM - 02:00 PM         Duration:     60 minutes

Provider(s):   Owner Sarah Dellinger, MS, LMFT (NPI: ███████████)

Insurer(s):

Place Of Service:   Office                    CPT Code:              Case #     RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | WNL | Mood: | WNL |
| Thought Process: | disorganized | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.12) Post Traumatic Stress Disorder - Chronic

**Focus of Session:**
Client presents to emergency session. She reports dysregulating conversation with bio Mom. She reports that Mom reached out and apologized for everything that happened to her as a child. Client reports that this was very surprising. Client reports concern for niece and nephew in her care. No SI/HI at this time.

**Therapeutic Intervention:**
Will continue to provide a neutral space for Client to process.

**Planned Intervention:**

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFT Therapist
I approve this document
Signed: 03/18/2024 01:49 PM CT

# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Service Date: | 02/12/2024 10:00 AM - 11:00 AM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFT (NPI: ▓▓▓▓▓▓▓▓▓) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #    RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | WNL | Mood: | WNL |
| Thought Process: | goal directed | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | impaired | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.12) Post Traumatic Stress Disorder - Chronic

**Focus of Session:**
Client presents to session mostly within normal limits. She is engaged but extra tired she reports. She reports that she is thinking about moving forward with the process of caring for niece and nephew. She reports concern for their safety at the current time. No SI/HI at this time.

**Therapeutic Intervention:**
Will continue to provide a neutral space for Client to process.

**Planned Intervention:**


Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFT Therapist
I approve this document
Signed: 03/18/2024 01:46 PM CT

**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Service Date: | 02/26/2024 10:00 AM - 11:00 AM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFT (NPI: ~~████████~~ | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #   RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | WNL | Mood: | WNL |
| Thought Process: | goal directed | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.12) Post Traumatic Stress Disorder - Chronic

**Focus of Session:**
Client presents to session mostly within normal limits. She is engaged and alert but has very little voice. She reports that this is related to the stress she feels. She processes decision to file a motion to sanction opposing counsel. She also processes distress re: situation with her niece and nephew. She gets overwhelmed in session while processing this. She reports that she feels out of control when this happens heart races, body gets numb, hot flashes, cannot focus. No SI/HI at this time.

**Therapeutic Intervention:**
Will continue to provide a neutral space for Client to process.

**Planned Intervention:**


Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFT Therapist
I approve this document
Signed: 03/18/2024 01:40 PM CT

**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Service Date: | 03/14/2024 11:00 AM - 12:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFT (NPI: ▮▮▮▮▮▮▮▮▮▮) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #   RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | WNL | Mood: | WNL |
| Thought Process: | goal directed | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.12) Post Traumatic Stress Disorder - Chronic

**Focus of Session:**

Client presents to session mostly within normal limits. She is engaged and alert. She reflects trip to Spokane; she reflects on getting dysregulated while there. She processes home inspection. No SI/HI at this time.

**Therapeutic Intervention:**

Will continue to provide a neutral space for Client to process.

**Planned Intervention:**


Return Appointment:

Staff Signature: *Sarah Dellinger*

Owner Sarah Dellinger, MS, LMFT Therapist
I approve this document
Signed: 03/18/2024 01:35 PM CT

**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

| | | | |
|---|---|---|---|
| Client:   Ronda McNae (RM00093) | | Birth Date: | 04/04/1986 |
| Service Date:      03/07/2024 02:00 PM - 03:00 PM | | Duration: | 60 minutes |
| Provider(s):    Owner Sarah Dellinger, MS, LMFT (NPI: ~~████████~~ | | | |
| Insurer(s): | | | |
| Place Of Service:    Office | CPT Code: | Case # | RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | WNL | Mood: | WNL |
| Thought Process: | goal directed | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.12) Post Traumatic Stress Disorder - Chronic

**Focus of Session:**
Client presents to session mostly within normal limits. She is engaged and alert as she processes hearing for niece and nephew. She unpacks feelings related to when she filed a CHIN petition in HS. Client report concern re: partner's desire to sign a settlement that could prevent children from speaking their truth. No SI/HI at this time.

**Therapeutic Intervention:**
Will continue to provide a neutral space for Client to process.

**Planned Intervention:**


Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFT Therapist
I approve this document
Signed: 03/18/2024 01:37 PM CT

**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

Client:  Ronda McNae (RM00093)                              Birth Date:    04/04/1986
Service Date:      03/25/2024 10:00 AM - 11:00 AM            Duration:      60 minutes
Provider(s):    Owner Sarah Dellinger, MS, LMFT (NPI: ████████)
Insurer(s):
Place Of Service:    Office                    CPT Code:          Case #     RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | stable | Mood: | WNL |
| Thought Process: | goal directed | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.12) Post Traumatic Stress Disorder - Chronic

**Focus of Session:**
Client presents to session mostly within normal limits. She is engaged and alert. She is eager to process most pertinent issues specifically related to FOO. She reports getting dysregulated during driving but reports she was able to reground self using coping strategies. She unpacks relationship with Sister and Mom. She reports that she finished the Kinship training with the State and that it was a good fresher. No SI/HI at this time.

**Therapeutic Intervention:**
Will continue to provide a neutral space for Client to process.

**Planned Intervention:**


Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFT Therapist
I approve this document
Signed: 04/09/2024 12:24 PM CT

**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

Client:  Ronda McNae (RM00093)                                      Birth Date:    04/04/1986
Service Date:     04/10/2024 10:00 AM - 11:00 AM          Duration:      60 minutes
Provider(s):    Owner Sarah Dellinger, MS, LMFT (NPI: ▓▓▓▓▓▓▓▓▓)
Insurer(s):
Place Of Service:    Office                              CPT Code:                   Case #     RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | stable | Mood: | WNL |
| Thought Process: | goal directed | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.12) Post Traumatic Stress Disorder - Chronic

**Focus of Session:**
Client presents to session mostly within normal limits. She is engaged and alert. She is eager to process most pertinent issues. Client is thoughtful and introspective. She reflects on current coping strategies. No SI/HI at this time.

**Therapeutic Intervention:**
Will continue to provide a neutral space for Client to process.

**Planned Intervention:**

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFT Therapist
I approve this document
Signed: 04/11/2024 12:58 PM CT

**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

Client:   Ronda McNae (RM00093)                          Birth Date:   04/04/1986

Service Date:      04/23/2024 10:00 AM - 11:00 AM        Duration:      60 minutes

Provider(s):      Owner Sarah Dellinger, MS, LMFT (NPI: ~~1245733640~~)

Insurer(s):

Place Of Service:      Office                             CPT Code:               Case #      RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | stable | Mood: | WNL |
| Thought Process: | WNL | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.12) Post Traumatic Stress Disorder - Chronic

**Focus of Session:**

Client presents to session mostly within normal limits. She is engaged and alert as she processes feelings related to her neighbor. She gags in session and reports that she gagged over the weekend. She is able tor regulate self in session. No SI/HI at this time.

**Therapeutic Intervention:**

Will continue to provide a neutral space for Client to process.

**Planned Intervention:**

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFT Therapist
I approve this document
Signed: 05/01/2024 12:33 PM CT

# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

Client:  Ronda McNae (RM00093)                    Birth Date:    04/04/1986
Service Date:     04/29/2024 10:00 AM - 11:00 AM       Duration:      60 minutes
Provider(s):    Owner Sarah Dellinger, MS, LMFT (NPI: ~~745755648~~
Insurer(s):
Place Of Service:    Office                          CPT Code:             Case #     RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | expansive | Mood: | anxious: mild |
| Thought Process: | goal directed | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.12) Post Traumatic Stress Disorder - Chronic

**Focus of Session:**
Client presents to session mostly within normal limits. She processes feelings related to Sexual Assault Awareness Month and reports that she has been gagging more this month. She reports that she has had to reschedule her dentist appnt many times bc she is worried about gagging there. She reports that she has been talking to a lawyer in CA and is hoping to open a case there soon. No SI/HI at this time.

**Therapeutic Intervention:**
Will continue to provide a neutral space for Client to process.

**Planned Intervention:**


Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFT Therapist
I approve this document
Signed: 05/01/2024 12:36 PM CT

## EQUIP COUNSELING, PLLC

### PROGRESS NOTES

Client:  Ronda McNae (RM00093)                          Birth Date:    04/04/1986
Service Date:      04/30/2024 02:00 PM - 03:00 PM        Duration:     60 minutes
Provider(s):    Owner Sarah Dellinger, MS, LMFT (NPI
Insurer(s):
Place Of Service:    Office                      CPT Code:        Case #    RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | up and down | Mood: | anxious: mild |
| Thought Process: | goal directed | Thought Content: | WNL |
| Perception: | narrow | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.12) Post Traumatic Stress Disorder - Chronic

**Focus of Session:**
Client requests emergency session. She reports within normal limits. She is eager to process conflict with partner. No danger assessed.

**Therapeutic Intervention:**
Will continue to provide a neutral space for Client to process.

**Planned Intervention:**

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFT Therapist
I approve this document
Signed: 05/01/2024 12:38 PM CT

## EQUIP COUNSELING, PLLC

### PROGRESS NOTES

Client:   Ronda McNae (RM00093)                           Birth Date:   04/04/1986
Service Date:     05/06/2024 10:00 AM - 11:00 AM          Duration:     60 minutes
Provider(s):   Owner Sarah Dellinger, MS, LMFT (NPI: ▮▮▮▮▮▮▮▮▮▮)
Insurer(s):
Place Of Service:     Office               CPT Code:            Case #    RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | WNL | Mood: | WNL |
| Thought Process: | WNL | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

**Diagnosis code**                          **Diagnosis description**

309.81 (F43.12) Post Traumatic Stress Disorder - Chronic

**Focus of Session:**
Client reports to in person session all within normal limits. She is in good spirits processes feelings related to her partner, her kids and her own mental health. She explores issues related to parenting and her relationship with her bio mom and sister. Client reports concern around husband's health and attended a doctor's appnt with him. No danger assessed.

**Therapeutic Intervention:**

**Planned Intervention:**

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFT Therapist
I approve this document
Signed: 09/05/2024 02:24 PM CT

# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

Client:   Ronda McNae (RM00093)                          Birth Date:   04/04/1986
Service Date:     05/13/2024 10:05 AM - 11:05 AM          Duration:     60 minutes
Provider(s):     Owner Sarah Dellinger, MS, LMFT (NPI: ▇▇▇▇▇▇▇▇)
Insurer(s):
Place Of Service:     Office                    CPT Code:          Case #     RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | up and down | Mood: | WNL |
| Thought Process: | goal directed | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.12) Post Traumatic Stress Disorder - Chronic

**Focus of Session:**
Client reports to in person session all within normal limits. She reports feeling dysregulated several times last week during hearing for niece and nephew. She reports feeling increased worry for the children. She reflects on decision to openly share details of Florida case with her children. No danger assessed.

**Therapeutic Intervention:**
Will continue to provide a neutral space for Client to process.

**Planned Intervention:**


Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFT Therapist
I approve this document
Signed: 05/14/2024 03:38 PM CT

**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

Client:  Ronda McNae (RM00093)                                    Birth Date:     04/04/1986

Service Date:      05/20/2024 10:00 AM - 11:00 AM                Duration:       60 minutes

Provider(s):    Owner Sarah Dellinger, MS, LMFT (NPI: ▓▓▓▓▓▓▓▓▓▓)

Insurer(s):

Place Of Service:     Office                      CPT Code:               Case #      RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | appropriate to situation | Mood: | WNL |
| Thought Process: | goal directed | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

309.81 (F43.12) Post Traumatic Stress Disorder - Chronic

**Focus of Session:**

Client reports to in person session all within normal limits. She is eager to process feelings related to hiring lawyers for case in CA. She processes current stressors in her marriage as well as incident with daughter and her friends. She begins to gag near end of session as she recalls distress. No danger assessed.

**Therapeutic Intervention:**

Will continue to provide a neutral space for Client to process.

**Planned Intervention:**

Return Appointment:

Staff Signature: *Sarah Dellinger*

Owner Sarah Dellinger, MS, LMFT Therapist

I approve this document

Signed: 05/20/2024 01:59 PM CT

## EQUIP COUNSELING, PLLC

### PROGRESS NOTES

Client:   Ronda McNae (RM00093)                          Birth Date:   04/04/1986
Service Date:     05/30/2024 10:00 AM - 11:00 AM         Duration:     60 minutes
Provider(s):   Owner Sarah Dellinger, MS, LMFT (NPI: ~~1245753040~~)
Insurer(s):
Place Of Service:     Office                  CPT Code:          Case #     RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | appropriate to situation | Mood: | WNL |
| Thought Process: | WNL | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

**Diagnosis code**                           **Diagnosis description**

309.81 (F43.12) Post Traumatic Stress Disorder - Chronic

**Focus of Session:**

Client reports to in person session all within normal limits. She is eager to process feelings related to most current self help book she is reading. She processes connecting with another woman involved in a legal battle and explores how validating this has been. No danger assessed.

**Therapeutic Intervention:**

Will continue to provide a neutral space for Client to process.

**Planned Intervention:**


Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFT Therapist
I approve this document
Signed: 07/12/2024 03:25 PM CT

**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Service Date: | 06/03/2024 10:00 AM - 11:00 AM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFT (NPI: ▓▓▓▓▓▓▓▓▓) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #   RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | appropriate to situation | Mood: | WNL |
| Thought Process: | WNL | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

**Diagnosis code**                   **Diagnosis description**

309.81 (F43.12) Post Traumatic Stress Disorder - Chronic

**Focus of Session:**
Client reports to in person session all within normal limits. She is eager to processes most recent events/feelings. She reports that she has been doing a lot of research around case law and wants to make sure others are held accountable. She reports that she has enjoyed talking to this other woman and is worried about collusion and so is very wary about any information shared. Client explores self-blame. No danger assessed.

**Therapeutic Intervention:**
Will continue to provide a neutral space for Client to process.

**Planned Intervention:**


Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFT Therapist
I approve this document
Signed: 07/12/2024 03:28 PM CT

**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Service Date: | 06/07/2024 02:00 PM - 03:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFT (NPI: ~~1245753649~~ | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # | RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | appropriate to situation | Mood: | WNL |
| Thought Process: | goal directed | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

**Diagnosis code**                **Diagnosis description**

309.81 (F43.12) Post Traumatic Stress Disorder - Chronic

**Focus of Session:**
Client reports to last min in person session. She is eager to talk about how to set boundaries with FOO as it relates to her niece and nephew. We also discuss nervous system regulation. No danger assessed.

**Therapeutic Intervention:**
Will continue to provide a neutral space for Client to process.

**Planned Intervention:**


Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFT Therapist
I approve this document
Signed: 07/12/2024 03:30 PM CT

# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Service Date: | 06/24/2024 10:00 AM - 11:00 AM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFT (NPI: ████████) | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case #   RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | appropriate to situation | Mood: | WNL |
| Thought Process: | goal directed | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

**Diagnosis code**                              **Diagnosis description**

309.81 (F43.12) Post Traumatic Stress Disorder - Chronic

**Focus of Session:**

Client reports to in person session all within normal limits. She reports on life since receiving niece and nephew. She reports that niece has reported some concerning things. We discuss me calling CPS and the information I need to do so. She reports that she will get me this information but that she plans to also call the Iowa police. She reports that the concerns have also been communicated to the kids lawyer and social worker who have contacted the state. She continues to report a desire to provide a safe home for the children. No danger assessed.

**Therapeutic Intervention:**

**Planned Intervention:**

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFT Therapist
I approve this document
Signed: 09/05/2024 01:08 PM CT

# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

Client:  Ronda McNae (RM00093)                          Birth Date:    04/04/1986
Service Date:     07/08/2024 10:00 AM - 11:00 AM         Duration:      60 minutes
Provider(s):    Owner Sarah Dellinger, MS, LMFT (NPI: ███████████
Insurer(s):

Place Of Service:    Office                              CPT Code:              Case #    RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | appropriate to situation | Mood: | WNL |
| Thought Process: | WNL | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

**Diagnosis code**                          **Diagnosis description**

309.81 (F43.12) Post Traumatic Stress Disorder - Chronic

**Focus of Session:**
Client reports to in person session all within normal limits. She reports on most pertinent issues. She reports that there is an investigation being done into the kid's daycare in Iowa. She processes the adjustment of kids into her family and boundaries with FOO. She reports being overwhelmed with 'trial stuff' at the moment- specifically related to Bad Faith case. She reports feeling very supported and validated by attorneys. No danger assessed at this time.

**Therapeutic Intervention:**

**Planned Intervention:**

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFT Therapist
I approve this document
Signed: 09/05/2024 01:10 PM CT

**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

Client:   Ronda McNae (RM00093)                                      Birth Date:    04/04/1986
Service Date:      07/22/2024 10:00 AM - 11:00 AM                     Duration:      60 minutes
Provider(s):     Owner Sarah Dellinger, MS, LMFT (NPI: ~~█245755649~~
Insurer(s):
Place Of Service:      Office                          CPT Code:              Case #     RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | appropriate to situation | Mood: | WNL |
| Thought Process: | WNL | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

**Diagnosis code**                                   **Diagnosis description**

309.81 (F43.12) Post Traumatic Stress Disorder - Chronic

**Focus of Session:**
Client and niece report to session all within normal limits. Client reports that niece asked to come to 'see what it's like.'
Client and niece play with toys and discuss adjustment to her home. No danger assessed at this time.

**Therapeutic Intervention:**

**Planned Intervention:**

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFT Therapist
I approve this document
Signed: 07/22/2024 03:37 PM CT

# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

| | | |
|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: 04/04/1986 |
| Service Date: | 08/05/2024 11:00 AM - 12:00 PM | Duration: 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFT (NPI: ~~redacted~~) | |
| Insurer(s): | | |
| Place Of Service: | Office | CPT Code: Case # RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | appropriate to situation | Mood: | WNL |
| Thought Process: | WNL | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

**Diagnosis code**          **Diagnosis description**

309.81 (F43.12) Post Traumatic Stress Disorder - Chronic

**Focus of Session:**

Client and niece report to session all within normal limits. Client reports on continued adjustment of niece/nephew into her home. She processes impact on her older children/husband. No danger assessed at this time.

**Therapeutic Intervention:**

**Planned Intervention:**

Return Appointment:

Staff Signature: *Sarah Dellinger*

Owner Sarah Dellinger, MS, LMFT Therapist

I approve this document

Signed: 08/05/2024 02:24 PM CT

## EQUIP COUNSELING, PLLC

### PROGRESS NOTES

Client:  Ronda McNae (RM00093)                          Birth Date:   04/04/1986

Service Date:     08/14/2024 10:00 AM - 11:00 AM         Duration:     60 minutes

Provider(s):     Owner Sarah Dellinger, MS, LMFT (NPI: ▓▓▓▓▓▓▓▓▓)

Insurer(s):

Place Of Service:     Office                 CPT Code:               Case #     RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | expansive | Mood: | WNL |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

**Diagnosis code**                              **Diagnosis description**

309.81 (F43.12) Post Traumatic Stress Disorder - Chronic

**Focus of Session:**

Client reports to in person session all within normal limits. She is in good spirits but gets emotional processing her frustration with lawyer in Florida. She reports struggling to communicate effectively with him and is unsure if he understands her. She displays distress when exploring this and is curious about potential outcomes of that case. No danger assessed.

**Therapeutic Intervention:**

**Planned Intervention:**

Return Appointment:

Staff Signature: *Sarah Dellinger*

Owner Sarah Dellinger, MS, LMFT Therapist

I approve this document

Signed: 09/05/2024 01:27 PM CT

## EQUIP COUNSELING, PLLC

### PROGRESS NOTES

Client:   Ronda McNae (RM00093)                                  Birth Date:   04/04/1986

Service Date:     08/21/2024 01:00 PM - 02:00 PM                  Duration:     60 minutes

Provider(s):   Owner Sarah Dellinger, MS, LMFT (NPI: ███████████)

Insurer(s):

Place Of Service:   Office                        CPT Code:              Case #    RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | expansive | Mood: | WNL |
| Thought Process: | fragmented | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

**Diagnosis code**                                **Diagnosis description**

309.81 (F43.12) Post Traumatic Stress Disorder - Chronic

**Focus of Session:**

Client reports to in person session all within normal limits. She is in good spirits and shares positively about their family weekend away. She continues to process frustration related to her lawyer in Florida. She also gets curious about her continued nightmares and inability to sleep consistency in her bed since 2019. No danger assessed.

**Therapeutic Intervention:**

**Planned Intervention:**

Return Appointment:

Staff Signature: *Sarah Dellinger*

Owner Sarah Dellinger, MS, LMFT Therapist

I approve this document

Signed: 09/05/2024 01:34 PM CT

## EQUIP COUNSELING, PLLC

### PROGRESS NOTES

Client:  Ronda McNae (RM00093)                         Birth Date:   04/04/1986
Service Date:     08/26/2024 10:00 AM - 11:00 AM       Duration:     60 minutes
Provider(s):    Owner Sarah Dellinger, MS, LMFT (NPI: ▩▩▩▩▩▩▩▩▩▩)
Insurer(s):
Place Of Service:    Office                    CPT Code:         Case #    RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | expansive | Mood: | WNL |
| Thought Process: | WNL | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

**Diagnosis code**                          **Diagnosis description**

309.81 (F43.12) Post Traumatic Stress Disorder - Chronic

**Focus of Session:**

Client reports to in person session all within normal limits. She is in good spirits and shares most pertinent issues related to parenting, mental health and legal issues. She is excited to share that judge in Florida dismissed all counter claims except duress. Client gets emotional when sharing this as she reports that it makes her feel validated. No danger assessed.

**Therapeutic Intervention:**

**Planned Intervention:**

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFT Therapist
I approve this document
Signed: 09/05/2024 01:39 PM CT

# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| **Client:** Ronda McNae (RM00093) | | **Birth Date:** | 04/04/1986 |
| **Service Date:** 07/29/2024 12:00 PM - 01:00 PM | | **Duration:** | 60 minutes |
| **Provider(s):** Owner Sarah Dellinger, MS, LMFT (NPI: ~~245753649~~ | | | |
| **Insurer(s):** | | | |
| **Place Of Service:** Office | **CPT Code:** | **Case #** | RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | WNL | Mood: | WNL |
| Thought Process: | WNL | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

**Diagnosis code**                                    **Diagnosis description**

309.81 (F43.12) Post Traumatic Stress Disorder - Chronic

**Focus of Session:**

Client reports to in person session later than her normally scheduled session. She is in fairly good spirits and has much to process. She is eager to explore the further adjustment of kids and necessary boundaries with their bio mom and dad. She gets emotional when exploring some of these specifics. Client is thoughtful about the impact on children. No danger assessed.

**Therapeutic Intervention:**

**Planned Intervention:**

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFT Therapist
I approve this document
Signed: 09/05/2024 02:35 PM CT

# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

Client:   Ronda McNae (RM00093)

Service Date:      09/05/2024 02:00 PM - 03:00 PM

Provider(s):      Owner Sarah Dellinger, MS, LMFT (NPI: ▓▓▓▓▓▓▓▓)

Insurer(s):

Birth Date:      04/04/1986

Duration:      60 minutes

Place Of Service:      Office

CPT Code:                     Case #      RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | rapid |
| Affect: | emotional | Mood: | anxious: moderate |
| Thought Process: | WNL | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

**Diagnosis code**

**Diagnosis description**

309.81 (F43.12) Post Traumatic Stress Disorder - Chronic

**Focus of Session:**

Client reports to in person session mostly within normal limits. She reports that she has been experiencing increased distressing sx this week: increased overwhelm, increased crying, increased 'blackouts' (client words) when flooded. Client reports that happen when someone is talking about the case. Client also reports that she gags when she looks at the evidence herself. She gags in session at one point recalling the sx. Client reports that she continues to feel misunderstood by her lawyer. Client needs to be regulated during session and is able to do so easily. Client processes continued frustration that she feels she did not understand the specifics of a confidential settlement agreement at the tiem she signed it. No immediate danger assessed.

**Therapeutic Intervention:**

Will continue to provide a neutral place for Client to express her feelings and process her experience. Will continue to demonstrate and utilize grounding techniques with Client for her to use outside of session.

**Planned Intervention:**


Return Appointment:

# EQUIP COUNSELING, PLLC
## PROGRESS NOTES

Client:  Ronda McNae (RM00093)                                          Birth Date:   04/04/1986

Service Date:   09/05/2024 02:00 PM - 03:00 PM                      Duration:     60 minutes

Provider(s):    Owner Sarah Dellinger, MS, LMFT (NPI: ▉▉▉▉▉▉▉▉▉)

Insurer(s):

Place Of Service:    Office                        CPT Code:              Case #     RMC2000

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFT Therapist
I approve this document
Signed: 09/10/2024 04:14 PM CT

## EQUIP COUNSELING, PLLC

### PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client:   Ronda McNae (RM00093) | | Birth Date: | 04/04/1986 |
| Service Date:     09/09/2024 10:00 AM - 11:00 AM | | Duration: | 60 minutes |
| Provider(s):   Owner Sarah Dellinger, MS, LMFT (NPI: ▓▓▓▓▓▓▓▓▓) | | | |
| Insurer(s): | | | |
| Place Of Service:     Office | CPT Code: | Case # | RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | expansive | Mood: | anxious: mild |
| Thought Process: | WNL | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

**Diagnosis code**                    **Diagnosis description**

309.81 (F43.12) Post Traumatic Stress Disorder - Chronic

**Focus of Session:**

Client reports to in person session mostly within normal limits. She is in fairly good spirits but gets emotional as she processes feelings related to FOO. She reflects on decision making around sharing sensitive information with her children. She also reflects on her memories of painful conversations with younger sisters around sexual assault in the childhood home. She processes connections made between the reported conditioning in childhood and event in Florida. She reports several episodes of dysregulation when attempting to work on anything related to her legal case this week. She still reports trouble concentrating, episodic gagging, feeling tense, avoiding certain situations and things that remind her of the case. She also reports on concern around partner's potential return to work at Microsoft. No immediate danger assessed at this time.

**Therapeutic Intervention:**

**Planned Intervention:**

Return Appointment:

# EQUIP COUNSELING, PLLC
## PROGRESS NOTES

Client:  Ronda McNae (RM00093)                    Birth Date:   04/04/1986
Service Date:     09/09/2024 10:00 AM - 11:00 AM  Duration:     60 minutes
Provider(s):    Owner Sarah Dellinger, MS, LMFT (NPI: ~~245753649~~)
Insurer(s):
Place Of Service:    Office                  CPT Code:              Case #    RMC2000

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFT Therapist
I approve this document
Signed: 09/10/2024 04:02 PM CT

# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

Client:   Ronda McNae (RM00093)                                   Birth Date:   04/04/1986

Service Date:      09/16/2024 10:00 AM - 11:00 AM                 Duration:      60 minutes

Provider(s):   Owner Sarah Dellinger, MS, LMFT (NPI: ████████████)

Insurer(s):

Place Of Service:     Office                      CPT Code:            Case #      RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | labile | Mood: | WNL |
| Thought Process: | WNL | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

**Diagnosis code**                              **Diagnosis description**

309.81 (F43.12) Post Traumatic Stress Disorder - Chronic

**Focus of Session:**

Client reports to in person session mostly within normal limits. She reports feeling 'overwhelmed' with various stressors. She is able to articulate significant social distress with other parents, continued worry around her case, and discord with her lawyer. She reports feeling like she is "repeating the pattern.. feels like I am being pressured to make a decision" (Client words). She reports desire to have lawyer replaced as she feels "there is a serious conflict of interest" (Client words). She does report that has a few close friends she can lean on. No immediate danger.

**Therapeutic Intervention:**

Continue to encourage boundaries, balance and coping strategies.

**Planned Intervention:**

Return Appointment:

Staff Signature: *Sarah Dellinger*

Owner Sarah Dellinger, MS, LMFT Therapist

I approve this document

Signed: 12/04/2024 01:33 PM CT

**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

| | | | |
|---|---|---|---|
| Client:   Ronda McNae (RM00093) | | Birth Date: | 04/04/1986 |
| Service Date:    09/19/2024 10:00 AM - 11:00 AM | | Duration: | 60 minutes |
| Provider(s):    Owner Sarah Dellinger, MS, LMFT (NPI: | | | |
| Insurer(s): | | | |
| Place Of Service:    Office | CPT Code: | Case # | RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | fatigued | Speech: | WNL |
| Affect: | depressed | Mood: | WNL |
| Thought Process: | WNL | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

**Diagnosis code**                              **Diagnosis description**

309.81 (F43.12) Post Traumatic Stress Disorder - Chronic

**Focus of Session:**

Client reports to in person session in distress, she is teary upon arrival. She reports that she has been gagging throughout the morning. She reports that the social distress with daughter's school escalated, and she sent letter to school board. She reports that her body starts to tingle in session, her legs go numb and says, "my eyes feel 'split'" (Client words). We re-regulate in session. Client also reports continued discord with current lawyer but reports she was to set boundary around accepting his phone calls. No immediate danger.

**Therapeutic Intervention:**

**Planned Intervention:**

Return Appointment:

Staff Signature: *Sarah Dellinger*

Owner Sarah Dellinger, MS, LMFT Therapist

I approve this document

Signed: 12/04/2024 01:39 PM CT

**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Service Date: | 09/23/2024 11:00 AM - 12:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFT (NPI: ~~1245753649~~ | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | WNL | Mood: | WNL |
| Thought Process: | WNL | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

**Diagnosis code**                    **Diagnosis description**

309.81 (F43.12) Post Traumatic Stress Disorder - Chronic

**Focus of Session:**

Client reports to in person session mostly within normal limits. She reports continued frustration with lawyer- she believes his actions have negatively impacted her case. Despite distress, she is pleased to share the growth she sees in herself through increased ability to self-regulate and decreased dissociative episodes. No immediate danger.

**Therapeutic Intervention:**


**Planned Intervention:**


Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFT Therapist
I approve this document
Signed: 12/04/2024 01:44 PM CT

# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

Client:  Ronda McNae (RM00093)

Service Date:    09/30/2024 10:00 AM - 11:00 AM

Provider(s):   Owner Sarah Dellinger, MS, LMFT (NPI: █████████

Insurer(s):

Birth Date:    04/04/1986

Duration:    60 minutes

Place Of Service:    Office

CPT Code:

Case #    RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | expansive | Mood: | WNL |
| Thought Process: | obsessive | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

**Diagnosis code**

**Diagnosis description**

309.81 (F43.12) Post Traumatic Stress Disorder - Chronic

**Focus of Session:**

Client reports to in person session mostly within normal limits. She is in good spirits. She reports feeling pleased in school district's response to her letter; she continues to experience social distress but feels supported. She continues to report discord with lawyer and get dysregulated in session as she talks about feelings of miscommunication/no feeling heard. Client is able to be regulated. She gags in session as she reads something important related to case. No immediate danger.

**Therapeutic Intervention:**

**Planned Intervention:**

Return Appointment:

Staff Signature: *Sarah Dellinger*

Owner Sarah Dellinger, MS, LMFT Therapist

I approve this document

Signed: 12/05/2024 02:28 PM CT

## EQUIP COUNSELING, PLLC

### PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: | Ronda McNae (RM00093) | Birth Date: | 04/04/1986 |
| Service Date: | 10/07/2024 11:00 AM - 12:00 PM | Duration: | 60 minutes |
| Provider(s): | Owner Sarah Dellinger, MS, LMFT (NPI: ~~1245753649~~ | | |
| Insurer(s): | | | |
| Place Of Service: | Office | CPT Code: | Case # RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | agitated | Speech: | WNL |
| Affect: | expansive | Mood: | anxious: moderate |
| Thought Process: | circumstantial | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

**Diagnosis code**                    **Diagnosis description**

309.81 (F43.12) Post Traumatic Stress Disorder - Chronic

**Focus of Session:**

Client reports to in person session moderately distressed. She reports that lawyer has withdrawn from her case. She gags in session and ends up leaving office to throw up outside. Client reports increased episodic gagging outside of session. Client reports that she ordered a copy of my deposition that she realized had not been ordered- client gets very emotional about this. Client is able to be regulated in session. No immediate danger.

**Therapeutic Intervention:**

**Planned Intervention:**

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFT Therapist
I approve this document
Signed: 12/05/2024 02:32 PM CT

**EQUIP COUNSELING, PLLC**

**PROGRESS NOTES**

Client:   Ronda McNae (RM00093)                          Birth Date:   04/04/1986
Service Date:      10/14/2024 10:00 AM - 11:00 AM        Duration:   60 minutes
Provider(s):      Owner Sarah Dellinger, MS, LMFT (NPI: ~~1245753644~~)
Insurer(s):
Place Of Service:    Office                     CPT Code:          Case #    RMC2000

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | WNL | Mood: | WNL |
| Thought Process: | WNL | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

**Diagnosis code**                          **Diagnosis description**

309.81 (F43.12) Post Traumatic Stress Disorder - Chronic

**Focus of Session:**
Client reports to in person session within normal limits. She reports feeling good about submitting motions on behalf of herself. She processes impact of the time she has spent on her case. She explores feelings related to new discovery, opposing counsel, and parenting. No immediate danger.

**Therapeutic Intervention:**

**Planned Intervention:**

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFT Therapist
I approve this document
Signed: 12/05/2024 02:35 PM CT

# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: Ronda McNae (RM00093) | | Birth Date: | 04/04/1986 |
| Service Date: 10/21/2024 10:00 AM - 11:00 AM | | Duration: | 60 minutes |
| Provider(s): Owner Sarah Dellinger, MS, LMFT (NPI: ~~1245753649~~ | | | |
| Insurer(s): | | | |
| Place Of Service: Office | CPT Code: | Case # | RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | WNL | Mood: | WNL |
| Thought Process: | WNL | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

**Diagnosis code**             **Diagnosis description**

309.81 (F43.12) Post Traumatic Stress Disorder - Chronic

**Focus of Session:**

Client reports to in person session mostly within normal limits. She processes most important issues, specifically related to her case, parenting, coping and self-care. She reports on bibliotherapy and it's continued positive impact. No immediate danger.

**Therapeutic Intervention:**

**Planned Intervention:**

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFT Therapist
I approve this document
Signed: 12/05/2024 02:45 PM CT

# EQUIP COUNSELING, PLLC

## PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client:  Ronda McNae (RM00093) | | Birth Date: | 04/04/1986 |
| Service Date:   10/28/2024 10:00 AM - 11:00 AM | | Duration: | 60 minutes |
| Provider(s):   Owner Sarah Dellinger, MS, LMFT (NPI: ~~2457536491~~ | | | |
| Insurer(s): | | | |

| Place Of Service: | Office | CPT Code: | Case # | RMC2000 |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | WNL | Mood: | WNL |
| Thought Process: | WNL | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

**Diagnosis code**                              **Diagnosis description**

309.81 (F43.12) Post Traumatic Stress Disorder - Chronic

**Focus of Session:**

Client reports to in person session on the phone. She displays moderate distress upon getting off the phone but is able to process the issue with her daughter's school. She is able to stay regulated and recognize when she is becoming dysregulated. No immediate danger.

**Therapeutic Intervention:**

**Planned Intervention:**

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFT Therapist
I approve this document
Signed: 12/05/2024 02:51 PM CT

## EQUIP COUNSELING, PLLC

### PROGRESS NOTES

| | |
|---|---|
| Client:  Ronda McNae (RM00093) | Birth Date:  04/04/1986 |
| Service Date:  11/04/2024 10:00 AM - 11:00 AM | Duration:  60 minutes |
| Provider(s):  Owner Sarah Dellinger, MS, LMFT (NPI: ████████) | |
| Insurer(s): | |
| Place Of Service:  Office | CPT Code:  Case #  RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | labile | Mood: | WNL |
| Thought Process: | WNL | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

**Diagnosis code**                    **Diagnosis description**

309.81 (F43.12) Post Traumatic Stress Disorder - Chronic

**Focus of Session:**

Client reports to in person session mostly within normal limits. She is eager to process frustration related to her case and her desire to get declarations. She gets dysregulated during session. She calls it 'going offline' (Client words) and reports that it has been happening more often lately. She sits with head in hands for a moment. Client is able to recognize signs of dysregulated and is able to access tools. No immediate danger.

**Therapeutic Intervention:**

**Planned Intervention:**

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFT Therapist
I approve this document
Signed: 12/05/2024 02:54 PM CT

## EQUIP COUNSELING, PLLC

### PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client: Ronda McNae (RM00093) | | Birth Date: | 04/04/1986 |
| Service Date: 11/18/2024 10:00 AM - 11:00 AM | | Duration: | 60 minutes |
| Provider(s): Owner Sarah Dellinger, MS, LMFT (NPI: 2457536491) | | | |
| Insurer(s): | | | |
| Place Of Service: Office | CPT Code: | Case # | RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | expansive | Mood: | anxious: mild |
| Thought Process: | WNL | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

**Diagnosis code**                                    **Diagnosis description**

309.81 (F43.12) Post Traumatic Stress Disorder - Chronic

**Focus of Session:**

Client reports to in person session mostly within normal limits. She reports that she still has ulcers in her mouth. She reports that she continues to spend much of her time preoccupied with the case and that she continues to 'go offline' (client words) when dysregulated. Client reports that she feels the case is keeping her sick, we explore options. Gentle psychoeducation around dissociation, setting boundaries and regulating. No immediate danger.

**Therapeutic Intervention:**

Checkin about sx:

body shaking, lethargy, increased crying, vomiting, flashbacks, avoidance, isolation, depression

**Planned Intervention:**

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFT Therapist
I approve this document
Signed: 12/05/2024 03:09 PM CT

## EQUIP COUNSELING, PLLC
### PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client:  Ronda McNae (RM00093) | | Birth Date: | 04/04/1986 |
| Service Date:  11/25/2024 10:00 AM - 11:00 AM | | Duration: | 60 minutes |
| Provider(s):  Owner Sarah Dellinger, MS, LMFT (NPI: 1245753649) | | | |
| Insurer(s): | | | |
| Place Of Service:  Office | CPT Code: | Case # | RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | WNL | Mood: | WNL |
| Thought Process: | WNL | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

**Diagnosis code**                          **Diagnosis description**

309.81 (F43.12) Post Traumatic Stress Disorder - Chronic

**Focus of Session:**
Client reports to in person session mostly within normal limits. She is in fairly good spirits as she processes most pertinent issues related to the case, parenting, and coping. She reports desire to dismiss case. She continues to report desire to withdraw, gagging, decreased energy levels, mood swings, and impacted sleep. No immediate danger.

**Therapeutic Intervention:**


**Planned Intervention:**


Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFT Therapist
I approve this document
Signed: 12/05/2024 03:12 PM CT

## EQUIP COUNSELING, PLLC
### PROGRESS NOTES

| | | | |
|---|---|---|---|
| Client:  Ronda McNae (RM00093) | | Birth Date: | 04/04/1986 |
| Service Date:    12/02/2024 10:00 AM - 11:00 AM | | Duration: | 60 minutes |
| Provider(s):    Owner Sarah Dellinger, MS, LMFT (NPI: ~~1245753649~~) | | | |
| Insurer(s): | | | |
| Place Of Service:    Office | CPT Code: | Case # | RMC2000 |

| | | | |
|---|---|---|---|
| Appearance: | WNL | Orientation: | WNL |
| Behavior: | WNL | Speech: | WNL |
| Affect: | expansive | Mood: | WNL |
| Thought Process: | WNL | Thought Content: | WNL |
| Perception: | WNL | Judgment: | WNL |
| Insight: | WNL | Appetite: | WNL |
| Sleep: | WNL | | |
| Suicidality | Not Present | Homicidality | Not Present |

**Diagnostic Impressions:**

**Diagnosis code**                                          **Diagnosis description**

309.81 (F43.12) Post Traumatic Stress Disorder - Chronic

**Focus of Session:**
Client reports to in person session mostly within normal limits. She is in fairly good spirits but gets emotional as she processes recent sx related to her PTSD. She reports that she was gagging throughout the morning as she was working on things related to her case. She starts gagging and gets teary in session as she reads writing from her daughter. Client continues to be curious about her level of transparency with her children, particularly her eldest daughter. No immediate danger.

**Therapeutic Intervention:**

**Planned Intervention:**

Return Appointment:

Staff Signature: *Sarah Dellinger*
Owner Sarah Dellinger, MS, LMFT Therapist
I approve this document
Signed: 12/02/2024 02:33 PM CT