UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 22-cv-22171-MARTINEZ

MICHAEL FITZGERALD, and
YELANY DE VARONA,

        Plaintiffs,

v.

RONDA MCNAE, and WILLIAM MCNAE,

        Defendants.

_____/

## ORDER DENYING NICHELLE LYNN WOMBLE'S EMERGENCY MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT RONDA MCNAE

**THIS CAUSE** is before the Court on Nichelle Lynn Womble's Emergency Motion to Withdraw, (ECF No. 324). Movant seeks to withdraw as counsel for Defendant Ronda McNae based on "extreme, irreconcilable differences." (Mot. ¶ 6). After a review of the record, the Court finds that there is a high risk of undue delay and prejudice to Defendant Ronda McNae given that trial is starting two weeks from today, on April 7, 2025. Accordingly, after careful consideration, it is hereby

**ORDERED AND ADJUDGED** that the Emergency Motion to Withdraw, (ECF No. 324), is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 24 day of March, 2025.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record