UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 22-cv-22171-MARTINEZ

MICHAEL FITZGERALD, and
YELANY DE VARONA,

    Plaintiffs,

v.

RONDA MCNAE, and WILLIAM MCNAE,

    Defendants.

_____/

## ORDER STRIKING *PRO SE* FILINGS

**THIS MATTER** comes before the Court on Defendant Ronda McNae's *pro se* Notice to the Court of Unauthorized Settlement Pressure and Mischaracterization and Motion to Preserve Independent Defense Rights, (ECF No. 325), and Motion to Dismiss for Due Process Violations and Constructive Denial of Counsel, (ECF No. 329), (together, the "*Pro Se* Motions"). This Court notes that because Defendant is represented by counsel in this matter, she cannot file *pro se* motions. *See* S.D. Fla. Loc. R. 11.1(d)(4); *see also Cross v. United States*, 893 F.2d 1287, 1291–92 (11th Cir. 1990) ("This court has held repeatedly that an individual does not have a right to hybrid representation.").

Accordingly, it is **ORDERED AND ADJUDGED** that Defendant Ronda McNae's *Pro Se* Motions, (ECF Nos. 325, 329), are **STRICKEN**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 25 day of March 2025.

                                                                                          _____
                                                                                          JOSE E. MARTINEZ
                                                                                          UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record