6:48
Claudia Martinez
4/1/25, 6:48 AM
Cloud
Follow
9h
Softchoice
Interesting..
software one
Reply
spectrocloud.com

6:48
Claudia Martinez
4 Photos
6:48 AM
6:46
rondamcnae 9h
Follow
6:44
Your story 12m
6:30
Spectro Cloud
@willmcnae coming in hot with the connection to this one. So creepy. I will pass this along to the Detective.
Christa Coleman
Head of Global Cloud Alliances
Learn more about Christa Coleman and check out all the blogs and other content they've created across the Spectro Cloud site.
Add a comment...
Send message...
6:48 AM

8:01
rondamcnae
3m
Follow
160
150
66
21
150
Maddie
Eugénie C.
Jenny Coonan
Claudia Martinez
@claudiamarz you good?
Saw you goto @dtscmia. What are the odds 😂
Jennifer Shoaf
Cami
Add to your story
Nicole Breanne
Send message...