UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**Case Number: 22-cv-22171-MARTINEZ**

MICHAEL FITZGERALD, and
YELANY DE VARONA,

    Plaintiffs,

v.

RONDA MCNAE, and WILLIAM MCNAE,

    Defendants.

_____/

**<u>ORDER GRANTING IN PART PLAINTIFF'S MOTION FOR PROTECTIVE ORDER</u>**

**THIS MATTER** comes before the Court on Plaintiff Michael Fitzgerald's Motion for Protective Order against Defendants Ronda McNae and William McNae for Witness Tampering and Intimidation ("Motion"), (ECF No. 351). This Court has reviewed the Motion, pertinent portions of the record, and is otherwise fully advised of the premises. After careful consideration, and for the reasons stated on the record during Calendar Call held on April 3, 2025, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff's Motion for Protective Order, (ECF No. 351), is **GRANTED in part** as follows:

    1.    Defendant Ronda McNae is barred from further tampering with or intimidating Ms. Bergman, directly or indirectly, or any one she knows;

    2.    Defendant Ronda McNae shall remove any social media posts related to any witness in this matter, including Ms. Bergman, her employer, Spectro Cloud, her work colleagues, including Ms. Martinez, or anyone else known to Ms. Bergman; and

2

3.     Defendant Ronda McNae is barred from posting about the witnesses on the internet or any social media page, and from contacting the witnesses by any means that may be construed as intimidation.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 3rd day of April, 2025.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record