IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:22-cv-22171-JEM

MICHAEL J. FITZGERALD,
Individually, and YELANY DE VARONA,
Individually

        Plaintiffs,

v.

RONDA MCNAE, individually, and
WILLIAM MCNAE, individually,

        Defendants.
_____/

## PLAINTIFF'S AMENDED TRIAL EXHIBIT LIST[1]

| Presiding Judge: | Attorneys for Plaintiff: | Attorney for Defendant: |
|---|---|---|
| Hon. Jose E. Martinez | Peter E. Berlowe<br>Meredith J. Gussin | Nichelle Lynn Womble |
| **Trial Date:** | **Court Stenographer:** | **Courtroom Deputy:** |
| Trial Calendar beginning April 7, 2025 | Mary Ann Casale | Albert del Toral |

| Exhibit | Date Offered | Marked | Admitted | Detailed Description of Exhibit |
|---|---|---|---|---|
| 1 | | | ■ | Contract of Employment Between SoftwareONE UK Ltd. and Fitzgerald (Fitz 00842-860) |
| 2 | | | ■ | SoftwareONE Salary Review 2022 dated March 16, 2022 |

---

[1] A-Authenticity; I-Contains inadmissible matter; R-Relevancy; H-Hearsay; UP-Unduly prejudicial, probative value outweighed by undue prejudice; P-Privileged. *See* S.D. Local Rule 16.1(e)(9).

| | | | | |
|---|---|---|---|---|
| | | | | (Fitz 001234) |
| 3 | | | ■ | SoftwareONE paid leave email dated July 24, 2022 (Fitz 00417) |
| 4 | | | ■ | Anna Knight Email dated June 6, 2023 (Exhibit 161 to Sheri Fiske Deposition) |
| 5 | | | ■ | SoftwareONE Performance Share Plan Regulations May 2020 (Fitz 2795 – 2815) |
| 6 | | | ■ | SoftwareONE Performance Share Plan Regulations May 2021 (Fitz 2816 – 2834) |
| 7 | | | ■ | SoftwareONE Performance Share Plan Regulations May 2022 (Fitz 2774 – 2794) |
| 8 | | | ■ | SoftwareONE Long-Term Incentive 2022 Statement dated March 25, 2022 (Fitz 2773) |
| 9 | | | ■ | Michael Fitzgerald's SoftwareONE Pay Stubs from 2016 through 2022 (Fitz 1151-1232) |
| 10 | | | ■ | Sheri Fiske PowerPoint Presentation |
| 11 | | | ■ | June 15, 2020 Confidential Settlement Agreement (Fitz 0001-0005) |
| | | | | All deposition transcripts and videos of depositions |
| | | | | All exhibits listed by Defendant |
| | | | | All impeachment exhibits |

2

**ASSOULINE & BERLOWE, P.A.**
Miami Tower • 100 SE Second Street, Suite 3650, Miami, Florida 33131 • Telephone: (305) 567-5576

| | | | | All rebuttal exhibits |
|---|---|---|---|---|

Dated: April 10, 2025            Respectfully submitted,

                              **ASSOULINE & BERLOWE, P.A.**
                              Miami Tower
                              100 SE 2nd Street, Suite 3650
                              Miami, Florida 33131
                              Telephone: (305) 567–5576
                              Facsimile:  (305) 567–9343

By:    /s/ Meredith J. Gussin
           Peter E. Berlowe
           Florida Bar No. 143650
           Meredith J. Gussin
           Florida Bar No. 0512303
           *Attorneys for Plaintiff*

3

**ASSOULINE & BERLOWE, P.A.**
Miami Tower • 100 SE Second Street, Suite 3650, Miami, Florida 33131 • Telephone: (305) 567-5576