IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 1:22-cv-22171-JEM

MICHAEL FITZGERALD,
individually, and YELANY DE VARONA,
individually,
    Plaintiffs,
v.

RONDA MCNAE, individually
    Defendants.
_____/

## NICHELLE LYNN WOMBLE'S EMERGENCY MOTION TO WITHDRAW

COMES NOW NICHELLE LYNN WOMBLE Esq., of the law firm AMETHYST LAW GROUP, and hereby moves to withdraw as attorney for the Defendant RONDA MCNAE. (hereinafter, the "Plaintiff"), and states:

### BACKGROUND

1. On February 10, 2025 Counsel was retained to provide legal Representation to Mrs. McNae during the above action.

2. On April 10, 2025, Defendant emailed a letter of termination to our office and requested we file motion to withdraw.

3. Defendant understands this withdraw and the importance of either substituting counsel or, if no counsel is found, proceeding pro se.

The undersigned respectfully requests that this Court grant this motion and remove Nichelle Lynn Womble Esq., and Amethyst Law Group as counsel for the Defendant, and for any and all other relief as this Court deems in the interests of justice.

**Local Rule 7.1, Certification**
**Pursuant to Local Rule 7.1, The undersigned has conferred with counsel for the**

**Plaintiff, and they oppose the requested motion for withdraw. Objection attached as Exhibit A.**

Dated April 10, 2025

Respectfully Submitted,

_____
NICHELLE LYNN WOMBLE, ESQUIRE
100 South Ashley Drive
Suite 600
Tampa, FL 33602
Telephone No.: (844) 482 –1239
Florida Bar No.: 1032744
nichelle@amethystlawgroup.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing has been furnished via the Florida Courts E-Filing System to all counsel on record on March 21, 2025.

Dated April 10, 2025

Respectfully Submitted,

_____
NICHELLE LYNN WOMBLE, ESQUIRE
100 South Ashley Drive
Suite 600
Tampa, FL 33602
Telephone No.: (844) 482 –1239
Florida Bar No.: 1032744
nichelle@amethystlawgroup.com
*Counsel for Defendant*



**EXHIBIT A**

Shaunna Proper &lt;shaunna@amethystlawgroup.com&gt;

---

## Mcnae

**Peter E. Berlowe** &lt;PEB@assoulineberlowe.com&gt;  Thu, Apr 10, 2025 at 12:27 PM
To: Nichelle Womble &lt;nichelle@amethystlawgroup.com&gt;, "Meredith J. Gussin" &lt;mjg@assoulineberlowe.com&gt;
Cc: Shaunna Proper &lt;shaunna@amethystlawgroup.com&gt;, Sally Plum &lt;sally@amethystlawgroup.com&gt;

Good afternoon Nichelle:

Unfortunately, we object to your withdrawal from the case. Your efforts and good work have brought sanity, professionalism, and integrity to Mrs. McNae's side of the case.  You have been ethical and fought hard for your client, and we respect your efforts in a difficult situation. However, this case needs to finish, and it will never end if Mrs. McNae proceeds pro se again.

The Judge has Ordered proposed Findings of Fact and Conclusions of law by next Wednesday, and we presume both an order on same and entry of a final judgment will occur fairly soon their after.  Any delay will be prejudicial to Mr. Fitzgerald.  Furthermore, only weeks ago, Mrs. McNae specifically objected to your withdrawal as prejudicial to her.

Sincerely,

**Peter E. Berlowe, Esq.**

**Business and Intellectual Property Litigation**



**Assouline & Berlowe, P.A.**

Miami Tower

100 SE 2nd Street, Suite 3650

[Miami, Florida 33131](#)

**Telephone: 305-567-5576**

**[www.assoulineberlowe.com](#)**

[Intellectual Property, Labor & Employment Law,  Real Estate, International Dispute Resolution, Commercial Litigation, Corporate Law, Bankruptcy](#)

Miami · Ft. Lauderdale · Boca Raton

The information contained in this email message is intended only for use of the individual or entity named above.  If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any

dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify us by telephone (305-567-5300), and destroy the original message.  This communication is an attorney-client and work-product privileged communication.  Thank you.

[Quoted text hidden]

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. _____ CV/CR _____
(Judge's Last Name/Magistrate's Last Name)

_____/ Plaintiff(s)
(Full Name of Plaintiff/s)
v.

_____/Defendant(s)
(Full Name of Defendant/s)

**CERTIFICATION OF EMERGENCY**

I hereby certify that, as a member of the Bar of this Court, I have carefully examined this matter and it is a true emergency and that the urgency has not been caused by my or the party's own dilatory conduct.

After reviewing the facts and researching applicable legal principles, I certify that this motion in fact presents a true emergency (as opposed to a matter that may need only expedited treatment) and requires an immediate ruling because the Court would not be able to provide meaningful relief to a critical, non-routine issue after the expiration of seven days. I understand that an unwarranted certification may lead to sanctions.

I further certify that I have made a bona fide effort to resolve this matter without the necessity of emergency action.

Dated this _____ day of _____. 20____.

Signature: _____

Printed Name: _____

Florida Bar Number: _____

Telephone Number: _____

================================================================================
**FOR CLERK'S OFFICE USE ONLY**

I hereby certify that the Judge assigned to this case is unavailable for this emergency. (A copy of notification to the Clerk is on file). In accordance with the Court's Internal Operating Procedures, the matter has been assigned to the Honorable _____ through a blind random assignment process. The assignment of this emergency matter shall be of temporary duration, limited only to the immediate relief sought and the case for all other purposes or proceedings shall remain on the docket of the Judge to whom it was originally assigned.

[If Applicable] I hereby certify that the above Judge randomly assigned to this emergency is unavailable. (A copy of notification to the Clerk is on file). Therefore, in accordance with the Court's Internal Operating Procedures, the Honorable _____ has subsequently been assigned to the matter through a blind random assignment procedure. The assignment of this emergency matter shall be of temporary duration, limited only to the immediate relief sought and the case for all other purposes or proceedings shall remain on the docket of the Judge to whom it was originally assigned.

Dated this _____day of _____, 20_____.

ANGELA E. NOBLE
Court Administrator · Clerk of Court

By: _____, Deputy Clerk

December 2022