UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 22-cv-22171-MARTINEZ

MICHAEL FITZGERALD, and
YELANY DE VARONA,

    Plaintiffs,

v.

RONDA MCNAE, and WILLIAM MCNAE,

    Defendants.

_____/

## ORDER DENYING NICHELLE LYNN WOMBLE'S SECOND EMERGENCY MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT RONDA MCNAE

**THIS CAUSE** is before the Court on Nichelle Lynn Womble's Second Emergency Motion to Withdraw, (ECF No. 336). After a review of the record, the Court finds that there is a high risk of undue delay and prejudice given that the parties' proposed findings of fact and conclusions of law are due **Wednesday, April 16, 2025**. Accordingly, after careful consideration, it is hereby

**ORDERED AND ADJUDGED** that the Emergency Motion to Withdraw, (ECF No. 336), is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 11 day of April, 2025.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record