UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 22-cv-22171-MARTINEZ

MICHAEL FITZGERALD, and
YELANY DE VARONA,

    Plaintiffs,

v.

RONDA MCNAE, and WILLIAM MCNAE,

    Defendants.

_____/

## AMENDED ORDER ON NICHELLE LYNN WOMBLE'S SECOND EMERGENCY MOTION TO WITHDRAW AS COUNSEL

**THIS CAUSE** came before the Court on Nichelle Lynn Womble's Second Emergency Motion to Withdraw as Counsel for Defendant Ronda McNae ("Motion to Withdraw"), (ECF No. 366).

After careful consideration, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion to Withdraw, (ECF No. 366), is **GRANTED as stated herein**.

2. Having been advised that Defendant Ronda McNae has discharged Nichelle Lynn Womble as her counsel and that she intends to proceed *pro se*, (See Resp., ECF No. 368), Nichelle Lynn Womble **SHALL BE PERMITTED** to withdraw as attorney of record for Defendant Ronda McNae in the above-captioned case and is hereby relieved of any further responsibility as counsel for Defendant.

3. The Clerk is **DIRECTED** to remove Nichelle Lynn Womble from the CM/ECF electronic list of counsel to be served in this action.

4. Defendant Ronda McNae is proceeding *pro se* from this point forward.

5. Defendant Ronda McNae shall abide by the Federal Rules of Civil Procedure and the Local Rules of the Southern District of Florida.

6. The parties are reminded that the proposed findings of fact and conclusions of law are due by this **Wednesday, April 16, 2025**.

7. The Clerk is **DIRECTED** to **VACATE** this Court's Order, (ECF No. 367).

**DONE AND ORDERED** in Chambers at Miami, Florida, this 14th day of April, 2025.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record