UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**Case Number: 22-cv-22171-MARTINEZ**

MICHAEL FITZGERALD, and
YELANY DE VARONA,

      Plaintiffs,

v.

RONDA MCNAE, and WILLIAM MCNAE,

      Defendants.

_____/

## FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58, and in accordance with this Court's Findings of Fact and Conclusions of Law, (ECF No. 373), it is

**ORDERED AND ADJUDGED** as follows:

1.     Judgment is hereby entered in favor of Plaintiff Michael Fitzgerald and against Defendant Ronda McNae.

2.     Plaintiff Michael Fitzgerald shall recover from Defendant Ronda McNae the below:

    a.    Economic damages in the amount of **$472,250.00** plus post-judgment interest;

    b.    Additional economic damages in the amount of **$274,453.27** for Plaintiff's Long-Term Incentive plus post-judgment interest; and

    c.    Non-economic damages in the amount of **$2,000,000.00** plus post-judgment interest.

3.     This case is **CLOSED**, and all pending motions are **DENIED** as **MOOT**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this ⅂ day of April, 2025.

Copies furnished to:
All Counsel of Record

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE