UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Case Number: 22-cv-22171-MARTINEZ

MICHAEL FITZGERALD, and
YELANY DE VARONA,

    Plaintiffs,

v.

RONDA MCNAE, and WILLIAM MCNAE,

    Defendants.

_____/

## ORDER GRANTING PLAINTFF'S MOTION TO AMEND JUDGMENT

**THIS MATTER** comes before the Court upon Plaintiff Michal Fitzgerald's Motion to Alter or Amend Judgment (the "Motion"), (ECF No. 376). Plaintiff seeks to alter the Judgment to include information necessary to be able to execute the Judgment against the Defendant, Ronda McNae. This Court has reviewed the Motion, pertinent portions of the record, and is otherwise fully advised of the premises.

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff's Motion, (ECF No. 376), is **GRANTED**. This Court shall issue an Amended Final Judgment by separate order.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 30 day of April 2025.

                                                _____
                                                JOSE E. MARTINEZ
                                                UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record