UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**Case Number: 22-cv-22171-MARTINEZ**

MICHAEL FITZGERALD, and
YELANY DE VARONA,

      Plaintiffs,

v.

RONDA MCNAE, and WILLIAM MCNAE,

      Defendants.

_____/

## AMENDED FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58, and in accordance with this Court's Findings of Fact and Conclusions of Law, (ECF No. 373), it is

**ORDERED AND ADJUDGED** as follows:

1. Judgment is hereby entered in favor of Plaintiff MICHAEL J. FITZGERALD, with the address of 1585 Bay Drive, Miami Beach, Florida 33141, and against Defendant RONDA MCNAE, with the address of 504 11th Place Kirkland, Washington 98033.

2. Plaintiff Michael Fitzgerald shall recover from Defendant Ronda McNae the below amounts:

    a. Economic damages in the amount of **$472,250.00** plus post-judgment interest;

    b. Additional economic damages in the amount of **$274,453.27** for Plaintiff's Long-Term Incentive plus post-judgment interest; and

    c. Non-economic damages in the amount of **$2,000,000.00** plus post-judgment interest.

3. Total recovery from Defendant Ronda McNae to Plaintiff Michael Fitzgerald is **$2,746,703.27** (two-million seven-hundred forty-six thousand seven-hundred three dollars and

twenty seven cents). Plaintiff shall file and record a Partial Satisfaction of Judgment, to the extent any portion of this sum has been satisfied.

4. Defendant Ronda McNae shall be served with, and is ordered to complete, under oath, the Florida Rule of Civil Procedure Form 1.977 ("Fact Information Sheet'), including all required attachments, and serve it on the judgment creditor's attorney within 45 days from the date of this Final Judgment, unless this Final Judgment is satisfied or post-judgment discovery is stayed by order of this Court.

5. Jurisdiction of this case is retained for a period of one (1) year to enter further orders that are proper to compel Defendant Ronda McNae to complete the Fact Information Sheet, including all required attachments, and for such further orders and writs that are proper, including, without limitation, a judgment for attorneys' fees and costs, pursuant to the Settlement Agreement.

6. As to Defendant Ronda McNae this Final Judgment shall accrue interest, at the Florida statutory judgment rate and for which judgment amounts **let execution issue thereon.**

7. This case is **CLOSED**, and all pending motions are **DENIED** as **MOOT**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 26 day of April, 2025.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record
Ronda McNae, *pro se*